**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jeffrey   Solomon   Simpson |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: Southern District of New York

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** **List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  | | **Unsecured claim** |
|---|---|---|

**1**

608941 NJ Inc. C/O 35 Oak Holdings
Creditor's Name
35 Oak Street
Number    Street
M9N 1A1, CA

North York          ON
City          State    ZIP Code

Kevin Wiener
Contact
(416) 245-7991
Contact phone

What is the nature of the claim? Partnership Dispute

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
       Value of security:     – $_____
       Unsecured claim     $_____

$          50,000,000.00

**2**

Jared Chassen
Creditor's Name
55 Manor Pond Lane
Number    Street

Irivington          NY    10533
City          State    ZIP Code

Jared Chassen
Contact
(646) 634-9955
Contact phone

What is the nature of the claim? Partner Dispute, $ TBD

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
       Value of security:     – $_____
       Unsecured claim     $_____

$_____

**Debtor 1**   Jeffrey     Solomon     Simpson         Case number *(if known)*_____

First Name    Middle Name    Last Name

|  | | Unsecured claim |
|---|---|---|

**3** | Arch Real Estate HoldingsLLC
Creditor's Name

35 Oak Street
Number          Street

M9N1A1,CA

North York          ON
City          State     ZIP Code

Kevin Wiener
Contact

(416) 245-7991
Contact phone

What is the nature of the claim?  Partner Dispute $ TBD          $_____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
         Value of security:          − $_____
         Unsecured claim               $_____

**4** | New York 555 LLC
Creditor's Name

1688 Meridian Ave
Number          Street

_____

Miami Beach          FL     33139
City          State     ZIP Code

Danielle Light
Contact

(212) 643-6677
Contact phone

What is the nature of the claim?  Affiliate loan PG          $_____7,500,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
         Value of security:          − $_____
         Unsecured claim               $_____

**5** | Hirshmark Capital
Creditor's Name

1140 Broadway
Number          Street

Suite 304

New York          NY     10001
City          State     ZIP Code

Jason Sackoor
Contact

(718) 767-3333
Contact phone

What is the nature of the claim?  Affiliate loan PG          $_____3,800,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
         Value of security:          − $_____
         Unsecured claim               $_____

**6** | Arbor Realty Trust, Inc.
Creditor's Name

333 Earle Ovington Blvd
Number          Street

_____

Uniondale          NY     11553
City          State     ZIP Code

Anna Marie Misener
Contact

(716) 932-1294
Contact phone

What is the nature of the claim?  Affiliate loan PG, $ TBD          $_____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
         Value of security:          − $_____
         Unsecured claim               $_____

**7** | JP Morgan
Creditor's Name

270 Park Ave
Number          Street

_____

New York          NY     10022
City          State     ZIP Code

Deborah Gallo
Contact

(347) 286-7409
Contact phone

What is the nature of the claim?  Affiliate loan PG          $_____1,800,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
         Value of security:          − $_____
         Unsecured claim               $_____

Debtor 1  **Jeffrey**  **Solomon**  **Simpson**                     Case number *(if known)*_____
            First Name    Middle Name    Last Name

| | | Unsecured claim |
|---|---|---|

**8** | **Watermill Capital Holdings LLC**
Creditor's Name

79 East Putnam Avenue
Number      Street

_____

Greenwich          CT    08630
City               State  ZIP Code

Sandy Stolar
Contact

(516) 921-3838
Contact phone

**What is the nature of the claim?** Affilate loan PG          $_____1,500,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
              Value of security:          − $_____
              Unsecured claim                $_____

---

**9** | **435 Central Condo Condo Dev**
Creditor's Name

717 5th Ave
Number      Street

26th Floor

New               NY    10022
City               State  ZIP Code

Leo Jacobs
Contact

(917) 909-4806
Contact phone

**What is the nature of the claim?** Partner dispute $ TBD          $_____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
              Value of security:          − $_____
              Unsecured claim                $_____

