**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| JEFFREY SOLOMON SIMPSON, | 26-10359 (LGB) |
| Debtor. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that interested party Jonathan T. Koevary Esq. and Olshan

Frome Wolosky LLP ("Olshan") enters his and Olshan's appearance on behalf of Arch Real Estate

Holdings LLC.  Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure,

request is made that copies of all pleadings and other papers (however designated) filed in this

proceeding, as well as notices given in this proceeding or in any adversary or related proceedings,

including in accordance with any order(s) authorizing limited or special service, be served upon:

Jonathan T. Koevary, Esq.
**Olshan Frome Wolosky LLP**
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2265
jkoevary@olshanlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, all

orders and notices, including applications, motions, petitions, pleadings, requests, complaints,

demands, replies, answers, schedules of assets and liabilities, statements of financial affairs,

operating reports and plans, whether transmitted or conveyed by mail, hand delivery, telephone,

telegraph, telex, telecopier or otherwise. That neither this Notice of Appearance and Request for

Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit

shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after

13191463-1

de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
March 23, 2026

**OLSHAN FROME WOLOSKY LLP**

By:

*/s/ Jonathan T. Koevary*
Jonathan T. Koevary, Esq.
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
jkoevary@olshanlaw.com

*Attorneys for Arch Real Estate Holdings LLC*

13191463-1