| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Monday, May 4, 2026 6:15 PM |
| **To:** | Alec P. Ostrow |
| **Cc:** | daniel.rudewicz@usdoj.gov; NYSBml_Beckerman's_Chambers; USTP.Bankruptcy.Fraud@usdoj.gov; ustpregion02.nyecf@usdoj.gov; ustrustee.program@usdoj.gov; Hon. Joel M. Cohen |
| **Subject:** | Deeply concerned debtor |

**CAUTION - EXTERNAL:**

To DOJ / Mr. Rudewicz,

Another month has gone by and no response about an investigation.   What will it take for criminal justice folks to do their job?   Chassen, and many others committed crimes for the last three years and all of the police folks point to the court.   And most say it's a federal issue because of a Canadian partner.   And I have proof that  they're doing this to two other companies outside of the US, So again I challenge DOJ to do something about this and do it now.  Enough already, my life has been ruined for 3 years because of the improprieties, the fraud, the court corruption in New York State etc. Isn't there a new mandate regarding fraud at the DOJ?   Again, what will it take to see action happen here with a proper investigation?   I'm sorry, "no" is not a proper answer when I have lost what I have, others have lost hundreds of millions of dollars and nobody does anything about it because Judge Cohen is either on the take or highly prejudicial for reasons that are not clear to me or the court.  So what is it going to take?

And yes, I am copying justice Joel Cohen here for the damage he's done because this is all his fault for refusing due process for years now for reasons that make no sense and the fact he continued even though my hand was raised for the longest time about his improprieties and his conflicts and his prejudice.   We heard the Court speak last week about there is clearly an issue there.   Shall I remind the folks here at DOJ that the  New York State police told me that I have a "judge problem".

Why is it I'm the only one speaking, if the other parties haven't done anything wrong?  Why are they hiding behind lawyers for three years?   So because they can spend more they can beat me into oblivion and commit fraud and you all just allow it. And now we're allowing insurance fraud to just get under the eyes of the court too because of course we need to spend more money because it doesn't make any sense what judge Joel Cohen did.   Of course he had no right to take the case and he never answered that question either so why is he not being questioned?   His immunity as a New York State judge does not allow him to do things unlawful.   So I challenge you all again to bring him in let's ask him some serious questions.   Let's ask the lawyers who have lied here some serious questions.   We don't live in a country where all of these things can happen to someone without any process or procedure.

And no I'm sorry, due process has not occurred, Your Honor, I am trying to stay respectful but I can't watch this any longer.   We need people to come in and speak now not more motion practice not more wasted time running in circles because that is their goal, they're only goal is to avoid the truth to avoid the inevitable.   You want to go and send this to all of them that is fine, I have nothing to hide.   They have everything to hide but this whole system has been completely "worked" by Canadiens.

Does this fall into the new law and the new process of procedure for the efforts that the White House is making regarding fraud?   There is a whole book of it here and I'm here to talk about all of it but someone has to actually care and make it a priority.

Yes, I in theory have counsel, they've tried to erode that too.   And Your Honor just allowed them to avoid the insurance issue for who knows how long because that too is actually an illegal act but nobody wants to hear the truth and no lawyers have the courage because none of this could've ever happened and that is why we are here and that is why I have to write this myself.

So I'm really hopeful someone's going to reach out to me very soon about a game plan on how a real criminal investigation is going to start for folks who have done extreme theft.   Even judge Joel Cohen acknowledged that the theft occurred but somehow he kept people around and did not require investigation even though that is his God-given right as a judge to do.   Why would he follow any rules he hasn't followed a single one in the three years I've seen him in action.   He makes it up as he goes, he's highly prejudicial and he has a serious memory problems and the record speaks for itself where he eats his own words constantly.

