Hearing Date: July 8, 2026, at 10:00 a.m.
Objection Deadline: July 1, 2026

**BINDER & SCHWARTZ LLP**
675 Third Avenue, 26th Floor
New York, NY 10017
Tel.: (212) 510-7008

*Counsel for 608941 NJ Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:

JEFFREY SOLOMON SIMPSON,

Debtor.
------------------------------------------------------------------------x

608941 NJ INC.,

Plaintiff,

against

JEFFREY SOLOMON SIMPSON,

Defendant.
------------------------------------------------------------------------x

Chapter 11

Case No. 26-10359 (LGB)

Adversary Proceeding

Case No. 26-01046 (LGB)

**NOTICE OF HEARING ON 608941 NJ INC.'S MOTION TO CLARIFY THE SCOPE OF
THE AUTOMATIC STAY, OBTAIN RELIEF FROM THE AUTOMATIC STAY, AND
ASK THAT THE COURT PARTIALLY ABSTAIN FROM HEARING THE
<u>ADVERSARY PROCEEDING</u>**

**PLEASE TAKE NOTICE** that 608941 NJ Inc. ("<u>Oak</u>") submits this motion (the

"<u>Motion</u>") seeking: (1) a declaration clarifying that the automatic stay does not extend to (a)

Oak's claims against non-debtors in the action pending before the New York County Supreme

Court, Commercial Division, Index No. 158055/2023 (the "<u>State Court Action</u>") and (b) the

counterclaims asserted by Jeffrey Simpson and JJ Arch LLC against Oak in the State Court

Action; (2) relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1); and (3) this Court's

partial abstention from deciding certain issues in the recently filed adversary proceeding, *608941*

*NJ Inc. v. Simpson*, Adv. Proc. No. 26-01046 (Bankr. S.D.N.Y. May 26, 2026), because those

issues are the subject of the State Court Action or, alternatively, a stay of the Adversary

Proceeding pending resolution of the State Court Action.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable

Lisa G. Beckerman, United States Bankruptcy Judge, on **July 8, 2026, at 10:00 a.m. (Eastern**

**Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that this Hearing shall take place via Zoom

videoconference in accordance with the *Procedures For All Hearings Before Judge Beckerman*

*Being Held By Zoom Video*, a copy of which is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rule 9014 and

Local Bankruptcy Rule 9006, if you intend to oppose the motion, you must file electronically

with the Clerk of the Court and serve on movant's counsel at Binder & Schwartz LLP, 675 Third

Avenue, 26th Floor, New York, New York, 10017, Attn: Eric B. Fisher, so as to ensure actual

receipt not later than seven (7) days before the Hearing.

Dated: June 12, 2026
   New York, New York

Respectfully submitted,

BINDER & SCHWARTZ LLP

/s/ Eric B. Fisher
Eric B. Fisher
Lindsay A. Bush
675 Third Avenue, 26th Floor
New York, NY 10017
Tel.: (212) 510-7008
Email: efisher@binderschwartz.com
Email: lbush@binderschwartz.com

*Counsel for 608941 NJ Inc.*