**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| JEFFREY SOLOMON SIMPSON, | Case No. 26-10359 (LGB) |
| Debtor. | |

### ORDER EXTENDING THE PERIODS DURING WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO FILE A PLAN AND TO OBTAIN ACCEPTANCE THEREOF

Jeffrey Solomon Simpson, the above-captioned debtor and debtor in possession (the "Debtor") having applied by motion (the "Motion"), dated June 12, 2026, ECF Doc. __, for the entry of an order, pursuant to 11 U.S.C. § 1121(d), extending the periods during which the Debtor has the exclusive right to file a plan and to obtain acceptance thereof; and a Notice of Hearing of the Motion (the "Notice of Hearing"), ECF Doc. ___, having been filed on June __, 2026; and adequate notice of the Motion having been given in accordance with the Certificate of Service, ECF Doc. __; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that, pursuant to 11 U.S.C. § 1121(d), the 120-day period during which the Debtor has the exclusive right to file a plan and to obtain acceptance thereof are extended for 120 days until October 17, 2026 and December 16, 2026, respectively, without prejudice to requests for further extensions; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matter arising from or related to the implementation of this Order.

4937-0526-3284 v.1

Dated:  New York, New York
       July \_\_\_\_, 2026

 

_____
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE

4837-0526-3284 v.1