Hearing Date: July 1, 2026, at 10:00 a.m.
Objection Deadline:  June 24, 2026

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Alec P. Ostrow
aostrow@beckerglynn.com

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| JEFFREY SOLOMON SIMPSON, | Case No. 26-10359 (LGB) |
| Debtor. | |

**NOTICE OF HEARING ON DEBTOR'S MOTION TO EXTEND
THE PERIODS DURING WHICH THE DEBTOR HAS
THE EXCLUSIVE RIGHT TO FILE A PLAN
AND TO OBTAIN ACCEPTANCE THEREOF**

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Lisa G.

Beckerman, United States Bankruptcy Judge, on **July 1, 2026, at 10:00 a.m.**, or as soon

thereafter as counsel can be heard, via Zoom for government, to consider the motion, dated and

filed June 12, 2026, of Jeffrey Solomon Simpson, as Debtor and Debtor in possession (the

"Debtor") to extend the periods during which the Debtor has the exclusive right to file a plan and

to obtain acceptance thereof (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in

writing, stating in detail the reasons therefore, and filed electronically with Clerk of the Court,

4923-2752-3764 v.1

and served on Becker, Glynn, Muffly, Chassin & Hosinski LLP, 299 Park Avenue, New York,

New York 10171, Attn: Alec P. Ostrow aostrow@beckerglynn.com, so that such objections are

actually received not later than **June 24, 2026.**  Objections that are not timely served and filed

may not be considered by the Court.

Dated: New York, New York
       June 12, 2026

<div style="margin-left:45%">

**BECKER, GLYNN, MUFFLY, CHASSIN &
HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255


By: _/s/ Alec P. Ostrow_____
     Alec P. Ostrow
     aostrow@beckerglynn.com

*Counsel for Jeffrey Solomon Simpson,
as Debtor and Debtor in Possession*

</div>

2