**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Alec P. Ostrow
aostrow@beckerglynn.com

*Counsel to Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| JEFFREY SOLOMON SIMPSON, | Case No. 26-10359 (LGB) |
| Debtor. | |

**DEBTOR'S MOTION FOR ORDER SETTING LAST DATE**
**TO FILE PROOFS OF CLAIM**

Jeffrey Solomon Simpson, the debtor and debtor in possession herein (the "Debtor"), by his counsel, as and for his motion to set a last date for filing proofs of claim (the "Motion"), respectfully sets forth and represents:

**Introduction**

1.     On February 19, 2026 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court. As a result, the Debtor became a debtor in possession, pursuant to section 1101(1) of the Bankruptcy Code, and has continued in possession of his property, pursuant to section 1107 of the Bankruptcy Code. No trustee or committee has been appointed.

4898-8306-9876 v.1

### Jurisdiction and Venue

2.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b).  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested

3.      The Debtor seeks an order, pursuant to Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 3003-1, to set a last date to file proofs of claim.  A proposed order granting the relief requested, together with a proposed form of notice, both in accordance with this Court's Procedural Guidelines for Filing Requests for Orders to Set the Last Date for Filing Proofs of Claim (the "Guidelines"), is attached hereto as Exhibit A.

### Basis for Relief Requested

4.      On March 5, 2026, the Debtor filed his Schedules [ECF Doc 19], pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  To be in a position to confirm a plan, the Debtor must know the extent of his liabilities, as claimed by his creditors.

5.      Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure provides for the Court to set the time to file a proof of claim.  The Debtor respectfully requests that the Court set a deadline to file proofs of claim.

6.      Local Bankruptcy Rule 3003-1 provides that motions to set a deadline to file proofs of claim should comply with the Guidelines.  The Guidelines provide that the motion to set a deadline should ordinarily be filed within 30 days of later of (i) the initial case conference, or (ii) the filing of the Schedules.  The initial case conference was held on March 24, 2026.  The filing of this motion was delayed because the Debtor received a large number of returned notices

2

4898-8306-9876 v.1

of the filing of his bankruptcy case due to incorrect addresses.  As set forth in the Debtor's

declaration pursuant to Local Rule 1007-2 [ECF Doc. 3], access to the Debtor's files was denied

for a period of time, and the Debtor has does not believe that all of his files have been returned.

As a result, the Debtor complied addresses of creditors and other parties in interest to the best of

his ability at time of the filing of the petition, but unfortunately, there were many returned.

Consequently, the filing of this motion has been delayed to allow the Debtor to revise as many

addresses as possible.  Although the Debtor has not been able to obtain better addresses for many

of the scheduled creditors and other parties in interest, the Debtor believes that he has reached

the point of diminishing returns in the address correction process, and that the setting of the last

date to file claims should not be delayed further.

7.      Because of the limited funds available to the Debtor, and because this is not a

mass tort case, the Debtor does not propose to publish notice of the last date to file claims.

8.      In accordance with the Guidelines, the Debtor proposes July 31, 2026, as the last

date to file claims, which is projected to be at least 35 days after the projected mailing date

following the entry of the proposed order, which is at least 7 days after the application is

submitted.

### Notice

9.      In accordance with paragraph 2 of the Guidelines, "the application and

accompanying papers can be submitted to the Court without further notice as long as the

application represents the Order has been approved in form and substance by any official

creditors committee, the debtor in possession lender and by any secured creditor with a lien on a

substantial portion of the debtor's assets."  In this case, there is no official creditors committee,

no debtor in possession lender, and no secured creditor scheduled.  As a result, the required

3

4898-8306-9876 v.1

representation can be made because the requirement is trivially satisfied.  For that reason, the Motion and proposed order will be submitted without notice.

## Proposed Order

10.     A proposed order granting the relief requested, together with a proposed form of notice, both in accordance with this Court's Procedural Guidelines for Filing Requests for Orders to Set the Last Date for Filing Proofs of Claim (the "Guidelines"), is attached hereto as Exhibit A.

## No Prior Request

11.     No prior request for the relief sought in this application has been made to this or any other Court.

WHEREFORE, the Debtor respectfully requests that the Court grant an order setting the last date to file proofs of claim, and that the Court grant such other and further relief as is just.

Dated:  New York, New York
        June 12, 2026

                                    BECKER, GLYNN, MUFFLY,
                                    CHASSIN & HOSINSKI LLP


                                    By: _/s/ Alec P. Ostrow_____
                                        Alec P. Ostrow
                                        299 Park Avenue
                                        New York, New York 10171
                                        (212) 888-3033
                                        aostrow@beckerglynn.com

                                    *Counsel for Debtor and Debtor in Possession*

4

4898-8306-9876 v.1