UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| JEFFREY SOLOMON SIMPSON, | : | Case No.  26-10359 (LGB) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## ORDER MODIFYING THE AUTOMATIC STAY AS NECESSARY TO PERMIT THE STATE COURT ACTION TO PROCEED BEFORE THE SUPREME COURT OF THE STATE OF NEW YORK

Upon the motion (the "Motion") of Jared Chassen ("Chassen" or "Movant") for the entry of an order declaring the automatic stay inapplicable and/or modifying the automatic stay imposed in the above-captioned bankruptcy case (the "Chapter 11 Case") to allow a pending state court action, *Simpson v. Chassen*, Index No. 158055/2023 (N.Y. Co.) (the "State Court Action") relating to certain corporate governance disputes and membership issues (as further described in the Motion) (the "Governance Disputes") involving Chassen, JJ Arch LLC ("JJ Arch"), Arch Real Estate Holdings LLC ("AREH"), 608941 NJ Inc. ("Oak") and Jeffrey Simpson ("Simpson" or "Debtor"), and relating to JJ Arch, to proceed before the New York County Supreme Court, Commercial Division (the "Commercial Division"); and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances and in accordance with the Federal Rules of Bankruptcy Procedure, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing on the Motion; and all objections, if any, to the Motion have been

withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**

1.      The Motion is GRANTED.

2.      The automatic stay imposed in the Chapter 11 Case [does not apply to the Governance Disputes and all litigants may proceed before the Commercial Division in the pending State Court Action][is hereby modified to the extent necessary to permit the Commercial Division to hear the Governance Disputes in the pending State Court Action]**.**

3.      The fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply and the Order is instead effective immediately.

4.      The relief granted in this Order is without prejudice to Movant's right to seek additional relief.  Nothing in this order shall be construed as a waiver of Movant's rights under applicable law.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

6.      This Order shall be binding, regardless of the dismissal, withdrawal, conversion, or re-filing of this case.

DATED: _____, 2026.


                              UNITED STATES BANKRUPTCY JUDGE


                                        2