UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re:

JEFFREY SOLOMON SIMPSON,

              Debtor

Chapter 11

Case No.: 26-10359 (LGB)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**DECLARATION OF ALLEN SCHWARTZ, ESQ. IN SUPPORT OF JARED CHASSEN'S MOTION TO MODIFY THE AUTOMATIC STAY TO PERMIT THE STATE COURT TO PROCEED BEFORE THE SUPREME COURT OF THE STATE OF NEW YORK**

ALLEN SCHWARTZ, Esq., an attorney duly admitted to practice law before this Court, declares pursuant to 28 U.S.C. § 1746, as follows:

1. I am co-counsel to Jared Chassen. I submit this declaration in support of Mr. Chassen's motion seeking an order lifting the automatic stay and/or declaring it inapplicable and allowing the pending action *Simpson et. al. v. Chassen et. al.*, Index No. 158055/2023 (N.Y. Co.) (the "State Court Action") to proceed before the New York County Supreme Court, Commercial Division.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the deposition transcript of Jeffrey Simpson dated June 5, 2026 in the adversary proceeding before this Court captioned *Simpson v. Huebscher et. al.*, Case No. 26-01013 (LGB).

3. Annexed hereto as Exhibit 2 is a compilation of true and correct copies of the emails I received from Mr. Simpson in which this Court and the Honorable Justice Joel M. Cohen, among

others, are recipients, and which Mr. Simpson sent after this Court directed Mr. Simpson on the record not to send the Court emails.

4.     The documents referenced by citation to the New York State Courts Electronic Filing system ("NYSCEF") or citation to public records in the annexed motion are expressly incorporated herein by reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2026.

By: /s/ Allen Schwartz
Allen Schwartz, Esq.
