# EXHIBIT 2

**Allen Schwartz**

---

**Subject:** Re: More games from Oak re Simpson case , see attached

**Date:** Tuesday, June 16, 2026 at 9:27:54 AM Eastern Daylight Time

**From:** Jeffrey Simpson <jsimpson001@icloud.com>

**To:** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Alec P. Ostrow <aostrow@beckerglynn.com>, daniel.rudewicz@usdoj.gov <daniel.rudewicz@usdoj.gov>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, Allen Schwartz <allen@allenschwartzlaw.com>, Jared Chassen <jaredchassen@gmail.com>, Martin Bunin <MBunin@farrellfritz.com>, ehuebscher@huebscherconsulting.com <ehuebscher@huebscherconsulting.com>, Sean Southard <SSouthard@klestadt.com>, Jonathan T. Koevary <JKoevary@olshanlaw.com>, Kevin Wiener <kwiener@35oak.com>, ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>, USTP.Bankruptcy.Fraud@usdoj.gov <USTP.Bankruptcy.Fraud@usdoj.gov>, Gary Herbst <gfh@lhmlawfirm.com>, Greg Messer <gremesser@aol.com>, Criminal.Division@usdoj.gov <Criminal.Division@usdoj.gov>, jpm.chambers@nysb.uscourts.gov <jpm.chambers@nysb.uscourts.gov>, vargasnysdchambers@nysd.uscourts.gov <vargasnysdchambers@nysd.uscourts.gov>, Furman_NYSDChambers@nysd.uscourts.gov <Furman_NYSDChambers@nysd.uscourts.gov>

I'm sorry, I forgot to include at least three other federal judges have been played here

Justice Furman, justice Mastando , justice Vargas

You all allowed this stuff to go on or are you just protect the New York State judge who is beyond prejudicial, corrupt and completely biased.   We came to you all for help, the we is me singularly but why would the constitutional court help someone who has been destroyed and decimated by Canadian nationals that will do anything to create destruction around me and over $100 million of other people's money.   How can you not see these crimes?   I believe at least justice Vargas was at least a criminal prosecutor.   So they got one past you all and none of you felt it was necessary to have people come in and speak the truth and you all just went off their papers as if what they said was true and if it was gospel and it was the polar opposite. They played the entire system and you all allowed it.   Or all just to protect Judge Joel cohen who is the worst of the worst.   Countless lawyers told me what he did made no sense, why would AD1 or the CJC help out.   They have to protect their guy, or protect the corruption at large.   And you all just endorse it I did not even give me a chance to stand up and defend myself within the constitutional court. What is wrong with this picture?    It's not me, definitely not me.

Jeffrey Simpson

Sent from my iPhone

> On Jun 16, 2026, at 8:45AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> So these folks told us that YJ was not a defendant anymore the moment it filed for the bankruptcy.   Under the law they had no right to do such a thing without getting consent because without consent doesnt allow the argument that by them making lawsuits and them pulling them back there's legal fees and other issues for frivolous acts.   So like usual the moment that they had to deal with the situation they play the game and shift around and maneuver the courts.   So now that YJ is dismissed, when it should've dealt with the bigger issues by the chapter 7 trustee but avoided it like the plague, now has litigation from AREH which is driven by oak.   And of course the corporate documents don't even allow for such a thing but why would anybody in the

court system care?   Why would anyone in the criminal justice system care?   And I'm sorry Your
Honor you are not correct, they had YJ on the entire time(in NYS)  and they lied to you to tell
you that YJ was not a named defendant in the New York State case so they could keep burning
me in front of Judge Joel cohen, to do dirty receiver games etc.   So now that there's a stay on me
in Federal Court, they're running to New York Court to restart the same game all over again.
And the whole concept of removals is actually hilarious because the very first lawsuit was by
Oak in the federal court and as Jared told me it was purely to intimidate and threaten me so that
when they stole the business I would just go away.   So where are we now ?   more gamenship
and nobody caring?   This is fraud beyond fraud beyond fraud and the fact that you all allow this
to happen, I don't even know what to say but it is completely not appropriate and it's not a
motion practice type of thing , it is a fraudulent type of thing that requires justice with
Investigations and arrests and questioning.
>
> I'm like a broken record that just doesn't die and it's not fun for me either.
>
> Please do what you're supposed to do here, I don't even know who anymore is supposed to do
the right thing but I'm not supposed to be in the situation that I'm in with what they're doing,  that
I can tell you with certainty and I don't believe any lawyer would disagree with me.
>
>
>
> <IMG_1579.heic>
>
>
> Jeffrey Simpson
>
> Sent from my iPhone

**Allen Schwartz**

| | |
|---|---|
| **Subject:** | More games from Oak re Simpson case , see attached |
| **Date:** | Tuesday, June 16, 2026 at 8:45:51 AM Eastern Daylight Time |
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **To:** | NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Alec P. Ostrow <aostrow@beckerglynn.com>, daniel.rudewicz@usdoj.gov <daniel.rudewicz@usdoj.gov>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, Allen Schwartz <allen@allenschwartzlaw.com>, Jared Chassen <jaredchassen@gmail.com>, Martin Bunin <MBunin@farrellfritz.com>, ehuebscher@huebscherconsulting.com <ehuebscher@huebscherconsulting.com>, Sean Southard <SSouthard@klestadt.com>, Jonathan T. Koevary <JKoevary@olshanlaw.com>, Kevin Wiener <kwiener@35oak.com>, ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>, USTP.Bankruptcy.Fraud@usdoj.gov <USTP.Bankruptcy.Fraud@usdoj.gov>, Gary Herbst <gfh@lhmlawfirm.com>, Greg Messer <gremesser@aol.com>, Criminal.Division@usdoj.gov <Criminal.Division@usdoj.gov> |
| **Attachments:** | IMG_1579.heic, ATT00001.txt |

So these folks told us that YJ was not a defendant anymore the moment it filed for the bankruptcy.  Under the law they had no right to do such a thing without getting consent because without consent doesnt allow the argument that by them making lawsuits and them pulling them back there's legal fees and other issues for frivolous acts.  So like usual the moment that they had to deal with the situation they play the game and shift around and maneuver the courts.  So now that YJ is dismissed, when it should've dealt with the bigger issues by the chapter 7 trustee but avoided it like the plague, now has litigation from AREH which is driven by oak.  And of course the corporate documents don't even allow for such a thing but why would anybody in the court system care?  Why would anyone in the criminal justice system care?  And I'm sorry Your Honor you are not correct, they had YJ on the entire time(in NYS)  and they lied to you to tell you that YJ was not a named defendant in the New York State case so they could keep burning me in front of Judge Joel cohen, to do dirty receiver games etc.  So now that there's a stay on me in Federal Court, they're running to New York Court to restart the same game all over again.  And the whole concept of removals is actually hilarious because the very first lawsuit was by Oak in the federal court and as Jared told me it was purely to intimidate and threaten me so that when they stole the business I would just go away.   So where are we now ?  more gamenship and nobody caring?   This is fraud beyond fraud beyond fraud and the fact that you all allow this to happen, I don't even know what to say but it is completely not appropriate and it's not a motion practice type of thing , it is a fraudulent type of thing that requires justice with Investigations and arrests and questioning.

I'm like a broken record that just doesn't die and it's not fun for me either.

Please do what you're supposed to do here, I don't even know who anymore is supposed to do the right thing but I'm not supposed to be in the situation that I'm in with what they're doing,  that I can tell you with certainty and I don't believe any lawyer would disagree with me.

**Allen Schwartz**

---

**Subject:** Re: Jeffrey Solomon Simpson, Debtor - Inquiry regarding potential distribution to YJ Simco LLC
**Date:** Monday, June 15, 2026 at 5:18:52 AM Eastern Daylight Time
**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**To:** Kevin Wiener <kwiener@35oak.com>, Gary Herbst <gfh@lhmlawfirm.com>, Alec P. Ostrow <aostrow@beckerglynn.com>
**CC:** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>, USTP.Bankruptcy.Fraud@usdoj.gov <USTP.Bankruptcy.Fraud@usdoj.gov>, ustrustee.program@usdoj.gov <ustrustee.program@usdoj.gov>, fraud.feedback@usdoj.gov <fraud.feedback@usdoj.gov>, Jonathan T. Koevary <JKoevary@olshanlaw.com>, Greg Messer <gremesser@aol.com>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Sean Southard <SSouthard@klestadt.com>, Leslie Thorne <leslie.thorne@haynesboone.com>

I understand that Mr. Herbst told Mr Ostrow , on Friday that he didn't receive these funds and did not take them as the former YJ trustee.  Apparently he had concerns that they were my funds and not YJ.  Here nor there, the fact that he will not say this in writing is concerning.  He was alerted to a lot of other things that Weiner did to tamper surrounding YJ but he chose to ignore because from his perspective I'm on the losing team and they'll spend more in legal than I will but that doesn't make it right.  So Gary, let's go stand up, be a grown man / professional.  Let's tell the DOJ and the court about the various conversations and about the various proof that I sent to you about malicious act of the parties and you chose to ignore them.  How cute that none of this was in any of your reports.  So when I made a motion to eject you as trustee.  I was not kidding.  And I don't care if you have a long history with the court, I think the Court is well aware I'm about the facts and the details.  And you get away with avoiding them because of tenure.  I did call Linda Rifkin's office also.  No reply, I guess the DOJ has to protect their own regardless if they are compromised.  So my job here is to expose the harsh realities of where the system is broken and get to the bottom of things.   And no your recommendation to file personally was not necessary that was required because you didn't have the courage or the willingness to adhere to required legal obligations that you had as a chapter 7 trustee or counsel .  So now I'm the trustee (for where i am personally tied, which is almost everything) and I demand immediate investigation on all of this.

So I'm sure somebody here is going to say, everybody's wrong but Mr. Simpson.   And the answer is yes!   I live by facts and integrity and I'm the one who's here standing up to be vocal with nothing to hide with nothing to lose.   So if everyone else is right and I'm wrong, they all need to come to the table too!    And if we look at my credentials I'm highly qualified, and occupied countless Lawyer references for the billions of dollars of hard situations I've been involved in for 20 years , that rarely required litigation!  Why is that?  Those opportunities were available to me because the system is so broken.

