KLESTADT WINTERS JURELLER SOUTHARD
& STEVENS, LLP
Sean C. Southard, Esq.
Brendan M. Scott, Esq.
200 W. 41st Street, 17th Floor
New York, New York 10036
(212) 972-3000

SCHWARTZ LAW PLLC
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 460-5379

*Co-Counsel to Jared Chassen*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| JEFFREY SOLOMON SIMPSON, | : | Case No.  26-10359 (LGB) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**NOTICE OF MOTION OF JARED CHASSEN FOR ENTRY OF AN ORDER
MODIFYING THE AUTOMATIC STAY AS NECESSARY TO PERMIT THE
STATE COURT ACTION TO PROCEED BEFORE THE
SUPREME COURT OF THE STATE OF NEW YORK**

**PLEASE TAKE NOTICE**, that Jared Chassen, by and through his undersigned counsel, will move (the "Motion") the Court before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on **July 8, 2026, at 10:00 a.m. (ET)** or as soon thereafter as Counsel may be heard (the "Hearing") for the entry of an order declaring the automatic stay inapplicable and/or modifying the automatic stay imposed in the above-captioned bankruptcy case (the "Chapter 11 Case") to allow a pending state court action, *Simpson v. Chassen*, Index No. 158055/2023 (N.Y. Co.) (the "State Court Action") relating to certain corporate governance

1

disputes and membership issues (as further described herein) (the "Governance Disputes") involving Chassen, JJ Arch LLC ("JJ Arch"), Arch Real Estate Holdings LLC ("AREH"), 608941 NJ Inc. ("Oak") and Jeffrey Simpson ("Simpson" or "Debtor"), and relating to JJ Arch, to proceed before the New York County Supreme Court, Commercial Division (the "Commercial Division").

PLEASE TAKE FURTHER NOTICE, that objections if any, shall be in writing, shall conform to the Bankruptcy Code, the Bankruptcy Rules and Local Rules of the United States Bankruptcy Court for the Southern District of New York and shall be filed and served as follows, so as to be received no later than **July 1, 2026 at 4:00 p.m.** prevailing local time and such objections shall further  (i) be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; (ii) be submitted in hard-copy form directly to the chambers of the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at the Bankruptcy Court, One Bowling Green, New York, New York 10004 in accordance with Local Bankruptcy Rule 9070-1; and (iii) be served upon counsel to movants: (i) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York, 10036, Attn: Sean C. Southard (ssouthard@klestadt.com) and Brendan M. Scott (bscott@klestadt.com) and (ii) Schwartz Law PLLC, 150 Broadway Suite 701, New York, New York 10038, Attn: Sallen Schwartz (allen@allenschwartzlaw.com). .

PLEASE TAKE FURTHER NOTICE that the Motion is on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Bankruptcy Court's website www.nysb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon written request.

PLEASE TAKE FURTHER NOTICE that the Hearing shall be conducted via Zoom videoconference in accordance with the following procedures adopted by the Court:

2

## <u>PROCEDURES FOR ALL HEARINGS BEFORE JUDGE BECKERMAN BEING HELD BY ZOOM VIDEO</u>

The Zoom video hearing (the "<u>Hearing</u>") held in connection with this notice will be conducted in accordance with the procedures contained herein.

With respect to Hearings that are evidentiary hearings or trials, the procedures contained herein are subject to, and do not limit, the terms of any pre-trial order, scheduling order, or other order regarding the Hearings.

These procedures have been modified to comply with the revised policy, effective September 22, 2023, of the Judicial Conference of the United States concerning the public's remote access to civil and bankruptcy proceedings (the "Revised Policy"). Under the Revised Policy, the press and other public attendees ("Public Attendees") may only receive audio access to non-evidentiary Hearings when appearing remotely. For evidentiary hearings and trials, Public Attendees may not attend via remote means and should attend in-person in the courtroom. The Revised Policy does not affect the ability of case participants (e.g., parties-in-interest and their attorneys, witnesses, and interpreters) ("Case Participants") from attending Zoom Hearings using the platform's videoconferencing features.

All Case Participants and Public Attendees that wish to attend a Zoom Hearing (whether attending remotely or in-person) must register for the Hearing through the Electronic Appearance Portal ("eCourt Appearance Tool") located on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) by the deadlines set forth in Sections 2 and 3 below.

