**Hearing Date: July 23, 2026 at 10:00 a.m.**
**Response Deadline: July 16, 2026**

GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
Kevin J. Nash
Bryant P. Churbuck
125 Park Avenue, 12th Floor
New York, NY 10017
(212) 221-5700
knash@gwfglaw.com
bchurbuck@gwfglaw.com

*Counsel for Irvine Realty Group, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| JEFFREY SOLOMON SIMPSON, | Case No. 26-10359-LGB |
| Debtor. | |

------------------------------------------------------------------x

**NOTICE OF
IRVINE REALTY GROUP, INC.'S
MOTION FOR ENTRY OF AN ORDER
(I) CONFIRMING THE AUTOMATIC STAY IS NOT
IN EFFECT, (II) GRANTING RELIEF FROM THE AUTOMATIC
STAY, OR (III) COMPELLING PAYMENT OF COMMON CHARGES**

**PLEASE TAKE NOTICE**, that upon the annexed application of Irvine Realty Group, Inc. (the "Movant"), as agent for 1055 Park Avenue Condominium (the "Condominium Association"), the undersigned respectfully moves this Court (the "Motion") for an order either (i) confirming the automatic stay under 11 U.S.C. § 362(a) does not apply to non-debtors 1055 Park Ave PH LLC, 1055 Park Ave 1 LLC, 1055 Park Ave 4 LLC, and 1055 Park Ave ST LLC (collectively, the "1055 Entities") to collect unpaid maintenance charges totaling $153,415.86, (ii) granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to allow the Movant to commence an action against the 1055 Entities to recover the unpaid maintenance charges, or (iii) compelling the Debtor to pay the unpaid maintenance charges pursuant to 11 U.S.C. § 503(b)(1).

**PLEASE TAKE FURTHER NOTICE** that this Motion shall be returnable on the 23rd day of July, 2026 at 10:00 A.M. of that day, or as soon thereafter as counsel can be heard, before the Hon. Lisa G. Beckerman U.S. Bankruptcy Court, Southern District of New York via Zoom videoconference and all attorneys and unrepresented parties are required to register for the hearing by at least 4:00 P.M. one business day in advance at https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances.pl. If you require assistance, please contact the presiding Judge's Chambers or Court Services at (212) 668-2304. The videolink for the hearing will be provided by email after 4:00 PM one business day before the hearing date to all parties that registered with eCourt appearances.

**PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9006-1(b), IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION SO AS TO ENSURE ACTUAL RECEIPT NOT LATER THAN SEVEN (7) DAYS BEFORE THE RETURN DATE.**

Dated: New York, New York
      June 25, 2026

                                        **GOLDBERG WEPRIN**
                                        **FINKEL GOLDSTEIN LLP**
                                        *Counsel for Irvine Realty Group, Inc.*
                                        125 Park Avenue, 12th Floor
                                        New York, NY 10017
                                        (212) 221-5700

                                        By:    /s/ Bryant P. Churbuck