Building Number: 1055
Unit Number: S

26-10359-lgb    Doc 101-2    Filed 06/25/26    Entered 06/25/26 11:27:19    Exhibit
Common Charges Ledger    Pg 1 of 4

Tenant Ledger
1055 Park Ave 89 LLC
Jeff Simspon

Exhibit    Page 1 Of 1
Printed: 06/16/26 at 12:15pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | January 2026 | | | | | |
| Opening Balance | | | | | | | | 2,563.72 |
| 01/01/26 | SYS | BILL | 01/01/26 | Common Charges | 949.87 | | | 3,513.59 |
| 01/01/26 | SYS | BILL | 01/01/26 | HVAC | 35.28 | | | 3,548.87 |
| | 52265 | PAID | 01/20/26 | | | WT 1/20 | 985.15 | 2,563.72 |
| | | | February 2026 | | | | | |
| Opening Balance | | | | | | | | 2,563.72 |
| 02/01/26 | SYS | BILL | 02/01/26 | Common Charges | 949.87 | | | 3,513.59 |
| 02/01/26 | SYS | BILL | 02/01/26 | HVAC | 35.28 | | | 3,548.87 |
| | 52935 | PAID | 02/20/26 | | | WT 2/20 | 985.15 | 2,563.72 |
| | | | March 2026 | | | | | |
| Opening Balance | | | | | | | | 2,563.72 |
| 03/01/26 | SYS | BILL | 03/01/26 | Common Charges | 949.87 | | | 3,513.59 |
| 03/01/26 | SYS | BILL | 03/01/26 | HVAC | 35.28 | | | 3,548.87 |
| | | | April 2026 | | | | | |
| Opening Balance | | | | | | | | 3,548.87 |
| 04/01/26 | SYS | BILL | 04/01/26 | Common Charges | 949.87 | | | 4,498.74 |
| 04/01/26 | SYS | BILL | 04/01/26 | HVAC | 35.28 | | | 4,534.02 |
| | | | May 2026 | | | | | |
| Opening Balance | | | | | | | | 4,534.02 |
| 05/01/26 | SYS | BILL | 05/01/26 | Common Charges | 949.87 | | | 5,483.89 |
| 05/01/26 | SYS | BILL | 05/01/26 | HVAC | 35.28 | | | 5,519.17 |
| | | | June 2026 | | | | | |
| Opening Balance | | | | | | | | 5,519.17 |
| 06/01/26 | SYS | BILL | 06/01/26 | Common Charges | 949.87 | | | 6,469.04 |
| 06/01/26 | SYS | BILL | 06/01/26 | HVAC | 35.28 | | | 6,504.32 |

Building Number: 1055
Unit Number: 1

Tenant Ledger
1055 Park Ave 1 LLC
Jeff Simpson

Page 1 Of 1
Printed: 06/16/26 at 12:16pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | **January 2026** | | | | | |
| Opening Balance | | | | | | | | 32,402.59 |
| 01/01/26 | SYS | BILL | 01/01/26 | Common Charges | 7,306.20 | | | 39,708.79 |
| 01/01/26 | SYS | BILL | 01/01/26 | HVAC | 388.08 | | | 40,096.87 |
| | 52264 | PAID | 01/20/26 | | | WT 1/20 | 7,694.28 | 32,402.59 |
| | | | **February 2026** | | | | | |
| Opening Balance | | | | | | | | 32,402.59 |
| 02/01/26 | SYS | BILL | 02/01/26 | Common Charges | 7,306.20 | | | 39,708.79 |
| 02/01/26 | SYS | BILL | 02/01/26 | HVAC | 388.08 | | | 40,096.87 |
| | 52944 | PAID | 02/23/26 | | | WT 2/23 | 7,694.28 | 32,402.59 |
| | | | **March 2026** | | | | | |
| Opening Balance | | | | | | | | 32,402.59 |
| 03/01/26 | SYS | BILL | 03/01/26 | Common Charges | 7,306.20 | | | 39,708.79 |
| 03/01/26 | SYS | BILL | 03/01/26 | HVAC | 388.08 | | | 40,096.87 |
| | | | **April 2026** | | | | | |
| Opening Balance | | | | | | | | 40,096.87 |
| 04/01/26 | SYS | BILL | 04/01/26 | Common Charges | 7,306.20 | | | 47,403.07 |
| 04/01/26 | SYS | BILL | 04/01/26 | HVAC | 388.08 | | | 47,791.15 |
| | 53563 | PAID | 04/02/26 | | | WT 4/2 | 7,800.00 | 39,991.15 |
| | | | **May 2026** | | | | | |
| Opening Balance | | | | | | | | 39,991.15 |
| 05/01/26 | SYS | BILL | 05/01/26 | Common Charges | 7,306.20 | | | 47,297.35 |
| 05/01/26 | SYS | BILL | 05/01/26 | HVAC | 388.08 | | | 47,685.43 |
| | | | **June 2026** | | | | | |
| Opening Balance | | | | | | | | 47,685.43 |
| 06/01/26 | SYS | BILL | 06/01/26 | Common Charges | 7,306.20 | | | 54,991.63 |
| 06/01/26 | SYS | BILL | 06/01/26 | HVAC | 388.08 | | | 55,379.71 |

