NYSCEF DOC. NO. 1346                                          RECEIVED NYSCEF: 03/03/2025

NEW YORK STATE SUPREME COURT
NEW YORK COUNTY : CIVIL TERM : PART 3
-----------------------------------------------------------X
JEFFREY SIMPSON, individually and derivatively, as managing
member of JJ ARCH LLC, suing derivatively as managing member
of ARCH REAL ESTATE HOLDINGS LLC, and JJ ARCH LLC,

        Plaintiff,

   -against-                Index No. 158055/2023

JARED CHASSEN and FIRST REPUBLIC BANK,

      Defendant.
-----------------------------------------------------------X
JARED CHASSEN, individually and derivatively on behalf of JJ
ARCH LLC, as member, and derivatively on behalf of ARCH REAL
ESTATE HOLDINGS LLC, as member of JJ ARCH,

        Counterclaim Plaintiff,

    -against-

JEFFREY SIMPSON and YJ SIMCO LLC,

        Counterclaim Defendants,

   -and-

JJ ARCH LLC and ARCH REAL ESTATE HOLDINGS LLC,

        Nominal Defendants.
-----------------------------------------------------------X
608941 NJ, INC.

        Plaintiff,

   -against-

JEFFREY SIMPSON, JJ ARCH LLC and ARCH REAL ESTATE HOLDINGS LLC,

        Defendants,

   -and-

ARCH REAL ESTATE HOLDINGS LLC,

        Nominal Defendant.
-----------------------------------------------------------X

26-10359-lgb   Doc 112-3   Filed 07/01/26   Entered 07/01/26 21:27:03   Exhibit 3
Pg 2 of 4

2

New York Supreme Court
60 Centre Street
New York, New York 10007
February 25, 2025


B E F O R E:   HON. JOEL M. COHEN
                    Supreme Court Justice


A P P E A R A N C E S:


THE LORENC LAW FIRM
Attorneys for the Plaintiff Jeffrey Simpson and
JJ Arch LLC derivatively
62 West 45th Street - Suite 903
New York, New York  10036
BY:   ROBERT C. LORENC, ESQ.


ALLEN SCHWARTZ, ESQ.
Attorney for the Defendant Jared Chassen
150 Broadway - Suite 701
New York, New York  10038
BY:   ALLEN SCHWARTZ, ESQ.


HAYNES AND BOONE, LLP
Attorneys for 608941 NJ, Inc.
30 Rockefeller Plaza - 26th Floor
New York, New York  10112
BY:    LESLIE THORNE, ESQ.
AND:   AISHLINN BOTTINI, ESQ.


OLSHAN, FROME, WOLOSKY, LLP
Attorneys for Arch Real Estate Holdings LLC
1325 Avenue of the Americas
New York, New York  10019
BY:   JONATHAN KOEVARY, ESQ.



                    Lori Ann Sacco
                    Official Court Reporter


3 of 134

NYSCEF DOC. NO. 1346                                        RECEIVED NYSCEF: 03/03/2025

Cross-Chassen-Lorenc

107

Q    What about a year ago?

A    No.

Q    What about within the last 18 months?

A    I have done small contracting jobs.

Q    Such as?

A    Renovation of a bathroom.

Q    Right.

A    Some consulting, small.  No employment.  It's a very --
Like I've done consulting.

Q    Okay.  Since August of 2023 have you received any
consideration paid to you by Oak and/or its affiliates and/or
its members?

A    Since when?

Q    August of 2023.

MR. SCHWARTZ:  Your Honor, objection to that
question.  It's vague in terms of what consideration means
and it's also irrelevant to this receiver motion.

THE COURT:  I don't think consideration is
vagueness necessarily.  And otherwise overruled.  If the
witness doesn't understand what you mean by consideration,
he can ask you that.

MR. LORENC:  Sure.

Q    Have you received any monies or anything of value?

A    From who?

Q    From Oak, its principals and/or affiliates?

LAS

NYSCEF DOC. NO. 1346

26-10359-lgb    Doc 112-3    Filed 07/01/26    Entered 07/01/26 21:27:03    Exhibit 3
Pg 4 of 4

RECEIVED NYSCEF: 03/03/2025

Cross-Chassen-Lorenc

108

A    What are affiliates?

Q    Mr. Chassen, you've been in a multi entity real estate business.  You want me to define what an affiliate is?

A    I want to know what the affiliate you're asking about.

Q    I'm asking Oak affiliates.

A    Yes.

Q    You have.  And what was that amount?

A    While I was controlling JJ Arch, I was taking a draw, maybe 50,000, 75,000 less than what my salary was before this happened.

Q    A month or 50, 75000?

A    Total.  Just the short time I was in control of JJ Arch.

Q    And what was that period of time?

A    Maybe a month, two months.

Q    Okay.

A    I don't fully remember the dates.

Q    Did you receive anything of value or monetary consideration thereafter from Oak or its members or its affiliates?

A    No.

Q    Are they paying your legal fees in association with this action or any other action?

A    No.

Q    It's your testimony here today you are personally

LAS

109 of 134