UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

–  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  X

In re:

JEFFREY SOLOMON SIMPSON,

Debtor.

–  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  –  X

Chapter 11

Case No. 26-10359 (LGB)

## ORDER MODIFYING AUTOMATIC STAY

Upon the notice of motion of 146 89 Street Funding LLC (the "Lender") for an order confirming the automatic stay is not in effect or in the alternative relief from stay with respect to the Lender's interest in the real property commonly known as 146 East 89th Street, New York, New York ("Property") (the "Motion") [ECF No. 78], the limited joinder of Eric M. Huebscher, in his as capacity as receiver (the "Receiver") in the Motion [ECF No. 92], the limited joinder of Jared Chassen [ECF No. 105], the limited objection of debtor Jeffrey Solomon Simpson (the "Debtor") to the Motion [ECF No. 97], the Lender's reply to the limited objection of the Debtor [ECF No. 103] and the Receiver's reply to the limited objection of the Debtor [ECF No. 108]; and a hearing having been held on the Motion on July 1, 2026, and after due consideration, it is

ORDERED, that the Debtor's objections are overruled and the Motion is granted to the extent set forth herein; and it is further

ORDERED, that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code does not apply to the Lender's rights to proceed with enforcing its lien against the Property only, but does remain in effect with respect to the Lender's rights to enforce the Debtor's personal guaranty; and it is further

ORDERED, that effective immediately, the automatic stay in effect pursuant to section 362(a) of the Bankruptcy Code is modified to permit the Receiver to submit the signed and notarized stipulation of settlement (the "Stipulation of Settlement") filed under docket entry 108-1 and attached to this Order as Exhibit 1 for approval to the Supreme Court of the State of New York, County of New York: Commercial Division in the action entitled *Simpson, et al. v Chassen, et al.*, Index No. 158055/2023 and, if approved without material modification thereto, for the parties to the Stipulation of Settlement to carry out and perform the terms and provisions thereof, including the submission of the approved Stipulation of Settlement to  the Supreme Court of the State of New York, County of New York in the action entitled *146 E 89 Street Funding LLC v 146 E 89 Borrower 1 LLC, et al.*, Index No. 850401/2025 and the release by the Lender of the personal guaranty of the Debtor and Jared Chassen; and it is further

ORDERED, that upon the State Court approving the Stipulation of Settlement and the Lender's receipt of the deed as set forth in the Stipulation of Settlement, the Lender shall withdraw its proof of claim filed in this bankruptcy proceeding

ORDERED, that the provisions of Bankruptcy Rule 4001(a)(4) are waived, and this Order shall be effective immediately upon its entry.


**DATED: July 2, 2026**          */s/ Lisa G. Beckerman*
      **NEW YORK, NEW YORK**     **HONORABLE LISA G. BECKERMAN**
                               **UNITED STATES BANKRUPTCY JUDGE**

2