

299 Park Avenue
New York, New York 10171

ATTORNEYS AND COUNSELORS AT LAW

Telephone (212) 888-3033
Facsimile (212) 888-0255
www.beckerglynn.com

Alec P. Ostrow, Partner
aostrow@beckerglynn.com

July 6, 2026

VIA ECF

Honorable Lisa G. Beckerman
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
New York, New York 10004

Re:    Jeffrey Solomon Simpson, Debtor, Case No. 26-10359 (LGB)
       Transmittal of Debtor's Letter

Dear Judge Beckerman:

My firm is counsel to the above-referenced Debtor and Debtor in Possession. I respectfully transmit the Debtor's letter of today's date to Your Honor in which he requests that the Court write a letter recommending a criminal investigation.

The Debtor's letter with its exhibits is Exhibit A to this letter of transmittal.

Respectfully yours,

/s/ Alec P. Ostrow

Alec P. Ostrow

Attachment

4923-4302-5851 v.1