UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                Chapter 11

    Jeffrey Solomon Simpson,                     Case No. 26-10359

                      *Debtor*.

--------------------------------------------------------

608941 NJ INC.,

                    *Plaintiff*,                     Adversary No. 26-01046

*v.*

Jeffrey Solomon Simpson,

                    *Defendant*.

--------------------------------------------------------X

## <u>ORDER REGARDING OAK LIFT STAY AND ABSTENTION MOTION</u>

**WHEREAS**, on June 12, 2026, 608941 NJ Inc. ("Oak") filed a motion [ECF 81] (the "Oak Motion") in both Case No. 26-10359 (the "Main Case") and Adversary Proceeding No. 26-01046 (the "Oak Action") seeking to clarify the scope of the automatic stay, obtain relief from the automatic stay and ask that the Court partially abstain from hearing the Oak Action; and

**WHEREAS**, on July 1, 2026, the Debtor filed an opposition to the Oak Motion [ECF 115] and a supporting declaration of the Debtor [ECF 114]; and

**WHEREAS**, on July 6, 2026, a reply to the Debtor's opposition to the Oak Motion was filed by Oak [ECF 117]; and

**WHEREAS**, on July 8, 2026, the Court held a hearing (the "Hearing") to consider the Oak Motion and the motion for relief from the automatic stay filed by Jared Chassen [ECF 87] and, after reviewing the relevant materials and considering oral argument made by counsel for all moving parties, issues the instant ruling for the reasons stated on the record of the Hearing.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the relief sought in the Oak Motion regarding this Court's abstention from the Oak Action is DENIED without prejudice to refile a motion seeking such relief after (i) any forthcoming motion to dismiss the Oak Action by the Debtor, if filed, has been determined by this Court *and* (ii) a timely answer to the operative complaint has been filed by the Debtor or the deadline to file an answer occurs without such filing; and it is further

**ORDERED**, that the relief sought in the Oak Motion regarding relief from the automatic stay is DENIED without prejudice to refile a motion seeking such relief no earlier than 60 days from the date of the entry of this Order; and it is further

**ORDERED**, that this Court retains jurisdiction over all matters related to or arising out of the implementation or execution of this Order.

Dated: New York, New York
      July 9, 2026

                                        */s/ Lisa G. Beckerman*
                                        HONORABLE LISA G. BECKERMAN
                                        UNITED STATES BANKRUPTCY JUDGE