UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

In re:                                              Chapter 11

Jeffrey Solomon Simpson,
                                                    Case No. 26-10359(lgb)

                    Debtor(s).
_____ x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Amanda Hiller, Acting Commissioner and Counsel of the New York State Department of Taxation and Finance (the "Department"), by Jeffrey K. Cymbler, Esq., District Tax Attorney, hereby appears in the above-captioned case(s) on behalf of the Department as a creditor and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and Section 1109(b) of the Bankruptcy Code, the Department requests that any and all notices given or required to be given in the above-captioned Chapter 11 case(s) and all papers served or required to be served in the above-captioned Chapter 11 case(s) be given to and served upon the undersigned at the office and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, disclosure statement, plan of reorganization or liquidation, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE, that request is also made that the undersigned be

added to the notice list of all contested matters, adversary proceedings, and other proceedings in

the above-captioned case(s).

Dated: Brooklyn, New York
      July 13, 2026

                                        Respectfully submitted,

                                        Amanda Hiller
                                        Acting Commissioner and Counsel
                                        NYS Department of Taxation and Finance

                                        By: s/ Jeffrey K. Cymbler
                                            Jeffrey K. Cymbler, Esq.
                                            District Tax Attorney
                                            15 MetroTech Center
                                            Brooklyn, NY 11201
                                            Tel: (347) 390-8837
                                          Email: Jeffrey.Cymbler@tax.ny.gov