# EXHIBIT 1

**Allen Schwartz**

**Subject:** 26-10359 - Jeffrey Solomon Simpson

**Date:** Wednesday, July 8, 2026 at 3:40:32 PM Eastern Daylight Time

**From:** Will Jagiello <Will_Jagiello@nysb.uscourts.gov>

**To:** allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, MBunin@FarrellFritz.com <mbunin@farrellfritz.com>, efisher@binderschwartz.com <efisher@binderschwartz.com>, ssouthard_klestadt.com <ssouthard@klestadt.com>, aostrow@beckerglynn.com <aostrow@beckerglynn.com>

**CC:** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>

Counselors,

Good afternoon. I write regarding the above-referenced case.

At Judge Beckerman's request, Mr. Simpson submitted a letter regarding alleged criminal activity to Judge Beckerman which was filed on the docket on Monday July 6, 2026.  As previously stated on the record, Judge Beckerman will be sending Mr. Simpson's letter to appropriate persons at the Office of the United States Attorney for the Southern District of New York and the Office of the New York State Attorney General under a cover letter of her own and filing such correspondence on the docket.
At the evidentiary hearing held before the Court last month, Mr. Schwartz requested to include a letter on behalf of Mr. Chassen.  Please provide any such letter and file such letter on the docket by no later than **July 13 at 5 pm (eastern).**

**Will Jagiello**
**Law Clerk to the Honorable Lisa G. Beckerman**
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green, New York, NY 10004
Direct: (212) 284-4561