---

**10** | **Next Gear Capital**
Creditor's Name

11799 North College Av
Number      Street

_____

Carmel             IN    46032
City               State  ZIP Code

Anthony Bush
Contact

(609) 989-5056
Contact phone

**What is the nature of the claim?** LOC Auto Inventory PG          $_____200,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
              Value of security:          − $_____
              Unsecured claim                $_____

---

**11** | **Offit Kurman**
Creditor's Name

590 Madison Ave
Number      Street

_____

New York           NY
City               State  ZIP Code

Jason Nagi
Contact

(212) 545-1900
Contact phone

**What is the nature of the claim?** Legal fees dispute          $_____200,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
              Value of security:          − $_____
              Unsecured claim                $_____

---

**12** | **Adam Leitman Bailey PC**
Creditor's Name

1 Battery Place
Number      Street

_____

New York           NY    10004
City               State  ZIP Code

Adam Leitman Bailey
Contact

(212) 825-0365
Contact phone

**What is the nature of the claim?** _____          $_____150,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
              Value of security:          − $_____
              Unsecured claim                $_____

---

Debtor 1  **Jeffrey**  **Solomon**  **Simpson**  Case number *(if known)*_____
First Name   Middle Name   Last Name

| | | | Unsecured claim |
|---|---|---|---|

**13** Riverhead Building Supply
Creditor's Name

250 David Court
Number   Street

Calverton   NY   11933
City   State   ZIP Code

Contact

(631) 727-1400
Contact phone

**What is the nature of the claim?** AREH building materials   $ 150,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim $_____

---

**14** White Cap LP f/k/a HD Supply
Creditor's Name

343 Great Neck Road
Number   Street

Great Neck   NY   11021
City   State   ZIP Code

Lisa Schwartz, Esq
Contact

(516) 487-0175
Contact phone

**What is the nature of the claim?** Partner Dipsute, $ TBD   $ 68,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim $_____

---

**15** Marc Weinstein
Creditor's Name

6 Prentice Placee
Number   Street

Montauk   NY   11954
City   State   ZIP Code

Michael Marino
Contact

(845) 535-3311
Contact phone

**What is the nature of the claim?** Affiliate auto bus. claim   $ 50,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim $_____

---

**16** American Express
Creditor's Name

200 Vesey Street, 22nd Floor
Number   Street

New York   NY   10285
City   State   ZIP Code

Contact

(877) 305-0433
Contact phone

**What is the nature of the claim?** CC debt   $ 30,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim $_____

---

**17** Allen Schwartz PC
Creditor's Name

150 Broadway, Suite 701
Number   Street

New York   NY   10038
City   State   ZIP Code

Allen Schwartz
Contact

(347) 808-8972
Contact phone

**What is the nature of the claim?** 04004 SDNY legal fees   $ 27,000.00

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim $_____

---

Debtor 1   __Jeffrey_____ __Solomon_____ __Simpson_____    Case number *(if known)*_____
           First Name    Middle Name    Last Name

| | Unsecured claim |
|---|---|

**18**

Nick and Tiffany Goa
_____
Creditor's Name

301 State Street
_____
Number         Street

_____

Brooklyn            NY       11201
_____
City                State    ZIP Code

Nick Goa
_____
Contact

_____
Contact phone

**What is the nature of the claim?** __L/T dispute, $ TBD__    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

---

**19**

William Thiessen
_____
Creditor's Name

270 Park Avenue
_____
Number         Street

_____

New York            NY       10017
_____
City                State    ZIP Code

William Thiessen
_____
Contact

_____
Contact phone

**What is the nature of the claim?** __L/T dispute, $ TBD__    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

---

**20**

Wyatt Carder
_____
Creditor's Name

241 Central Park W #13B
_____
Number         Street

_____

New York            NY       10024
_____
City                State    ZIP Code

Wyatt Carder
_____
Contact

(347) 920-1451
_____
Contact phone

**What is the nature of the claim?** __Auto sale dispute__    $_____10,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

---

| **Part 2:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _____        ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date __02/19/2026_____              Date _____
    MM / DD / YYYY                           MM / DD / YYYY

---

Official Form 104        **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 5