So please let's get everybody together tomorrow and let's start dealing with this stuff now and I'm sorry with what I've been through I'm allowed to make a demand like this.   I would see one of you have your life turned up to upside down the way mine has been for three years and have nobody willing to deal with it for whatever reason political, laziness, ego, I don't know what reason but there's clearly a reason and it's not because it's me because I'm here ready willing and able to speak? why is nobody listening?   Oh, we don't want to deal with the fact that one of the judge brotheren screwed up?   Someone part of the holy Grail could actually be guilty for doing something wrong?   Well he's not the only one and I can't wait to see what Frank Seddio says later this month when he's called to task on a case that had five judges before the current one.   You know I have an email from Kevin Weiner to Jared Chassen -,literally says "we need Jared to have a lawyer that has connections to former judges? ". This is so preposterous that I'm suggesting something foul has happened?   No, people here just don't want to deal with the truth because it's protecting one of their own.   So until my livelihood is not being threatened anymore, I will be vocal.

There should've been an investigation under YJ Simco.
And the US trustee program simply ignored me when I showed specific evidence.

Shall we take this to the new fraud committee from the oval office and see what they have to say?   Maybe they don't care and maybe I'm just "dead" in any capacity other than being victimized and the court / criminal justice folks keep allowing it.

So I am on standby for someone to stand up and actually do what they're supposed to do here as a person of the court or a person of the police or criminal justice system of this country.   When do you all start working on this?

Seriously concerned person and on standby for a hopeful immediate response.

Jeffrey Simpson

PS - no, it should not have required me to file a personal chapter 11 or anything of the sort if we had some real courts here and some real law-enforcement and even now it doesn't seem like anyone is listening.   If that is the gold standard and that is the constitutional courts arm for adjudication when there is an attack on a US citizen, where is that protection?   A fictitious so-called "stay" where people still attack and do whatever they want anyway and no one cares?   Clearly folks here cannot see through the terrible humans that are attacking and have no sense of integrity, honesty or willingness to be lawful.   And the lawyers are the biggest villains of all.

Sent from my iPhone


On Apr 9, 2026, at 7:54 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Mr. Rudewicz

2

I apologize I did not mean to not include you on this message.   I understand from Mr. Ostrow that you have no intentions of replying to me and that is extremely concerning in my mind.   If you have looked at what I've been through the last three years, it is beyond dumbfounding that nobody is looking into the fraud and theft that has occurred and if you look below you'll see it and there's plenty of other places to see it.   What will it take for someone to actually start investigating real theft and crime?   FBI points to local folks.  The local folks point to FBI.  The state folks point to the FBI or to the DOJ.   This has been going on for almost 2 years.   The police have told me that New York State judge Joel Cohen had a responsibility to report the crime in the first days that happened in 2023.   So again, I'm sorry to be rude and we barely know each other but put yourself in my position, what will it take for someone to start looking into the criminality here?   How much more do I have to suffer and be victimized?

If you don't want to reply to me, I also guess I have to understand, what choice do I have?    But if you care about justice, you will start digging in because this is mind-boggling to any third-party.   So I'm on standby for someone to talk with me.   I don't need discovery, I don't need testimony, I have it all it just requires a competent justice system to look at it and start asking questions to people who participated in it and who have been victimized by it.

I've copied the court and if they want it to go to all parties, no problem here.   I have nothing to hide.   It's everybody else that is scared of the truth.

Jeffrey Simpson

Sent from my iPhone


On Apr 9, 2026, at 5:40 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Good evening Your Honor,

I apologize to write to your honor directly.   Unfortunately yesterday I was not given a chance to illustrate the specifics of the situation.   Mr. Ostrow has been knee-deep in compliance and documentation to satisfy the obligations of the bankruptcy.   He has also spent countless hours responding to all the various issues and threats to me  and my estate.   He is unaware that I'm writing this letter and he probably would not endorse it but I need to stand up for myself because no one else seems to be able to.