As it relates to action , I think in personal relationships this is called intervention!    And the Court has abilities to do this and so does the DOJ.  And any law-enforcement group that told me that the situations are purely civil, I am contacting them and I already have to make it known the court has taken a position that the court doesn't deal with criminal actions, law-enforcement does.  I imagine all those folks are going to  have a jurisdictional problem but they can figure that out on their own.

So once again, I demand justice and I demand it now.

Jeffrey Simpson

Sent from my iPhone

On Jun 12, 2026, at 6:23AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Where are these funds and who has them?

---

**From:** Kevin Wiener <kwiener@35oak.com>
**Date:** July 9, 2025 at 12:30:10 PM EDT
**To:** Jeffrey Simpson <jsimpson001@icloud.com>, gremesser@aol.com
**Cc:** jsl@lhmlawfirm.com, "Koevary, Jonathan T." <jkoevary@olshanlaw.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>, Allen Schwartz <allen@allenschwartzlaw.com>, J Chassen <jaredchassen@gmail.com>, Michael Wiener <MWiener@35oak.com>
**Subject: Jeffrey Simpson to YJ Simco Membership Interest Transfers – Melrose and Benner Distributions**

Dear Messrs. Simpson and Messer:

I am writing on behalf of the Arch Companies to obtain clarity, and ideally a joint position, about the impact of certain purported membership interest transfers from Mr. Simpson to YJ Simco LLC that have an immediate impact on certain distributions that must be made with property sale proceeds.

In November 2024, Arch sold a multifamily apartment complex called Melrose Apartments in West Palm Beach, Florida. Most of the proceeds of that sale are now ready for distribution.

The general partner entity in control of Melrose is 3200 N Haverhill GP LLC, a New York limited liability company. Arch Real Estate Holdings LLC ("AREH") is the managing member of that entity.

2 of 7

The other two members of that entity of relevance for the distribution are 608941 NJ Inc. ("Oak"), the acting managing member of AREH, and JJ Haverhill LLC ("JJ Haverhill"), a New York limited liability company with eleven members, primarily former Arch principals, employees and friends and family. $368,000 in cash was invested through JJ Haverhill and it was also assigned $144,000 in acquisition fees. Mr. Simpson's membership interest in JJ Haverhill, inclusive of acquisition fees, was $83,000. Under the JJ Haverhill operating agreement, Mr. Simpson was appointed by the members as managing member of the company.

I understand that Mr. Simpson now alleges that prior to the YJ Simco LLC ("YJ Simco") bankruptcy, he assigned 100% of his membership interests in JJ Haverhill to YJ Simco. Pursuant to subsection 603(4) of the New York Limited Liability Company Law ("NYLLC Law"), an assignment of 100% of a member's interests in a limited liability company causes that member to cease to be a member of the company and to cease to have the power to exercise any rights or powers as member. There does not appear to be any provision in the JJ Haverhill operating agreement that preserves the assigning member's membership rights on an assignment that would override the default provisions of the NYLLC Law.

Subsections 603(2) and (3) of the NYLLC Law provide that the assignee of the membership interests does not obtain any membership powers or rights on receiving a membership interest assignment, but is entitled only to the assignor's distribution rights and allocations of profits and losses.

Under section 604 of the NYLLC Law, an assignee can become a member of a limited liability company on the vote or written consent of a majority in interest of the members other than the assignor. It is not clear the extent to which section 12 of the JJ Haverhill operating agreement overrides this section. I also have no information about whether YJ Simco ever signed a joinder to be formally admitted as a member of JJ Haverhill, or whether it remains

solely an economic assignee.

The result of this is that it is unclear who, at the moment, is legally entitled to manage JJ Haverhill and therefore to receive the Melrose distribution and remit it to upstream investors (including, presumably to the YJ Simco bankruptcy estate). It is unclear whether the purported membership transfer from Mr. Simpson to YJ Simco also had the effect of transferring Mr. Simpson's role as managing member, and whether, if YJ Simco was never formally admitted as a member, that means that Mr. Simpson's management rights terminated on the transfer along with his membership rights (such that the other members of the company must appoint a new managing member) or whether he remains manager of the company without being a member. Given Mr. Simpson's history of misappropriating assets from companies he manages, I am very wary of the prospect of the JJ Haverhill members' investments being diverted by Mr. Simpson if he is not even entitled to manage the company, and the potential liability that creates for AREH. The amount of distribution JJ Haverhill is entitled to is about $58,000, which is not an insubstantial sum to be potentially diverted.

It would be my preference if all relevant parties can get on the same page about how to handle this distribution. I do not believe JJ Haverhill ever had a bank account, and previously when distributions were made in such a situation, Mr. Simpson (who was then in control of AREH) simply had the JJ entity bypassed and the distributions made directly to the upstream investors.

I think it would probably be the cleanest if we do the same thing now. As a paper entity, JJ Haverhill should have no expenses other than the preparation of its annual tax return (which, I believe, is still outstanding going back to 2023 or possibly 2022). On everyone's mutual direction, we could have the Arch accountants prepare the JJ Haverhill tax returns (2024 is expected to be a final tax return for the downstream entities), be paid out of the JJ Haverhill distribution, and then the remainder be sent directly to JJ Haverhill's members, with Mr. Simpson's share (around $9,400) going to the YJ

Simco bankruptcy estate consistent with his continuously-expressed intentions that all of his Arch-related distributions should be going to YJ Simco.

Separately, Arch recently sold an apartment building at 5952 Benner St in Los Angeles, California. This is an investment that predated the formation of Arch, with all the relevant principals having membership interests directly in 5952 Benner Investors LLC ("Benner Investors"), a Delaware limited liability company. AREH is the non-member manager of Benner Investors. Mr. Simpson had a membership interest in 12.5% of the equity of Benner Investors, which he purports to have assigned to YJ Simco prior to its bankruptcy.

I note that while the Delaware Limited Liability Company Act ("Delaware LLC Act") has similar provisions to New York for an assigning member to lose their membership interests, that provision is overridden by section 7.5 of the Benner Investors operating agreement, which preserves an assignor's membership rights until the assignee is admitted as a substitute member by executing an agreement accepting and adopting the terms of the operating agreement.

I also note that Mr. Simpson's purported assignment of his membership interest in Benner Investors appears to violate the restrictions on the transfers of membership interests contained in Article VII of the operating agreement, as the other members of Benner Investors did not consent to this transfer and it is not a listed permitted transfer under section 7.2. The operating agreement provides that any transfer in violation of Article VII "shall be invalid, ineffective and not enforceable for any purpose, shall be *void ab initio* as to the Transfer of a Membership Interest that would cause such violation, and the intended transferee shall acquire no rights in such Membership Interest."

I would note that to the extent such a transfer has occurred, it does

not appear that YJ Simco ever went through the process to be admitted as a member of Benner Investors, rather than an assignee, and that under the Delaware LLC Act, the member of an LLC loses its membership rights (but not its economic rights) on the filing of a voluntary bankruptcy petition, though I understand some courts have determines that provision to be superseded and voided by the US Bankruptcy Code.

All of which is to say, that as with Melrose, it is not clear where Mr. Simpson's distribution should be directed. Given the operating agreement, it would appear that Mr. Simpson's purported transfer of his membership interests was *void ab initio*, however I do not wish to run the risk of AREH violating the bankruptcy stay by diverting property that should be going to YJ Simco to Mr. Simpson if the transfer was, in fact, legally valid. Moreover, Mr. Simpson continues to insist that YJ Simco is now the member of every Arch entity rather than himself, so he can obviously direct that the distribution go to YJ Simco now even if he never legally assigned his economic rights.

As with Melrose, my preference would be that the two of you confer so that a joint position can be provided to Arch and there is no accusation that Arch misdirected the funds. We will be awaiting resolution of these issues so that the appropriate distributions can be made.

I am happy to discuss the matter with either or both of you at your convenience. I have attached the relevant operating agreements for your reference.

Yours sincerely,

**Kevin Wiener** | Executive Vice President & General Counsel

Phone: 416-618-3615 | Fax: 416-245-0538

6 of 7

35 Oak Holdings Ltd. | 35 Oak Street | Toronto ON M9N 1A1
kwiener@35oak.com

**Allen Schwartz**

**Subject:** Re: In light of the hearing today, JSS case
**Date:** Monday, June 15, 2026 at 5:00:46 AM Eastern Daylight Time
**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**To:** Martin Bunin <MBunin@farrellfritz.com>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Alec P. Ostrow <aostrow@beckerglynn.com>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Sean Southard <SSouthard@klestadt.com>, daniel.rudewicz@usdoj.gov <daniel.rudewicz@usdoj.gov>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>, USTP.Bankruptcy.Fraud@usdoj.gov <USTP.Bankruptcy.Fraud@usdoj.gov>, ustrustee.program@usdoj.gov <ustrustee.program@usdoj.gov>, Criminal.Division@usdoj.gov <Criminal.Division@usdoj.gov>, Gary Herbst <gfh@lhmlawfirm.com>, Greg Messer <gremesser@aol.com>, Jonathan T. Koevary <JKoevary@olshanlaw.com>, Leslie Thorne <leslie.thorne@haynesboone.com>, Jonathan S. Pasternak <jsp@dhclegal.com>, Jonathan.S.Pasternak@gmail.com <Jonathan.S.Pasternak@gmail.com>

For the record, I have confirmed Marty and Huebscher 's game in front of the eyes of the Court now.

They sit there and play this game in court and depositions to try to paint themselves as good people that they try to make personal contents available to me , which it's comical at best , and here we are when I called them out on it they don't respond.   So yes Your Honor they are full of games and that is what this is for well over a year now and yes the motion practice will have to just deal with it I guess but in real time I believe it's the duty of the court to deal with issues in real time when people are trying to harass me and fabricate fictitious fairytales to try to protect their credibility which they have none.   And I did check with Mr. Rajotte, he does not believe either that they are trying to get any assets to me as they pretended that they were trying to and there were a lot more emails than what they showed the court and dialogue. And then the court seems to ignore that Chassen took assets from the property improperly  alongside a supposed officer of the court.