## <u>PROCEDURES</u>

1.      <u>Audio and Videoconferencing Solutions</u>. The Hearing shall occur virtually using both audio and videoconferencing solutions as set forth herein. The Court shall utilize Zoom for Government (for audio and video purposes). The Court shall provide the Zoom link to the list of persons registered as Case Participants pursuant to the instructions set forth in Section 2 below and a Zoom dial-in number to Public Attendees who provide notice of their attendance to the Court pursuant to the instructions set forth in Section 3 below.

2.      <u>Hearing Attendance by Case Participants</u>. All Case Participants must register for the Hearing through the eCourt Appearance Tool by no later than 4:00 p.m. (ET) one business day before the Hearing. Failure to register by the specified deadline will result in the Case Participant not being admitted to the Hearing. The Court will email the Zoom link to registered Case Participants after 4:00 p.m. (ET) one business day before the Hearing. Parties are strictly forbidden from circulating or sharing the Zoom link.

3.      <u>Hearing Attendance by Public Attendees</u>. All Public Attendees who wish to dial-in to a Hearing where testimony is not expected must register for the Hearing through the eCourt Appearance Tool by no later than 4:00 p.m. (ET) one business day before the Hearing.  Failure to register by the specified deadline will result in the Public Attendee not being admitted to the

Hearing.  The Court will email the Zoom dial-in information to registered Public Attendees prior to the Hearing. Registered Public Attendees are strictly forbidden from circulating or sharing the Zoom dial-in information.  Because Public Attendees cannot dial in to a Hearing where testimony is expected, Public Attendees may attend such a Hearing in person in the courtroom.

4.     Courtroom Formalities. Although being conducted using audio and videoconferencing on Zoom, the Hearing constitutes a court proceeding, and any recording other than the official court version is prohibited. No participant or attendee of the Hearing may record images or sounds of the Hearing from any location. All parties appearing before the Court must situate themselves in such a manner as to be able to view the video screen and be seen by the Court. For purposes of this Hearing, the parties must observe the formalities of a courtroom.

5.     Submission of Exhibits and Demonstratives to Court. If any of the parties intend to offer any exhibits at the Hearing or use any demonstratives at the Hearing, such party shall provide the Court (and file on ECF) a copy of the exhibits or demonstratives it will seek to use during the Hearing (either by offering it in evidence or using it for demonstrative purposes) no later than the deadline set forth in Judge Beckerman's Chambers Rules or the applicable scheduling or pre-trial order but in any event at least 24 hours before the Hearing.

6.     Checking in for Hearing. Because of the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing must connect to the Hearing beginning half an hour before the scheduled start of the Hearing and no later than ten minutes before the Hearing start time. Failure to connect to the Hearing at the indicated time may result in significant delays to the start of the Hearing. When signing into Zoom for Government, participants must type in the first and last name that will be used to identify them at the hearing, and the party they represent (i.e., Jane Doe, Debtor's Counsel). Participants who type only their first name, a nickname, or initials will not be admitted into the hearing. When seeking to connect for video participation in a Zoom for Government hearing, participants will first enter a waiting room in the order in which the participants seek to connect. Court personnel will admit each person to the Hearing from the waiting room after confirming the person's name (and telephone number, if a telephone is used to connect) provided to the Court in accordance with Sections 2 and 3 above. You may experience a delay in the waiting room before you are admitted to the Hearing. Once admitted, please turn off your video and mute the microphone on Zoom until the Court calls your matter.

7. Retention of Jurisdiction. The Court retains jurisdiction with respect to all matters arising from or related to these procedures.

Dated: New York, New York
June 16, 2026

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By: _ */s/ Sean C. Southard*_____
Sean C. Southard
Brendan M. Scott
200 W. 41st Street, 17th Floor
New York, New York  10036
Telephone:  (212) 972-3000
ssouthard@klestadt.com
bscott@klestadt.com

SCHWARTZ LAW PLLC

By: _ */s/Allen Schwartz*_____
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
Telephone: (347) 460-5379
allen@allenschwartzlaw.com

*Co-Counsel for Jared Chassen*