Building Number: 1055
Unit Number: 4

Tenant Ledger
1055 Park Ave 4 LLC
Jeff Simpson

Page 1 Of 1
Printed: 06/16/26 at 12:16pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | **January 2026** | | | | | |
| Opening Balance | | | | | | | | 18,154.42 |
| 01/01/26 | SYS | BILL | 01/01/26 | Common Charges | 7,719.22 | | | 25,873.64 |
| 01/01/26 | SYS | BILL | 01/01/26 | HVAC | 423.36 | | | 26,297.00 |
| | 52262 | PAID | 01/20/26 | | | WT 1/20 | 8,142.58 | 18,154.42 |
| | | | **February 2026** | | | | | |
| Opening Balance | | | | | | | | 18,154.42 |
| 02/01/26 | SYS | BILL | 02/01/26 | Common Charges | 7,719.22 | | | 25,873.64 |
| 02/01/26 | SYS | BILL | 02/01/26 | HVAC | 423.36 | | | 26,297.00 |
| | 52936 | PAID | 02/20/26 | | | WT 2/20 | 8,142.58 | 18,154.42 |
| | | | **March 2026** | | | | | |
| Opening Balance | | | | | | | | 18,154.42 |
| 03/01/26 | SYS | BILL | 03/01/26 | Common Charges | 7,719.22 | | | 25,873.64 |
| 03/01/26 | SYS | BILL | 03/01/26 | HVAC | 423.36 | | | 26,297.00 |
| | | | **April 2026** | | | | | |
| Opening Balance | | | | | | | | 26,297.00 |
| 04/01/26 | SYS | BILL | 04/01/26 | Common Charges | 7,719.22 | | | 34,016.22 |
| 04/01/26 | SYS | BILL | 04/01/26 | HVAC | 423.36 | | | 34,439.58 |
| | | | **May 2026** | | | | | |
| Opening Balance | | | | | | | | 34,439.58 |
| 05/01/26 | SYS | BILL | 05/01/26 | Common Charges | 7,719.22 | | | 42,158.80 |
| 05/01/26 | SYS | BILL | 05/01/26 | HVAC | 423.36 | | | 42,582.16 |
| | | | **June 2026** | | | | | |
| Opening Balance | | | | | | | | 42,582.16 |
| 06/01/26 | SYS | BILL | 06/01/26 | Common Charges | 7,719.22 | | | 50,301.38 |
| 06/01/26 | SYS | BILL | 06/01/26 | HVAC | 423.36 | | | 50,724.74 |

Building Number: 1055
Unit Number: PH

Tenant Ledger
1055 Park Ave PH LLC
Jeff Simpson

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | January 2026 | | | | | |
| Opening Balance | | | | | | | | 21,912.61 |
| 01/01/26 | SYS | BILL | 01/01/26 | Common Charges | 5,166.38 | | | 27,078.99 |
| 01/01/26 | SYS | BILL | 01/01/26 | HVAC | 282.24 | | | 27,361.23 |
| | 52263 | PAID | 01/20/26 | | | WT 1/20 | 5,448.62 | 21,912.61 |
| | | | February 2026 | | | | | |
| Opening Balance | | | | | | | | 21,912.61 |
| 02/01/26 | SYS | BILL | 02/01/26 | Common Charges | 5,166.38 | | | 27,078.99 |
| 02/01/26 | SYS | BILL | 02/01/26 | HVAC | 282.24 | | | 27,361.23 |
| | 52945 | PAID | 02/23/26 | | | WT 2/23 | 5,448.62 | 21,912.61 |
| | | | March 2026 | | | | | |
| Opening Balance | | | | | | | | 21,912.61 |
| 03/01/26 | SYS | BILL | 03/01/26 | Common Charges | 5,166.38 | | | 27,078.99 |
| 03/01/26 | SYS | BILL | 03/01/26 | HVAC | 282.24 | | | 27,361.23 |
| | | | April 2026 | | | | | |
| Opening Balance | | | | | | | | 27,361.23 |
| 04/01/26 | SYS | BILL | 04/01/26 | Common Charges | 5,166.38 | | | 32,527.61 |
| 04/01/26 | SYS | BILL | 04/01/26 | HVAC | 282.24 | | | 32,809.85 |
| | 53562 | PAID | 04/02/26 | | | WT 4/2 | 2,900.00 | 29,909.85 |
| | | | May 2026 | | | | | |
| Opening Balance | | | | | | | | 29,909.85 |
| 05/01/26 | SYS | BILL | 05/01/26 | Common Charges | 5,166.38 | | | 35,076.23 |
| 05/01/26 | SYS | BILL | 05/01/26 | HVAC | 282.24 | | | 35,358.47 |
| | | | June 2026 | | | | | |
| Opening Balance | | | | | | | | 35,358.47 |
| 06/01/26 | SYS | BILL | 06/01/26 | Common Charges | 5,166.38 | | | 40,524.85 |
| 06/01/26 | SYS | BILL | 06/01/26 | HVAC | 282.24 | | | 40,807.09 |