These people have done everything possible to ruin my life.   I was not interested in filing personally but I was ignored and completely unheard under YJ Simco for the exact same issues.   I have done nothing wrong in my life that is a legal issue or is fraudulent or anything worthy of any investigation by any governmental agency.   I have spoken up with the truth and to the best of my understanding and illustration of the circumstances.   The other parties all hide and  they continue to play this dirty game of let's see how much we can spend with legal and play the system to destroy Jeff so that they don't have to deal with the fraud and the theft that they did.   I thought we were under another chapter here where we would have due process but I will ask for your forgiveness in advance and say I do not believe that is the case.

Mr. Ostrow has never had an objection to an engagement in his career of 45 years.   Is it not self evident the amount of objection that is here is vindictive and malicious?   I minute after YJ is dismissed, they start a new lawsuit against it...

The receiver has done horrific things, all documented all illustrated all over the record.   There is no world in which there is a law that allows a receiver, even if appointed properly, to be doing what they're doing to me, all part of the vindictive plan by the Wieners (and Chassen as he has committed under the joint defense agreement).   It is obvious to any person on the outside.   Why Your Honor thinks the assets regarding this auto business are not mine from an ultimate ownership perspective is frankly concerning to me.   I have all the evidence , of all the money that my family invested here and how Chassen didn't have the money, committed bank fraud and insurance fraud and theft.   He also committed actions during the JJ Arch bankruptcy and amidst every court circumstance with explicit perjury.

Even the corrupt judge from New York State commented how the receiver should not be treating me this way but allowed it anyway.   How is it possible that we are here?   They have used every angle possible to rid any dollar that would ever go to me, to make sure no lawyer will ever represent me by ruining my reputation.   We have all their pre litigation motive in writing.   We have criminal evidence of Chassen stealing my identity.   We have criminal evidence that the receiver gave Chassen distributions and lied about it.

AREH is part of my estate, how could it be suing me?   It has no logical merit and the contractual documents are crystal clear.   The court orders don't give them the right to do this but no one seems to care.,

Your Honor pointed to August 1 contract.   There was a discussion that it's not enforceable.   Then how is that Chassen has all the vehicles on exhibit a that he either extorted me for (in writing) or the receiver assisted him with?   This court has said a contract can't be read two ways it's one or the other.   Which is it  here?  I know the answer to the question, the question is do other people understand because once we have people come and talk about it , it will be crystal clear if it's not already which it is for any third-party that's looked at it.    There is a massive amount of energy focused on destroying me and unfortunately this court is allowing it as well.   Why the DOJ will not investigate the crimes that I've raised are dumbfounding.   I would be stupid to raise my hands on these issues if I didn't have crystal clear evidence.   Where is the justice here?   We can motion practice away but it is further deterioration of my livelihood acceptable to the Court?   The below is not such a big deal, the big issue is the fact that they get away with this level of treatment and destruction and no one is paying attention.

And I'm sorry if the one year rule is actually a one year rule, that would be effective July because yes I did remove this action away from Judge Joel cohen, who has the largest prejudicial biased situation that anyone has ever seen.   And I gave the keys back per the court order around July 1.   So to the extent the court needs to do a process there (1640) is plenty of time before deteriorating millions of dollars of my hard earned money.

None of this could have ever happened to someone with my credibility and my strengths.   Your Honor said yourself, and so did Judge cohen  that I'm brilliant.   Clearly not because the laws don't matter for people that are honest like me and the system gets to surpass it.    So I did exactly what was asked of me and I've tried to comply with the hundreds of hours of work of assembling  documents that I never would know how to do in my life because I've had an assistant since 22 years old because of my success.   And now here we are months later and nowhere different.   The same group

of bad apples are here attacking and the court and the criminal justice folks nothing to help me. I don't know what to say further. I've offered to the FBI and every criminal justice agency to take me into custody in trade for an investigation of what these horrific people have done to me and so many other others, for in excess of $100 million dollars.

Additionally, Eric Huebscher is a hired gun. Every single lawyer I've talked to who's ever dealt with him, many of which you know, say that he is the worst human they've ever met. He has conflicts galore here. Many lawyers here have conflicts too . Non-relevant, the motion practice is what's relevant.