And yes even during these moments I still have customers from Rever Motors calling me to collect their stuff or calling me to threaten me about lawsuits.

If the so-called receiver was doing his job we wouldn't have these problems.   But he had a plan to burn down  the business together with Chassen and the wieners.  And that is what the motion was supposed to be about so that the Court can see what's really happening and make a decision about the diminution of value (in the millions) all vindictive against me as the debtor in possession.   Notwithstanding, if there is not any owner other than me, the receiver is gone from his role as a relates to 1640 Motors LLC because that's what the law says under the bankruptcy code.   So the grey areas are always exposed and always heavily litigated when it comes to hurting me but when it comes to considering what may have actually happened with what the documents may actually say, it's dismissed.

For sure we could wait till July 15 to keep playing this game or we can just pass it along to law-enforcement folks now and let them do the dirty work here as I don't think the Court wants to and I don't think the DOJ wants to.

Additionally my deposition transcript is mysteriously not available.   They hate what it says, they

hate that Your Honor suggested the concept of and investigation so they're scared to send it. This will be at least the fifth or sixth time they have manipulated transcripts in the last three years.   We would not have even had a Jj Arch bk dismissal if one of the early transcripts was not held hostage and judge Mastando saw that Judge cohen already spoke about corporate control in the second hearing in the whole case.   Of course Allen Schwartz  would hold that hostage.  It took a year later until I had to be Prose for me to do my own research to find that that transcript was never disclosed and when I disclosed it everybody acted like it was just too late but it's not too late because the facts are the facts.   And even Cohen hated when I read out loud that transcript in his courtroom a year later i attempted  to show him how he screwed up and he pretended as if it never happened and was in denial.   That's this whole circumstance manipulating the courts, causing controversy all to burn Jeffrey Simpson.  Martin Bunin, Allen Schwartz, Jonathan Koevary, Leslie Thorne .   They all work for Kevin Weiner who's only claim to fame is playing video games, literally, this is a fact and it's all over the Internet.   Oh and he ran for mayor for Toronto , lost and then sued the person that won !  He doesn't have any experience in real estate or structuring anything.   And the fact  he brags to former partners and clients that he's really good at litigation.   He takes his parents money and runs around spending it with lawyers to manipulate the system.

Why is it that I positioned everybody on Friday to meet me at the FBI and they ignored me and that is an inference that they are scared to death of the truth.   I on the other hand have nothing to worry about because I know the truth and I've lost so much standing up for the truth and I probably will lose more because the system can't handle the truth.

And new facts I've learned.   I hired jonathan Pasternak to be counsel for the JJ Arch bk case.  He has lost his license to practice in Sdny for three years.  Why?   He apparently took $260,000 from Sam Sprei , not disclosed to the court and admits he  used these dirty funds to buy a house.   Well if Schwartz is affiliated with Seddio and Sprei was the face of the court tampering with him in other cases.   Who is to say that Pasternack was not compromised in the Jj arch case ?

So please, let's all do something about this trickery and this court tampering and find justice.  And no , Alec Ostrow it's not going to do an emergency motion in a court surrounding these issues.  It's not who he is and he's a remarkable attorney but he like every other lawyer is not used to these types of games.

A very concerned DIP,


Jeffrey Simpson

Sent from my iPhone

> On Jun 12, 2026, at 6:02AM, Jeffrey Simpson <[jsimpson001@icloud.com](mailto:jsimpson001@icloud.com)> wrote:
>
> Renewed request.
> Mr Huebscher and Mr Bunin are supposed to be officers of the Court, not liars as individuals that make deals with private parties to cause destruction to me including but not limited to, trying to have me arrested for no good reason.   So I expect investigation and action and I will be

ignored again I'm sure but it's all on the record here and I'm not going to stop until there's criminal investigation occurring and I'm entitled to it and there's more than enough grounds to support it.

> The same thing happened with Gregg Messer and Gary Herbst.  Instead again because they are "friends of the court", no one did anything about it their unwillingness to report criminality.  They had an obligation just as court officers do to deal with criminality I'm happy to site the bankruptcy code law section so this is not an inreasonable request and is way overdue.

>

> I am prepared to show at least a half a dozen lies and deceit by the receiver / counsel and I can't make motions surrounding this criminal stuff.  This needs to be adjudicated and researched by law-enforcement not by me.

>

> And again I renew my request for the supposed receiver here who is completely illegitimate.  Again he makes great efforts to show the court that he tried to comply by providing items to me of personal property , he did not do anything of the sort so I raise my hand right now for him to release things that are obvious to him and me and the Court.  He should be doing the same for a list of prior customers.   To the extent he won't, I'll have those customers reach out to the appropriate parties in criminal justice because they call me regularly and some of them are even suing me.

>

> Yes this whole thing is a mockery and it starts with a busted New York State system that the DOJ is already aware of and is being investigated in the eastern district.

>

> So that's where we are in this case stuck with serious criminality needs to be dealt with.   We've all already seen how New York State system is broken up and down, God willing the federal system is not corrupted too.

>

> I've said it's 100 times there's no way that somebody with my experience and my competencies, who's been involved in over $3 billion of property in my life with major investors gets smoked the way I have without any anything when it comes to raising my hand 100 times or more on foul play.  It comes down to probably one point - that the system protects its own.   Well the leader in me tells you all, it's time to get over it because it will be fully exposed if I haven't done that already, somehow / someway.

>

> I'm on standby for a phone call or meeting.   And again if the criminal justice folks want to have a meeting with all the parties, let's do that and let them be adjudicator of who's right and who's wrong based upon evidence not some BS pulpit action from actors that call themselves lawyers.  Nobody would be this confident less they're stupid or are speaking with certainty.   I believe I'm in the second category.

>

> And each day in each week that this is delayed there is more destruction that occurs and that is due process or criminal justice or lawful  to allow these things to happen in front of your eyes.

>

> Jeffrey Simpson

>

> Sent from my iPhone

>

>> On Jun 11, 2026, at 5:52AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

>> The receiver went to great efforts to illustrate his willingness to turn over personal property which I've said many times on the record, it's not genuine.   Since it was an embellished upon and we are now in recess for two weeks, are those things going to be made available to me?   Or has the ship sailed and the game will continue?

>> Additionally there's no reason why a copy of the titles have not been produced.   It can't be all the oneness is on me when he took all the files and then gives 10 versions of he does not have them , he doesn't have them and then he does not have them. He clearly has them!   The court asked if we were missing anything from discovery and the answer is  we are.    The standards have to be equal for the parties especially when they have four different lawyers attacking me at all times, usually borne with lies and deceit notwithstanding the collusion and corruption.   So that's why the first 15 pages of my declaration deal with while we're here which is completely relevant because if Schwartz  didn't lie to the court with oak maybe New York State would not have done what they did but honestly they probably would've anyway because they worked the system via the whole Seddio / Sprei circumstance.

>> No, Mr. Ostrow is not going to make these requests because again he's not interested in something this controversial and I don't think anybody is but the opposition has zero concern other than their agenda which has been consistent theme since 2023 and I don't need to repeat myself.   Criminal justice folks should be helping and I'm afforded that under the law.

>> And we could all say that I'm disrespectful and we all say that I'm inappropriate - well this whole story makes no logical sense and the destruction of someone's career and livelihood is a whole lot more disrespectful than me standing up for myself and it doesn't follow any laws or any justice anywhere so until that starts to get back on track, I'm going to stand up for myself when no one else has the courage to do so or to speak honestly like I'm willing to do.

>> The court obviously is free to do whatever they want and once again I do not have the resources to do a whole bunch of motion practice to get the stuff that's lawfully mine (at least those that are blatantly obvious).

>> And no there is no third-party person to go to a premises that I established, I built and operated.   No one knows it better than me and the fact that the New York State Court had the nerve to suggest I can't go to the place I built when I invested all the money, that is horrific and absurd and no I do not give a hoot about what New York State said given what their actions are.  I've said this countless times and I'll say it till I die what they did is absolutely improper and has no laws or justice.   The lawyers, the receivers everybody scared to look to their "brother". Additionally, making contact with customers that contact me and have disputes should be dealt with and that should not wait any period of time if the receiver has any role or responsibility.  So there is no process in my mind to ask for anything other than lengthy motion practice which is not practical given what is done here which is very unusual from anyone I've ever talked to you about this case and that's why nobody wants anything to do with it because no one ever sees opposition like this for anything in small capacity .

>> So there we have it - practicality, execution, efficiency the words that I live by, not this maneuvering and intentional poor operations that focus on the blame game.

>> I'm happy to share a video of a year before and show how all the supposed work that happened there is not true.

>> They lied cheated and participated with Chassen.   And the only reason there's no investigation is the system protects each other.   So now it's for the federal law-enforcement folks to do something about this because that's where it lives jurisdiction and I'm tired of begging, very tired of begging.   And the criminality supersede everything else

>> I've offered to the other parties countless times to meet at the fbi, DOJ, or any law-enforcement agency of their choice and they ignore me every single time.  What does that tell

us?   Why is it the guy who suffering immensely has no problem telling the truth, has no problem standing up for justice and those that one of vindictively hurt me hide behind lawyers and play the pretend game.   Oh it's because they could spend the money in the legal system that I can't so that the brethren can support one another when they made mistakes but that's not how the real world works.   Mistakes that are made by folks in the justice system are still subject to scrutiny.

>> I will finally repeat myself about New York State police.   Besides delegating it to federal, they literally came back to me at the highest level and said Mr. Simpson you have a judge problem.   Well now that judges are being arrested and the improprietary I've raised is front and center And there's clear connection with allen Schwartz to those folks, it would be completely unlawful to  not investigate.

>> But the court tends to just not deal with these issues, I get it, it's really hard but my whole career was focused on things that were really hard and I never had litigation and I can't say I was successful and everything I did but I was regimented and driven and I was respected for it.   And my ethics and integrity were always first not money.  It's all relevant , so I'm done being attacked the way this has gone down for three years.   I demand real justice and real investigation and I demand it now.