So here I am once again begging the court to help stop this absurd circumstance and allow the honest guy in the room to illustrate exactly what's happened and illustrate the evidence that supports everything that I've said all along. And if I've made some mistakes it's certainly possible given what they've done to me and my lack of having documents and a wholesome team for many years prior. Those people are not coming here or any Court without the Court summoning them to because they are scared that Oak will sue them as they have threatened. Chassen is stuck because of his situation with Oak and he told me to my face. When do we get to the real situation here? I'm done with motions after three years of hell. I have the proof of criminality and in all due respect I demand justice. I can't beg more attorneys and borrow more family money to try to tell the court all the bad things that have happened to me and my family as a result of these horrible actions that are not questionable, they are documented and they had malicious intent since before this started.

They have made emergency action one after another and then they pull it back the moment they have to tell the truth. So if there's ever an emergency to find justice, I respectfully ask for that now. No attorney will have the courage to write what I am here. And no this does not follow rules but the rules are irrelevant when they've broken the law in so many ways imaginable and no one is doing anything about it. I've tried for almost 3 years now to illustrate the injustice and I continue to get treated poorly. I respect your honor and I'm grateful for what you do and I know that you are the best there is but I have to beg and plead here to find a resolution to this because it cannot go on. It's not tenable to allow this to continue to damage someone any further.

Respectfully submitted.


Jeffrey Simpson

PS - the wieners did this to somebody in Canada in 2003 never disclosed it to me. They are doing it to two publicly traded companies now, one in Israel and one in Canada. When the one in Israel, spoke to me through their CEO, he was immediately demoted. He actually told me how terrible they are in writing.

Sent from my iPhone

Begin forwarded message:

> **From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
> **Date:** April 9, 2026 at 2:41:55 PM EDT

**To:** Jeffrey Simpson <jsimpson001@icloud.com>
**Subject: FW: this Friday's visit to the 1640 Montauk property [F-F.FID1934821]**

Jeff –

.

I'm forwarding the email I just sent to Marty Bunin.

Alec



| | **Alec Ostrow**<br>aostrow@beckerglynn.com | 299 Park Avenue • New York, New York 10171<br>Telephone (212) 888-3033 • Facsimile (212) 888-0255<br>www.beckerglynn.com<br>Direct  (212) 303-9577 |
|---|---|---|

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

**From:** Ostrow, Alec P.
**Sent:** Thursday, April 9, 2026 2:31 PM
**To:** 'Bunin, Martin' <MBunin@FarrellFritz.com>
**Subject:** RE: this Friday's visit to the 1640 Montauk property [F-F.FID1934821]

Marty –

I am following up my request in my email of yesterday for the documents that were present at the site, including titles to vehicles, were removed.  As I wrote yesterday, I am not asking that copies of these documents be returned to the site for Mr. Simpson to inspect during his visit, but rather that copies be produced to me, which I will share with Mr. Simpson.  It would be helpful for tomorrow's site visit if these documents could be emailed to me today so that he could have them in advance of the site visit.

I would greatly appreciate it if you could send me the documents today.

Thank you.

Alec

**From:** Bunin, Martin <MBunin@FarrellFritz.com>
**Sent:** Wednesday, April 8, 2026 3:43 PM
**To:** Ostrow, Alec P. <aostrow@beckerglynn.com>
**Subject:** RE: this Friday's visit to the 1640 Montauk property [F-F.FID1934821]

Alec,

The 1640 Montauk visit will start at 11:00 am .

The only purpose of this visit is for Mr. Simpson to identify items that he alleges are his personal property.  Mr. Simpson will not be permitted to remove anything from the Rever Motors business premises.  He will not be allowed to go anywhere on the property without the receiver, the security guard and the videographer. The receiver will wear a microphone so that the videographer can record what he says to go along with the video.  The receiver or the videographer will ask Mr. Simpson to wear a microphone for the same reason.  If Mr. Simpson decides not to wear a microphone, then what he says may not be able to be recorded.