>> Jeffrey Simpson

>> Sent from my iPhone

**Allen Schwartz**

---

**Subject:** Re: Jeffrey Solomon Simpson, Debtor - Inquiry regarding potential distribution to YJ Simco LLC
**Date:** Friday, June 12, 2026 at 5:06:15 PM Eastern Daylight Time
**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**To:** Kevin Wiener <kwiener@35oak.com>
**CC:** Alec P. Ostrow <aostrow@beckerglynn.com>, Jonathan T. Koevary <JKOEVARY@olshanlaw.com>, jaredchassen@gmail.com <jaredchassen@gmail.com>, Allen Schwartz <allen@allenschwartzlaw.com>, mlevine@thegoldlawfirmpc.com <mlevine@thegoldlawfirmpc.com>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Sean Southard <ssouthard@klestadt.com>, Gary Herbst <gfh@lhmlawfirm.com>, Greg Messer <gremesser@aol.com>, ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>, USTP.Bankruptcy.Fraud@usdoj.gov <USTP.Bankruptcy.Fraud@usdoj.gov>, ustrustee.program@usdoj.gov <ustrustee.program@usdoj.gov>, Alvin Bragg <bragga@dany.nyc.gov>, Leslie Thorne <Leslie.Thorne@haynesboone.com>, Kofi Sansculotte <sansculottek@dany.nyc.gov>

It's 5 PM they did not respond like usual and I probably have 20 emails or more where I positioned them to meet with me with any level of law-enforcement and they refuse, the only place they are happy to go is Judge Joel cohen, we could all connect the dots.   Seddio , Sprei , Borrok , king etc

So no I don't like doing the job for the criminal justice folks but I just did (it's not the first time with the theft that occurred with Chassen in Southampton New York together with the receiver). And of course they felt uncomfortable after speaking to those people but why would they actually adjudicate because they need to protect Joel Cohen.   Why? It beats me.

 So I leave to you folks that wear a badge.   What are we doing next?    They are criminals there is evidence in three countries. What shall be the process??? I should not suffer another second with what these people have done and they're unwillingness to speak to you all is ample evidence that they are guiltier than hell and they have been for three years now so it's time to adjudicate. It's now 5 PM and COB.   Are the law enforcement folks going to ignore this?


Jeffrey Simpson

Sent from my iPhone


> On Jun 12, 2026, at 2:31PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:


> Judge cohen is a crook like you
> So don't give me advice Kevin.
> I'll give you some advice when are we meeting with the FBI?   Any reluctance  to have the meeting is what the court calls an inference.
> So this will be my last email of the day.  If you don't respond with a time that you're willing to meet with the FBI, I hope they will see directly that you are admitting to your guilt because I have nothing to hide,  you have to hide.  So I'm not giving you a

last chance you're already guilty beyond guilty the question is who and when and how are we going to get this adjudicated.

Jeffrey Simpson

Sent from my iPhone

On Jun 12, 2026, at 2:22PM, Kevin Wiener <kwiener@35oak.com> wrote:

You might want to have a conversation with your lawyer about the extent to which Judge Cohen's order that you not directly email him with your harassing emails persists during the bankruptcy. And the fact that the automatic stay does not prevent a motion for criminal contempt.

So yes, I am removing him so as not to be a party to your continuous and flagrant breach of court orders.

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2026-06-12 1:59p.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: "Alec P. Ostrow" <aostrow@beckerglynn.com>, "Jonathan T. Koevary" <JKOEVARY@olshanlaw.com>, jaredchassen@gmail.com, Allen Schwartz <allen@allenschwartzlaw.com>, mlevine@thegoldlawfirmpc.com, ustpregion02.nyecf@usdoj.gov, daniel.rudewicz@usdoj.gov, USTP.Bankruptcy.Fraud@usdoj.gov, fraud.feedback@usdoj.gov, Gary Herbst <gfh@lhmlawfirm.com>, Greg Messer <gremesser@aol.com>, Adam Leitman Bailey <alb@alblawfirm.com>, Leslie Thorne <leslie.thorne@haynesboone.com>, "Hon. Joel M. Cohen" <jmcohen@nycourts.gov>
Subject: Re: Jeffrey Solomon Simpson, Debtor - Inquiry regarding potential distribution to YJ Simco LLC

**EXTERNAL**
You don't get to decide anything.

You're not responsible or authorized to make any decisions on anything that the Court did for you is completely inappropriate and unacceptable

and we are now out of federal jurisdiction so you have no ability to do what you're doing like usual.   You're not authorized to make any transaction for AREH, other than for the operating company which has no economic interest.  So again keep going Kevin keep digging further into the hole  because Joel isn't going to save you here.

I don't work for you, you don't control my funds you don't control my destiny you're nobody you're just some bullshit alleged creditor who has no claims to me because of the things you've done my claims  outsize yours and will take everything from you including whatever's left you have for the damages you've done to me and every Investor of $1 billion business and I'm not scared of you like they are and they will come out sooner than later , watch them .

So keep lying to the bankruptcy court keep lying to the federal court keep going and again I encourage your buddy Joel to chime jn.   I can't wait to hear his story with Frank Seddio along with Allen.

Is it amazing how you keep taking off all the people that should see your actions but that's OK I'll keep adding them back in between phone calls to the feds.

Jeffrey Simpson

Sent from my iPhone

> On Jun 12, 2026, at 1:47PM, Kevin Wiener <kwiener@35oak.com> wrote:

> 11 months ago you were **not** a debtor in bankruptcy and there was **no** judgment lien on your membership interests so you could assign your distribution to YJ Simco if you were the person legally entitled to them.

> Now you **are** a bankruptcy debtor and there **is** a judgment lien on all your personal property so you **cannot** just assign distributions that may be property of the estate or your secured creditor to YJ Simco without permission of the bankruptcy court.

> This should not be difficult for you to understand.

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2026-06-12 1:24p.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: "Alec P. Ostrow" <aostrow@beckerglynn.com>,
"Jonathan T. Koevary" <JKOEVARY@olshanlaw.com>,
jaredchassen@gmail.com, Allen Schwartz
<allen@allenschwartzlaw.com>,
mlevine@thegoldlawfirmpc.com,
NYSBml_Beckerman's_Chambers
<beckerman.chambers@nysb.uscourts.gov>,
daniel.rudewicz@usdoj.gov, criminal.division@usdoj.gov,
ustpregion02.nyecf@usdoj.gov, "Hon. Joel M. Cohen"
<jmcohen@nycourts.gov>, Christy Santoro
<csantoro@firstrepublic.com>, Adam Leitman Bailey
<alb@alblawfirm.com>, Gary Herbst
<gfh@lhmlawfirm.com>, Greg Messer
<gremesser@aol.com>, Alvin Bragg
<bragga@dany.nyc.gov>
Subject: Re: Jeffrey Solomon Simpson, Debtor - Inquiry
regarding potential distribution to YJ Simco LLC

**EXTERNAL**

It's not your understanding or authority to be involved in anything related to me and once again you put your foot into dog poop.  ALB is of no concern to you.  Since you added Melissa in gosh I can't wait to Hirt to see what she got herself into with the lawyer that also found himself in problems with J.P. Morgan Chase and then tried to extort me and I was in his office when he got the letter .  Another 15 year relationship ruined by you all.   It's fine, he lost his license once before he'll just lose it again.   He has history and that will be exposed.   In Due process as soon as Melissa's ready to do her thing Because my thing will hurt a lot when we get from discovery how he played the dirty game with JP Morgan to hurt me but obviously none of this would've ever happened if Jared didnt steal bank accounts for Kevin Weiner's account.   I'll add Kristy Santoro here she could speak for herself .  She could tell the feds how she gave Jared access to all my bank account accounts without any authority to do so.   And then Adam could come around to tell us about his relationship with the bank and how he risk losing business by representing me and never checked for conflicts.

Or maybe the Joel cohen  here could tell us why he "felt bad for the bank " when Jared exercised the impossible and she was stupid enough to agree to it.

Maybe Alvin Bragg now wakes up.

They've done their own crimes and that will be. adjudicated and it is thanks to you that I have all these problems because you got the impossible done by paying off the system.   Adding Judge Joel cohen right back into the mix.   Let him and Allen start answering questions how you all destroyed someone who could never be destroyed. Let the criminal justice folks do their job or are you going  repeat to them like you did all of us, "let them chase me in Canada"?

Tell the feds Kevin in between playing video games.

Jared, you're ready to come clean?   You're ready to tell the feds how you participated in this vicious crime and how you were the hitman for these people?   Let's go come on let's not hide here let's stand up and tell the truth something you don't do very well ever.

And Kevin it is clear to me that your understanding is that you're not going to release funds that you were ready to release to the YJ Simco trustee.   You did not oppose to the dismissal you actually pushed for the dismissal of that very bankruptcy.   Justify to the court Kevin, right now - how you could play these games under any documents under any court order anywhere you can't.   So yes you are subject to bk crimes now, in both cases and I'm all over it.

So like usual I'm the only one here not scared of the truth everybody else got a problem that they need to worry about I don't have any skeletons.


Jeffrey Simpson

Sent from my iPhone


On Jun 12, 2026, at 12:26PM, Kevin Wiener <kwiener@35oak.com> wrote:

I should add that to the extent your membership interest was not transferred to YJ Simco and is property of your bankruptcy estate, my understanding is that it's still subject to Adam Leitman Bailey's judgment lien unless same is avoided as a preference (I'm not sure if he filed his execution with the marshal less or more than 90 days before your bankruptcy). I believe that would make the distribution cash collateral subject to restrictions on the DIP under the bankruptcy code but that's a question I think the laywers would need to resolve.

I'm copying Melissa Levine; I'm sure she has a view on what's supposed to be happening to these distributions as well.

Sent from my Galaxy

-------- Original message --------
From: Kevin Wiener <kwiener@35oak.com>
Date: 2026-06-12 12:07p.m. (GMT-05:00)
To: Jeffrey Simpson <jsimpson001@icloud.com>
Cc: "Alec P. Ostrow" <aostrow@beckerglynn.com>, "Jonathan T. Koevary" <JKOEVARY@olshanlaw.com>, jaredchassen@gmail.com, Allen Schwartz <allen@allenschwartzlaw.com>
Subject: RE: Jeffrey Solomon Simpson, Debtor - Inquiry regarding potential distribution to YJ Simco LLC

Jeff, I don't particularly feel like dealing with your abuse today.