This visit, per Judge Beckerman's order, is not a fishing expedition or an opportunity for your client, for ex., to point to a drawer in a desk and say or allege that some item or piece of paper was removed from it.  The purpose of the site visit is "to identify all items that the Debtor claims is his personal property" (order, p. 2). As Judge Beckerman specifies in the order:

"The Debtor is authorized to go to the 1640 Montauk Property for a single occasion and **for the sole purpose of identifying his alleged items of personal property."**

Id., p. 2 fn 1 (emphasis added)

For your information, I had not planned to be present at 1640 Montauk on Friday, and my plans have not changed.

Marty

**Martin G. Bunin,** Counsel



622 3rd Ave, 37th floor
New York, NY 10017
(646) 329-1982
Cell: (917) 887-0056  mbunin@farrellfritz.com |
www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

From: Ostrow, Alec P. <aostrow@beckerglynn.com>
Sent: Wednesday, April 8, 2026 2:06 PM
To: Bunin, Martin <MBunin@FarrellFritz.com>
Subject: RE: this Friday's visit to the 1640 Montauk property [F-F.FID1934821]

Marty –

I confirm the site visit by Jeffrey Simpson for Friday, April 10, 2026.  In light of the judge's comments during today's conference, I do not intend to accompany Mr. Simpson, and I hope and expect that the site visit will be conducted by all parties in a businesslike manner for the purpose set forth in the judge's order, and Mr. Simpson's access to the entirety of the property, the buildings, the closets, the cabinets, the desks, and the drawers, and his photography thereof will be unimpeded.  In that regard, I do not expect that there will be any discussion between the receiver (or you if you attend) and Mr. Simpson regarding any substantive issues.   Certainly, pleasantries can be exchanged.  The judge made it clear that all parties have her chambers telephone number if there is any incident, which I hope and expect there will not be.  If, despite the foregoing, there is an incident, I ask that you preserve the entire unedited videographic recording and any written transcript, the production of which I will request.  I hope this is unnecessary.  I also hope that it will be unnecessary to get in touch with me during the site visit, but I intend to be in my office should the need arise.

Because I will not be traveling to the site, Mr. Simpson asked me to request to make the appointment earlier than 11:00 a.m., so that it may be concluded as quickly as possible.  Mr. Simpson is willing to start as early as 9 a.m. or anytime thereafter, if that is convenient for the receiver.

Mr. Simpson has informed me that certain documents that were present at the site, including titles to vehicles, were removed.  I am not asking that copies of these documents be returned to the site for Mr. Simpson to inspect during his visit, but rather that copies be produced to me, which I will share with Mr. Simpson.

Please let me know if the time of the site visit can be changed.  If I don't hear back from you, Mr. Simpson and I will assume that the visit will take place between 11:00 a.m. and 3:00 p.m. as set forth in your email.

Please let me know if you have any questions.

Best regards.

Alec



BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct  (212) 303-9577

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

**From:** Bunin, Martin <MBunin@FarrellFritz.com>
**Sent:** Wednesday, April 8, 2026 11:11 AM
**To:** Ostrow, Alec P. <aostrow@beckerglynn.com>
**Subject:** this Friday's visit to the 1640 Montauk property [F-F.FID1934821]

Alec,

Please confirm that the date and time for Jeffrey Simpson to visit the 1640 Montauk Property to identify the items he claims are his personal property is this Friday, April 10 from 11:00 am to 3:00 pm, and that the receiver, his security guard (the armed, retired NYPD police officer) and the videographer will accompany Mr. Simpson (and you) around the property.
Thanks.

Marty

**Martin G. Bunin,** Counsel



622 3rd Ave, 37th floor
New York, NY 10017
(646) 329-1982
Cell: (917) 887-0056  mbunin@farrellfritz.com |
www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.