If you're not capable of interacting like a mature adult then I'm going to have to ask that all further correspondence on this issue happen between our respective counsels.

The NY and Delaware limited liability company laws say what they say, as do the respective operating agreements, and it's not

my fault that you didn't take that into account when blanket-transferring all your membership interests to YJ Simco.

Kevin

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson
<jsimpson001@icloud.com>
Date: 2026-06-12 11:57a.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: "Alec P. Ostrow"
<aostrow@beckerglynn.com>, "Jonathan T. Koevary" <JKOEVARY@olshanlaw.com>,
jaredchassen@gmail.com, Allen Schwartz
<allen@allenschwartzlaw.com>,
NYSBml_Beckerman's_Chambers
<beckerman.chambers@nysb.uscourts.gov>,
Leslie Thorne
<leslie.thorne@haynesboone.com>,
ustpregion02.nyecf@usdoj.gov,
USTP.Bankruptcy.Fraud@usdoj.gov,
criminal.division@usdoj.gov,
daniel.rudewicz@usdoj.gov, Gary Herbst
<gfh@lhmlawfirm.com>, Greg Messer
<gremesser@aol.com>,
fraud.feedback@usdoj.gov, Michelle Miller
<Michellecmiller6@gmail.com>, Tristan Last
<tristan.last@gmail.com>, Yechiel Lehrfield
<lehrfield.yechiel@gmail.com>
Subject: Re: Jeffrey Solomon Simpson, Debtor - Inquiry regarding potential distribution to YJ Simco LLC

**EXTERNAL**
There is no such thing as substitute manager, there's no such thing as anything you're describing below,  you have no idea what you're talking about like usual. you actually have no experience and you have no business touching any of this and I'm copying judge Beckerman Chambers right here and the US trustee.
I'll add  Judge cohen  in here too, because he

participated in this horrific act that you've done.

When we weigh my 25 years of experience and we weigh your two years of deceit and deception, I win times a bazillion.   You have no credibility you are a cheat a thief and a liar and you are now just caught with your pants down again.   This happened during YJ and I was ignored.   So I hope to God that the Court is watching and pays attention to your actions here.   And I will be following up with the trustee office with phone calls and to the FBI, immediately and it is that simple.

So let's ask the other people that were recipients, Michelle, Tristan, Yechiel - do any of them recognize you and what you're doing with the JJ funds?

Jared does because he gave them to you as he told me he did a 2023 right after he stole the company for you.  Michelle may, because she aided and abetted his theft .  And he is of no relevance because he's a simple criminal and he has no merit to do anything and the more that you keep putting him in the game the more you just damage him and yourself.

Jeffrey Simpson

Sent from my iPhone

> On Jun 12, 2026, at 11:45AM, Kevin Wiener <kwiener@35oak.com> wrote:
>
>
> It's not that simple. To the extent your membership transfer to YJ Simco was void ab initio, your distributions are property of your bankruptcy estate that you hold as a fiduciary for your creditors.
>
> I can't transfer that to YJ Simco

without violating the bankruptcy stay and you can't give up your rights to that property without court approval because it is outside the ordinary course of business.

So I would need some kind of direction from the bankruptcy court about whether this is or is not property of your bankruptcy estate to ensure the distribution is sent to the correct recipient.

The JJ Haverhill situation is more complex because there is no privity there between us and you/YJ Simco. Those funds have to go to the JJ entity first and be used to cover JJ's expenses (at this point I suspect there are some substantial IRS and NYS late filing penalties that would need to be paid or abated before funds could be distributed to the JJ entity's members). As I said below, it appears that the impact of your membership transfer to YJ Simco is that neither you nor YJ Simco have any governance rights over that entity and you have ceased to be managing member (as you are no longer a member).

So once the remaining members have appointed a substitute managing member then I can put the funds at disposal of that person and they can direct what distribution should be made to YJ Simco. I'm copying Jared, as I believe his family holds a majority in interest of JJ Haverhill so perhaps he can help coordinate that happening.

I would certainly like to get these funds distributed to their proper

recipients as it is the only thing at this point keeping me from closing our bank accounts and dissolving our entities.

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2026-06-12 11:24a.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: "Alec P. Ostrow" <aostrow@beckerglynn.com>, "Jonathan T. Koevary" <jkoevary@olshanlaw.com>
Subject: Re: Jeffrey Solomon Simpson, Debtor - Inquiry regarding potential distribution to YJ Simco LLC

**EXTERNAL**
Well YJ was dismissed, so you can send them there . I don't believe you will actually cooperate but to the extent that you will I'll send you wire instructions.
Now obviously if there were any funds available for any of the otherJJ members of those various JJ entities, it should really be sent to those JJ entities first and then a distribution to YJ but to the extent you've already did that for me (regardless if you had authority) that step is not required.

Jeffrey Simpson

Sent from my iPhone

On Jun 12, 2026, at 11:10AM, Kevin Wiener <kwiener@35oak.com> wrote:

Benner Investor and Haverhill GP are still holding the funds pending clarity and direction on who are the appropriate persons or entities to receive the funds.

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2026-06-12 6:23a.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>, Gary Herbst <gfh@lhmlawfirm.com>, "Alec P. Ostrow" <aostrow@beckerglynn.com>
Subject: Fwd: Jeffrey Solomon Simpson, Debtor - Inquiry regarding potential distribution to YJ Simco LLC

<mark>EXTERNAL</mark>
Where are these funds

and who has them?

———————

**From:** Kevin Wiener <kwiener @35oak.com>
**Date:** July 9, 2025 at 12:30:10 PM EDT
**To:** Jeffrey Simpson <jsimpson001@icloud.com>, gremesser@aol.com
**Cc:** jsl@lhmlawfirm.com, "Koevary, Jonathan T." <jkoevary@olshanlaw.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>, Allen Schwartz <allen@allenschwartzlaw.com>, J Chassen <jaredchassen@gmail.com>, Michael Wiener

<MWiener @35oak.c om>

**Subject: Jeffrey Simpson to YJ Simco Membership Interest Transfers – Melrose and Benner Distributions**

Dear Messrs. Simpson and Messer:

I am writing on behalf of the Arch Companies to obtain clarity, and ideally a joint position, about the impact of certain purported

membership interest transfers from Mr. Simpson to YJ Simco LLC that have an immediate impact on certain distributions that must be made with property sale proceeds.

In November 2024, Arch sold a multifamily apartment complex called Melrose Apartments in West Palm Beach, Florida. Most of the proceeds of that

sale are now ready for distribution.

The general partner entity in control of Melrose is 3200 N Haverhill GP LLC, a New York limited liability company. Arch Real Estate Holdings LLC ("AREH") is the managing member of that entity.

The other two members of that entity of relevance for the

distribution are 608941 NJ Inc. ("Oak"), the acting managing member of AREH, and JJ Haverhill LLC ("JJ Haverhill"), a New York limited liability company with eleven members, primarily former Arch principals, employees and friends and family. $368,000 in cash was invested through JJ Haverhill and it was also assigned $144,000 in

acquisition fees. Mr. Simpson's membership interest in JJ Haverhill, inclusive of acquisition fees, was $83,000. Under the JJ Haverhill operating agreement, Mr. Simpson was appointed by the members as managing member of the company.

I understand that Mr. Simpson now alleges that prior to the YJ Simco LLC ("YJ Simco")

bankruptcy, he assigned 100% of his membership interests in JJ Haverhill to YJ Simco. Pursuant to subsection 603(4) of the New York Limited Liability Company Law ("NYLLC Law"), an assignment of 100% of a member's interests in a limited liability company causes that member to cease to be a member of the company and to cease to

have the power to exercise any rights or powers as member. There does not appear to be any provision in the JJ Haverhill operating agreement that preserves the assigning member's membership rights on an assignment that would override the default provisions of the NYLLC Law.

Subsections 603(2) and (3) of the NYLLC

Law provide that the assignee of the membership interests does not obtain any membership powers or rights on receiving a membership interest assignment, but is entitled only to the assignor's distribution rights and allocations of profits and losses.

Under section 604 of the NYLLC Law, an assignee can become

a member of a limited liability company on the vote or written consent of a majority in interest of the members other than the assignor. It is not clear the extent to which section 12 of the JJ Haverhill operating agreement overrides this section. I also have no information about whether YJ Simco ever signed a joinder to be formally

admitted as a member of JJ Haverhill, or whether it remains solely an economic assignee.

The result of this is that it is unclear who, at the moment, is legally entitled to manage JJ Haverhill and therefore to receive the Melrose distribution and remit it to upstream investors (including, presumably

to the YJ Simco bankruptcy estate). It is unclear whether the purported membership transfer from Mr. Simpson to YJ Simco also had the effect of transferring Mr. Simpson's role as managing member, and whether, if YJ Simco was never formally admitted as a member, that means that Mr. Simpson's management rights terminated on the transfer

along with his membership rights (such that the other members of the company must appoint a new managing member) or whether he remains manager of the company without being a member. Given Mr. Simpson's history of misappropriating assets from companies he manages, I am very wary of the prospect of the JJ Haverhill members' investments being

diverted by Mr. Simpson if he is not even entitled to manage the company, and the potential liability that creates for AREH. The amount of distribution JJ Haverhill is entitled to is about $58,000, which is not an insubstantial sum to be potentially diverted.

It would be my preference if all relevant

parties can get on the same page about how to handle this distribution. I do not believe JJ Haverhill ever had a bank account, and previously when distributions were made in such a situation, Mr. Simpson (who was then in control of AREH) simply had the JJ entity bypassed and the distributions made directly to the upstream investors.

I think it would probably be the cleanest if we do the same thing now. As a paper entity, JJ Haverhill should have no expenses other than the preparation of its annual tax return (which, I believe, is still outstanding going back to 2023 or possibly 2022). On everyone's mutual direction, we could have the Arch accountants prepare the JJ

Haverhill tax returns (2024 is expected to be a final tax return for the downstream entities), be paid out of the JJ Haverhill distribution, and then the remainder be sent directly to JJ Haverhill's members, with Mr. Simpson's share (around $9,400) going to the YJ Simco bankruptcy estate consistent with his continuously-expressed intentions that all of his Arch-related

distributions should be going to YJ Simco.

Separately, Arch recently sold an apartment building at 5952 Benner St in Los Angeles, California. This is an investment that predated the formation of Arch, with all the relevant principals having membership interests directly in 5952 Benner Investors LLC ("Benner Investors"), a Delaware limited

liability company. AREH is the non-member manager of Benner Investors. Mr. Simpson had a membership interest in 12.5% of the equity of Benner Investors, which he purports to have assigned to YJ Simco prior to its bankruptcy.

I note that while the Delaware Limited Liability Company Act ("Delaware LLC Act") has similar

provisions to New York for an assigning member to lose their membership interests, that provision is overridden by section 7.5 of the Benner Investors operating agreement, which preserves an assignor's membership rights until the assignee is admitted as a substitute member by executing an agreement accepting and adopting the

terms of the operating agreement.

I also note that Mr. Simpson's purported assignment of his membership interest in Benner Investors appears to violate the restrictions on the transfers of membership interests contained in Article VII of the operating agreement, as the other members of Benner Investors did not consent to this transfer

and it is not a listed permitted transfer under section 7.2. The operating agreement provides that any transfer in violation of Article VII "shall be invalid, ineffective and not enforceable for any purpose, shall be *void ab initio* as to the Transfer of a Membership Interest that would cause such violation, and the intended transferee shall acquire no rights

in such Membership Interest."

I would note that to the extent such a transfer has occurred, it does not appear that YJ Simco ever went through the process to be admitted as a member of Benner Investors, rather than an assignee, and that under the Delaware LLC Act, the member of an LLC

loses its membership rights (but not its economic rights) on the filing of a voluntary bankruptcy petition, though I understand some courts have determines that provision to be superseded and voided by the US Bankruptcy Code.

All of which is to say, that as with Melrose, it is not clear where Mr. Simpson's distribution

should be directed. Given the operating agreement, it would appear that Mr. Simpson's purported transfer of his membership interests was *void ab initio*, however I do not wish to run the risk of AREH violating the bankruptcy stay by diverting property that should be going to YJ Simco to Mr. Simpson if the transfer was, in fact, legally valid.

Moreover, Mr. Simpson continues to insist that YJ Simco is now the member of every Arch entity rather than himself, so he can obviously direct that the distribution go to YJ Simco now even if he never legally assigned his economic rights.

As with Melrose, my preference would be that the two of you confer

so that a joint position can be provided to Arch and there is no accusation that Arch misdirected the funds. We will be awaiting resolution of these issues so that the appropriate distributions can be made.

I am happy to discuss the matter with either or both of you at your convenience. I have attached the relevant

operating agreements for your reference.

Yours sincerely,

**Kevin Wiener** |
Executive Vice President & General Counsel

Phone: 416-618-3615 | Fax: 416-245-0538

35 Oak Holdings Ltd. | 35 Oak Street | Toronto ON M9N 1A1
kwiener@35oak.com

**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Re: 26-01015-lgb AP Great American Insurance Company v. Arch Real Estate Holdings LLC et al (In re Simpson) |
| **Date:** | Friday, June 12, 2026 at 6:18:03 AM Eastern Daylight Time |
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **To:** | Kevin Wiener <kwiener@35oak.com> |
| **CC:** | Koevary@olshanlaw.com <Koevary@olshanlaw.com>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Alec P. Ostrow <aostrow@beckerglynn.com>, Sean Southard <ssouthard@klestadt.com>, Jared Chassen <jaredchassen@gmail.com>, Tristan Last <tristan.last@gmail.com>, Michelle Miller <Michellecmiller6@gmail.com>, Scott A. Schechter <sschechter@kbrlaw.com>, Joshua DiLena <jdilena@kbrlaw.com>, Yechiel Lehrfield <lehrfield.yechiel@gmail.com>, daniel.rudewicz@usdoj.gov <daniel.rudewicz@usdoj.gov>, ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>, USTP.Bankruptcy.Fraud@usdoj.gov <USTP.Bankruptcy.Fraud@usdoj.gov>, criminal.division@usdoj.gov <criminal.division@usdoj.gov>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Alvin Bragg <bragga@dany.nyc.gov>, Kofi Sansculotte <sansculottek@dany.nyc.gov> |
| **Attachments:** | image080004.png |

Kevin, anything to get in front of Judge Cohen so you can get more positive rulings for you that make no logical sense.  Congratulations you worked the system really well.  I can't wait to learn how it you paid it off via Seddio / Schwartz / Sprei .

And yes judge cohen  I'll expose you yet again in front of the authorities and regardless that they protect you because you are a  judge , you're not a judge in my eyes you are someone that is prejudicial / biased and fully inappropriate to be on any sort of bench anywhere.  As I told the bankruptcy court this week the things you did, not one Lawyer of more than 20 I've asked can  justify is legal or proper.  So once again shame on you Joel Cohen.  Why don't you tell us here about your relationship with Judge Borrok, Your partner in crime that gave a TRO that breached  a bankruptcy stay so that these fellows here can try to get Judge Mastando  to rule favorably.  It worked!  And of course everyone's going to  tell me that it's a conspiracy but there's plenty of press out there about Borrok and Seddio.  Oh, how wonderful that Judge Masley gave you your little award this past month.  For Those that don't know she was the one that was arbitrarily assigned the insurance case in New York State Court.  There are rules that say that once the case is assigned, if another judge wants to take the case they have to file the motion and allow for objections which I would've objected but that didn't happen in here because their buddies all part of a busted system where their are judges going to jail.  And of course the DA's office looks the other way.  Why would Alvin Bragg take any of this seriously? Well he was wrong right because judges are being arrested and his unwillingness to look into anything he shows how busted things are.

So call me the contrarian, im fighting  for my life here and for my family and if anyone of you were attacked the way I've been attacked you probably would do things way worse than I am , which are all legal.

Imagine for all you folks that work for the government in someway, when it is adjudicated that a Canadian national business worked the system up and down from local state and federal, where will that impact people's tenure?  But that's OK do nothing and I will keep doing what I do and I will keep digging and I will keep exposing.

And allowing a major insurance company to commit insurance fraud in conjunction with a bunch of criminals, again more broken system stuff.  It's not civil.   These allegations Judge Beckerman confirmed are criminal ones so let the system do it job.

Jeffrey Simpson

Sent from my iPhone


On May 5, 2026, at 6:24PM, Kevin Wiener <kwiener@35oak.com> wrote:

Jeff if you want the insurance case decided just bring a motion to lift the stay. We'll happily consent. I assume the other parties will too. NY Supreme Court will probably schedule a hearing on it by end of summer.

Any other route is going to take longer and be more expensive for everyone (including your bankruptcy estate).

Sent from my Galaxy


-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2026-05-05 6:19p.m. (GMT-05:00)
To: Koevary@olshanlaw.com, allen@allenschwartzlaw.com, "Alec P. Ostrow" <aostrow@beckerglynn.com>, Sean Southard <SSouthard@klestadt.com>
Cc: Kevin Wiener <kwiener@35oak.com>, Jared Chassen <jaredchassen@gmail.com>, Tristan Last <tristan.last@gmail.com>, Michelle Miller <Michellecmiller6@gmail.com>, "Scott A. Schechter" <sschechter@kbrlaw.com>, Joshua DiLena <jdilena@kbrlaw.com>, Yechiel Lehrfield <lehrfield.yechiel@gmail.com>
Subject: Fwd: 26-01015-lgb AP Great American Insurance Company v. Arch Real Estate Holdings LLC et al (In re Simpson)

**EXTERNAL**
Let me remind the scum of the Earth - there's only one human by any contract that can authorize insurance for Arch or affiliates and that is me!   Go read AREH and go read Arch property holdings 1, LLC.   If you don't believe me we could just ask the lawyers who did the documents and we could ask the other people that are entitled to insurance too and we made it this way for a reason so this very circumstance could never happen in 1 million years.   So yes Johnny boy you work for me!  And I do not consent to or authorize anything that you're doing!

I'll copy the class C members here since they have protections under the policy too (well one does, the other one waived their rights to anything the moment she went against their employment agreement, Yep Michele it's obvious too and you admitted it to me so come on out from hiding - you are an accomplice and that's crystal clear.  Oh, are you still "covered" as Jared said to me last year ? That's right, you will always be a subordinate at best, and you know my claims I have against you and I will assert them at some point, mark my words.

And although Yechiel  was not a class c member, he was practically treated this one and you jackasses have threatened him to do bad things for you against me and that certainly would qualify for an insurance that says I'm the only one that would be able to administer it I probably would grant him the authority to make a claim!

And Kevin Weiner keep your mouth shut and don't you dare respond to me about anything, go play some video games , go back to the little leagues - oh I'm sorry you couldn't actually play in little league either  -  for a whole variety of reasons, use  your imagination!

Oh, are you just got caught trying to maneuver improper authority under the auspice of the federal / BK court!

Have a great night!!!

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

**From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
**Date:** May 5, 2026 at 4:48:24PM EDT
**To:** Jeffrey Simpson <jsimpson001@icloud.com>
**Subject: FW: 26-01015-lgb AP Great American Insurance Company v. Arch Real Estate Holdings LLC et al (In re Simpson)**

Jeff –

The attached came in from Jonathan Koevary while I was in court.  I will review and let you know what I think.

Alec



| | | |
|---|---|---|
| **Alec Ostrow** <br> aostrow@beckerglynn.com | 299 Park Avenue • New York, New York 10171 <br> Telephone (212) 888-3033 • Facsimile (212) 888-0255 <br> www.beckerglynn.com <br> Direct  (212) 303-9577 | |

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

**From:** Koevary, Jonathan T. <JKoevary@olshanlaw.com>
**Sent:** Tuesday, May 5, 2026 10:31 AM
**To:** Ostrow, Alec P. <aostrow@beckerglynn.com>; sschechter@kbrlaw.com; jdilena@kbrlaw.com; ecarleton@skarzynski.com; kfisher@skarzynski.com; mkenny@wiggin.com; sgriffin@wiggin.com; julie.levine@offitkurman.com; rajb@mllg.nyc
**Cc:** Sean Southard <ssouthard@klestadt.com>; Brendan Scott <bscott@klestadt.com>; Allen Schwartz <allen@allenschwartzlaw.com>; Crawford, Anthony B. <ACrawford@olshanlaw.com>; Farahati, Sahand <SFarahati@olshanlaw.com>
**Subject:** 26-01015-lgb AP Great American Insurance Company v. Arch Real Estate Holdings LLC et al (In re Simpson)

Dear all,

Attached please find proposed remand findings in connection with last week's hearing to submit to chambers.  Let us know of any comments. Thank you, Jon
**Jonathan Koevary**

**OLSHAN**

OLSHAN FROME WOLOSKY LLP

**1325 Avenue of the Americas**
**(Entrance is on 53rd Street between Sixth and Seventh Avenues)**
**New York, NY 10019**
**Direct: 212.451.2265**
**Facsimile: 212.451.2222**
**Email: JKoevary@olshanlaw.com**
**Web: www.olshanlaw.com**

---

Electronic transmissions by the law firm of Olshan Frome Wolosky LLP may contain information that is confidential or proprietary, or protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents hereof is strictly prohibited. If you have received this transmission in error, please notify Olshan Frome Wolosky LLP at once at 212.451.2300.

**Allen Schwartz**

---

**Subject:** Fwd: Voice Message Attached from WIRELESS CALLER +16467532872 [F-F.FID1934821]
**Date:** Thursday, June 11, 2026 at 4:46:14 AM Eastern Daylight Time
**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**To:** Eric Huebscher <ehuebscher@huebscherconsulting.com>, Martin Bunin <MBunin@FarrellFritz.com>, Alec P. Ostrow <aostrow@beckerglynn.com>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, Sean Southard <SSouthard@Klestadt.com>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Jared Chassen <jaredchassen@gmail.com>

This is what we're dealing with the truth about the stories that Marty plays in the court.

And Judge cohen is fully responsible for these horrific actions and he deserves to be investigated because it all starts with everything that he did that had no logic or merit did not follow any agreement.   If third parties believed what he did was not impartial that means he's biased and every third-party thinks he's wrong so I was prejudiced and that's why we're here.  And if this Court doesn't want to deal with it please tell me who does want to deal with it because the criminal justice folks have not reacted in a way I imagine they should and probably have an obligation to a citizen like me to do.


Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:


> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** December 29, 2025 at 3:32:59PM EST
> **To:** Martin Bunin <MBunin@farrellfritz.com>
> **Cc:** "Darren A. Pascarella" <dpascarella@farrellfritz.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>, Eric Huebscher <ehuebscher@huebscherconsulting.com>
> **Subject: Re: Voice Message Attached from WIRELESS CALLER +16467532872 [F-F.FID1934821]**
>
>
> So who lied today?  Is it you Marty you disgusting pig?  Yes go tell whoever you want that's what you are dirt of the Earth disgusting disgrace of an existence.   I hope you called the police back and you could tell him you're bullshit angle to steal my stuff.   You don't have the rights to anything and the court orders are all nonsense because we have a judge that's corrupt and on the take.   How else would you all get away with what you have?  It's a mockery on the system and you're part of it
>
> And yes I'll copy that piece of shit Eric Huebscher here on the email because that's what he is a piece of shit.
>
> Where is my money from HPR ?
>
>
> Who did you sell to?   Mark my words I will find out and I will be pursuing you and your scumbag client and go run and tell the court. How dare you...
>
> Let's do Conference call w the police right now?   You ready counselor?
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>
>> On Dec 29, 2025, at 10:11AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> You are now being called by detective Wilson from the Southampton police.  I've reported your threats which are absolutely unwarranted and unacceptable.

1 of 3

Jeffrey Simpson

Sent from my iPhone

On Dec 29, 2025, at 10:00AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

You will do nothing whatsoever.   You want to
 do something the police will be involved, do not call Ben he has been terminated and that's my decision not yours.

And I believe you need to go to Judge Beckerman  to get her permission before you try to sell anything.  So don't make your empty threats.   I spoke to Suffolk County sheriff's office and they have nothing.   So you are just trying to bully me like usual.  Talk to the bankruptcy Court, Mr. bankruptcy lawyer.  You do not do anything with my assets.   Let's start by getting the vehicles from Torpey's property in New Windsor.

Jeffrey Simpson

Sent from my iPhone

On Dec 29, 2025, at 9:56AM, Bunin, Martin <MBunin@farrellfritz.com> wrote:


        As Judge Cohen pointed out, Ben Rajotte is your counsel unless and until he makes a motion to be relieved as counsel and the motion is granted. As a result, I will communicate with Ben only.


**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, 37th floor
New York, NY 10017
(646) 329-1982
Cell: (917) 887-0056  mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

**From:** webex_comm@webex.com <postmaster@vmail03-us.bcld.webex.com>
**Sent:** Monday, December 29, 2025 9:45 AM
**To:** Bunin, Martin <MBunin@FarrellFritz.com>
**Subject:** Voice Message Attached from WIRELESS CALLER +16467532872



# You have a new voicemail

**Time:**          Monday, December 29, 2025 09:44 AM Eastern Standard Time

**From:**          WIRELESS CALLER +16467532872

**To:**            Martin Bunin 142

**Duration:**    00:22

**Voice message transcription**

Marty, this is Jeff Simpson. As I said, Ben is sidelined. You will be talking to me and only me. And if you think you're gonna touch any piece of my property, the police will be involved immediately. So if you think you're doing anything, you let me know, let's get the police involved. Right now, 646-753-2872. It's not a threat it's a promise. You don't have any right to touch my stuff. Judge Cohen is corrupt, and so are you?

To listen to this message, open the attachment.

The Webex Team
Please do not reply to this email, as it is sent from an unmonitored address and responses will not be read.
Need help? Go to Help center

© 2024 Cisco and/or its affiliates. All rights reserved.    Privacy Statement | Terms of Service

<+16467532872_20251229_094500.wav>

**Allen Schwartz**

---

**Subject:** Straight harassment that was reported to the police

**Date:** Thursday, June 11, 2026 at 4:40:17 AM Eastern Daylight Time

**From:** Jeffrey Simpson <jsimpson001@icloud.com>

**To:** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Alec P. Ostrow <aostrow@beckerglynn.com>, daniel.rudewicz@usdoj.gov <daniel.rudewicz@usdoj.gov>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, Gary Herbst <gfh@lhmlawfirm.com>, Sean Southard <SSouthard@Klestadt.com>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Jared Chassen <jaredchassen@gmail.com>, Martin Bunin <MBunin@FarrellFritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>

---

And I'm more than happy to throw Gary Herbst under the bus here.   He refused to do his job as chapter 7 trustee when it came to anything of controversy or anything hard.   So I continue to suffer now and we should've dealt with this before the dismissal but  I took direction from the court accordingly and there's ample evidence to deal with all these issues and yes it's all related to the motion they should've been heard in a wholesome way rather than minutia that's irrelevant and just helped support their cause.

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** December 30, 2025 at 6:08:11AM EST
> **To:** gfh@lhmlawfirm.com
> **Cc:** rajb@mllg.nyc
> **Subject: Update, some sense of urgency below**
>
>
> Gary,
>
> You may wish not to speak to me but until such point in time that there is counsel involved, I am here and relevant and deserve the respect of a reply.   I am hoping that Alec Ostrow will agree to help but he is still considering the engagement.
>
> In the interim, the situation has gotten further elevated.  I can write a letter to the Court but I think that I am supposed to reach out to you first.
>
> The Receiver and Judge Cohen continue to act without regard to any Stay or any relevance to the Bankruptcy.  Your Honor took note of the August 1st contract and acknowledged it has relevance and requires further consideration.
>
> I reported the theft of my identity to the NYS DMV, and the vehicles Chassen has taken in conjunction with Huebscher.   He told the DMV investigation unit (they

reported back to me) that he was allowed to pursuant to the August 1st contract.  So
if he thinks it is in place, why is 1640 being chopped up currently?   As your Honor
mentioned, it can't be both ways.

The harassment is overwhelming.  Yesterday, Martin Bunin started the day by
threatening to gain access to 266 Water mill towd road through the Sheriff's office.
 I called the Suffolk county Sheriff's office and they said they have nothing in their
system.  Like usual, it is another play to intimidate me.  I called the Southampton
police, they have an active investigation for 6 months.  The day ended by me
attending to a meeting there in person (on their request) and the detective not only
cursed me out but used physical force on me in front of 5 other officers (who all
pulled him off of me and told him to stop).  I am fine and of course I did not do
anything physically in return and i left the building.  I made a complaint to his
superiors and I sent a letter to the NYS AG regarding police brutality complaint.  I
do not believe the officer is a bad person, the confusion and circular nature of these
actions make people react in ways that they are not used to.  I would never touch
anyone and i went to the police yesterday because the detective aggressively
demanded i continue the phone conversation in person.  I called the CO there in
advance of my attendance and said i felt threatened.

Here nor there, the NYPD (in their investigation) says that they agree with me that
no one should feel attacked on a daily basis like i do.

Allen Schwartz told Ben that they are doing this as "Jeff has lots to lose" and that is
their vindictive intentions.  We all know that Judge Cohen made huge mistakes and
i am pursuing all legal remedies there as i must but in the interim, we need to have
clarity that these matters must be left at peace until Judge Beckerman can decide.

The Motion I proposed will be addressed by Alec, if he attends to the case and if not
I will do the best I can to figure this out.  We are struggling for cash as these people
have tried to take everything from me (including contractual defense insurance that i
signed the policy and of course agreed to cover me initially) and my family and
continue to do so, vindictively.  You may not like my ways or my style but
hopefully this illustrates what my days are like for the last 2.5 years.  All I am
asking to help facilitate a "stay" on the matters in my Motion until we can get clarity
from the Court on direction.

Please advise, i hope you will respond.  So long as the Chapter 7 circumstance is in
its current form, it is my understanding that you (on behalf of your client) are the
first line of communication on all matters.

Thank you,

Jeff

**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Fwd: These actions do not work under the law |
| **Date:** | Thursday, June 11, 2026 at 4:34:15 AM Eastern Daylight Time |
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **To:** | Martin Bunin <MBunin@FarrellFritz.com>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Alec P. Ostrow <aostrow@beckerglynn.com>, Sean Southard <SSouthard@Klestadt.com>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Jared Chassen <jaredchassen@gmail.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, daniel.rudewicz@usdoj.gov <daniel.rudewicz@usdoj.gov> |
| **Attachments:** | IMG_2799.jpg, IMG_2798.jpg |

I was asked about the settlement agreement yesterday and I am showing you all here that I have checked wholeheartedly because I am a party as a personal guarantor so they committed fraud by signing agreement and circumventing me that any regard for the obligations and this is an example of one of the buyers of a vehicle that had financing on the vehicle through Next Gear and sure me as as a result of Eric's actions.   So yes there is foul play here and it is obvious.   And according to the law and I'm happy to provide the section with a court is made aware of criminality, it has an obligation to report it.   This is one of many that I will share because enough is enough of this motion practice nonsense that will never end.   And no Mr. Ostrow will not do what I'm talking about here and bringing this to justice it's not in his vocabulary he is a civil practice expert but he does not deal with the criminality.   So I'm going to  report all the criminality here  in this Court and hope to God people start paying attention and shift away from minutia  that's meaningless

And Judge cohen  is copied because he allowed this.  And yes he has a duty to report to authorities foul play especially when he signed an order allowing it.

Moore to follow

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** January 3, 2026 at 5:49:10PM EST
> **To:** "Anthony E. Bush" <abush@eckertseamans.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Martin Bunin <MBunin@farrellfritz.com>
> **Subject: These actions do not work under the law**
>
> There is no world in which these things can happen where I can't defend myself because of a third-party receiver who is completely biased and corrupt and thinks he can do whatever he wants to damage me because of a corrupt judge and incompetent NYS Court  .
>
> These are matters that will be brought in front of the bankruptcy court as part of my motion for relief.  Or attend to them and they won't be.  It is unlawful to put someone in a situation where they can't cure.
> Don't worry I'm pursuing all parties through the  criminal channels, which are very active now in addition to a suit in the federal court on the actions of the corruption of the various folks involved, under USC 1983.
>
> Please be guided accordingly and stand down from any actions that relate to me , my personal name and property that's affiliated with me.





05/14/2026

JEFFREY SI
1055 PARK
UNIT 4
New York, N

**NO**
This is the start of a l

State of New York, County of
Civil Court of the City of New

To all named Defendants:
**JEFFREY SIMPSON, at 1055 I**
**TAKE NOTICE** that the followi
(347) 920-1451 has/have asked ju
Failure to pay for services rend
**There will be a Hearing before**
Date: **May 14, 2026**
Time: **6:00 PM**



In the Small Claim Part
Room: 353
At: Civil Court of the City of New
Located at: 111 Centre Street, Ne

You **MUST** attend and pres
must be represented by an attorney or
**ATTORNEY, JUDGMENT WILL I**
If your defense or counterclaim, if any
The Clerk, if requested, will issue sub
NOTE: If you desire a jury t
written demand for a trial by jury. You
cash to secure the payment of any cost
fact which you desire to have tried by
to **$25**, as additional costs to the Claim
If you wish to present a coun
counterclaim within five days of receiv
postage to send your counterclaim by f
to file the counterclaim until the time o
If you admit the claim, but de
for desiring time to pay.

Pl

Dated: 12/12/2025

A guide to Sm
https://www



Civil Court of the City of



111 Centre Street
**New York, NY 10013**
SC-003175-25/NY     05/14/2026

JEFFREY
1055 PARI
UNIT 4
New York,

_____

N

**This is the start of**

**State of New York, County**
**Civil Court of the City of**

To all named Defendants:
**JEFFREY SIMPSON, at 1**
**TAKE NOTICE** that the fol
(347) 920-1451 has/have ask
Failure to pay for services
**There will be a Hearing be**

Date: **May 14, 2026**
Time: 6:00 PM
In the Small Claim Part
Room: 353
At: Civil Court of the City
111 Centre Stre

Located at: 111 Centre Su

You **MUST** attend a

must be represented by an atto

**ATTORNEY, JUDGMENT**

If your defense or counterclai

The Clerk, if requested, will i

NOTE: If you desir

written demand for a trial by j

cash to secure the payment of

fact which you desire to have

to **$25**, as additional costs to t

If you wish to prese

counterclaim within five days

postage to send your counterc

to file the counterclaim until t

If you admit the clai

for desiring time to pay.

Dated: 12/12/2025

Jeffrey Simpson

Sent from my iPhone



**Allen Schwartz**

**Subject:** Re: Re - BK - Jeffrey Solomon Simpson : Allen Schwartz - What is your relationship with Frank Seddio And Sam Sprei?

**Date:** Friday, June 5, 2026 at 1:17:12 PM Eastern Daylight Time

**From:** Jeffrey Simpson <jsimpson001@icloud.com>

**To:** allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Alec P. Ostrow <aostrow@beckerglynn.com>

**CC:** USTP.Bankruptcy.Fraud@usdoj.gov <USTP.Bankruptcy.Fraud@usdoj.gov>, ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>, daniel.rudewicz@usdoj.gov <daniel.rudewicz@usdoj.gov>, Criminal.Division@usdoj.gov <Criminal.Division@usdoj.gov>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Scott A. Schechter <sschechter@kbrlaw.com>, Joshua DiLena <jdilena@kbrlaw.com>, Jonathan T. Koevary <JKOEVARY@olshanlaw.com>, Sean Southard <ssouthard@klestadt.com>, Martin Bunin <MBunin@farrellfritz.com>, ansari@aidalalaw.com <ansari@aidalalaw.com>, seddiolaw@gmail.com <seddiolaw@gmail.com>

Sorry, I probably should've included Imran Ansari and Frank Seddio. It's unquestionable that they're involved, Jared had Imran as his first attorney allegedly. Allen Schwartz was co-counsel with Judge John Leventhal from the same firm. Allen also told a court reporter in the New York State action that he was an associate with Seddio. And I'll remind you all that Judge cohen is up for his renomination right now, the question is can Seddio swindle his way through the system while he's being investigated. Allen is Seddio's assigned goon for this case so that Cohen should feel concerns about his tenure. That's how this works. And Sam Sprei was the guy that people had to pay or facilitate this type of assistance with, don't listen to me it is all over the news or call the lawyers or investigators because this has happened a bunch of times and it's finally being questioned after years of corruption.

All relevant when Kevin Weiner explicitly said in an email that Jared needed to have former judges representing him, as he committed theft and felony of my $1 billion enterprise with the oak folks backing him. This email is on the record too.

So hopefully we're going to get the justice process started this afternoon whereby there's no world in which these "court fixers" will continue on the case that involves me without ramification and questioning.

Jeffrey Simpson

Sent from my iPhone

> On Jun 5, 2026, at 12:45PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> I understand there's a call at 1:30 pm, whereby Judge Beckerman will be calling in.
>
> I also request that the US trustee program (ideally from the fraud investigation unit) to have a representative present. Again, I would be apologetic on such short notice but I'm not because I've been begging and pleading for 18 months now. Nobody should have to beg for assistance from criminal justice system with the crimes that these people have committed.
>
> Jeffrey Simpson

>
> Sent from my iPhone
>
>> On Jun 5, 2026, at 11:43AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> Since it appears that there are threats coming my way, I will loop in Chambers here.
>>
>> And I'm sorry I am demanding criminal investigation now, I have asked for a very long time.   Chassen's testimony told us enough , in addition to what him and Oak have done for years now .   And it is within the grounds and the authority of the court for what these horrific people have done to me and my family.   No one should be treated the way I have, and a corrupt lawyer thinking he could try to antagonize me and further insult me with everything that him and his client have done?   I'm taking a stand for myself and yes maybe I have counsel with extremely limited resources what these folks have been allowed to do amongst the various courts which could never happen by any textbook or by any legislation or any law anywhere.   And yes I have insurance but the courts allow them to not have to step up either.   It's time for the ultimate Court (US Fed) to step in and help out and ask the hard questions about the theft and deception and impropriety that has caused destruction of someone of my pedigree and my success.   And for it to continue to happen in front of the eyes of the US bankruptcy court? There is a serious concern here.   It has happened since 2023, the record states at all but someone needs to actually care.
>>
>> I am on standby and no my attorney is not interested in taking on this level of controversy because nobody should have to take on this level of controversy because these criminals did the impossible and you all should be enforcing the law and it doesn't require motions it requires investigation, criminal investigation based upon my complaints and my proof and evidence that has existed for almost 3 years now.   So I'm on standby for a phone call or for some sort of legitimate response other than saying Schwartz  should continue to attack Jeffrey Simpson yet again.
>>
>> I have every intention of being respectful to the federal court but I am not at all determined that justice is being sought whatsoever surrounding me my investors, my lenders, my family, for employees you name it.  And Judge Joel Cohen - how you all think he just gets away with what he has done?   It makes no sense and undermines the law, the constitution and everything about justice in this country, forget corrupt New York State.
>>
>> So please somebody do the right thing here and step up.
>>
>> Jeffrey Simpson
>>
>> Sent from my iPhone
>>
>>>> On Jun 5, 2026, at 11:09AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>>
>>>
>>> I need clarity for YOU to answer this question before we go forward on any deposition or any matter related to me or my businesses because if you're affiliated with people that are convicted of manipulating the NYS courts,  you're not going to  be going anywhere near me or

my family ever again unless the criminal justice folks chime in and tell me to the contrary.
>>>
>>> The trustee may not like me copying him but none of this stuff is usual nothing here
could've ever happened.  And it's time for people to start dealing with reality of what has
happened to Jeffrey Simpson with a bunch of corruption and theft that's unlawful.
>>>
>>> I am more than happy to meet everybody and anybody at the FBI at the DOJ at the NYPD,
today right now anytime anywhere with my computer with my laptop I have nothing to hide.
>>>
>>> If you want to include Chambers please do.  I will ad (purported) Judge Joel cohen  in the
mix too.
>>>
>>> Jeffrey Simpson
>>>
>>> Sent from my iPhone