# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

————————————————————

JEFFREY SOLOMON SIMPSON, as

Debtor and Debtor in Possession,

      Plaintiff,

  v.                           Case No.

ERIC HUEBSCHER, as Receiver of      26-10359

Certain Assets of JJ Arch,

      Defendant.

————————————————————

DEPOSITION OF JEFFREY SIMPSON

DATE:          Friday, June 5, 2026

TIME:          9:46 a.m.

LOCATION:     Remote Proceeding

              Water Mill, NY 11976

REPORTED BY:  Douglass Breshin

JOB NO.:     8248653

Page 2

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF JEFFREY SOLOMON SIMPSON:

ALEC OSTROW, ESQUIRE (by videoconference)

Becker Glynn Muffly Chassin & Hosinski LLP

299 Park Avenue

New York, NY 10171

aostrow@beckerglynn.com

(212) 888-3033

ON BEHALF OF DEFENDANT ERIC HUEBSCHER:

MARTIN G. BUNIN, ESQUIRE (by videoconference)

Farrell Fritz PC

622 Third Avenue, Suite 37200

New York, NY 10017

mbunin@farrellfritz.com

(212) 687-1230

ON BEHALF OF DEFENDANT JARED CHASSEN:

ALLEN SCHWARTZ, ESQUIRE (by videoconference)

Schwartz Law

2635 Nostrand Avenue, 4E

Brooklyn, NY 11210

allen@allenschwartzlaw.com

(917) 720-5496

Page 3

A P P E A R A N C E S (Cont'd)

ON BEHALF OF DEFENDANT JARED CHASSEN:

SEAN SOUTHARD, ESQUIRE (by videoconference)

Klestadt Winters Jureller Southard & Stevens

LLP

200 West 41st Street, Floor 17

New York, NY 10036

southard@klestadt.com

(212) 972-3000

ALSO PRESENT:

Jared Chassen, Defendant (by videoconference)

Eric Huebscher, Defendant (by videoconference)

Judge Lisa Beckerman, Bankruptcy Judge (by

videoconference)

Page 4

I N D E X

EXAMINATION:                    PAGE

By Mr. Schwartz              10

By Mr. Bunin                468

E X H I B I T S

NO.         DESCRIPTION             PAGE

Defendant:

Exhibit A     Official Form 106-AB Schedule
A/B Property           16

Exhibit A2     Rever Motors Instagram      395

Exhibit A2     Order Issued by Judge Cohen
in December 2025         513

Exhibit A3     E-mail from Mr. Simpson to
Mr. Schwartz and Others Dated
6/5/2026             112

Exhibit A5     Second E-mail from Mr.
Simpson to Mr. Schwartz and
Others Dated 6/5/2026       114

Exhibit B     Form 107 Statement of
Financial Affairs        169

Exhibit E     Reply to Amended
Counterclaims          89

Exhibit F     Agreement Between Jeffrey
Simpson, YJ Simco, and Jared
Chassen, 8/1/23         94

Page 5

E X H I B I T S (Cont'd)

NO.         DESCRIPTION             PAGE

Defendant:

Exhibit G     E-mail, 11/12/2023      211

Exhibit I     List of Items          439

Exhibit N     Photograph of Mr. Simpson's
House             357

Exhibit O     Photograph of Tow Truck     361

Exhibit R     Order Appointing Temporary
Receiver            257

Exhibit S     Court Notice, 3/25/2025     291

Exhibit T     Order Filed by Judge Cohen,
Dated 5/16/2025         314

Exhibit U     E-mail from Jeffrey Simpson
to Jared Chassen and Barry
Akrongold, Dated 3/28/2025    275

Exhibit W     Citizens Account Overview     298

Exhibit Y     Form 201, Petition for JJ
Arch LLC's Bankruptcy Filing  174

Exhibit Z     IRS Letters          461

QUESTIONS INSTRUCTED NOT TO ANSWER

PAGE     LINE

432       11

562       25

2 (Pages 2 - 5)

Page 6

I N D E X (Cont'd)
M A R K   T H E   R E C O R D   R E Q U E S T E D
PAGE     LINE
75       14

Page 7

J. SIMPSON

THE REPORTER: So good morning once again, everyone. My name is Douglass Breshin, and I'm the reporter assigned by Veritext to take the record of this proceeding. We will now be going on the record. It is 9:46 a.m.

This is the deposition to be taken of Jeffrey Simpson taken in the matter of Jeffrey Solomon Simpson as debtor and debtor in possession against Eric Huebscher as receiver of certain assets of JJ Arch. Today is June 5, 2026; and we are doing this deposition remotely via Zoom.

I am a notary authorized to take acknowledgements and administer oaths in the state of New York, as which parties agree I will swear in our witness remotely.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from this proceeding virtually

Page 8

J. SIMPSON

from this proceeding:

- is intended for all uses permitted under applicable procedural and evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and

- shall constitute written stipulation of such.

And just before I swear in our witness, can I just please ask our attorneys appearing today to introduce themselves for the record, please?

MR. SCHWARTZ: Good morning. Allen Schwartz from Schwartz Law, PLLC on behalf of Defendant Jared Chassen.

MR. BUNIN: Good morning. Marty Bunin from Farrell Fritz PC representing Eric Huebscher as receiver.

MR. OSTROW: Good morning. Alec Ostrow from Becker Glynn Muffly Chassin & Hosinski representing Mr. Simpson.

THE REPORTER: Okay. So thank you very much, everyone. And hearing no objections, I will now swear in our

Page 9

J. SIMPSON

witness.

So Mr. Simpson, can I please ask you to raise your right hand? Thank you very much.

WHEREUPON,

JEFFREY SIMPSON,

called as a witness and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER: Thank you very much, Mr. Simpson. And just one last thing before we get started, please, Mr. Simpson. Can I just please ask you for the record to state your full name followed by your address? And your address will be the location you're testifying from right now.

THE WITNESS: Yes. Jeffrey, J-E-F-F-R-E-Y, Solomon, S-O-L-O-M-O-N, the middle name Simpson, S-I-M-P-S-O-N. And I am currently at 266, it's three words, Water Mill, two words. Towd, T-O-W-D, Road in Water Mill, New York 11976.

3 (Pages 6 - 9)

J. SIMPSON

THE REPORTER: So thank you very much for that, Mr. Simpson. And I appreciate the spellings as well. And with that being completed, we are all set to begin.

THE WITNESS: Thank you.

EXAMINATION

BY MR. SCHWARTZ:

Q   Good morning, Mr. Simpson. My name is Allen Schwartz. I represent Jared Chassen in this case, and I'm going to be asking you questions today. You understand you're under oath; correct?

A   Yes.

Q   You understand that it is the same as if you were in court; correct?

A   Yes.

Q   You understand that you are required to give truthful, accurate, and complete testimony today; correct?

A   Yes.

Q   And you're going to do that; correct?

A   Yes.

Q   You understand your testimony

J. SIMPSON

today is being transcribed; correct?

A   Yes.

Q   If you don't understand a question today, you're going to let me know; right?

A   Yes.

Q   And if you do answer, that will mean you understood it; correct?

A   Yes.

Q   If there's anything you remember later after you've answered a question, please be sure to tell me today; okay?

A   Yes.

Q   Mr. Simpson, is there any reason, medical or otherwise, that you cannot give complete, truthful, and accurate testimony here today?

A   No.

Q   If that changes, you'll tell me immediately; correct?

A   Yes.

Q   All right. Mr. Simpson, we're going to break around every hour; okay?

A   If I need to break before that,

J. SIMPSON

I'll let you know.

Q   Yes, exactly. And that's exactly what I was going to say. We're going to need a -- in terms of this deposition, I'm going to ask that we -- you give only verbal answers because only verbal answers are going to be recorded in today's deposition. Is that okay?

A   I don't know any other version other than verbal.

Q   Is that okay, Mr. Simpson?

A   It's a -- it's a silly comment. The answers will be a verbal answer. Let's move on, please.

Q   Okay. Mr. Simpson, I'm going to ask that we not interrupt each other today. Does that work?

A   You can try your best, Mr. Schwartz. You know how I feel about you. So I will use my best efforts, and I hope you'll do the same.

Q   Okay. Mr. Simpson, have you ever been deposed before?

J. SIMPSON

A   I have.

Q   When?

A   By you. The exact date, I don't know. I'd have to think about it for a moment. It was, I'm going to say, approximately -- it was winter of 2025. So yeah. Because it was an evidentiary hearing. That was in February of '25. So somewhere approximately in that realm. I don't have the date in front of me. But we can all find it. I mean, you were there too. So we could all find it.

Q   Other than the deposition that you just referred to, have you been deposed any other time?

A   With regards to this case, I believe the answer's no. I believe regards to other matters, it's possible. I don't know if the nomenclature was deposition or what it was, but there's at least one case I could think of that's on the record in -- in New York State Court. I don't know if it was testimony or deposition. I don't recall.

4 (Pages 10 - 13)

J. SIMPSON

Q   And have you ever testified in court before?

A   Yes, Mr. Schwartz.  You asked me to testify.  You've put me on the witness stand, so you know the answer.  But yes, sure.

Q   And when was that?

A   Again, around the same time.  There was an evidentiary hearing.  That was in February of 2025.

Q   And other than that, have you ever testified in court before?

A   I believe so.  But I don't -- I'd have to really think about the dates and times.  I don't know.  I'm not really sure of the relevance, but I -- the answer is I don't know.

I -- probably, but the only one that comes to my mind as it relates to this matter is in February 2025 where I was on the witness stand.  But I believe there's at least one other time, but I don't know exactly.  I'd have to look into that.

J. SIMPSON

Q   Okay.  And how did you prepare for today's deposition?

A   I've looked at the documentation that was provided by me, by you, presumably Mr. Chassen, and the issues surrounding this matter and only this matter, and in discussions with Mr. Ostrow, the counsel.

Q   Other than discussions with Mr. Ostrow, which I do not want you to tell me the contents of, did you speak with anyone else about today's deposition?

A   No.

Q   And what documents did you review in advance of today's deposition?

A   I already answered the question.

Q   Specifically, what documents did you review in advance of today's deposition?

A   I don't have the title or name of them in front of me, but the related documents that were, you know, the objections that were made, the filings that were made, and -- and those

J. SIMPSON

associated documents.  I don't have a list of them in front of me, or I don't know the actual names or titles or dates of them.

Q   And how long did you speak to Mr. Ostrow in advance in preparation for today's deposition?

A   I'm not sure.  We spent time on a number of issues, so I'm not really sure exact amount of time.  I'm not sure why that's relevant either.

Q   Mr. Simpson, I'm going to show you what we're going to be marking as Defendant's Exhibit A.  I'm going to share it on the screen.  Please let me know if you're able to see it.

(Defendant Exhibit A was marked for identification.)

A   Yes.

Q   And you see it's titled --

A   Yes.

Q   -- "Official Form 106-AB Schedule A/B Property."  Do you see that?

A   I do.

J. SIMPSON

Q   And I can scroll through.  It's an 108-page document.  I can scroll through it slowly, if you'd like.  And you can tell me if you recognize this document and what you recognize it to be after I've scrolled through it.  Does that work?

A   We don't need to waste the time doing that.  It's -- we know what it is.  It's a 106-AB per the -- the title at the top.  Please tell -- tell me what your question is.

As you know, Mr. Schwartz, I don't play the game of wasting time.  So tell me what your question is, and I'll find the answer if I can.

Q   This a document, Mr. Simpson.  Do you -- is the document you caused to be filed in this bankruptcy case?

A   It appears to be.  I'm not reading every word, just like your client said.

Q   Well, that --

A   And I'm --

Q   Do you recognize --

5 (Pages 14 - 17)

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

A   And I don't have time for that, and neither do you.  The -- it looks like from the docket, it looks like it was a file document.  It looks like it is the form that I signed.  That's my signature.

But again, I can't verify on the complete document without reviewing every word of it, but it appears to be the document that was filed.  What is your question about the document?

Q   Well, let's go through the document then, if you can't identify that this is the document.  Let's go -- let me -- I'll go scroll through it slowly.  And then you can tell me if this is the --

A   Why don't you tell me your question about the document?  I already told you it's the document on the docket.  I don't play this games, Mr. Schwartz.  You know my -- my attention span for this is very limited, and we will deal with this if we need to.  So tell me your question.  Your games are not tolerated.  What is your question?

J. SIMPSON

Q   Mr. Simpson, I want you to --
A   What is your question, Schwartz?  What is your question?  Tell me the question.  I already verified it.  It looks like the document is filed.  What is your question?  What is your question?
Q   Mr. Simpson --
A   No.  I don't work for you for the hundredth time.  What is your question?  Ask the question, and I will answer if I can.
Q   Well, let's --
A   That's how this works.
Q   Let's start -- Mr. Simpson, how this works, Mr. Simpson, is I ask you questions.
A   Yeah, yeah.
Q   And you answer those questions.
A   You're an -- you're an illegitimate person, but ask me a question.  And I'll provide the answer if I can.  So none of your band standing.  What is your question?  And that's why we're here.  No your drama.  What is your

J. SIMPSON

question?  Be specific, and I'll answer if I can.
Q   Well, let's start with this, Mr. Simpson.  Let's look at this page.  It's page 107 of 108 of this document.  Do you see that?
A   What about the -- what about the page are you asking me?  What's the question?
Q   Do you see it is what I'm asking you?  Do you see that?
A   Yes, I can see it.  What is the question?
Q   Okay.  And is that your signature on the bottom?
A   I already told you it was my signature just three minutes ago.
Q   So this is your signature; correct?
A   It is my signature.
Q   And what does it say above your signature?
A   It says "under penalty of perjury, I declare that I have read the

J. SIMPSON

summary and schedules filed with this declaration and that they are true and correct."
Q   And what is the date of this?
A   The 5th of March of 2026.
Q   And did you in fact read the summary and schedules filed with this declaration?
A   I believe that.  So I -- if it's part of the filing, I believe so.  But again, you're asking a general question.  If it's part of the filing, and it's part of the documents that are on the docket where I signed it, and my counsel posted it, yes.  But I can't --
Q   But you --
A   -- general about it.
Q   You signed it --
A   Again, what is -- what is your question?  Get to the point.
Q   Mr. Simpson --
A   No, no, no.  Alec -- Alec knows I don't work for you; okay?  We've been through this dance already.  What do you

6 (Pages 18 - 21)

J. SIMPSON

want to know? I signed the documents on the docket. What is your question? Get to the point. What do you want to know?

Q You signed it under penalty of perjury, Mr. Simpson. Is that right?

A I already read the words out loud. We don't have to play this game.

Q Is that right?

A What is your question?

Q Is that right?

A What is your question?

Q Mr. Simpson --

A I don't do this. I'm not going to do this. I'll start questioning you about Seddio and everything else. Tell me your question. Let's go. What is your question?

Q Mr. Simpson --

A Yeah, yeah. I have questions for you. I do. I do. It's going to be my turn soon. What is -- what is your question?

Q It's --

A Because I'm not going to waste

J. SIMPSON

my time with this today. What is your question?

Q Mr. Simpson, it's a very simple question. You --

A I said I signed it, for the fourth time.

Q Under penalty of perjury; right?

A I read you the words, Goddammit.

THE WITNESS: So -- so okay. So, Mr. Ostrow, I'm not going to do this with him. You see already the games. Okay. We've already wasted 20 minutes in circles here. He has nothing --

MR. OSTROW: Jeff, Jeff --

THE WITNESS: He has no real questions to ask.

MR. OSTROW: Stop, stop.

THE WITNESS: Let's hear the question.

MR. OSTROW: Stop.

THE WITNESS: What is the question?

MR. OSTROW: Stop. Let him ask his questions --

THE WITNESS: He hasn't asked the

J. SIMPSON

question.

MR. OSTROW: -- and then answer them please.

THE WITNESS: I've already answered it three times. So this man just plays games.

MR. OSTROW: Look, if he wants to ask the question, let him ask the question and then please answer it. Just answer the question, and we'll move on.

THE WITNESS: I still haven't heard his question.

BY MR. SCHWARTZ:

Q Mr. Simpson, you signed this under penalty of perjury; correct?

A The question was answered already. What's your question next?

Q Answer my question, Mr. Simpson.

A No, no. This is not a -- this is not a masculinity contest. I've already answered it three times for you. What is your question? Move on. Move on, Mr. Schwartz.

Q Mr. --

J. SIMPSON

MR. OSTROW: Jeff, Jeff --

THE WITNESS: Move on.

MR. OSTROW: Stop it, Jeff.

THE WITNESS: No.

MR. OSTROW: Stop it.

THE WITNESS: This man is a --

MR. OSTROW: Answer his --

THE WITNESS: -- corrupt scumbag.

MR. OSTROW: -- question, please.

THE WITNESS: No. I did. The answer is yes three times already.

MR. OSTROW: It's --

THE WITNESS: This is just a game.

MR. OSTROW: Look, unless --

THE WITNESS: It's just a game.

MR. OSTROW: -- I object --

THE WITNESS: Dirty scumbag game. A corrupted --

MR. OSTROW: Stop it.

THE WITNESS: I want to hear about his relationship Seddio and Sam Sprei. Go ahead.

MR. OSTROW: Stop it.

THE WITNESS: Go ahead, Schwartz.

7 (Pages 22 - 25)

J. SIMPSON

What's next? What's next, Schwartz?

MR. SCHWARTZ: I'm still --

THE WITNESS: What is the question?

MR. SCHWARTZ: The question is still outstanding.

THE WITNESS: It's not --

BY MR. SCHWARTZ:

Q You signed this under penalty of perjury --

A I said yes.

Q -- yes or no?

A And I've read the word to you three times.

MR. OSTROW: Jeff, Jeff, just answer his question, please.

THE WITNESS: I already have. I already have.

MR. SCHWARTZ: You're saying --

MR. OSTROW: Even if he asks it again --

THE WITNESS: I already said yes three times.

MR. OSTROW: -- answer it again.

THE WITNESS: Okay. Well, I'm not

J. SIMPSON

going to --

MR. OSTROW: Do you understand me?

THE WITNESS: I -- I do, but I'm not going to tolerate this with him. I'm sorry, Mr. Ostrow.

MR. OSTROW: No. It's not a --

THE WITNESS: I'm not going to.

MR. OSTROW: -- question for you to --

THE WITNESS: It it is a question. Okay. I've already voiced my concerns to the judge, and we need to get on the phone if this continues because I've dealt with this schmuck for three years now, this scum schmuck that he is.

MR. OSTROW: Stop it.

THE WITNESS: And I'm not doing this.

MR. OSTROW: Will you please --

THE WITNESS: I'm not doing this.

MR. OSTROW: Stop it.

THE WITNESS: He could ask me collegiate questions, and I'll answer them collegiately in response. That is the requirements here. Not this game of -- of

J. SIMPSON

harassment. So what is this question? I've already answered the same question three times.

MR. SCHWARTZ: Mr. Simpson, I'm going to ask the question; and it's just yes or no.

THE WITNESS: I said yes three times.

BY MR. SCHWARTZ:

Q So you'll say it one more time. You signed this document under penalty of perjury, Mr. Simpson. Yes or no?

A Yes. What's your question next? Let's move on now.

Q Okay, okay. Mr. Simpson, I want to turn your attention to Schedule 8 on official form 106H. This is document 87 of 108, and it references your co-debtors; and it asks "Do you have any co debtors?" Do you see this?

A I do.

Q And do you see that there's a list of various co-debtors here? Do you see that it starts with 1055 Park Avenue, LLC and continues onto the next page? Do

J. SIMPSON

you see that?

A Uh-huh.

Q And do you see that you list JJ Arch, LLC? And you say it's -- with the words "direct investment entities, see attached." Do you see that?

A I do.

Q And you see it says "YJ Simco LLC, care of Jeffrey Simpson, see attached"?

A I do.

Q Okay. And below that, you see it's the attachment is Schedule 8 attachment. Is that correct?

A It is.

Q Okay.

THE WITNESS: I'm -- I'm sorry, Mr. Ostrow. How is this related to the motion at hand? Isn't that -- wasn't that --

MR. OSTROW: Just answer the question, please.

THE WITNESS: No, no. I'm -- I'm sorry. I'm sorry. We -- we spent a lot

Veritext Legal Solutions

800-727-6396    www.veritext.com    212-267-6868

J. SIMPSON

of time objections with Chassen about this. We are nowhere near the issues that are in front of us today.

So I -- I would like for us to direct this back to where we are supposed to be as the judge told us to.

MR. OSTROW: Right.

THE WITNESS: So how is this related to the motion in front of us?

MR. OSTROW: Please, please answer the question.

THE WITNESS: Okay. Well, well, okay. I will tolerate it for a couple more minutes. But as soon as we -- we don't see directions related to the thing, I'm not -- I'm not going to continue with this because this is harassment.

Go ahead. What is your question?

BY MR. SCHWARTZ:

Q Okay. So, Mr. Simpson, if I could turn your attention to number 2 here. It says -- where you say "The debtor has affiliation with parties in three groupings." And then there's number

J. SIMPSON

2B. Do you see that?

THE WITNESS: Again, Mr. Ostrow, What does it have to do with what we're dealing with today?

MR. OSTROW: Answer the question, please.

BY MR. SCHWARTZ:

Q Do you see that, Mr. --

THE WITNESS: Why are we not objecting? Why are we not objecting?

The answer's yes.

But why -- why are we talking about this? I'm sorry. I have a long list for Jared Chassen, a long, long list. And he was objected everything other than regarding the specific motion. Why are we doing this, Mr. Ostrow? I'm sorry. I'm not tolerating this. If he has questions about the motion --

MR. OSTROW: Please.

THE WITNESS: -- that's the standards here.

MR. OSTROW: Answer --

THE WITNESS: What does 1055 --

J. SIMPSON

MR. OSTROW: Answer the question.

THE WITNESS: Mr. Ostrow, what does 1055 --

MR. OSTROW: He has --

THE WITNESS: -- have to do with this?

MR. OSTROW: -- amount of leeway. Please --

THE WITNESS: Not about 75 Park --

MR. OSTROW: -- answer the question.

THE WITNESS: 1055 Park Avenue has about as much leeway as 55 Manor Pond Lane does. So there's nothing to do with the motion in front of us that we're dealing with right now. So no. Anything related to 75 Park Avenue, I'm not answering questions. He could read the words himself. No. It's not appropriate. I'm sorry.

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: It's not.

BY MR. SCHWARTZ:

Q I'm asking about 2B. What's listed here on 2B beginning with JJ Arch

J. SIMPSON

LLC. Do you --

A Okay. I read 1B.

Q -- see that?

A I read 1B. I apologize. Go ahead. Two B, yes. What's your question?

Q Two B.

A Okay.

Q Can you please read that out loud to me, 2B?

A "JJ Arch has a hundred percent ownership shares the following where the debtor provides a loan guarantee." This is the Chassen. "These are entities that New York State Court granted a receiver -- virtual connectivity interruption -- 1640 Montauk, 1640 Motors, 225 HPR LLC, JJ NY 50 LLC [ph], and 156 -- 146 East 89 Borrower 1 LLC.

Q So JJ Arch, Mr. Simpson, is the 100 percent owner of 1640 Montauk LLC. Is that correct?

A Yes.

Q And JJ Arch is the 100 percent owner of 1640 Motors LLC. Is that

9 (Pages 30 - 33)

Page 34

J. SIMPSON

correct?

A I'm not sure. We've -- have looked at further information, and we're trying to get our arms around it. I'm not sure. I'm actually not sure.

We have found further documentation, and I'm not sure the answer to the question for number 2, for ii. I'm not sure.

Q But you did swear to it under penalty of perjury in this document --

A I swear -- I swear to it based upon the information I had in front of me at the time. And if things change, we are allowed to amend; and we're allowed to alert the Court, as we have in the past.

So when we find information, as we have statements all over the documents about I don't have all my documents. And my staff was taken from me. Everything was taken from you by your client and you watching it. Okay?

So yes. There's a lot of caveats because of that clarity and the

Page 35

J. SIMPSON

theft that you guys did. So that's exactly the question why we don't always have the perfect answers. So I don't know yet on 2B, ii, 1640 Motors LLC, if it is correct that JJ Arch LLC owns it because information --

Q At the time that you filed this statement --

A Yes.

Q -- to your knowledge JJ Arch was the 100 percent owner of 1640 Motors LLC?

A To my knowledge at the time, with the caveats that are in the documents, yes. With the caveats that are there that I would -- had to review certain things and we weren't sure because of the theft that your client pursued, yes. That was my understanding at the time with the caveats.

Q What were those caveats, Mr. Simpson?

A You'd have to find it in the document. You can read it yourself. It's not here in front of me right now. You'd

Page 36

J. SIMPSON

have to look at it. Those caveats in this document that referred to the theft that your client pursued of all the documents and all the Dropboxes and everything else. We could scroll through it together and look for that caveat, if you'd like.

Q So what is it --

A I don't know where it is exactly.

Q What is it that -- well, you would agree, Mr. Simpson, that there's no caveat stated here? I mean, this -- you would agree that --

A It doesn't need to be.

Q -- affirmative --

A It doesn't to be.

Q -- statements that it --

A No, no, no, no.

Q -- 100 percent owner --

A No. It doesn't need to be. We have a coverall statement in the documents.

THE WITNESS: I -- I would ask Mr. Ostrow because he's an attorney and I'm

Page 37

J. SIMPSON

not to -- to help me directionally which -- which form it's in. If -- if I'm able to ask that question.

I don't know which document it lives in, but there is a global statement that is made, as we have in almost all of our filings, about lack of certain information; and we will clarify if we find new information.

BY MR. SCHWARTZ:

Q Is there any new information that you've learned since the filing of this document that makes you believe that this statement that you put in here in 2B is inaccurate?

A Yes.

Q And what is that information?

A I've been studying what it is or isn't as far as a signed operating agreement for 1640 Motors LLC. And from my own research, I have yet to find one. And we've been looking hard, and I do not find a specific document that says that JJ Arch owned 1640 Motors LLC.

10 (Pages 34 - 37)

J. SIMPSON

What I do find is that Jeffrey Simpson, as a majority owner of 1640 Motors, filed documents with the IRS sometime around 2022. And there was an intentions to have a signed document with 1640 Motors LLC. It had a third party partner, which your client talked about the other day; and his name was William Guthrie.

So I'm looking into it. There's even a litigation that was started with William Guthrie more so by your client, but he didn't want to sign it. So I had to, and it was apparently settled and studying it even yesterday.

And that would've changed the ownership structure if there was an LLC that was signed. It doesn't appear there is one, unless somebody else produces one. I have yet to find a signed 1640 Motors LLC operating agreement.

It appears that there was a series of documents that were proposed and were considered. And when the litigation

J. SIMPSON

started with Mr. Guthrie, it doesn't appear that there was a further document because that happened in early '23 before everything else happened.

So that is the clarity that I'm still researching. But it appears to me that there is not a formal document like there is for 1640 Montauk or 225 HPR or certainly three and four or five is a little -- is a little quirky. Maybe -- maybe five is correct.

But number one, I don't remember. There's two structures there because of the tick structure. But certainly number one, two, and four have a very simple clear single-member LLC agreement where JG arch is the sole owner of those LLCs.

For number two, I -- I do not find that document that's a signed document. There's draft documents. So that is what I am still exploring, and I don't have a definitive answer yet.

Q At the time that you signed this

J. SIMPSON

document, you knew that you didn't have -- you hadn't located a signed operating agreement for 1640 Motors LLC. Is that right?

A I wasn't sure. I wasn't sure.

Q And and prior to that, when you -- prior to that, you knew that you didn't have a signed operating agreement or hadn't located a signed operating agreement for 1640 Motors LLC. Is that not correct?

A It has been something that has been a question, and I believe it's been a question by your client too. So I'm looking into it.

But it -- again, what I do find specifically is that there is IRS filings that show Jeffrey Simpson as -- as either member or sole member I have in front of me.

I also find that the reference to your client's illustration of June 2023; and he illustrates the amount of money that he owes relative to this

J. SIMPSON

entity, assuming there was a partnership there, is tremendous. It's a order magnitude of a million dollars.

So it really has me questioning did he ever have any ownership interest in this, given the amount of money that he presumably told me he owed me, which he again didn't clarify in -- in his documentation, if he produced the -- the Excel spreadsheet.

And I'm trying to figure out if he did or didn't. I think the question was asked, and I'm not sure. I believe he did actually.

So hopefully we'll get testimony at some point from someone else from Arch accounting to talk to us about that. So until we --

Q I'm going --

A -- get clarity, I don't know the answer.

MR. SCHWARTZ: I'm going to move that to strike that testimony, Mr. Simpson.

THE WITNESS: You can strike it all

11 (Pages 38 - 41)

J. SIMPSON

you want.

MR. SCHWARTZ: Because --

THE WITNESS: I'm telling you the facts. You don't like -- you don't like it because your client's guiltier than hell. But go ahead. Go ahead.

MR. SCHWARTZ: This is --

THE WITNESS: For stealing everything. You laugh because it's true. You're guilty too. But that's okay. Go ahead. I hope that's on the record because you're both crooks. But go ahead.

MR. SCHWARTZ: Mr. Simpson, the question is about simply JJ Arch's --

THE WITNESS: I told you I don't know.

MR. SCHWARTZ: -- ownership of 1640 Motors LLC and --

THE WITNESS: I told you I don't know. I told you I'm working on it, that I believed at a time that it was owned under JJ Arch. I believed at a time it was, and I've been looking through documents more carefully as a lot of this

J. SIMPSON

litigation has unfolded; right? There's discovery requests, et cetera.

I'm looking at documents with Counsel that I didn't have. Thank you to you folks for trying to strip me of Counsel, and I'm learning as we go.

So I don't have perfect clarity. And once we do, don't you worry, we will notify the Court if something is incorrect here or something needs to be changed.

BY MR. SCHWARTZ:

Q Which documents are you looking at, Mr. Simpson? Let's be specific.

A I don't have a specific answer for you other than as I shared already. I don't need to repeat myself. I already shared it just three minutes ago. Were you listening?

Q Which document specifically, Mr. Simpson?

A I already said which ones they were. I don't need to repeat myself.

Q No. You do actually need to.

A No, I don't. No I don't,

J. SIMPSON

Schwartz. I don't. You're not going to play this game with me. This is your second warning. We hit three, I call the Court.

Q You --

A You hit three, I call the Court, myself if I need to.

Q You didn't say --

A No, no, no, no, no.

Q -- which specific documents you're looking at.

A Again, I don't work for you; right? You have no right even questioning me with -- with your background and what you've done and how your boss might be in jail and might lose his license; okay?

You know, let's talk about you and Seddio. Let's talk about you and -- and Sprei and -- and the judges involved. Let's talk about how we got here, Schwartz.

So no. You ask questions. I give answers. That's how this works. And I'm willing to cooperate, if you're

J. SIMPSON

reasonable. I already answered the question. We're going to move on now. What is your next question?

Q Well, Mr. Simpson, you didn't actually answer the question because you --

A I did answer answer the question. I answered the question already. We're moving on now. Again, this is --

Q So you're --

A -- warning two.

Q You're not going to --

A The third -- I answered the question. I told you which documents I reviewed. I shared it already. It's in the transcript. We could ask the court reporter to read it back for us if we need to.

But I'm not going to have you play this manipulation game with me because it's not going to work with me. So again, we're going to be collegiate and respectful. You're not being respectful.

12 (Pages 42 - 45)

J. SIMPSON

So we are moving on now.

And if you don't, again, this is strike two already. Three strikes, if Mr. Ostrow doesn't called the Court, I will; okay? Because my feelings for you --

Q  Mr. Simpson --

A  -- are strong for what you've done. You have no right to question me, zero, for what you've done with Judge Cohen and everything else.

So go ahead. Keep going. What is your next question? You're put on notice. It's two warnings now. The third warning --

Q  Mr. Simpson --

A  -- I call the Court.

Q  I want to say for the record, Mr. Simpson, that these types of statements are inappropriate --

A  No. You're inappropriate.

Q  -- making a deposition.

A  Your existence is inappropriate. No, no, no. Doesn't matter. Your

J. SIMPSON

existence is inappropriate.

Okay. Tell us about Seddio. Tell us about Sprei. Tell us about your payments to the Court. Let's talk about that. That's inappropriate. The whole action is inappropriate.

Q  Mr. Simpson --

A  Everything you've done for three years, inappropriate. Don't "Mr. Simpson" me. What you and Jared have done is inappropriate for three years. It's on the record, all of it, except --

Q  This is --

A  No. This is not anything other than you trying to attack and antagonize me. So again, you're on warning number two by me. And I'm deciding this, or the judge will. And I will reach out --

Q  Mr. Simpson --

A  -- to the chambers. Again, this is the last warning I give you. You will move on to your next question.

Q  Mr. Simpson --

A  Ask me a question. I'll give an

J. SIMPSON

answer, or I'm calling the Court right now.

MR. OSTROW: Jeff, Jeff, please, please --

THE WITNESS: Mr. Ostrow, I've dealt with this -- this person for three years.

MR. OSTROW: Well, it doesn't matter.

THE WITNESS: He has done illegal activities. He'll ask me questions. I'll give answers. That's how this works.

MR. OSTROW: Stop, stop, stop.

THE WITNESS: We're not going to -- we're not going to beat things into death. No, no.

MR. OSTROW: Please stop.

THE WITNESS: He has no right to ask a question more than once. If I give an answer, we move on.

MR. OSTROW: No. This --

THE WITNESS: This is the antagonistic behavior --

MR. OSTROW: Please --

THE WITNESS: -- that I brought to the Court.

J. SIMPSON

MR. OSTROW: Please, please.

THE WITNESS: Yeah.

MR. OSTROW: We need to get through --

THE WITNESS: We do.

MR. OSTROW: -- the deposition.

THE WITNESS: Ask the question. I'll give the answers.

MR. OSTROW: No. Look --

THE WITNESS: But I'm not going to -- I'm not going to be cornered him asking me to repeat the same question three times. I'm not doing it.

MR. OSTROW: No.

THE WITNESS: Sorry.

MR. SCHWARTZ: Mr. Simpson, I'm not asking the same question three times.

THE WITNESS: Yes, you are. Yes, you are.

MR. SCHWARTZ: I did not get an answer from you --

THE WITNESS: Multiple times.

MR. SCHWARTZ: -- about the specific documents --

13 (Pages 46 - 49)

J. SIMPSON

THE WITNESS: Yes, you did. Let's -- let's ask the court reporter.

MR. SCHWARTZ: -- that have caused you --

MR. OSTROW: Please, please, please --

THE WITNESS: Excuse me. Let's ask the court reporter.

MR. OSTROW: Stop arguing with each other.

THE WITNESS: Let's -- let's find out what the court reporter said. Let's ask the court reporter. Let's go to the tape. What was the question? What was the answer?

MR. OSTROW: Please, please, let's just get a --

MR. BUNIN: Excuse me, Mr. Ostrow and Mr. Simpson --

THE WITNESS: We don't want to hear from you.

MR. BUNIN: Mr. Simpson, I cannot see --

THE WITNESS: We don't want to hear

Page 51

J. SIMPSON

from you. We don't want to hear from you. We don't want to hear from you.

MR. BUNIN: I cannot see you. I cannot see you on the video except for the top of your head.

THE WITNESS: Okay. We don't want to hear from you right now. I'm sorry. It's not your turn. So you can go back to whatever you're doing. Another one that's attacked me.

MR. SCHWARTZ: Mr. Simpson, this abusive conduct is inappropriate for --

THE WITNESS: Abusive? No, no, no, no. Everything you've done for three years is abusive. Okay. Let's talk about your background. Let's talk about how you told my prior lawyer --

MR. OSTROW: Jeff, Jeff --

THE WITNESS: what you did Chicago.

MR. OSTROW: Jeff --

THE WITNESS: Your mob ties.

MR. OSTROW: Stop.

THE WITNESS: Let's talk about that, Schwartz.

MR. OSTROW: Jeff, just --

Page 52

J. SIMPSON

THE WITNESS: Yes.

MR. OSTROW: -- let him ask the questions.

THE WITNESS: He's not asking questions. He's antagonizing me.

MR. OSTROW: No.

THE WITNESS: So let him ask a question. I'll give an answer.

MR. OSTROW: Let him ask the question, and --

THE WITNESS: I'm waiting for questions.

MR. OSTROW: -- please answer it.

THE WITNESS: Ask the question. I'll provide an answer.

BY MR. SCHWARTZ:

Q Mr. Simpson, during the JJ Arch bankruptcy, you listed JJ Arch as the 100 percent owner of 1640 Motors LLC. Isn't that right?

A Again, as I've told the Court, I had information that was stolen from me --

Q Yes or no? Yes or no, Mr. Simpson? I'm not asking you

Page 53

J. SIMPSON

about -- I'm asking --

A I'm going to give the answer I feel --

Q -- whether you did or didn't.

A I'm going to give the answer I feel is appropriate.

MR. OSTROW: Mr. Schwartz, you have to let him answer the question. I do not believe --

MR. SCHWARTZ: That isn't a question.

MR. OSTROW: -- that was a question that called for a yes or no answer. You have to let him answer the question.

MR. SCHWARTZ: Court reporter, can you please repeat the question? Because it did call for a yes or no.

THE REPORTER: Yes. Of course.

(The reporter repeated the record as requested.)

BY MR. SCHWARTZ:

Q Yes or no?

MR. OSTROW: I don't think that calls for a yes or no answer, if he has an explanation.

14 (Pages 50 - 53)

J. SIMPSON

MR. SCHWARTZ: Well, then I'll rephrase the --

MR. OSTROW: So I think his answer --

MR. SCHWARTZ: I'll rephrase the question.

MR. OSTROW: -- is totally appropriate.

MR. SCHWARTZ: I'll rephrase the question. I'll rephrase the question.

BY MR. SCHWARTZ:

Q Mr. Simpson, during the JJ Arch bankruptcy, you listed JJ Arch LLC as the 100 percent owner of 1640 Motors LLC. Yes or no?

THE WITNESS: Mr. Ostrow, I'd like to provide an explanation on the record. What is your thought, Mr. Ostrow?

MR. OSTROW: Just answer his question. I will have an opportunity to examine at the end of the questioning; and we can go back over this at the end of the questioning, including the global statement that you referred to in your answer with respect to other aspects of

J. SIMPSON

the schedules. Just answer his question, please.

THE WITNESS: So I have to look at the schedule. I don't have it in front of me. I believe the answer is yes. But I don't have the schedule in front of me, and I don't remember off the top of my head.

So if we want to look at the schedule together, I could give a definitive answer. But I don't remember. I believe so, but I don't have it in front of me to verify as a yes or no.

BY MR. SCHWARTZ:

Q Okay. And, Mr. Simpson, going back to this document, these schedules that you filed here in this case, do you see above B there's a letter? There's 2A. Do you see that one?

A Yes, I do.

Q Is it possible you could read that to me?

A YJ Simco's a hundred percent interest in JJ Arch. Chassen was a prior

J. SIMPSON

owner, and his interests were eroded through defaulted member loans and resignation.

Q Is that a true statement, Mr. Simpson?

A Absolutely.

Q Mr. Simpson, when did YJ Simco get the 100 percent ownership in JJ Arch LLC?

A Well, it's in two stages. There was transfers that occurred by all parties, at least the documents that I have that occurred sometime on 2022 where Chassen transferred his shares in a number of entities in to Manor Pond Lane LLC, or I don't know the exact name.

And my shares were transferred to YJ Simco. And it was my idea for estate planning purposes if he agreed. And we both moved it without any issue because there was transfer provisions were allowed as long as we controlled the entities, which we both did. I believe it was on my side. I don't know about his

J. SIMPSON

side.

Thereafter, he has lost his shares a thousand ways. Right. If you want to be specific, there's so many ways your client has no -- no ability to be here. He's -- he's resigned himself without me firing him with all the actions that you've done. He has resigned and resigned and resigned.

He's lost it through member loans that he took distributions for. Right? If you look at section 4.2D, this is explained to you at least 20 times. But your corrupt judge somehow didn't read it or care. Okay?

But 4.2D under JJ Arch is very clear what happens when someone takes a distribution when there's a member loan outstanding. And your guy took that money, and he admitted he took the money. He admitted it on October 2nd or October 4, 2023.

He admitted it to the Court begging for a bond. He admitted to the

Veritext Legal Solutions

800-727-6396     www.veritext.com     212-267-6868

J. SIMPSON

theft that he did. The Court referred to his self-help. And he took money a minute after he stole the company, which it says it prohibits the -- the ability to take any money for any distribution if there's outstanding member loans, which he told me he owed me money.

So yeah. He owns nothing. He owns nothing since he took those distributions. And it's clear in 4.2D of JJ Arch. No question. He is out --

Q So --

A -- a long time ago for every reason imaginable.

Q So did YJ Simco become the owner of JJ Arch LLC in 2022 or in 2023 or some other year?

A Well, what we do know is that Chassen lost his shares. What -- what other documents need to be clarified; right? Because I've been getting it piecemeal as he's given it to Mr. Huebscher inappropriately, he or Kevin Wiener. Or he gave it to Gary

J. SIMPSON

Herps's [ph] company inappropriately through Dropbox files that I learned that they gave everything of my life to those people inappropriately; right?

Those are documentation that we still don't have everything. So it's not crystal clear to me other than I know what Chassen lost his shares; right?

As far as as it goes up the chain, it's not crystal clear; okay? I don't know. When I have a full set of documents and you guys actually provide real discovery, we'll find out. But until then, I -- I don't have a date for you.

Q So you cannot say even what year YJ Simco became the 100 percent owner in JJ Arch LLC?

A I could tell you that Chassen lost any shares that he had effective 2023 with the actions and the monies that he took, which happened approximately August of 2023.

Above the line from there -- above the line from there,

J. SIMPSON

we -- I'll talk to a corporate counsel if you'd like; and we could get you a clearer answer. I don't have the answer in front of me. I'm not a lawyer.

Q Well, Mr. Simpson, you --

A So I'll be -- I'll be Jared Chassen for a minute. It's a legal question. I don't know.

Q Mr. Simpson, you put in your schedule --

A You heard my answer.

Q You put in your schedule that YJ Simco owns a hundred percent interest in JJ Arch LLC; correct?

A You're asking me for a date, and I told you I don't know.

Q You put this in your schedule; correct?

A I put in my schedule, yes. But I don't know the answer to the date.

Q You can't tell-- can you say whether it was 2025?

A I don't know the date. I already told you that.

J. SIMPSON

Q Well, what about 2026?

A I don't know the date. How many -- again --

Q What about --

A Here we go again. Here we go again with the harassment. When I say I don't know, how are we asking about four different dates?

Q And what would you need to see to know?

A Now we're at warning two and a half by the way, just so you know.

Q What would you need to see, Mr. Simpson, to know?

A I want all my documents back from my company you stole through Chassen; okay? And then when I -- when I thoroughly investigate the entire file that you all stole through Computero [ph], through that scum Jason Paul [ph]; right?

My former friend and partner that you commandeered to take all the files through Bart Petroski [ph] through Computero [ph]. And I get all the files,

16 (Pages 58 - 61)

J. SIMPSON

and it's certified by somebody, then I will have a definitive answer; right? Other than that, I have caveats that were listed and discussed.

Q Do you recall making the transfer of interest of -- do you recall making a transfer of JJ Arch's membership interest to YJ Simco?

A What I find is documentation in the Dropbox that there was a transfer made to a number of entities that happened at the same time, and that Chassen was aware, and the parties were aware in 2022, I believe. I don't have the exact date or document in front of me. It's been posted to the docket. You've seen it.

Other than those transfers, I'm not aware of any other than Chassen surrendering his shares for his actions. Those are the only transfers I know about. There could be more. I believe your client transferred his shares to Oak [ph].

Q And those shares -- those transfers that you're referring to --

J. SIMPSON

A You're ignoring that. You ignoring that; right? You -- one of your little vehicles now because I believe he transferred them to Oak [ph] because he told me he did. He told me he hocked them to Oak [ph], which he wasn't allowed to do. But go ahead.

Q Mr. --

A What else you got?

Q Mr. Simpson, those transfers that you're referring to in 2022, those transfers are the only transfers that you recall making to YJ Simco of --

A I'm not a hundred percent sure. I believe, based upon the information that I found later; right?

I -- I found sometime last year because certain Dropbox files have been commandeered by your client and all the goons involved, the -- the thieves here, right, who give it to worse people like Huebscher and -- and other -- and Chapter 7 -- asked for; right? I found more information.

J. SIMPSON

There could be more information. I still don't know. So the caveat stands, and I don't have further information for you on this other than what I've told you already.

Q So other than those documents, do you have your own independent recollection of doing --

A I've told you the answer to the question. I'm not --

Q Other than these documents, do you have your own independent recollection of --

THE WITNESS: Alec, Alec, I'm -- I'm going to not tolerate this much longer; okay?

MR. OSTROW: Jeff, Jeff --

THE WITNESS: So you're going to call the Court, or I will.

MR. OSTROW: Stop it, stop it.

THE WITNESS: No, no, no.

MR. OSTROW: Just answer his question.

THE WITNESS: He already asked it,

J. SIMPSON

and I gave an answer.

MR. OSTROW: We will get through this a lot faster --

THE WITNESS: He asked --

MR. OSTROW: -- if you answer his questions.

THE WITNESS: Well, you know, no. We won't. We won't because we're never going to get through it anyway, just judging by the way he -- he plays this little dirty game here. I gave the answer to the question very clearly.

MR. OSTROW: He's entitled to ask the question in a different way, just answer his question.

THE WITNESS: So what is your question now? How is it different than the last question? What is your question now?

BY MR. SCHWARTZ:

Q Other than the documents that you just referenced, do you have your own independent recollection of a transfer of JJ Arch's membership interests to YJ

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

Simco?

A   I already told you that what I've shared with you already is the only information that I have available to me at the moment.  That is what I just said.  I -- it's the same question.  It's the same answer.

Q   So is the answer that you --

A   There's nothing else I have to offer at the moment.

Q   Is the answer that you don't have your own independent recollection other than from the documents?  Is that your answer?

A   My answer is that my recollections, which I'm human.  I can only remember so much, and I had a big staff that did a lot of things for me.  And I'm still learning because there's so many files and so many places, and some of which I come to realize are not even available to me because you and the Oak [ph] folks don't give me any information on anything.

J. SIMPSON

So there could be more documents out there that I don't know about.  So if more documents arrive or I find more that people like Ekiel Littlefield [ph] did, maybe he did with my consent or authority or didn't.  But it usually was not.  I don't think Ekiel Littlefield [ph] did anything intentionally malicious or improper.

But if there's more information that I haven't read through yet, or I haven't found yet, or a lawyer on my behalf hasn't found yet, it might change.  So I -- based on today, I've shared with you what I know.  And that's --

Q   Well --

A   -- the answer to my question.  And we're going to move on now because I don't have anything more to share on this issue.

Q   What's your -- do you have a recollection sitting here today?  I'm not asking you about what recollection you might have in the future.  I'm asking you

J. SIMPSON

about your recollection sitting here today.

Sitting here today, do you have any recollection of transferring your membership interest or any membership interest in JJ Arch LLC to YJ Simco other than --

THE WITNESS:  I'm sorry, Alec.  Alec, I'm sorry.  I'm sorry.  I'm sorry, Alec.  This is a two-way street.  We have a hundred questions we had about Chassen, about all this information; and we were denied all of this.

MR. OSTROW:  No, no, no.

THE WITNESS:  No, no, no, no, no, no.  We were denied all of this.

MR. OSTROW:  A deposition is not --

THE WITNESS:  We were denied --

MR. OSTROW:  -- a two-way street.

THE WITNESS:  No, no, no, no, no.  When we deposed Chassen, we asked questions that were way more specific than this; and we were denied all of them.  So why am I answering questions like this

J. SIMPSON

about the corporate structure --

MR. OSTROW:  Please, please just --

THE WITNESS:  No, no.  Your Honor told us --

MR. OSTROW:  -- answer the question.  The question was --

THE WITNESS:  No, no.  Your Honor --

MR. OSTROW:  -- sitting here today --

THE WITNESS:  Alec, Your Honor told us --

MR. OSTROW:  -- do you have any --

THE WITNESS:  Your Honor told us --

MR. OSTROW:  -- any other recollection?

THE WITNESS:  -- that we're not getting into percentages.  You asked the question.  So did Schwartz.  She said, "We're not talking about percentages.  We're not talking about ownership interest.  We're talking about the items that are referenced.  We're talking about ownership of the property that is part of the motion."

That's what Your Honor told us.  I'm

J. SIMPSON

sorry. That's what she told all of us here.

MR. OSTROW: Please --

THE WITNESS: No. I'm not. I'm sorry. I'm sorry, Mr. Ostrow. That's what the judge said, and I listened to what she said very carefully.

So it's a two-way street, meaning if Chassen isn't answering questions about all the crap he did with all this corporate structuring, I should not be answering any questions about it. And I'm holding to that line. You're not shaking me from it.

If the judge tells me to the contrary, I'm going to ask her; or you're going to ask her why is it Chassen didn't answer any questions related to these questions, but I should be? This is not how this works. So the answer's no until the judge tells me to the contrary.

If Chassen wants to get back on the phone and answer the questions that we have about all of the things he did

J. SIMPSON

corporate structuring, then I will answer the questions, and we'll have this dialogue.

But this doesn't work like this. Schwartz doesn't get to complain to the judge or whine to her, and she overruled him on almost everything. And now here we are where he's asking global questions about percentage interest. No. Thank you. I'm sorry. I heard the judge very clearly.

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: No. You heard my answer? The answer is I --

MR. SCHWARTZ: So --

THE WITNESS: The answer is we are going to call the judge if you continue down this path. If Alec doesn't want to call, I will call; okay? And that's where we're going.

So you -- you're ending your road real quick here because you're going way outside of the scope, way outside of it. This has nothing to do with the contents

J. SIMPSON

of the motion in front of us.

MR. SCHWARTZ: This has a lot to do with the contents, Mr. Simpson.

THE WITNESS: No. It doesn't. You know what? A lot to do with the contents of all the theft of your partner -- your client did, and all of that was stricken.

We weren't allowed to ask any real questions with your guy. He just fumbled for hours. So the answer is you're not going to get it out of me.

MR. OSTROW: Please --

THE WITNESS: Nope, nope.

MR. OSTROW: Please stop arguing.

THE WITNESS: We're -- we're calling the Court. No. We're calling the Court.

MR. OSTROW: Please stop arguing.

THE WITNESS: Alec, I'm done. I'm done.

MR. OSTROW: No, no. You --

THE WITNESS: I gave you three strikes.

MR. OSTROW: No.

THE WITNESS: Then we're calling the

J. SIMPSON

Court.

MR. OSTROW: No, no.

THE WITNESS: Then we are calling the Court.

MR. OSTROW: No.

THE WITNESS: Yes, we are.

MR. OSTROW: No, no.

THE WITNESS: Yes, we are.

MR. OSTROW: No. You have to sit for you --

THE WITNESS: I will answer questions that are appropriate. If -- if you're not going to object --

MR. OSTROW: You have to sit --

THE WITNESS: -- I'm objecting.

MR. OSTROW: -- for your deposition.

THE WITNESS: I will finish the deposition. But I am not going to tolerate a one-sided situation --

MR. OSTROW: No. Just --

THE WITNESS: -- where there's questions -- no.

MR. OSTROW: We will get through this --

19 (Pages 70 - 73)

Page 74

J. SIMPSON

THE WITNESS: No, we will not.

MR. OSTROW: -- a lot faster --

THE WITNESS: No, we will not. If Chassen doesn't answer the questions about corporate structuring, which we've been asking for three years, there's no world in which he has the -- entitled to ask me these questions.

And we brought these questions up. They were all objected to and all not answered. So no. This is -- there's a specific motion in front of us.

Schwartz told the Court how many times, "I only want to talk about those specific questions, the specifically for the list of 77 items."

Well, here we are now way off the grid. We're way off the grid here. We're talking about YJ Simco. We're talking about things that are way outside of the scope.

So the answer is no. I'm sorry. I could show my destiny. The answer is no. So I object to this, if you don't want to

Page 75

J. SIMPSON

object for me. And we will call the Court if we need to. If he wants to ask questions about the motion in front of us, we could do that. Until then, I -- I feel like we're done here. I'm sorry. It's a free country.

So unless you have questions --

MR. SCHWARTZ: So you --

THE WITNESS: Unless you have questions, I will call the Court myself right now. If Mr. Ostrow doesn't want to do it, I will do it.

MR. OSTROW: All right. All right. All right. Let's mark this for a ruling and move on.

THE WITNESS: He will not ask me any questions about percentage ownership or corporate structuring at all unless Chassen is going to answer those -- answer those questions.

MR. SCHWARTZ: I will ask those questions, Mr. Simpson.

THE WITNESS: No, you won't, Schwartz.

Page 76

J. SIMPSON

MR. SCHWARTZ: Because those are --

THE WITNESS: Schwartz, shut your mouth. You will not do anything unless the Court tells me to; okay? You will not go off the rails.

Go back to Seddio and flatlands in Brooklyn and go back to the corrupt world you come from. But you're not doing this to me. Wrong guy. Wrong guy.

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: And this exactly why -- this is exactly why I said you will not be able to depose me because you are not a legitimate person. And I deal with legitimate people only.

MR. SCHWARTZ: Mr. --

THE WITNESS: So if you want to ask questions related -- don't "Mr. Simpson" me. I'm speaking. Wait. Do you want to ask questions about the 77 items? You want to ask questions relating to the motion --

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: -- in front of us?

Page 77

J. SIMPSON

I --

MR. SCHWARTZ: Let's go to the judge.

THE WITNESS: No. Stop interrupting me.

MR. SCHWARTZ: Let's go to the judge now.

THE WITNESS: Let's do it right now. Let's get it now.

MR. SCHWARTZ: Yeah. Let's call the judge now.

THE WITNESS: Let's do it, Schwartz. Let's do it, please.

MR. SCHWARTZ: Okay. Okay.

THE WITNESS: Please.

MR. SCHWARTZ: Let's call the judge.

THE WITNESS: Scum piece of shit. That's what you are. I can't wait to learn about you and Seddio, Sprei, all the goons.

MR. SCHWARTZ: Mr. Ostrow, when you called yesterday, did you call Mr. Jaglio [ph], Mr. Park [ph], or Ms. Barrett [ph]?

MR. OSTROW: Mr. Park [ph].

J. SIMPSON

MR. SCHWARTZ: So that's who I'll call. I don't know. Let me take off my headset.

Okay. Mr. Simpson, if you're prepared to continue, we can move on to other subjects. If you want to wait for the judge, we'll wait for the judge.

THE WITNESS: If you have questions that are specific related to the motion at hand, right, then those are questions you could ask. If you're respectful about it and don't ask it in -- in the ways you have.

So you don't seem to believe that you have any willingness to cooperate with me. So if you want to ask nicely the questions at hand that are specific to the motion, I will do my best to answer the questions. But that's all I'll offer to you. We're not going and talking about corporate structuring right now unless the Court believes the contrary. That's how this will work.

MR. SCHWARTZ: Just --

J. SIMPSON

THE WITNESS: I don't work for you for the hundredth time; right? You don't have this commandeering way --

MR. OSTROW: All right. Jeff, Jeff --

THE WITNESS: -- about me. You don't get to maneuver me; okay? If you ask questions that are relevant, you'll get the answers from me. Ask a relevant question. It's a yes or no. If you ask relevant questions, I will give you answers. That's how this is going to work.

MR. SCHWARTZ: Mr. Simpson, I'm going to ask that you please cease the abusive language towards me.

THE WITNESS: Oh, abusive language. You know what?

MR. SCHWARTZ: It's inappropriate.

THE WITNESS: For what you've done to my life -- no. What's inappropriate is what you've done to my life with Chassen and Oak [ph] and -- and Seddio. That's abusive physically to my family. No.

J. SIMPSON

Absolutely not, what you guys have participated in.

I can't wait until you are deposed one day and you are questioned one day what you've done. So no. What you've all put me through in my life, no chance in hell.

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: I warned the Court. I warned the Court about what you do and try to abusing me; okay? I warned the Court about this. She didn't understand it, I guess. Now, hopefully -- hopefully the Court will see what is you're trying to do.

I shouldn't have to be in Chapter 11. Thank you to you and the scum and what you all have done with the courts that are inappropriate. Thirty lawyers, forty lawyers. No one can believe what's happened in this case, nobody.

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: And you are responsible with Seddio.

J. SIMPSON

MR. SCHWARTZ: Please stop calling me scum.

THE WITNESS: You and Seddio payoffs, yeah.

MR. SCHWARTZ: Please stop --

THE WITNESS: The payoffs that you've done. Then let's tell the truth. Do you work for Seddio? Do you work for Seddio? Do you work --

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: -- for him?

MR. SCHWARTZ: Mr. Simpson, Mr. Simpson --

THE WITNESS: What firm do you work for? What firm do you work for? What firm do you work for? What firm do you work for? Do you work --

MR. SCHWARTZ: Please stop with your abuse.

THE WITNESS: No. Seddio.

MR. SCHWARTZ: Please stop with your abuse.

THE WITNESS: Tell me about Seddio. Tell me about Seddio. Tell me about

J. SIMPSON

Seddio.

MR. SCHWARTZ: Please stop with your abuse, Mr. Simpson.

THE WITNESS: Yes or no? Do you work for Seddio?

MR. SCHWARTZ: Mr. Simpson, this --

THE WITNESS: Which law firm do you work for? Which law firm do you work for?

MR. SCHWARTZ: Please stop.

THE WITNESS: Which law firm do you work for? No, no, no, no, no.

MR. OSTROW: Counsel, Jeff, please --

THE WITNESS: It's a two way street.

MR. OSTROW: Please.

THE WITNESS: I don't work for him, Alec. I'm sorry.

MR. OSTROW: Yeah. Okay.

THE WITNESS: I don't --

MR. OSTROW: You don't work for him, but --

THE WITNESS: He doesn't get to abuse me.

MR. OSTROW: -- he's entitled to ask --

J. SIMPSON

THE WITNESS: He doesn't get to play these dirty games.

MR. OSTROW: -- questions. And you have to --

THE WITNESS: Yes. He has not asked -- he has not asked questions that are direct questions related to the motion at hand. He is off the rails. He's inappropriate.

And he plays these dirty little games that he's -- he's been called out in the Court about lying to the Court. He's lied over and over again. If he asks specific questions, he'll get his answers. Let's move on.

But he continues to try to, again, use his masculinity of sorts or -- or whatever he's trying to do here to manipulate me. And I'm not going to allow it to happen. I'm sorry. I'm not allowing it.

MR. OSTROW: Just --

THE WITNESS: So ask respectful questions, you'll get answers.

J. SIMPSON

MR. OSTROW: Let's --

THE WITNESS: Simple

MR. OSTROW: Let's move on.

THE WITNESS: Yes. So I'm waiting.

MR. OSTROW: Let's move on and --

THE WITNESS: I'm waiting for a question. I'm waiting now for 30 minutes of my valuable time for a question, a legitimate question. And I will give an answer when I get a legitimate question that's related to this matter.

So please ask a question. You'll get an answer. Don't ask me broad questions. Don't complain to me about abuse. Don't give me your bullshit. Ask a question.

MR. SCHWARTZ: To state for the record, we went to the Court multiple times before these depositions. We advocated for very limited scope depositions over Mr. Simpson's objection.

Yes. At Mr. Chassen's deposition, the Court overruled most of our objections to the questioning. The Court ruled that anything relating to Rever Motors was the

J. SIMPSON

receiver, and ownership of Rever Motors was fair game.

We allowed questions about percentage equity, ownership interest. Mr. Ostrow went through numerous e-mails regarding equity ownership that Mr. Chassen wrote.

And so these questions that I'm asking here are within the scope and the confines of the deposition as requested by Mr. Simpson over Mr. Chassen's objections. And what is good for the goose must be good for the gander. And so this is -- the questioning here has been well within --

THE WITNESS: No.

MR. SCHWARTZ: -- the scope of --

THE WITNESS: No.

MR. SCHWARTZ: -- of the deposition.

THE WITNESS: No, it's not.

MR. SCHWARTZ: And I'm just going to say that for the record. It's not --

THE WITNESS: Well, you're wrong. For the record, you're wrong. All right. I don't know how you have law license.

22 (Pages 82 - 85)

J. SIMPSON

For the record, you're wrong.

You don't understand my corporate structure. I showed that to you in front of Judge Cohen. Judge Cohen polished -- you know what polished means; right? He put his hand over his eyes like this when you couldn't explain the corporate structure after being involved in this case for months.

So no. If we are at the weeds of the property level and we are dealing with 1640, sure. But you're not there. You're a JJ Arch. You're at YJ Simco. You're talking about all types of other things. You're not talking about 1640.

So we want to talk about 1640. Yes. That's what the judge said. She didn't talk about upper tier. And you are in upper tier land. So you don't know my structure. I don't think you're smart enough, frankly.

But so when you're relevant, we will be there. Until you're relevant, we're not there. So why don't you deal with

J. SIMPSON

questions that are relevant. Then I'll answer them. Let's make our time useful together.

MR. SCHWARTZ: Mr. Simpson, please stop with the ad hominem attacks attacking my intelligence.

THE WITNESS: No, no, no, no, no. You're just dumb.

MR. SCHWARTZ: Attacking my intelligence --

THE WITNESS: You're just dumb. You shouldn't be here. Chassen shouldn't be here. He should be gone for my company three years ago. But you maneuvered the courts; okay? And we will find this out one day soon. You maneuvered the courts. We both know it. You lied to the Court. We both know it.

So again, stay within the confines of the box. Ask your questions. I don't need to have this bander with you. It's not worth my time. Ask a question, and I'll answer it. Otherwise, I'm hanging up.

J. SIMPSON

I don't have time for this. You're nothing in my life. You tell me a question. I'll answer it. Otherwise, I'm not wasting another minute here. I have better things to do. So what is your question?

MR. SCHWARTZ: Mr. Simpson --

MR. OSTROW: All right. While we're waiting for the judge, can we please move on?

MR. SCHWARTZ: Yes. While I wait for the judge, I'm going to go try to make -- move on and continue if possible.

BY MR. SCHWARTZ:

Q All right. Mr. Simpson, I want show you what has been marked as Defendant's Exhibit E. It's a reply to Jared Chassen's amended verified counterclaim. You see this document? I don't know if I -- let me share it. Actually, I'm sorry. I didn't share it yet. Hold on. You see this document, Mr. Simpson?

//

J. SIMPSON

(Defendant Exhibit E was marked for identification.)

A I have to zoom in.

THE WITNESS: Yeah. Are we -- Alec, are we talking about things from this New York state action from FE from February of '24?

MR. OSTROW: If he can connect it up, then he can inquire.

THE WITNESS: Okay. So let's hear the question.

MR. OSTROW: But right now it's a preliminary question.

THE WITNESS: So let's hear the question.

MR. OSTROW: Let's see if he can connect it up. So please answer his question.

THE WITNESS: I haven't heard one yet.

BY MR. SCHWARTZ:

Q Do you see this document that we have pre-marked as Defendant's Exhibit E? Do you see it?

23 (Pages 86 - 89)

J. SIMPSON

A I do.

Q Okay. Do you -- I'm going to go scroll through it, if you want, slowly. And then I'm going to ask you to tell me if you recognize the document.

A I -- I don't remember from this many years ago anything about this. I'd have to read the whole thing start to finish. If you have a specific question, I'm happy to look at the page and look at the context to answer it. But no. I -- there's hundreds and hundreds and hundreds of documents. I -- I do not remember the specifics of this one at all.

Q Okay. Well, then I'm going to --

A Or the nature of it.

Q Okay. Well, et me turn your, your attention to the last page of the document, Mr. Simpson. Do you see the signature block here, Steven Altman, Altman and Company PC?

A I do.

Q Who is Steven Altman?

J. SIMPSON

A He was an attorney that had -- that provided representation. As you see below, it says "Plaintiff Counterclaim Defendant Jeffrey Simpson and JJ Arch."

Q So he was your attorney; correct?

A Yes.

Q And on February 29, 2024, he was your attorney; correct?

A I -- I don't -- what is the date of this document?

Q Well --

A I don't remember the date of -- of exactly when, or he wasn't. Is -- what's the date of the document? I can't -- I can't maneuver it and see it. February 29, '24. Yeah. I mean, if he signed it that day, yeah, he was attorney for me, yeah.

Q Okay. And if I take you to the bottom of the page, the last page of this document labeled "verification," it says "State of New York, County of New York."

J. SIMPSON

Can you read me what that says below that?

A Again, I'm going to -- I'm going to go back to what's the point here? What are we talking about here? Because so far nothing is relevant to what we're dealing with. Tell us the question, then we'll deal with verifications and wasting my time. What's your question?

MR. OSTROW: All right. Jeff, Jeff --

THE WITNESS: What's your question?

MR. OSTROW: Look, look, just answer the question. We'll see if there's anything in this document that is --

THE WITNESS: I signed it and verified it --

MR. OSTROW: -- attention to --

THE WITNESS: -- from what I could see, yes.

MR. OSTROW: -- that relates to --

THE WITNESS: I signed it and verified it. What is your question?

BY MR. SCHWARTZ:

Q Please answer the question as I

J. SIMPSON

ask it. Can you read what this says?

A "Jeffery Simpson duly sworn states that -- that he's the managing member of JJ Arch LLC. He has read the file -- the foregoing reply to Defendant Jared Chassen attended, verified counterclaim and any information in it is true to be the best of his current knowledge, information, and belief."

Q And then below that, it's signed by -- is that your signature below that?

A It is.

Q And this is notarized what date?

A It looks like the 24th. The 29th. Maybe the 29th. Yeah. The 29th.

Q Okay, okay. So okay. Now, all right. That's all I want to ask about that.

Okay. Mr. Simpson, I'm going to show you what's been pre-marked as Defendant's Exhibit F. It's a document that has been filed by your attorney in connection with this evidentiary hearing. And it's been previously filed with the

24 (Pages 90 - 93)

J. SIMPSON

New York State Courts, and it's labeled "agreement."

And it says that it's an agreement dated as of August 1, 2023, between Jeffrey Simpson, YJ Simco, and Jared Chassen. Do you see this document?

(Defendant Exhibit F was marked for identification.)

A   I do.

Q   And do you recognize this document?

A   This one I do.

Q   And what do you recognize this document to be, Mr. Simpson?

A   This document is your client's malicious way of trying to coerce me into giving him hard assets. As we've later discovered e-mail exchanges where he said, "I better get to sign with Simpson before I sour the relationship."

And this happened just shortly after the July 19th memo that Jared and Oak [ph] put together about Jared trying to take over JJ Arch. And this also has

J. SIMPSON

to deal with Jared's June 2023 Excel spreadsheet where he says, "Oh my gosh, I'm out of money. Oh my gosh, there's an imbalance. What should we do about this?" Right?

That is what this has to do with where he was short capital, and I just paid off $500,000 of a $1 million line of credit that he didn't have the money to pay off. And I did it for the goodness of my heart.

So this was me trying to help the man who was out of money, who cried to me on his knees --

Q   Okay. I'm going to move --

A   Cried to me on his knees. You asked the question. I'm giving the answer. Cried to me on his knees, "Oh my gosh, I'm out of money. I have a third child. I can't afford anything in life. Can you please help me?"

And I believe there was good faith efforts here. Clearly there were not. When someone said they want to sour

J. SIMPSON

the relationship. We asked -- that e-mail exists. He said he wants to sour the relationship with me, and therefore he needs to sign this right away with a former counsel of ARAH. Yep. Go ahead. What is your question about the document?

Q   So, Mr. Simpson, take a look at -- I want you to take a look at section 2, which says "Consideration for restructuring and acknowledgement." Do you see that?

A   I do.

Q   And do you see that there's a sum there, $675,938.35? Do you see that?

A   Uh-huh.

Q   And that was a sum that was to be paid to Chassen. Isn't that right?

A   It -- it appears that was -- that was, you know, the true up amount that was agreed to based upon, again, some fictitious things that I wasn't aware of, but yeah.

Q   Okay. Was that sum paid to Chassen?

J. SIMPSON

A   No. There was no money exchanged. We couldn't close the loan because he made -- he committed bank fraud. He attempted to commit bank fraud. He couldn't fulfill the covenants of the loan requirements.

Which again, you -- you yourself tried to Judge Cohen; and Judge Cohen laughed at you when you called it the fraudulent loan, Schwartz, yeah. It's on the New York State docket. You called it the fraudulent loan.

He goes, "What's fraud about it?" And then Judge Cohen says -- said to you, "Let me remind you, Mr. Schwartz." Judge Cohen says to you, "I don't understand. Mr. Simpson shows the Court how Chassen said he is out of money, and he couldn't meet the covenant that the -- that the bank asked for," not me. Right?

And you tell the Court, "Well, he couldn't meet the covenant." And Judge Cohen says to you, "Well, Mr. Schwartz,

J. SIMPSON

how? He told his partner he couldn't." And you say, "Well, he told the bank he did have the money." Do you want to see the transcript? We could go to that one next.

And then you said -- Judge Cohen says, "Mr. Schwartz, wait a minute. Your client said he told the bank he had the money, but he told his partner he didn't." And your words were, Schwartz, your words were, "He didn't want Mr. Simpson to know he had the money." And then Schwartz -- then Judge Cohen says, "Stop. We're not doing another word of this." And we moved on.

So yeah. We can go to -- let's go to the tape about the fraud that you were supporting on behalf of your client here. Let's get all that on the record, yes. And I even offered to --

Q   Mr. Simpson --

A   -- close the loan on my own. You asked the question. You're going to get a fulsome answer.

J. SIMPSON

MR. SCHWARTZ: I'm going to move to strike that testimony --

THE WITNESS: I don't care.

MR. SCHWARTZ: -- as non-responsive.

THE WITNESS: No, no, no, no, no. You can move all your wants. You can move all your wants. What happens? Shall we look at the transcript? Shall we look at the transcript? Because we can.

You put your foot in your mouth, bro. You did. You lied to the Court or caught doing it that very day. Should we -- should we further go forward? What else do you got about you putting your foot in your mouth?

MR. SCHWARTZ: Mr. Simpson, Mr. Simpson --

THE WITNESS: Yes,

BY MR. SCHWARTZ:

Q   Was the 670--

A   No, no. It -- it was subject to a bank loan that couldn't be closed because of his fraud.

Q   But it wasn't paid.

J. SIMPSON

A   He lied to the bank bottom line.

Q   The bottom line, it wasn't paid to Mr. Chassen.; right?

A   He -- he didn't deserve it. He didn't deserve any money. He was already out of balance. He deserved nothing. He was already on a balance to pursue with the 4.2D.

This is -- just to be clear, this is for his benefit, not mine. It didn't need this.

Q   And --

A   This was him asking for an accommodation. He asked for -- let's be clear. He asked for an accommodation. This was not my idea. This was him coming to me saying, "I feel bad. I'm upset." He was crying. He -- there's witnesses, Goddammit.

We could ask Michelle Miller [ph]. We could ask Ekiel Littlefield [ph]. We could ask Repeka Dokurex [ph]. He said, "I'm out of balance, and I don't know what to do."

J. SIMPSON

And my answer to him was, "We could just change the percentages, Chassen. Right? I will do what I can to help you," as I always helped him for a dozen years until went rogue with you and Oak [ph] and everybody else.

And he asked for this. And he maliciously put this together, which we later learned; right? With help of David Berg [ph], his cousin, with help of Jeffrey Dion [ph], who was a lawyer for Arch; right? Maliciously, malicious attentions.

When your client says, "I better sign this before I sour the relationship with Simpson," do you really think that I would agree to a contract if I knew he was -- he was negotiating with another lawyer behind the scenes after he misrepresented to me?

We agreed that David Haman [ph] would be mutual counsel for both parties, and we waive conflicts. But no. He had a separate counsel. He had separate

26 (Pages 98 - 101)

J. SIMPSON

multiple counsels involved in this agreement.

So this agreement has a lot of problems, a lot of issues. But your client took what he wanted anyway because he loves to do that.

Q But you didn't pay Mr. Chassen any of his money?

A How? Why do -- I didn't owe it to him. I didn't owe it to him. There was no -- I didn't owe him a dollar. Let's look at the facts. Look at the exhibit.

He tells me he's out of balance. Can we go to the exhibit, please? Let's go to the exhibit.

Q Mr. Simpson --

A Let's go to the exhibit. Let's go to the exhibit. Let's look at the exhibit together. Let's look at how much --

Q Mr. Simpson --

A -- money he's out of balance 1640 Motors. Roll down --

J. SIMPSON

Q Mr. Simpson --

A Roll down. Come on, come on, come on.

Q Mr. Simpson --

A Let's do it.

Q Are you prepared today or now to pay Mr. Chassen this 675,000 --

A I don't have to give him the money. I don't have to give him the money. I never did. This was all done --

Q Are are you prepared to give it to --

A No. I never would -- never would give him a dollar. He -- I actually own his house. I own everything about his life. You know why? We could go to the dockets. You know what it says under 4.2D? He gives me a personal guarantee for the malicious actress he took and you participated in, asking for receiver is part of that.

Q So you're --

A There's a hundred reasons why. I don't owe him a dollar. He owes me

J. SIMPSON

millions and millions and millions. Let's look at sections called "expenses." Let's read the entire JJ Arch document. He'll never get a dollar from me on anything --

Q So you're not ready --

A -- for the actions he's done. No.

Q You're not --

A He'll get nothing.

Q Mr. Simpson, let me --

A He'll be in jail first.

Q -- ask you the question.

A He'll be in jail first.

Q Let me ask you the question

A You too next to him with Kevin Weiner.

Q Mr. Simpson, so you're not ready --

A You guys did the impossible by paying off the courts. That's what you --

Q Mr. Simpson --

A -- did, the impossible.

Q Mr. Simpson, you're not ready and willing to pay --

J. SIMPSON

A I will not give him one dollar --

Q -- Mr. Chassen --

A -- ever, ever for the actions he took. I don't owe him anything. Read JJ Arch. Read JJ Arch, Goddammit.

Q Including the 675,938 --

A -- give him any money. I don't owe it to him. This is -- read what it says. Go up. Scroll up. Look what it says. Look at the precursor.

Go up a paragraph or two, why don't you, Mr. Lawyer, that you claim you're a lawyer? I don't even know. You're not even really a lawyer based on the actions you participate in. Look up a paragraph or two. Let's see if you could read.

Q Mr. Simpson --

A Look at the precursor. No, no, no.

Q Mr. Simpson --

A Look at the precursor. Read the precursor.

27 (Pages 102 - 105)

J. SIMPSON

Q   Mr. Simpson --

A   Read the precursor.

Q   Mr. Simpson, before --

A   I am not obligated to give him shit based upon what he has done, including the precursor in this very agreement. Read up. Let's go up to the beginning. Roll up. Come on. Roll up the page. Let's go.

Q   Mr. Simpson, Mr. Simpson, Mr. Simpson --

A   Let's go.

Q   Mr. Simpson, let me ask you another question.

A   Yeah.

Q   In addition to you're -- it appears you're not ready or willing to give it this 678 --

A   He won't get a dollar ever from me, neither will you with your --

Q   Are you able to do it?

A   With your games you --

Q   Are you able to do it?

A   It doesn't matter if I am or I'm

J. SIMPSON

not. He owns nothing. He gave --

Q   Are you --

A   -- personal guarantee --

Q   -- to do it?

A   No. I -- it is not relevant. He gave a personal guarantee to pledge of his interest to JJ Arch to me and Oak [ph]. He gave it to Oak [ph] at the same time apparently.

So everything related to anything 1640, any JJ, he owns nothing based upon 4.2D, which lawyers have told you ten times. But a judge didn't listen, because you paid him off with Seddio.

That's the answer to my question. Let's move on. I'm not giving him a dollar. If I had a bazillion dollars, he would've get $1 from me.

Q   But are you able --

A   -- anything.

Q   Are you able matter to --

A   It doesn't matter.

Q   Do you have the money to --

A   That's not relevance, again.

J. SIMPSON

THE WITNESS:  Okay. I'm -- I'm done, Alec, until the Court chimes in.

MR. OSTROW:  Jeff, Jeff, stop.

THE WITNESS:  I don't need this abuse.

MR. OSTROW:  Stop, stop.

THE WITNESS:  No. I don't need this abuse.

MR. OSTROW:  Just answer his question.

THE WITNESS:  I'm not going with the answer his question. He has --

MR. OSTROW:  Just answer his question, so --

THE WITNESS:  -- no business to know what I'm capable of. He has no business to --

MR. OSTROW:  -- we can move on.

THE WITNESS:  He has no business to know what I'm capable of or not. And I don't owe Jared Chassen $1.

Jared Chassen owes me millions based upon the JJ Arch agreements. Millions and millions and millions under expenses,

J. SIMPSON

under indemnification, under all the default provisions, under the resignation provisions.

I could go on for days of all the face default in that agreement. He defaulted just about every single paragraph in the agreement, just about every single one of them. Fraudulent the transfers, you name it.

So no. It doesn't matter if I had every dollar in the world. He would not get a dollar from me. And you continue to miss the precursor here, and you continue to miss -- you missed the e-mail exchanges where he says he maliciously wants me to sign this. So the answer is move on.

MR. SCHWARTZ:  Mr. Simpson --

THE WITNESS:  Move on.

MR. SCHWARTZ:  Are you not --

THE WITNESS:  Move on.

MR. SCHWARTZ:  Mr. Simpson, are you --

THE WITNESS:  The answer is I'm not answering.

28 (Pages 106 - 109)

Page 110

J. SIMPSON

MR. SCHWARTZ: Are you --

THE WITNESS: I am not answering. The answer is I will not give him a dollar if I had every dollar in the --

MR. SCHWARTZ: Okay. But my question was are --

THE WITNESS: I don't care what your question was, Goddammit. Move on, you crook.

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: You are agonizing me. Alec, I'm hanging up. When the Court calls him, let me know.

MR. OSTROW: No. Jeff, Jeff, do not --

MR. SCHWARTZ: Mr. Simpson --

Just for the record, it appears that Mr. Simpson has hung up on this call and has left the deposition. I think we will give him a minute or two to come back, but it appears that he has left.

MR. OSTROW: All right. Let's take a five-minute break.

MR. SCHWARTZ: Okay.

Page 111

J. SIMPSON

THE REPORTER: I'll go off the record, everyone. It's 10:57.

MR. BUNIN: Before we go off the record, Alec, I just want to say that your client is being disrespectful, abusive. It's disrespectful of the other parties, the receiver, the court reporter, the threats, the inappropriate language, totally inappropriate.

And when we get on with the Court, I am going to report that to the Court. You really need to restrain your client so that we can -- he can act with some civility and decorum, and we can get this deposition moving and to a conclusion.

MR. SCHWARTZ: Agreed. I agree.

MR. OSTROW: All right.

THE REPORTER: Okay. I will go off the record now. It's 10:58.

(Off the record.)

THE REPORTER: I'm back on the record. It's 11:38.

MR. SCHWARTZ: Okay. I just wanted to state for the record that Mr. Simpson

Page 112

J. SIMPSON

left this deposition at 10:56 a.m. He still has not returned.

I received an e-mail -- or I should say before I say that, Mr. Ostrow, Mr. Simpson's Counsel, asked for additional time, which I agreed to. I received an E-mail from Mr. Simpson at 11:09 a.m., which I'm going to mark as Exhibit A3.

(Defendant Exhibit A3 was marked for identification.)

MR. SCHWARTZ: This e-mail was dated today at 11:09 from Jeffrey Simpson to Allen Schwartz, Alec Ostrow, the fraud division at the United States Department of Justice, and another United States Department of Justice e-mail, United States Trustee, the criminal division. And he also -- it was directed also to the Honorable Joel M. Cohen of the New York County Commercial Division.

And Mr. Simpson in this e-mail states "I need clarity for you to answer this question before we go on forward on any de

Page 113

J. SIMPSON

deposition," and demands that I answer questions to him or he's not going to appear. He says that he's going to add "a purported Judge Joel Cohen the mix too." And this is -- and so I want this e-mail to be included into the record.

At this point, we are now at, I believe, 11:40, almost 45 minutes since Mr. Simpson left. Mr. Ostrow has asked to give another five minutes for Mr. Simpson to potentially return. And I, on my end, am agreeable to doing that.

And so I will agree to go off the record for an additional five minutes to see if Mr. Simpson will return.

THE REPORTER: I will go off the record. It's 11:40.

(Off the record.)

THE REPORTER: I'm back on the record, everyone. It is 12:01 p.m.

MR. SCHWARTZ: All right. It is now 12:01, as the reporter just said. It's over an hour since Mr. Simpson left. I have given Mr. Ostrow, Mr. Simpson's

29 (Pages 110 - 113)

J. SIMPSON

Counsel, multiple opportunities to try to get his client back. Over Mr. Ostrow's objections, Mr. Simpson left and has not come back.

In fact, there has been another e-mail that he sent this time to not only Judge Joel M. Cohen, but also to Judge Beckerman and, and other individuals that are not part of the case, this particular case at least. And where he, again, makes clear that he is not going to appear at a deposition here today.

I want to share this and mark this as an exhibit. So I'm going to share the screen. And this is going to be marked as Exhibit A5. And this is an e-mail from Jeffrey Simpson at 11:43 p.m. [sic] to the individuals on the signature block. And Mr. Simpson indicates that he is not intending to come back to this deposition.

(Defendant Exhibit A5 was marked for identification.)

MR. SCHWARTZ: Accordingly, Mr. Chassen reserves all of his rights,

J. SIMPSON

including the rights to ask the Court and seeks to have the Court preclude Mr. Simpson from testifying at an evidentiary hearing for which this deposition was scheduled and reserves all other rights beyond that with respect to Mr. Simpson's conduct here today, including, but not limited to Mr. Simpson's abusive language and other such behavior.

And so at this point, having waited for over an hour, having given Mr. Ostrow multiple attempts to get his client back, it is unfair to the parties, to everybody involved to continue waiting for Mr. Simpson.

And so we are going to reserve all our rights with respect to what happened here today, and we don't see a reason to continue to wait. And so with that, I will let Mr. Bunin address whatever he wants to address for the record.

MR. BUNIN: Thanks, Mr. Schwartz. So on behalf of the defendant receiver, the

J. SIMPSON

receiver, likewise reserves all of his rights and objections, including the right to preclude Mr. Simpson from testifying at next Wednesday's hearing on the property list, and also reserves his right to address the abusive, uncivil, and insulting and disrespectful conduct that Mr. Simpson has events today.

MR. SCHWARTZ: Okay. So I guess unless Mr. Ostrow has something to say further, I guess let's go off the record in that case.

MR. OSTROW: I -- before we go off the record and conclude, I would like to request pursuant to bankruptcy Rule 7030 and Rule 30(e) of the Federal Rules of Civil Procedure a copy of the deposition for the client to review and -- changes.

MR. SCHWARTZ: Absolutely. And with that being said, Mr. Breshin, we will be ordering an expedited copy of this transcript.

And we will certainly share that transcript with you, Mr. Ostrow.

J. SIMPSON

MR. OSTROW: Thank you.

THE REPORTER: And I will go off the record. It's 12:06.

(Off the record.)

THE REPORTER: I'm back on the record, everyone. It's 1:32.

THE COURT: Okay. All right. So I believe that we determined we were going to have a conference so that parties could, I guess, let me know what transpired.

MR. SCHWARTZ: Yes, Your Honor.

THE COURT: All right.

MR. SCHWARTZ: So may I --

THE COURT: So, Mr. Schwartz, you were taking the deposition. So I suppose it's either --

MR. SCHWARTZ: Yes.

THE COURT: -- either you or Mr. Ostrow seemed to be the people who would be the person speaking here.

MR. SCHWARTZ: Yes, Your Honor. So Allen Schwartz on behalf of Defendant Jared Chassen. Your Honor, the deposition

30 (Pages 114 - 117)

J. SIMPSON

today -- the behavior that happened today is far outside bounds of any appropriate litigant behavior.

Mr. Ostrow, I think the record will reflect, did not direct Mr. Simpson not to answer any of the questions that I asked. In fact, Mr. Ostrow repeatedly told Mr. Simpson to answer questions. Mr. Simpson on his own accord refused to answer questions.

When I contacted the Court, it was regarding questioning about Mr. Simpson's statements that JJ Arch was the 100 percent owner of Rever Motors, and YJ Simco was the 100 percent owner of JJ Arch as contained in the schedules that he filed in this bankruptcy when he filed this bankruptcy.

Mr. Simpson refused to answer such questions. I made a call to the Court, then I moved to the August 1st contract, asked questions about that contract. Mr. Simpson again refused to answer questions about that and then stormed out of the

J. SIMPSON

deposition.

Now, beyond not answering questions, however, I think it's important to say Mr. Simpson's behavior at this deposition was extremely abusive today, calling me all sorts of names. His own counsel, Mr. Ostrow, repeatedly asked him to stop. Mr. Simpson, despite his counsel directing him to stop, continued to do so, and ultimately left the call, left the deposition.

We then gave Mr. Ostrow over an hour to try to, you know, coax his client back to this deposition. Mr. Ostrow was unable to do so.

However, at the time that we had gone on the record and said that the deposition was -- we were going to effectively reserve our right to move to strike Mr. Simpson's testimony on Wednesday in lieu of what has occurred here today, at that point, we did get an e-mail from the Court.

And I informed Mr. Ostrow that we had

J. SIMPSON

gotten that e-mail. And then I contacted -- I responded accordingly to the Court. And so we're having this conference.

But from our view, this wasn't this -- when I first contacted the Court, it was about Mr. Simpson's refusal to answer questions even with his own lawyer directing him to answer. It was that kind of issue.

But it morphed into a issue where the behavior today was just downright abusive and violating every norm of litigant conduct, I think, imaginable. And so that's -- from my view, that is what happened. That's what brought us where we are today.

I think Mr. Bunin, who was on the call here as well, can share what he -- how he viewed it or what he saw. But that is what has prompted us to be on this call right now, Your Honor.

MR. BUNIN: Your Honor, with your permission, I'd like to speak briefly.

J. SIMPSON

THE COURT: Yes.

MR. BUNIN: So as Mr. Schwartz said, Mr. Simpson's conduct was abusive. He used a lot of inappropriate language. There was a complete and utter lack of any civility or decorum.

And his behavior was completely disrespectful to the other parties; to Counsel; to the court reporter; and respectfully, I would say, disrespectful to the Court too to have the bankruptcy court be connected with a deposition like this in an adversary proceeding where this type of abuse, inappropriate language is uttered and goes forward.

And I really respectfully urge the Court to address Mr. Simpson's behavior in the strongest possible manner.

THE COURT: Okay. Thank you, Mr. Bunin.

Mr. Ostrow?

MR. OSTROW: Your Honor, obviously as Counsel has expressed, there is a divergence between attorney and client

31 (Pages 118 - 121)

J. SIMPSON

with respect to the questioning and the conduct.

And I feel particularly inadequate to explain my client's position, so I will respectfully request that the Court entertain the explanation from my client directly.

THE COURT: Okay. Mr. Simpson?

THE WITNESS: Good afternoon. I'm sorry to disturb you, Your Honor. I've said the same message now for a year plus you've known me, and nothing has changed. These people have attacked me and ruined my life, ruined my life through Judge Joel Cohen.

There is now questioning in a serious context of the system at large in New York State. It's not under my case. It's on other cases. Mr. Schwartz affiliated with the same people that have been some arrested. Some might lose their law license. It's all over the news, and I have been saying this.

I could tell you, Your Honor. I've

J. SIMPSON

spoke to 30, 40, 50 lawyers of major firms. They all say, "Hey, nothing that's happened to you could have ever happened in the first place because there's serious problems."

Your Honor said to yourself in a subtle way, maybe I misunderstood you, that you didn't understand what was going on in the 2,500 -- in New York State. Nothing here could have ever happened. The contracts don't allow for it.

And Mr. Schwartz, as usual, goes off the rails in tangents in places that are inappropriate. Mr. Schwartz, I've raised my hand to the Court about his inappropriateness.

And if Mr. Schwartz is involved with Frank Seddio and with Imran Nsari [ph] and with Sam Sprei and all these individuals who are doing things in other court matters in New York state, which is questioning the system at large, there's serious concerns about what's happening here.

J. SIMPSON

I've asked for criminal investigation. I would be blatantly stupid to ask for criminal investigation, the DOJ, from the FBI, from the SEC, the IRS, you name it. Nobody would ask these people to investigate a matter unless you're serious; right? You'd be asking for pain and suffering.

I've asked all of them. I've asked this court. They're all scared to deal with the reality of what's happening here.

And I believe even this court is very torn to look back at what New York State Court did and say, "What did they do? I don't know. And I'm just not going to deal with it."

But the difference is I'm suffering. I am losing everything around me. And we have vindictive thievery in front of our eyes.

Mr. Schwartz has talked about things this morning about he himself has lied to the New York State Court about, he literally lied to the state court and got

J. SIMPSON

caught with his pants down in front of Judge Joel Cohen, who called him out on the lies in the middle of the courtroom.

So, I'm sorry, Your Honor. I know you say you -- I can't decide who deposes me, and I don't disagree with you. But when there is foul play, there is foul play. And I've been calling it for a very long time.

I called under YJ Simco. I was promised investigation, and there was no investigation. And frankly, the limited investigation there was, Mr. Herps [ph] that Mr. Messer [ph] told me, "Mr. Simpson, there isn't money to deal with the issues that you've raised and the concerns you've raised."

They didn't put that in their reports. Why would they? It risks their livelihood and their business, which is working for the Court. But if you question them and ask them about the things they saw that I saw, they were deeply concerned.

J. SIMPSON

But their answer is, "Who was going to pay for it?" My answer is, "That's not my job." Right? We have a criminal justice system in this country for a reason.

The police don't want involved. The state police don't want to get involved. The state police words to me, "Mr. Simpson, you have a judge problem." So if Mr. Schwartz is not affiliated with the Court fixings that are occurring, why doesn't he just say it? Right?

So I'm sorry. I don't know what the rules are in the book, but nothing about this case is the rules in the book. And if you haven't learned about me by now, I'm an ethical and honorable person. I have been for my entire career.

If you've noticed, whatever the rule is about fraud, about people raising their hands for fraud in my case, we notified almost 200 people.

Two people raised their hands about potential fraud here. The two people on

J. SIMPSON

the phone -- actually, sorry, Oak [ph]. Schwartz works for Oak [ph]. We know this. And Mr. Bunin. And learning about Mr. Bunin and Mr. Schwartz working together with attorney-client privilege and Mr. Schwartz and Chassen working with Oak [ph] and now working with the receiver.

There's so many concerns here that are bigger than what we're dealing with, with contents at a business that should have never been shut down, should have never had a receiver.

THE COURT: Okay. Well --

THE WITNESS: So I'm sorry to question the Court --

THE COURT: Well --

THE WITNESS: -- but I have no choice. At this point --

THE COURT: Mr. Simpson --

THE WITNESS: -- it's my life from the line, Your Honor. This is voluntary.

THE COURT: Yeah. And this is your motion.

J. SIMPSON

THE WITNESS: This is voluntary.

THE COURT: This is your motion, Mr. Simpson. So --

THE WITNESS: It was my motion. It's my motion, but --

THE COURT: It is your motion.

THE WITNESS: -- it's being dealt with improperly by criminals. And the motion is not the motion --

THE COURT: That's not true.

THE WITNESS: It's the larger picture issue. We have a larger picture --

THE COURT: That's right, Mr. Simpson.

THE WITNESS: -- for many months.

THE COURT: But Mr. Simpson, the larger picture issue isn't what's in front of me. The issue is do you have title to any of this property? So --

THE WITNESS: That is not what's in front of you at all. Yes. It is what's in front of you, but --

THE COURT: It is.

THE WITNESS: But the larger picture

J. SIMPSON

issue was in front of you eight, nine -- nine months ago. And I was encouraged to file personal bankruptcy. These folks still don't like that.

And they ran to say they should appeal that -- that they don't care what you say or anyone says. They've committed crimes. They've committed crimes around the --

THE COURT: Okay. But --

THE WITNESS: -- of these items. Nobody wants to deal with it. Mr. Ostrow doesn't deal with it either. I spent an entire day, Mr. Ostrow yesterday, showing evidence about Chassen changing my name on my driver's license, showing him Chassen stealing stuff with union or -- or with Huebscher.

Nobody wants to deal with it, Your Honor, because this is a court of civil court. This is not a criminal court. Nobody wants deal with this.

THE COURT: That is also true. It's not a criminal court. But that doesn't

J. SIMPSON

change the fact that you have a motion in front of me next week where there has to be evidence given, Mr. Simpson, if you want any of this property back. And the only person who can give that evidence on your side, I think, is you. So if you --

THE WITNESS: I've given the evidence, Your Honor. You witnessed.

THE COURT: No, no.

THE WITNESS: You witnessed what happened with Mr. Huebscher with two hours of torture. You witnessed it yourself. So did -- so did your bench, two hours where I sat there torture where Mr. Huebscher does what he does to everybody who tried to be complete disrespectful.

He did his usual shebang about people -- a guy with a gun to be threatening. And Your Honor had to tell him multiple times how to you move so I could do the walkthrough. And after Your Honor and I got off the phone, the police officer had to tell him again and said,

J. SIMPSON

"Mr. Huebscher, the judge just spoke. Please let Mr. Simpson do his thing." So you got to see what's in front of you. I'm sorry.

THE COURT: Okay. But Mr. Simpson. I get that. But my point to you is you filed a motion so that you could get your property back; okay? I'm trying --

THE WITNESS: No, no. That's not true. That is not true. I filed a motion for -- so you have to stop people who have no authority and have nothing to do with a property, nothing to do with a business, to stop doing impropriety.

I don't care about the contents in the context that you describing it because you don't understand it, Your Honor. If you watch the video, you'll understand. It's --

THE COURT: I do understand it, but the point --

THE WITNESS: Did you watch the video yet? Because if you watch the video, you'll understand.

J. SIMPSON

THE COURT: No. Because it hasn't been submitted to me yet.

THE WITNESS: Okay. Well, I've asked it Mr. Ostrow to send it to you. If you watch the video --

THE COURT: No.

THE WITNESS: Why do you think Mr. -- Mr. Bunin asked you or -- or refused to send it and wanted it redacted? I have customers reaching out to me regularly saying they're trying to get their stuff, and Mr. Huebscher won't allow it.

THE COURT: Okay. But --

THE WITNESS: Why is that, Your Honor? How is that --

THE COURT: Mr. Simpson, again, I'm just going to be respectful to you here. If you want to proceed with your motion, you have to sit like an adult for a deposition. I'm sorry.

THE WITNESS: I can sit for like an adult, Your Honor. I want to see -- I want to see someone attack you and your

J. SIMPSON

family, your wife, your children, your husband, the way this man has gone above and beyond what the Court allows --

THE COURT: He's asking --

THE WITNESS: He's lied, cheated, and stole.

THE COURT: He's asking about questions about --

THE WITNESS: No.

THE COURT: -- a business that you had --

THE WITNESS: No.

THE COURT: -- a contract about.

THE WITNESS: Yeah. You know what? Mr. Chassen hasn't answered --

THE COURT: He's asking questions --

THE WITNESS: Mr. Chassen hasn't answered anything in three years, Your Honor. Three years. He hasn't answered a single question.

THE COURT: Mr. Chassen was deposed.

THE WITNESS: He didn't answer the questions, any of them, not one of them.

THE COURT: I don't think that's

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

true.

THE WITNESS: You don't think it's true? Okay. Mr. --

THE COURT: No. I --

THE WITNESS: Mr. Ostrow, did he answer the questions that -- that that actually had some serious implications? Did he answer them, Mr. Ostrow?

THE COURT: Did he answer the questions about this particular business? That's what's my -- in front of me, Mr. Simpson.

THE WITNESS: His answers were hilarious the way you see them. He hasn't touched the business in two years, and he lied about so many things that you'll see yourself. So --

THE COURT: Okay. Well, Mr. Simpson --

THE WITNESS: -- the question that Mr. -- Mr. --

THE COURT: Mr. Simpson, respectfully, the answer is if you don't appear and act like an adult and be

J. SIMPSON

deposed with respect to the topics that should be asked in connection with your own motion.

THE WITNESS: Yeah.

THE COURT: It's not my motion. It's your motion that you want this property returned to you and not sold at auction, then you have to do it.

THE WITNESS: Yeah.

THE COURT: And if you don't want to do that, then fine. You can just withdraw your motion.

THE WITNESS: Yeah. I want a criminal investigation. That's what I want, Your Honor. I want a criminal investigation immediately.

THE COURT: I cannot not give you a --

THE WITNESS: You're authorized to -- to ask for such a thing. The DOJ's authorized to -- to do such a thing. They absolutely are. The DOJ --

THE COURT: No. What I'm asked to do --

J. SIMPSON

THE WITNESS: -- under the rules.

THE COURT: What I'm allowed to do is send anything you want to put on the public docket to the department -- to the AUSA unless it's a bankruptcy crime. That's about what I can do. Or the attorney general.

THE WITNESS: They've lied --

THE COURT: I've done it before.

THE WITNESS: They've lied to the Court. They've lied. It's a bankruptcy crime.

THE COURT: Well, no. I don't think anyone has lied to the Court for me because I haven't even had a motion in this case on this yet. I don't know what you're telling me that someone's lied to me.

THE WITNESS: What are you talking about? Mr. Bunin literally told you, Your Honor. He said to you, "There's never been a list prepared for this property." He said that on the record.

Then he said on the record, just the

J. SIMPSON

following week, "Oh, this list looks like the same one I saw a year ago." So is that a lie? What do you call that, Your Honor? That's a lie.

He said there's never been a list. He told Your Honor to rush me that I've never been to the property. I didn't cooperate in good faith. There's a hundred e-mails that show I cooperate in good faith.

THE COURT: Okay. And, Mr. Simpson --

THE WITNESS: He lied to you directly.

THE COURT: And, Mr. Simpson, I do --

THE WITNESS: But he's part of the -- he's part of the circle. I'm not. He's part of the system that you all ascribe to for 30 years, and I'm not part of it.

I'm just a business guy that was successful who never had to litigate because I'd never put up with nonsense with people, ever. And I never had to

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

litigate. I never was convicted of anything. I may have a speeding ticket in my life before these people have attacked me.

And yes. The Court has the right to say to the DOJ that there is a concern here. When Mr. -- when Mr. Herps [ph] saw the issues where Kevin Weiner took property, he knew there was a problem. He was -- he was aggravated about it, but it did nothing because he wouldn't find a way to get paid for it.

And that's not acceptable. It's happened in front of your eyes, Your Honor. I begged and pled for investigation for almost a year and a half. I've written letter after letter asking. The police won't help. The DOJ won't help because the Court is the guiding force here. This motion practice --

THE COURT: So respectfully --

THE WITNESS: -- isn't going to solve it.

J. SIMPSON

THE COURT: Respectfully --

THE WITNESS: It won't solve it.

THE COURT: Respectfully, Mr. Simpson, that's not exactly correct.

THE WITNESS: Okay.

THE COURT: First of all --

THE WITNESS: I'm sorry. You're wrong.

THE COURT: No.

THE WITNESS: You're wrong because I've spoken to every one of them.

THE COURT: Mr. Simpson --

THE WITNESS: I have spoken to every level of government that exists, and they've all told me they won't do anything without the Court. They all said it.

THE COURT: That's not --

THE WITNESS: You want to talk to them? I'll give you the names and contact information.

THE COURT: That's not true. The AUSA investigates things whenever they get complaints.

THE WITNESS: Really? Really?

J. SIMPSON

THE COURT: Same with the State Attorney General.

THE WITNESS: Really?

THE COURT: Yeah, they do.

THE WITNESS: They never responded.

THE COURT: They're supposed to.

THE WITNESS: They've never responded, Your Honor.

THE COURT: Well, that isn't --

THE WITNESS: They never responded.

THE COURT: Again, respectfully, I can't do anything about what the DOJ does. I can --

THE WITNESS: Well, Mr. Chassen lied to every court imaginable about what his ownership is, and Mr. Huebscher is colluding with Mr. Chasta, which we all know.

THE COURT: Then --

THE WITNESS: Why is there a privilege agreement? There's something to be done. So I could keep motion practicing.

I'm sorry. You don't necessarily

J. SIMPSON

understand what I'm dealing with. You had a very successful career, and I don't think in your court or anyone has ever seen. Mr. Ostrow hasn't seen in 45 years a case like mine.

I could tell you the largest law firms I've spoken to, many names that you've talked to; and none of them could possibly imagine what has happened here. You know the name Jeffrey Saban [ph], I'm sure a very known attorney from Venable [ph].

THE COURT: Yep.

THE WITNESS: Mr. Ostrow just saw him a few weeks ago. He almost took this case, but the insurance company screwed him. He said he was appalled. He could not believe what the state court did.

THE COURT: Okay. But, Mr. --

THE WITNESS: He didn't know how any of this could happen.

THE COURT: Mr. Simpson, again --

THE WITNESS: There's -- a hundred lawyers will tell you that. You can order

36 (Pages 138 - 141)

J. SIMPSON

investigations.

THE COURT: Mr. Simpson, if you don't --

THE WITNESS: I've seen you do it.

THE COURT: Mr. Simpson --

THE WITNESS: I've seen do it. You've ordered investigations before. That's okay.

THE COURT: I ordered an investigation by a trustee in front of me, Mr. Simpson.

THE WITNESS: Don't I act as a trustee as a debtor in possession? Isn't that the rule?

THE COURT: Mr. Simpson, that's not your investigation. As you just pointed out, for something to happen, it has to be the Department of Justice, or for that matter, or perhaps the State Attorney General.

Again, respectfully, if you want to put something together in writing, I will forward it to them. That's all I can do. That's what I've done in other

J. SIMPSON

circumstances.

THE WITNESS: If it comes from you, that's acceptable to me. I will accept that. Thank you.

THE COURT: Okay. I will write a letter, and I will send it to them.

THE WITNESS: Thank you.

THE COURT: And I will have proof of it because I filed it on the record. Okay? I've done that in another case.

THE WITNESS: I don't -- I believe you, Your Honor.

THE COURT: But --

THE WITNESS: I'm not --

THE COURT: But my point --

THE WITNESS: If you say something, I believe you.

THE COURT: I'm explaining to you something. I'm explaining to you, but that's it. That doesn't mean I can call up the U.S. Attorney, the head U.S. Attorney in Manhattan and say to them, like, for the Southern District of New York, "Why aren't you following up on

J. SIMPSON

this?"

That's not my job, unfortunately. Again, I can't prosecute people unless it's bankruptcy crime before me. There's literally -- even that doesn't go before me.

THE WITNESS: But referring it is more than sufficient. Thank you. I accept that as an acceptable solution. Thank you. And as it relates to -- to --

THE COURT: I'm going back to what's before me today though now, Mr. Simpson.

THE WITNESS: Yes. I understand that.

THE COURT: Let's go back --

THE WITNESS: But when he's going off the rails and he's going about corporate structuring, that was not what was part of the scope here. You made it very clear wasn't.

THE COURT: Mr. Simpson, I think the Rever Motors structure was part of it. I did tell him he could ask about the August agreement. I forced Mr. Chassen to answer

J. SIMPSON

questions about that.

THE WITNESS: He didn't answer them.

THE COURT: Respectfully, I haven't seen the deposition transcript.

THE WITNESS: Okay.

THE COURT: I don't know what he answered.

THE WITNESS: You'll see --

THE COURT: What I'm telling you is it's required. That is part of it because you guys were partners.

THE WITNESS: But I did answer the questions, Your Honor. I did answer. He's lying to you. And by the way --

THE COURT: Okay. I don't know --

THE WITNESS: -- calling the Court was my idea. You'll see in the transcript. I asked to call the Court just to be clear, not him. Just so you know, it was my idea.

THE COURT: Okay, okay.

THE WITNESS: This man lied to you just right now. We can see the transcript right now.

J. SIMPSON

THE COURT: Mr. Simpson --

THE WITNESS: If you want to see, get the court reporter.

THE COURT: Mr. Simpson, would you please --

THE WITNESS: He lied to you.

THE COURT: Mr. Simpson, I'm not going to get into that at the moment. This is the question about your -- I have a hearing on Wednesday. I'm trying to be practical about this.

THE WITNESS: Yes.

THE COURT: It's your motion. It's your evidence. I'm going to have to grant their motion if you don't sit for a deposition properly without cursing people, no disrespect --

THE WITNESS: No, no, no, no. When he asks respectful questions, I will give answers. I offered that five times to him. Maybe even a dozen times. You'll see it. That's not what happened at all.

THE COURT: I think you have to answer his questions.

J. SIMPSON

THE WITNESS: I offered to answer his questions every time.

THE COURT: Unless your --

THE WITNESS: Every time.

THE COURT: Unless your lawyer instructs you not to answer them, and he's very capable if that's what he thinks is required, you're going to need to answer the questions.

THE WITNESS: I could do that, Your Honor.

THE COURT: And if he thinks that the questions are off topic, in other words, of what this motion is, I am sure Mr. Ostrow will object. That is clear to me. Mr. Schwartz objected when he thought it was off topic.

THE WITNESS: Mr. Schwartz will do anything for money. He'll do anything. He doesn't care.

THE COURT: No.

THE WITNESS: And when the truth comes out about Seddio, and I'm sorry, Your Honor. Asking of the question about

J. SIMPSON

his affiliation --

THE COURT: Mr. Simpson, again --

THE WITNESS: -- with people that are being criminally convicted --

THE COURT: Respectfully, that isn't my issue before me today. My issue before me today is you have a motion that relates to property that you're claiming is yours.

THE WITNESS: Yes.

THE COURT: And that does not belong to the entity that I will just affectionately called Rever Motors for lack of terminology. And furthermore, you know, that the receiver has said is property of that entity and therefore is covered by the receivership process. Now, you've already --

THE WITNESS: Do you not ask the question how the receiver got there in the first place, Your Honor? Have you not looked into the --

THE COURT: That is not my job --

THE WITNESS: -- how obvious it is

J. SIMPSON

that the way a receiver could have ever been there in the first place. It makes no logical sense. Have you not looked at that, Your Honor? Have you not seen the obvious nature of what Mr. Bunin and Huebscher have been doing? Does it tie your time?

They've destroyed assets. I've brought it up during YJ. I've brought it up now. How is that blatantly obvious to you? Do you want the customers to call you directly who call me regularly and say Mr. Huebscher won't give them their assets?

THE COURT: Mr. Simpson, Mr. Simpson --

THE WITNESS: What more do we need to do here?

THE COURT: -- respectfully --

THE WITNESS: The police don't want to deal with it.

THE COURT: Mr. Simpson, Mr. Simpsons, again, respectfully, you are in bankruptcy. That entity isn't in

38 (Pages 146 - 149)

J. SIMPSON

bankruptcy. And the state court decided to appoint a receiver --

THE WITNESS: Yeah. A corrupted --

THE COURT: -- albeit on a temporary basis.

THE WITNESS: -- state court that we all know is problematic.

THE COURT: Mr. Simpson, regardless this isn't before me. It's not before me. The case is not before me, so I'm not going to be --

THE WITNESS: It is before -- it is before you. We brought to your attention the idea that the entire case needs to be before you, including the insurance case. And somehow we're shifted to rewriting all the motions and starting all over again, which cost a fortune of money that the other side knows I don't have with an insurance policy that has a New York State law --

THE COURT: All right. Mr. Simpson --

THE WITNESS: -- require to cover me.

J. SIMPSON

THE COURT: Respectfully --

THE WITNESS: But everything is just --

THE COURT: Again --

THE WITNESS: Just look at the handbook.

THE COURT: Mr. Simpson, again --

THE WITNESS: Let's look at the handbook --

THE COURT: -- respectfully --

THE WITNESS: -- and not focus on the reality of how a person who was highly successful has been destroyed with these people. So we can motion practice to death. And that's what Your Honor's asking.

THE COURT: It's your motion.

THE WITNESS: It doesn't matter.

THE COURT: Mr. Simpson, respectfully --

THE WITNESS: There's 25 motions that need to be done to -- to find any sort of reality here. Let's get to brass tax. They stole everything.

J. SIMPSON

THE COURT: Mr. Simpson, again --

THE WITNESS: What motion is going to be that in front of you? They stole everything. Is that a motion?

THE COURT: No. That --

THE WITNESS: It's not a motion. It's a criminal investigation.

THE COURT: No. It's not a motion. That's right. It's not. You're right. I don't disagree with that.

But my point to you is with respect to the motion that is in front of me that you brought on your behalf in connection with this adversary proceeding, your testimony is required.

You're not going to be able to testify if you don't stop cursing out the other side's Counsel. Answer the questions and sit for your deposition.

If you don't want to do that, that's fine. Then on Wednesday, I'll have to rule on whether I'm striking all your testimony; and I'm not going to consider it. And that's not going to help you with

J. SIMPSON

your motion.

Your motion isn't going to proceed without you, respectfully, because there isn't a lot of documentation on some of these assets. I'm aware of that. I understand that. I obviously need your testimony to determine why you think those are your assets.

Because it -- as everybody points out, it's true. There's not going to be bills of sale for every one of these things. You wouldn't have your records going back that far. Your bank might have destroyed records, lots of things.

But the point is, you still have to testify. Again, respectfully, that is the problem. And you cannot use curse words. You have to act like an adult.

THE WITNESS: I didn't use curse words. I did not use curse words. That's not -- Your Honor, this is not fair.

THE COURT: Well, when I read the deposition --

THE WITNESS: You're listening to

J. SIMPSON

what Mr. Schwartz said, but --

THE COURT: I am because --

THE WITNESS: -- I'm the one that asked to call the Court. I'm sorry. I'm the one that asked to call the Court. Why are we taking what Mr. Schwartz says as gospel? Why are we doing that, Your Honor? Why?

THE COURT: Because he said --

THE WITNESS: Mr. Bunin has done nothing but lie for six or eight months or twelve months here. I don't even know how long it's been. Okay? Mr. Bunin --

THE COURT: I --

THE WITNESS: -- isn't reputable the slightest. He's lied to this court. Mr. Schwartz lied to this court. I asked to speak to the Court.

It -- can anybody here verify for the fact that I was the first person to say, "Call the Court?" Can anybody here deny that? I -- I want the parties to tell Your Honor.

Who was the first to say, "Call the

J. SIMPSON

Court?" Was it Jeffrey Simpson or someone else? Can the other parties chime in to tell? Who said, "Call the Court"? Was it me? Because I believe it was.

THE COURT: Okay. Mr. Simpson, that doesn't matter --

THE WITNESS: Ask the court reporter, Your Honor. So -- so it doesn't matter, Your Honor, because when I saw getting out of hand, I -- as I asked for you not to have --

THE COURT: -- out of hand.

THE WITNESS: -- Mr. Schwartz -- out of hand is when somebody attacks you and interrogates you in an improper way. He asked the question. I gave an answer. He asked the question again. I gave him the answer.

He asked the question three and four and five times, the same question over and over again, all to antagonize me. There's a problem with that.

I said to him many times on the record, "If you ask a collegiate question,

J. SIMPSON

I'll give you a collegiate answer," every single time. Ask him your question, Mr. -- Mr. Schwartz. I said it to him. You'll see it in the -- in the transcript. I said, "Ask the question. I'll give you an answer."

But instead he decided to go off on tangents and -- and go in la la land and then ask me the same thing over and over and over again, all to antagonize me. You'll see it in the transcript.

The same thing he did for eight hours to me, Your Honor, in the New York State action. And there's video is to prove it. So this man has already attacked me. He's tried to attack my wife and children. There is a history here.

I don't know what more I could do to beg and plead to say to you. There is a problem here in the system. I never had litigation in my life. I didn't go crazy. I've done --

THE COURT: Mr. Simpson, I just --

THE WITNESS: We have a corrupt --

J. SIMPSON

THE COURT: Mr. Simpson --

THE WITNESS: We have a corrupted system.

THE COURT: Mr. Simpson, you're being --

THE WITNESS: It's time for the Court to do something.

THE COURT: Mr. Simpson, I did tell you what I would do.

THE WITNESS: Yes.

THE COURT: Okay. That's all I'm able to do.

THE WITNESS: I will answer his questions. I will answer his questions, Your Honor. You have my word. But I require --

THE COURT: And --

THE WITNESS: -- respect from the person who's asking the questions. If he's asking the questions with respect, he will get response with respect.

THE COURT: Mr. Simpson --

THE WITNESS: It's a two-way street.

THE COURT: Regardless, there's no

J. SIMPSON

way -- reason to be disrespectful to your own lawyer or, for that matter, to the court reporter.

THE WITNESS: I'm not being disrespectful with my own lawyer.

THE COURT: Well --

THE WITNESS: I said my own lawyer would be outside of his purview. He will not deal with these level of issues. He doesn't deal with criminal issues. He can't --

THE COURT: I don't blame him.

THE WITNESS: -- believe the things he's seen. Ask Mr. Ostrow. He can't believe -- I spent the entire day with him yesterday. He is appalled --

THE COURT: All right.

THE WITNESS: -- to the things he's seen I've shown him. He'll tell you, if you ask him.

THE COURT: Okay. Mr. Simpson, I'm going to go back to Mr. Ostrow right now. Excuse me.

Mr. Ostrow, I think I've explained

J. SIMPSON

what I'm willing to -- what I think needs to happen here. If it doesn't happen here, I'll just have to deal with the motion to strike the testimony on Wednesday. There's nothing more I can do about this.

Yes. I could sanction Mr. Simpson, if that would do any good. If after I read the transcript, I thought it was appropriate. Or sanction the other lawyers, if I thought that's appropriate.

But I'm not really sure that's going to get to getting this deposition done, which is exactly what needs to happen here for your motion, Mr. Ostrow.

MR. OSTROW: I understand, Your Honor.

THE COURT: So I -- again, you know, I expect adult behavior. You know, I -- unfortunately, you know, realistically, you know, I don't have a whole day to sit in a deposition myself with you all.

But if it would get things done,

J. SIMPSON

people could come to my courtroom on Monday and start it all over again; and I'd just be right across the hall. I'd be willing to do that. If you all want to come to 1 Bowling Green. I have a lovely courtroom -- like a lovely conference room. That's up to you all.

But, I mean, that's literally all I can do. And obviously, I can make myself available, of course, on Monday or whenever.

MR. OSTROW: Your Honor, first of all, thank you for doing -- for this. I do want to raise a couple of issues about scheduling because we are now at two o'clock in the afternoon on Friday. There is --

THE COURT: Yeah.

MR. OSTROW: There is a deadline of 5 p.m. today for witness lists and declarations to serve as direct testimony. I had hoped to have some time to finish that up today in addition to doing the deposition.

J. SIMPSON

I think there is a bit of a problem in trying to get everything done today. So I would ask if we could move the deadline of five o'clock today until five o'clock on Monday.

THE COURT: You'll have to remind me what else is in my order, please.

MR. OSTROW: Okay. Well, before the trial, which is supposed to begin on Wednesday at 10:30 --

THE COURT: Yes.

MR. OSTROW: -- five o'clock today is the deadline for declarations to serve as direct testimony and for witness lists. On Monday at five o'clock is the deadline for the parties to jointly submit binders of the exhibits. One of the exhibits I don't think fits in a binder. And that's the video of the --

THE COURT: Right.

MR. OSTROW: -- of the site view. Other than that, again, because of today's events, I haven't had the time that I had expected to be able to devote

41 (Pages 158 - 161)

J. SIMPSON

to these things.

So I would ask that if we could move the deadline of today at five o'clock for the witness list and the declarations until Monday at five o'clock. We can continue the deposition today for the remainder of the business day, resume the deposition on Monday or Tuesday, whenever parties are available. And hopefully we can get this back on track.

MR. BUNIN: Your Honor, on behalf of the receiver, I object to moving the deadlines. Your Honor's scheduling order was entered a month ago, almost, on May 7th.

There's been lots of time to work on witness declarations and exhibit lists. And talking about having a deposition on Monday or Tuesday for a Wednesday evidentiary hearing is, just from the receiver's point of view, doesn't work. It's unfair. And we -- the receiver objects.

MR. SCHWARTZ: And, Your Honor, if I

J. SIMPSON

may just speak as well for a moment. Your Honor, what we heard from Mr. Simpson just now, ad hominem attacks directed against me, directed against sitting judges of the New York State courts, directed at the judiciary as a whole. Everybody's the problem other than Mr. Simpson at all times.

Today, it's Mr. -- today I'm the problem. It's never Mr. Simpson. Mr. Simpson's own counsel told him to answer the questions. Still, it's everybody else's problem. Mr. Simpson's own counsel told him, you know, told him to stop the behavior. It's everybody else's problem, not Mr. Simpson's.

I think, you know, basically moving this deposition to Monday or Tuesday, frankly, is going to be -- it rewards Mr. Simpson. It encourages him to continue with this behavior.

And this is not a situation where, you know, his counsel -- his counsel couldn't even defend his behavior to Your

J. SIMPSON

Honor, here today.

Okay. So that is the situation we're, we're dealing with. This is not -- this is something where his own counsel probably never saw anything like it, frankly.

And so I think, Your Honor, anything that, you know, delays things, causes -- you know, is -- you know, acts as a reward based, effectively as a reward for Mr. Simpson.

And, you know, I think that -- I think therefore the Court should, you know, not, you know, allow Mr. Simpson to delay things, push things out, and benefit from the type of conduct that is just beyond the pale, beyond the norms of any litigant behavior.

Mr. Simpson is not a baby. Mr. Simpson is an adult. He's obligated to control his emotions. He's not the world's foremost victim. And so Mr. Simpson doesn't have the right.

I think even watching the exchange

J. SIMPSON

that he had with you, Your Honor. I've never seen a litigant talk to a judge that way, interrupt the judge repeatedly.

So I just have to say that, Your Honor, on the record and just say that I think that the Court should act so that Mr. Simpson is not encouraged to behave this way, but so that he's discouraged to behave this way going forward. Thank you.

THE COURT: Okay. All right. Mr. Ostrow, I'm going to give you a little more time. I'm going to give you until noon on Monday. That's it. And for the declarations. And that's for all the parties, not just you.

And how you can fit your deposition in between now and then, you're going to have to figure it out with your parties, all the parties here because that's not really up to me. Again, you can come to my conference room on Monday if it's helpful, but -- or Tuesday. But I'll be across the hall, but that's the best I can do.

42 (Pages 162 - 165)

Page 166

J. SIMPSON

So we'll enter an order extending that deadline out. I'm not going to move anything else, but I will move that to noon on Monday. And that's the best I can do for you. If you can't manage to get your client to sit for a deposition, I'm not sure where we're going here.

MR. OSTROW: Thank you, Your Honor. I understand.

MR. SCHWARTZ: And just, Your Honor, just one more point. We've lost at this point three hours. We're entitled, as Your Honor said, to seven hours for Mr. Simpson.

THE COURT: I know.

MR. SCHWARTZ: At this point, we -- you know, a lot of the day is already gone. And so, I mean, we're going to insist on getting those seven hours of Mr. -- you know, we're not -- we're entitled to nothing less than the full seven hours based on what Your Honor ordered.

THE COURT: Yes. That's true. I did

Page 167

J. SIMPSON

order that similarly with your client. That's correct. It's the same thing. I understand. I'm not treating him any differently than I treated your client.

And when I told you he had to sit for seven hours, if Mr. Ostrow had seven hours of questions, that was what he was permitted under the federal rules. It's the same thing.

As, you know, Mr. Schwartz, Mr. Ostrow and Mr. Bunin, you know, depositions happen at all kinds of weird times. I'm sure you all have had your share of weekend depositions. I did in practice. So I know it does happen.

And, you know, I'll leave that to the parties. Again, I'm not going to order when you should pick up your deposition or how long it should go today or anything like that yet at this point. But that's what I'm going to do.

All right. I think that deals with what was discussed so far. If there's anything else that I need to deal with

Page 168

J. SIMPSON

today, please let me know.

MR. SCHWARTZ: So, Mr. Ostrow, are you prepared to -- and Mr. Simpson, are you prepared to go forward today with at least some portion of this deposition?

MR. OSTROW: I am.

THE WITNESS: Yes.

THE COURT: Okay. I guess that's the answer. All right. Well, with that, I appreciate everyone jumping on, and obviously I'll try to make myself available if further things arise.

MR. OSTROW: Thank you, Your Honor.

MR. BUNIN: Thank you, Your Honor.

THE COURT: Okay. I'm going to disconnect. Thank you.

MR. SCHWARTZ: Let's take a five-minute break, if that's okay.

MR. OSTROW: Yes.

THE REPORTER: Okay, sure. I'll go off the record, everyone. It's 2:07.

(Off the record.)

THE REPORTER: I'm back on the record, everyone. It's 2:15.

Page 169

J. SIMPSON

MR. SCHWARTZ: Okay. Thank you so much.

Mr. Simpson, I want --

MR. BUNIN: I think --

MR. SCHWARTZ: What?

MR. BUNIN: I'm sorry.

BY MR. SCHWARTZ:

Q Mr. Simpson, I want to show you a document that has been pre-marked as Defendant's Exhibit B. It's a official Form 107 statement of financial affairs for individuals filing bankruptcy. Do you see this?

(Defendant Exhibit B was marked for identification.)

A Yes.

Q Do you want me to show you -- scroll through the whole document, so you can recognize what it is?

A I'd appreciate if you asked the question first, and then I could see -- then I could ask you you where I need to see in the document, so I could have the information of what I need to

43 (Pages 166 - 169)

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

know to answer the question.

Q Okay. So I will take you into the document where I'm going to ask a question, but I want to just first know if you're familiar with this document as a whole?

A I'm familiar with the document.

Q Okay. And if I could take you to here, this signature. Is this your signature on the document?

A Yes.

Q And the date is March 5, 2026?

A Yes.

Q And it says below it "Did you attach additional pages to your statement of financial affairs for individuals filing for bankruptcy official Form 107"?

A Yes.

Q And it says -- okay. And so this is a document that you signed; correct?

A Yes.

Q If I can turn your attention, one second, bear with me, to what is

J. SIMPSON

page 9 of 18 of this document. It asks a question with, you know, this question, "Within ten years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?" Do you see that?

A Wait. I'm sorry. Page 9 of 18 And the question number 19?

Q Nineteen, nineteen, yeah.

A Okay.

Q And then is that your answer where you say "yes"?

A I did.

Q Okay. And then the name of the trust is YJ Simco LLC. Is that correct?

A It's not a trust.

Q I see. That's what you put there; correct?

A No. I -- I believe. if I read the question properly, I mean, the question says here "Did you transfer any property to a self-certified trust or similar device of which you are a

J. SIMPSON

beneficiary?" It doesn't say it's just for a trust.

So it is not a trust, and I believe, prepared this with Counsel, that we -- it fell into the second category of what we call a similar device. It's not an actual trust, if that's your question.

Q Okay. Next to it, it says "Description and value of the property transferred." You see that?

A I do.

Q And it says "Debtors ownership interests in JJ Arch LLC and affiliates." Do you see that?

A I do.

Q So does this mean, Mr. Simpson, that the debtor's ownership interest in JJ Arch LLC and affiliates was transferred to YJ Simco LLC?

A We already told you that based upon the 2022, if I recall, documentation, that I transferred my interest to a variety of entities, including this, pursuant to the documents that I found so

J. SIMPSON

far, YJ Simco. And Chassen transferred his shares to an entity called something Manor Pond LLC. That is my understanding, as it's written here.

Q And that happened in 2022; correct?

A I believe so. I don't have the document in front of me. You've seen the document. It's on the record. I don't have it in front of me, but it was approximately 2022. It wasn't '23. It maybe it was '21. I would say it was likely '22, '21 or '22.

Q Mr. Simpson, in 2024, you caused JJ Arch LLC to file bankruptcy. Is that right?

THE WITNESS: Again, Mr. Ostrow, I'm sorry. This is not Rever Motors questions I'm hearing here.

MR. OSTROW: Please answer the question.

THE WITNESS: So can we please --

MR. OSTROW: Please answer the question.

44 (Pages 170 - 173)

J. SIMPSON

THE WITNESS: Yes.

BY MR. SCHWARTZ:

Q I'm going to show you what has been marked pre-marked as Defendant's Exhibit Y. Just a second. Do you see Defendant's Exhibit Y?

(Defendant Exhibit Y was marked for identification.)

A Form 201?

Q Yes. Is this the petition for JJ Arch LLC's bankruptcy filing?

A I think so. I have a study date. It appears to be so. I haven't looked at this in a very long time, so I'm not going to be able to tell you what it says without looking at a specific section. So why don't you point me to the question you have, and I'll see if I can answer it?

Q Is this your signature on the bottom?

A It's my signature in capacity as managing member.

Q And that was on March 7, 2024.

J. SIMPSON

Is that right?

A Correct, that's correct.

Q If I could turn your attention to the last page, a declaration under penalty of perjury for non-individual debtors. Do you see that?

A I do.

Q And that also is your signature?

A Electronic, I believe, yes.

Q And that's March 7, 2024?

A Yes.

Q And if you see the box, the -- you checked two boxes above that. Do you see that?

A Uh-huh.

Q And one of those is a corporate ownership statement; correct?

A I do.

Q And it says that you examined the information of the documents checked below. Is that correct?

A "Documents checked below," I'm not sure what that means. What are you talking about?

J. SIMPSON

Q The corporate ownership statement, you checked it. You --

A Other documents --

Q -- examined the information in --

A Other documents that require declaration, corporate ownership statement, that box. Is that your question? It was checked? It was checked?

Q Yeah.

A Okay. What was the question?

Q And you examined the information in the corporate ownership statement. Is that correct?

A I examined the information that I had at the time. We've been through this, so I'll repeat it again. I have limited information, and that is what I examined.

Q And in the corporate ownership statement, you wrote "Jeffrey Simpson owns 100 percent of the equity interest in the debtor," meaning JJ Arch LLC. Is that

J. SIMPSON

correct?

A Again, at the time --

MR. OSTROW: I'm going to object because there's a footnote there, and I think --

THE WITNESS: Oh, yeah.

MR. OSTROW: -- the footnote is part of the answer.

THE WITNESS: I think that's right.

MR. SCHWARTZ: All right. So that's fine. I can ask about the footnote as well. That's not a problem. The document is an exhibit. I'm asking about this exhibit.

BY MR. SCHWARTZ:

Q But it says here "Ownership of the debtor's equity interest." The debtor means JJ Arch. Is that right?

A It does.

Q And then it says "Jeffrey Simpson owns 100 percent of the equity interest in the debtor," namely JJ Arch; right? And it has a footnote 2; right? And the footnote 2 says what? Can you

Veritext Legal Solutions

800-727-6396                 www.veritext.com                 212-267-6868

Page 178

J. SIMPSON

read that footnote 2 to me?

A   Oh, yes, I will.  "Jared Chassen at Manor Pond Lane, Irvington, New York previously owned a 49.9 percent membership interest in the debtor.

Mr. Chassen, however, was deemed to have resigned as a member of the debtor as of August 5, 2023, pursuant to definition of resignation as set forth of the limited liability operating company," or agreement, I should say, "of JJ Arch LLC dated December 11, 2017, as amended and restated on May 22, 2021, of the operating agreement and section 7.5 of the operating agreement.  Accordingly, Mr. Simpson currently owns a hundred percent of the equity interest in the debtor."

Q   So, Mr. Simpson, at this point in time, did YJ Simco own the hundred percent of the equity interest in the debtor?  Or did you personally own 100 percent of the equity interest in the debtor?

A   Based on the information that I

Page 179

J. SIMPSON

had, I believe that I did.  And I then saw documentation, and I alerted it during -- during the YJ Simco bankruptcy.  You can go to the YJ Simco bankruptcy docket.

When I saw information that was conflicting, I immediately notified the Court myself.  And I told the Court that I saw inconsistencies based upon information I did not have available to myself prior.

And once I got the documentation, which was either a dispersion -- distribution of -- of materials to either, I don't remember top of head, either to Mr. Herps [ph] or Mr. Bunin, one or the other, when there was a Dropbox link that was probably inadvertently given to me, even though they probably didn't want to give it to me, they did by accident.

I started digging through the files, and I found information that I felt was contrary to what was issued here because, again, my resources were limited.

Page 180

J. SIMPSON

And I lost my staff, my everything thanks to the actions of your client.

So when I saw a inconsistency, I let the Court know immediately.  And that's what I do if I see something is not what, you know, I may have thought prior based upon information that I had.

So that is the answer to your question.  I found an inconsistency through documentation that I didn't have access to at the time of this filing.

Q   Okay.  And what was that documentation that you --

A   That has -- that has been shared on the YJ Simco docket.  The information is explicit in the YJ Simco docket.  I don't have the letter in front of me, but you can go to the YJ Simco docket and find it.

And I'm -- I don't want to repeat it where I get it wrong because I've already stated it on the record, and we could find it.  You could find it.  It is there.  And that be my statement --

Page 181

J. SIMPSON

Q   Is there any --

A   -- to answer that question.

Q   So you -- the documentation that led you to say that YJ Simco is the 100 percent owner of JJ Arch, those documents are on the YJ Simco docket?

A   Well, there's two parts to this.  There's step one is that on YJ Simco docket it, I shared a number of documents that I found about ownership interests and transfers that occurred that were part of a Dropbox, which had a lot of my personal information that was not to be shared with anybody.  But your -- your client and the Oak [ph] folks just stole it all and gave me very little back, and the court order said the contrary.

And as far as changing it from its ownership percentage of 51 percent approximately to a hundred percent, that -- that change occurred in conjunction with the note that's here.

So it's not as simple as you're making it out to me.  It's a two-stepper.

46 (Pages 178 - 181)

J. SIMPSON

Right? So the concept of in affiliate of me owning a hundred percent occurred on the same date as I suggest down here in footnote number two.

But if it's Jeffrey Simpson or YJ Simco, that designation is where I saw the inconsistency. And again, you could look at the -- the docket for YJ. And there's a letter I wrote, I believe, or an e-mail I shared with -- with Mr. Herps [ph] and Mr. Messer [ph].

I don't have it in front of me. But I did an analysis with Counsel. We came up with a conclusion, and we shared it.

So that is the answer. And I can't -- I don't want to over -- over comment on something that's already been commented on, and I don't remember the details. But I believe, if you want specifics, it lives there. We could find it.

Q So you don't know what year YJ Simco became the owner of JJ Arch is --

J. SIMPSON

A What I shared with you --

Q -- percent owner of JJ Arch?

A -- before, no. You asked --

Q I --

A You asked the same question before we had the argument before. You know that; right? You're doing this again, but that's okay. We can do this again this time.

I told you it was either 2021 or 2022 where Chassen, just as the footnote says, Chassen and Simpson both made assignments here; and we did that. And it says here -- it talks about those assignments. So there's nothing different than what you see in this footnote. Right?

And with regarding Chassen's ownership interest, he lost it. I already stated that in this deposition prior about him losing his shares, which happened in so many different ways. We could go through every different instance if you like, but he lost his shares. And that's

J. SIMPSON

unquestionable. He has no shares in the company. He --

Q I'm not asking about Mr. Chassen's --

A You are. You asked it a hundred percent.

Q I'm asking about --

A He was the only other person.

Q -- YJ Simco.

A It was -- I gave you the answer, and I'm giving it to you again for the fourth or fifth time now.

Q The answer is --

A I told you the answer.

Q Which document --

A I don't know.

Q -- conveys the --

A I don't know off the top of my head.

Q -- YJ Simco 100 percent of the membership interest --

A It doesn't work like that.

Q -- of JJ Arch?

A I've told you that already. It

J. SIMPSON

doesn't work like that.

Q Is there a document that does that, Mr. Simpson?

A There's -- there's two documents. There's a document where, again, I'll repeat myself. There's a document that transfers the interest from Jeffrey Simpson to YJ Simco at the same time.

And this is relevant, so we're not striking it unless you -- unless the Court decides to.

That Chassen also transfer his interest in the same day, at the same time as the same duplicative document, he transfers his interests to Manor Pond, whatever.

Except the case we see in the footnote. That does not take it to a hundred percent. That takes it to whatever the percentages were; right? Subject to the -- the operating agreement, subject to member loans, subject to 4.2 or section 4 of capital contributions or

J. SIMPSON

section 3, I don't remember, of the JJ Arch agreement.

And then the next step, the next tranche is as it says right here. I don't need to repeat it, but I will if makes you happy. It says right here that with the actions that Mr. Chassen took in August of 2023, right, he did a number of things. And we learned through the joint defense agreement that he cemented it even further.

So he breached every -- every provision of the agreement to resign himself. So a hundred percent -- the a hundred percent shift -- you keep saying, "Okay." But you keep playing this little game again as you have before.

There are only two members. If it's Jeffrey Simpson, Jared Chassen, or it's YJ and it's 55 Manor Pond. Right? It doesn't matter. Indeterminate for a moment; right? Those percentages didn't change until such point in time that Chassen resigned himself. That is the

J. SIMPSON

answer to the question. Just as a sense of footnote 2.

Q   Okay. So just so I -- I just want to understand. I'm trying to understand, Mr. Simpson.

A   You understand. You understand. But that's. Go ahead.

Q   So basically what it sounds like you're saying is that sometime in 2021 or 2022, you transferred your interest in JJ Arch LLC to YJs Simco, LLC. Is that correct?

A   What I'm saying to you is there's a document that you have seen yourself because your client has a similar version of it.

Q   Just answer the question.

A   No. I'm answer the question the way I need to -- the way I need to answer it. And that's the option that you have in front of you. I'm not -- you don't get to dictate how I answer the question. So I'm answering the question the way I know how, and that's life. And the answer to

J. SIMPSON

the question is --

Q   Mr. Simpson --

A   No. Don't interrupt me. You give a whole speech of how I'm rude. You're the rude one. But that's okay.

Let's be clear. There was a document. You've seen it. Your client has seen it. It is -- again, there was further documentation I found within the folders under GP Confi [ph], which was a folder we kept private information in the Arch Dropbox.

I don't remember exactly what file name or anything like that, but it is posted on the YJ Simco docket. We can go to the YJ Simco docket and look for it if you like. I don't have that in front of me and I can't answer it directly because I don't have it in front of me.

Q   Okay. So just so I understand, sometime in 2021 or 2022, there are documents that purport to convey your shares of -- your membership interest in JJ Arch to YJ Simco and Mr. Chassen's, his

J. SIMPSON

membership interest to another entity, 55 Manor. Is that correct?

A   You've told the Court Chassen did it. So yes. I believe that's correct. Right? We both have said that. So I don't know where the inconsistency lies, but sure, yes.

Now, when I say "JJ Arch," this is another point of contention; right? There is a nomenclature concern that you and Oak [ph] tend to get wrong over and over again is that JJ Arch gets to be used as a double-up in a lot of different contexts.

So it's not so simple as just to say "JJ Arch." There isn't a simple document that says "JJ Arch." There's a -- there's a document with a list of various entities, right, which says "JJ Arch" and has a lot of -- a lot of entities that say "JJ blank, JJ Y, JJ Z."

And there's also something called Exhibit C as part of the -- holdings, original agreement, which

48 (Pages 186 - 189)

Page 190

J. SIMPSON

says that the investment entities under Arch, which is not what we're talking about today, but you seem to ask anyway and go off the rails anyway and everyone allows it, that it talks about JJ Arch LLC or a entity controlled by JJ Arch LLC.

So they can be synonymous. And this has been said at dozen times, but here nor there --

MR. SCHWARTZ: Mr. Simpson, I'm going to move to strike you testimony.

THE WITNESS: The answer's the same --

MR. SCHWARTZ: This testimony --

THE WITNESS: Here you go interrupting me again. Interrupting me yet again.

MR. SCHWARTZ: -- unresponsive. It's unresponsive.

THE WITNESS: It's not unresponsive. I answered your question.

MR. SCHWARTZ: I asked a very simple --

THE WITNESS: No. You --

Page 191

J. SIMPSON

MR. SCHWARTZ: -- question.

THE WITNESS: Again, you just don't understand the nuance of --

MR. SCHWARTZ: Okay. It's unresponsive.

THE WITNESS: You ask questions, and it -- it's not unresponsive. You ask questions that you don't know the answers to. That's the problem because you don't know it yourself. And that was evidenced to the Court is, but go ahead. What is your question?

BY MR. SCHWARTZ:

Q Is the document that you said you found on the GP Confi [ph] folder. Is that right? Is that document the same document that is on the New York State Court system Chassen vs. Simpson docket?

A I believe there was an amended version. I believe there was a separate amended version in addition. There's two versions that exist of the exhibit that were attached to it with the share transfers. And that's the confusion that

Page 192

J. SIMPSON

people have. There are two versions, and the initial version --

Q Is that --

A -- you're describing -- the initial version you're describing was short of some -- some LLCs. I don't remember which ones. And there was a -- there was a more robust version that I found on that folder when I got access to it.

Q And that amended version, what you're saying here today is that that amended version in contrast to the version that is on the New York State Court docket in the Chassen vs. Simpson case, that that amended version is on the YJ Simco bankruptcy docket. Is that correct?

A It absolutely -- it absolutely is, yeah. I believe so. I mean, let me rephrase. It's there, or it was given to -- to the trustee; but it was definitely -- it was transmitted by me or counsel to the trustee or to the parties.

It was -- the document was

Page 193

J. SIMPSON

found. There was documentation about it. I don't have it in front of me. I'll have to look for it. So I can't be specific as to the exact date or time or -- or even the content of it.

But there was some version of a document that described the inconsistencies and what documents we found when your colleagues over there, your joint colleagues over there decided to unintentionally give me information that belonged to me.

And I saw it, and it said "Oh look, look at what -- look at what we actually did." And immediately upon finding that, I notified, I believe, Jacqueline Laughlin [ph], which worked with Gary Herps [ph] or Gary Herps [ph]. But it's -- there's somewhere in the record it exists. I just don't have it in front of me.

Q Did you recall presenting this document to Judge Beckerman in the YJ Simco proceeding?

J. SIMPSON

A I believe so.

Q So did you do it --

A I mean, if I told --

Q -- the docket, or was it --

A If I told you -- didn't I just tell you it was either the docket? I just told you it was the docket or I sent it to the trustee. Did I not just say that? Did I not say that?

Q And I asked about --

A And I just told you -- and you're asking me the same question again, which again is -- is we want to talk about -- about behavior.

If I answer the question and I was specific with the question, why are you asking the same thing all over again?

Q Mr. Simpson --

A I just told you the answer. Don't "Mr. Simpson" me.

Q With all due respect --

A No, no. I told you --

Q Mr. Simpson, with all due respect --

J. SIMPSON

A It's one -- two choices. You don't get respect for me. Go ahead. What is your question? I answered it --

Q With all due respect --

A -- one or two places. No, no, no. Don't raise your voice to me. So one or two places. And I'm happy to sit across Judge Beckerman if you're going to continue this way. And next time --

Q Mr. Simpson --

A -- we will tell her again that I reached out to the Court because I did, and you lied the first time. But we -- we can say it a second time because you're already getting off the rails. I told you again --

Q Mr. Simpson --

A -- somewhere under the -- no. Don't "Mr. Simpson" me, interrupt me. So when the YJ Simco docket or somewhere within the --

Q Mr. Simpson, you cannot --

A You're interrupting me again.

Q You have to let me ask a

J. SIMPSON

question.

A You're interrupting me again. You interrupted me again. So I'm not commenting on anything, if you're going to interrupt.

Q Mr. Simpson, if you -- go ahead and finish what you want to say. And then let me ask my question.

A I'm -- I'm ready to listen to a question, if you're ready to listen to an answer.

Q Okay. So I --

A So what was the question?

Q I asked it very simply. You said that you believe you gave it to the trustee. I asked did you give it to Judge Beckerman? Yes, sir? Did you give the documents --

A And I already told you I wasn't sure. I told you I wasn't sure. Listen, two minutes ago I told you I wasn't sure that it either went to the trustee or it went on the docket. One or the other, or both. I just told you that. Did I not?

J. SIMPSON

I don't know off the top of my head.

Q Mr. Simpson --

A One or the other. It was given to one or the other with an explanation. I said that to you now how many times now? Four or five times. So what's your question? How clearer can I be? I don't know the specifics. I'm going to look for it right now.

Q Okay. So, again, so you don't know is the answer; correct?

A I know that there was a -- the information was provided. I don't know the date and time. I know it was provided to the channels of the Court. Giving it to the trustee should be synonymous to giving it to the Court, if the trustee actually gave it to the Court.

I found at times the trustee did not give things to the Court, and I had to go to the Court chambers myself and ask the chambers to upload documents the trustee refused to put on the docket for whatever reason.

50 (Pages 194 - 197)

J. SIMPSON

So that's why I tell you I don't know. And so it could have been that the trustee had it. It could be that the trustee did not upload it. It could be it was uploaded to the Court. I don't have that in front of me.

So why are we trying to extract blood from the stone? I don't know that answer. I know that it was transposed to the Court. I don't know how, not right now. I could look it up. We could look it up together. It's -- I'd have to find it, but it exists. How about that?

Q Okay. Now, Mr. Simpsons, I want to turn your attention back to the August 1st contract, if you don't mind. You said that the parties never obtained the bank loan. Is that right?

A I said that the blender asked for a covenant that could not be fulfilled, and they -- we signed the loan documents with intentions to close. And then I immediately afterwards, I -- I believe his name was Peter. I don't

J. SIMPSON

remember his last name. I could be wrong, but I -- I could find it.

He came back to me and Chassen, said, "Sorry, we just realized that we need a new -- a new paragraph added to the loan documents." And they had the right to do it in their loan documents.

And he said in the loan documents they could change it at any time before funding. And they came back and changed the requirements to say that, and I don't have the exact words in front of me.

But it was something to the extent where they wanted a covenant to say that both parties, which was supposed to be Chasen and Simpson. I believe in a personal context, but I can't verify, I believe it's personal. It's personal guaranteed.

I -- I don't know if it was personal in the name of the loan, but it said that we'd have to $500,000 of liquidity post-closing. It may have even

J. SIMPSON

said at all times.

But it certainly changed the dynamic from the prior iteration, which said that -- that the money had to be demonstrated prior to closing. So they changed the criteria after we signed what we believed to do closing documents. They sent --

Q And then what happened?

A I knew that Mr. Chassen could not meet this requirement because he sent me an e-mail. Again, as we went over this with Judge Cohen, you and I together, he sent an e-mail to the New York State docket.

Jared Chassen sent an e-mail prior to that, a week before saying "I don't have the money." His e-mail was something to the effect of "I have, like, 250,000." Not I, but Jared did. And, like, $250,000 or $27,000, something of that order of magnitude.

But, like, if I get -- I don't have the exact numbers. The majority of

J. SIMPSON

it was spoken for. So that effectively he said he had, like, 50 grand or $75,000 to his name.

So he couldn't meet the covenants. So I asked the bank if they would close it for me without him to just get it done. And the bank said, "We can't re-underwrite it."

And I said, "Why not?" I had the liquidity to support what was needed for both of us. I said, "If I'm willing to provide the guarantee on my own, is that possible?" And the answer was the individual at the bank actually was leaving the bank. I don't remember his name. I can look it up.

And he said to me, "Jeff just close the loan." And I said, "I can't do that because I know my partner can't meet the covenant requirement based on the documentation we had." And we went over this in New York State Court, if you remember.

And he said to me, "I can't go

Veritext Legal Solutions

800-727-6396        www.veritext.com        212-267-6868

J. SIMPSON

back and re-underwrite. I'm leaving the bank. I'm out of here in two, three weeks. And it is what it is."

And as I told the New York State Court, as Judge Cohen told you when you asked this question, I was not going to commit bank fraud for Jared Chassen. So I could not close a loan with Mr. Chassen when knowing he could not fulfill the obligations of the continued requirements of a covenant that he didn't have the money for.

He simply didn't have the money. To make the covenant prior to closing, he struggled. At one point, I offered to help him.

Q   So you --

A   It's an e-mail. I offered to help him, see if the bank would accept it. I paid off -- just to be clear.

Q   So you --

A   I paid off the loan for him. He didn't have the money to pay off the loan. Just to be clear, the loan had to be paid

J. SIMPSON

off and redrawn. That's when this loan worked.

Q   You didn't sign though when the bank gave you the renewed application with the new term, you did not sign that application. Is that correct?

A   I don't remember. But I -- what I remember is the -- well, the application for the new loan I signed, absolutely. If there was closing documents, there was definitely signatures by the parties. The problem was they came back and changed the requirements.

And I recall there was an e-mail. I don't have it in front of me, but it was on the docket. Judge Cohen commented on it in front of you and questioned you about it. There was a -- they came back and changed the requirements and said, "We now want both parties to have 500,000 liquid post-closing."

That wasn't good for me either. I didn't want that covenant, it wasn't

J. SIMPSON

good for any party. So I said, "I don't know how we're going to -- how we're going to make this happen." Chassen had already cried to me literally on his knees. He had no cash or enough money.

So then what? The only thing I could do is say to the bank, "Can you pick me a hundred percent?" So I think it's a pretty nice thing for me to offer. And the bank said no. They said, "We -- we could, maybe. It would take months."

And the person underwriting it, or the person we were dealing with, I don't remember his name, it was the same person we dealt with at Connect One Bank, was leaving the bank because at 2023 interest rates went up; and, you know, a lot of stuff happened in banks. And he was leaving.

So he said, "I'm not going to go back for you. Like, if you want to sign -- if you want to close the loan, close the loan." And I said, "I don't think I could do that because we'll be

J. SIMPSON

committing fraud." And he said, "Look, that's your choice."

And my answer was, "It's not my choice. I don't see we can fit this language, so I want you to close the loan."

It was good for me to close the loan, as Judge Cohen said to you. Regardless if I gave Jared money, it was good for me to close the loan, but I couldn't do something that required fraud; and I refused to do it. So you told the New York --

Q   Why did you --

A   You told New York -- I'm sorry. I'm not finished. You told the New York State Court that Chassen had the money. You told New York State Court that Chassen told the bank he had the money.

And Judge Cohen said to you, "How would Simpson know that if Chassen sent an e-mail to Simpson?" Which Judge Cohen saw. This is all on the record. And you -- and you said, "I don't know."

52 (Pages 202 - 205)

J. SIMPSON

And Judge Cohen says, "I'm not listening to anymore of this."

And we moved on. because you decide to call my member loan the fraudulent loan. This is what you nicknamed it, which was far thing from fraudulent; and he shut you down, and we moved on.

So I don't know what your question here is today, but nothing's changed in these facts. They're the same. If you wanted depose the guy at the bank, go do it. I mean, it -- the e-mails speak for themselves. He gave a requirement --

Q When did you sign -- when did you contact -- sorry, Mr. Simpson.

When did you ask the bank if you could sign the guarantee just yourself?

A I don't have it in front of me, but it, it was very quickly. It wasn't, like, weeks later. It was somewhat immediately. As soon as I saw the problem. You could ask Chassen. I react quickly to things when there's problems,

J. SIMPSON

and I offered to solve it.

I -- I don't know if it's a day later or a week later. I don't have it in front of me. It's years ago. But I'm pretty sure there's documentation that Chassen had seen or you have seen. I don't know. I'd have to look it up.

But I -- I know that I offered to take on the -- the liability very quickly afterwards. And he --

Q And you told --

A And the bank told me now on the phone, if I recall. I don't think he e-mailed me because he was leaving, and he just didn't want to put things in writing. And bank guys do that sometimes.

But he called me on the phone and said to me, "I'm not able to do what you're asking me to do." I have to look it back at the e-mails to get specifics if you'd like. But I don't have it in front of me.

Q Did you tell Mr. Chassen that you were terminating the contract?

J. SIMPSON

A Which one? The August 1st contract?

Q The August 1st, correct.

A The August 1st contract has a precursor, as the lawyer who did the contract for us collectively told both of us. It has a precursor that says upon the funding of the loan proceeds X, Y, and Z occurs.

Again, the August 1st contract was for Chassen's benefit. I didn't need the contract. The contract was for his benefit. Why? Again, because in June of '23, as we brought up in front of you all just a few days ago. And it's sort of funny that we don't remember, but Chassen put together a spreadsheet that's very hard to read in June of '23.

And he said that the monies were out of balance. Actually he said attachments the August 1st contract. He said the monies were out of balance before the loan. He -- not only that, he went further to say that the loan, 500,000 that

J. SIMPSON

was tied to his name at $200,000 of it was tied to 1640 Motors.

So he had not -- he didn't have the money to, to pay it off. That was required a month or two before I paid off the loan in entirety of a million dollars, which was very nice of me. You may not realize it, but I didn't have to do that. But I did. He didn't have the money. So I did that. I had the --

Q Did you --

A -- JJ Arch agreement.

Q Did you tell Mr. Chassen that the contract -- did you tell Mr. Chassen that the August 1st contract was void?

A I don't know. It was on August 1st. Do you remember what happened on August 1st? He already started going rogue by --

Q Did you --

A -- by July 19th of after the memo came out. And I found out later from Michelle Mill [ph] and others that he was going rogue weeks before that as I

53 (Pages 206 - 209)

J. SIMPSON

suspected.

So August 1st was not a pretty day in our lives. I don't know what I did or didn't tell him. I'm sure we could find it in the record. I'm sure it exists. And I'm sure we got other people in the room. We could verify that too.

But this was August 1st. He stole my car that evening or a day afterwards. This was not a pretty time for Chasen and I, after he cried to me two weeks before.

There's a lot of e-mails on this. You can look at them all. I'm sure you have them, and you'll get the answers to your questions.

Q Give me one second

A And I'll -- and I'll remind you that he came up with comments to this contract moments before it was signed that were horrendous comments. And I said, "Jared, you can never come up with his comments of your own."

And he told me that he did. And

J. SIMPSON

then later learned that it was a conflicted lawyer that he was -- that he was consulting with and didn't even tell me there was a lawyer involved. And then he came up with these cockeye requests again with -- I did take his e-mail, and I got it properly.

Judge Cohen even told you and Oak [ph] this that I was allowed to do it during the time of investigation where he said that he was -- he needed to sign this contract in a hurry before he soured the relationship with me. That's malicious intent by your client.

Q I'm going to show you what's been marked as Defendant's Exhibit G, if you could take a look at it. Do you see this e-mail?

(Defendant Exhibit G was marked for identification.)

A Hold on. Not yet. November 12, '23. Okay.

Q Okay. November 12, 20 -- do you see where it says "The purchase contract

J. SIMPSON

that you were referring to is void. It is contingent upon a loan that cannot happen, and your litigation efforts have made that absolutely impossible. So keep playing the game, Jared." Do you see that?

A I do.

Q Is this -- are you referring to the August 1st contract here?

A The August 1st contract he knew couldn't close months before this. So I -- I'm not sure what you're asking me. He was well aware of that.

And again, just so we're clear, and just so you -- to remind you, because you seem to play this game, he breached the contract by colluding with Oak [ph]. It's unquestionable. And when the joint defense agreement -- no. I'm going to finish speaking now.

MR. SCHWARTZ: I'm going to move to strike your testimony.

THE WITNESS: No. I'm -- I'm going to -- no.

MR. SCHWARTZ: This testimony is

J. SIMPSON

unresponsive.

THE WITNESS: Don't strike anything. You asked -- you're asking hard questions. I'm giving the answers to the questions, and they're going to go on the record. You're going to stop talking. This is going to go on the record.

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: No, no, no, no, no.

MR. SCHWARTZ: You are the one being deposed today.

THE WITNESS: No, no. You asked the question. You do not interrupt me. You don't interrupt me.

MR. SCHWARTZ: No. I asked the question.

THE WITNESS: You don't interrupt me.

MR. SCHWARTZ: I asked a question, and now you're going on a --

THE WITNESS: No. I'm not going anywhere.

MR. SCHWARTZ: -- a diatribe.

THE WITNESS: I'm telling you exactly what happened. The joint defense

54 (Pages 210 - 213)

J. SIMPSON

agreement made everything void that he did.

MR. SCHWARTZ: I did not ask about the joint defense agreement, Mr. Simpson.

THE WITNESS: I don't care. I'm telling you the --

MR. SCHWARTZ: Okay. You --

THE WITNESS: -- effectiveness of the contract. You asked me the effectiveness of the contract.

MR. SCHWARTZ: I asked you what this means, Mr. Simpson. I asked you what --

THE WITNESS: And I'm telling you what it means.

MR. SCHWARTZ: -- this e-mail.

THE WITNESS: I'm telling you what it means. I'm telling you what it means, is that when he breached the contract, which he breached it, and Judge Cohen told him he breached it, then he admittedly breached it in front of you.

You helped him prepare a document to the Court admitting he breached it. He breached.

J. SIMPSON

BY MR. SCHWARTZ:

Q   What is the purchase contract here, Mr. Simpson, referring to? The purchase contract.

A   I don't know. I don't know. I'm -- I'm assuming it's tied to this August 1st contract, but I don't know. I haven't looked at this e-mail in years.

But I got to tell you, again, it's a real chutzpah for you to ask this question when you know he breached every single -- every single portion of that agreement, he breached the day he did the 30 with Oak [ph], which was somewhere around the third or 2nd of August of '23.

And the -- and the joint defense agreement actually refers August 4th -- okay? So we know he did the dirty, and he admitted he did it to the Court. So I don't know what your point here is that you're asking me here. He stole the company.

Q   So when --

A   He stole the company.

J. SIMPSON

Q   So what --

A   He was done, out, goodbye. He was on his own.

Q   When you write in this e-mail "The purchase contract that you were referring to is void and is contingent upon a loan that cannot happen," you are unsure what purchase contract that is referring to?

A   It -- it's likely, again, I haven't looked at this. And this is November 12, 2023. Today is June, whatever, 2026. I have looked at this e-mail in almost three years.

But it presumably is talking about the August 1st contract. It's saying that it couldn't be -- it couldn't be effectuated because I believe your -- your buddy over there, Chassen, has continued to say he has rights. He has this. He has that.

He doesn't have anything other than a corrupt judge giving him things, maybe unclear of what he did or didn't

J. SIMPSON

give him. He doesn't have anything by contract. He never has since he breached it in August of 2023.

So that is the general answer for anything here. Right? So if this is relating to the August 1st contract, which he deceptively wanted me to sign for his benefit; right? That's probably what this is talking about. Probably.

But I don't remember. And I can't even look it up because guess what? I don't have access to Arch e-mail. Another thing you guys stole from me. Hope that's on the record.

Q   Mr. Simpson, if I could turn your attention back to Exhibit F, which is the August 1st agreement. Do you see this Exhibit A here list automobiles?

A   I do

Q   This 1983 black Porsche 911 SE, how much was it worth at the time of this agreement?

A   So I don't know, but I do know what I got offered for it to sell it.

55 (Pages 214 - 217)

J. SIMPSON

And just to be clear, and I'll be crystal clear, your client told us all just two days ago that it was owned under his personal name; and it absolutely was not. It was under owned under JJ Arch LLC. And that document exists.

And the only way to know value on anything is what the market's willing to pay. And the market was willing to pay $38,000 for the car. These cars were worth more money the year before. They went down. It's just a fact.

Q   And what was what what was the condition of the vehicle?

A   When I handed it to him in February, gorgeous. I looked at the pictures with Mr. Ostrow yesterday. Gorgeous, beautiful. Beautifully running.

I -- I delivered it to Chassen's house. I put the key under the mat. I found all the pictures yesterday. It was really, really nice. But the value dipped, as they do in cars like anything else. They go up and down and the targets

J. SIMPSON

at that point dipped down.

They were worth a lot more money just a year before. I can't tell you why, but I inquired with a lot of auction companies. I actually think I got the $38,000 number from an auction company. And I had a buyer for it. And I had every right to sell it --

Q   Okay. So you --

A   -- until the extortion happened in February 24th.

Q   You said you handed it in February to Mr. Chassen. February of what year?

A   2024. When he extorted me.

Q   You said you brought it to his home?

A   He said that, and I confirmed it. In Water Mill.

Q   I'm asking you. You brought it to his home?

A   He asked me. He just told you. And I'm telling you. I did bring it to his home.

J. SIMPSON

Q   I'm not --

A   And I sent him pictures to his home in Water Mill as he asked me to do so. And I -- and I put the key under the mat. I found pictures of that too.

That happened around February of 2024. I don't have the exact date. When he extorted to me and told me if I didn't give him this car and title to the G Wagon that he was continue to hold hostage the forty something thousand dollars he had under 225 HPR, monies that he was holding in some separate improper account that he had no right to do under any court order or anything.

He just did it. And he wasn't going to release the -- the corporate funds unless I gave him the car. And it was all subject to a potential settlement, which we spoke with you about. But it couldn't close because the usual reason things couldn't close with Jared is because Oak [ph] drives the decisions. But out of good faith --

J. SIMPSON

Q   So you --

A   -- I gave him the car, but I was extorted for it.

Q   So you gave a him out of good faith --

A   Except I was extorted for it.

Q   -- for what?

A   Again, he released the funds. He was -- first of all, he was holding 225 upon hostage improperly. He meddled nonstop. There was a court order in New York State Court around February of 2024 that Steve Altman actually got.

And it's actually in an order to show cause. It's not in an order. But Judge Cohen signed an order show cause where he actually signs and acknowledges that I have full control of the distributions of JJ Arch, which Mr. Bunin here refuses to look at.

And he actually added the words. JJ Arch, he added the words "as amended." As amended. So there was no question that me selling an asset of JJ Arch was

J. SIMPSON

necessary to pay the bills. I didn't -- I didn't need anyone's permission to do so.

And in 2024, right, I was going to sell this vehicle because JJ Arch needed money as you've tried to accuse me a hundred times of not paying bills when I didn't have cash because you'll take it from me. Right?

I sold -- I sold the vehicle. I mean, I had a buyer for it, a legitimate buyer for it. The marketing process for $38,000. And Chassen -- even you went to court try to beg the Court to -- to try to stop the sale. The Court didn't stop the sale.

But Chassen said to me, "I'm going to settle with you. We're going to work things out. You should give me the house. You should do this. You should that." And I said, "Okay."

And you were part of a conversation, Mr. Schwartz. This is why it's so conflicted. You were part of a conversation that was deceptive where we

J. SIMPSON

had a --

Q Let me --

A I'm not done. I'm not done. We had a conversation where we negotiated in good faith trying to settle. But once again, like Chassen tried ten other times Oak [ph] would not allow him to settle; or he couldn't find a way to maneuver around Oak [ph] to settle.

So as what I thought was a settlement, gave a text messages that were friendly in February of '24, was that I was going to give him this car, which I did out of good faith; and I didn't have to do that.

And he was going to release the money from JJ Arch's escrow accounts, which he created absolutely improperly for Head of Pond. And he was going to release the keys to Head of Pond, which he had again improperly. The Court told him that. All in February of '24.

That is what transpired. And then the -- the title was signed in

J. SIMPSON

February '24 by me on behalf JJ Arch and given to him it by a FedEx envelope.

I sent it to him because he was not at his Hampton's house at the time when I delivered the car to him. It wasn't far from where I was. And that's it. I don't know what else you want to know about that car.

Q Okay. So I'm just trying to be clear, Mr. Simpson. That's all. In February 2024 when you said that you brought this '83 black Porsche 911 to Mr. Chassen's house; right?

A I mean, again, it was after -- it was after a process.

Q I just -- it happened. You brought it in February of 2024. Is that right?

A Approximately. It could be March or somewhere. As -- as Jared said, he thought it was winter. I think he's right. It was February or March. I don't have the date in front of me, but it was around that time because I thought we were

J. SIMPSON

going to settle, yes.

And from what I could see, because I don't remember, I looked yesterday, I have pictures to prove. And I sent him -- him the pictures that I parked it. I even cleaned it for him. And I parked it in his driveway for him, as he asked me to do. I put the key under the mat, as he asked me to do.

And I sent him the photos of that. I sent him a photo of the title and -- and the FedEx slip that he asked me to do because I'm a good guy.

Q Okay. And so when you brought that vehicle to Mr. Chassen's home, you said that you were having a discussion with him about settling funds that were being held in escrow. Is that correct?

A No, no, no, no, no. There was a settlement at large that you were a part of that we were trying to solve for. But like usual, you were the worst person of the equation; and people were trying to settle.

J. SIMPSON

The problem is that you and others worked for Oak [ph], so Jared couldn't settle. Jared wants to settle every time, and I didn't have to give him anything. But I was going to give him what he -- what he's threatened me in a hundred times over e-mails.

I was going to him the Head of Pond house, which he probably owns now anyway, through Bunin. I was going to give him the house even though he didn't deserve it and -- to stop this crazy litigation. And I was going to give him, you know, the couple of cars as a settlement. And he was going to walk away from his alleged claims for Rever Motors, even though they weren't justified.

So this -- this deal concept was contemplated multiple times. And each time we had issues surrounding the Oak [ph] problem as he refers to it. "You know I can't close," as he said in his own words, many a times.

Q  But you refer to extortion,

J. SIMPSON

Mr. Simpson.

A  Yes, yes.

Q  I mean, you gave it to him because you said --

A  No, no.

Q  Because of extortion?

A  No. The extortion was -- you want to talk about extortion. Okay. Let's start -- let's start with August --

Q  I asked a very --

A  No. You asked -- you asked. Now you're getting the answer. You asked, and now you get the answer. He has threatened me on four occasions -- three occasions where -- where he refers to it's a fair trade when he stole my car on August 23 and demanded these cars in so-called trade. He had no right to do that.

He says it's a fair deal, as I'm calling the police that my car magically reappears. That was the first time he stole and extorted.

The second time happens in

J. SIMPSON

February of '24 when there is no settlement after all. He says to me, "I'm only going to release the money I'm holding hostage for JJ Arch for Head of Pond if you give me the car."

There was no court order that required me to do so. Right? He demanded I do so, so he released the money that he didn't have the right to hold. The Court was crystal clear with him. Him starting bank accounts of after JJ Arch was not a thing.

He then told the Court, he told me, he created an escrow accounts. Since when is Jared Chassen an escrow agent? He's not an escrow agent. I have proof of it in writing.

So he extorted me maliciously with his plan that if we're going to settle, which we spent money with lawyers and like usual because Oak [ph] stops everything that he could try to do because he works for them. He's double agent. He couldn't get it done.

J. SIMPSON

And we've done this a bunch of times. You participated. Actually, the last time, he didn't even ask you because you worked for Oak [ph]. He had to bring in Jeffrey Dion's [ph] partner Solmy Sean [ph]. Right? He's double agent. He got caught with his pants down.

So yeah. This happens every six months until more recently. He stopped when -- when you guys were successful in pulling the maneuver of -- of the receiver. He used to play his game with me every six months.

I have countless e-mails and threats about the G Wagon. And the Porsche he was threatening before that too. So yes. It was extortion.

He had no right to hold the money for JJ Arch. He had no right to hold the house hostage of JJ Arch. He had no right to lease the house. Judge Cohen told him that countless times. He did it anyway, and he didn't care.

Q  But did you give --

58 (Pages 226 - 229)

J. SIMPSON

A    There was no --

Q    Did you also give it to him as a gesture of goodwill?

A    Well, let's see. We didn't have a signed settlement agreements. Right. So and by the way, for him to release the money from 225 Head of Pond, that had an obstacle too. Why don't you ask what the obstacle was? I'm going to tell you.

He said he needs Frank Van Biesen to approve it. Why would Frank Van Biesen need to approve money for 225 Head of Pond? It's in a text message. Why would he need to approve it if has nothing to do with it? Because Jared pledged it to him. That I can't verify. That is my theory.

But as far as Jared getting the money to -- to JJ Arch from some separate account that he created, no. This isn't a good gesture. I think I tried my best to show good faith efforts. I don't think the settlement was at all called for.

I don't think he deserves

J. SIMPSON

anything. I think he did theft. I think he should have been jail since '23. I still think he should go to jail. I told him now. He contacted me two days ago. I think he belongs to jail. So do I -- I think you do too. Okay?

Yeah. I think you both belong in jail for what you've done for these last three years. You've committed theft and crime --

Q    Okay. So what --

A    -- perjury. That's what you've done. And he's done it explicitly, and you've stood up for it and lied for him.

Q    Mr. Simpson, just when you gave that vehicle, was it in part a gesture of goodwill and --

A    It was part of a settlement that we though --

Q    -- you were having in advance of settlement talks?

A    It was part of a settlement I thought would happen. And again, I didn't imagine that he would go off the rails

J. SIMPSON

with the Oak [ph] problem. And then I saw it repeat itself over and over again.

You know how many settle proposals I wrote? Just so you know, Mr. Schwartz, before you were involved, at least 15 to 20. So don't tell me I'm the problem's.

It's you and Oak [ph] who -- you told my lawyer specifically. "Simpson has lots to lose." You told Ben Rajotte, "Simpson has lots to lose, and we're going to keep pursuing him." You said those words out loud. You said it, Schwartz. So yeah. We can talk about being children. We're talking about being proper. You're not proper.

But go ahead. What else is your next -- what's your next question about this? We talk about --

Q    For the sake of the record, obviously I never said those words.

A    You absolutely did. We'll ask Ben Rajotte on the record. Sure. You absolutely said those words. You said

J. SIMPSON

that --

Q    What about --

A    -- other lawyers too.

Q    What about the 1993 Mercedes-Benz --

A    Oh, I thought you'd never ask. I thought you'd never asked. What do you want to know about? Tell me.

Q    What was that worth?

A    Oh, you see, this is a wonderful question. Guess why? Your client just told us two days ago that he bought it with his family. But that was a lie and a fib. You know why? Because the title says "Jeffrey Simpson."

I bought it myself at 2021 in Nantucket. And it was in my name and only my name. And he extorted me for the title for that -- for that G Wagon. I paid $20,000 for it in 2021.

And guess who filled out the forms for me for DMV? My assistant in this time. Jared Chassen filled it out for me. I signed it as owner, and he

J. SIMPSON

processed it for me like an administrative assistant did.

THE WITNESS: Yeah, Jared. I'm sure you're loving this right now. But that's what you did. I have proof of it. Paper proof of it. And I paid about --

MR. SCHWARTZ: So this --

THE WITNESS: -- $20,000 for it. Okay? I paid about $20,000 for it in 2021. So what was it worth two years later? I don't know. Okay. But at the same time, it was not in his name. That's fictitious.

I gave him a signed title at this time. Not -- a contract at the time of February of 2024 because, again, I believed that he was trying his best to make efforts to settle. And we needed the money to pay bills at JJ Arch.

And he extorted me and said, "I'm not releasing the forty whatever thousand dollars that was at Head of Pond." And since, you know, the judge didn't do anything proper on this case, what am I

J. SIMPSON

going to do?

So I said, "You know what? He's demanding. It's not proper, but I'm just going to play nice here; and I'm going to get the money for the greater good of the business and pay bills with it for the business." And I did.

So get your gesture. Call whatever you want. I am the good guy here. Yes. I don't extort people like you and your client do. Nope.

So that car was not his name. It was in my name explicitly my name, not his. And I signed the title for him. And I said that I would not be able to get him the vehicle for a significant period of time. And he said he didn't mind, and he didn't care.

And then I get all these e-mail exchanges from him, which you'll see soon. All types of e-mails from him that -- that talk about "Oh, my family should be brought in. My family deserves the G Wagon. We deserve. We deserve. We

J. SIMPSON

deserve."

You don't deserve anything for stealing. You deserve nothing for stealing, Jared Chassen. You're listening. You deserve nothing. You stole.

And you, Schwartz --

MR. SCHWARTZ: This --

THE WITNESS: -- know about him stealing. You -- when you know someone's stealing as a lawyer, you have an obligation to report it. But go ahead. Keep going.

MR. SCHWARTZ: When you --

THE WITNESS: That will go to the DOJ.

BY MR. SCHWARTZ:

Q You transferred title to this vehicle to Mr. Chassen in February 2024?

A I signed the title. I didn't transfer it. I signed the title for him as part of his extortion maneuver when he was holding hostage at 225 Head of Pond money approximately February 2024. It

J. SIMPSON

happened at the same time.

Q And did you deliver the vehicle to him?

A No. I just said. Did I not? Let's go back. I'm sorry.

THE WITNESS: Court reporter, can you repeat back what I said a moment ago? Mr. Schwartz --

MR. SCHWARTZ: No, no, no.

THE WITNESS: No. Mr. --

BY MR. SCHWARTZ:

Q Did you deliver the vehicle to him?

A Mr. Schwartz --

Q Just answer the question.

A Mr. Schwartz, no. I did answer the question. Mr. Schwartz --

Q Answer the question, Mr. Simpson.

A I already did.

Q Did you deliver the vehicle?

A I -- I already answered it.

Q Answer the question.

A No. We're not having a

60 (Pages 234 - 237)

Page 238

                    J. SIMPSON

masculinity contest again.

Q   It's not a masculinity.

    THE WITNESS:  Alec --

    MR. SCHWARTZ:  It's a very straightforward forward question.

    THE WITNESS:  Alec, please ask the court reporter to --

    MR. SCHWARTZ:  Answer it.

    THE WITNESS:  Who's -- who's being inappropriate now?

    MR. SCHWARTZ:  Mr. Simpson, did --

    THE WITNESS:  I answered the question already.

BY MR. SCHWARTZ:

Q   Did you give him the vehicle?

A   I told you a minute ago.

    THE WITNESS:  You know, Alec, I'd like for the court reporter to repeat it back to him so he could understand what I'm talking about here.  He didn't -- he doesn't have a memory issue.

    Alec, can we ask the court reporter please to -- to read back to us the statements from a moment ago, my answer to

Page 239

                    J. SIMPSON

this question?

    MR. OSTROW:  Which statements are you asking for?

    THE WITNESS:  So I stated for the record just a few moments ago about what the deal was with Chassen on the 1993 Mercedes G Wagon, about what my intentions were when I signed the title.  I would like for the court reporter to repeat back to us what was said by me.

    MR. OSTROW:  All right.  Could the court reporter do that, please?

    THE REPORTER:  Sure.  I'll go back and look for it right now.

    THE WITNESS:  It was probably in the last two minutes or so.

    MR. SCHWARTZ:  And before you do, before you do, it's --

    THE WITNESS:  No, no, no, no.

    MR. SCHWARTZ:  No, no.  Mr. Simpson, Mr. Simpson.

    THE WITNESS:  No, no, no.

    MR. SCHWARTZ:  Mr. Simpson, Mr. Simpson --

Page 240

                    J. SIMPSON

    THE WITNESS:  No, no, no, no, no, no.

    MR. SCHWARTZ:  Mr. Simpson, stop.

    THE WITNESS:  Mr. Ostrow asked a question.  You will pause now.

    MR. SCHWARTZ:  Mr. Simpson --

    THE WITNESS:  You don't run the show here.

    MR. SCHWARTZ:  Mr. Simpson, stop.

    THE WITNESS:  Again, you don't run the show here.

    MR. SCHWARTZ:  Stop.  Stop.

    THE WITNESS:  No.  I don't take direction from you.

    MR. SCHWARTZ:  Stop.

    THE WITNESS:  No.

    MR. SCHWARTZ:  Okay.

    THE WITNESS:  No.

    MR. SCHWARTZ;  I'm going to say for the record --

    THE WITNESS:  Ostrow asked a question to the court reporter.  You will pause and wait.  You will take your turn --

    MR. SCHWARTZ:  No.

    THE WITNESS:  -- and respectful.

Page 241

                    J. SIMPSON

    MR. SCHWARTZ:  You're not -- you're being deposed here, Mr. Simpson.  You're not going to --

    THE WITNESS:  It doesn't matter.

    MR. SCHWARTZ:  -- direct me what you do.

    THE WITNESS:  You will be respect.

    MR. SCHWARTZ:  I am going to make a comment for the record, and then we can go back and have it repeated, Mr. Simpson.

    THE WITNESS:  No.  We will -- we will let the court reporter --

    MR. SCHWARTZ:  But I'm going to make a comment for the record first.

    THE WITNESS:  You will wait your turn.  You will wait your turn.

    MR. SCHWARTZ:  No.  You -- no.  I'm going to make --

    THE WITNESS:  You will wait your turn.

    MR. SCHWARTZ:  I am going to make a comment.

    THE WITNESS:  You will wait your turn.

61 (Pages 238 - 241)

Page 242

J. SIMPSON

MR. SCHWARTZ: No, Mr. Simpson.

THE WITNESS: Yes, you will.

MR. SCHWARTZ: No, Mr. Simpson. I'm going to make a comment --

THE WITNESS: Yes, you will.

MR. SCHWARTZ: -- on the record.

THE WITNESS: Schwartz, wait your turn.

MR. OSTROW: Jeff, Jeff, Jeff --

MR. SCHWARTZ: And then Mr. Ostrow will go --

MR. OSTROW: Jeff --

MR. SCHWARTZ: -- will go back to the court reporter.

THE WITNESS: Alec, please --

MR. OSTROW: Please.

THE WITNESS: -- remind him that he needs to be respectful, which means that when someone has the question, he waits his turn.

MR. SCHWARTZ: I want to say one simple thing --

THE WITNESS: I don't what you have to say.

Page 243

J. SIMPSON

MR. SCHWARTZ: -- which is that, Mr. Simpson, when you think I asked the question more than once, it was your lawyer who is supposed to object that it was asked and answered if he believes it was. And even when he objects asked and answered, you still have to answer the question, Mr. Simpson.

So with that being said, Court Reporter, as Mr. Ostrow asked, please go back and read the question.

THE WITNESS: Cover your ass. Funny. Go ahead.

THE REPORTER: Sure. Just give me one moment.

THE WITNESS: Maybe one day you'll become a real lawyer.

(The reporter repeated the record as requested.)

THE WITNESS: I'm sorry. If you go one step further, there was discussion where I said about sending the title to the G Wagon to him. You'll see where I said I sent -- I sent the title to the G

Page 244

J. SIMPSON

Wagon to him. And then I said that I couldn't deliver him the car for some time, and he understood. Do you have that in the record? Something like that?

THE REPORTER: There was more to the answer there. Yes. I was still --

THE WITNESS: Sorry. I -- oh, I apologize. If you could look at that real quick. I appreciate it. Just so we can move on.

THE REPORTER: Sure. Just give me a moment to go back.

(The reporter repeated the record as requested.)

THE WITNESS: Because it's the same question. Maybe you'll find it. Maybe you won't. It's okay. And I appreciate. So the -- the court reporter, what's your --

MR. SCHWARTZ: No. Let me pose the question.

THE WITNESS: I'm talking. Hold on a second.

The court reporter, what's your name,

Page 245

J. SIMPSON

sir? I'm sorry. I just want to thank you for what you're doing. What's your name, sir?

THE REPORTER: My name is Doug.

THE WITNESS: Doug, thank you again. I'm sorry. I know this is not fun. I just wanted to thank you for doing that and thank you for everything you're doing today. So I apologize to ask you to do that. I'm grateful for you doing that.

THE REPORTER: You're very welcome.

BY MR. SCHWARTZ:

Q   Okay. Mr. Simpson, the question was, did you deliver the 1993 Mercedes-Benz to Mr. Chassen? Yes or no?

A   As I stated before, I told him at the time that the car was not available or ready to be delivered. I told him that I would deliver it to him in a period of time, and I couldn't be exact. And he said it was okay.

He said he understood because, again, we had a vision to have a settlement. And the e-mails --

62 (Pages 242 - 245)

J. SIMPSON

Q   So is the answer no?

A   -- were barraged with demands and demands and demands for the vehicle. The answer was he was not delivered the vehicle because, again, he didn't settle. He didn't fulfill his obligations. Even in a handshake, even in a hope, an aspiration, we'd find a resolution.

He even said to me when I met with him; he goes, "I'm surprised you didn't burn the car." Those were his words to me when I met with him, with his request to meet. I said, "Of course I'm not burning the car."

Probably did -- didn't change materially. And his -- his commentary, just so you know about -- about it was disassembled, I went back to the tape. We both agreed when he was sharing it with me, when I was letting him use it, which he -- boy, he's done a number of that on Dodge Durango. We can go there if you want.

But on this car, right, it was a

J. SIMPSON

very slow engine. And he understood that. And that's why he keeps talking about engines all over his e-mails. So his testimony two days ago about, oh, it was fully disassembled, it was my vehicle under my name; and I chose to pull the engine out. Damnit, I'm allowed -- I was allowed to do that. I didn't need his permission for anything. Right?

So the fact that I was willing to do this for him was an accommodation because, again, pursuant to all the agreements, I owe him nothing, zero. He owes me lots.

I'm a good guy. He's a bad guy. You are supporting the bad guy. So the answer is he didn't get the car because it wasn't ready. And again, he didn't provide anything other than the escrow monies, which he didn't -- that wasn't a favor to me.

It was his obligation where he breached the agreement yet again by -- by confiscating a property worth a million

J. SIMPSON

five.

THE WITNESS:  Not a million two-eight, Marty Bunin.  Okay.

Confiscating a property, holding it hostage, and also demanding stuff in return for monies he held hostage from the house that was over, like, a two-month period based on the bank statement of almost over $40,000.  There's the answer to your question.  What's next?

BY MR. SCHWARTZ:

Q   Mr. Simpson, the 2023 Land Rover Discovery, did you deliver that vehicle to Mr. Chassen?

A   It was a 2003, not 2023.

Q   Sorry, excuse me.  This 2003 Land Rover Discovery, did you deliver that vehicle to Mr. Chassen?

A   As I -- as he has said on the record, and I agree with his statement, it was a vehicle that was purchased as part of the business.  And I agreed that he needed a less expensive car.  I was trying to help him reduce his expenditures as he

J. SIMPSON

admitted. And I think one of the few things he honestly said.

So I helped him fix up the car to the best of my abilities. It was a 60,000 mile vehicle. It was delivered to him in good working order.

And right around when things blew up in August, he had a problem with it. He did something silly with it. I'm not sure if it's his fault or not. Didn't matter. We fixed it, and he paid for it.

So I actually believe, of this list, I will be -- as I told Mr. Ostrow, I believe the 2003 Landlord Discovery is not disputed. I believe it is legitimately his. I know there's a whole lot of things I would say. But on this vehicle, I say is legitimately his because he did pay a decent amount of money so that the staff could be paid for the work that was done.

So I believe he is entitled to this vehicle, and I believe he got it under a proper means and methods unlike anything else. So he received the

63 (Pages 246 - 249)

Page 250

J. SIMPSON

vehicle --

Q   And when did he get too

A   -- the summer of 2023 before litigation started.  He received it.  I don't know if it was June or it was May, but he was driving it every day and -- and before litigation started.  He put a big screen in it, et cetera.

So yeah.  I don't know the exact date, but it's sometime in the summer or spring of 2020 -- sorry, 2023.  2003 Land Rover in 2023, yes.

Q   So okay.  So the 2003 Land Rover Discovery, Mr. Chassen received sometime in the spring or summer of 2023?

A   And I'll state for the record, I believe, it's undisputed by me certainly.  And I believe the car was his and belonged to him regardless of anything else because I believe he paid, you know, a lot -- a lot of his personal money toward it, which was not partnership money.  It was for personal use.

And it was sort of unrelated at

Page 251

J. SIMPSON

that time.  He needed a vehicle, and it was -- he probably invested 3000, 4,000, 5,000.  I'm not sure the exact number.  But it was money he just sort of took out of his pocket, and he didn't give it to me.  It went to pay for the cost of the -- the folks at the shop do the work on it.  We did some amount of work on it, but it was a low mileage.

I thought it was a nice truck.  He doesn't think it's so nice.  I guess we have a difference of view.  But I do believe it's his, regardless of any litigation.  I do think -- of anything, I don't think anything else; but that I do believe it's his legitimately so

Q   Okay.  And --

A   Irrespective of this agreement.

Q   That was probably, you said, April, may, something like that when --

A   Sometime -- his initial -- so I purchased a vehicle for the -- for a resale as a dealer sometime in earlier that year.

Page 252

J. SIMPSON

And when he sold his vehicle, because money became tight for everybody.  He had a $60,000 truck.  He sold it for, I don't, 30, 40 grand.  I don't know the exact number.  Maybe it's 25 grand.  I don't know the number exactly.

I suggested to him that we fix up this vehicle.  So he didn't have the big expenditure, the monthly payment.  And it happened sometime in -- it was before everything blew up.  So it was sometime between, I'll say, February, March, and June of 2020 -- of 2023, yep.

Q   Okay.  And how much do you think that vehicle was worth?  Do you know?  Or you'd just be --

A   Well, again, I -- I'm going to go by what I paid for it.  I bought it for about $1,000, $1,500.  because I had a rotten frame in the back.  We replaced the frame before he -- you know, before he decided he wanted the vehicle.  I suggested it to him.

And then I think, you know, a

Page 253

J. SIMPSON

couple thousand dollars was put into the vehicle and I believe he paid for that.  And I believe the way it was set up was there was a bill that was developed from Rever Motors where he just paid for it like anybody else.  Like a customer did.

It was discounted because he, you know, obviously had some relationship to the company.  But, you know, I did a lot of good things for Mr. Chassen for many, many years.  And I thought this was a solid for him for -- to be in something for less than five or six thousand as a regular driving car for 60,000 miles.

Today, I would tell you, believe it or not, I actually think the 60,000-mile truck like that would be worth over ten to fifteen thousand.  They've gone up a lot, but it doesn't really matter today.

At the time he paid, you know, I think, a below market value; and I worked with him like I always did to try to make sure he had the best he could have for a

64 (Pages 250 - 253)

J. SIMPSON

limited amount of money.

Q   Okay.  Let's take a ten-minute break, Mr. Simpson.  Is that okay?

A   Yes.

THE REPORTER:  Okay.

THE WITNESS:  Can we -- sorry, before we do that, can we just all agree on what time we are going to be going until, so I could plan accordingly?

MR. SCHWARTZ:  Court Reporter, how long have you been on the record for?

THE REPORTER:  We've been on the record almost exactly three hours.

MR. SCHWARTZ:  Okay.  So I can't tell you exactly how much longer we're going to go for, Mr. Simpson, at this point.

THE WITNESS:  No.  But my question to you is do you plan to finish this evening or is it -- or is it you're not sure yet?

MR. SCHWARTZ:  I'm not sure yet.

THE WITNESS:  Okay.  Well I'll ask you another question.  Put aside how much longer you choose to go given the Sabbath, et cetera.  Do you have a hard stop?  So

J. SIMPSON

at least I could plan for my own family arrangement?

MR. SCHWARTZ:  Yes.  Eight o'clock hard stop.

THE WITNESS:  Okay.  So -- so if potentially you need the time, if you need the time to answer your questions, we will continue, presumably to get through this, but hopefully fulfill the total timeframe.  Is that -- to extent you could do it, the extent everyone can do it.  Is that the goal?

MR. SCHWARTZ:  Correct.

THE WITNESS:  No problem on my side.  If others can do it.  I don't know if the court reporter can do it.

Doug, is that something you're able to do?  I don't know if that's -- that's something that is possible for you or not.

THE REPORTER:  Oh, I could wait until we go off the record to discuss it.

THE WITNESS:  Okay, okay.  I -- and I don't need to be the guy to bring it up.  But so -- so just so we're all on the same

J. SIMPSON

page, why don't we take a break so we all could plan?  I don't think anyone planned to see this -- to go this late.

So just to -- so the goal, I think, for all of us is that to extent Mr. Schwartz has questions, our goal is to try to just, you know, keep going here until, you know, until approximately eight o'clock.  If it's earlier, it's earlier.  If it's not, it's not.  But to wrap this up this evening.

If everyone agrees, can everyone chime in and say that or not just so we all know so we can plan our -- our evenings accordingly?

MR. SCHWARTZ:  Let's -- we'll figure this out after -- we'll discuss this after the break.  Okay?  Further, I mean.  But understood that you want to plan your evening and that you want to know with some certainty that this is going to be able to be finished tonight.

If other parties feel like they don't want that, we'll discuss it off the record

J. SIMPSON

and come back after the break.

THE WITNESS:  What time are we resuming?

MR. OSTROW:  All right.  What time are we resuming?

MR. SCHWARTZ:  Ten minutes.

MR. OSTROW:  All right.  So 3:35.

MR. SCHWARTZ:  Correct.

MR. OSTROW:  Okay.  Thank you.

MR. SCHWARTZ:  Thank you.

THE REPORTER:  Okay.  I'll go off the record now, everyone.  It's 3:25.

(Off the record.)

THE REPORTER:  I'm back on the record.  It's 3:38.

BY MR. SCHWARTZ:

Q   All right, Mr. Simpson.  I'm going to show you what is being marked as Defendant's Exhibit R.  It's called "Order appointing temporary receiver."  Are you familiar with this document?

(Defendant Exhibit R was marked for identification.)

A   I'm sure I've seen it before,

65 (Pages 254 - 257)

J. SIMPSON

but I don't -- I mean, there's a lot of documents like this. So I can't tell you I know the details of it. I know the concept of it, but I -- I don't have -- again, tell me the question. And I could look the section of the document, see if I can answer it for you.

Q Just generally, are you aware of this order appointing temporary receiver?

A I'm aware of the actions --

Q You want me to --

A I'm aware of the actions that you all suggested and proposed to Judge Joel Cohen and what he agreed to do. I don't know. I won't tell you. I agree or disagree. I'll actually -- I'll tell you I disagree that he shouldn't have done it, but yes.

I understand what is here. But this is one of several, just to be clear. It's not -- there's several different orders about receiver and this is not the -- the final one.

The date is not proper from that

J. SIMPSON

regard, meaning it is -- if you look at the date -- I'm sorry. Motion date is the top, but the order date is not that. Can you go to the bottom, please, for me? For the date?

Q Yes, yes, yes. I will scroll down through the document and all the way to the end.

A I just want to see -- I just want to see what the date is of it because I -- I remember something in March or April. Yeah. March. Okay. It looks like it's March. Is that right? Because I think I saw the top of the docket. What's the date? Can you sort of move around, so I could see that date on it? It might be at the top of the header.

Q You want me to zoom in? I can zoom in if you --

A No, no. Just go to the header. If you go to the head of the document, the header of the document, does it show where it was recorded? Received on NYSCEF on 3/11/2025.

J. SIMPSON

Okay. So -- so again, there's more than one. But I -- I'm familiar with the concept of the -- of the document. So what's your question?

Q My question is have you seen this document before?

A As I said to you, there are several documents like this. I have seen them before. I am not familiar with them today. I haven't read it in detail in -- in some time. So if you tell me specific question you have, I'm happy to look at it and see if I can answer it.

Q Well, I understand that there's been numerous receiver orders, Mr. Simpson; or there's been orders connected to the receivership. I'm just asking if you recall ever seeing this document before at any point in time?

A Again, I'm familiar with the -- I'm familiar with it. I don't -- I'm not able to tell you. I -- I don't know what you're asking me. I -- I know of the documentation. I know

J. SIMPSON

of -- there's 2,500 items in the New York State docket.

What -- what about this document do you want me to tell you? If I'm familiar with the details, the weeds of it? I -- without reading it again, I'm not at the moment. If you ask a specific question, I would -- I would be able maybe to answer it.

It appears that it was on the NYSCEF system. So therefore it's a -- it's a verifiable document, but I -- I don't know what you want me to tell you. What are you asking?

Q Have you ever seen this document before?

A I just told you I believe so. But I -- again, without reading in great detail, I don't -- it's been a while. Look at the date on it. I -- I don't know.

Q Well, maybe take your -- so take your time and look at it.

A But what about -- what about the

66 (Pages 258 - 261)

J. SIMPSON

documents you want to know? I'm telling you I'm familiar with the concept. I familiar with these documents.

Q I just want you to --

A I'm familiar with the documents. I said to you there are multiple receiver orders. What more do you need to know? I don't -- I don't know, again, the specific document.

Have I read every word of it? Probably at some point. I just -- I just haven't today. But if I know the question you're asking, maybe I can answer it.

Q My question was suppose this, have you ever seen this document before?

A I believe so. As I said to you, I believe so.

Q Are you a -- in March of 2025, did you receive notifications to your own personal e-mail address on the New York State court filing website?

A I did up until a certain period of time. I don't know if it was anymore at that point. I'm not sure. I'm not

J. SIMPSON

sure. There was a point in time that I lost -- I lost my ability to get that. So I don't know the date of that. Im not sure.

Q So you don't know whether in March 8th -- March of 2025 you personally filed documents under your own name on NYSCEF?

A I could look. I just don't know off the top of my head. I don't know. I'm sure I could figure it out by looking at NYSCEF, but I just don't know off the top of my head.

I don't wish to remember any of this. This is all terrible stuff, so horrific. So no. I don't remember exact dates.

Q Did you know that under the receiver order you were barred from communicating with the receiver except for Counsel?

A There's a lot of things this order says, but yeah, sure.

Q You did know that?

J. SIMPSON

A Oh, I knew -- I know about it. What about Jared meeting with him on Sunday? Does it -- it doesn't say that too. Does it? Okay. Go ahead. Yes. Next.

Q I just asked if you do --

A It also doesn't give him the permission to show up my property and demand things maliciously and to steal bank funds. It doesn't allow for that either or shut businesses down. But it -- it does suggest I shouldn't reach out to him, which is absurd because I'm the managing member.

And by the way, also, just to be clear, the judge even said several times that the receiver should be speaking with me because I know more about the property than anybody, and I do. Just the judge just told you so.

Okay. What's your point? What's your point? I called him, yes.

Q Do you know that --

A I called him. We already -- we

J. SIMPSON

went through this a year ago, you and I. I called him, yes. I called him, yes. I did. What do you want?

Q Did you write e-mails to the receiver?

A Absolutely, absolutely. It was inappropriate what he did. The police couldn't believe what he did. No one could believe what he did. People still can't believe what he did.

His own bodyguard couldn't believe what he did. You know that? The day I did the walkthrough, the guy looks. He goes, "I don't know what's going on. This is nuts. How could this ever happen?" So yeah.

Q But Judge Joel M. Cohen told you that you should --

A Oh, Judge Joel M. Cohen has a lot to learn about reality in life. He -- that man is so off his rocker. I -- as I've said to him in his face, I'll say it to you. And you have some relationship with him behind the scenes.

67 (Pages 262 - 265)

J. SIMPSON

So whatever he did makes no cocamide sense.

And we just spoke about that today. You heard. He made no -- he made no decisions that made any sense. He -- he's completely prejudiced and -- and biased beyond. The judge even said it. So let's move on from that, unless you really want to go there.

Q Okay. But --

A Because we should -- we should be investigating how your relationship with him and -- and Seddio's relationship and all that good stuff and Judge Borrok's relationship and all those fun things and how we got here.

Q But Judge Joel Cohen also told you to give an inventory of all assets belonging to the JJ Arch-controlled entities, including a list of vehicles that were at Rever Motors since August 16, 2023.

A I did.

Q Isn't that right?

J. SIMPSON

A And I did. I absolutely did. I absolutely did.

Q You gave a full inventory of all vehicles --

A I gave -- I gave the information that I had available. If it was perfect, it probably wasn't because, again, thanks to you all my staff, my business, all -- all disrupted and destroyed thanks to your actions.

So it wasn't operating in optimal anything. And we were always trying to keep it alive without any funding from anybody but me. So no. It wasn't perfect, but I gave him the latest and greatest information.

Not only did I give it to him, but there was a person who worked there under the flag 1640 Motors named Jackson Whitehead, who also gave it to him. It was given to him multiple times. Ben Rajotte gave it to him.

Mr. -- but Mr. Huebscher loves to pretend that -- a game. He either

J. SIMPSON

can't hear, or he pretends not to hear or see things. He says there's about a lot of things that we gave to him 20, 30, 40 times, literally, including this.

So yes. The inventory was of Excel spreadsheet that I had that was not perfect. It was decent. And we also gave him the titles to the vehicles, which Mr. Bunin now pretends that there's no titles available, even though we have multiple e-mails where Bunin tells the Court that he took the titles.

I -- I love how you guys spin the truth. So yes. I gave him everything I possibly could. And Judge Cohen even said, "It looks like Mr. Simpson is giving you everything he can. If the things don't exist, you can't ask him to create things that don't exist."

And I did exactly what Judge Cohen said I should be doing, regardless if I believe he's proper or prejudiced. I did exactly what he said I should do. And we repeated this over and over and over

J. SIMPSON

again.

But you all seem to keep attacking me in court for some reason. Makes no sense to me. And why he listened, again, it makes no sense to me either. But yes. I gave the information that I had.

Q Okay. And did you understand that Judge Joel M. Cohen had given the receiver the full power to, you know, manage, rent, lease, sell, develop the JJ Arch-controlled property --

A No, no. He --

Q --including Rever Motors?

A No, no, no, no, no. Judge Cohen actually said explicitly on the record that he did not give Mr. Huebscher the ability to shut a business down without coming to the Court, asking the Court for permission first.

And he also said, you know, I -- I'll find us a transcript. He also said, "You know, Mr. Huebscher, you should be speaking to Mr. Simpson. You know,

68 (Pages 266 - 269)

J. SIMPSON

he's a beneficiary of what it is you're doing. You shouldn't be doing things that are so sort of harsh without talking with him first."

And Eric just gave his look. And because Eric's part of the club, it -- nothing went -- anything bad happened to him. But no. it was never directed that he was supposed to close a business down because he saw fit, but he knows nothing.

He lied about this staff. He lied about everything. Just like your -- your client did. You guys don't know anything. Eric Huebscher knows nothing about cars. Nothing's changed there in a year other than the furniture your client stole and the car's your client stole.

And my walkthrough was identical to what was a year before that. He did nothing in a year. Nothing of substance. All BS.

Q   But did you know that the

J. SIMPSON

honorable --

A   So it was highly refuted. Honorable? Not honorable. Judge Cohen ain't honorable. He ain't honorable at all.

Q   Did you --

A   And you're not honorable either. And neither is Judge Borrok or anybody tied to this case. It's all corrupt. It's all corrupt.

Q   Did you know --

A   And that's why we're going to send a letter to DOJ about all this is, as I've been trying. Now the judge will because -- because that's what you all have been doing is playing the system.

Q   Did you know --

A   So I'd love to hear about your relationship with Sprei and -- and Frank Seddio. But go ahead.

Q   Mr. --

A   You're hiding about that. Why don't you tell the truth?

Q   Did you know that the Honorable

J. SIMPSON

Judge Joel M. Cohen had ordered that Eric Huebscher should take control of Rever Motors?

A   So again, just be clear, there is the difference between an order and enforcement order. And just as Mr. Huebscher was told by the Suffolk County -- Suffolk County Sheriff's Office because I called them when I called Southampton police about the clarification of what can or can't be done because I didn't imagine a judge had the intentions to burn businesses down and -- and diminish property instantly as Eric Huebscher did, as I told the judge what would happen, which is what Eric Huebscher's known for is burning things down and putting money in his pocket. Right?

And that's exactly what he did in a matter of two or three days. Okay? And -- and you know what? You know what? They told me as exactly I told Judge Cohen. The Sheriff's office said, "The

J. SIMPSON

order that Mr. Huebscher has is good for one person, Mr. Huebscher. It doesn't direct you to do anything, Mr. Simpson."

I said, "So is there some issue with me being at the property?" And the answer was, "Unless there's an enforcement order." And that's why Bunin had to go back to try to ask for such a thing because it was really asinine to think that a business I built that I put so much money into and Chassen had almost no money into.

And Chassen had no right to ask for a receiver because, you know, he wasn't authorized to ask for receiver under any grounds ever. And the joint defense agreement that you all hid, there's a hundred reasons why this should have never happened and is fully inappropriate.

And I do intend to pursue justice to the Nth degree, including Justice Cohen and what he has allegedly done and my views of -- of him being

Veritext Legal Solutions

800-727-6396            www.veritext.com            212-267-6868

Page 274

J. SIMPSON

disbarred and being removed as a judge along with Judge King [ph] and the other judges and -- and your buddy Seddio and Sprei and the whole shebang. Okay?

So yes. That's how I feel about the matter. And, you know, when there was enforcement order and -- and it was clarified, I followed exactly to the T. And when there was a removal, I followed Counsel to the T.

You know all this. We went through all this in exhaustive processes in New York State Court. There's nothing new you're going to get from me today that hasn't already been exhausted to the Nth degree. So what is your question that you don't know already? I guess you want to ask again.

Q I'm asking you the question. I'm asking you the questions that I --

A Then ask.

Q I'm asking you -- that's exactly why we're here.

A Ask the same stuff again. Enjoy

Page 275

J. SIMPSON

yourself. You have nothing good on me. Go ahead. Keep going. Keep asking the same stuff over and over again. That's all you guys do is try to just diminish me. But you're not good at it. You're just annoying. But go ahead. What is your next question now? Tell me.

Q I'm going to show you, Mr. Simpson, what has been marked as Defendant's Exhibit U. It's an e-mail from Jeffrey Simpson to Jared Chassen copying Barry Akrongold dated March 28, 2025. It says "Subject Re: JJ NY 550 LLC and 1640 Montauk LLC."

(Defendant Exhibit U was marked for identification.)

A Yes.

Q Do you see that e-mail?

A Yes. I do see it. And I agree with everything --

Q And then --

A -- it says. And I agree with it whole heartedly.

Q I'm going to go --

Page 276

J. SIMPSON

A And I think -- put his foot in his mouth, like usual. He had no right to say anything to anybody, just like he tried to participate in a receiver for a lender. Who would do such a thing when you're on a guarantee for a loan? Who would do something so absurd?

Q Who's Barry Akrongold?

A He's the lender. He was the lender that bought the loan because the moment that Jared played his dirty little game, I spoke to the head of lending for the lender that did the line of credit, 89th Street, 550, and 1640.

My long-term relationship, right, who told me when he saw what Jared did, he's selling the loans. He's getting far from dodge at Connect One Bank. And he sold them to vicious, vicious, you know, carnivorous guys like Barry Akrongold; okay?

Q Is Barry Akrongold --

A And as Jared told me when he spoke to Barry Akrongold once that Barry

Page 277

J. SIMPSON

Akrongold told Jared he loves money. Okay? I spoke to Barry once in my life, maybe twice. He's the lender.

Q So including for 1640 Montauk, LLC; correct?

A The only reason I spoke to him, once maybe.

Q Okay. And --

A Other than this e-mail, I -- I replied to him where --

Q Do you see --

A -- where Jared to assert himself as -- as if Jared's relevant. And by the way, just to be clear, Jared talks about himself as a guarantor. Jared has to leave his stuff on guarantees pursuant to the sections of JJ Arch.

Again, thank you Judge Cohen for not reading the contracts. That's his job to read contracts. But that Jared has to just ride the guarantee because that's what it says. So yeah.

Q Okay. Mr. Simpson --

A Jared had no right to ask

70 (Pages 274 - 277)

J. SIMPSON

anything, yeah.

Q    So do you see here that Barry Akrongold writes an e-mail saying "Gentlemen, please confirm that you have requested a payoff letter for" --

A    I didn't ask this.

Q    -- "both properties" --

A    I didn't ask this.

Q    -- "through April 15, 2025."

A    I did not ask this.

Q    But do you see that Barry Akrongold --

A    I see he sent it.  I didn't ask for that.

Q    Yeah.  And then do you see Jared's response where he said --

A    I just told you I saw Jared's response.  Jared had no right to even -- you know what Jared had the right to do?  Nothing.  As Judge Cohen said, nothing.

Q    Well, can --

A    Sit there on the sidelines --

Q    Let me read to you --

J. SIMPSON

A    -- and be a good little boy --

Q    Let me just read to you Jared's response.  And then you can opine on it, Mr. Simpson.  Jared's response, do you see that it says "Pursuant to a court order" --

A    To do anything.

Q    -- "by the New York County" --

A    Jared had no --

Q    -- "Supreme Court on" --

A    I read it.  I know exactly what it says.

Q    -- "March 11, 2025" --

A    Jared is nobody.

Q    -- "Eric" --

A    He's not --

Q    -- "was appointed" --

A    He's gone.

Q    -- "temporary receiver" --

A    Yeah.

Q    -- "with control" --

A    How did he ask for?

Q    -- "among other" --

A    Yeah.  How did he ask for them?

J. SIMPSON

Q    -- "among other things" --

A    Book rounds.

Q    Let me --

A    Go ahead.

Q    You can read it out loud if you want, Mr. Simpson.

A    Yeah, no problem.  You read it, no.  You read it.  Go -- go ahead.  You -- you.

Q    It says --

A    Well, let's let -- let's let Jared it.  Let Jared read all of this crap that he did that he wasn't allowed to do by the contract.  Go ahead.  Read it, please.

Q    Okay.  Do you see that it says --

A    Enforce -- let's enforce for the -- for the record that how Jared did things against all agreements.  Go ahead.  Please read out loud how we went against the agreements, please.

Q    Okay.  So do you see it says, Mr. Simpson, "Pursuant to a court order

J. SIMPSON

entered by the New York County Supreme Court on March 11, 2025, Eric Huebscher was an appointed temporary receiver with control among other things over 1640 Montauk LLC and JJ NY 550 LLC.

Mr. Huebscher likely requested the payoff statement from you.  Nonetheless, in my capacity as a guarantor defendant in the two foreclosure actions, I hereby also request a payoff statement for both, Jared Chassen."

A    What's your question?

Q    Did you see that e-mail?

A    He wasn't authorized to do such a thing.  I read it.  He had no right to do it.  He was nobody.

Q    Did you get e-mail?  Did you see that e-mail at the time?

A    Yeah.  I responded to it.  I responded to it, yes.  I responded to it.

Q    How did you respond to it?

A    Read it.

Q    How did you respond to it?

A    It says it right there.  It says

71 (Pages 278 - 281)

J. SIMPSON

it very clearly.

Q So you wrote --

A I have already you I removed the case, yes.

Q So you wrote on March 28, 2025 --

A Yes.

Q -- that the case has been removed to the federal court --

A It was removed. It definitely was.

Q -- and he knows.

A Yeah.

Q He knows that.

A And Jared knows it. Jared knows he has no rights. Jared somehow is dangling in the wind. Thank you to you and Seddio and the whole shebang. And as Jared told me, we're all covered. The truth doesn't matter.

THE WITNESS: Well, the truth does matter, Jared. And we are coming to find the truth. Jared, wake up, we're going to find the truth.

J. SIMPSON

BY MR. SCHWARTS:

Q And then you also wrote "And Jared admitted to his theft of the company assets" --

A Yes, he did. He did.

Q -- "on a witness stand just two weeks ago" --

A Yes, yes.

Q -- "so he is not even a member."

A Yes.

Q Is that --

A Yes. Victory.

Q And then --

A Yes.

Q And then you also wrote to Mr. Akrongold "The judge is on the" --

A He is. He is.

Q -- "and federal court will chime in" --

A I reminded him of that today. I reminded of him today. I even told the judge that again today. I have no problem telling him to his face. Judge Joel Cohen is on the take. Judge Joel Cohen is

J. SIMPSON

corrupted.

Clearly there's no what's turning the right mind who could understand what he did on my case. Not one at a 40 or 50 I've talked to. So that means it's biased or it's problematic.

The only people think it's good are you and -- and Kevin Weiner who play these dirty little games and your little tricks behind the scenes with Seddio and who knows who else is involved. So no, yeah.

Q And then you --

A He's definitely -- you're part of it. You're a corrupted part of this.

Q And you said --

A -- FBI to investigate you. Go ahead. Yeah.

Q And you said "And the federal court will chime in, and the receiver is" --

A Yes, yes.

Q -- "out of his jurisdiction at this point."

J. SIMPSON

A Yes, that's correct.

Q "So he has no ability to do anything" --

A Yes. That's what I was advised by Counsel.

Q -- "other than" --

A That's what I was advised by Counsel. And by the way, the receiver actually went to the -- the federal court to ask for -- for permission and consent. And according to the rules I read and Counsel told me is that that was the procedure.

If there's a removal, the -- the receiver would've to go to federal court to -- to have the federal court endorse -- endorse that, which the state court did. That was the law I saw.

That's what the law that -- that Mr. Rajotte told me. He believed was -- was also proper. And that's what we followed. If that's wrong, I don't know what to tell you. But that's -- I followed from Counsel, and that's what we

72 (Pages 282 - 285)

Page 286

J. SIMPSON
said; and that's what we did.
And by the way,
there's -- Mr. Bunin went to the federal
court asking for exactly what we thought
was appropriate. He had to go ask the
Court.
So if I didn't do anything, the
property would be left the way it's left
today where he leaves the gates open. He
leaves the doors unlocked. He leaves it
just to lay fellow, to burn it to the
ground just so he could fulfill your dream
and Kevin Wiener's dream to burn me to the
ground because you're all a bunch of goons
and thieves, and you're all corrupted.
And when -- and when the truth
comes out about you all, you have to keep
trying to hurt me and hangman me. But
you're not going to be successful.
Q So you --
A Because I will outlive this.
Q -- Mr. Akrongold, the 1640
Montauk --
A Yes, yes.

Page 287

J. SIMPSON
Q -- the receiver has no ability
to do anything either --
A That's right. At that time.
Q -- other than ordered by the
federal court.
A And he didn't have one. He
asked for it.
Q As I objected to his --
A Yes.
Q -- appointment because he is
also conflicted --
A Yes, yes, yes, he is.
Q -- and on the take.
A Yes, he is. Yes, he is. He's
definitely conflicted. Do you want to
know how? He's so conflicted. I've
shared it multiple times. I'll share it
again. He's conflicted so many ways. I
hope Mr. Southard's here that we can talk
about conflict. So yeah. I would love to
talk about conflicts. Let's do it if you
want.
Q And so then you told the lender,
"So everything is going to sit status quo

Page 288

J. SIMPSON
until the federal court chimes in."
A As Mr. Bunin --
Q Is that right?
A -- went to federal court and
asked the federal court for permission.
Yeah. That's consistent.
Q So this is an e-mail you sent?
You stand by these contents?
A I do. I do. Again, if it's
wrong, as I've told the state court, this
is what I was advised by -- by a counsel;
and I'm not an expert in these things. So
Counsel advised this is what we followed
through, and I checked with the sheriff's
department, as Southampton Police told me
to.
We checked with all the
different entities, and nobody had any
issue with this. So I don't know where
you --
Q And Mr. Rajotte --
A -- all went down your crazy
roadmap of trying to do contempt motions
and nonsense for the lies and cheating you

Page 289

J. SIMPSON
all have done and stolen. Makes no
logical sense.
So good luck to you, Mr. Joel
Cohen. Good luck to you. Go ahead. You
know, in -- in pursuits of -- of his
actions. Go ahead.
Q And who was your attorney at
this time?
A Rajotte.
Q Not Robert Lawrence?
A I don't think so. I don't think
so. Maybe I'm wrong. I don't know. I'd
have to look.
Q When did you first meet Rajotte?
A Around this time. So it -- it
could be. I don't know. There's a
transition around that time. I'm pretty
sure after the -- after the
February -- after the February debacle,
which was a mess, and you guys played
Judge Cohen about the joint defense
agreement, I think Lawrence was out after
that. And that happened sometime in late
February.

73 (Pages 286 - 289)

J. SIMPSON

So I don't -- it's right around this time. I don't know, within a week or two or three. I don't know. But I did, of course, talk to Counsel. I don't do things.

And again, why did Mr. Bunin go to the federal court asking for the same thing I'm saying here? So clearly there's merit to it. Why would he be asking federal court for -- for help if he didn't think he needed it or asking them to confirm if he didn't think he needed it? So it made sense logically. The only people it didn't make sense to --

Q The --

A -- were to a bunch of antagonists who just want to hurt me for no good reason who had no ownership --

Q I'm showing you a document.

A No -- no ownership stake in anything.

Q I'm showing you a document from --

A Give --

J. SIMPSON

Q I'm showing you a document that's going to be marked Defendant's Exhibit S.

(Defendant Exhibit S was marked for identification.)

A Yeah.

Q This is a court notice from the honorable Joel Mone. And it was filed on NYSCEF on 3/25/2025, and it's file stamped. And it says -- do you see that it says "All orders of this court entered prior to removal, including the appointment of a receiver remain in effect subject to any contrary orders made in the federal action"?

A I do read it.

Q Do you see that?

A I'm -- I'm not a lawyer. Just because he says it, he said a lot of things that were improper. He -- he actually said how much he hated bankruptcy court. He said how much he hated me. He did a lot of things that make no logical sense.

J. SIMPSON

So yeah. I see it. It doesn't mean just because he said it it's right. He's a human, and he makes a lot of mistakes.

Q So are you saying that a lawyer told you that Judge Cohen was wrong and the received order --

A Lawyers told me he's been wrong since the first week. He's been wrong where he -- where he tried to pivot bankruptcy, where he overstepped his -- his rights under the bankruptcy code, under the federal code. He oversteps his rights of the constitution.

He has done so many things. It's all been in writing, and you're copied on all of it. You're in it with him. Yeah. He's said he's been wrong a hundred times. There's no grounds for receiver. You, Jared, anybody I've ever asked for.

And the joint defense agreement, by the way, which your -- your former colleague Leslie Thorn [ph], what a lady

J. SIMPSON

she is. She was supposed to give it to us during this proceeding, and she told the judge she would do it; and she lied and never gave it. Right.

And Jared says to get back to the stand, but Jared pulled the bold maneuver. He just didn't show up for the second day. So therefore, why would Judge Cohen have to deal with it? He wants to get reelected, renominated. Right?

So, you know, Seddio watching in your camp. So, you know, if -- if Schwartz goes back to Seddio and says, "Judge Cohen isn't playing," he's going to lose his job.

Q So your lawyer, a lawyer Ben Rajotte told you that this order was --

A It's possible it's or it's -- or it's Robert Lawrence. But I did not go and do anything without talking to Counsel first. I don't know which one.

As you -- as you rightfully so pointed out, there's a transition around that time. I don't remember exactly. And

74 (Pages 290 - 293)

J. SIMPSON

again, Mr. Bunin did go exactly to the federal court as Counsel told me that.

So to the law, if there is an action of this type that for receiver to have enforceability to do anything, they need to go to the federal court; and they have to get federal court to endorse it.

Which again, that might be wrong. I'm not a lawyer. I've never dealt with litigation in my life. Never had to, I never imagined that my best friend of 12 years would -- who I gave millions to would steal from me behind my back.

Q Between March and May of 2025, were you in control of Rever Motors?

A I believe so. Well there's, you know, I -- I don't know exactly. I think there was a period of time certainly when the enforcement -- what's the date on this enforcement order?

I certainly fulfilled the obligations of this when the judge clarified things and there was -- there

J. SIMPSON

was a remand. I followed it to the T. I did exactly what I was told to do.

So I -- I don't know the dates, but there's a period of time where I did a removal. Judge Cohen didn't believe the removal was real I -- with no good reason because he just hated me. When he saw the removal was real, he stood down for a period of time; and I went and cleaned up the mess that was created.

Q Okay. Between -- no. I'm asking --

A I don't know the times exactly, sometime --

Q Specifically before March and April, were you in control of Rever Motors?

A Some -- for a short period of time around that time, I -- I was. And then we can look up the dates because I don't know off the top of my head, but it would be tied to the time in which the removal occurred and the time -- and Judge Cohen wrote a letter saying that he

J. SIMPSON

realized he didn't have jurisdiction anymore. And -- and the time that the remand occurred and then this enforcement order happened during those -- that period of time I was. I don't know the dates of that.

Q In April of 2025, were you still making transactions out of the Rever Motors bank account?

A Again, I don't know the dates. But if I was operating the business, absolutely. The only person that funded it was me.

Q If I show me --

A The only person that funded it was me.

Q If I show you --

A Let's look at the bank statements. Let's look at the funding, the bank statements. Let's see where the money comes from. Who does it come from? Who's it come from, Schwartz? Who's it come from? Jared? Eric Huebscher? Who funded the business? Who funded it?

J. SIMPSON

Yeah. Jeffrey Simpson and YJ Simco. Where'd the money come from? Who am I stealing from? Myself? Who funded it? You played this dirty game with me, your eight-hour deposition, as if I'm stupid.

I funded all the money. I lent the money to the business as it needed it. How else would it pay its bills? You all tried to steal everything from me. So anything was -- anything you see go out outbound to me, look at the amount of money owed to me.

And you -- you'll see an exhibit coming shortly about the amount of money I laid out to cover expenses for the business with no salary for a year and a half. Thank you to you all in doing the damage you've done.

You work for free, Mr. Bunin and Mr. Schwartz? Do you want to work for free? Nobody works for free. I had to work for free only to only have -- have this guy come in with Jared and no right

75 (Pages 294 - 297)

J. SIMPSON

to ask for it? It makes the logical sense.

Q Mr. Simpson --

A Go ahead, yeah.

Q Mr. Simpson, I want to show you what's marked as Defendant's Exhibit W.

(Defendant Exhibit W was marked for identification.)

A Yeah. Oh, is this -- is this what Huebscher came to swipe the money to the bank account after -- after the bank told him --

Q This is --

A And he went to a branch improperly and just took the money anyway.

Q This is --

A Or the time he went to the post office, and he forwarded signatures. Which one? Tell me which one you want us look at. Let's do it.

Q Does this --

A I love this stuff. Nobody would have the hook that this man has. Yeah.

Q Is this the bank account for

J. SIMPSON

Rever Motors? Does it --

A I don't know. The bank can count, number. Let see if I can --

Q -- end with 3611?

A I don't remember the -- the last four digits. I have to look at the account more carefully. Let me see if -- if I recognize anything about it. I'd have to look. I imagine it is. I believe it is, but I cannot -- I cannot say definitively. I think so, but I don't have the number in front of me.

Yeah. It looks like it would be given the NextGear expenses and the trash expenses. This looks like it would be the account for the -- the company, yeah. The next -- yeah. It appears like it is.

Q So these charges in April of 2025, who was making them?

A Again, the business had to operate. Right? Who was operating? Who was operating --

Q Who was making those --

A There was no --

J. SIMPSON

Q Who was making those --

A The only person who operated the business, which was me. The only one who's ever operated it properly, which is me. Again, I only told you --

Q So you --

A Yes. I told you that we believed that on the removal that he had to be -- he had to be confirmed by the federal court to do his actions, which I felt were inappropriate. Okay. And that's what -- and that's what I was guided by Counsel, and we operated because someone had to keep the business alive and do the hard work.

Which something -- Huebscher didn't work there one day. He fired everybody. Didn't pay anyone in staffing. He didn't pay payroll. He didn't do anything. I ran this place for nothing. I got nothing good out of it other than your nonsense.

Q Do you know who made this $15,000 wire transfer on April 8, 2025, in

J. SIMPSON

this document? Do you know who that went to?

A I don't know. No. I don't know off the top of my head. I'd have to look at the details. I have no idea. How would I know?

Q Now, do you recall in March of 2025 that the receiver came to Rever Motors?

A Yes. Unannounced, inappropriately barged into the office and started pulling papers. Not talking to anybody first. I just told you a few moments ago when I spoke to the police what they told me, that there was nothing for anyone to do. Just like the sheriff's office told me there was nothing for anyone to do.

That the order that was -- that was given to Mr. Huebscher was good for -- for Eric Huebscher and nobody else. I asked the police. I asked the sheriff's office. They told me to. And they said, "Keep doing what you're doing. We are not

76 (Pages 298 - 301)

J. SIMPSON

here to do anything other than, you know what we're told. And we are told nothing."

And there's police reports to prove that. And we can get people from the -- from the sheriff's department to chime in too because that -- the police told me to do that.

So yeah. Him barging in there. He got thrown out. He got ejected after he fought with the police.

Q   Did you call --
A   I called the police. Absolutely.
Q   Did you call him a scumbag?
A   He is a scumbag. Absolutely. He is. Everyone around him thinks he's that. And he's corrupted because he's -- because he's conflicted two times right now in this case. Twice he -- he's conflicted. He never told the Court. I hope Sean Southard's here.
Q   So when he came to --
A   I hope Sean Southard's here.

J. SIMPSON

Q   When he --
A   Because Sean Southard's in the hot seat on the -- on the conflicts. Can't wait to talk about that.
Q   When he came to the location, did you use any profanity towards him?
A   I believe I couldn't believe I was astonished. Who would have the nerve to walk into a property? And the police were actually said to me. The police said to me. It's probably on their video cam. They said, "You know, we have every -- we have every right to be upset. We -- we would be upset too."

He barged into the property. He spoke to the person that worked for me there, didn't give a hoot about anybody, and just said, "I'm going to go and take all your files." And I couldn't believe my eyes.

So I don't care what I called him. It's irrelevant. His actions are not acceptable. You don't do that. You make an appointment. You have some

J. SIMPSON

respect.

The fact he hasn't asked me once about how the property operated, that is not good faith. The fact he left the gates unlocked, as Judge Cohen said, if someone abandons the property as a -- as a receiver, that's a problem too. Yeah. He has not been a good reactor at all.

THE WITNESS: Yes, Marty. You're part of that too. You've lied for him over and over again. I can't wait to get to that bottom line. Yep.

So yeah, no. He is a really bad dude. Really bad dude.

MR. SCHWARTZ: So when --
THE WITNESS: And the police threw him out. The police ejected him. They ejected him. If I -- if I was wrong, why would the police throw him out? The police said --
BY MR. SCHWARTZ:
Q   But you knew -- didn't you know that Judge Joel, Honorable Joel M. Cohen, appointed --

J. SIMPSON

A   He ain't honorable.
Q   -- Mr. Huebscher the receiver?
A   He ain't honorable. And by the way, he had no right to appoint him because again, first of all, Huebscher is not on the list, number one. Number two, you guys knew for JJ Arch. You cut some deal behind the scenes. I would love to see your privilege agreement.

Number three, he has two conflicts, which he told the Court that -- that Michael Maiden [ph] developed 550 Metropolitan. Michael Maiden [ph] was dead already. Jared and I developed 550 Metropolitan. Michael Maiden [ph] died three years before.

So he had conflicts galore, and he was inappropriate. And the fact Cohen doesn't listen to anything. Right? And I've gone to every boss that exists in New York State, and they don't listen.

Well, finally some stuff started to happen with your bosses and your colleagues from -- from, you know, what is

77 (Pages 302 - 305)

J. SIMPSON

it? Adelia [ph]? Who -- who does Leventhal [ph] work for? Who's -- who's that guy in -- all these wonderful people that you love to work with at Brooklyn there. All the guys that are goons of -- of trying to work the system that you're a part of.

Yeah, yeah. Well, somehow Huebscher's part of that game too, yep. Clearly.

Q So you didn't think that the Honorable Joel Cohen's order or appointing Eric Huebscher was right when --

A I didn't believe that he -- I didn't believe that it meant that Eric Huebscher was going to walk into the property and like -- like the way he did and start just commandeering anything. No. I did not believe that was going to happen. I did not believe that.

And he had every responsibility to be a human, to call someone in advance and make an appointment and have some respect. But he don't respect anybody,

J. SIMPSON

that guy. He does whatever he wants. And that's his reputation in the industry. And someday day soon, someone's going to stop him from playing his dirty little games.

So no. He had no right to do that. As a human, you don't walk into someone's property. I invested millions of dollars there. My livelihood, my time, my energy for years.

Chassen didn't do anything in years. He pushed a car in 2023? "Mwauh," Jared. "Mwauh" to your dad too. Seriously? In 2023? The matter of work I did for two years for no money, no pay, nothing? Come on.

And Eric jumps in there because you, who -- who said self-help by the Court. The Court said you did self-help. The Court said you stole. You asked for a bond. The Court laughed at you. And that somehow you have the right to ask for a receiver.

Okay, guys. Come on. The court

J. SIMPSON

reporter is getting all this. I love it. Keep going.

Q Okay. But after --

A Keep going, keep going. What else? What else you got? What else you got that we could prove your case for you about your corruption and about your ridiculousness?

That makes no logical sense. It makes no lawful sense. It's improper. Jared admitted he stole the business. Nothing more needed to be said after he admitted to stealing the business.

But somehow on your influence together with Seddio and Borrok and that whole shebang, you know, Cohen still does things that make no logical sense by anybody with a -- with a clear conscience.

Q So after --

A So good luck to you and him together. I'm sure you guys are going to have to deal with the consequences.

Eventually people get to you all after they finished with Judge King [ph]

J. SIMPSON

and the other judges that are up for, you know, review and digging into. And lawyers too. A few lawyers have been disbarred. Maybe you'll be next. Go ahead. What's -- what do you got?

Q So after, you removed the case to federal court in March. Is that right?

A As I told you. What do the documents say? I don't have the date in front of me, but there's a removal. There's a removal that occurred.

Q Do you recall it came back -- do you recall that it was remanded for failure to pay a filing fee?

A There was confusion, and I -- yes. I'm aware of it, unfortunately. And we appealed it by the way.

Q And then --

A Slow down. We appealed it. There was confusion about a date, and we appealed it. And I -- and unfortunately, you know, again, you all try to take the insurance money, try to take my lawyers from me. It made things pretty chaotic,

J. SIMPSON

yes.

You've tried to kill me any which way you can. As you've told lawyers many times yourself, "We want to make Simpson's life miserable." You've said it yourself to multiple lawyers on my behalf. Yes, you have, yep.

So yeah. Administrative things slipped at times when I'm all by myself trying to handle big stuff that had a team. But thank you to corrupting them and ruining them.

Q Do you recall -- so when the case got remanded, do you recall coming back to the Honorable Joel M. Cohen sometime in May of 2025?

A I recall you all making ridiculous claims and ridiculous absurdities to the Court and lying to the Court and in May of -- of 2025. Yeah. I do remember that. Yeah. I do. It was absurd.

Q Do you remember being in the courtroom?

J. SIMPSON

A And it was absurd what you did. It was absurd what you did.

Q Do you remember being in the courtroom?

A I do. And I couldn't believe --

Q Do you remember that he --

A -- what you all did. Still can't believe what you did, but that's okay.

Q Do you remember --

A We'll get the investigators to review it.

Q Do you remember him telling you at that hearing that removing cases doesn't negate state court orders?

A I've heard a lot of things in that man. Some which actually should be helpful to me. And he don't even -- his words make no sense, as the judge told us. So it doesn't matter because he gave me direction, and I listened to him. I did what he asked me to do, and I followed his order.

So that's that. I don't know

J. SIMPSON

what you want from me beyond that. I was -- I was asked to come to the Court. I showed up. I did what I was told, and that's where it went.

Q Do you recall leaving the courtroom in the middle of the hearing?

A I do because it was absurd. And I don't -- and I didn't have to be there. I had Counsel there. I didn't have to be there. It wasn't -- it was an obligation for me to be there.

Jared didn't come to anything. He hides behind a camera and laughs and eats popcorn. I didn't have to be there where the absurdity occurred. Absurdity that you proposed. And a judge who's clearly on the take of corrupt because he keeps -- keeps just giving you guys stuff for nothing because you've done nothing good other than him not liking me, as he said on the record I don't know how many times.

You really want to talk about that? That's really on -- this is really

J. SIMPSON

on topic. When are we going to get to the stuff about cars? Because that's the topic we're supposed to be talking about.

And now you're going to educate me. My lawyer's supposed to do that. Right? Okay. Well, we have a few more hours together. Why don't we get back on topic? What is your question, sir?

Q We're going to get back on topic. Mr. Simpson --

A Let's step back on topic. I mean, you want to have --

Q Do you see --

A -- we can do it. We can talk. Let's -- let's look at Borrok's case. Let's look Seddio's cases that we were together with him. Let's look at all that stuff. You want to be off topic? Let's do it.

Q Do you --

A Let's find out how Jared -- with Sari [ph] and -- and Adelia [ph]. Let's do all that.

Q Do you see what I've marked as

Veritext Legal Solutions
800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

Defendant's Exhibit T here? It's a order from the Honorable -- decision and order on motion from the Honorable Joel M. Cohen that was filed on the New York State docket in the Simpson v. Chassen case on May 16, 2025. Do you see that?

(Defendant Exhibit T was marked for identification.)

A   I see it.

Q   And do you see below that attached to it, there's an order, a document that says "Order compelling Jeffrey Simpson to comply with receivership order and directing sheriff to enforce receivership order"? Do you see that?

A   As I said, I did whatever I was told to do. And I never heard from a sheriff or anybody else telling me to the contrary. I did what I was supposed to do. Regardless if I agreed with it, I did what I was told to do.

Q   Okay. So --

A   So whatever I was obligated to

J. SIMPSON

do here, I did the best I could. If there were things I didn't have, as Judge Cohen told you and Bunin a hundred times, "If he doesn't have it, you can't force someone to give something they don't have." So whatever I could do, I did.

Q   So when it says in the order "Order that Simpson shall not directly or indirectly enter onto any of the JJ Arch controlled properties, including but not limited to 1640 Montauk Highway, Southampton, New York," you're saying you obeyed that fully. Is that right?

A   I did. I did. I did. I did.

Q   So you did not enter onto 1640 Montauk Highway, Southampton, New York after thi this order was entered. Is that correct?

A   I -- if after the order was entered, if I went to the property, it was only in an authorized way, which if -- if I went, it was a very, very limited basis. Like, once was more very recently about the walkthrough.

J. SIMPSON

And I don't know if there's been another time beyond that, but I never -- I did go to the property across the street, which I was allowed to do. I saw things were happening that was very concerned about when I was across the street, and I called the police; but I didn't actually go onto to the premises.

And when I called the police that day, I told the police that I wasn't allowed on the premises; and I refused -- and I would not enter the premises. And -- and it's all in -- it's all on -- on the record.

So no. I don't believe I've ever breached the order in any way. I don't believe I entered the premises after -- after the enforcement order. I don't know the dates. I don't have them in front of me.

But as I said to you, whatever Cohen signed, I did whatever I had the ability to do to comply. If there's a document that was asked for that I didn't

J. SIMPSON

have, I -- I gave whatever I could give. But I didn't go on the premises after an order of enforcement. Do you believe I have?

Q   How about --

A   -- says I haven't. I don't believe I have.

Q   How about -- well, so just to be clear, you did not enter 1640 Montauk Highway, Southampton, New York other than under the authority of Judge Beckerman recently, since this May 16, 2025, order was entered. Is that correct? Is that what you're saying?

A   I -- I don't know the exact date, but approximately. Oh, you know what? I'm sorry. I'm sorry. That's not right. I'm sorry. That's not right.

So -- so what happened was there is another -- there was another stint of time where things changed. What changed was is that you -- you buddies there together, you and Bunin, decided to get cute and asked Judge Cohen to sign an

J. SIMPSON

order that affected the -- the 654 case.

And you got an order to show cause signed where extended and expanded the relief of the receiver. And Cohen didn't realize it. You snuck in to an order show cause information, and that case was living in the federal court.

So you breached the federal court's jurisdiction by even suggesting it with Bunin. Bunin went and did the dirty for you. And that's what caused the second removal.

Q Okay. So --

A So I don't know the dates. I don't know the dates exactly. I don't know the dates exactly, but there was a period of time that might be related to this.

But I -- there's no way I entered the premises if there was an enforcement order that was effective, that I would've entered the premises improperly so I could get arrested by a sheriff because that never happened.

J. SIMPSON

No one ever called me and suggested to the contrary, no one ever said to me I entered improperly because I never did. I don't know the dates. I do know there was another event --

Q Okay. My question was -- I understand, Mr. Simpson, that you're saying you never entered the premises if there was an effective enforcement order. But that wasn't my question. My question was --

A I'm sorry. There was --

Q Did you enter the premises at any time after May 16, 2025?

A There was a morning that we went there -- that we went there. There was a morning I went there, and Ben Rajotte was on the phone with me. Well, he was talking to Marty and Eric because Eric couldn't figure out how to open a lock. It was that silly.

And there was discussions and, and there was agreements that were made that I would go to provide documentation,

J. SIMPSON

which I did. It was, like, a single morning. I went there. I believe -- I don't remember the date, but it's all on the record.

Anything I did was by Counsel. And it was -- it was very, very, very much verified and to be of assistance to the receiver. I left a bunch of titles on the desk for him. Again, this is all within the confines of a day or two of this. And it was all tried to comply with the order where -- where Marty and Eric and Ben Rajotte had serious dialogue that was sort of absurd.

And at one point, I believe I went in one morning because, you know, there was all these, like, threats about -- about me being there because I'm so bad. And I think there was some agreement one day for me to bring information there. And I believe I did.

So again, I was very concerned that the kind of trap you're describing, and I didn't want to get caught in it. So

J. SIMPSON

I never entered where there was some sort of definitive order without permission or consent.

If Counsel told me to do something that -- that was confirmed with Bunin, I may have done that. But other than that, I refused to do anything. And that's why I've never got a enforcement demand by anybody, including front of Judge Cohen.

I don't believe anybody ever said to Judge Cohen or to the sheriff's office that I entered the premises improperly. I don't recall that ever happening. So I don't know what you're talking about, if that's what you're suggesting.

But no. I did not go voluntarily entered the premises against the court order. Absolutely not. I don't remember exactly --

Q So you never --

A There was one or two times that I went there to drop off paperwork or

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

something to that extent. That is it, you know, from the time the enforcement order was entered. And I can't tell you there -- there's a lot of orders.

So something's triggering my mind. Something around -- around June 1st. So I don't remember exactly between this date and June 1st. I just don't remember. I'd have to look at all the paper.

But I -- I know around June 1st or July 1st, somewhere around that date, there was something that was definitely a hard and fast absolute not going anywhere near there. And I haven't gone there at all other than the one time under Judge Beckerman.

Beyond that, there was a period of a week or two. Or I don't remember if it was removal. I don't remember exactly, but I believe there was a morning I went there where Ben Rajotte told me to go there because there was confusion of locks.

J. SIMPSON

And I went to help Mr. Huebscher, regardless if he ever appreciated anything because he doesn't appreciate a darn thing. And I -- I remember giving a bunch of documents, leaving them for him in a very organized manner; so he could facilitate things for -- for customers, which he never did because I got notices and customers calling screaming at me. And that was all coordinated with Bunin and Rajotte.

But other than that, no. I never operated or went there improperly when there was an enforcement order. Absolutely not. But again, I don't --

Q   Do you --

A   -- have the dates in front of me. I don't know exactly the dates and the circumstances, but I know there was dialogue about me going there once for, like, literally 15 minutes. And I believe I was on the phone with the counsel the entire time. I may have recorded it.

It -- there was never a time I

J. SIMPSON

was on site breaking the court order that I'm aware of. I can't think of a single time, nor would I ever do such a thing.

Q   Okay. So you've only been -- you were only at the premises -- you know, a after this order was entered, you were only at Rever Motors --

A   I don't know. I mean, you see this order --

Q   -- with the authorization --

A   Yeah.

Q   From May 16, 2025, you were only at Rever Motors with the authorization of either Judge Beckerman or the receiver. Is that correct?

A   Again, I -- I don't know the dialogue. I was not on the phone with Ben Rajotte and -- and Marty Bunin. It was very contested. It was, like, a nightmare to even give documents.

So I don't know the exact confirmation wording that would've occurred during that time. But other than

J. SIMPSON

whatever the -- the once or twice that I was demanded to bring paperwork or whatever it was, which occurred around this time in May or June approximately of 2025, there's no other time that I can recall being there.

Again, I was in the street seeing things that I thought that look right. Like the garage doors wide open at 9:30 at night when I went to Citronella, the food market. And I called the police saying something doesn't look right because I do have a lot of money invested there, unlike you all here.

And they called Eric. And Eric goes, "Oh my gosh, I can't believe someone called me at night." Well, it's my money. It's -- he's supposed to be a beneficiary of me if he's there for a reason, which he's not. And I saw cars being pulled off the property, again from the street. I inquired about that.

But no. I did not cross the line when there was a court order not

J. SIMPSON

permitting me to do so. I did not do it without prior authorization or, you know, in consultation with counsel where it was made very clear to Bunin; and Bunin agreed or whatever.

No. I never -- never broke the order. You guys would've tried to get -- have me arrested if I did. I did not.

MR. BUNIN: Mr. Simpson, it's Marty Bunin. You're off screen completely. Can you please get --

THE WITNESS: Not on purpose.

MR. BUNIN: -- back on the screen?

THE WITNESS: Okay. Let me see if I can.

MR. BUNIN: There we go.

THE WITNESS: But again, I --

BY MR. SCHWARTZ:

Q So after this enforcement order was entered, did you transact any business of Rever Motors?

A Again, from the time in which -- I don't know about this date

J. SIMPSON

because there's multiple orders; and something in my mind is thinking it's June 1st, not May 15th.

So I'd have to look. There's something about the date that doesn't seem quite right. There may have been another order or something else after this, but there's a period of time there was a line in the sand that I did not do a single thing.

I referred anybody and everybody to Eric Huebscher. And that was around this time, but I can't give you the date because I don't know off the top of my head. But at some point around here, whenever it was, and I was told by Counsel in court.

I did not do anything above and beyond passing the information to Huebscher and doing anything anyone asked me. I said I couldn't chime in. I couldn't do anything. And I said everything to Eric Huebscher, you know, via Bunin via Rajotte.

J. SIMPSON

Q Okay. And after this order was entered in May, did you communicate with the receiver in any manner that was in violation of the receivership order?

A I don't know. But again, what's the difference? Chassen went there on Sunday to take cars from there, and he was given stuff that -- that literally Huebscher said it's not worth any money. Who is he to decide? It's not his. Nothing is his, nothing.

Dude, this whole thing's a mockery. So I don't know. I don't know. But yes. I believe I've accused him a hundred times for the crap he's done. And good luck to -- to somebody trying to enforce an order of speech to say someone can't comment out loud. I didn't act on his behalf. I didn't solicit things to him like Chassen did.

BY MR. SCHWARTZ:

Q Did you send e-mails to Mr. Huebscher after?

A Probably. I probably did. I

J. SIMPSON

probably did. I probably did.

I -- probably as information I learned about theft, which I did learn about that occurred at the property, which they're in denial about.

Again, when Cohen told them very clearly, "You need to take care of the property. You need to -- you need to maintain a relationship with Simpson. So he's aware of what's going on."

They don't give a hoot about that. They never have once, and Cohen didn't care. Which is seriously concerning. Seriously concerning. So I don't know the dates.

Q But --

A But I could tell you if I did something that broke an order, you all would've tried to have me hung. And I don't believe I did. And if I sent an e-mail, where he was copied. I don't remember.

And again, it was an absurd request. Right. And it's not the first

83 (Pages 326 - 329)

J. SIMPSON

time Cohen tried to limit my -- my freedom of speech, which he can't do under the Constitution.

Q Do you recall visiting the property at Rever Motors over the Memorial Day weekend 2025?

A As I said to you -- as I said to you, there's something that's triggering me, I don't remember what, that reminds me of something that I -- I said you already, that May 15th seems off by a couple of weeks. I don't know why.

But I do know that Memorial Day, you remind me, there was theft that occurred, serious theft that occurred around that. And I don't -- I don't remember the reasoning of what had me go there for what purpose.

But there was something that was consulted with people. I don't remember if we sent notices to the Court or we did something, but I just randomly go there. But it was serious theft that occurred. Now, maybe -- I don't know. I'd have to

J. SIMPSON

look back at the file to understand what the reasoning was.

But yes. Jared asked for, through Luis Camacho, for a G Wagon to be stolen and brought a mile or two away. Bad, bad, bad. With a coffee machine and a --

Q Okay. So --

A Oh, lots of bad stuff happened that weekend. Lots of bad stuff.

Q Okay. So you do recall going there --

A I said to you there's something that happened around that time.

Q Because of a theft?

A I don't -- it wasn't because of a theft. Again, there's some other event that I -- you can't present to me one document when there's hundreds and think that you could hang me on this document when I don't know the rest of them.

I'm not looking at the full picture in front of me. I don't have all the documents in front of me. I not a

J. SIMPSON

lawyer, and I can't comment this way. I just can't.

Q I'm just asking you what happened.

A I don't know. I don't --

Q I'm not asking --

A I don't know which -- there was a number of orders. I don't know the line of the sand. I said to you when there was a line of the sand that was official and it was enforceable for whatever reason. I followed instruction --

Q Forget about the orders, Mr. Simpson. Forget about the --

A There was definitely a reason I was there on -- on Memorial Day. Yes. There was. No question. And it was beyond imaginable what occurred. Thank you to Judge --

Q What was it? What was the reason you were there? What was the reason you were there on Memorial Day?

A I don't -- you know what? There may have been the second removal. That

J. SIMPSON

may be the reasoning, as I start to say to you earlier, because -- because of the ridiculousness of the -- of the receiver with you all trying to ask for TROs and expanding relief that was improper, which crossed lines of the 654 case.

It could be that the second removal occurred. That's what's triggering me in my mind. It's probably the second removal. I'd have to look at it.

So it -- it might be that the second removal occurred; and I had the same concern as I did in the first round, that it required federal approval of the -- of the receiver to take care of the property; and he wasn't doing anything.

So I don't know. I have to look back at the record. But I could tell you if it was -- I had definitive direction from a court, I would not have been breaching an order.

And if there was confusion between the federal court and the state

J. SIMPSON

court, which could be, I don't know. I don't have it in front of me.

But I could tell you regardless of what the order was or wasn't, I wouldn't have been there if there was, in the view of counsel on my own, that I shouldn't be there. And yes. There was definitely a reason --

Q I'm not --

A -- that I felt -- I felt based on counsel and -- and talking to government officials that I had the right to be there for that Memorial Day weekend. I don't remember why. But I could tell you from my memory, there was a memo from Ben Rajotte that went to you and others that I guess he felt I had the authority to be there. I don't know.

But it was horrific what I saw. It was horrific what I saw. The theft that occurred for Chassen doing a free for all --

Q So what did you see --

A -- through Camacho.

J. SIMPSON

Q So on Memorial Day --

A Through Camacho, yeah. Luis Camacho --

Q So let me --

A Yeah. The guy -- the guy Jared said he had no personal relationship with, the guy who did Jared's basement for him at his Hampton's house. The guy who Jared said he spoke six months before, but Camacho told the police that he didn't speak to in three years. Right. Camacho changed his cell phone number.

Q So when you arrived there --

A Yeah.

Q Mr. Simpson, when you arrived at Rever Motors over the Memorial Day weekend, you said what you saw was horrific.

A Yeah.

Q What do you mean by that?

A Stolen property, missing assets. I couldn't believe what had happened. I wasn't there for a period of time of at least -- I don't know the dates. It could

J. SIMPSON

be from the enforcement order. I don't remember. There's a period of time I wasn't there for a week or two or three or four. I don't know. But there's a chunk of time I wasn't because of a court order.

And I learned the staff was all gone. And I couldn't believe my eyes because I saw cars are missing. I knew NextGear was pulling cars left and right.

I saw a G Wagon that was completely disassembled, and the workers told me that -- that Camacho disassembled a G Wagon. The only person who likes G Wagons here is Jared. Lots of -- and Jared likes G Wagons.

There was a G Wagon stolen. Camacho told me he stole it for me. Well, I know you spoke to the police. I know Chassen spoke to the police. He didn't steal it for me. He hid it in a parking -- I don't know. He hid it, like, someplace 2 miles away. There's police reports on all of this.

Camacho took a lot of stuff,

J. SIMPSON

found stuff in a pizzeria in Suffolk County. And it all felt like it -- it was related to G Wagons. Jared seems to like G Wagons in all his e-mails. But yeah. So I found a lot of stuff that I --

Q Well, you saw that -- when you got there, you saw a disaster basically?

A And I called the police, and I called the police. Absolutely. I called the police. The police called Huebscher. "I don't know anything." Like, he never knows anything. And I saw a disaster of things missing and stolen. And I was in shock. And I called the police. The police reports --

Q You called the police on Memorial Day, or do you remember --

A Yes. Absolutely, absolutely. Whatever day it was. Whatever day it was when I saw the theft.

Oh, here's the best part. So when I told the owner of the silver G Wagon that it was stolen because I observed it and he didn't live locally.

85 (Pages 334 - 337)

J. SIMPSON

He lives in Staten Island. He calls Eric Huebscher freaking out, threads Eric. And Eric says, "The car might magically reappear."

Well, the car magically reappears that weekend at the property. It's a silver G Wagon. And how coincidentally the way it was left was similar to the way Jared left my -- my Army truck that he stole from me.

But anyway, the back of the G Wagon here -- I'm so thrilled you asked this. Guess what was in the back of the G Wagon? And the police reports have all this. The famous water cooler and coffee machine. Who likes coffee machines and water coolers? Jared Chassen.

And guess who stole the car? Luis Camacho. And guess who worked at Jared Chassen's basement? Luis Camacho. But it wasn't my car. It wasn't Rever's car. It was a customer's car consignment.

So that customer told Bunin or Huebscher or whoever, "You better get my

J. SIMPSON

car back." And they said "Magically it might reappear." And that Sunday morning, it reappeared. What a beautiful story.

Q So --

A And Camacho says -- Camacho says he stole the car for me. For me? Why would he steal the car for me? He knows its where I live. If you -- I said to Camacho, "If you stole for me, why didn't you bring it to my house? I would've told you to bring it right back." I wouldn't have you -- I would've breach a court order. So yeah.

Q So when you got --

A It was chaos.

Q So when you got there on Memorial Day, and you see --

A -- Memorial Day. It was around that weekend. I don't remember exact date or when.

Q Around that weekend --

A It was chaotic.

Q When you get there --

A Things were stolen.

J. SIMPSON

Q When you get there --

A Things were missing.

Q Okay. So when you --

A It was a free for all, yeah. Tools were stolen.

Q So when you --

A By the way, Camacho -- Camacho cleaned out the entire -- the entire body shop of tools that I gave to him because he didn't have any tools. He cleaned it out and then brought them all back. And I helped him unload them out of his car. He stole all the tools, yep.

Q So when you got there on Memorial Day, around Memorial Day, and you see what you described as a chaotic situation, what did you do next? Did you --

A I called the counsel. I called the police. We let -- we let Huebscher know. We let everybody know. It wasn't done secretly. It was -- I'm sure there's -- I'm pretty good at writing e-mails when I see things that are bad.

J. SIMPSON

And I definitely was very vocal about the things I saw, and it was very suspicious.

Q Did you change the locks? Did you change the locks at the --

A I did.

Q -- at the site?

A I -- I did. I believe safety was at risk. By the way, most cases there weren't locks at all. In most cases, there was no lock at all. It was left wide open. So I got locks.

Q And did you --

A Yes. And then I changed them back.

Q You got locks. You changed the locks.

A And I changed -- and I changed them back again when the -- the order -- I don't think it's this order. A different order came out. Right? So the date I was telling you about believing paperwork happened later, because I don't -- I don't have the dates in front of me.

But there was a period -- there

J. SIMPSON

was the period when -- when it was clarified or whatever, remanded. I don't know what happened. But on that day, when it came back, I put -- Huebscher was all bent out of shape out of his lock. And I saved that lock because he felt that lock was safe.

And I put it even back for him. I literally put the lock in for him. I installed it for him. And the other places where there were no locks, where I bought new locks. We sent the photos and videos of the passwords of how to deal with it.

He left the apartment unlocked. I have videos of all this by the way. I have pictures of all of it. He left everything wide open, completely unlocked, wide open to the elements.

Q What did you do about the vehicles? Did you take the vehicles to your home? Did you keep the vehicles on site? What did you do about the vehicles that were there?

J. SIMPSON

A Well, the vehicles in general, a misnomer by Jared who knew nothing for two years, just to clarify his statements because he hasn't been there in two years.

And yes. I shunned him properly because he made a mess of the place in June or May of 2023, like he usually did. I've cleaned up all of his messes; okay? And he agreed he was done with that property and he would stand down all the money he -- he owed, et cetera.

But as far as the vehicles go, the vast majority of the vehicles that were good were gone because of NextGear. NextGear was the lender I brought in so I could front payroll, and I would take even cars that were mine.

And I sold my own vehicles to -- through NextGear for financing for what I paid for it. So if I paid nine grand for vehicles worth twenty grand, if I paid nine, I would give them the bill of sale when I bought it. And then I would try to sell it later to, you know, to pay

J. SIMPSON

down the debt, which I did.

And I had a good relationship with NextGear. They increased the line of credit multiple times. But NextGear, because Marty refused -- not Marty, Eric refused to pay $3,000, which was the payment to NextGear.

Then NextGear called me whenever this order went into effect. And I said I could not speak to them. And Vinny [ph], I can't remember his last name, but the NextGear rep, the local rep said, "Jeff, you got to fund three grand." I said, "I'm not allowed to do it."

He goes, "Well, you know, we're going to start taking cars." I said, "That's pretty scary. You know, I -- I was personally guaranteeing a loan." He goes, "Listen, this is what we have to do." And I said, "Okay. You got to talk to Eric Huebscher. I cannot chime in."

So at this point, this is after that event, a lot of the cars were already gone through NextGear. So NextGear

J. SIMPSON

had -- I don't have it in front of me. I don't have the list, but there was financing on 30 plus cars. And they took -- there's reports about this even in NYSCEF. I don't have the numbers in front of me, but they took --

Q So --

A -- something like 10 or 15 cars initially. So -- so as far as my own stuff, right, as far as me taking offsite, if -- if there was a vehicle or two that was mine, that was there, I -- I don't know if I took it then or I took it earlier in the season.

But yeah. At some point, and I notified Eric when I did through Ben Rajotte. So there was no discrepancy about anything. I didn't just start unloading cars to the property because of court orders. I'm not stupid. I would never do such a thing so stupid.

And by the way, at the end of the day, it's all mine anyway. But that's a whole nother matter. We'll get there

87 (Pages 342 - 345)

J. SIMPSON

later. But no.

Q Okay. But you --

A I didn't start taking cars. No, absolutely not.

Q How many -- when you got there on Memorial Day weekend --

A Yeah.

Q -- that weekend and you saw what you've described as a chaotic --

A Yeah, yeah.

Q -- situation, how many vehicles were there still on the site?

A It's a very difficult question. If you read -- if you watch the video, you'll see because, unlike what Jared has no knowledge or Huebscher has any knowledge of if anybody looks, I build a hundred thousand dollars vehicles as a hobby; and I'm good at it.

And I have customers that love me, and I was very successful there. And we were about to get a refinanced and a team that loved me as well, that Eric burned to the ground and paid them $1

J. SIMPSON

weeks of salary. Okay?

So it was not anything anywhere what you all describe, and what you see is parts because we took old trucks; and we used newer systems and put them in. And that's what I specialize in and what I've done very well; and I'm doing it now on my own, as I'm allowed to do so.

So to answer the question, there was probably a hundred plus cars there at any given time. Today there's probably 50 cars there, but some of them are carcasses. Some of them are pieces of cars that we would use for an axle or for a shaft or for an engine.

So I don't even know the numbers of exactly how many vehicles, but the valuable vehicles were already pre-sold to customers. The customers got their vehicles.

There was one customer that we were very concerned about, Mr. Rajotte and I, who made threats. And Mr. Bunin was aware of it. And it was around this time

J. SIMPSON

I personally finished the vehicle for him.

I don't think I should his name on the record. Mr. Bunin probably knows what I'm talking about. And we finished that vehicle, and there was no money given to me as a result of it.

I just -- I did what I was supposed to do, and we told Mr. Bunin about it. And that individual got his vehicle. But the consignment vehicles, which I had a number of them there as well, they wanted their cars back; and it wasn't mine to keep.

And -- and I told them to call Huebscher, and most of them did. And he gave them all a hard time. People are still calling me now. Most of the people are still calling me now unsolicited. They're calling me saying, "We want our stuff." And I say, "Call Eric Huebscher." And they say he doesn't respond. He doesn't do anything.

Q So how many cars --

A I don't know the numbers.

J. SIMPSON

Q Did you remove any cars for whatever reason from the Rever Motors location at 1640 Montauk on or after that Memorial Day weekend last year when you went there and saw what you --

A I don't think so.

Q -- thought was a chaotic situation?

A I -- I don't think so. I don't think so. I'm not sure. I'm not the -- I mean, there was -- as I mentioned to you, a period of time I don't know when. Along the way at some point, I did take some of the vehicles home that I believe were mine. I've put them in schedules. Right?

No. You're not coming to my house unless the -- unless the courts suggest you're going to. That's not happening. That's -- it was a ridiculous request. No. Thank you. It's my private home. Okay? To an -- and my wife. No thank you. So you don't have any authority to do such a thing. Ridiculous. Thank you, Judge Cohen.

J. SIMPSON

So no. Anything I've done, I've documented. And we've told through schedules of what vehicles I have in possession, which ones I don't. And again, a number of the vehicles that were there, they didn't go to my home. They went to the owners. Right?

Some of the owners didn't care what the receiver said or I said. They just grabbed their cars. They just said, "We don't give a hoot." And they -- they told me they're taking it. I said, "Listen, you can't do that."

I have text messages of people saying "You can't just go take stuff. You got to talk to Eric Huebscher." Like, "We're taking it." I'm like, "I can't authorize you to do anything."

I could think of one or two conversations. I remember who they were, but they tried that game with me. I said, "There's a -- there's a court receiver there. It's officially there. No question. Because Judge Cohen's very

J. SIMPSON

clear with me about what would happen to me if I didn't listen to him." And I just said, "I have to honor the order." And customers grabbed their stuff. I don't know what to say about that.

What could I do about it? But I had a -- I had a good chunk of assignment vehicles there. I had probably five to ten. And then I had -- if you take NextGear's cars plus consignment vehicles, now it's probably 25 vehicles that left the property over a two or three week period of time. Are there vehicles --

Q So --

A By the way, there's a car that was stolen on Memorial Day itself. It was Memorial Day or Labor Day. I -- I think it was Labor Day, a beige Land Rover. I saw it on a tow truck.

And I hadn't been at the property in quite a while and I was picking up my son from his friend's house on -- on Route 27. I saw it not far from my house on a tow truck, a blue tow truck.

J. SIMPSON

And we called the police right away. We told Eric.

Eric Huebscher says, "Oh, the car was never there." Marty Bunin says it was never there. I said, "How is that possible? I have ten pictures of this vehicle there." "Oh, it was never there." Well, I'm the one that bought the vehicle. Of course it was there. And yeah. We went --

Q So --

A The -- the amount of confusion, the amount of -- of incompetence is remarkable. And every customer who spoke to Huebscher thinks that. It's ridiculous to say he ran a car business. He does -- I don't know what he's ran in life.

Q So the tow truck at Rever Motors, you didn't take that to your home?

A That tow truck, I absolutely did. And it wasn't owned by Rever Motors or 1640 Motors. It was owned by 1640 Commercial LLC which was started in 2022.

J. SIMPSON

And it -- and it was not owned by Rever Motors or 1640 Motors. Separate LLC under my name. So enough of the BS with that. You guys have gone all over and over this a hundred times, and Jared knows it.

Q But it was on the Rever -- when did you take it off the Rever Motors location?

A I don't know the date, but it was -- it was sometime in 2025. I even told Eric Huebscher in the e-mail that I used it to move vehicles. I --

Q Before or after the receiver was appointed? Before or after the receiver was appointed?

A I don't know. I don't know. I don't have it in front of me.

Q So it's possible you took it and left it in your driveway before the receiver was appointed?

A I don't know. I don't have it in front of me. I don't have the dates. I don't know.

89 (Pages 350 - 353)

J. SIMPSON

But again, it'd be relevant. The court order doesn't stretch to 1640 Commercial LLC. Does it? I don't see such a thing.

Q When did you --

A There's no litigation.

Q When did you form -- so you formed 1640 Commercial in --

A Yeah. Like, 2021. Yeah. 2022. Yeah. Exactly. It's nothing --

Q And who's the member of 1640 Commercial?

A I believe it's me and only me. I believe it's me and only me, but I'm not certain. I believe so. There's no operating agreement.

Q There's no operating agreement for it?

A There is no operating agreement that I'm aware of unless there is one. I haven't found one.

Q Who formed --

A Yael [ph] probably did it on my direction. Yael [ph] performed most of

J. SIMPSON

them for us. Yael [ph] did most of the operating agreements. But you all have spooked him, so who knows if he'll ever speak the truth. Yeah.

Q Do you have the operating agreement?

A I told you --

Q Do you have the articles of incorporation?

A Didn't I just tell you I don't think there is one? Articles of organization, I'd have to look. I'd have to look. I think so. I'd have to look.

If I -- and by the way, if I have it, you have it. So does Marty and so does Eric because the only place it would be the same place that we all have the same common file.

So I don't have it, like, like, saved download to my computer. But he -- he clearly was given access by Kevin Weiner to all information, regardless if I gave it to him or not. So it would be the same spot I would look. He could look. I

J. SIMPSON

don't know.

But definitely it was not 1640 Motors LLC that owns it. 1640 Motors LLC, as I said to you, I'm not even sure it has a signed operating agreement. I don't -- 1640 Commercial was established.

Now it's some -- some dream by -- by Marty Bunin and some story he loves to tell. He's a very good actor. It was formed for one reason. Let me tell you what it was -- was formed.

The insurance folks told us from a risk perspective that they didn't want to have any sort of vehicles for service or anything else like it to be part of 1640 Motors LLC because it was better to segregate the risk. And for insurance, they wanted us to create a new entity.

And again, Jared, was out of balance of a million dollars in 1640 Motors. I -- it was this fictitious thought that anybody has anything here other than entities controlled by me is -- is just a mockery.

J. SIMPSON

And shame on the receiver for thinking so. And shame on you for asking for receiver, gosh. Shame on you, both -- all of you. You had no authority to ask for it.

Q So I'm going to show you, Mr. Simpson, another document. Give me -- bear with me. Give me a second. Okay. This is what I'm going to -- this is a document that's being marked as Defendant's Exhibit N it's a photograph. Do you --

(Defendant Exhibit N was marked for identification.)

A Why were you stalking my house? Let's start there.

Q Do you see the photograph?

A Why are you stalking my house? Why are you stalking my house? Who gives you authority to stalk my house?

Q Do you see the photograph, Mr. Simpson?

A I do.

Q And is this your house --

Page 358

J. SIMPSON

A   It is.

Q   -- depicted in the picture?

A   Under -- under 266 WMTR LLC. It's not my personal house. But under the LLC, it is me for and my wife.

Q   And what's the address of that house?

A   266 Water Mill Towd Road.

Q   And these vehicles that you see in park there, were any of those vehicles ever at the Rever Motors location at 1640 Montauk Highway?

A   Well, I -- let me ask you a stupid question. How can I possibly give you an answer to that question based upon the fact that they're all covered up?

Q   I'm saying you can see this one on the left. You can see the end of the one on the left.

A   I have -- I have three Triumph TR4s. So I don't know if that one was there or not. But I have three of them, and two of them are green. So I don't know if that was there or not.

Page 359

J. SIMPSON

Q   And before the receiver was appointed, was it typical for you to have vehicles stored here in your driveway of your house like this?

A   Yeah. I have a bunch of cars. I add onto my garage for a reason. Jared's fictitious tale about I own two cars is a joke. I've -- I've been buying cars for a long time. And my son's dune buggy's there. The red bars, you see it right there. That's my son's dune buggy, which I since sold.

That white motorcycle was something that I bought. It's nothing to do with Rever Motors or anything. And then my kids played with it, and we sold it for a thousand dollars.

So yeah. I've always -- I like cars. I don't -- I'm a golf club guy. I -- I like old cars that are cheap. That's what I like to do. So -- and by the way, in the time I ran Rever Motors, I did bring cars home to work on them to do work on the vehicles in my garage many a

Page 360

J. SIMPSON

times too after hours.

I work 15 hours a day. I'm like you all. And -- and I got stuff done. So yeah. It's not uncommon at all. But I -- you know, as far as customers' cars, as far as those cars being Rever Motors versus mine, I doubt there were anything there that would be Rever Motors under those covers. But I don't know.

And again, I have three Triumph TR4s that cost about a thousand dollars each. Was that one ever Rever Motors for a minute? It could have been. I don't know. I have three of them. Two of them are green.

Q   I want to show you --

A   And under the covers, I can't tell you specifically. One looks like -- by the way, one looks like a car that -- that is at Rever Motors. But I have one just like it called a TVR. I have a red TVR that has never been at Rever Motors that I bought way after all this. And there is one at -- at Rever

Page 361

J. SIMPSON

Motors that's a blue one. It's not related to it.

Q   Okay. I want to show you what's been marked as Defendant's Exhibit O.

(Defendant Exhibit O was marked for identification.)

A   Again, more stalking.

Q   This --

A   More -- more stalking of my house. Yeah. Okay.

Q   Is this also --

A   I'm going to take -- I'm going to take pictures of your house. I can take pictures of your house. How about that? Who the -- who gives you the authority to take pictures of my house?

THE WITNESS: Is this allowed, Alec? Are they allowed to take pictures of my house and use it this way?

MR. OSTROW: Okay. Jeff, Jeff, just answer questions if you can.

BY MR. SCHWARTZ:

Q   So this document, as you can see, was filed on NYSCEF back in July of

J. SIMPSON

2025. Can you describe -- what is this vehicle in your --

A    1640 Motors LLC -- 1640 Commercial LLC tow truck. I told you. I -- I was very clear about it. 1640 Commercial LLC tow truck. That is not part of any order or anything.

Q    And this tow truck --

A    Yeah.

Q    This tow truck, when did you start keeping it by your house?

A    I used to use it all the time. I used it at my house. Oh, you could ask the people that worked for me. I used to use it regularly. I -- I mean it's just -- it was not uncommon for me to have it there.

Q    Who can we ask that used to work with that would say that you used to keep the tow truck by your house?

A    I think any of the workers that used to be there would tell you that they would see me leave during the day at times to bring cars to and from. If it was a

J. SIMPSON

customer's, it was my house, or a vendor that worked with us.

I didn't let anyone use the tow truck because the insurance was too expensive. So at -- after we took the insurance off of it, because it was, like, $20,000 a year, you know, when we had a dealer's plate, we had a license and all that good stuff, I would put the dealer's plate on it and use it, only me because I was worried about the risk.

So I was the only one that drove it. So anyone that used to work for me on Rever Motors. You could ask Jackson Whitehead as an example, who used to be in the office. He would help me unload it at times, help me load it at times.

I mean, I used to use the truck pretty regularly. I didn't take it more than 5 miles because it wasn't safe enough to take it more than 5 miles. I had a lot of issues. But yeah, no. I did use it pretty often to bring things back and forth.

J. SIMPSON

That's not uncommon for someone to even bring -- someone who has a car business might bring a car home to test drive it, which I do even now. I -- I take the car here to there with permission from people. So no. I don't understand what the issue is.

But again, 1640 Commercial is the one that owns this truck. Not 1640 Motors. So what are we talking about here? There's a court order of 1640 Commercial never was.

Q    And you --

A    There's litigation about it.

Q    You bought this vehicle in 2022. Where did the funds come to purchase it?

A    I don't know. I -- I can't source that off -- off the back of my hand. But again, it doesn't actually matter. You know why it doesn't matter, Mr. Schwartz? Because look at the sums of money in total that Chassen had in the business versus me under his own admission.

J. SIMPSON

Q    Did Mr. --

A    He was short by a lot of money. So it didn't matter because I -- because he was so short in money that even -- even if I put $200,000 in my pocket, it didn't catch me up for the -- the amount of money he was short in the business. It wouldn't have mattered because the other person to fund the business was me. If you asked --

Q    Did Mr. --

A    -- how the money was brought to the business after Chassen had made some -- he did make some payments initially. He ran out of money. He went way over his head by 36 years old, way over his head. Two houses, two and a half, three million dollars each, four million dollars each. Two new cars house in Florida for his mother-in-law, you name it, a condo, 550. He could afford all that stuff. He went way over his head.

Q    Did Mr. Chassen contribute to the tow truck, the purchase of the tow truck?

92 (Pages 362 - 365)

J. SIMPSON

A I have no idea. It wouldn't be classified that way. Just so you know, it doesn't get classified that way. The way it would've gotten classified was if there was a contribution. This is Jared's own calculation, his own admissions.

The way it would've been is if he made contribution as we reviewed with him. If he made a contribution for money, it was fungible. It wasn't for a specific issue. Like he pretends. Again, since you know nothing about corporate structure or my company, it was never built that way.

If he put $10,000 into the JJ Arch controlled entities under section -- section 4 under capitals.

THE WITNESS: Hope, Marty, you aren't even listening because you refuse to ever listen about waterfalls or distributions the entire time you've been involved. And it's pretty godawful that you haven't looked at any of these things. You're holding money hostage. Hope you're

J. SIMPSON

listening very carefully now.

On the capital contributions, it's very clear. There's only one person that can call capital, and his name's Jeffrey Simpson. Then under -- then where it talks about the -- the balancing of equities, each member LLC doesn't have any governance. It's all under JJ Arch.

So each of those LLCs where we -- we definitively have a single member LLC refers back to JJ Arch. So the balancing concept, Chassen was onto the right track where he says, "I'm out of balance."

And he starts allocating money on a per property or poor business basis, which is fine. And he is sum totaled that amount of money of six hundred something a thousand dollars. He was out of balance before the member loan -- I'm sorry, before the line of credit of 500,000 of his -- of a million.

So it wouldn't matter if he put $10,000 for a tow truck or not. In totality, he came to me crying on his

J. SIMPSON

knees, I'm sure there were witnesses in the office, saying to me, "I don't know what to do. I'm out of money." And I said to him, "How do I make it better for you?" Because that's always what I did, did for him for years. Okay.

And he came up with cocamide agreement that was his -- again, his own crazy idea. But it would not matter if he contributed a dollar or not. If he was out of balance and he took distributions, it's over.

If he was out of balance and he didn't true it up, he knew the results. And that's what he asked for the August 1st contract. I didn't draft it. I didn't ask for it. It was his concoction.

Ask him what happened when he came to me and told me he was out of balance. You know what I said, "I don't care, don't worry about it. It's fine." Because I trusted him, which was a big mistake.
//

J. SIMPSON

BY MR. SCHWARTZ:

Q Mr. Simpson, from May 15, 2025, through the present, you removed no vehicles from the 1640 Montauk premises. Is that correct?

A I told you I don't know the date. I told you I don't know the date. And I told you I believe there's more than one order, and I can't look at it in a vacuum; and I can't do it this way. And I'm not a lawyer.

So there's multiple orders that happened around that time. And I told you that there's a -- there's a line of sand that happened somewhere around June. It might be July. I think it was June, somewhere in that zone of time, the six or seven in front of it. I don't think it was May. That I never went back to that property ever again other than -- other than the time that Judge Beckerman authorized me to do so.

And so I can't tell you the dates. I don't have them in front of me.

93 (Pages 366 - 369)

J. SIMPSON

I could probably try to figure it out. But I have not pulled a single thing. I haven't gone there, again, other than with the permission of the Court. So how would --

Q  After the receiver was --

A  How would I have taken cars there? How would I have taken cars there if I wasn't there?

Q  Well, do you remember if you did it, or you you don't remember; or you can definitively say you didn't do it?

A  No. I'm telling you from -- there are multiple orders. As I said, this is the first order you presented to me. There's multiple orders.

And again, during the time in which there was an order and we removed and I believe that it wasn't in effect, regardless of what Judge Cohen says or the confusion that the lawyer said or this or that and, you know, based on what the sheriff told us, the Southampton police, et cetera.

J. SIMPSON

It -- it's certainly possible that -- that between the period X and period Y that I did remove a vehicle that was mine from the premises. I just don't know the dates. What I'm telling you is when there was a definitive --

Q  So --

A  Let me finish, please. When there was a definitive direction and you all had the nerve to try to suggest I should go to Rikers Island, which was absurd, beyond absurd because you all belong there because I've never done wrong in my life. Okay.

Besides the -- actually you guys have tried to ruin my life. Okay. And self-help you've done and the theft you've done should have been reported. A state police told me I have a judge problem. Okay.

That moment forward, I never went back to the premises other than Judge Beckerman's order. I went the one time for two hours. Before that, where there

J. SIMPSON

was confusion, I was there. I -- that is undoubtedly true I was there, you know, during those periods of time.

And, you know, I operated an ordinary course to keep things alive. But it was limited because of, again, Huebscher stealing the money from the bank account, Huebscher stealing the mail, Huebscher doing all these things that no one seemed to think was okay other than Huebscher and Marty.

Q  Okay. But okay. So while the case was removed, Simpson v. Chassen in front of Judge Cohen to federal court, did you sell any vehicle during that, those periods of time while the case --

A  I don't know.

Q  -- moved to federal court?

A  I -- I don't know. It'd be the bank statement if I did. I don't know. The bank statements would --

Q  Did you remove -- during those periods of time while the case was removed to federal court, did you remove any

J. SIMPSON

vehicles from the Rever Motors premises?

A  I -- I don't remember. I really don't remember. I'm sorry. I don't know. During that two-month period, I don't remember.

Q  While the case was removed to federal court, do you recall --

A  Again that during two-month period, I don't remember.

Q  Did you take any items out of the premises at 1640 Montauk Highway?

A  I don't remember. Other than I can tell you definitively, there were customers that -- that took their cars, customers demanded their cars, customers threatened for their cars. So it -- those were definitely removed from the site.

As far as me taking anything, I don't remember. I was very careful to not take anything because I wouldn't want risks that I recall. But again, I don't know.

I -- I have to really go back and look at it carefully and look at dates

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

or photos or documentation e-mails to tell you in a short period of time what did or didn't occur. Because I don't remember.

Q Can you --

A But certainly, certainly nothing of substance. If it may have been like -- if it was a vehicle of mine that belonged to me with my name or whatever, like, it's possible. But again, I don't know the dates. I don't remember the dates. So it's all sort of messy and foggy for me. I don't know the exact dates. I don't know.

By the way, what we're not talking about here is the stuff I've brought back to Rever Motors. Don't you want to hear about that? Oh, yeah. When Camacho stole a bunch of stuff, I went and retrieved it where I heard through former workers that Camacho took stuff and put it in a pizza shop basement in Shirley, New York.

And I went and met the -- the Seventh District Suffolk police there.

J. SIMPSON

And they were skeptical like I was. That turned out another former employee that Camacho was friendly with, who was allegedly going to work for the business again, but changed his mind. Thank you, I guess what Jared did to Camacho.

And he claimed he had stuff in the basement, wasn't mine or business related in any way. And then I showed pictures to police of G Wagon wheels, and guess what they found in the basement? G Wagon wheels and tires. I wonder why, because Chassen wanted them.

And then the guy changed his position, said, "Oh yeah, those are not mine. Those belong to Jeff or the business, et cetera. But he could come take them." I said, "What do I do with this stuff?" They're like, "Well, you want to leave it here?" I said, "I don't know. Everything's sort of contentious."

So I actually drove to Southampton Police Department. I wanted to bring it to them. Okay. Because they

J. SIMPSON

didn't do their job because everyone's scared because of all the corruption that you've caused here. And I said, "What do I do with these contents?"

And they said, "Why don't we send an officer to meet you at 1640 Motors??" And then I said, "Okay." And then I brought the stuff that I retrieved from that basement and put it back into the building. Yeah. It was Land Rover wheels, Mercedes wheels, et cetera. Yeah.

So again, why -- why was so many Mercedes G Wagon parts taken? I wonder why, why was a car -- a car scavenger its G Wagon? I wonder why.

Q So it's your position --

A Interesting testimony was given two days, yeah.

Q -- you brought vehicles to Rever Motors, but during the period the receiver was appointed; but you didn't take any vehicles out of Rever Motors while the receiver was appointed?

A What I just said -- what I just

J. SIMPSON

said to you was something very different. I said to you I brought contents back that I retrieved from theft. And those contents were -- some belonged to the business.

For example, I remember there was some wheels and tires. There was, like, a bunch of them that were in the basement. And I loaded the back of my truck as much as I could. I didn't expect to go and find this stuff. And I brought it back to the property.

There was also a set of wheels and tires belonged to the same person that had the silver G Wagon that was stolen. And he wanted to take those -- those with him home. And he wanted to take his truck home. And he told Eric Huebscher taking his truck, et cetera. And I helped to facilitate that. And that was all done through police reports, et cetera.

So those things were brought back to the property. But then it was given to the customer to take home

95 (Pages 374 - 377)

J. SIMPSON
properly and reported it properly.
And no. I don't trust Eric
Huebscher. So the police was notified,
and he -- they called Eric Huebscher
because I wasn't going to. So I brought
stuff back to the property, yes, that was
stolen, right, because when you all
planned --
Q Which officer did you contact?
Which officer did you contact?
A I didn't -- it doesn't work like
that. You call 9-1-1, and they would
assign people to the case. But I could
tell you explicitly that the lack of
willingness to put -- to put pressure on
you all, including you Schwartz, was
pretty -- pretty significant in my mind.
And it -- it got elevated pretty high to
the town attorney. It got elevated to the
head of patrol Todd Spencer [ph].
And -- and yeah, you heard from
Detective Wilson a couple of times. So
did Chassen; right? He was detective. I
was -- another detective named Detective

J. SIMPSON
Gory [ph]. I got to know a bunch of them.
I called them almost 20 times.
Oh, and it's better. Marty
Bunin and -- and Eric Huebscher decided to
tell the police that I took a customer's
car off the property. It was at my house.
And they came to my house at 9:30 at night
harassing me. The one time they called
me.
And I was like, "What are you
doing here?" They were nasty as heck to
me. And they said a red Land Rover I
took. I said, "I didn't take anything."
Well, you all played this little game with
the guy from South Carolina. The car was
sitting in the exact same spot where it
always was.
They sent flyers around town
looking for a vehicle. And then finally
after I called Todd Spencer [ph] at
patrol, I said, "Mr. Spencer [ph], the
vehicle's in the same spot." I drove by
the property. I did not step foot on the
property. The police did. And they told

J. SIMPSON
Huebscher. And they went there, and a
special unit called CRO went there. This
was great.
They looked at me, shook their
head. They said, "What the heck's going
on? This is the exact car that people are
saying stolen. And we're bringing flyers
around, and the car is on the premises in
the same spot you said it was. How did
this all happen?"
I looked at them and said -- I
said, "Something that doesn't smell
right." Hello, hello, hello,
Mr. Schwartz. Nothing smells right here.
It's all game games with you all.
Q But Mr. --
A That was a guy from South
Carolina, a red truck that was purported,
stolen. It wasn't stolen. It was in the
same spot. This is the games you all
played.
Q Didn't you sue Timothy
Wilson [ph], Officer Wilson [ph]?
A Timothy Wilson [ph] physically

J. SIMPSON
grabbed me in frustration of this
circumstances here. He physically hurt
me, which was completely uncalled for
because he, I believe, is so frustrated
with the amount of calls and issues that
have been raised because of the stuff you
guys pull, which is always in the dark in
some game. And he couldn't solve it.
And frankly, he was upset that I
did his work for him on multiple occasions
where I solved for him stuff that was
taken off the premises. And I found those
items and called police in other
districts, including the Seventh District
of Suffolk County. And he felt
embarrassed by it.
And yes. I made a complaint
about him for physically grabbing me and
screaming at me, which was awful. No one
should be attacked that way when I've
called them for help. And you know why
that happened? Because Marty Bunin, that
wonderful man who's sitting here with you,
called and made some threat about doing

96 (Pages 378 - 381)

Page 382

J. SIMPSON

something to me through the Sheriff's Department.

That was totally inappropriate. And you know what -- you know what Wilson's [ph] senior officer told me? He said, "Mr. Simpson, did you call the sheriff's office?" I said, "I did." He goes, "What this lawyer's telling you doesn't work like that. Sherrif's Office doesn't come to your house and start entering your premises and doing things they call you. There's a process."

I know. I called the sheriff's office. Bunin here loves to play his dirty little games and act. He comes off such a -- such a calm voice as if he's telling the truth. He lies about everything. So he makes some threat last year. I don't know what it was.

And -- and he caused such disruption with Wilson [ph], that Wilson [ph] summoned me there. I said, "Are you going to arrest me?" He said, "No. I want to talk to you." And because

Page 383

J. SIMPSON

I called him for help saying this Bunin guy's threatening Ben Rajotte, which is threatening me that I'm having people come to my house for what purpose?

And -- and he got upset and grabbed me physically with four police officers watching. And I don't know if they suspended him or not, but it was not pretty. They should not -- he should have never touched me the way he did. I didn't touch him back. He physically grabbed me and threatened me.

Q   You also sue the --
A   It was awful.
Q   -- the Southampton Town Police?
A   Only in conjunction with him. Only in conjunction with him. I like the Southampton Town Police -- Town Police generally. Unfortunately they're all scared by the games that you've played through Brooklyn and through, you know, Seddio and all. They're all scared of the politics.

Nobody -- nobody wants to do

Page 384

J. SIMPSON

anything because the politics here. They don't -- they don't like --
Q   So you think the Southampton Town police weren't responsive enough to you because of Brooklyn politicians?
A   They -- no. Because they -- the civil case confuses them. The civil case confuses them. They don't understand what this judge has done. Officer Kiernan [ph] who came to -- to help me when I called about Eric Huebscher just -- just I don't know how long ago this was, April, when Officer Kiernan [ph] came there.

He said to me, "Jeff, I can't believe this is still going on." The first time he met me, there, he goes, "What the heck's going on here? I read the court order. How could this place get vacated like this? I've been driving by this for years. I never called them. I never needed them for anything."

So they are all generally in shock. The problem they have is that the

Page 385

J. SIMPSON

stuff that Judge Cohen did made no sense to anybody ever other than you and Kevin Weiner. You're the only ones that's ever made sense to. Not one third party lawyer or third party person has ever endorsed what Judge Cohen's done in my case.

It doesn't make sense. It just doesn't make sense. So yeah, if you're Southampton police or you're a third-party police, you're going to give some thought of what is going on politically here. Right? Because Southampton or the Suffolk County DA is on the same whatever as people are in the city. The city's the big city to them.

They're worried about what you all are doing. The New York State police said to me, "You have a judge problem." The highest level of New York State Police said to me, "You have a judge problem" because you, Schwartz, are playing these dirty games and Seddio is playing these dirty games. I can't believe Sam Sprei's in the game.

97 (Pages 382 - 385)

J. SIMPSON

Q So --

A Jared knows him. And I know him.

Q So you think --

A I can't believe he's been the guy that's the front man for you all. I can't believe it.

Q You think that --

A I mean, I guess I can. Too bad that -- that Seddio threw him under the bus just -- just a couple days ago. But I guess you guys will find another goon to -- to act as your front man. It's all good.

Q You think that the -- it sounds like you think the Southampton Town police are affected by political figures located in Brooklyn. Do you all think --

A Yes, they are. They absolutely told me. They absolutely told me that they're not going to mess with the big city. That the big city is concerning to them.

Q Do you think the same of Judge

J. SIMPSON

Jesse Furman of the Southern District of New York? Is he also affected by politicians located in Brooklyn?

A No. So, see, the problem there is -- and I don't know how you're asking these questions because they're way off topic, but if you really want to know the problem there, I'll tell you the problem there, Schwartz.

Two problems. Number one, he gave his order, he read the papers in less than one hour and everybody forgets that your buddies Oak [ph] sued me in the federal court first. Yeah, that actually happened. And Jared told me it was a threat, and you all sued me in federal court.

You're part of it because it's not -- joint defense agreement. But he didn't look at any of that. The other problem is Jesse, from his wife runs my kids' Yeshiva. And that doesn't work as a conflict. And that's why he walked away because I nicely told him I see him at

J. SIMPSON

school events. It's not okay.

Okay. I even wrote a letter saying that you ruled in my favor. I would say the same thing. It's not okay. It's a conflict. So he walked away. Okay. But what he --

Q What about Judge Mastando?

A -- hour? It makes no logical sense.

Q What about Judge Mastando, Judge Vargas?

A Again, they're all relying on Cohen. They all are part of a club with Cohen. And again, I don't know why we're talking about this. This has nothing to do with Reve Motors, but it's all part of a club that you have played the system. And if you look at, like, the cases that are there now, but again, it's my turn. Are you affiliated with Seddio anymore? Are you affiliated with Seddio anymore?

Q So I'm --

A Yes or no?

Q So I'm just trying be clear.

J. SIMPSON

I'm just trying to be clear.

A It's my turn. Since you're off topic, it's my turn.

Q You believe that --

A Tell me about him.

Q -- Judge Vargas and Judge --

A No, no.

Q -- Mastando were affected --

A As the judges said, they don't want to go against another judge. They don't do that. And you guys have the system works so well. You know how many people told me in Brooklyn I bring a million dollars to Sprei, my life will get better.

So you -- I know your system, dude. I know how it works. I'm not stupid. Okay? You're part of it. We both know it. But again, you don't want to answer the questions. I don't need to say anymore. I've already said it a hundred times.

So you know my version, and my version's starting to really stick because

98 (Pages 386 - 389)

J. SIMPSON

other cases are really coming to light. And you have something to worry about probably, but okay. Keep going. What do you got next there, Schwartz?

Q Okay. So --

A Let's get on topic here. If you're not going to answer my questions, I'm answering yours. I would love to know about your relationship with Seddio. Why -- why are you scared to tell me? What are you scared to share? Having this conversation now. Why are you scared to share?

Q Mr. Simpson, I'm taking the deposition here today. You're being deposed today --

A Yeah. But you -- you ran off topic there, bro.

Q -- not me.

A You went way off topic. Way off topic. Why are you asking about Judge Furman? What does Judge Furman have to do with 1640 Motors? What does Judge Vargas have to do with 1640 Motors?

J. SIMPSON

Q They --

A So you want to go off topic? I'm going to ask you about Seddio, and I'm going to ask you about Sprei and your relationship to Judge Borrok.

Q So Mr. --

A Okay. Go ahead.

Q So --

A Your time, what more do you want to talk about there, Schwartz?

Q So --

A This is so much fun. What else do you want go?

Q Did the Southampton Town Police do anything about your claims that vehicles were stolen or that the receiver --

A Yes.

Q -- had done very --

A They arrested Camacho.

Q What did they do>

A They arrested Camacho, which I told them they had the wrong guy. I told them Chassen is the right guy with

J. SIMPSON

Huebscher.

Q Okay. Other than arresting Camacho, did they do anything else?

A They took reports. They took reports and ultimately decided it was civil and didn't want to get involved in civil case.

Q And why did Officer Wilson [ph] grab you?

A I already told you.

Q What prompted him to grab you?

A I already told you because he felt upset that on two occasions I did his job for him. Meaning he should have dealt with the red Land Rover, that they were sending flyers around town about that someone tried to say I stole it.

Marty Bunin suggested this nonsense, Scott Charlotte [ph], that I took a vehicle that the police came and bothered me, 9:30 at night in my house, but it was sitting in the same spot, and five different officers didn't get it. And then I got an apology from people.

J. SIMPSON

So he felt bad about that. He felt bad about the fact that, again, I went to the Seventh District in Suffolk County, which made him look like an idiot where they -- where I called the police and said, "I have acknowledged there maybe things stolen here." They said to me, "Why are you here? Southampton Police should be here."

I said, "I don't know. They -- they tell me they're not going to do anything; right? They -- they don't want to touch it." And they said, all right, well, what's going on? And then the guy walks out, he used to work for us at 1640 Motors named Oscar [ph]. Guy says hi to me.

They said, what's going on here? I said, he's got stuff there. So what do you think? And I showed him some pictures of items I thought were stolen. And they asked him, he went in the basement.

And again, as I told you, he didn't like the fact that he didn't do his

J. SIMPSON

job and I did his job. And he didn't like that. He -- I guess he just felt like, you know, this is too much.

And unfortunately, you all with your games with Judge Cohen make no logical sense. So it's a lot of resources that were used. I told Todd Spencer. I told the town attorney, it made a little logical sense. None of them think it makes logical sense.

But again, what are they going to do about it? Right. Arresting Mr. Chassen arresting you. That's what they should do. You sure? Absolutely. But with the civil case, that's how it works in criminal court with some of these things. With some of things.

But there's more that goes above and beyond. And yes. Your political ties are pretty strong there with Seddio. It's pretty deep. I've come to learn.

Q    Okay. Mr. Simpson, let's take a five-minute break.

A    Go talk to Seddio. Tell him I

J. SIMPSON

said hi. Okay? We can meet at his office on Sunday.

Q    Mr. Simpson, I'm not responding --

MR. OSTROW: All right. We are back at -- wait, okay. It's 5:12 now. Shall we just make it an even 5:20?

MR. SCHWARTZ: Yeah, sure.

MR. OSTROW: Okay, 5:20.

THE REPORTER: Okay. I'm off the record, everyone, 5:12.

(Off the record.)

THE REPORTER: So I'm back on the record. It's 5:26.

BY MR. SCHWARTZ:

Q    All right. Mr. Simpson, I'm going to show you what is going to be marked as Defendant's Exhibit A2. If you could take a look at it. Do you see this document?

(Defendant Exhibit A2 was marked for identification.)

A    So far not. I see a blank piece of paper.

J. SIMPSON

Q    Yes. I'm going to scroll down. Now do you see the second page?

A    Yeah.

Q    And I'll scroll through the rest of it.

A    Sure.

Q    Is this the -- is the Instagram name for Rever Motors, was it RM Hamptons?

A    I think so. I mean, I -- I honestly didn't post myself very often. There was a third party person that did it. So I -- I don't remember again with this kind of technology stuff, but I believe so, and I don't think it's been active for quite some time.

Q    Do you know who's a third party technology person that posts these things for Rever Motors?

A    It wasn't a third party technology person. It was -- it was a more of a content producer, and her name was Sam Busiello. You may remember the name, B-U-S-I-E-L-L-O.

And she worked as a consultant,

J. SIMPSON

and she was one of the people that Eric Huebscher decided to pay, but he didn't pay any of the staff members, but he paid her.

And you may remember that came up about a year ago. And she was the person who took photography and she would do the Instagram postings, and it helped our business. That was -- that was the purpose of her activity because I don't really do this stuff well.

Q    So something like this where there's going to be a live auction, would she do that? Would she just decide to do that on her own, or would you --

A    No, no, no, no, no, no. I mean, if we were -- if we were facilitating something, no, she would help curate when we were selling different things, you know? Yeah, no. She didn't just randomly do it. It was -- it was only based upon whatever product we had ready to be sold. I --

Q    So you had products; right? So

Veritext Legal Solutions
800-727-6396                www.veritext.com                212-267-6868

Page 398

J. SIMPSON
the business had products to be sold, you would contact her and then she would be able to -- she would set up the campaign on Instagram. Is that a fair statement?

A Not quite. I -- you know, she would not work that way. She needed sort of regular income. So she worked usually, like, it was varied by the week, but usually 20 hours a week, sometimes 15 hours a week.

She had an LLC, I think. And so she would help out with Instagram. She would help out if we had website work to do at times. She would oftentimes take photography to think of how -- how to help the brand.

But, you know, she -- she was usually in the office, you know, it could be five to ten hours a week for probably a year. I don't know, somewhere. It wasn't, like, three months. It wasn't two or three years, but it was probably like eight to 14 months. I don't remember the exact period of time.

Page 399

J. SIMPSON
But -- but yeah. I'm not good with those things. And she would -- she would help build, you know, a campaign to keep the business flowing. It's not uncommon in a business to have someone do that. And -- and we couldn't afford a full-time person. So she -- we were one of her clients.

Q Okay. So Ms. Busiello effectively works, let's, say part-time for you. Would that be --

A She worked as a consultant. She worked as a consultant. And -- and apparently Eric gave her final payment, which she sought me for. And I told her I couldn't give it to her because I -- I had this court order that didn't allow me to do that.

So she went to Eric and Eric paid her. This came up in the New York State Court action, you know, a year -- more than a year ago. It was a year ago. Whenever it was, a year ago or so.

Page 400

J. SIMPSON
Vut yeah, so she -- she was the one that did this for the most part because, again, Jared did whatever limited Instagram stuff we had prior, who would do occasionally. But she was trying to help us build a brand, you know, as on a regular basis.

So contrary to what Jared said about junkyard all that crap, it's all wrong. You can't have people call me and say they're shocked to see what's going on there. They were thrilled with our products and thrilled with what we sold, and we sold things cheaper and better than other people.

So that's all misnomers. And she helped me develop the brand further. That was her role. So what -- just a question about this.

Q So something like -- so let's say, let's look at this live auction, like, this live auction. And then it says it's a 1951 Matchless G80 with swallow jet 80 sidecar.

Page 401

J. SIMPSON
A Yes.

Q What's that referring to?

A This was a motorcycle that was a -- it was a consignment, very sort of interesting rare British motorcycle that we sold for some money. It was -- it was some work to fix it. He paid us for the work, and then we sold it through a website called Bring a Trailer, which has not been uncommon for us to sell things there.

And unfortunately when we got the money, all that, like, just the timing was wrong. And the -- the guy who owned the -- the motorcycle never got paid. And I referred him to Eric Huebscher. He's actually at a big law firm. I can't remember his name, and I never heard from ever again.

But we -- you know, he was very upset. I was upset too. But, you know, the bank account got swiped entirely when a business in the middle of operations to have someone come in and just take all the

101 (Pages 398 - 401)

J. SIMPSON

money unannounced, just randomly and no transition, no care for anything. It causes a lot of destruction.

And this -- this motorcycle is a perfect example where a nice guy that had a very interesting motorcycle who was I think a litigator in the city. He had no idea how to fix it. Took us a while to figure it out. We did.

We didn't charge him much. Then we made a few dollars in the assignment as a -- as a company. But it wasn't a lot of money that we made a profit. But I don't think he ever got paid.

Q So an auction like this, how did -- this auction, for example, how would something like this get posted? You would contact Ms. Busiello, tell her about the vehicle, and then she would post it on Instagram? Is that how that would happen?

A Well, no. One -- go one step further back, what happened is that she would always look at inventory that was going to be ready for sale. And

J. SIMPSON

the -- the business contrary to what everyone else who spoke, who -- who doesn't know, coming from the guy who learned how this business worked, it's not a secret.

We -- we made money in three different ways. One, we only did major service work because regular service work -- and to Jared's point, I never changed oil in anyone's car. That's a joke. I could build things from scratch. I don't change people's oil.

THE WITNESS: It was funny, Jared. Thank you.

We would do major service work like swapping engines or like 10,000, $15,000 or more. We would take on those kind of contracts in like a engine swap, mystery swap only in beach vehicles, which is what we specialized in Land Rovers, G Wagons, and -- and convertibles.

And then the other -- the other part of it, the two other parts of it were we would -- we would build vehicles from

J. SIMPSON

scratch. But usually there was a customer that would give us, like, a contract that we would build their vehicle from soup to nuts. And they would ask for a certain spec and they would give us deposit. And we each got progress payments, like anything else that's built sort of beginning to end.

And then, you know, the final bucket was, you know, we would sell things that were, you know, on our own, you know, so-called lot. But we rarely sold things like a used car dealer. Rarely, I mean, maybe one every two, three months. If we had something that was worthy of a sale, we oftentimes would do it as an auction. Or again, people would come by and say, "I like that, I want one of those."

But we rarely had product that was finished available. So anytime, like as I told the New York State Court in November of 2024, I had this nailed down. I had $600,000 of contracts for like six vehicles. And that was a great milestone

J. SIMPSON

for this business. And that didn't include any other revenue.

The view was that those six people, we would build their cars in six months, which was a turnaround time faster than anybody else. No one else built locally other than us. And us, meaning I was very actively involved in the building of every part of it, painting, upholstery, you name it. We did it all.

And people liked our work product and they referred us. So -- and then the third bucket was we would occasionally do consignment or sale of our own product, but those would be cheaper things. The Bring a Trailer was -- is like a eBay. You -- it's an online auction that's seven days. It's curated, it takes weeks to develop.

So it always required a lot of photographs. Usually hundreds of photographs when you're doing online auctions. So Sam would take the pictures of the vehicles. She was a photographer

102 (Pages 402 - 405)

J. SIMPSON

and an artist with background. So she would take all the pictures of the vehicle when it was ready. She would take videos of it.

So she would help us with those processes. And then she would, you know, market it on -- on Instagram or anywhere else as well to try to, you know, evolve the process to maximize proceeds. But you know, if we did an assignment or something else, you know, the person who owned the vehicle would get the majority of the money, right. Depending upon the circumstance.

So those were our three ways of making money. Lots of times we didn't have to advertise anything. Our bigger sales never advertised. Someone come buy, they see what we were doing, they say I want one of those, how much does it cost? What's the timeframe? Et cetera, et cetera. And we were very good at it. So thank you for all ruining it.

//

J. SIMPSON

BY MR. SCHWARTZ:

Q   So would Sam, would she do these posts at your direction? Would you direct her?

A   She did the post, yes. She did the post. I directed her --

Q   You would tell her, and she would do it?

A   I would direct her on the posts. I would direct her on if we had an auction. Like I would -- she was not very technically inclined.

So I would give her whatever specs were needed and I would help her curate the -- the listing that we would have. And if it was an auction and she would, you know, try to put together the digital marketing for it. Yeah.

Q   So, for example, this live auction, so you're saying it never went forward, or it did go forward? This one?

A   No, it did, it did. I just don't know the dates here. I'm not sure about the dates. Like I -- I don't have

J. SIMPSON

to see a date here, but this -- this motorcycle was sold.

I just don't remember when. And I don't think it was like July. I think it was earlier. I think it was maybe March, but I don't know. I don't know the exact timing of it.

And -- and the process with this kind of auction is it's like three weeks in advance. So it's not the kind of thing you shut down in the middle. So if this was live during the receiver thing, you know, it wouldn't be the kind of thing you could just like call them and be like, "just kidding, shut it down." Especially it was a customer's thing.

Like again, nothing works in any business to just shut it down in the middle randomly because some dude named Eric Huebscher shows up and tries to just steamroll his way through it. No business that has any success would ever work like that.

These pictures are gorgeous and

J. SIMPSON

these pictures I'm proud of.

Q   So let me ask a question.

A   So she put these together, yeah.

Q   The picture on the upper left corner?

A   Yes.

Q   That vehicle, where is that vehicle right now?

A   The motorcycle, the - -the red one?

Q   Yeah.

A   That's the Matchless. That was sent to the purchaser. There was a third party purchaser through Bring a Trailer auction and it was sent to the -- the owner, whoever paid for it. And the money went into the -- into the 1640 account.

Q   When?

A   And we were supposed to make a payment. I don't have the date. I can look it up if, if I could -- if I don't have access to that stuff anymore. But this -- this would've been early '25, sometime early '25. I can't give you the

J. SIMPSON

exact date.

But it was not ours. It was a third party. It went through Bring a Trailer auction process.

Q   What about this Land Rover in the upper middle?

A   Yes.

Q   Where is that now?

A   I don't want to say the name here. Marty Bunin knows the name of the person, and I don't think it' in a great -- he's not a bad person. There was just some threats that came in and we resolved them, but I don't think it's good to put on the record.

But this is -- this was not our vehicle, this was a vehicle that was given to us by a company in New Jersey that we built from scratch, more or less. We -- we paid them. I think we sold this vehicle, let say $65,000 in one day. When it was done. We built it on spec. The person who bought it was very excited by it.

J. SIMPSON

This is the vehicle I'd mentioned earlier in this conversation that we need to finish it. It was really close to finish and the guy was making threats and Ben Rajotte spoke to Marty Bunin about it.

Marty may not remember. There's e-mails about it. And we got it done. We got it done. I mean, I did it myself personally. Nobody else. Finished up the interior of the car, delivered it to the vehicle, to the individual, and then we made payments to the people that gave us the vehicle.

These people got shorted money also because again, when the -- if business is flowing cash, right, we gave a split to the person that gave us the vehicle of, like, 15,000 upfront. And then we were supposed to give them another piece of the pie and the tail end of this.

But again, the bank account got completely taken over without anybody asking any questions about who's owed

J. SIMPSON

money or anything. It just got --

Q   When was this sold? When was this sold?

A   The initial sale in this vehicle would've been probably in -- in May or March or April. I don't know. I'd have to -- I'd have to see. But it was -- it was earlier in the process. It could have been March. It could have been February. I -- I don't know. But it -- because of all the dysfunction, it didn't get out before --

Q   2026 or 2025. Which year when you say --

A   No. I haven't been there in 2026. It was 2025. So I haven't been there in a year other than one time materially in a year, you know.

So no. This was -- this was sold in early -- this was -- it was like a one -- it was like our last sort of build sale that was probably -- I think it was like $65,000 I think. I think the contract was done in February or March. I

J. SIMPSON

don't know the exact date.

And then it was supposed to be a quick finish. And it was, other than the fact that with all the noise staff getting pushed the sidelines and everything else, people disappearing. It -- it took a time to finish something that should have taken a day or two.

So this was a sale that happened definitely before the receivership was in installed for sure. And again, we had many dialogues with Marty Bunin through Ben Rajotte about the buyer and the type of threats he made, which nothing terrible, but it just was concerning and I think everyone agreed it was the best interest just to get it done and get the vehicle to him as we did. And that was it.

Q   What about the one below that in the middle? When was that sold?

A   I'm sorry, the black one?

Q   Yeah. Strike that. Where is that vehicle right now?

104 (Pages 410 - 413)

J. SIMPSON

A    I don't know.

Q    The black one.

A    I'm assuming NextGear.  I'm assuming NextGear.  This is --

Q    So you don't know?

A    This -- this is a vehicle that NextGear had financing on and they, I believe, took it away as part of their repossession, but I'm not sure.  It wasn't -- it hasn't been there from some time, from what I could see.

It's sad because I did a lot of work on it and whatever, but it is what it's, and to be clear, Jared said, change the oil.  I designed everything we did there.  If you go back to your little pictures over there, look at that little Land Rover logo.  I built that.  I mean, every single thing you see here was curated by me and only me so --

Q    Where is the tow truck?  The tow truck that you said is owned by 1640 Commercial Motors, where is that tow truck right now?

J. SIMPSON

THE WITNESS:  So, Alec, do I need to answer that question if it's not 1640 Motors?

MR. OSTROW:  Yeah.  Answer the question.

THE WITNESS:  Okay.  So it -- it was at a place there where I -- where I've been renting remotely, sort of temporarily for storage; but it had issues with it.  The engine actually sort of blew up as far as we had issues overheating over time.

And it turned out that I ended up trading it for some parts to somebody up in Massachusetts a few months back because it just that once the engine blew, it was worth very little.  But yeah.

It may have -- it may have been last month.  I don't know.  It was -- it was recent.  It wasn't that long go.  And again, at 1640 Commercial.  It was not 1640 Motors in any way.  And the blown engine, it had very little value.

BY MR. SCHWARTZ:

Q    So where was it located before

J. SIMPSON

you traded it away?

A    It was in my house for a while, as you saw in the picture.  And then I really -- we want to talk about where Jared works, then we'll talk about where I have doing some work.

I don't feel at all proper sharing with you all where I have any work going on today.  And I'm not going to answer that question because I don't think I need to, and I don't trust you.

Q    Okay, so --

A    So it was at a place, it was at a place that I control and where I had storage and that's where it was.  And it's local in the Hamptons and it was local.  And I don't trust you all to share addresses if I don't need to.

Q    Are you're currently operating a business doing the --

A    I'm not operating a business.  That's not what I said.  I said where I have storage, and I have a space where I utilize as I need it.  So anything I do is

J. SIMPSON

on my MORs.  And I'm sure you've looked at them.  You've asked questions about them, if you have questions, you could review the MORs and go there.  But what --

Q    Aare you operating a business?

A    Is Jared Chassen working?

Q    I'm asking if you're operating a business.

A    I'm asking is Jared Chassen working?

Q    You're -- again, I'm asking again if you are operating --

A    Again, he didn't answer the question.  Why do I have to answer the question?

THE WITNESS:  Alec?

BY MR. SCHWARTZ:

Q    Are you operating a business?

THE WITNESS:  Look, Alec, look, look --

MR. OSTROW:  Time out --

THE WITNESS:  If Jared doesn't tell us where he's working, why do I have to answer what I do?

105 (Pages 414 - 417)

J. SIMPSON

MR. OSTROW: Time out. Look, you have filed monthly operating reports.

THE WITNESS: Yes.

MR. OSTROW: All right. You are earning an income.

THE WITNESS: Yes.

MR. OSTROW: So the question is, are you operating a business? Now, maybe that's a legal question that you don't have to answer, but -- or that you can answer if you're able, you know, calls for legal conclusion. But, you know, you're doing thing, and you say that in your monthly operating reports.

THE WITNESS: As I said, in my monthly operating report, it's all there.

MR. OSTROW: So I mean, I think whether that constitutes operating a business may be a legal conclusion, but he is working, he is generating income; and it's reported in the operating reports.

BY MR. SCHWARTZ:

Q   Okay. So I think what kind of business are you operating?

J. SIMPSON

A   I think -- I think we just clarified for you. You could read the monthly operating reports.

Q   Is it --

MR. OSTROW: All right. I'm going to object because it calls for a legal conclusion, but you can ask him what he's doing.

MR. SCHWARTZ: I mean, I don't think it calls for a legal conclusion. I think it's -- but I'll ask --

THE WITNESS: We don't really care what you think. As you know, we don't have any respect for you. But go ahead, ask your questions.

MR. SCHWARTZ: Mr. Simpson, Mr. Simpson, that's not an appropriate thing to say.

THE WITNESS: You're not appropriate. We could go through this again. Ask your questions, and I'll answer when I can.

MR. SCHWARTZ: Yeah. So --

THE WITNESS: Read the monthly operating reports. They're very explicit

J. SIMPSON

and they're very specific.

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: I work very hard on them. You can read them, read the monthly operating reports. I'm working on cars and I'm doing some auto repair as I suggested in my monthly op reports. They're very specific. I spent a lot of time working on them. You can read them.

BY MR. SCHWARTZ:

Q   Are you restoring vintage vehicles?

A   As I said, I am working on cars. I'm working on cars. As I said, I'm a monthly operating report. I am.

Q   Is it vintage vehicles that you are working on? Vintage.

A   I like old cars. Some are mine, some are not mine. I like old cars. I have since I'm 12.

Q   Is it a similar to what you were doing --

A   I don't -- no.

Q   -- at Rever Motors?

J. SIMPSON

A   I -- I do not have a sales business where I sell every single day. I occasionally will help someone facilitate a sale of a car. It's not in my name. That's not mine.

And if something of mine would be sold, have to report it obviously. But I will occasionally help people with their vehicles as I have suggested in my monthly operating reports. And yeah. I'm going to do what I know how to do and there's nothing wrong with that.

So I know real estate, I know mechanical, I know a lot of things. And if I'm building cars and which I -- I definitely have been working on vehicles. Where -- where's the mystique? What's your question? Again, the operating report gives as much disclosure as we need to give. No one has raised their hand. What is the question about it?

Q   Are you using any items that -- in conducting your business today, are you using any items that were located

106 (Pages 418 - 421)

J. SIMPSON

at the 1640 Montauk Highway location at any point in time?

A When you say "using items," what are you talking about? Are you talking about tools? Are you talking about vehicles? What --

Q Any items, any items, Mr. Simpson. Any items.

A I -- I mean I'm sure I had a bag of tools that's mine that I keep in my car that at times I opened and brought my tool bag with me into 1640 Motors and that bag of tools has been with me. Yeah, like that.

But no, there's no like massive or any significant movement of things from 1640 Motors to whatever I'm doing now to curate something that would compete or do anything of scale or size.

It's all been rebuilding from scratch, buying everything that I have to buy because my hopes of ever getting back from all the money I invested and all the stuff I've had from family for years is

J. SIMPSON

very limited thanks to you all.

Q What items --

A So no. T here's items very, very limited if anything. I can't think of any specific other than hand tools of mine that I oftentimes kept in my vehicle with me. Sometimes I left on my desk there.

And I, I don't think there's anything else of -- of substance that comes to my mind that certainly not electronic systems. There's no websites. I don't have an organized business at this time. I just -- that's just not where my life at. Thanks to everything you've all done to me.

So I'm trying to make a living the best I can, and I report everything that I do.

Q Please tell me what items that were --

A I just told you. I just told you.

Q -- at 1640 Montauk --

A I just told you.

J. SIMPSON

Q Please tell me each item.

A I just told you. I just told you.

Q There's only one item?

A I just told you. I have a bag of tools of mine that are my personal tools that -- there's a lot more tools of mine that are at 1640. A lot more tools of mine, significant tools of mine.

But -- and, and my bag of tools does often change because I have a very large toolbox in my garage, which Chassen knows about that have been mine for years as well. I have multiple toolboxes.

Q Other than the bag of tools --

A So I can't even tell you. I cannot tell you which ratchet or which screwdriver that I have that I brought back and forth with me is with me today.

As I said, nothing of substance that I can think of. And I don't know exactly which of these smaller tools would have been there or not. I just don't know. I have a lot of tools.

J. SIMPSON

Q Other than the bag of tools, what else is there that was at 1640 Montauk Highway and is now at the location at which you do business?

A Well I -- you say "location at which you do business." I -- let's rephrase that. I don't have a retail establishment. I don't have a location to do business. I have a storage facility and sometimes I work on cars there, and I work on cars in my home as I've reported.

And I don't run a business at either. I don't have customers visiting me. It's just not how I do things. I am keeping things very private and very simple because that's what life has brought to me. Thank you to all the damages you've done.

So I don't have a commercial establishment that would have the need of the size of equipment that was at Rever Motors. So I have to buy pretty much everything new for the third or fourth time.

107 (Pages 422 - 425)

J. SIMPSON

I cannot think of in my mind what has been used by me on a regular basis at both places other than occasional hand tools of mine, which I would bring based on what we needed to do that day that I might bring with me from one place to another.

For example, I have a snap-on -- what did we call it? It's for hammering out like large screws that says DNS on it. DNS with my father's initials who died 20 years ago. David Neil [ph] Simpson. It's red little snap-on box. And when I need it, I used to bring it, I didn't want to leave it anymore because I went stolen and I wouldn't leave it in any toolbox or the one in my house.

So things like that I might bring with me back and forth, but that's the extent of it. I cannot think about it. If I think of it later, I'll let you know, but I can't think --

Q  And when you say --

A  -- anything of sizable or

J. SIMPSON

substantial that I have taken from there and I'm using and anyway. Yeah, I've had to start from scratch.

Q  When you say "back and forth," you mean back and forth between your home and the storage location of where?

A  No, I mean that, I mean that oftentimes I would carry a bag of tools to my car because this is what you all did to my career. So I carry bag of tools to my car, if one of my -- one of the cars I've had or my family's had, we've paid a thousand dollars for it because that's my life's turned into. Thanks what you've all done to ruin my life.

And it broke down the side of the road so I could fix it. Or if the bag of tools that I had, I need it for something specific, are very specific tool because I have things that are very old, sometimes '20s, '30s, '40s, or '50s from my grandfather and my father that are unique and special to me that I would pull out of my personal toolbox here and bring

J. SIMPSON

to the business. And maybe it would sit in the toolbox for a day or two.

Maybe it wouldn't, maybe that day I'd bring it home. It depended if one of the employees there needed it. But in the most part, whatever we're talking about would be in my home. And -- and if I have offsite again, I might bring it back and forth if I need it there or I don't need it there.

What -- what businesses of yours? Why is this a question? I still don't understand. Where are we going with all this? What do you want to know? As I told you, there's nothing substantial that I've taken from there. There's -- it's all sitting there. It's a lot of stuff there. And I have my stuff in my house --

Q  Substantial is a judgment call. What you consider substantial --

A  It's not a judgment call, and it ain't your business --

Q  -- someone else consider --

A  -- don't own anything --

J. SIMPSON

Q  -- insubstantial or the opposite.

A  You're not coming to my house over my dead body and you're not looking at my father's and grandfather's stuff over my dead body. I'm an honest guy. You guys are not, you're dishonest. So someone will have to kill me first. You're not coming to my house, you're never going to check anything in my house.

Q  Where are these items --

A  Regardless if there's nothing there, you're not going to come to my house ever again or near my house.

Q  Where are these items currently, Mr. Simpson? Where are these items?

A  What items? As I told you, I don't even have a specific list.

Q  The bag of tools that you just referenced, where are they?

A  I don't have a specific list that we're not doing this. I don't have a specific list. The bag of tools could change by the day or the week or the hour.

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

Okay. I switch them up --

Q So you don't know where they are right now?

A When you -- when you go to work each day, do you maybe put in something different into your bag? Think of it that way. So no. I'm not -- I'm not at all aware that I remember which day, which week. If I took a ratchet in my toolbox or I took a screwdriver of my toolbox. I gave you an example. I gave you an example. That's the best I'm going to do for you.

Q Any other items? Are there any other items that you can think of?

A I just told you there aren't any that I can think of. Other --

Q However insubstantial, however insubstantial.

A -- other than things are personal small hand tools that I might have brought in my car with me back and forth. I cannot think of anything of substance in my mind. When I say "of

J. SIMPSON

substance," meaning I just don't know.

If I think of something, I will let you know later because I'm an honest guy. Unlike you all. If I think of something, I'll let you know, but I -- nothing is coming to my mind. I've had to buy new stuff because the things that I have purchased that are there I can't touch. For all the obvious reasons.

Q Are you employing right now any former Rever Motors employees?

A I have several of them helping me occasionally under a 1099 arrangement. No. I don't have anybody as an employee. I have some people that are helping me, you know, for hours here or there.

Q And who are those people?

A I'm not going to do that right here unless I need to.

THE WITNESS Alec, I don't think that's appropriate. I think they will attack them, and I don't think it's appropriate.

MR. SCHWARTZ: I think they have this

J. SIMPSON

potentially discoverable relevant information.

THE WITNESS: They don't speak English and Eric burned them all to the ground. Didn't pay them. Is Eric ready to pay the payroll of the money that he owed them, that he stole from them?

I'm not doing this, Alec. Unless he feels necessary --

MR. OSTROW: All right. For the same reason that we didn't get the answer of who Mr. Chassen is working for when he worked for somebody else, this is for the same reason Mr. Simpson's not going to answer that question.

MR. SCHWARTZ: Okay. So we'll hold off on that one, and we can go to the Court because I think that it's a very different circumstance. These are former Rever Motors --

THE WITNESS: Let's talk about Camacho that worked for Jared.

MR. SCHWARTZ: These are former -- sorry, Mr. Simpson.

J. SIMPSON

THE WITNESS: Yeah. Camacho, Camacho worked for Jared's house. I stole a G Wagon for him. Did Jared answer those questions? Did Jared answer those questions?

MR. SCHWARTZ: This is about former Rever Motors employees who have information, information about what belongs to Rever Motors and what doesn't belong to Rever Motors.

THE WITNESS: They have no idea. They have no idea. People that -- that don't speak English, that work with their hands have not a clue of what -- the people that knew I tried to subpoena them. You scare the crap out of them.

The people that knew you know, who was in the know? Jackson Whitehead was in the know and he refused to come to anything. The police couldn't find him. Don't know what you all did to scare him. And I believe maybe Sam Busiello knew. Maybe. It's harder to think she would know because she really wasn't involved in

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

that.

But Jackson Whitehead knew and we tried like hell to pull him in. And he was scared to death to come to court. We tried to --

MR. SCHWARTZ: How many --

THE WITNESS: He knew exactly --

BY MR. SCHWARTZ:

Q How many former Rever Motors employees are you currently employing? How many?

A I don't employ anybody. I don't employ anybody. I have people help me occasionally. So let's clarify what you're trying to suggest and clarify where you're going because it's wrong.

Q And these former Rever Motors employees, do they have knowledge about the contents of the items on the list that you --

A They have no idea. They have no idea. These are not English-speaking people.

Q How do you know that? How do

J. SIMPSON

you know that?

A Because they're not English speaking people. They're workers. They're -- they're not --

Q Did you ask?

A They wouldn't know. I mean I could ask them. I have not asked them. They never got involved in that. They're not financial people. They didn't deal with money. They literally worked in the shop. They have not a clue.

And I'm not going to spook them. You've already done enough damage to these people. You've done enough damage to me, you know, shame on you to do more damage for me to make a living.

And I think in the world of a bankruptcy for me to try to make a living and fresh start, there's nothing wrong with me doing what I'm doing. And there's no ability for you to try to cause damages there.

THE WITNESS: Alec, unless you feel to the contrary, I think there's serious

J. SIMPSON

risk of damage here.

MR. OSTROW: No, no. All right. Look, if they're going to go for a ruling, they'll go for a ruling. But don't answer the question.

THE WITNESS: I'm not.

MR. SCHWARTZ: Okay. So, Mr. Simpson, let me -- I want to show you --

THE WITNESS: And by the way, if you want to -- if you want to solicit Jackson Whitehead, he's not the smartest guy in the world, but he had a better understanding of things than anybody else who worked in the office. He speaks English. He's not highly educated. I think Eric Huebscher should tried to solicit him to work for him.

He was the only one that really handled anything with -- with money in a more recent timeframe. He -- and he has not worked for me. I haven't talked to him in a long time. He -- he disappeared. Face the earth. Want nothing to do with

J. SIMPSON

this. Police couldn't contact him. I think he lives locally in the Hamptons.

But if you want to try to find someone who might know, he won't know everything, but he might at least be able to tell you about sales of things like the motorcycle I told you about or things like that because he helped with those things. You could ask him if you want.

He watched the bank o-- disappeared to zero. He's the one who told me when Eric Huebscher wiped it out. He's the one that --

BY MR. SCHWARTZ:

Q But he's hard to contact now?

A -- Hubscher showed up and -- and gun blazed about demanding and plowing his way through things. So if you want someone to talk to, that's the man to talk to, Jackson Whitehead.

Q But you also said he is very hard to locate. You said he is hard to locate. Correct?

A You know what? If you send him

110 (Pages 434 - 437)

J. SIMPSON

a federal, a federal -- a federal subpoena, good luck. If you can get him, that's great. We're happy to talk to him too. Okay? I can tell you the police had a hard time contacting him when there were questions to ask about what you all did with Camacho and Chassen and G Wagons.

I think he knows information that you probably don't want to know. I would like to know, but I don't -- we never subpoenaed him that I'm aware of. And he, he didn't answer to where -- you know, when Rajotte tried to reach out to him, he never answered the phone.

But I don't -- I don't know if he's local or not. When I say not local, I think his family in Massachusetts. He's not like in another country that I'm aware of. But who knows?

He grew up in Massachusetts and the Hamptons. So he shouldn't be the hard to find, I would think under federal subpoena. You want to subpoena him? Go for it. I don't have issue.

J. SIMPSON

Q Mr. Simpson, I want to show you what's been marked as Defendant's Exhibit I. And it's the list that -- pages of this list that you have submitted to the Court of items.

Now these items, many if you go through this list, but there's many of these items you say are part of your personal parts collection or personal tool collection. Is that right?

(Defendant Exhibit I was marked for identification.)

A That's what it says.

Q Do you remember purchasing each of these items?

A There's no chance in this world. And by the way, it's not 77 items. This is probably 500 items. This is buckets of items. If you look at it carefully, but you have no -- no clarity. And maybe you have to watch the video of what we're talking about. It's why this whole thing's a mockery; right? I operate this place as if it was my own.

J. SIMPSON

So it to, to even decipher what's there two hours is impossible. Take days, not weeks. So no, there's no chance in heck, I remember exactly which part, which piece who I pay $20 for, $40 for $80, or hundreds of dollars for it. There's just no way I could decipher that. It's not possible. Would I have information --

Q Mr. Simpson, the business was started in in 2022; correct?

A As a business, yes, but I've had car stuff since I'm 15, 14, 13. I don't know.

Q So presumably you would agree that you presumably most of the items that would be purchased at this Rever Motor spot would have been purchased in 2022 or thereafter. Is that right?

A Again, I don't think that's -- you're trying to manipulate this in a direction that's not correct. If I have stuff from my father or my grandfather or stuff that I bought, I've

J. SIMPSON

had a garage in my house since 2017; right? Where I've started buying parts and I bought all land rovers and MGs and Triumphs. I've had them in my garage. We're talking now ten years almost.

It is a long time. So I all the time pulled stuff from my home garage for something, for a customer car or for a car that I had there. It -- it was very much interchangeable because I always played with the same stuff.

Contrary to what Jared said, which he's dead wrong. It's all junk. He's totally, totally wrong. It's as far distinct from the -- from the reality. The proof is in the pudding. You showed pictures of the stuff I did earlier.

So I've had my own classic land rovers. Jared stole mine in 2023. I had to sell it since because I can't afford to keep it anymore. So the answer is it's hard to decipher, and no. It's not since 2022 because there's things I had from years before; right?

111 (Pages 438 - 441)

Page 442

J. SIMPSON

Jared may have brought some household furniture, but he even told you a fib about that. We had a decorator. I can't remember her name. And we bought a lot of furniture from somewhere up in Massachusetts. So he brought a few pieces of junk.

I -- I did bring, you know, a bunch of tools, toolboxes, et cetera, as it says here, and a bunch of British car parts. And I brought them there because again, as -- as the only equity member left considerably based upon everything since 2023, why would I be nervous not to if it's me or YJ?

Q   Mr. Simpson --
A   So that's what it says. So if you have a specific question as we said to Jared; right? He didn't have any good answers. Give me a specific question here. What specifically do you want to know here? Point to a section --
Q   Mr. Simpson --
A   --- this paper and ask the

Page 443

J. SIMPSON

question. I'll answer it.
Q   Did you buy any of these items? Any of these items that you claim are part of your personal parts collection, did you buy any of these items using a credit card?
A   Oh, that's a great question. Well, let's go backwards for a moment.
Q   Just answer the question.
A   It's $30,000. You will not interrupt me again. I'm tired of your crap all day. You will stop with your -- that's just disrespectful because you are a disrespectful human; okay? Besides being a liar. So you'll -- I will speak, and you will stop talking. I have a credit card that I --
Q   Mr. Simpson, that is a very abusive thing to say.
A   Shut your mouth. Enough.
Q   That was a very abusive thing to say to --
A   You are -- you are abusing me as a human, you and you -- your thief of a

Page 444

J. SIMPSON

client. So enough already, stop talking. You ask a question. You stop talking. And you allow me to speak, or I'm done.
       THE WITNESS:  Alec, I've put up with this crap for hours now. The man is horrific as a human.
       MR. OSTROW:  Answer the --
       THE WITNESS:  I'm trying to. He keeps interrupting me.
       MR. OSTROW:  -- anything with a credit card?
       THE WITNESS:  He keeps interrupting me. He keeps interrupting me.
BY MR. SCHWARTZ:
Q   Were any of these items brought card with a credit card --
A   I have a credit card that -- that is labeled 266 WMTR LLC American Express that I had to use for two years. because Jared shut off the credit card that we had.
       So it could have been purchased on that entity. It could have been purchased on various of different sources.

Page 445

J. SIMPSON

I don't know. The last active credit card that was at this business was an American Express card for 266 WMTR, which is on my schedules as a debt that I had to use to pay bills because you folks did what you did.
       Okay. So that's, like, 30 grand. That's on my personal responsibility. So if things were purchased on that credit card, answer your question, from a period of time of 2023 to 2025 on a credit card, the only credit card we had was the one that wasn't from another LLC of mine because I couldn't get credit based upon what you all did.
Q   Mr. Simpson, answer --
A   And Jared shut off a Divvy card, which was a debit card. So I can't remember when it had an actual credit card. It's been -- if it ever had one, it had a Divvy card, which was a debit card.
       So I -- the only credit card that I could think of was the American Express card that was under another LLC

112 (Pages 442 - 445)

J. SIMPSON

that I used for this business when the credit was ruined by Chessen. That is your answer to your question. So if you just allow me to finish --

Q That's a nonresponsive --

A I answered the question.

Q That is a nonresponsive answer.

A It absolutely is not.

Q I asked a very simple question --

MR. OSTROW: I completely disagree with you on that one, Mr. Schwartz. You asked him if he ever bought a something on a credit card, and he --

MR. SCHWARTZ: I asked him did he ever buy anything on this list --

MR. OSTROW: -- said yes, and he explained it to you.

MR. SCHWARTZ: No, it's either -- did he or did he not? Or does he not know? I didn't --

THE WITNESS: There is no Rever credit card. There was a Divvy card, which --

J. SIMPSON

MR. SCHWARTZ: I didn't say Rever credit card. I said on any credit card. On credit card.

MR. OSTROW: Right. And he gave you an answer.

THE WITNESS: The answer is yes.

MR. OSTROW: Next question, please.

MR. SCHWARTZ: No. That answer was not -- unresponsive. That answer didn't --.

MR. OSTROW: It was not unresponsive. I agree.

THE WITNESS: -- you just don't like it.

MR. SCHWARTZ: -- didn't say "I didn't." It didn't say "I don't know."

THE WITNESS: -- detailed response that you don't like. That's the problem. You don't like my answer. I'm not going wherever you --

MR. SCHWARTZ: No, it's not. It's just not an answer to the question. It's a --

THE WITNESS: It is an answer to the

J. SIMPSON

question. I told you the American Express card. Is an American Express card a credit card? What is an American Express card?

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: What is it? A credit card?

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: What is it?

MR. SCHWARTZ: Mr. Simpson --

THE WITNESS: Schwartz.

MR. SCHWARTZ: Mr. Simpson, so did you look --

THE WITNESS: Don't "Mr. Simpson" me.

BY MR. SCHWARTZ:

Q Did you look through bank accounts, credit card statements before you compiled this list?

A You said two different things. You asked about bank statements, or you asked about credit card statements. Which are you asking?

Q I said did you look at credit card statements before you compiled this

J. SIMPSON

list?

A The only credit card statement that would exist, the only credit card I know of as a credit card by definition, is a 266 WMTR LLC credit card, which has nothing to do with Rever Motors, but was extended and used by me for 1640 Motors and maybe some other things. And I disclosed that in my -- in my schedules.

We didn't have a credit card at 1640 Motors before this crazy dispute. We had a Divvy card, which is a debit card. We don't have access to those reports. So in the 266 WMTR LLC credit card report, have I looked at that related to this list? No, I have not. If that's what you're asking about credit cards, that -- there is no other credit card that I'm aware of. I cannot think of one.

Q Did you look at any credit card statements before you prepared this --

A We didn't have a credit card. How many times --

Q It's just a simple question.

113 (Pages 446 - 449)

J. SIMPSON

Did you look at any? Did you look at any?

A    There weren't a credit card.

Q    Yes or now? Did you --

A    There was a JJ Arch card. We didn't use credit cards. We used Divvy, and Jared shut it off in August of 2020.

Q    The answer is no. Correct?

A    It just -- the answer is no because there wasn't a credit card other than the American Express card, which was, again, not for the specifically. And I did not review that credit card as it relates to this list.

Q    Did you look at any of your personal credit cards before you submitted this list to the Court?

A    I just gave the answer to you. Did I not?

Q    Did you look at any personal credit cards --

A    I just told you.

Q    -- before you submitted this list to the Court? Very simple question.

A    The 266 -- no. You're just not

J. SIMPSON

listening to the answers.

Q    Personal -- your personal credit card.

A    I don't have a personal credit card because you all ruined my credit. I don't have one.

Q    You haven't had --

A    I haven't had one --

Q    -- a personal credit card in the last five years?

A    I haven't had a personal credit card in a couple of years. I had a JP Morgan credit card that I haven't used in years now and American Express. That ship has sailed also because of what you all did to me.

So I haven't used a credit card. I've used debit cards. I have not used credit cards. I haven't had credit to get a credit card. Thank you to what you've done to me.

Q    Did you have a credit card in 2017?

A    Yeah.

J. SIMPSON

Q    Did you have a credit card in 2018?

A    I had a variety of credit cards, but it's typically American Express. American Express or Visa during the period of time.

Q    Did you have --

A    These things here -- these things here wouldn't be bought on credit cards. This is not kind of stuff you buy credit cards.

Q    Did you have a credit card in 2019?

A    I -- presumably -- let me --so you really want to know. I used to carry two credit cards only with me on a personal basis. I had a Visa credit card; and I had a personal American Express card, a Blue American Express card. I never had more than two credit cards.

I had a 266 WMTR LLC credit card since 2017 that I predominantly used to use only for 266 WMTR purchases because that's what it was supposed to be used

J. SIMPSON

for. And then I had a JJ Arch credit card and an Arch credit card. They had very specific uses for --

Q    Did you have your credit card in 2019? Did you have a credit card, a personal cred --

A    I just answered your question. I just gave you a wholesome answer to the credit cards that --

Q    I'm asking about did you have it in 2019? It's a very straightforward question.

A    The credit cards I described to you -- the credit cards I described to you -- will you stop with you running around your mouth? Let me finish the conversation. You really are just a -- wow. The credit cards I mentioned to you --

Q    Mr. Simpson --

A    Well, so listen, don't "Mr. Simpson" me, I don't work for you. You're not an officer of the Court.

Q    I asked a question.

114 (Pages 450 - 453)

J. SIMPSON

A You're not a legitimate guy.

Q I asked a question.

A Don't "Mr. Simpson" me. I'm answering your question. And that's what you should be focused on. So stop talking and let me finish, stop interrupting me.

Q You had a credit card in 2019. Is that right?

A I just told you --

Q Yes or no? Yes or no?

A -- five credit cards that I carried with me, and that was consistent from 2017 until 2023. So that is a wholesome answer for you. Five credit cards.

Q Did you check any of those credit card statements before you submitted --

A No.

Q -- this list to the Court?

A No. Because this stuff was a bought of credit cards. And I didn't buy this stuff.

Q Did you have checking accounts,

J. SIMPSON

personal checking accounts in the last five years?

A Personal checking accounts? Most of these kinds of purchases are done with cash or done with --

Q That wasn't my question. That wasn't my question, Mr. Simpson.

A I don't care. I -- the answer is if I believe there was a payment that was related to an account, I would've looked to see what I could find.

But frankly, with what you all did with JP Morgan, my access is so limited, which was First Republic, which is the only bank I used. And Jared knows that because he used to look at my accounts with Yeheal [ph].

Okay. I have had such limited access to -- to anything related to my -- all my banking was First Republic besides the one Citizen account we had here that I haven't touched in a long time that Citizen account, you know, which was a --

J. SIMPSON

Q Before you submitted this list to the Court, what --

A I did not think about credit card. The answer's no. I did not think about credit cards --

Q Did you look at any bank account statements?

A No. Because I don't think these things would show up that way. I just don't think they would show up that way. I just don't think these --

Q Are there any --

A These are not the kind of things that these -- these purchases could have been $1,000, $500, $1,000. Right? They -- in some cases they were cash purchases. Some cases it could be a Zelle payment when that existed. Or a Venmo or it could have been -- I don't know. It could have been a check. I don't know.

But these were not -- this stuff is, is aggregated over time. And a lot of the things that in the 77 list are actually related to one another that just

J. SIMPSON

because it was scattered on the property, I did this order, which I saw with my eyes.

Q And you don't remember specifically purchasing any of these items though? Is that right?

A That's not true. That's not true. I didn't say that. You're saying that. I didn't say that.

Q So of these items on this list, which do you remember purchasing?

A Well, for example, okay. When Jared made a statement about the green -- the Green Land Rover discovery, it was purchased for like $750 and that was done pretty close to when the receivership happened. There was clearly confusion on the bill of sale.

And I looked into that. I was actually looking into see yesterday and I had, there was an intern there and I think she just messed up and that's how, why there was two bills of sales, but it was like $750. And I don't remember which

J. SIMPSON

account it came from, but I also -- there was shipping involved because came Massachusetts.

So there was a confusion where I thought I saw $1,500, $750 and I believe that was the shipping cost. But like that's one example here. But again, even if things were purchased from the 1640 Motors LLC account, where did the money come from 1640 Motors LLC account, Mr. Schwartz? Jeffrey Simpson via YJ Simco.

And the bank statements reflect that actually. And we've looked at this before. You've tried to actually play this game with me before, and I can't believe I allowed you to do it. Okay. I can't believe I allowed you to do it.

If you look at those YJ Simco statements or you look at the -- you look at the statements from citizens and you look at all the incoming monies, it only comes one place other than customer payments. And that was through affiliates

J. SIMPSON

of me. So even my --

Q So you reviewed all those documents before you put this list together?

A I don't even need to, you know why? For the hundredth time, look at your client's April 2023 document. He shows an a balance of 1640 Motors and Montauk of a million dollars. Look at a reconciliation that I will share with the Court of about a hundred thousand dollars of monies I had lent to the business to cover payroll and cover expenses over a year of time.

Because you know, it does take a business just so you all know, about five years to make money. So this whole fictitious view that things should make a fortune of money in a year or two. It's not an operating business work. If anyone has an experience. You all claim to be. You don't clearly.

We were about to make money after two or three years of business before you all messed it up. But we were

J. SIMPSON

short most months. And the money to short -- the short money to pay payroll, that came from me. There was nobody else.

Even the tail end of arch before Jared shit the bed, he was out of money. You could ask you if he Icfiel Learfield [ph]. Where did the money come from? We tried to get Icfiel Learfield [ph]. I don't know that we got him. He's so allergic to you all with everything you've done.

So if you look through the monies and you look through all the incoming funds besides customer funds, you will absolutely see monies that came from YJ Simco and Jeffrey Simpson into the account. because we funded the account when I needed cash.

Nobody else did. Jared didn't fund in years. Eric sure didn't fund. You didn't fund, Schwartz. Oak [ph] didn't fund. Why would they? So I'm the only one that funded.

So it doesn't matter. If

J. SIMPSON

I -- if I bought something in March of 2025, and we were out of balance and I funded cash and it cost $2,000, I'm owed a hundred or a million. Who gives a hoot? There's member loan back to me.

Explain to me how I'm wrong there, Schwartz. But you tried to paint this picture a year ago as if I stole from something that's my own money. It's hilarious. Like usual with you. Comical.

Q Let's look at Defendant's Exhibit Z. Do you recognize this?

(Defendant Exhibit Z was marked for identification.)

A I don't -- I mean it looks like a bank statement. I don't know off the top of my head I would've to review the details of it. I don't -- I don't have specifics of any bank statement. I just never gotten that little detail on -- on a daily basis. So what's your question?

Q I'm saying do you recognize these IRS levees?

A Oh, I do. I would love to talk

116 (Pages 458 - 461)

J. SIMPSON

about them. You want to know about them? I would love to share with you if you want to know, we get the record right for the first time ever.

You want to know about the levees. I'll tell you about the levies. There were two levees that happened and both of them were returned in full. Why is that? Because things that happened prior --

Q Mr. Simpson, there's no question pending. I asked you if you --

A Yeah. I know. You --

Q -- these levees.

A You only want to keep your fictitious stories. You just mentioned the levees, didn't you? What -- what was your purpose of them?

Q There's an unpaid balance in 58,000 in 2024.

A Right.

Q Was the receiver in place then?

A The receiver was not in place then, but I spoke to the IRS because some

J. SIMPSON

of the money that happened via the levee was as far back as 2023 when Chassen was running all the day-to-day operations with this kind of economic stuff and payments were missed.

And I spoke to the IRS and I came up with the payment plans and if you notice the two levies that happened under my watch, they were both returned in full because I made the payments to the IRS and I was on payment plans with them.

Unfortunately changed staff at least three times. It'd be four times over the period. And then the new person who we were talking to, we had a more crystallized plan because we would call on a weekly basis and then Eric shows up to the table and then they all go, okay. Why he blames me for the world.

But no one actually looks at the history to see why would they take the levy and then return the levy? Because they were happy with what I did as a resolution to pay a payment plan for

J. SIMPSON

things I didn't know about because again, everything about infrastructure was taken from me. Thank you for Jared's effect.

I didn't deal with bank statements. I had an administrative assistant as of 22 years old. I don't do this crap. I'm sorry. That's beneath me. I'm smarter than that. Smarter than most of you here. Okay?

Q And she works for --

A I didn't need to do that. I had people that did it for me.

Q And she works for Arch Real Estate Holdings LLC. Is that right?

A Who's she? Who's she? Who's she?

Q Your administrative assistant.

A I didn't mention a specific person. I said I've had an assistant of sorts as of 22 years old. I'm 46. I didn't mention a specific administrative assistant here. You said it. I didn't say that. I said --

Q Was that administrative

J. SIMPSON

assistant, did she --

A No.

Q -- work for Arch Real Estate Holdings?

A I -- we had an administrative assistant at Arch Real Estate Holdings like from time to time. I can't say we had someone that was regular. We promoted people that were administrative people assistants like Savannah Bruhicles [ph] who was started as an admin and Arch General. She did not do with this for time. And we promoted her into a marketing role as an example.

So we had another person, Nicole Berainy [ph] or something, we promoted her into a property management role. So there was a person or two who were there for a shorter period of time that helped occasionally with the stuff.

But no. My point to you is Jared was my administrative system more than anybody. He sat next to me, and he dealt with all this crap; and that's how

117 (Pages 462 - 465)

J. SIMPSON

he facilitated doing the bank accounts. Jared did the administrative work, yes, sir.

And just like the G Wagon, when it was time to paper it, guess what? He filled out the application for me. I signed it as owner, and he took his DMV for me. So he was a high paid administrative of assistant. That's the best person I could point to for this stuff.

So yeah, when things weren't paid in 2023, 2022, that's on him. He was the operations guy because he didn't close the damn thing. You know how to build the damn thing. He was highly overpaid for what he did.

You could ask people who used to work for Arch, what did Jared do? You know what they'll say? We don't know. If you were to say, "What does Jared do?"

But yeah. He was like an admin for a lot of his life besides trying to do other good things, which he sometimes did

J. SIMPSON

sometimes to cause bad things to happen.

So he was responsible for these things, the payments, all these things. As he said the other day, it was his responsibility to do it. His. And he didn't do great at it. I don't do admin work. It's not what I do. I'm not good at that.

MR. SCHWARTZ: Mr. Simpson, let's take a short break.

MR. OSTROW: All right. Well how long?

THE WITNESS: Absolutely.

MR. OSTROW: When do we get back?

MR. SCHWARTZ: Five minutes.

THE REPORTER: I'll go off the record, everyone, at 6:19.

(Off the record.)

THE REPORTER: We're back on record at 6:24.

MR. SCHWARTZ: So I'm going to show -- I'm going to reserve my rights go to the judge in the next several minutes to compel an answer to the question

J. SIMPSON

regarding the five former Rever Motors employees that are currently doing work for Mr. Simpson. I'm going to reserve my right to ask additional --

THE WITNESS: I didn't say five.

MR. SCHWARTZ: -- questions, but --

THE WITNESS: I didn't say five.

MR. SCHWARTZ: Whatever the number is.

THE WITNESS: You said five.

MR. SCHWARTZ: Whatever the number is.

THE WITNESS: Never said five.

MR. SCHWARTZ: Whatever the number.

THE WITNESS: That's fine. I never said five, but okay, okay, okay.

MR. SCHWARTZ: And to ask additional questions. But at this time, I'm going to let Mr. Bunin ask questions of Mr. Simpson.

MR. BUNIN: Thank you.

EXAMINATION

BY MR. BUNIN:

Q Good evening. Or I guess it's

J. SIMPSON

good evening. Mr. Simpson, you testified Mr. Simpson, that many of the items on your property list were purchased for cash; correct?

A I said they could have been by cash and I also said some of them could have been purchased a very long time ago. I said I wasn't sure. It depends, and I'm not sure I know, it depending upon when things were purchased.

And it may not even purchased by me. It could have been purchased by my father or my grandfather or -- it depends on what it is. If it's an old tool or if it's a vehicle or parts of a vehicle. It depends. I might be able to clarify if you have a specific question.

Q So my question is in getting your property list together, did you look for any receipts for the purchase of any of the items on your property list?

A I certainly tried to -- to come to -- to gather materials. If you at the exhibit that Mr. Ostrow prepared, frankly

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

again, I'm quite disappointed because you told the Court and didn't share anything with you and this information was shared with you a year ago.

So I shared with you bills of sales I shared with you, you know, certain documentation that I have. It's not -- a lot of it on some of the older vehicles. A lot of this is not vehicles. A lot of it is just sort of random parts.

So no. I just -- you know, I didn't keep track over the years. If I bought parts for, you know, one of my early MGBs, which cost $100 or $200 or if I bought a carburetor for something for $50.

And unfortunately a lot of this stuff's like that because I never imagined a million years we'd be having this dialogue with you all. Especially since there's no one else that's relevant in the economic position here. But here or there, we're here. So I just, I don't know. I don't know.

J. SIMPSON

As I mentioned, anything of significant value fell into buckets that are no longer relevant. Right? You guys let the NextGear stuff go. That was huge revenue for -- for the business and for me. Meaning the stuff was financed at the purchase price, not on value.

So any money that could have been made, you gave it away. So there's already someone who bought one of the vehicles and they're trying to sell for 20 grand. It's on the market. And I could have sold that vehicle for 20 grand. It would've been $10,000 to the business at profit. Right? Instead, you just let it all go.

So the most value was in the vehicles that were financed, and that's the reason they were financed versus not. And then the other valuable things, you know, assignments which people took back because they said they don't want anything to do with litigation.

So the majority of the value

J. SIMPSON

here is gone. Right? And that's why I think it's sort of laughable what you all are trying to do because if you look through my list and you look at the stuff that's there, there isn't much money left. The dollars we're talking about these legal bills are way, way, way larger than what you will collect and the way you all are trying to auction this stuff.

And I do know better than all of you because I've bought a lot of this stuff over the years. There isn't much money that even the stuff that I'm telling you all belongs to me. It's more of a purpose of what you're trying to do to me.

So the -- we're not talking about big dollars, it's the point here, nothing here is big dollars. My life won't even change. It's frustrating as hell that you've stole more from me if you're successful in defeating the motion.

But other than that, these are small dollar items one by one as I've illustrated to the Court. It's the

J. SIMPSON

principle here that's -- that's ridiculous and absurd. How you've deteriorated the value of everything.

So the shop equipment, for example, the shop equipment in the video, I'm very clear about the things that were part of -- of the property. Jared also explained well. I think Jared did a very good job with that.

He explained there was things bolted to the floor that were there in the shop. He's totally wrong. The shop was a mess. It was one bay. The rest of it was under plastic or had water coming in. So we did buy other things that are bolted to the floor. That's pretty clear; right?

There's -- there weren't any significant tools. The -- the gentleman, Steve, that ran the place took it with him. As far as building construction, the money's in the property. It was already invested there.

So there's just no real sources of what you're trying to seek here. The

J. SIMPSON

sources are gone. You let -- you let the value go, that's the problem.

But anyway, it's not your question, I guess. So tell me what it is you want to know specifically If you looked at the list carefully, which I've urge you to do for over a year; and you've refused to do it.

And you have this fictitious tale of where the money you should go, assuming you collected money on this. I don't know where you think it's going to go under your pocket.

But what is your question? Tell me your question about these items.

Q Yeah. I'll ask another question.

A And I'll do the best I can.

Q So I asked the question. I'm happy to ask another one question. How much does a --

A Ask your question.

Q How much does a portable lift cost, Mr. Simpson?

J. SIMPSON

A A portable lift can cost as little as $800. Or it can cost as much as four or five thousand dollars brand new. It depends.

Q In your schedules of property that you filed shortly after your bankruptcy petition, I believe you claim that there were five portable lifts that belonged to you personally. Is that correct?

A I did not claim that. Just to be clear, there are -- there are the property -- I could tell you a total, there was seven lifts in total and I certainly didn't say five of them were -- were my property at all.

I said there's a red snap-on one, which is in the -- the bay that is facing Windmill Lane that I think I paid like $300 for it. It was used. It's what we call bump lift.

The other lifts in that main building, one was purchased by the business for like eight grand. It was

J. SIMPSON

expensive. It's not on my list. The other one comes on the floor, it was part of the building. And then there's another bump lift that I believe we also bought from the business.

So there's only one there and I believe there's one in the basement as well. And I don't think there's five at all that you're describing that I have in a list. I believe there's two in the list, but we can go back to the list to look at it if you'd like.

Q We can.

A That's my memory.

Q And I'm not sure we're going to do it right now.

A I highly that it was five that I claimed because there aren't -- there aren't five portable lifts that were there. I --

Q So of the --

A The one that are there, I installed, I serviced myself. But let's look if you like.

J. SIMPSON

Q All right. So of the lifts that you're talking about that you claim belong to you, do you have receipts or any documentation --

A As I told you, as I told you --

Q -- that shows the purchase?

A Anything I have we provided to you. We provided to you what we have. We've had this dialogue with a for a year now.

Again, I still -- still have this real quick question for you that hopefully the judge will ask you. What do you do with the money? If you sold all this stuff here, who's it going to? You still don't look at waterfalls, you still don't look at any corporate documents. We've talked about a lot today. Hopefully you were listening.

I still wonder what you're going to do with all these things because you're so adverse to me. But as Cohen told you, there's no one else that matters but me. But okay. Go ahead. So let's --

120 (Pages 474 - 477)

Page 478

J. SIMPSON

Q I --

A So -- so on the list side, there are only two that I claimed. If you want to go to the list, we could dig into it, if you'd like to.

Q And --

A Or you could do something else.

Q And did you purchase those two lifts?

A I -- why would I put it there if I didn't purchase it? I told -- I told you that I did. And they're on -- they're on the list. And I told you the others I did not.

And if you look at the video, it's also mentioned. It's consistent. My message hasn't changed as you said.

Q And do you have any documentation that shows that you purchased those two lifts personally?

A Again, again, I've told you the documentation that I have, I provided to you. There's not a lot of documentation, and frankly I don't have the time to go

Page 479

J. SIMPSON

through hundreds of bank statements over pennies of dollars here.

It's not worth my time or yours or anybody's. And I just don't have the time for it. Especially if I bought a lift for $300 from someone on -- you know, that was for sale on a Craigslist or Facebook Marketplace or something, which is what that red snap-on lift cost -- cost me or spending more time talking about to buy another one. You know, that's the problem with this whole concept here. It's not worth the time. It's the purpose here.

Q You said you said a few minutes ago that it wasn't worth going through and looking for receipts or documentation for a $50 item. Then you said that lifts can cost between $805,000. So my question is did you look for any receipts or other documentation to establish that you personally owned any of the portable lifts that you claim?

A As a -- I'm going to rephrase,

Page 480

J. SIMPSON

just to be crystal clear with you. The -- the lift that's the nicest lift there is blue. That's in the main building. it costs us $8,000 buying it brand new.

I use lift -- amount of money. If a small bump lift like the red one that only goes up 3 feet, it could be worth less money. And I do not know of a -- again, if there's easily found documentation, I have provided it to you.

And again, if -- I will sum up the value, and I know more than you about everything that you're going to try to auction. With or without the stuff there, there's not a lot of money there. So you are on a different agenda here, but that's okay.

Let's keep going. I don't have documentation that is going to support this stuff for the reasons that the judge said and the reasons that I've said. I've given the documentation that was easily found, and I got a lot going on in my

Page 481

J. SIMPSON

life, and I'm not going to spend a lot more time digging for paper just to make Marty Bunin happy over $300 when he's charging $900 an hour to some account. So tell me your questions that --

Q So I just want to --

A -- that I have the answers

Q Just to follow up, Mr. Simpson, you mentioned that you at some point a few minutes ago that you had provided purchase documentation to the receiver. I just want to let you know --

A No. It was said to you. That was sent to you. It was sent to you. You just never --

Q -- or to me through --

A You pretend. You pretend. You told the Court you never got anything. You lied to the Court so you didn't get anything. But there's a hundred e-mails that support it, which is also shocking to people. Maybe you've lost your memory, but there's a hundred e-mails to support that I've been showing you for a year.

121 (Pages 478 - 481)

J. SIMPSON

And this whole idea of blowing me out of my businesses is a Kevin Wiener idea, which I'm sure you're consulting with. So I don't know what you're talking about. We've seen information over and over.

Q All right. So here's my question --

A So did you watch the video? Did you watch the video? Does anybody know that property better than me? Did you learn something from the video? I hope you and Eric actually learned something.

Q I'd like to ask my next question --

A It doesn't look like anything's changed in a year --

Q -- if I may.

A Yeah. Go ahead. So did you provide to the receiver directly from you or through Mr. Rajotte to me any purchase receipts for any of the tools or equipment or any other of the hardware at Rever Motors that you're claiming on the

J. SIMPSON

property list? Did you provide any --

A I told whatever we have was given to you --

Q -- any purchase documentation or receipt --

A I did not find receipts. I -- I gave you the documentation I have for vehicles. And other than that, I don't have those things anywhere easily found. There could be lots of receipts that are some other place, but it wasn't worth it to me.

I made a lot of money before you all screwed my life. A lot of money. This is hobby stuff for me. Okay. Instead of buying dinner, I would buy a tool $50 or this or that, and Jared could attest to that.

So you all have ruined my life, and no. I don't look back and have -- have receipts with things from three, four, five, six years ago or things that are family heirlooms. I just don't.

So if you have a specific

J. SIMPSON

request or specific question, I'm happy to answer it. But in general, documentation I have, I've been telling you the same thing for a year. Hopefully you start listening.

Q All right. So in one of your answers to a question by Mr. Schwartz, you mentioned that you took some vehicles home that belonged to you. Which vehicles did you take home that belonged to you?

A So I don't remember other than the fact that you could look at the schedule because the schedule identifies which vehicles I have and where they are.

THE WITNESS: Alec, I believe that's right. Didn't we do that? I think we listed in a schedule somewhere of any vehicles I have in possession. Didn't we? I think we did; right?

MR. OSTROW: I don't recall what's on the schedules.

THE WITNESS: Yeah. I think -- I'm pretty sure that in the schedules under -- I don't know the numbers. You

J. SIMPSON

guys are bankruptcy lawyers. I'm not a lawyer. But in the schedules, I'm pretty sure where there's assets like vehicles, it required a list; and I'm pretty sure I provided it on a separate sheet of paper.

If you go to the schedules together, we could do that. But I'm pretty sure that identified those vehicles.

I -- Alec, I know we worked on this together; and I know it's filed somewhere. I just don't know the top of my head what number or where. But --

MR. BUNIN: So --

THE WITNESS: But there was a list that's generated off the top of my head.

MR. BUNIN: Right. I hear what you're saying.

THE WITNESS: But it exists.

BY MR. BUNIN:

Q So is the answer to the question that the vehicles you took home that belonged to you are listed in the schedules? Is that your answer?

A I think so. Well -- well, hold

122 (Pages 482 - 485)

J. SIMPSON

on. Let's clarify. It -- it wouldn't be holistically. I've owned a bunch of vehicles that never touched that property.

It -- it would be if there are vehicles that are in my possession that may have been there at some point in time. I just wish I had that schedule in front of me. I'd have to look at it. Unfortunately I can't look --

MR. OSTROW: All right. I just want to say for the record, for the record, I'm looking at the debtor's schedule AB of property at which I believe that Mr. Schwartz marked as Defendant's Exhibit A. There is, as Mr. Simpson remembered and I did not, a list that is on page 11 of 108 of vehicles.

MR. BUNIN: All right. Mr. Schwartz, is there any -- can you --

MR. SCHWARTZ: I can --

MR. BUNIN: -- put that document up on the screen?

MR. SCHWARTZ: -- put that onto the screen, yes, yes. I will put that

J. SIMPSON

document up on the screen.

MR. BUNIN: Okay. So with those --

MR. SCHWARTZ: Hold on.

MR. BUNIN: Mr. Schwartz will pull up the list and we can talk about it.

BY MR. BUNIN:

Q But would those documents, Mr. Simpson, be the ones that you took home that belonged to you?

A Again, it doesn't mean if it's on that list, I took it home. The list is wholesome. So there might be vehicles on the list that have never been on 1640. It may have been in my home or may have been in a prior home or whatever.

I have to look at the notes. I don't know if anybody could turn that 90 degrees or I could try to do them in on my phone. I can't read it like this.

MR. SCHWARTZ: I can --

THE WITNESS: But if someone could try to turn it, I could try to look at it more carefully. Let me see if I can refresh my memory for a moment and look at

J. SIMPSON

the notes.

So I -- I say here things that are in possession, things that are not in possession. For example, gosh, I wish you read this, look at numbers 10 through 16. It says here "Debtor not in possession, tied up with receiver at 1640 Motors." Do you not see that?

MR. BUNIN: I do. And I read that, and I'm familiar with that. Now, those --

THE WITNESS: I know you ignore it because you have nothing to support anything. And you somehow --

MR. BUNIN: Are those --

THE WITNESS: -- vindictively hurt me when the beneficiary -- I would love for you to tell us one day who you think the beneficiary is of this stuff. Is it Oak [ph]?

MR. BUNIN: I have a --

THE WITNESS: Who else is it else? Who else it is?

MR. BUNIN: I have a question. So are those --

J. SIMPSON

THE WITNESS: I have a question too. I would love to hear who you think the beneficiary is of this stuff of anything because you have this vindictive thought that me owning things is just horrific.

But go ahead. What -- tell me what you and Eric want to know about the next question. What is your question? I'd love to know.

BY MR. BUNIN:

Q So are these seven items, 10 through 16, are those the vehicles at Rever Motors that you're claiming belong to you personally?

A I believe that's correct, and I believe I provided the documentation I have for those vehicles, and I believe I paid for those vehicles of my own money as well.

Q And did you --

A So for example, I gave paperwork on like number 10, which was something I bought from my son; and it needed an engine, and it was a nightmare. I started

123 (Pages 486 - 489)

J. SIMPSON

building it. I never finished it. It's sitting there on the corner of the property. It's a black 2011 Range Rover.

So I -- paperwork that's not great because I never registered it. And unfortunately, I don't know why Jared signed a piece of paper, but it has two pieces of paper. One that's -- yesterday. It has one that shows that the seller signed that has my name on it, and I countersigned it.

And then Jared signed a piece of paper, which makes no sense and I can't imagine Jared would object to it because he knew I bought this vehicle in Albany for my son David, who -- this was when he is 15, and now he's 19. And it just never got done. And there was no one who worked there who thought anything contrary. It was just a really difficult project. So just never got -- that's the first one.

Q Thanks, Mr. Simpson.

MR. BUNIN: Mr. Schwartz --

THE WITNESS: I think I said 2010.

J. SIMPSON

I'm -- no. It's 2011. Okay. Good. I thought I said 2010.

MR. BUNIN: Allen --

THE WITNESS: It is 2011. That's what the documents support so --

MR. BUNIN: Mr. Schwartz, could you go to the next page of this document?

THE WITNESS: That's an example.

MR. SCHWARTZ: Yeah, yes.

THE WITNESS: But if you look at the vehicles above there; right? To answer your other question; right? I -- there are vehicles here that have been to the property at times; right? And the vehicles that have never been to the property, as I mentioned.

MR. BUNIN: So --

THE WITNESS: There's times I drove vehicles in and out of the property on the same day; right? When you run a business for all -- those of you who actually ever did business in your life, you would realize that like there's certain things you do when you run businesses; right?

J. SIMPSON

That could be for the benefit of the business; right?

If it's a vehicle you want to sell, you might drive it around so people get attention for the vehicle. If there's something you're proud of, you might drive it around; or you might just casually drive a vehicle not business related.

So these are not simple things as Your Honor suggested to just figure out because somebody thinks that something should be on a credit card statement because that's not what this stuff is. It's old. Some of it's been around my family a long time. Some of it's not. It's just -- it's a mixed bag.

MR. BUNIN: I understand.

THE WITNESS: I know that --

MR. BUNIN: I understand what you're saying.

THE WITNESS: -- was purchased. The guy demanded cash. It was a couple thousand dollars. I'm not -- at this point, three or four years ago, I remember

J. SIMPSON

paying him cash of my own money. I don't have a seat because the guy brought it from New Jersey in a trailer. I helped him unload it.

And to anyone other than me, I don't think they'll able to ever drive it or start it. It has some issues with it and we -- something I used and I was happy to have and I left it there.

MR. BUNIN: Thank you, Mr. Simpson.

THE WITNESS: And shame on me for leaving there to have it only be taken from me.

BY MR. BUNIN:

Q Can you please look at the next page?

A But, you know, that's kind of stuff we deal -- we dealt with. I didn't spend $50,000 to buy a new Bobcat or a Kubota or something, which is what a lot of people would do. But I didn't do that.

I left -- lived pretty frugally in the way I operated. And if it was my piece of equipment that I bought for me,

124 (Pages 490 - 493)

J. SIMPSON

and so be it, you know? And that's what I'm telling you. And that's what the Toyota --

Q And --

A -- is an example. But no. I don't have a receipt for the couple thousand dollars cash I gave to the person three or four years ago.

Q Could you please look at the next page that's on the screen now and read the second line of that --

A Hold on. I can't hear you for a second. Sorry. One second, please. Sorry, hold on. My battery keeps almost dying. I just have to switch from earphones to charger. Hold on. Sorry. Hold moment. One moment. Here, so I can charge for -- okay. Go ahead. Sorry.

Q So could you please read out loud the second line of the page that's in front of us that starts "snap-on bump lift." Could you read that out loud please?

A I'm trying to find it. I'm

J. SIMPSON

sorry. I'm trying to -- where are you?

Q So I'm on the top of the second page that's on the screen.

A Oh, I see. Snap on bump lift, yeah. Mobile auto lift. Yep.

Q And then keeps --

A This is what I described to you earlier. This is what --

Q And then it --

A Yeah. It -- it says snap-on -- it says snap-on lift plus other mobile auto lift. It doesn't say five anywhere here.

Q Well, could you read across?

A Oh, okay. It says three. I'm sorry. It says three. It says three, not five though. It says three.

Q And three hydraulic remote lifts plus the bump on lift plus --

A It's not plus. It's not plus.

Q -- mobile auto lift equals five. Correct?

A No, no. It's one of the same. This is where we don't know what we're

J. SIMPSON

talking about. It's the same thing. It's the same thing. It's the same thing.

Q So the bump lift is the same as the mobile order. It says snap-on bump lift plus other mobile auto lift. Is that one lift or two lift?

A That's describing two. That's describing two.

Q And then as you go across --

A That's describing two. I made a mistake. I made a mistake where I said three. It's supposed to say two. I made a mistake as I said two earlier; right? I thought there were two. And I described two, but my number says three; and it should have said two. So my mistake. I apologize.

Q But it says snap-on bump lift plus the mobile auto lift. And then it says three hydraulic remote lifts.

A It's -- that's the description. It -- this is not -- if you read the way I've set up document, it's not the left adds up with the right. It's not what

J. SIMPSON

this document was meant for.

Look at the description, look at the -- you know how to read spreadsheets. Look at the top, the -- all the way in the right is a further description. The problem is people don't know what this stuff means.

So a bump lift has hydraulic pistons in it. So I'm describing for someone who has some technical knowledge what hydraulic -- what it is. A bump lift is -- is sort of a slang term. A technician's term might say it's an hydraulic lift.

So again, we don't have to go back and forth about it that I made a mistake. I put three. It means two.

Q All right. I appreciate it.

A It was two and not --

Q I appreciate your answer, and I stand corrected. So with now --

A I made a mistake. It's two.

Q So okay. And I did too. So we're now talking about three hydraulic

125 (Pages 494 - 497)

J. SIMPSON

remote --

A It's two. It's two. It's -- it's two.

Q It's two. So --

A If you look at the left where it says snap-on bump lift, it's red. It's on Windmill Lane. Okay. And then there's a blue one in the basement.

So I -- it's possible that the first column got cut off because I -- I imagine where it says plus other, it may have been where I didn't hit justify text. I could look at the spreadsheet and see, but there's only two that I'm claiming.

There were seven lifts on the property in total. I'm claiming two. The others will purchase for the property, as I mentioned, and I don't have the receipts, but I'm sure if we dig hard enough through the various Rever Motor stuff, we could do that.

But in the video, if you look at the video, I'm pretty sure I pointed to all of these things on -- virtual

J. SIMPSON

connectivity interruption -- that you would be able to match it up in addition to the separate document pictures no one seems to understand, which wasn't required by the Court. I did that.

But again, if anyone had dialogue with me as I've tried for a year. We could do this again if we needed to. But the video is pretty self-explanatory. Again, happy to answer questions outside of a deposition if we need clarity on these things. No problem.

Q Do you recall whether you ever gave the receiver any documentation that established your personal ownership of these two lifts?

A I just answered the question globally. Did I not? And I don't appreciate being belabored over and over again, especially when you have, I'm sorry, lied to the Court, told the Court that you didn't got any information from me in a year when I've sent the e-mails over and over again.

J. SIMPSON

I -- you probably have a hundred e-mails from me providing the information that I have. You went so far to say I should be arrested for information I didn't have. Which I didn't have and Judge Coehn finally said to you, "If he doesn't have it, stop asking."

Q And in --

A And so I don't have information that you're asking for. I've given to you what I have. I still don't understand what I'm justifying to you because who would the money go to? Who's the beneficiary here? Please tell me. Is it going to Oak [ph]? Who is getting the money for the hundredth time?

Do you read the JJ Arch waterfall? Do you read any waterfall? Do you look at any corporate documents? Because that's what's relevant here. But go ahead. Let's keep going with your stupid questions. I love it. Keep going. Be more --

Q I will. All right.

J. SIMPSON

A I wish you would actually do your job but you don't. In a year, nothing of relevance other than burn things down.

Q Do you recall, Mr. Simpson, that through Mr. Rajotte you claim that you had inherited a snap-on red metal toolbox from your father?

A I mentioned that the red snap-on toolbox in the main shop that I mentioned as well. Yes, I did. I -- when I say "inherited," I mean I -- I guess it's probably the right word. I don't know if it's the right word. My father passed away. No one -- my siblings didn't want it. So the tools became mine.

But yeah. I mean it -- so it's a red snap-on toolbox in the main shop. And I sent you pictures to show you how I have a sister to it -- how I have a sister to it in my house; right? Yes. I -- I shared that with you.

Q Thank you. And do you recall what the receiver's response was to your

J. SIMPSON

claim that you had inherited that snap-on --

A   If you're going to tell me the receiver said I could pick it up, that's BS because, you know, I've heard this a bunch of times. You guys have been cooperative, and it's not true. So that's never been an option.

And forbidding me for the property is the only language you guys understand, which makes no logical sense. No different than the customers calling me regularly. Still saying that you won't cooperate with them just like you treat me.

So no. If you tell me he says I could pick it up, then I'll pick it up tomorrow. Let's coordinate that. That's never been an option. You guys have always been vindictively out to hurt me in every way possible.

So if you want to have me pick stuff up, sure let me know. We'll schedule that. Tomorrow is Saturday.

J. SIMPSON

Don't want to do Saturday. Do Monday or Tuesday if that's an option. But no. That's never been an option.

Q   So if I understand --

A   It's a fictious fail.

Q   -- you correctly, the receiver's claim to your informing him that you had inherited this red snap-on toolbox was that the receiver recognized your claim. Is that correct?

A   No. No. The receiver plays this game like you do that, you're going to make things available to me. You told that this bankruptcy court under this bankruptcy case, you told the bankruptcy court that I never provide any information. And I had a year, and I've been holding you hostage to auction off my stuff.

And that is fictitious. And I proved that to the Court and I reminded Your Honor this today if you forget or it's intentional and act that you play, but there's over a hundred e-mails where

J. SIMPSON

you play this game.

And Eric doesn't actually listen to words because he doesn't want to listen. He plays a game as well as you do. You make a great team, by the way. You guys should do an actor play maybe on Broadway one day.

But you two do not at all pay attention to what other people's needs are. You just don't care. So no. And you pretend that the -- the toolbox was made available to me. You pretend I was able to go to the property, but no. Those things have never been a thing. It's Simpson stays far, far, far away. That's your game you play.

Q   So if --

A   But anyway, I don't understand your point. What's your question?

Q   If I understand your testimony then, Mr. Simpson, you're saying that the receiver did not recognize your claim that you inherited --

A   No. He didn't recognize my --

J. SIMPSON

Q   -- the red snap-on toolbox from your father?

A   He has not recognized the darn thing. He -- virtual connectivity interruption -- anything belongs to me. He says nothing. That is what he said consistently, just like you say, which again, it's so fictitious that the police, nobody understands where you -- what world you guys come from and what world Judge Cohen comes from coming up with this mishegoss.

It's nuts. It's beyond, nuts over nothing. It's all just for Kevin Wiener. You're doing it for Kevin Wiener. And so is --

Q   I think --

A   -- Schwartz. You all work for Kevin Wiener to burn me down, including Judge Cohen.

Q   Mr. Simpson --

A   Go ahead. What's next?

Q   I think the word "mishigas" may apply to more than your characterization

127 (Pages 502 - 505)

J. SIMPSON

of my former question and your answer.
Okay.
     A    No, no, no.  Actually I'm a
successful business person.  And -- and by
the way, I tried to hire your firm
multiple times --
     Q    No, I didn't.  I was --
     A    -- litigation.  And you --
     Q    Mr. Simpson, I was --
     A    You ignored three conflicts
there, Bunin.  Three conflicts you ignore
550 Metropolitan --
     Q    I was --
     A    -- which is part of
Maiden's [ph] estate you've ignored,
you've ignored Sean -- that you've hired
you've ignored.  You ignore everything of
relevance.  You play this little game
because you're part of the club of
bankruptcy for 30 years.  Yeah.
     Q    I was --
     A    You play a game.  You're very
good.  That's not mishigas.  This
is -- this is what we call --

J. SIMPSON

     Q    I --
     A    Go ahead.  What's your next
question?
     Q    All right.  I was trying to be
humorous.  I guess I didn't -- I guess I
failed.
     A    You weren't humorous.  When
you're trying to ruin someone's life the
way you -- you all have tried try to ask
me to go to Rikers Island.  There's
nothing you will ever say that's humorous.
You should retire before it's too late.
And you get put in jail for the things
you've done.  All of you all.  So you're
not going to make me laugh.
     What is your next question?
Lying to bankruptcy court.  It's not fun.
You shouldn't be doing that for your day
job.  Go ahead.  What's your next
question?
     Q    Did you provide the receiver
with any certificates of title for
vehicles in your own name?
     A    As I've said on the record, and

J. SIMPSON

I'll say again, vehicles that are in my
own name that are not part of
the -- virtual connectivity
interruption -- that property I did
not -- or will I share.
     Vehicles where there are
property that I bought where it's an open
title, which is not uncommon for very old
vehicles.  Most of the time certificates
of titles are not issued in most states
you don't have any knowledge of.
     But states, even like
Connecticut, 25 years old, they don't
issue titles.  It's only older
registrations that are transferable and
things that are very old in the '50s or
'60s could be a different type of
document.
     But Mr. Huebscher, who told the
Court he knows about cars.  He doesn't
know shit about cars because if he did, he
would know these things.  So my list is
explicit.  It describes where there's a
title, where there's not a title, there's

J. SIMPSON

a bill of sale.
     You could look at it again if
you'd like.  It's very explicit and clear.
So maybe you should read it again.  It's
all there.  I've shared documentation.  I
told you what existed, what doesn't exist.
So do this two more times on Friday night.
Not great.
     Q    All right.  So I want to ask you
again.  Do you recall whether you provided
the receiver with any certificates of
title for vehicles in your own name?
     A    So there is -- again on the
list.  And for example, right, there is a
white Land Rover discovery there that
definitely is in my name.  It's Jeffrey
Simpson's name.  I bought it from a woman
named Lisa something in East Hampton.  And
I provided the documentation.
     I understand that there may have
a slip again -- there's two vehicles.  I
believe there were slips in -- in bills of
sales.  There was a young intern that
worked for us, and I don't even remember

J. SIMPSON

her full name. It was for a month or so. She was like a senior in high school who was doing administrative work. And -- and those mistakes were made, and those mistakes were corrected.

And it was -- we're talking over like $1,500. And there's a white land rover that's been there in 1996 that I bought the tail end of things that I was going to use as a personal vehicle.

I bought it from -- from a woman in, in East Hampton. You can ask her if you want. And you said you might. Again, over a thousand dollars, it's a waste of time, go for it.

But why you have this vendetta over a thousand dollars landlord discovery beats the heck out of me when there's a title from New York State that I've issued a copy to you multiple times since like, I don't know how many months ago now.

But yeah. There are titles like that. Again, the list is explicit, very explicit. You could read it. It's all

J. SIMPSON

there. If you open it and look carefully, you'll see on the right it says there's a title. There's not a title. It talks about the status. It's all there. So we don't have to have any --

Q So, Mr. Simpson, would you be surprised if I told you that you provided the receiver with a certificate of title for a vehicle in your own name, following which the receiver recognized immediately and informed you in writing through counsel that he agreed that you own that vehicle. Would that surprise you?

A It would surprise me. I've never received such communication. If you have it, I'd love to see it.

Q I understand your question.

A Did I respond to it?

Q Did you --

A Did I respond to it? Did I respond to it?

Q I'm asking the questions --

A Because I'd be shocked. .

MR. BUNIN: Mr. Schwart?

J. SIMPSON

MR. SCHWARTZ: Yes.

THE WITNESS: Okay. Well, you're -- you're asking --

MR. BUNIN: Could you stop sharing this document?

THE WITNESS: -- question. I'll tell you the answer.

MR. SCHWARTZ: Yes, yes.

THE WITNESS: I've never said such a thing. I would be surprised. You haven't offered anything to me. You haven't offered anything to me that I'm aware of. If you offered it to Mr. Rajotte and he didn't share with me by a mistake or it slipped, it's possible.

But I am not aware of the, of the receiver offering a darn thing to me other than just chaos and destruction. And you are a participant in that, both of you together. It's a tag-team effort.

MR. BUNIN: All right. Now I'm going to see --

THE WITNESS: I'm sure you realize.

MR. BUNIN: I'm going to see if I can

J. SIMPSON

share a document and put it on --

THE WITNESS: I would love to see -- see a document like that, please. And by the way, if it was true, why is it that all this time has gone by? You haven't said, "Hey, why don't you pick up these things. If we've agreed to offer them to you?" Why didn't you tell the bankruptcy court that? You know, why would you do anything good?

MR. BUNIN: Okay. So I have on the screen now, and I'll scroll through it. It's the order issued by Judge Cohen in late December of 2025 approving the auction of Rever Motor's assets.

THE WITNESS: Yeah. Which made no logical sense, like usual.

MR. BUNIN: Is there an exhibit letter or number for this?

MR. SCHWARTZ: I don't have one. No. So this -- actually I do, it would be A2. I think we have an A2 already.

(Defendant Exhibit A2 was marked for identification.)

J. SIMPSON

THE WITNESS: Why would he not be prejudicial to me about everything? You know, the fact he allowed you guys in the first place. I don't even know a list. Gosh, what that man did is a mockery. But no. I separated these things, frankly. I stopped reading them because it's not worth looking at.

MR. BUNIN: It's A2, Allen. And I --

THE WITNESS: But yeah. If it's in here --

MR. BUNIN: -- apologize for not --

THE WITNESS: -- I haven't read it.

MR. BUNIN: -- having a sticker on it.

THE WITNESS: If I haven't -- if it's in here, I haven't read it because that man just produced --

MR. BUNIN: All right. Hold --

THE WITNESS: -- one after another and allowed you people to hurt me. And I've made it clear to the courts, to his bosses, to -- to everyone in New York State, you name it, of what he's done to

J. SIMPSON

try to grant things to you all. That's -- it's vindictive to hurt me.

So I don't even know what he did or didn't offer, but it was almost all bad all the time for no good reason. As I said very clearly, it became a case between me against -- and Judge Joel Cohen because of the crap he allowed you all do to me, which is horrific.

MR. BUNIN: All right, so I'd like to direct your attention --

THE WITNESS: My views never changed on that. Sure. I have not read this document. I stopped reading these documents. Okay? I had a Counsel and I stopped reading them because unless I had to do something that required under the law, I stopped reading them because they're horrific.

And what this man signed for you all, including the vindictive TRO that you asked for regarding other property that you claim you never did, but your partner, Darren Pastorel [ph], sort of admitted it.

J. SIMPSON

BY MR. BUNIN:

Q   Do you recall, Mr. Simpson, that this order address issues that relate to vehicles for which the receiver had certificates of title but did not have possession of the vehicle?

A   As I said, I stopped reading this crap because it makes me want to vomit. And also, let's be crystal clear, you've told the bankruptcy court multiple times, you've told Alec Ostrow that you don't have any titles. Well, that's horse crap. Okay?

I have photographs of where you emptied out all the folders and you took all the titles. You have e-mails to -- to Ben Rajotte saying that you took all the titles with you. But then somehow you have the nerves to tell the Court that you don't possess any titles. How is that possible? You're not going to answer. It's okay. I'm just going to put it on the record. But --

Q   Yeah. I don't think there's a

J. SIMPSON

question pending. So my question, I'd like to direct your attention --

A   That's okay. I'm going to put it on the record because -- because we're talking about titles, you continue to say that there are no titles. But then you like to change your position. You should do a Broadway show.

You should do a Broadway show with Eric Huebscher. Okay? Because he changed your position constantly. You told Ostrow you don't have any titles.

THE WITNESS: Alec, he won't answer it. You'll answer it. Right? How many times did he tell you don't have any titles?

MR. SCHWARTS: All right. So I'd like to direct your --

MR. OSTROW: Let's move on.

BY MR. BUNIN:

Q   -- attention, Mr. Simpson too, in this document, what I have on the screen is page 4 of 14. And I'd like to direct your attention to the first

J. SIMPSON

paragraph that starts with the word "ordered" in bold. And I'm just going to read that paragraph for the record.

"Ordered that with respect to any of the motor vehicles identified on Exhibit B hereto that are property of Rever Motors and are in Mr. Simpson's possession or under his control, Simpson shall within 14 days of entry of this order, A, turnover possession of such vehicles to the receiver to be sold at public auction and, B, account for any vehicle that has been sold or otherwise transferred by producing to the receiver, A, capital A the bill of sale; B, the documentation, identifying the consideration received for the sale or transfer; C, documentation identifying the account in which the proceeds were deposited; and D, documentation, establishing payment of sales tax; and lastly, turning over the proceeds from such sale to the receiver."

So having read that, I'd like

J. SIMPSON

you to go to Exhibit B, which was referred to in that paragraph. And this is Exhibit B. And exhibit B is one page and it indicates, and the title of the page is "title/no vehicle." So this is what exhibit the paragraph I read was referring to. These are the vehicles for which the receiver has titles but doesn't have the vehicle. So I'd like you --

A   Wrong, wrong.

Q   I'd like you, Mr. Simpson, to review this list and tell me whether you have possession of any of those vehicles that are on this page.

A   It's -- it's the other way around there, Mr. Bunin. It's the other way around. You guys really had no idea what you're talking about and no, I never looked at this before. It was actually comical.

You know why? Because most of these vehicles are sitting there right under your face. You just wouldn't know what you're looking at. Just like what

J. SIMPSON

you did with that red Land Rover.

This is comical. I wish I should've looked at this before. This is really funny. It's really great way to -- to have an evening here.

Q   So which of the vehicles on this page are at 1640 Montauk, Mr. Simpson?

A   Well the last one is the Jeep, if I recall. That was for the benefit of a guy named Wyatt Carter [ph]. And he paid money, and it is a part because we were doing a restoration.

He then sued me. I don't if made a claim the bankruptcy court or not, but he sued me and it is there. I mentioned the video. I tried to tell you in three occasions that it is I it I even tried to describe where the parts are. I guess what the key for the container on the day of the walkthrough was not available, where the parts for this vehicle are. And I shared it with Mr. Carter [ph]. He sued me anyway.

This is -- this is a typical

J. SIMPSON

scenario where I get sued because of your malfeasance and your incompetence. That's the last one list. We'll start there.

If we look at Porsche 944 1988, I can't tell you why there's two titles, but Jared had told you this and he's correct. There was a separate contract when we purchased the property, and I articulated the video as well where there were vehicles on the premises of the property.

And those vehicles were like, we gave like 35,000 or 45,000 exact number. But there was a separate contract and purchase of the real estate property that we had to pay to the seller to purchase a bunch of vehicles. There were the vehicles I wanted to keep there and the vehicles that were not relevant. The ones that are not relevant, they took with them or we had to throw out because they were garbage.

The 944 Porsche's sitting there in the middle of the backyard. It's red.

131 (Pages 518 - 521)

J. SIMPSON

Why he had two titles for it, I can't tell you; it has nothing to do with me.

Q So with respect to the the Jeep, the 2006 Jeep, the last one listed, is it your testimony that that jeep with that VIN is at 1640 Montauk?

A I -- look, I can't say definitively. I say highly likely. Highly likely it is okay. There is definitely -- I didn't ever deal in late model Jeeps. If it's a Jeep Wrangler, which I can't say for sure based on the VIN number. I don't know.

But if it's a red Jeep Wrangler, which I believe it is, it is absolutely there and it was disassembled for the work. If you looked at the reports of what I gave you about the work that was done, if you read anything I sent you, you would've the answer to this question. So I'm pretty certain that that is there definitively.

Q Are there any vehicles on this list that you removed from 1640 Montauk

J. SIMPSON

Highway --

A No, no, no, no, no, no, no, no. If we're going to play this game, we're going to play this game, you're going to make allegations. We're going to go through every one of these things.

Q I didn't make an allegation. I asked you a question.

A No, you say that I have titles for this stuff and I was -- no, you say there's an --

Q No. I --

A -- to do certain things.

Q I asked what I --

A Well, well, Mr. Bunin, if you don't want to get it right then let's go on the record that you are making commentary here that I'm trying to explain to you that there are -- most of these vehicles are at the property and you don't want to hear it. So do you want hear it or not?

Q The question I asked you was the following. Are there --

J. SIMPSON

A I heard your question. I'm asking do you --

Q -- vehicles --

A -- want to have an explanation of the vehicles that are listed here? Because the majority of them are under your nose. You just don't know what you're looking at.

Q That's not what I asked you. What I asked you is --

A I'll tell you what it is.

Q -- are there any vehicles on this list that you removed from 1640 Montauk Highway? That was my question. And that is my --

A I don't think so. I don't think so. I'm looking through here. I do not believe so. Look, I -- it's going to be hard for me to know with certain vehicles because we had so many; and I've had so many, like for example, Land Rovers and Mercedes, I've had a lot of those vehicles over my time.

And by the way, there's titles

J. SIMPSON

here that the car was never there in the first place. The 2004 Jeep Liberty, that was a title that Chassen had for a house --

Q All right. So the --

A -- for a house that Jared had in Westchester.

Q So the answer to my question --

A So -- so I can't tell you. I am working through it the best I can. So you're going to have to be patient with me or not get an answer from me. I'm working through this --

Q You gave me an answer. You said --

A -- by process of elimination.

Q You said you did not believe that any vehicles on this list had been removed from 1640 Montauk by you.

A I said to you -- I said to you that -- I said to you that in general it looks to me like a number of these vehicles are there, that they're under your nose.

132 (Pages 522 - 525)

Page 526

J. SIMPSON

And I'm saying to you that there's few here that based on this description, without me possibly knowing Vin numbers by heart, I can't be certain. I've had a lot of Land Rovers of my time. I've had a lot of Mercedes over my time, sort of inexpensive ones. Some are parts cars, et cetera. And I can't be certain in that category.

But I could tell you if you actually cared about most of these vehicles, what they are, where they are, et cetera. It doesn't seem like you want to hear it or want to know. But you shouldn't --

Q   That's not my question.

A   -- to want to know. You should be me. I know, but you should be asking me.

Q   Let's move on to the next question --

A   -- customers by the receiver. Let's move on because this is -- this is a roadmap you don't want to go down because

Page 527

J. SIMPSON

it shows your incompetence. But go ahead.

Q   Are there --

A   What's your next question?

Q   Are there any vehicles on this list --

A   And let's make for the record, he doesn't want to learn about contents at the property that are there that he claims are not there because it doesn't read anything or look at property or didn't read, didn't watch the video, which I described these items. Let's put that on the record.

Q   It's on the record.

A   Including customer vehicles, which are on this list.

Q   Are there any vehicles --

A   Let's that on the record.

Q   Mr. Simpson, are there any vehicles on this list which are presently located at your home in Water Mill?

A   If the answer before was that I don't believe that I have possession of these vehicles, the same answer would

Page 528

J. SIMPSON

apply. Most of these vehicles I believe are there. Is most the right answer? I don't know. There's at least three or four I know are there with almost certainty.

Q   So is your answer to the question that none of the vehicles on this list are presently located at your property in -- your home in Water Mill?

A   Well, let's -- let's start -- let's start with the fact that I demanded for 1640 Commercial on various occasions the tow truck title; and you swore you didn't have it, but you do have it because it's the second to last here would be my guess.

Because if 1640 Commercial, which is not under the receivership, why are you holding the title hostage? I've asked you this over e-mail a hundred times.

So second to last on this list is the Ford tow truck, which you'd have no authority to touch.

Page 529

J. SIMPSON

Q   And this is --

A   Because it's not 1640 Motors. LLC.

Q   Is this the Ford tow truck that we saw a photograph of earlier today that was --

A   It is.

Q   -- your home?

A   It is. And I've told you a hundred times about this title and your answer was an e-mail. I don't have it.

Q   And this --

A   But you --

Q   And the title -- is it your testimony that the title to this Ford 1990 flatbed truck is in your personal name?

A   No. My testimony you didn't listen or you didn't care to listen. I said it's the name of 1640 Commercial LLC, which I've told you in e-mail at least a dozen times. So you just don't listen because you just talk.

Q   And --

A   You just talk. You don't

133 (Pages 526 - 529)

J. SIMPSON

listen.

Q And with respect to this 1990 Ford flatbed truck. From whom or from what entity did 1640 Commercial motors purchase this --

A Yeah. You have a fictitious view that --

Q -- truck?

A You have a fictitious view that it was purchased the way you think it was and it was not.

Q Well, explain what you're --

A Yeah, yeah. What -- what happened is that we bought this and I have the bill of sale sent to you from a third party person and that was 1640 Commercial. What -- we had a buyer that was going to buy the truck.

I even think at the time when Jared was involved and he ultimately decided that he didn't want the truck and he demanded his money back and it was horrific. And sorry I lost the camera for a minute.

J. SIMPSON

And -- and I believe we had paperwork on site for the sale that never occurred. And he gave us money and we gave -- and then we gave him the money right back.

But the view that I have on this and the bill of sale I found on this was the original purchase bill of sale from a third party person in 2022. And the only owner that's ever had it was 1640 Commercial LLC. And the title would say 1640 Commercial LLC, not 1640 Motors. There's no court order for 1640 Commercial LLC. Unless I missed something. I'd love you to share with me. So how you hold it hostage beats the heck out of me.

But again, as I told you earlier, the engine was blown on it. It was -- was scrap. It was a 1990 at this point and it just didn't work. So I don't need to distort junk. And again, at 1640 Commercial, I don't need a court order because it's not part of any order. It's not part of any litigation that I'm aware

J. SIMPSON

of.

Q All right, so let's -- I'm going to go to a different page here to clarify.

A Well, why don't we finish -- why don't we finish where you were?

Q No, no. I'm --

A Because there's number other issues.

Q I'm --

A There's a number of other issues there. You just don't want to hear the real issues. You want to just try to vindictively hurt me --

Q Mr. Simpson --

A -- to get a little --

Q I'm still on the flatbed truck.

A Go ahead. What's your next question?

Q My next question is I now have on the screen the last two lines of page 3 of 14 of the auction order. And I'm going to read the last two lines and then I'm going to continue reading the first few lines on the next page. "Ordered that

J. SIMPSON

Simpson" --

A I can't see anything just so you know. I can't see anything.

Q Well, I'm going to I'm going to read this.

A Now I can.

Q But the fact that you can't see anything is not my responsibility to

A Now I can, now I can, now I can. I can read it myself.

Q Okay. It's ordered that Simpson individually and authorized agent for 1640 Commercial shall within 14 days of entry of this order turn over to the receiver the proceeds from the sale of the 1990 Ford flatbed truck VIN that ends in 2493 in the amount of $10,000 or" --

A Yeah. Did you show the judge that it was owned by 1640 Commercial LLC Garbage in, garbage out, bro. Did you show the judge the --

Q I didn't finish --

A -- the Commercial LLC title? No you didn't. Of course you didn't.

J. SIMPSON

Q Or provide documentary --

A So, again by the way, we are in federal court now. Your games don't work here. So again, bring it up with the judge if you have a concern here. It's not worth $10,000. It was a $10,000 sale. It never happened. As I told you, I gave you the testimony on it that it was supposed to be sold to someone that -- that bill of sale was for.

You've told the Court you don't have any paper but you have paper. You hold it fictitiously you don't allow us to see discovery because you just want to play your dirty little games. You and Judge Joel Cohen.

And there's a reason I've said that I am absolutely boycotting him from this case and from me entirely. And I'm continued to hold that position for this very reason. And I stopped paying attention to his crap because all you guys want to do is hurt me.

Q The Ford flatbed truck that's

J. SIMPSON

mentioned in this paragraph --

A It's not -- it's dead, and it's 1640 Commercial. And he didn't have the right to authorize that. Just like you snuck in all the JJ Arch entities that were not related to JJ for investment entities. Just like you snuck that in. You love to sneak little things in. And there's no lawyers looking, Judge Cohen signs anything for you all. I don't know what you're doing for --

MR. BUNIN: Mr. Ostrow --

THE WITNESS: -- pictures with a donkey. I don't know what you have.

MR. BUNIN: Mr. Simpson is not answering my question. He's completed his answer --

THE WITNESS: I told you with the facts about the truck.

MR. BUNIN: -- and I would like to move on --

THE WITNESS: There's nothing more to tell you.

MR. BUNIN: -- to my next question.

J. SIMPSON

And I ask --

THE WITNESS: I told you the facts about the truck. Take it to the Court if you want.

MR. BUNIN: -- direct Mr. Simpson to permit me to do so.

THE WITNESS: I have no more information. You're a lying, lying, cheating dude. And I give you information I have. I have no more information for you on this. And you have no authority over that. Like you have no authority over anything because you shouldn't have be there in the first place. But we'll deal with that at the right time. You have no authority on anything.

You are -- you're working with someone maliciously and intentionally to hurt me, and it makes no logical sense. And I would love for a jury to chime in on all this at some point. But go ahead. What's your next question?

BY MR. BUNIN:

Q Is the VIN that's referred to

J. SIMPSON

here that ends in 2493 the same VIN for the same Ford --

A I don't know about --

Q -- that's mentioned in Exhibit B?

A I don't know about the truck there. I don't know over the truck. But again, you've been vindictively, just vindictively and vindictively playing your little dirty games; right? With entities you don't even have any access over control over you.

You try to go to my house. Are you out of your freaking mind? You call and threaten my lawyer. I tell the police, and then the police guy hurts me because of the -- the commotion you caused. You're a bad dude, man, Marty Bunin.

Q Mr. Simpson, I just --

A No, no, no. Don't "Mr. Simpson" me.

Q I just scrolled--

A I'm -- where are we with --

J. SIMPSON

Q   And I will point out to you --

THE WITNESS:  Court Reporter, how many hours are we at now?  I'm done with this guy.  How many hours are we at, Court Reporter?

MR. BUNIN:  I would point out to you, Mr. Simpson --

THE WITNESS:  I'm talking to the court reporter.  You'll wait.

How many hours are we at, Mr. Reporter?  Doug?

MR. BUNIN:  We have 40 minutes until eight o'clock.

THE WITNESS:  I'm asking Doug.  Not you.

THE REPORTER:  Sir, I'm not --

THE WITNESS:  Mr. Court Reporter, can you tell us how long we're on the record?

THE REPORTER:  I'm just not at liberty to stop the deposition to tell us.  If you want the next time we stop, I could let you know.

THE WITNESS:  Let's take a break now then.  I need to go to the men's room if

J. SIMPSON

you could find out for us.  I appreciate it.  If I could take a three minute --

MR. SCHWARTZ:  There's a question pending.

MR. BUNIN:  There's a pending question.

THE WITNESS:  What's your pending question?

MR. BUNIN:  The question is --

THE WITNESS:  And why you talking, Schwartz?  You don't have the --

MR. BUNIN:  Excuse me.

THE WITNESS:  Close your mouth for now.

BY MR. BUNIN:

Q   Looking at Exhibit B, Mr. Simpson is the last four digits of the Ford --

A   I told you I don't know.

Q   -- 1990 flatbed truck --

A   I told you I don't know.

Q   -- on Exhibit B is 2493 --

A   I told you there's only one tow truck I knew of under 1640 Commercial.

J. SIMPSON

Q   Is that the same VIN --

A   If there's another title I don't know.  I don't know.  Would I know the VIN off the top of my head there, Bunin?  How would I know the top of my head?

Q   I just showed you the --

A   I don't know this is factual.

Q   I just showed you the VIN that Judge Cohen mentioned in his order.

A   Why don't you open up the title?

Q   And it ends in 2493.

A   Open the title and we can look at it together, and then I will verify.  Do you have the title you could present to us here?  Why don't you present the title to us?

Q   I have the title.  Well, I guess we'll have to talk about that next week.  You actually --

A   Why don't you show me the title and then we'll talk about it?

Q   I believe you provided the title to the receiver here for this truck with the VIN that ends in 2493.

J. SIMPSON

A   I don't believe that's the case.

Q   That's part of the reason why it ended up --

A   No.  I think what happened is the receiver just stole all of the documents without carrying -- again, Cohen made it very clear to you all.  "Don't just shut businesses down.  You should be talking to Mr. Simpson before you do anything."

But he just went on a ramp because he hits me and because he's prejudicial and you all just played into it.  because you want to just align your pockets with money.  Yeah, exactly.

Q   Mr. Simpson --

A   The question was answered.  I'm taking a break.  I'm going to the men's room.

THE WITNESS:  And I would like for the reporter respectfully, I asked of him to tell us how much time is left.  I'm not going by eight o'clock.  I'm going by how much time in the seven hours exists.

136 (Pages 538 - 541)

J. SIMPSON

That's how this works. Not -- not Marty Bunin and his opinions.

So if -- Mr. Reporter, before we go a break, can you tell us? Or do you want to tell us when we get back?

THE REPORTER: Would you guys like me to go off the record?

THE WITNESS: We're taking a break.

MR. OSTROW: Sure.

THE REPORTER: Sure. So I'll go off the record. It's 7:22.

(Off the record.)

THE REPORTER: Okay. I'll go back on the record. It's 7:24.

BY MR. BUNIN:

Q All right. So I just want to -- before I move on from this, looking at Exhibit B, the last four digits in the VIN of this 1990 Ford flatbed truck are 2493.

And now I'm going to go back to the order, which I read the paragraph that is now here at the bottom of page 3 of 14, top of the next page that identifies the

J. SIMPSON

Ford flatbed truck for which the state court ordered you to turn over the proceeds or account for the sale. And that VIN ends in 2493. It's the same 1990 flatbed truck. Would you agree with that, Mr. Simpson?

A I'm not confirming it until I see the title. And again, I believe you gave fictitious documents to the state court because it's not owned by 1640 Motors. So how could they order that?

It wasn't part of any motion or anything. 1640 Commercial was not part of the litigation and I'm, I didn't read these documents, so I don't believe this is proper. I think it's actually more fraudulent activity by you.

So when they have the title handy, we could do that on Wednesday if you'd like, or do it now. I remember to look at it. If I can't verify without seeing a title. I've told you've had this title for a year and you've played dirty games, ignore me. So like usual, you just

J. SIMPSON

talk, you don't listen. Why would you? You get paid for being a jerk. Go ahead.

Q So I'm going to move on to Exhibit C in this order. Actually, let me go back for a second here. So the last ordered paragraph in the order authorizing the auction is the one that's on the screen now. And it says that with respect to any of the motor vehicles identified on Exhibit C hereto and are the property of Rever Motors Simpson shall within 14 days of entry of this order, turnover, possession of the vehicle's key and certificate of title to the receiver, if such key and certificate are in Simpson's possession.

A I don't have anything that that qualifies to what you're describing that I'm aware of. So I don't know what to tell you on this.

Q All right. I just --

A And again, and by the way, just to be clear and just to be clear, if the tow truck is 1640 Commercial, which I

J. SIMPSON

believe it is, and the tow truck has Jeffrey Simpson or 1640 Commercial Jeffrey Simpson is the owner, presumably it just to stay on that anyway because if Jeffrey Simpson is the ultimate owner, it should probably stay there.

THE WITNESS: But if we have to seek a stay to stop you from your nonsense in that, I guess Mr. Ostrow, we can look into that. It's a big waste of time like usual with these people.

MR. BUNIN: Mr. Simpson, I'm finished asking about the flatbed truck.

THE WITNESS: No. You wasted a lot of time about it, but go ahead.

BY MR. BUNIN:

Q So let's go to Exhibit C, which was just referred to, and Exhibit C list the vehicles for which the receiver has the title but doesn't have the vehicle.

And my question to you is, and I think you may have answered it, at least with respect to the order, I ask that you look through the information on the

Page 546

J. SIMPSON

vehicles on this page and you let us know whether you have any certificates of title, bills of sale or keys to any of these vehicles.

A Can you put on screen again? Is it on screen now? Wait, wait, I'm sorry. Which exhibit? This looks like Exhibit B. What --

Q This is exhibit -- no. So Exhibit B -- oh, I'm sorry. You're right. I apologize. My mistake. Exhibit C -- no. You're absolutely correct. Exhibit C are the vehicles referred to in the last paragraph that I just read, which are the vehicles, which are at 1640 Montauk, but for which the receiver doesn't have certificates of title.

So my question on this exhibit is could you please look at this list and see if there are any vehicles on here for which you are in possession of certificates of title, bills of sale or keys. And I'll go scroll down to the bottom of the list in a minute or two. So

Page 547

J. SIMPSON

you have --

A Are -- are you ready to go through the one by one? Because I could describe every one of you -- every one of these.

Q Well, the only thing I'm interested in right now --

A I know, but you never want to know the facts.

Q -- is whether you have --

A You ask these weird questions, but you don't know the facts.

Q My question was do you have --

A You don't want to know the facts. You don't want to know the facts.

Q I didn't ask you for the facts. The only --

A No. You -- why would you want to know the facts when the --

Q I asked you --

A -- guy who's curated the business and bought the stuff? You just want to be vindictive. So if you want to --

Page 548

J. SIMPSON

Q I asked you for --

A If you have legitimate -- if you had a legitimate concern about what's happening there because you know, half this list are customer's vehicles. Do you care?

Q I have --

A Do you care?

Q My question, Mr. Simpson, is are there any vehicles on this list for which you have certificates of title, bills of sale, or keys? That's it. That's my question.

THE WITNESS: Alec, I don't know what to do with this. I mean, this list is beyond --

MR. OSTROW: Well, answer --

THE WITNESS: He has customers' cars here. He has --

MR. OSTROW: If you can answer the question, answer the question.

THE WITNESS: -- but he has the car that he gave to Jared --

MR. OSTROW: If you can't --

Page 549

J. SIMPSON

THE WITNESS: -- on this list that he -- that's up New Windsor. That's the, that's the 280 GE 1979. He gave the car to Jared. It's up in New Windsor, New York. I saw it. It's in the picture on the trailer.

So it's like pretty crazy to ask any questions. The F-250, the green one, the customer called me a hundred times. I believe the customer took the vehicle off the property. So I -- he didn't ever want to listen to anything of substance.

The contract I described that has a number of vehicles that are on the premises when I bought the property a reference here. He doesn't want to know the facts. So it's pretty hard to deal with this.

MR. BUNIN: Mr. Simpson, this is not a trick question. It's --

THE WITNESS: No, its vindictive. It's vindictive.

BY MR. BUNIN:

Q I'm just asking you --

138 (Pages 546 - 549)

Veritext Legal Solutions

800-727-6396          www.veritext.com          212-267-6868

J. SIMPSON

A If you want to get to the bottom of it --

Q -- if you have in your possession --

A you would actually deal with the issues here.

Q -- any certificates of title or the keys --

A I don't believe so, but it's quite concerning to me. It's quite concerning to me that you took referenced these things when I've told you in multiple e-mails the specific owners of vehicles who have called me, reached out to someone sued me.

And you continue to put on list and, and barrage me the questions and don't care about the greater good of the customers and the people because you just want me to burn. That's what's concerning about this list.

Q So I think --

A It's seriously concerning. You have on this list --

J. SIMPSON

Q I think the answer --

A -- a vehicle you gave to Jared Chassen. It's super, duper concerning.

Q I think the answer to the question is --

A It's really concerning what you've done.

Q I think the answer to the question is --

A I don't have the --

Q You don't have the title --

A Majority of these cars are custom cars. I don't have the answer. I don't have paper on them because they're not mine.

But the fact you haven't dealt with this in over a year when I've told you who the names are of the customers, and the result is I get sued because you just don't do your job. Gosh, it just, it's mind boggling to you all. And you haven't asked any real good questions and over a year, but then you antagonize me today.

J. SIMPSON

Q All right, I have --

A This is comical. It really is.

Q I'm going to move to a different part of this order.

A Please tell me your next one and that maybe it's -- maybe I still want to put for the record, by the way, on your exhibit C, one of those vehicles is with Jared Chassen. You gave it to him and the company paid $10,000 to that vehicle and you gave him that vehicle we found in discovery.

And I want that on the record. You're asking me, you handed the keys, you handed a car to Chassen on that list, the 1979 G Wagon without any discretionary authority to do such a thing.

But go ahead, what's your next question? I love the crap you come up with you. Don't listen. You don't hear, you don't listen. And you're a smart guy. I know it. You just don't want to hear it. You just want to do what you want to do.

J. SIMPSON

Q So I now have on the screen --

A You and Eric.

Q -- page 3 of 14. And I'm going to read the order, the paragraph --

A You're not coming to my house. The answer's no, it's never going to happen. Goodbye. That's it. You're not coming to my house.

Q I'm going to read --

A I already called the police on you --

Q -- paragraph into the record.

A You can read it all you want. You're not coming to --

Q I'm going to read it.

Ordered --

A You can read it until your cows come home. Y'all will be dead before you come to my house. And I would love for Judge Beckerman to order -- to order the authority for you to come peek in my garage. I would want to see that happen. There's no chance in hell.

Q That Simpson shall grant the

J. SIMPSON

receiver --

A    Again, Judge Cohen -- Judge Cohen orders you guys candy. He orders you anything you want. I know what it says. The answer's no, you're not coming to my house.

And that is on the record and I've said it a hundred times. We'll say a thousand more. You're not evading my premises and my privacy.

Q    Right. But the state court --

A    No chance in hell.

Q    The state court --

A    State court is fully corrupt, and you are corrupt. And the fact --

Q    The state court granted immediate access to the receiver here --

A    -- full of shit. That man should have never pointed you in the first place with all the complaints about Eric Huebscher. And all the stuff at Eric Huebscher that exists and everything about everything, it makes no logical sense.

Where's the money from Head of

J. SIMPSON

Pond, Marty? Where did you put the money? Why did you sell it for 150,000 off the market?

Q    Did the --

A    You sold it to Chasen, Marty?

Q    Did the state court --

A    Come on, answer the question. Why don't you --

Q    -- grant immediate access to the receiver --

A    It's my money --

Q    -- to your home property in Water Mill?

A    You're nobody. You are nobody. You are nobody in the scheme of this.

MR. BUNIN: Mr. Ostrow, I have a question pending --

THE WITNESS: You should never have touched anything near me.

MR. BUNIN: -- and I would like an answer to the question.

THE WITNESS: I'm done with you. Your answer is you're going nowhere near my house. What's your question? You will

J. SIMPSON

go nowhere near my house.

MR. BUNIN: My question is --

THE WITNESS: You'll go nowhere near my house. You will not invade my privacy or my family's privacy.

BY MR. BUNIN:

Q    My question is -- I'll repeat it. Did the state court grant immediate access to the receiver --

A    I don't care.

Q    -- to your property --

A    I don't care.

Q    -- in Water Mill --

A    I don't care. How about that?

Q    -- to look for --

A    I don't care. That man is corrupted. I brought him to every governmental agency exists, including you and your partner Huebscher there. So all of you corruption people, I just don't care. You're not coming to my house. You're not doing anything in my house.

Q    And did the state court --

A    I don't care, Goddammit for the

J. SIMPSON

hundredth time.

Q    Did the state court also grant to the receiver --

A    He's a --

Q    -- immediate access to any other location --

A    -- serious concern for --

Q    -- that the assets of --

A    Keep talking, Bunin.

Q    -- Rever Motors are to be found in?

A    Keep talking, keep talking. We'll talk to the police about it. Let's do with the FBI. How about that?

THE REPORTER: Guys, this is the reporter.

THE WITNESS: Should we meet the FBI with your behaviors? Should we meet with the DOJ? Who do you want to meet with, Bunin? I'm good. You want to do it? I'm ready to go. I've been ready.

MR. BUNIN: Mr. Ostrow, I would like to ask the question.

THE WITNESS: I told you're not going

J. SIMPSON

to my house. What do you want?

MR. BUNIN: -- Mr. Ostrow to ask a question or --

THE WITNESS: What do you want?

MR. BUNIN: Or I am want have go to Judge Beckerman.

THE WITNESS: You're not coming to my house.

THE WITNESS: The answer's no, you're not going to my house. What is your question?

BY MR. BUNIN:

Q My question is did the state court also grant immediate access to the receiver --

A The state court did a lot of stupid things --

Q -- to any other location --

A -- and I will not honor it.

Q -- where the assets of --

A There answer is no. You will not go to my house. And the answer is I've already called the police on you. You've reported to the police, and you are

J. SIMPSON

not going anywhere near my house.

Q I'm not talking about your house.

A You are 266 Water Mill Town Road. Isn't that what it says there?

Q -- any location where Rever Motor's assets are found.

A No. I don't have Rever Motor assets elsewhere. Any if I did, they're all mine anyway. But I don't. I've disclosed what I have multiple times. The schedules. If you don't feel that I've disclosed it, you do what you need to do with the Court. I've disclosed to you what I have.

I don't have things more than what I've disclosed. That's what I got. Like it or not, compare the notes to the schedules. Do your job because you are supposedly working for the benefit of the -- of the members. Aren't you there, Bunin?

No. You have your own agenda. Just burn the guys down and put money in

J. SIMPSON

your pocket. I'll show you the transcript. But Cohen even told you, even that corrupted guy told you.

So no. I have nothing to offer to you at -- at 266 Water Mill Towd Road. That is on your list that I'm aware of and you'll not be expecting or going anywhere near my home.

Q And what about going near the other location --

A You will go nowhere near anything controlled by me ever. You'll step nowhere near me unless the Court allows you to. And I highly doubt they will.

With the actions you've taken, the lies and cheating you've done, you'll go nowhere near me, you and Huebscher and Schwartz. There you corrupted folks. You're part of the DOJ investigation. I'm demanding, I'm commanding it. I'm asking for, and the judge agreed to put a letter in and it's going in.

Now hopefully your corruption

J. SIMPSON

doesn't spread it out too. What you guys have done is an abomination in the eyes of God. You've broken the laws consistently over and over again. What you're doing together is just unbelievable, your privilege agreements. It's unbelievable what you all do.

And that's what people say about you two, Huebscher and Bunin. Bad, bad, bad guys. The worst. What other questions do you have? Let's go. You've already ruined my day. Ruined my night. What other questions do you have? Because I've had enough. What other questions do you have? You have the answer your question. I don't have anything that I'm aware of at -- at 266. What other do you have?

MR. BUNIN: Mr. Ostrow, I have no further questions for Mr. Simpson at this time. I reserve the right to follow up and, and ask anything that's appropriate that may come to light as a result of the questions asked tonight.

141 (Pages 558 - 561)

J. SIMPSON

MR. SCHWARTZ: Let's take a five-minute break.

MR. BUNIN: Okay. Five minutes.

THE WITNESS: The clock is ending at the same time if you need a break.

THE REPORTER: Okay. I'm off the record, everyone, 7:37.

(Off the record.)

THE REPORTER: I'll go back on the record first. I'm -- I'm ready. I'm sorry about that.

MR. BUNIN: Okay. Sorry about that, Mr. Breshin.

BY MR. BUNIN:

Q So, Mr. Simpson, I have one additional question, which I think Mr. Schwartz may have asked you when you answered. But I just want to ask it again so I can be clear that I'm remembering the answer correctly. And the question is where is the location other than your home and Water Mill where you are currently repairing and restoring cars?

MR. OSTROW: All right. That was the

J. SIMPSON

subject of an objection and direction not to answer. And you can add that to the stuff that --

MR. BUNIN: Okay.

MR. OSTROW: -- want to go to the judge about.

MR. BUNIN: So you're directing him not to answer even though the state court ordered and granted immediate access to the receiver --

THE WITNESS: State court is full of shit.

MR. BUNIN: -- on that property.

THE WITNESS: -- full of shit. That's why I filed bankruptcy, you moron.

MR. OSTROW: Yeah, yeah. That's correct. That is correct.

MR. BUNIN: All right. Well, then I guess we'll --

THE WITNESS: -- prejudicial beyond what you're doing here is ungodly. We have no idea why you're here. How do you justify yourself an American? All right. Are we done here? Is there more anymore

J. SIMPSON

to do now? Are we done?

MR. SCHWARTZ: We're going to, you know, Mr. Chassen's going to reserve his rights to go to --

THE WITNESS: Mr. Chassen --

MR. SCHWARTZ: -- to compel an answer to that question.

THE WITNESS: Mr. Chassen will tell us where he works and tell us about and a hundred other things. We we'll reserve our rights on that. We'll ask Chassen on everything's he's done.

MR. SCHWARTZ: And also --

THE WITNESS: -- cheating on his wife and everything he's done, all the theft and narcotics. We got a hundred things to ask Mr. Chassen. I can't wait.

MR. SCHWARTZ: And also to compel an answer to the question Mr. Bunin just asked.

THE WITNESS: Yeah. We're going to compel --

MR. SCHWARTZ: -- which is a matter that the Honorable Joel M. Cohen --

J. SIMPSON

THE WITNESS: Yeah. Honorable. All right.

MR. SCHWARTZ: -- directed Mr. Simpson give --

THE WITNESS: Honorable all right. I want your relationship with him. We're going to compel that too. I want your relationship with him Imran Ansari [ph] and Seddio and everybody else.

MR. SCHWARTZ: We would call --

THE WITNESS: I'm leaving now, Alec unless you need me. I'm done with these --

MR. OSTROW: Hold on, hold on. You want to --

MR. SCHWARTZ: We would call the Court right --

MR. OSTROW: We can get the judge now? Go.

MR. SCHWARTZ: If we can get the judge right now, then we can do it. If not, we'll have to come back.

MR. OSTROW: No. I'm going to wait until eight o'clock because we have a hard

J. SIMPSON

stop at eight. You want to try to get the judge now? Try to get the judge now.

MR. SCHWARTZ: Yes. Yes. Let's do it.

MR. BUNIN: All right.

MR. SCHWARTZ: Mr. Ostrow, please make clear that after eight, that I can't, we can't. And so if she's available before --

MR. OSTROW: You are the one who said you had a hard stop at eight.

MR. SCHWARTZ: I do have a hard stop at eight.

MR. OSTROW: All right. So look, you can't get the judge tonight. You could try the judge whenever you like. I mean, I can't --

MR. SCHWARTZ: Mr. Bunin --

MR. OSTROW: -- stop you from asking the judge.

MR. SCHWARTZ: Or maybe Mr. Bunin could stay on for a little bit longer. I would have to drop off at eight.

MR. BUNIN: So can I speak to

J. SIMPSON

Mr. Schwartz offline for a moment?

MR. OSTROW: You want to take another five-minute break? Go ahead.

MR. BUNIN: Make it --

THE WITNESS: Hey, guys, I'm done with this; right? It's --

MR. OSTROW: Jeff, stay on Jeff, stay on, please.

MR. BUNIN: Mr. Ostrow, make it three minutes. It'll be very quick.

MR. OSTROW: Three minutes.

MR. BUNIN: Thank you.

THE REPORTER: Okay. I'll go off the record until they're ready, 7:47.

(Off the record.)

MR. OSTROW: All right, so --

MR. SCHWARTZ: But we reserve our right to do so on Monday.

MR. BUNIN: Or thereafter.

THE WITNESS: We reserve our rights. A lot of questions to compel too, Mr. Ostrow. Lets make sure they're well aware of that because a lot of follow up here.

J. SIMPSON

MR. OSTROW: I'm sorry. I didn't --

THE WITNESS: Chassen doesn't answer any question of substance. Chassen didn't answer any question of substance. So we need --

MR. OSTROW: So all right. So let me just ask for the record.

Mr. Schwartz and Mr. Bunin, you have no further questions this evening; correct?

MR. BUNIN: And yes, that's correct.

MR. OSTROW: Okay. I have no questions. The deposition is concluded. You have your rights to make whatever application you want to the Court.

MR. BUNIN: Understood.

MR. SCHWARTZ: Agreed.

MR. OSTROW: All right. Thank you, everybody.

MR. SCHWARTZ: Okay. Thank you as well, Mr. Ostrow.

MR. BUNIN: Thank you, Doug Breshin for your patience.

THE REPORTER: You're welcome, guys.

J. SIMPSON

I'll go off the record. It's 7:49.

(Signature reserved.)

(Whereupon, at 7:49 p.m., the proceeding was concluded.)

143 (Pages 566 - 569)

## Page 570

CERTIFICATE OF DEPOSITION OFFICER

I, DOUGLASS BRESHIN, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

DOUGLASS BRESHIN

Notary Public in and for the

State of New York

[X] Review of the transcript was requested.

## Page 571

CERTIFICATE OF TRANSCRIBER

I, LAUREN BROADBENT, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

LAUREN BROADBENT

## Page 572

Simpson, Jeffrey v. Huebscher, Eric, Et Al

Jeffrey Simpson (#8248653)

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____  _____

Jeffrey Simpson                Date

## Page 573

Simpson, Jeffrey v. Huebscher, Eric, Et Al

Jeffrey Simpson (#8248653)

ACKNOWLEDGEMENT OF DEPONENT

I, Jeffrey Simpson, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____  _____

Jeffrey Simpson                Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20___.

_____

NOTARY PUBLIC

| & |
| --- |
| **&** 2:4 3:4 8:21 |

| 1 |
| --- |

**1** 33:19 94:5 95:9 107:19 108:22 160:6 346:25

**1,000** 252:20 456:16,16

**1,500** 252:20 458:6 510:8

**10** 4:3 345:9 488:6 489:12 489:23

**10,000** 366:16 367:24 403:17 471:15 533:18 534:7,7 552:11

**100** 33:21,24 35:12 36:20 52:20 54:14 56:9 59:17 118:15,16 176:24 177:22 178:23 181:5 184:21 470:15

**10017** 2:14

**10036** 3:7

**10171** 2:6

**1055** 28:24 31:25 32:4,12

**106** 4:8 16:23 17:10

**106h** 28:17

**107** 4:19 20:6 169:12 170:18

**108** 17:3 20:6 28:18 486:18

**1099** 431:14

**10:30** 161:11

**10:56** 112:2

**10:57** 111:3

**10:58** 111:20

**11** 5:24 80:17 178:13 279:14 281:3 486:18

**11/12/2023** 5:4

**112** 4:15

**11210** 2:22

**114** 4:18

**11976** 1:16 9:25

**11:09** 112:9,14

**11:38** 111:23

**11:40** 113:9,18

**11:43** 114:18

**12** 211:22,24 216:13 294:13 420:21

**12:01** 113:21 113:23

**12:06** 117:4

**13** 440:14

**14** 6:4 398:24 440:14 517:24 518:10 532:22 533:14 542:24

544:12 553:4

**146** 33:19

**15** 232:7 278:10 323:22 345:9 360:3 369:3 398:10 440:14 490:18

**15,000** 300:25 403:17 411:20

**150,000** 555:3

**156** 33:19

**15th** 327:4 330:12

**16** 4:9 266:22 314:7 317:13 319:15 324:14 488:6 489:13

**1640** 33:17,17 33:21,25 35:5 35:12 37:21,25 38:3,7,21 39:9 40:4,11 42:18 52:20 54:14 86:13,16,17 102:25 107:12 209:3 267:20 275:15 276:15 277:5 281:5 286:23 315:12 315:16 317:10 349:4 352:24 352:24 353:3 354:3,9,12 356:3,4,7,17,21

358:12 362:4,4 362:6 364:9,10 364:12 369:5 373:12 376:7 390:24,25 393:17 409:18 414:23 415:3 415:21,22 422:2,13,18 423:24 424:9 425:3 449:8,12 458:9,11 459:9 487:14 488:8 520:8 522:7,25 524:14 525:20 528:13,18 529:3,20 530:5 530:17 531:11 531:13,13,14 531:22 533:13 533:20 535:4 539:25 543:11 543:14 544:25 545:3 546:16

**169** 4:20

**17** 3:6

**174** 5:19

**18** 171:2,9

**19** 171:10 490:18

**1951** 400:24

**1979** 549:4 552:17

**1983** 217:21
**1988** 521:5
**1990** 529:16
  530:3 531:20
  533:16 539:21
  542:20 543:5
**1993** 233:5
  239:7 245:15
**1996** 510:9
**19th** 94:23
  209:22
**1:32** 117:7
**1b** 33:3,5
**1st** 118:22
  198:17 208:2,4
  208:5,11,22
  209:16,18,19
  210:3,9 212:9
  212:10 215:8
  216:17 217:7
  217:18 322:8,9
  322:12,13
  327:4 368:17

**2**

**2** 30:22 34:9
  96:10 177:24
  177:25 178:2
  187:3 336:23
**2,000** 461:4
**2,500** 123:10
  261:2
**20** 23:13 57:14
  211:24 232:7

268:4 379:3
  398:10 426:13
  440:6 471:13
  471:14 573:15
**20,000** 233:21
  234:9,10 363:8
**200** 3:6 126:23
  470:15
**200,000** 209:2
  365:6
**2003** 248:16,17
  249:15 250:12
  250:14
**2004** 525:3
**2006** 522:5
**201** 5:18
  174:10
**2010** 490:25
  491:3
**2011** 490:4
  491:2,5
**2017** 178:13
  441:2 451:24
  452:23 454:14
**2018** 452:3
**2019** 452:14
  453:6,12 454:8
**2020** 250:12
  252:14 450:7
**2021** 178:14
  183:11 187:10
  188:22 233:17
  233:21 234:11
  354:10

**2022** 38:5
  56:14 58:17
  62:14 63:12
  172:22 173:6
  173:12 183:12
  187:11 188:22
  352:25 354:10
  364:16 440:12
  440:19 441:24
  466:14 531:10
**2023** 40:24
  57:23 58:17
  59:20,23 94:5
  95:2 178:9
  186:9 204:17
  216:13 217:4
  248:13,16
  250:4,12,13,16
  252:14 266:23
  307:13,15
  343:8 441:20
  442:15 445:12
  454:14 459:8
  463:3 466:14
**2024** 91:10
  173:15 174:25
  175:11 219:16
  220:8 221:13
  222:4 224:12
  224:18 234:17
  236:20,25
  404:23 462:21
**2025** 4:12 13:7
  14:11,21 60:23

262:19 263:7
  275:14 278:10
  279:14 281:3
  282:7 294:16
  296:8 299:20
  300:25 301:9
  310:17,21
  314:7 317:13
  319:15 324:14
  325:6 330:7
  353:12 362:2
  369:3 412:14
  412:17 445:13
  461:3 513:15
**2026** 1:13 7:13
  21:6 61:2
  170:13 216:14
  412:14,17
**20s** 427:22
**21** 173:13,14
**211** 5:4
**212** 2:8,16 3:9
**22** 173:14,14
  178:14 464:7
  464:21
**225** 33:18 39:9
  220:13 221:10
  230:8,13
  236:24
**23** 39:4 173:12
  208:15,19
  211:23 215:16
  227:18 231:3

**24** 89:8 91:19 223:13,23 224:2 228:2
**2493** 533:17 537:2 539:23 540:12,25 542:21 543:5
**24th** 93:15 219:12
**25** 5:25 13:9 151:22 252:6 351:12 409:24 409:25 508:14
**250** 549:9
**250,000** 200:21 200:22
**25609** 570:16
**257** 5:10
**26-10359** 1:8
**2635** 2:21
**266** 9:23 358:4 358:9 444:19 445:4 449:6,15 450:25 452:22 452:24 559:5 560:6 561:18
**27** 351:24
**27,000** 200:22
**275** 5:16
**28** 275:13 282:6
**280** 549:4
**29** 91:10,19

**291** 5:11
**298** 5:17
**299** 2:5
**29th** 93:16,16 93:16
**2:07** 168:22
**2:15** 168:25
**2a** 55:19
**2b** 31:2 32:24 32:25 33:10 35:5 37:15
**2nd** 57:22 215:16

**3**

**3** 186:2 480:9 532:21 542:24 553:4
**3,000** 344:7
**3/11/2025** 259:25
**3/25/2025** 5:11 291:10
**3/28/2025** 5:16
**30** 84:8 116:17 123:2 137:20 215:15 252:5 268:4 345:4 445:8 506:21
**30,000** 443:11
**300** 475:21 479:7 481:4
**3000** 251:3

**30564** 571:13
**30s** 427:22
**314** 5:13
**35,000** 521:14
**357** 5:7
**36** 365:16
**361** 5:8
**3611** 299:5
**37200** 2:13
**38,000** 218:11 219:7 222:13
**395** 4:10
**3:25** 257:13
**3:35** 257:8
**3:38** 257:16

**4**

**4** 57:23 185:25 366:18 517:24
**4,000** 251:3
**4.2** 185:24
**4.2d** 57:13,17 58:11 103:19 107:13
**4.2d.** 100:9
**40** 123:2 252:5 268:4 284:6 440:6 538:13
**40,000** 248:10
**40s** 427:22
**41st** 3:6
**432** 5:24
**439** 5:5

**45** 113:9 141:5
**45,000** 521:14
**46** 464:21
**461** 5:20
**468** 4:4
**49.9** 178:5
**4e** 2:21
**4th** 215:19

**5**

**5** 1:13 7:13 160:21 170:13 178:9 363:21 363:22
**5,000** 251:4
**5/16/2025** 5:13
**50** 33:18 123:2 201:3 284:6 347:12 470:17 479:19 483:18
**50,000** 493:20
**500** 439:19 456:16
**500,000** 95:9 199:24 203:22 208:25 367:21
**50s** 427:22 508:17
**51** 181:20
**513** 4:12
**55** 32:13 186:21 189:2
**550** 275:14 276:15 281:6

305:14,16 365:21 506:13
**562** 5:25
**58,000** 462:21
**5:12** 395:7,12
**5:20** 395:8,10
**5:26** 395:15
**5th** 21:6

**6**

**6/5/2026** 4:15 4:18
**60,000** 249:6 252:4 253:15 253:18
**600,000** 404:24
**60s** 508:18
**622** 2:13
**65,000** 410:22 412:24
**654** 318:2 333:7
**670** 99:21
**675,000** 103:8
**675,938** 105:8
**675,938.35** 96:15
**678** 106:19
**687-1230** 2:16
**6:19** 467:18
**6:24** 467:21

**7**

**7** 63:24 174:25 175:11
**7.5** 178:15
**7030** 116:16
**720-5496** 2:24
**75** 6:4 32:10,17
**75,000** 201:3
**750** 457:16,25 458:6
**77** 74:17 76:21 439:18 456:24
**7:22** 542:12
**7:24** 542:15
**7:37** 562:8
**7:47** 567:15
**7:49** 569:2,4
**7th** 162:16

**8**

**8** 28:16 29:14 300:25
**8,000** 480:5
**8/1/23** 4:25
**80** 400:25 440:7
**800** 475:3
**805,000** 479:20
**8248653** 1:18 572:2 573:2
**83** 224:13
**87** 28:17
**888-3033** 2:8

**89** 4:22 33:19
**89th** 276:15
**8th** 263:7

**9**

**9** 171:2,9
**9-1-1** 378:13
**90** 487:18
**900** 481:5
**911** 217:21 224:13
**917** 2:24
**94** 4:25
**944** 521:5,24
**972-3000** 3:9
**9:30** 325:11 379:8 392:22
**9:46** 1:14 7:7

**a**

**a.m.** 1:14 7:7 112:2,9
**a2** 4:10,11 395:19,22 513:22,23,24 514:10
**a3** 4:13 112:10 112:11
**a5** 4:16 114:17 114:22
**aare** 417:6
**ab** 4:8 16:23 17:10 486:13
**abandons** 304:7

**abilities** 249:5
**ability** 57:6 58:5 263:3 269:19 285:3 287:2 316:24 435:22 570:9 571:6
**able** 16:17 37:4 76:14 106:22 106:24 107:20 107:22 152:17 157:13 161:25 174:16 207:19 235:16 255:18 256:23 260:23 261:9 398:4 418:12 437:6 469:17 493:7 499:3 504:14
**abomination** 561:3
**above** 20:22 55:19 59:24,25 133:3 175:14 327:19 394:19 491:12 573:7
**absent** 7:21
**absolute** 322:15
**absolutely** 56:7 80:2 116:20 135:23 192:19 192:19 203:10 212:5 218:5

223:19 232:23
232:25 265:7,7
267:2,3 296:13
302:15,17
321:21 323:16
337:10,19,19
346:5 352:22
386:20,21
394:15 446:9
460:16 467:14
522:16 534:19
546:13

**absurd** 264:14
276:8 310:23
311:2,3 312:8
320:15 329:24
371:13,13
473:3

**absurdities**
310:20

**absurdity**
312:16,16

**abuse** 81:20,23
82:4,22 84:15
108:6,9 121:15

**abusing** 80:12
443:24

**abusive** 51:12
51:13,15 79:16
79:18,25 111:6
115:10 116:7
119:6 120:13
121:4 443:20
443:22

**accept** 143:4
144:10 202:20

**acceptable**
138:14 143:4
144:10 303:24

**access** 180:12
192:10 217:13
355:22 409:23
449:14 455:14
455:20 537:12
554:18 555:10
556:10 557:6
558:15 563:10

**accident**
179:21

**accommodati...**
100:15,16
247:12

**accord** 118:10

**account** 5:17
220:14 230:21
296:10 298:12
298:25 299:8
299:17 372:9
401:23 409:18
411:23 455:11
455:22,24
456:7 458:2,10
458:11 460:18
460:18 481:5
518:13,20
543:4

**accounting**
41:18

**accounts**
223:18 228:12
228:15 448:18
454:25 455:2,4
455:18 466:2

**accurate** 10:19
11:18 570:8
571:5

**accuse** 222:6

**accused** 328:15

**acknowledged**
393:7

**acknowledge...**
96:11 573:3

**acknowledge...**
7:17

**acknowledges**
221:18

**act** 111:14
134:25 142:13
153:19 165:7
328:19 382:16
386:14 503:24

**action** 47:7
89:7 156:15
291:16 294:5
399:22 570:11
570:15 571:8
571:11

**actions** 57:8
59:21 62:20
104:7 105:5,17
180:3 186:8
258:11,13

267:11 281:10
289:7 300:11
303:23 560:17

**active** 396:16
445:2

**actively** 405:9

**activities** 48:10

**activity** 397:11
543:18

**actor** 356:10
504:7

**actress** 103:20

**acts** 164:10

**actual** 16:4
172:8 445:20

**actually** 34:6
41:15 43:24
45:6 59:13
88:22 103:15
127:2 134:8
193:16 197:19
201:15 208:21
215:18 219:6
221:14,15,18
221:22 229:3
249:13 253:17
258:17 269:17
285:10 291:22
303:11 311:18
316:8 364:20
371:16 375:23
387:15 401:18
415:11 456:25
457:21 458:15

458:16 463:21
482:14 491:22
501:2 504:3
506:4 513:22
519:20 526:12
540:20 543:17
544:5 550:6
**ad** 87:6 163:4
**add** 113:4
359:7 563:3
**added** 199:6
221:22,23
**addition**
106:17 160:24
191:22 499:3
**additional**
112:7 113:15
170:16 468:5
468:18 562:17
**additionally**
7:21
**additions** 573:6
**address** 9:17,18
115:22,23
116:7 121:18
262:21 358:7
516:4
**addresses**
416:19
**adds** 496:25
**adelia** 306:2
313:23
**admin** 465:12
466:23 467:7

**administer**
7:17
**administrative**
234:2 310:9
464:6,18,22,25
465:6,10,23
466:3,10 510:4
**admission**
364:25
**admissions**
366:7
**admitted** 57:21
57:22,24,25
215:20 249:2
283:4 308:12
308:14 515:25
**admittedly**
214:21
**admitting**
214:24
**adult** 132:21,24
134:25 153:19
159:20 164:21
**advance** 15:16
15:19 16:7
231:21 306:23
408:11
**adversary**
121:14 152:15
**adverse** 477:23
**advertise**
406:18
**advertised**
406:19

**advised** 285:5,8
288:12,14
**advocated**
84:20
**affairs** 4:20
169:12 170:17
**affected** 318:2
386:18 387:3
389:9
**affectionately**
148:13
**affiliate** 182:2
**affiliated**
122:20 126:11
388:21,22
**affiliates**
172:14,19
458:25
**affiliation**
30:24 148:2
**affirmative**
36:16
**afford** 95:21
365:21 399:7
441:21
**afternoon**
122:10 160:17
**agency** 556:19
**agenda** 480:18
559:24
**agent** 228:16
228:17,24
229:7 533:13

**aggravated**
138:11
**aggregated**
456:23
**ago** 20:18
43:18 58:14
87:15 90:8
129:3 137:3
141:16 162:15
196:22 207:5
208:16 218:4
231:5 233:13
237:8 238:17
238:25 239:6
247:5 265:2
283:8 301:15
384:13 386:12
397:7 399:23
399:24,24
426:13 461:9
469:8 470:5
479:17 481:11
483:23 492:25
494:9 510:22
**agonizing**
110:12
**agree** 7:19,24
36:12,14
101:18 111:17
113:14 248:21
254:8 258:16
275:20,23
440:16 447:13
543:6

| | | | |
|---|---|---|---|
| **agreeable** 113:13 | 247:14 280:21 280:23 319:24 355:3 561:7 | **albany** 490:16 | 491:4 514:10 |
| **agreed** 56:20 96:21 101:22 111:17 112:7 246:20 248:23 258:15 314:22 326:5 343:10 413:17 511:13 513:8 560:23 568:18 | **agrees** 256:13 | **albeit** 150:5 | **allenschwart...** 2:23 |
| | **ahead** 25:23,25 30:19 33:6 42:7,7,12,13 46:13 63:8 96:6 187:8 191:12 195:3 196:7 232:18 236:13 243:14 264:5 271:21 275:3,7 280:5 280:9,15,21 284:19 289:5,7 298:5 309:6 391:8 419:15 477:25 482:20 489:7 494:19 500:22 505:23 507:3,20 527:2 532:18 536:22 544:3 545:16 552:19 567:4 | **alec** 2:3 8:20 21:23,23 64:15 64:15 68:9,9 68:10 69:10 71:19 72:19 82:17 89:5 108:3 110:13 111:5 112:15 238:4,7,18,23 242:16 361:18 415:2 417:17 417:20 431:21 432:9 435:24 444:5 484:16 485:10 516:12 517:14 548:15 565:12 | **allergic** 460:11 |
| | | | **allocating** 367:15 |
| | | | **allow** 83:20 123:12 132:13 164:15 223:8 264:11 399:18 444:4 446:5 534:14 |
| | | | **allowed** 34:16 34:16 56:23 63:7 72:9 85:4 136:3 211:10 247:8,9 280:14 316:5,12 344:15 347:9 361:18,19 458:18,19 514:4,22 515:9 |
| **agreement** 4:23 37:21 38:22 39:18 40:4,9 40:11 94:3,5 102:3,4 106:8 109:6,8 140:22 144:25 178:12 178:15,16 185:23 186:3 186:11,14 189:25 209:13 212:19 214:2,5 215:14,18 217:18,23 247:24 251:19 273:18 289:23 292:23 305:10 320:21 354:17 354:18,20 355:7 356:6 368:9 387:20 | | **alert** 34:17 | **allowing** 83:22 |
| | | **alerted** 179:3 | **allows** 133:4 190:6 560:15 |
| | | **align** 541:15 | **altman** 90:22 90:23,25 221:14 |
| | | **alive** 267:14 300:15 372:6 | |
| | | **allegation** 523:8 | |
| | **ain't** 271:5,5 305:2,4 428:23 | **allegations** 523:6 | |
| | **akrongold** 5:16 275:13 276:9 276:22,23,25 277:2 278:4,13 283:17 286:23 | **alleged** 226:17 | **amend** 34:16 |
| | | **allegedly** 273:24 375:5 | **amended** 4:21 88:19 178:13 191:20,22 192:12,14,17 221:23,24 |
| **agreements** 108:24 230:6 | **al** 572:1 573:1 | **allen** 2:19,23 8:14 10:10 112:15 117:24 | |

**american** 444:19 445:3 445:24 448:2,3 448:4 450:11 451:15 452:5,6 452:19,20 563:24

**amount** 16:11 32:8 40:24 41:7 96:21 249:20 251:9 254:2 297:13 297:16 352:13 352:14 365:7 367:18 381:6 480:7 533:18

**analysis** 182:14

**annoying** 275:7

**ansari** 565:9

**answer** 5:22 11:8 12:15 14:6,18 17:16 19:12,19,22 20:2 24:3,10 24:10,19 25:8 25:11 26:15,24 27:23 29:22 30:11 31:6,24 32:2,11 34:8 39:24 41:22 43:15 45:6,8,8 48:2,19 49:22 50:16 52:9,14 52:16 53:3,6,9 53:13,14,24 54:4,19,25 55:2,6,12 60:4 60:4,12,21 62:3 64:10,23 65:2,6,12,15 66:8,9,12,15,16 67:18 69:6 70:19,24 71:2 71:15,15,17 72:11 73:12 74:5,23,24 75:20,20 78:19 84:11,14 87:3 87:24 88:4 89:18 90:12 92:13,25 95:19 98:25 101:2 107:16 108:10 108:13,14 109:17,24 110:4 112:24 113:2 118:7,9 118:11,20,24 120:9,10 126:2 126:3 133:23 134:7,9,10,24 144:25 145:3 145:13,14 146:25 147:2,7 147:9 152:19 155:17,19 156:2,7 157:14 157:15 163:13

168:10 170:2 171:13 173:21 173:24 174:20 177:9 180:9 181:3 182:17 184:11,14,15 187:2,18,19,20 187:23,25 188:19 194:16 194:20 196:12 197:12 198:10 201:14 205:4 217:5 227:13 227:14 237:16 237:17,19,24 238:9,25 243:8 244:7 246:2,5 247:18 248:10 255:8 258:8 260:14 261:10 262:14 273:7 347:10 358:16 361:22 389:21 390:8 415:3,5 416:11 417:14 417:15,25 418:11,12 419:22 432:12 432:16 433:4,5 436:5 438:13 441:22 443:2 443:10 444:8 445:11,17 446:4,8 447:6

447:7,9,10,20 447:23,25 450:8,9,18 453:9 454:15 455:9 467:25 484:3 485:21 485:24 491:12 497:21 499:11 506:2 512:8 516:22 517:14 517:15 522:21 525:9,13,15 527:23,25 528:3,7 529:12 535:18 548:18 548:21,22 551:2,5,9,14 555:8,22,24 558:22,23 561:16 562:21 563:3,9 564:7 564:20 568:3,5

**answer's** 13:18 31:12 70:21 190:13 456:5 553:7 554:6 558:10

**answered** 11:12 15:17 24:5,17,22 28:3 45:2,9,15 74:12 133:16 133:19,20 145:8 190:22

195:4 237:23 238:13 243:6,8 438:15 446:7 453:8 499:18 541:18 545:23 562:19

**answering** 32:17 68:25 70:10,13 109:25 110:3 119:3 187:24 390:9 454:5 535:17

**answers** 12:7,8 12:15 35:4 44:24 48:11 49:9 79:10,13 83:15,25 134:14 146:21 191:9 210:16 213:5 442:21 451:2 481:8 484:8

**antagonistic** 48:22

**antagonists** 290:18

**antagonize** 47:16 155:22 156:11 551:24

**antagonizing** 52:6

**anybody** 154:20,22

181:15 253:7 264:20 267:15 271:9 276:4 292:21 301:14 303:18 306:25 308:19 314:20 321:10,12 327:12 346:18 356:23 385:3 405:7 411:24 431:15 434:13 434:14 436:15 465:24 482:11 487:18

**anybody's** 479:5

**anymore** 206:3 262:24 296:3 388:21,22 389:22 409:23 426:16 441:22 563:25

**anyone's** 222:3 403:11

**anything's** 482:17

**anytime** 404:21

**anyway** 65:10 102:6 190:4,5 226:11 229:24 298:16 338:12 345:24 427:3 474:4 504:19 520:24 545:5

559:11

**aostrow** 2:7

**apartment** 342:16

**apologize** 33:5 244:9 245:10 496:18 514:13 546:12

**apology** 392:25

**appalled** 141:18 158:17

**apparently** 38:15 107:10 399:15

**appeal** 129:7

**appealed** 309:18,20,22

**appear** 38:19 39:3 113:4 114:12 134:25

**appearing** 8:12

**appears** 17:20 18:9 38:23 39:7 96:19 106:18 110:18 110:22 174:14 261:11 299:18

**appended** 573:7

**applicable** 8:4

**application** 203:5,7,9 466:7 568:16

**apply** 505:25 528:2

**appoint** 150:3 305:5

**appointed** 279:18 281:4 304:25 353:16 353:17,22 359:3 376:22 376:24

**appointing** 5:9 257:21 258:10 306:13

**appointment** 287:11 291:14 303:25 306:24

**appreciate** 10:3 168:11 169:21 244:10,18 323:5 497:19 497:21 499:20 539:2

**appreciated** 323:4

**appropriate** 32:19 53:7 54:8 73:13 118:3 159:11 159:12 286:6 419:18,20 431:22,24 561:23

**approval** 333:16

approve 230:12 230:13,15

approving 513:15

approximately 13:7,10 59:22 173:12 181:21 224:20 236:25 256:9 317:17 325:5

april 251:21 259:13 278:10 295:17 296:8 299:19 300:25 384:14 412:7 459:8

arah 96:6

arch 1:9 5:19 7:13 29:5 32:25 33:11,20 33:24 35:6,11 37:25 39:18 41:17 42:23 52:18,19 54:12 54:13 55:25 56:9 57:17 58:12,17 59:18 60:15 68:7 86:14 91:6 93:5 94:25 101:13 104:4 105:7,7 107:8 108:24 118:14 118:16 172:14

172:19 173:16 174:12 176:25 177:19,23 178:12 181:6 182:25 183:3 184:24 186:3 187:12 188:13 188:25 189:9 189:13,17,18 189:21 190:3,6 190:7 209:13 217:13 218:6 221:20,23,25 222:5 224:2 228:5,12 229:20,21 230:20 234:20 266:20 269:13 277:18 305:8 315:10 366:17 367:9,12 450:5 453:2,3 460:5 464:14 465:4,7 465:12 466:20 500:18 535:6

arch's 42:15 62:8 65:25 223:18

arguing 50:10 72:15,18

argument 183:7

arms 34:5

army 338:11

arrangement 255:3 431:14

arrest 382:24

arrested 122:22 318:24 326:9 391:21 391:23 500:5

arresting 392:3 394:13,14

arrive 67:4

arrived 335:14 335:16

articles 355:9 355:12

articulated 521:10

artist 406:2

ascribe 137:20

aside 254:23

asinine 273:10

asked 14:4 23:25 41:14 63:24 64:25 65:5 68:22 69:17 83:7,7 95:18 96:2 97:21 98:24 100:15,16 101:8 112:6 113:10 118:7 118:23 119:8 124:2,10,10 132:4,9 135:3

135:24 145:19 154:5,6,18 155:11,17,18 155:20 169:21 183:4,6 184:6 190:23 194:11 196:15,17 198:20 201:6 202:7 213:4,13 213:16,19 214:10,12,13 219:23 220:4 225:9,10,13 227:11,12,12 227:13 233:8 240:4,21 243:3 243:6,7,11 264:7 287:8 288:6 292:22 301:23,23 304:3 307:21 311:23 312:3 316:25 317:25 327:21 331:4 338:13 365:10 368:16 393:23 417:3 435:8 446:10,14,16 448:21,22 453:25 454:3 462:13 474:20 515:23 523:9 523:15,24 524:10,11

528:21 541:22
547:21 548:2
551:23 561:25
562:18 564:21
**asking** 10:12
20:9,11 21:12
32:24 49:13,18
52:5,25 53:2
60:16 61:8
67:24,25 71:9
74:7 85:9
100:14 103:21
124:8 133:5,8
133:17 138:19
147:25 151:17
157:20,21
177:14 184:4,8
194:13,18
207:20 212:12
213:4 215:22
219:21 239:4
260:19,24
261:15 262:14
269:20 274:20
274:21,23
275:3 286:5
290:8,10,12
295:13 332:4,7
357:3 387:6
390:22 411:25
417:8,10,12
448:23 449:18
453:11 500:8
500:11 511:23

512:4 524:3
526:19 538:15
545:14 549:25
552:15 560:22
566:20
**asks** 26:20
28:19 83:14
146:20 171:2
**aspects** 54:25
**aspiration**
246:9
**ass** 243:13
**assert** 277:13
**asset** 221:25
**assets** 1:9 7:12
94:18 149:9,15
153:6,9 266:19
283:5 335:22
485:4 513:16
557:9 558:21
559:8,10
**assign** 378:14
**assigned** 7:4
**assignment**
351:8 402:12
406:11
**assignments**
183:14,16
471:22
**assistance**
320:8
**assistant**
233:23 234:3
464:7,18,20,23

465:2,7 466:10
**assistants**
465:11
**associated** 16:2
**assuming** 41:2
215:7 414:4,5
474:12
**astonished**
303:9
**attach** 170:16
**attached** 29:7
29:11 191:24
314:12
**attachment**
29:14,15
**attachments**
208:22
**attack** 47:16
132:25 156:17
431:23
**attacked** 51:10
122:14 138:4
156:16 381:21
**attacking** 87:6
87:10 269:4
**attacks** 87:6
155:15 163:4
**attempted** 97:5
**attempts**
115:14
**attended** 93:7
**attention** 18:21
28:16 30:22
90:20 92:18

150:14 170:24
175:4 198:16
217:17 492:6
504:10 515:12
517:3,22,25
534:23
**attentions**
101:14
**attest** 483:19
**attorney** 36:25
91:2,7,11,20
93:23 121:25
127:6 136:8
140:3 141:12
142:20 143:22
143:23 289:8
378:20 394:9
570:13 571:9
**attorneys** 8:12
**auction** 135:8
219:5,7 397:14
400:22,23
402:16,17
404:17 405:18
407:12,17,21
408:10 409:16
410:5 472:10
480:16 503:19
513:16 518:13
532:22 544:8
**auctions**
405:24
**audio** 570:7
571:3

**august** 59:22 94:5 118:22 144:24 178:9 186:8 198:17 208:2,4,5,11,22 209:16,18,19 210:3,9 212:9 212:10 215:8 215:16,19 216:17 217:4,7 217:18 227:10 227:18 249:9 266:22 368:17 450:7

**ausa** 136:6 139:23

**authority** 67:6 131:13 317:12 334:19 349:24 357:5,21 361:17 528:25 536:12,13,17 552:18 553:22

**authorization** 324:12,15 326:3

**authorize** 350:19 535:5

**authorized** 7:16 135:20,22 273:16 281:15 315:22 369:23 533:13

**authorizing** 544:7

**auto** 420:7 495:6,13,22 496:6,20

**automobiles** 217:19

**available** 66:5 66:23 160:11 162:10 168:13 179:11 245:18 267:7 268:11 404:21 503:14 504:13 520:22 566:9

**avenue** 2:5,13 2:21 28:24 32:12,17

**aware** 62:13,14 62:19 96:23 153:6 212:13 258:9,11,13 309:17 324:3 329:11 347:25 354:21 430:9 438:12,19 449:20 512:13 512:17 531:25 544:20 560:7 561:18 567:24

**awful** 381:20 383:15

**axle** 347:15

**b**

**b** 4:5,9,19 5:1 16:24 33:6,7 55:19 169:11 169:15 396:24 518:7,13,16 519:2,4,4 537:6 539:17 539:23 542:19 546:8,11

**baby** 164:20

**back** 30:6 45:19 51:8 54:22 55:17 61:16 70:23 76:7,8 92:4 110:21 111:22 113:20 114:3,5 114:21 115:14 117:6 119:14 124:14 130:5 131:9 144:12 144:16 153:14 158:23 162:11 168:24 181:17 198:16 199:4 199:11 202:2 203:13,20 204:22 207:21 217:17 237:6,8 238:20,24 239:10,14 241:11 242:14

243:12 244:13 246:19 252:21 257:2,15 273:9 293:6,14 294:15 309:13 310:16 313:8 313:10,12 326:15 331:2 333:20 338:12 338:14 339:2 339:12 340:12 341:15,19 342:5,9 348:13 361:25 363:24 364:19 367:12 369:20 371:23 373:24 374:17 376:10 377:3 377:10,13,24 378:7 383:12 395:6,14 402:23 414:17 415:15 422:23 424:20 426:20 427:5,6 428:10 430:23 461:6 463:3 467:15 467:20 471:22 476:12 483:21 497:17 530:23 531:6 542:6,14 542:22 544:6 562:10 565:23

**background** 44:15 51:16 406:2

**backwards** 443:9

**backyard** 521:25

**bad** 100:18 247:16,17 270:8 304:14 304:15 320:20 331:7,7,7,10,11 340:25 386:10 393:2,3 410:13 467:2 515:5 537:19 561:10 561:10,11

**bag** 422:10,13 422:13 424:6 424:11,16 425:2 427:9,11 427:18 429:20 429:24 430:7 492:17

**balance** 100:7,8 100:25 102:15 102:24 208:21 208:23 356:21 367:14,19 368:12,14,21 459:9 461:3 462:20

**balancing** 367:7,12

**band** 19:23

**bander** 87:22

**bank** 97:4,5,21 98:3,9 99:23 100:2 153:14 198:19 201:6,8 201:15,16 202:3,8,20 203:5 204:8,11 204:16,17 205:20 206:13 206:18 207:13 207:17 228:12 248:9 264:11 276:19 296:10 296:19,21 298:12,12,25 299:3 372:8,21 372:22 401:23 411:23 437:11 448:17,21 455:16 456:7 458:14 461:17 461:20 464:5 466:2 479:2

**banking** 455:21

**bankruptcy** 1:1 3:14 5:19 17:19 52:19 54:13 116:16 118:18,19 121:12 129:4 136:6,12 144:5 149:25 150:2

169:13 170:18 171:5 173:16 174:12 179:4,5 192:18 291:22 292:12,13 435:19 475:8 485:2 503:15 503:16,16 506:21 507:18 513:10 516:11 520:15 563:16

**banks** 204:19

**barged** 301:12 303:16

**barging** 302:10

**barrage** 550:18

**barraged** 246:3

**barred** 263:20

**barrett** 77:24

**barry** 5:15 275:13 276:9 276:21,23,25 276:25 277:3 278:3,12

**bars** 359:11

**bart** 61:24

**based** 34:13 63:16 67:15 96:21 105:16 106:6 107:13 108:23 164:11 166:23 172:21 178:25 179:10 180:8 201:21

248:9 334:11 358:16 370:23 397:22 426:6 442:14 445:16 522:13 526:3

**basement** 335:8 338:21 374:22 375:9 375:12 376:10 377:10 393:23 476:8 498:9

**basically** 163:18 187:9 337:8

**basis** 150:6 315:23 367:16 400:8 426:4 452:18 461:22 463:18

**battery** 494:15

**bay** 473:14 475:19

**bazillion** 107:18

**beach** 403:20

**bear** 170:25 357:9

**beat** 48:14

**beats** 510:19 531:17

**beautiful** 218:19 339:4

**beautifully** 218:19

| | | | |
|---|---|---|---|
| **becker** 2:4 8:21 | 163:22,25 | 253:3,4,16 | 545:2 549:11 |
| **beckerglynn....** | 164:19 194:15 | 261:18 262:17 | 550:10 |
| 2:7 | **behaviors** | 262:18 265:9 | **believed** 42:22 |
| **beckerman** | 557:19 | 265:10,11,13 | 42:23 200:8 |
| 3:14 114:9 | **beige** 351:19 | 268:23 294:18 | 234:18 285:21 |
| 193:24 195:9 | **belabored** | 295:6 299:11 | 300:9 |
| 196:18 317:12 | 499:20 | 303:8,8,20 | **believes** 78:23 |
| 322:18 324:16 | **belief** 93:10 | 306:15,16,20 | 243:6 |
| 369:22 553:21 | **believe** 13:18 | 306:21 311:6,9 | **believing** |
| 558:7 | 13:18 14:14,22 | 316:16,18 | 341:22 |
| **beckerman's** | 21:10,11 37:14 | 317:4,8 320:3 | **belong** 148:11 |
| 371:24 | 40:14 41:14 | 320:16,22 | 231:8 371:14 |
| **bed** 460:6 | 53:10 55:6,12 | 321:12 322:22 | 375:17 433:11 |
| **beg** 156:20 | 56:24 62:15,22 | 323:22 325:17 | 477:3 489:14 |
| 222:14 | 63:4,16 78:15 | 328:15 329:21 | **belonged** |
| **begged** 138:16 | 80:21 95:23 | 335:23 336:8 | 193:13 250:19 |
| **begging** 57:25 | 113:9 117:9 | 341:8 349:15 | 374:9 377:5,15 |
| **beginning** | 124:13 141:19 | 354:14,15,16 | 475:10 484:10 |
| 32:25 106:9 | 143:12,18 | 369:9 370:20 | 484:11 485:23 |
| 404:9 | 155:5 158:14 | 381:5 384:17 | 487:10 |
| **behalf** 2:2,10 | 158:16 171:21 | 385:24 386:6,8 | **belonging** |
| 2:18 3:2 8:15 | 172:5 173:8 | 389:5 396:15 | 266:20 |
| 67:14 98:19 | 175:10 179:2 | 414:9 433:23 | **belongs** 231:6 |
| 115:25 117:24 | 182:10,21 | 455:10 458:6 | 433:10 472:15 |
| 152:14 162:12 | 189:5 191:20 | 458:18,19 | 505:6 |
| 224:2 310:7 | 191:21 192:20 | 475:8 476:5,8 | **ben** 232:11,24 |
| 328:20 | 193:17 194:2 | 476:11 484:16 | 267:22 293:17 |
| **behave** 165:8 | 196:16 198:25 | 486:14 489:16 | 319:18 320:13 |
| 165:10 | 199:18,20 | 489:17,18 | 322:23 324:19 |
| **behavior** 48:22 | 216:19 249:13 | 509:23 522:16 | 334:17 345:17 |
| 115:11 118:2,4 | 249:15,16,22 | 524:19 525:18 | 383:3 411:6 |
| 119:5 120:13 | 249:23 250:18 | 527:24 528:2 | 413:14 516:18 |
| 121:8,18 | 250:19,21 | 531:2 540:23 | **bench** 130:14 |
| 159:20 163:16 | 251:14,17 | 541:2 543:9,16 | |

| | | | |
|---|---|---|---|
| **beneath** 464:8 | **beyond** 115:7 | **binder** 161:19 | **bold** 293:7 |
| **beneficiary** | 119:3 133:4 | **binders** 161:17 | 518:3 |
| 171:7 172:2 | 164:18,18 | **bit** 161:2 | **bolted** 473:12 |
| 270:2 325:19 | 266:8 312:2 | 566:23 | 473:16 |
| 488:17,19 | 316:3 322:19 | **black** 217:21 | **bond** 57:25 |
| 489:4 500:15 | 327:20 332:19 | 224:13 413:23 | 307:22 |
| **benefit** 100:11 | 371:13 394:20 | 414:3 490:4 | **book** 126:15,16 |
| 164:16 208:12 | 505:14 548:17 | **blame** 158:13 | 280:3 |
| 208:14 217:9 | 563:21 | **blames** 463:20 | **borrok** 271:9 |
| 492:2 520:10 | **biased** 266:8 | **blank** 189:22 | 308:16 391:6 |
| 559:21 | 284:7 | 395:24 | **borrok's** |
| **bent** 342:6 | **biesen** 230:12 | **blatantly** 124:3 | 266:15 313:16 |
| **benz** 233:6 | 230:13 | 149:11 | **borrower** |
| 245:16 | **big** 66:18 250:8 | **blazed** 437:18 | 33:19 |
| **berainy** 465:17 | 252:10 310:11 | **blender** 198:20 | **boss** 44:16 |
| **berg** 101:11 | 368:24 385:16 | **blew** 249:9 | 305:21 |
| **best** 12:20,22 | 386:22,23 | 252:12 415:11 | **bosses** 305:24 |
| 78:19 93:9 | 401:18 472:18 | 415:16 | 514:24 |
| 165:24 166:5 | 472:19 545:11 | **block** 90:22 | **bothered** |
| 230:22 234:18 | **bigger** 127:11 | 114:19 | 392:22 |
| 249:5 253:25 | 406:18 | **blood** 198:9 | **bottom** 20:16 |
| 294:12 315:2 | **bill** 253:5 | **blowing** 482:2 | 91:23 100:2,3 |
| 337:22 413:17 | 343:23 457:19 | **blown** 415:22 | 174:22 259:5 |
| 423:18 430:13 | 509:2 518:16 | 531:19 | 304:13 542:24 |
| 466:11 474:19 | 530:16 531:8,9 | **blue** 351:25 | 546:25 550:2 |
| 525:11 570:9 | 534:11 | 361:2 452:20 | **bought** 233:13 |
| 571:5 | **bills** 153:12 | 480:4 498:9 | 233:17 252:19 |
| **better** 88:6 | 222:2,7 234:20 | **bobcat** 493:20 | 276:11 342:13 |
| 94:20 101:15 | 235:7 297:10 | **body** 340:9 | 343:24 352:9 |
| 338:25 356:17 | 445:6 457:24 | 429:5,7 | 359:15 360:24 |
| 368:5 379:4 | 470:6 472:8 | **bodyguard** | 364:16 410:24 |
| 389:16 400:15 | 509:23 546:4 | 265:12 | 440:25 441:4 |
| 436:14 472:11 | 546:23 548:12 | **boggling** | 442:5 446:14 |
| 482:12 | | 551:22 | 452:10 454:23 |

461:2 470:14 470:16 471:11 472:12 476:5 479:6 489:24 490:16 493:25 508:8 509:18 510:10,12 530:15 547:23 549:16

**bounds** 118:3

**bowling** 160:6

**box** 87:21 175:13 176:9 426:14

**boxes** 175:14

**boy** 246:22 279:2

**boycotting** 534:19

**branch** 298:15

**brand** 398:17 400:7,18 475:4 480:6

**brass** 151:24

**breach** 339:13

**breached** 186:13 212:16 214:19,20,21 214:22,24,25 215:12,14 217:3 247:24 316:17 318:9

**breaching** 333:23

**break** 11:24,25 110:24 168:19 254:4 256:2,19 257:2 394:24 467:11 538:24 541:19 542:5,9 562:3,6 567:4

**breaking** 324:2

**breshin** 1:17 7:4 116:21 562:14 568:23 570:2,17

**briefly** 120:25

**bring** 219:24 229:5 255:24 320:21 325:3 339:11,12 359:24 362:25 363:24 364:3,4 375:25 389:14 401:10 405:17 409:15 410:4 426:5,7,15,20 427:25 428:5,9 442:9 534:5

**bringing** 380:8

**british** 401:6 442:11

**bro** 99:11 390:19 533:21

**broad** 84:14

**broadbent** 571:2,14

**broadway** 504:8 517:9,10

**broke** 326:7 329:19 427:17

**broken** 561:4

**brooklyn** 2:22 76:8 306:5 383:22 384:6 386:19 387:4 389:14

**brought** 48:24 74:10 120:17 149:10,10 150:14 152:14 208:15 219:17 219:21 224:13 224:18 225:15 235:24 331:6 340:12 343:16 365:12 374:17 376:9,20 377:3 377:12,23 378:6 422:12 424:19 425:18 430:23 442:2,7 442:12 444:16 493:3 556:18

**bruhicles** 465:11

**bs** 270:24 353:4 502:6

**bucket** 404:10 405:14

**buckets** 439:19 471:3

**buddies** 317:23 387:14

**buddy** 216:20 274:4

**buggy** 359:12

**buggy's** 359:11

**build** 346:18 399:4 400:7 403:12,25 404:4 405:5 412:22 466:16

**building** 376:11 405:9 421:16 473:21 475:24 476:4 480:5 490:2

**built** 273:11 366:14 404:8 405:7 410:20 410:23 414:19

**bullshit** 84:16

**bump** 475:22 476:5 480:8 494:22 495:5 495:20 496:4,5 496:19 497:9 497:12 498:7

**bunch** 229:2 286:15 290:17 320:9 323:6 359:6 374:19 377:9 379:2

442:10,11
486:3 502:7
521:18
**bunin** 2:11 4:4
8:17,18 50:19
50:23 51:3
111:4 115:22
115:24 120:19
120:24 121:3
121:21 127:4,5
132:9 136:21
149:6 154:11
154:14 162:12
167:12 168:15
169:5,7 179:17
221:20 226:11
248:4 268:10
268:12 273:8
286:4 288:3
290:7 294:2
297:21 315:4
317:24 318:11
318:11 321:7
323:12 324:20
326:5,5,11,12
326:15,18
327:25 338:24
347:24 348:4,9
352:5 356:9
379:5 381:23
382:15 383:2
392:19 410:11
411:7 413:13
468:20,22,24

481:4 485:14
485:17,20
486:19,22
487:3,5,7
488:10,15,21
488:24 489:11
490:24 491:4,7
491:18 492:18
492:20 493:11
493:15 506:12
511:25 512:5
512:22,25
513:12,19
514:10,13,15
514:20 515:11
516:2 517:21
519:17 523:16
535:13,16,21
535:25 536:6
536:24 537:20
538:7,13 539:6
539:10,13,16
540:5 542:3,16
545:13,17
549:20,24
555:17,21
556:3,7 557:10
557:21,23
558:3,6,13
559:23 561:10
561:20 562:4
562:13,15
563:5,8,14,19
564:20 566:6

566:19,22,25
567:5,10,13,20
568:9,12,17,23
**burn** 246:12
272:14 286:12
286:14 501:4
505:20 550:21
559:25
**burned** 346:25
432:5
**burning** 246:15
272:18
**bus** 386:12
**busiello** 396:23
399:10 402:19
433:23
**business**
108:16,17,20
125:21 127:12
131:14 133:11
134:11,16
137:22 162:8
235:7,8 248:23
267:9 269:19
270:11 273:11
296:12,25
297:9,18
299:21 300:4
300:15 308:12
308:14 326:22
352:17 364:4
364:24 365:8
365:10,13
367:16 375:5,9

375:18 377:6
397:10 398:2
399:5,6 401:24
403:2,5 405:2
408:19,22
411:18 416:21
416:22 417:6,9
417:19 418:9
418:20,25
421:3,24
423:13 425:5,7
425:10,13
428:2,23
440:11,13
445:3 446:2
459:13,16,20
459:24 471:6
471:15 475:25
476:6 491:21
491:23 492:3,9
506:5 547:23
**businesses**
264:12 272:14
428:12 482:3
491:25 541:9
**buy** 406:19
422:23 425:23
431:8 443:3,6
446:17 452:11
454:23 473:16
479:12 483:17
493:20 530:19
**buyer** 219:8
222:11,12

413:14 530:18
**buying** 359:9 422:22 441:3 480:5 483:17

**c**

**c** 2:1 3:1 6:2 189:24 518:19 544:5,11 545:18,19 546:13,14 552:9
**calculation** 366:7
**call** 44:4,7 46:18 53:17 64:19 71:18,20 71:20 75:2,11 77:10,16,22 78:3 110:19 118:21 119:11 120:20,23 137:4 143:21 145:19 149:12 149:13 154:5,6 154:22,25 155:4 172:7 206:5 235:9 302:13,16 306:23 348:15 348:21 367:5 378:13 382:7 382:13 400:11 408:15 426:10

428:20,22 463:17 475:22 506:25 537:15 565:11,17
**called** 9:8 46:5 53:13 77:22 83:12 97:10,12 104:3 125:3,11 148:13 173:3 189:24 207:18 227:19 230:24 257:20 264:23 264:25 265:3,3 272:10,10 302:14 303:22 316:8,10 319:2 325:12,16,18 337:9,10,10,11 337:15,17 340:20,20 344:9 352:2 360:22 378:5 379:3,9,21 380:3 381:14 381:22,25 382:14 383:2 384:12,22 393:6 401:10 404:13 549:10 550:15 553:11 558:24
**calling** 48:2 72:16,17,25 73:4 81:2

119:6 125:9 145:17 227:22 323:11 348:18 348:19,20 502:13
**calls** 53:23 110:14 338:2 381:6 418:12 419:7,11
**calm** 382:17
**cam** 303:12
**camacho** 331:5 334:25 335:3,4 335:11,12 336:13,18,25 338:20,21 339:6,6,10 340:8,8 374:19 374:21 375:4,7 391:21,23 392:4 432:23 433:2,2 438:8
**camera** 312:14 530:24
**camp** 293:13
**campaign** 398:4 399:4
**candy** 554:4
**capable** 108:17 108:21 147:8
**capacity** 174:23 281:9
**capital** 95:8 185:25 367:3,5

518:16
**capitals** 366:18
**car** 210:10 218:11 220:10 220:19 221:3 223:14 224:6,9 227:17,22 228:6 235:13 244:3 245:18 246:12,15,25 247:18 248:24 249:4 250:19 253:15 307:13 338:4,6,19,22 338:23,23 339:2,7,8 340:13 351:16 352:5,17 360:20 364:3,4 364:6 376:15 376:15 379:7 379:16 380:7,9 403:11 404:14 411:12 421:5 422:11 427:10 427:12 430:23 440:14 441:9,9 442:11 525:2 548:23 549:4 552:16
**car's** 270:19
**carburetor** 470:16

**carcasses** 347:14

**card** 443:7,18 444:12,17,17 444:18,21 445:2,4,11,13 445:14,18,19 445:21,22,22 445:23,25 446:15,24,24 447:3,3,4 448:3,3,4,5,8 448:18,22,25 449:3,4,5,6,11 449:13,13,15 449:19,21,23 450:3,5,10,11 450:13 451:4,6 451:10,13,14 451:18,21,23 452:2,13,18,20 452:20,22 453:2,3,5,6 454:8,18 456:5 492:13

**cards** 449:18 450:6,16,21 451:19,20 452:4,11,12,17 452:21 453:10 453:14,15,19 454:12,16,23 456:6

**care** 29:10 57:16 99:4 110:8 129:7 131:16 147:21 214:6 229:24 235:19 303:22 329:8,14 333:17 350:9 368:22 402:3 419:13 455:9 504:11 529:19 548:7,9 550:19 556:11,13,15 556:17,22,25

**cared** 526:12

**career** 126:19 141:3 427:11

**careful** 373:20

**carefully** 42:25 70:8 299:8 367:2 373:25 439:20 474:7 487:24 511:2

**carnivorous** 276:21

**carolina** 379:16 380:19

**carried** 454:13

**carry** 427:9,11 452:16

**carrying** 541:7

**cars** 218:11,24 226:15 227:18 270:17 313:3

325:21 328:8 336:9,10 343:18 344:17 344:24 345:4,9 345:20 346:4 347:11,13,15 348:13,24 349:2 350:11 351:11 359:6,9 359:10,20,21 359:24 360:6,7 362:25 365:19 370:8,9 373:15 373:16,17 405:5 420:6,14 420:15,19,20 421:16 425:11 425:12 427:12 508:21,22 526:9 548:19 551:13,14 562:24

**carter** 520:11 520:24

**case** 1:7 10:11 13:17,22 17:19 55:18 80:22 86:10 114:10 114:11 116:13 122:19 126:16 126:22 136:17 141:6,17 143:11 150:11 150:15,16

185:19 192:16 234:25 271:10 282:5,9 284:5 302:21 308:7 309:7 310:15 313:16 314:6 318:2,8 333:7 372:14,17,24 373:7 378:14 384:8,9 385:7 392:8 394:16 503:16 515:7 534:20 541:2

**cases** 122:20 311:15 313:17 341:9,10 388:19 390:2 456:17,18

**cash** 204:6 222:8 411:18 455:6 456:17 460:19 461:4 469:5,7 492:23 493:2 494:8

**casually** 492:8

**catch** 365:7

**category** 172:6 526:10

**caught** 99:12 125:2 229:8 320:25

**cause** 221:16 221:17 318:4,7 435:22 467:2

**caused** 17:18 50:4 173:15 318:12 376:4 382:21 537:19

**causes** 164:10 402:4

**caveat** 36:7,13 64:3

**caveats** 34:25 35:14,15,20,21 36:2 62:4

**cease** 79:16

**cell** 335:13

**cemented** 186:11

**certain** 1:9 7:12 35:17 37:8 63:19 262:23 354:16 404:5 470:7 491:24 522:22 523:14 524:20 526:5,9

**certainly** 39:10 39:16 116:24 200:3 250:18 294:20,23 371:2 374:6,6 423:11 469:23 475:16

**certainty** 256:22 528:6

**certificate** 511:9 544:15 544:16 570:1

571:1

**certificates** 507:23 508:10 509:12 516:6 546:3,18,23 548:12 550:8

**certified** 7:24 62:2 171:24

**certify** 570:3 571:2

**cetera** 43:3 250:9 254:25 343:12 370:25 375:18 376:12 377:20,22 406:22,23 442:10 526:9 526:14

**chain** 59:11

**chambers** 47:21 197:22 197:23

**chance** 80:7 439:17 440:5 553:24 554:13

**change** 34:15 67:14 101:3 130:2 181:22 186:24 199:10 246:16 341:4,5 403:13 414:15 424:12 429:25 472:20 517:8 572:4,7,10,13

572:16,19

**changed** 38:17 43:11 122:13 199:12 200:3,7 203:13,20 206:12 270:17 317:22,22 335:13 341:14 341:16,18,18 375:6,15 403:11 463:13 478:18 482:18 515:13 517:12

**changes** 11:20 116:19 573:6

**changing** 129:16 181:19

**channels** 197:16

**chaos** 339:16 512:19

**chaotic** 309:25 339:23 340:17 346:10 349:8

**chapter** 63:23 80:17

**characterizati...** 505:25

**charge** 402:11 494:19

**charger** 494:17

**charges** 299:19

**charging** 481:5

**charlotte** 392:20

**chasen** 199:18 210:12 555:6

**chassen** 2:18 3:2,12 4:25 5:15 8:16 10:11 15:6 30:2 31:15 33:14 55:25 56:15 58:20 59:9,19 60:8 61:17 62:13,19 68:12,22 70:10 70:18,23 74:5 75:20 79:23 85:7 87:13 93:7 94:7 96:18,25 97:19 100:4 101:4 102:8 103:8 105:4 108:22 108:23 114:25 117:25 127:7 129:16,17 133:16,18,22 140:15 144:25 173:2 178:3,7 183:12,13 185:14 186:8 186:20,25 189:4 191:19 192:16 199:4 200:11,17

202:8,9 204:4
205:18,19,22
206:24 207:7
207:24 208:17
209:14,15
216:20 219:14
222:13,17
223:7 228:16
233:24 236:5
236:20 239:7
245:16 248:15
248:19 250:15
253:11 273:12
273:14 275:12
281:12 307:12
314:6 328:7,21
334:22 336:20
338:18 364:23
365:13,23
367:13 372:14
375:14 378:24
391:25 394:14
417:7,10
424:13 432:13
438:8 463:3
525:4 551:4
552:10,16
564:6,9,12,18
568:3,4
**chassen's** 84:22
85:11 88:19
183:19 184:5
188:25 208:12
218:20 224:14

225:16 338:21
564:4
**chassin** 2:4
8:21
**chasta** 140:18
**cheap** 359:21
**cheaper** 400:15
405:16
**cheated** 133:6
**cheating**
288:25 536:10
560:18 564:15
**check** 429:11
454:17 456:21
**checked** 175:14
175:21,23
176:3,10,11
288:15,18
**checking**
454:25 455:2,4
**chessen** 446:3
**chicago** 51:19
**child** 95:21
**children** 133:2
156:17 232:16
**chime** 155:3
256:14 283:19
284:21 302:8
327:22 344:22
536:21
**chimes** 108:3
288:2
**choice** 127:20
205:3,5

**choices** 195:2
**choose** 254:24
**chose** 247:7
**chunk** 336:5
351:8
**chutzpah**
215:11
**circle** 137:18
**circles** 23:13
**circumstance**
406:15 432:20
**circumstances**
143:2 323:20
381:3
**citizen** 455:22
455:24
**citizens** 5:17
458:22
**citronella**
325:11
**city** 385:15,16
386:23,23
402:8
**city's** 385:15
**civil** 116:18
129:21 384:8,9
392:7,8 394:16
**civility** 111:15
121:7
**claim** 105:14
443:4 459:21
475:8,12 477:3
479:24 501:7
502:2 503:8,10

504:23 515:24
520:15
**claimed** 375:8
476:19 478:4
**claiming** 148:9
482:25 489:14
498:15,17
**claims** 226:17
310:19 391:16
527:9
**clarification**
272:11
**clarified** 58:21
274:9 294:25
342:3 419:3
**clarify** 37:9
41:9 343:4
434:15,16
469:17 486:2
532:4
**clarity** 34:25
39:6 41:21
43:8 112:24
439:21 499:12
**classic** 441:19
**classified** 366:3
366:4,5
**cleaned** 225:7
295:10 340:9
340:11 343:9
**clear** 39:17
57:18 58:11
59:8,11 100:10
100:16 114:12

144:20 145:20
147:16 188:7
202:21,25
212:14 218:2,3
224:11 228:11
258:21 264:17
272:5 277:15
308:19 317:10
326:5 351:2
362:6 367:4
388:25 389:2
414:15 473:7
473:17 475:13
480:2 509:4
514:23 516:10
541:8 544:24
544:24 562:20
566:8
**clearer** 60:3
197:8
**clearly** 65:13
71:12 95:24
282:2 284:3
290:9 306:11
312:18 329:8
355:22 457:18
459:22 515:7
**client** 17:21
34:22 35:18
36:4 38:8,13
40:15 57:6
62:23 63:20
72:8 98:9,19
101:15 102:6

111:6,13 114:3
115:14 116:19
119:14 121:25
122:7 127:6
166:7 167:2,5
180:3 181:15
187:16 188:8
211:15 218:3
233:12 235:12
270:15,19,20
444:2
**client's** 40:23
42:6 94:16
122:5 459:8
**clients** 399:9
**clock** 562:5
**close** 97:3
98:23 198:23
201:7,19 202:9
204:23,24
205:6,8,11
212:11 220:22
220:23 226:23
270:10 411:5
457:17 466:15
539:14
**closed** 99:23
**closing** 199:25
200:6,8 202:15
203:11,23
**club** 270:7
359:20 388:14
388:18 506:20

**clue** 433:15
435:12
**coax** 119:14
**cocamide** 266:2
368:8
**cockeye** 211:6
**code** 292:14,14
**coehn** 500:7
**coerce** 94:17
**coffee** 331:7
338:16,17
**cohen** 4:11 5:12
46:12 86:5,5
97:9,9,15,17,25
98:7,14 112:21
113:5 114:8
122:16 125:3
200:14 202:6
203:17 205:9
205:21,24
206:2 211:9
214:20 221:17
229:22 258:15
265:18,20
266:18 268:16
268:22 269:10
269:16 271:4
272:2,25
273:24 277:19
278:21 283:24
283:25 289:5
289:22 292:7
293:10,15
295:6,25 304:6

304:24 305:19
308:17 310:16
314:4 315:3
316:23 317:25
318:5 321:11
321:13 329:7
329:13 330:2
349:25 370:21
372:15 385:2
388:14,15
394:6 477:23
505:12,21
513:14 515:8
534:17 535:10
540:10 541:7
554:3,4 560:3
564:25
**cohen's** 306:13
350:25 385:7
**coincidentally**
338:9
**colleague**
292:25
**colleagues**
193:10,11
305:25
**collect** 472:9
**collected**
474:12
**collection**
439:10,11
443:5
**collectively**
208:7

collegiate 27:23 45:24 155:25 156:2

collegiately 27:24

colluding 140:18 212:17

column 498:11

come 66:22 76:9 103:3,3,4 106:9 110:21 114:5,21 160:2 160:6 165:21 210:23 257:2 296:22,23,24 297:3,25 307:17,25 312:3,13 364:17 375:18 382:11 383:4 394:22 401:25 404:18 406:19 429:14 433:20 434:5 458:11 460:8 469:23 505:11 552:20 553:19,20,22 555:8 561:24 565:23

comes 14:20 143:3 147:24 286:18 296:22 382:16 423:11 458:24 476:3

505:12

comical 461:11 519:21 520:3 552:3

coming 100:17 269:20 282:23 297:16 310:15 349:17 390:2 403:4 429:4,10 431:7 473:15 505:12 553:6,9 553:15 554:6 556:22 558:8

commandeered 61:23 63:20

commandeeri... 79:4 306:19

commanding 560:22

comment 12:14 182:19 241:10 241:15,23 242:5 328:19 332:2

commentary 246:17 523:19

commented 182:20 203:18

commenting 196:5

comments 210:20,22,24

commercial 112:22 352:25

354:4,9,13 356:7 362:5,7 364:9,13 414:24 415:21 425:20 528:13 528:18 529:20 530:5,17 531:12,13,14 531:23 533:14 533:20,24 535:4 539:25 543:14 544:25 545:3

commit 97:5 202:8

committed 97:4 129:8,9 231:10

committing 205:2

common 355:19

commotion 537:18

communicate 328:3

communicating 263:21

communication 511:16

companies 219:6

company 58:4 59:2 61:17 87:14 90:23

141:17 178:11 184:3 215:23 215:25 219:7 253:10 283:4 299:17 366:14 402:13 410:19 552:11

compare 559:19

compel 467:25 564:7,19,23 565:8 567:22

compelling 314:13

compete 422:19

compiled 448:19,25

complain 71:6 84:15

complaint 381:18

complaints 139:24 554:21

complete 10:20 11:17 18:8 121:6 130:17 573:8

completed 10:5 535:17

completely 121:8 266:7 326:12 336:12 342:19 381:4 411:24 446:12

comply 314:14 316:24 320:12

computer 355:21

computero 61:20,25

concept 182:2 226:19 258:5 260:4 262:3 367:13 479:13

concern 138:7 189:11 333:15 534:6 548:4 557:8

concerned 125:25 316:6 320:23 347:23

concerning 329:15,15 386:23 413:16 550:11,12,21 550:24 551:4,7

concerns 27:12 123:24 125:18 127:10

conclude 116:15

concluded 568:14 569:5

conclusion 111:16 182:15 418:13,20 419:8,11

concoction 368:19

condition 218:15

condo 365:21

conduct 51:12 115:8 116:8 120:15 121:4 122:3 164:17

conducting 421:24

conference 117:10 120:5 160:7 165:22

confi 188:11 191:16

confines 85:10 87:20 320:11

confirm 278:5 290:13

confirmation 324:24

confirmed 219:19 300:10 321:6

confirming 543:8

confiscating 247:25 248:5

conflict 287:21 387:24 388:6

conflicted 211:3 222:24 287:12,16,17

287:19 302:20 302:22

conflicting 179:8

conflicts 101:24 287:22 303:4 305:12 305:18 506:11 506:12

confuses 384:8 384:9

confusion 191:25 309:16 309:21 322:24 333:24 352:13 370:22 372:2 457:19 458:5

conjunction 181:23 383:17 383:18

connect 89:9,18 204:16 276:19

connected 121:13 260:18

connecticut 508:14

connection 93:24 135:3 152:14

connectivity 33:16 499:2 505:5 508:4

conscience 308:19

consent 67:6 285:11 321:4

consequences 308:23

consider 152:24 428:21 428:24

considerably 442:14

consideration 96:10 518:18

considered 38:25

consignment 338:23 348:11 351:11 401:5 405:15

consistent 288:7 454:13 478:17

consistently 505:8 561:4

constantly 517:12

constitute 8:8

constitutes 418:19

constitution 292:15 330:4

construction 473:21

consultant 396:25 399:13 399:14

**consultation**
326:4
**consulted**
330:21
**consulting**
211:4 482:4
**cont'd** 3:1 5:1
6:1
**contact** 139:20
206:17 378:10
378:11 398:3
402:19 437:2
437:16
**contacted**
118:12 120:3,7
231:5
**contacting**
438:6
**contained**
118:17
**container**
520:20
**contemplated**
226:20
**contempt**
288:24
**content** 193:6
396:22
**contention**
189:10
**contentious**
375:22
**contents** 15:12
71:25 72:4,6

127:12 131:16
288:9 376:5
377:3,5 434:20
527:8
**contest** 24:21
238:2
**contested**
324:21
**context** 90:12
122:18 131:17
199:19
**contexts** 189:15
**contingent**
212:3 216:7
**continue** 30:17
71:18 78:6
88:14 109:13
109:14 115:16
115:21 162:7
163:22 195:10
220:11 255:9
517:6 532:24
550:17
**continued**
119:10 202:11
216:21 534:21
**continues**
27:14 28:25
83:17
**contract**
101:18 118:22
118:23 133:14
198:17 207:25
208:3,5,7,11,13

208:13,22
209:15,16
210:21 211:13
211:25 212:9
212:10,17
214:10,11,19
215:3,5,8
216:6,9,17
217:3,7 234:16
280:15 368:17
404:3 412:25
521:8,15
549:14
**contracts**
123:12 277:20
277:21 403:19
404:24
**contrary** 70:17
70:22 78:23
179:24 181:18
291:15 314:21
319:3 400:9
403:2 435:25
441:13 490:20
**contrast** 192:14
**contribute**
365:23
**contributed**
368:11
**contribution**
366:6,9,10
**contributions**
185:25 367:3

**control** 164:22
221:19 272:3
279:22 281:5
294:17 295:17
416:15 518:9
537:13
**controlled**
56:23 190:7
266:20 269:13
315:11 356:24
366:17 560:13
**conversation**
222:23,25
223:5 390:13
411:3 453:18
**conversations**
350:21
**convertibles**
403:22
**convey** 188:23
**conveys** 184:18
**convicted**
138:2 148:5
**cooler** 338:16
**coolers** 338:18
**cooperate**
44:25 78:16
137:9,10
502:15
**cooperative**
502:8
**coordinate**
502:19

**coordinated**
323:12
**copied** 292:18
329:22
**copy** 116:18,22
510:21
**copying** 275:13
**corner** 409:6
490:3
**cornered** 49:12
**corporate** 60:2
69:2 70:12
71:2 74:6
75:19 78:21
86:3,9 144:18
175:17 176:2,8
176:15,22
220:18 366:13
477:18 500:20
**correct** 10:13
10:16,20,23
11:2,9,21
20:20 21:4
24:16 29:15
33:22 34:2
35:6 39:12
40:12 60:15,19
91:8,11 139:5
167:3 170:22
171:17,20
173:7 175:3,3
175:18,22
176:16 177:2
187:13 189:3,6

192:18 197:12
203:7 208:4
225:19 255:14
257:9 277:6
285:2 315:19
317:14 324:17
369:6 437:24
440:12,23
450:8 469:5
475:11 489:16
495:23 503:11
521:8 546:13
563:18,18
568:11,12
573:8
**corrected**
497:22 510:6
**corrections**
573:6
**correctly** 503:7
562:21
**corrupt** 25:9
57:15 76:8
156:25 216:24
271:10,11
312:18 554:15
554:16
**corrupted**
25:19 150:4
157:3 284:2,16
286:16 302:19
556:18 560:4
560:20

**corrupting**
310:12
**corruption**
308:8 376:3
556:21 560:25
**cost** 150:19
251:7 360:12
406:21 458:7
461:4 470:15
474:25 475:2,3
479:10,10,20
**costs** 480:5
**counsel** 15:9
21:15 43:4,6
60:2 82:13
96:6 101:23,25
112:6 114:2
119:7,9 121:10
121:24 152:19
163:12,15,24
163:24 164:6
172:5 182:14
192:24 263:22
274:11 285:6,9
285:13,25
288:12,14
290:5 293:21
294:3 300:14
312:10 320:6
321:5 323:23
326:4 327:17
334:7,12
340:20 511:13
515:16 570:10

570:13 571:6,9
**counsels** 102:2
**count** 299:4
**counterclaim**
88:20 91:5
93:8
**counterclaims**
4:22
**countersigned**
490:12
**countless**
229:15,23
**country** 75:7
126:5 438:19
**county** 91:25
112:22 272:9,9
279:9 281:2
337:3 381:16
385:14 393:5
**couple** 30:14
160:15 226:15
253:2 330:12
378:23 386:12
451:13 492:23
494:7
**course** 53:18
160:11 246:14
290:5 352:10
372:6 533:25
**court** 1:1 5:11
10:16 13:23
14:3,13 33:15
34:17 43:10
44:5,7 45:18

46:5,18 47:5
48:2,25 50:3,9
50:13,14 52:22
53:15 57:24
58:2 64:20
72:17,17 73:2
73:5 74:14
75:2,11 76:5
78:22 80:10,11
80:12,15 83:13
83:13 84:18,23
84:24 87:18
97:18,23 99:12
108:3 110:13
111:8,11,12
115:2,3 117:8
117:14,16,20
118:12,21
119:24 120:4,7
121:2,10,12,13
121:18,20
122:6,9 123:16
123:21 124:11
124:13,15,24
124:25 125:22
126:12 127:15
127:17,18,21
127:24 128:3,7
128:11,14,17
128:24 129:11
129:21,22,22
129:24,25
130:10 131:6
131:21 132:2,7

132:15,18
133:4,5,8,11,14
133:17,22,25
134:5,10,19,23
135:6,11,18,24
136:3,10,12,14
136:15 137:12
137:16 138:6
138:20,23
139:2,4,7,10,13
139:17,18,22
140:2,5,7,10,12
140:16,20
141:4,14,19,20
141:23 142:3,6
142:10,16
143:6,9,14,16
143:19 144:12
144:16,22
145:4,7,10,16
145:17,19,22
146:2,4,5,8,14
146:24 147:4,6
147:13,22
148:3,6,11,24
149:16,20,23
150:2,5,7,9,23
151:2,5,8,11,18
151:20 152:2,6
152:9 153:23
154:3,5,6,10,15
154:17,18,19
154:22 155:2,4
155:6,8,13

156:24 157:2,5
157:7,9,12,18
157:23,25
158:4,7,13,18
158:22 159:19
160:19 161:7
161:12,21
164:14 165:7
165:11 166:16
166:25 168:9
168:16 179:9,9
180:5 181:17
185:13 189:4
191:12,19
192:15 195:13
197:16,18,19
197:21,22
198:6,11
201:23 202:6
205:18,19
214:24 215:21
220:15 221:12
221:13 222:14
222:14,15
223:22 228:7
228:10,14
237:7 238:8,19
238:23 239:10
239:13 240:22
241:13 242:15
243:10 244:19
244:25 254:11
255:17 262:22
268:13 269:4

269:20,20
274:14 279:6
279:11 280:25
281:3 282:10
283:19 284:21
285:10,16,17
285:19 286:5,7
287:6 288:2,5
288:6,11 290:8
290:11 291:8
291:12,23
294:3,7,8
300:11 302:22
305:12 307:20
307:20,21,22
307:25 309:8
310:20,21
311:16 312:3
318:8 321:21
324:2 325:25
327:18 330:22
333:22,25
334:2 336:6
339:13 345:21
350:23 354:3
364:12 370:5
372:15,19,25
373:8 384:20
387:15,18
394:17 399:18
399:22 404:22
432:19 434:5
439:6 450:17
450:24 453:24

454:21 456:3
459:11 470:3
472:25 481:19
481:20 499:6
499:22,22
503:15,17,22
507:18 508:21
513:10 516:11
516:20 520:15
531:14,23
534:4,12 536:4
538:3,5,10,18
543:3,11
554:12,14,15
554:17 555:7
556:9,24 557:3
558:15,17
559:15 560:14
563:9,12
565:18 568:16
**court's** 318:10
**courtroom**
125:4 160:2,7
310:25 311:5
312:7
**courts** 80:19
87:16,17 94:2
104:21 163:6
349:18 514:23
**cousin** 101:11
**covenant** 97:20
97:24 198:21
199:16 201:21
202:12,15

203:25
**covenants** 97:6
201:6
**cover** 150:25
243:13 297:17
459:13,14
**coverall** 36:22
**covered** 148:17
282:20 358:17
**covers** 360:10
360:18
**cows** 553:18
**craigslist** 479:8
**crap** 70:11
280:13 328:16
400:10 433:17
443:13 444:6
464:8 465:25
515:9 516:9,14
534:23 552:20
**crazy** 156:22
226:13 288:23
368:10 449:12
549:8
**create** 268:19
356:19
**created** 223:19
228:15 230:21
295:11
**cred** 453:7
**credit** 95:10
276:14 344:5
367:21 443:6
443:18 444:12

444:17,18,21
445:2,11,13,13
445:16,20,23
446:3,15,24
447:3,3,4
448:4,7,18,22
448:24 449:3,4
449:5,6,11,15
449:18,19,21
449:23 450:3,6
450:10,13,16
450:21 451:3,5
451:6,10,12,14
451:18,20,20
451:21,23
452:2,4,10,12
452:13,17,18
452:21,22
453:2,3,5,6,10
453:14,15,19
454:8,12,15,18
454:23 456:4,6
492:13
**cried** 95:14,17
95:19 204:5
210:12
**crime** 136:6,13
144:5 231:11
**crimes** 129:9,9
**criminal**
112:19 124:2,4
126:4 129:22
129:25 135:15
135:16 152:8

158:11 394:17
**criminally**
148:5
**criminals** 128:9
**criteria** 200:7
**cro** 380:3
**crook** 110:10
**crooks** 42:13
**cross** 325:24
**crossed** 333:7
**crying** 100:19
367:25
**crystal** 59:8,11
218:3 228:11
480:2 516:10
**crystallized**
463:17
**curate** 397:19
407:16 422:19
**curated** 405:19
414:21 547:22
**current** 93:9
**currently** 9:23
178:17 416:20
429:16 434:11
468:3 562:23
**curse** 153:18,20
153:21
**cursing** 146:17
152:18
**custom** 551:14
**customer** 253:7
338:24 347:22
352:15 377:25

404:2 441:9
458:24 460:15
527:16 549:10
549:11

**customer's**
338:23 363:2
379:6 408:17
548:6

**customers**
132:11 149:12
323:9,10
346:21 347:20
347:20 351:5
360:6 373:15
373:16,16
425:14 502:13
526:23 548:19
550:20 551:19

**cut** 305:8
498:11

**cute** 317:25

**d**

**d** 4:1 6:1,2,2
9:24 518:21

**da** 385:14

**dad** 307:14

**daily** 461:22

**damage** 297:20
435:14,15,16
436:2

**damages**
425:19 435:22

**damn** 466:16
466:17

**damnit** 247:8

**dance** 21:25

**dangling**
282:18

**dark** 381:8

**darn** 323:5
505:4 512:18

**darren** 515:25

**date** 1:13 13:4
13:11 21:5
59:15 60:16,21
60:24 61:3
62:15 91:12,15
91:17 93:14
170:13 174:14
182:4 193:5
197:15 220:8
224:24 250:11
258:25 259:3,3
259:4,6,11,16
259:17 261:21
263:4 294:21
309:10,21
317:17 320:4
322:9,13
326:25 327:6
327:14 339:20
341:21 353:11
369:8,8 408:2
409:21 410:2
413:2 572:24
573:12

**dated** 4:14,18
5:13,16 94:5
112:13 178:13
275:13

**dates** 14:16
16:4 61:9
263:18 295:4
295:21 296:6
296:11 316:20
318:15,16,17
319:5 323:18
323:19 329:16
335:25 341:24
353:24 369:25
371:6 373:25
374:11,12,14
407:24,25

**david** 101:10
101:22 426:13
490:17

**day** 38:9 80:5,5
87:17 91:20
99:13 129:15
158:16 159:23
162:8 166:18
185:15 207:3
210:4,10
215:14 243:17
250:7 265:14
293:9 300:18
307:4 316:11
320:11,21
330:7,14
332:17,23

334:14 335:2
335:17 337:18
337:20,20
339:18,19
340:16,16
342:4 345:24
346:7 349:5
351:17,18,18
351:19 360:3
362:24 410:22
413:9 421:3
426:6 428:3,5
429:25 430:6,9
443:13 463:4,4
467:5 488:18
491:21 504:8
507:19 520:21
561:13 573:15

**days** 109:5
208:16 218:4
231:5 233:13
247:5 272:22
376:19 386:12
405:19 440:4
518:10 533:14
544:12

**de** 112:25

**dead** 305:15
429:5,7 441:14
535:3 553:19

**deadline**
160:20 161:5
161:14,16
162:4 166:3

**deadlines** 162:14

**deal** 18:22 76:15 86:25 92:8 95:2 124:11,17 125:16 129:13 129:14,20,23 149:22 158:10 158:11 159:4 167:25 226:19 227:21 239:7 293:10 305:9 308:23 342:14 435:10 464:5 493:19 522:11 536:16 549:18 550:6

**dealer** 251:24 404:14

**dealer's** 363:9 363:10

**dealing** 31:4 32:15 86:12 92:6 127:11 141:2 164:4 204:14

**deals** 167:23

**dealt** 27:14 48:6 128:8 204:16 294:11 392:15 465:25 493:19 551:17

**death** 48:15 151:16 434:5

**debacle** 289:20

**debit** 445:19,22 449:13 451:19

**debt** 344:2 445:5

**debtor** 1:5,5 7:10,11 30:24 33:13 142:14 176:25 177:18 177:23 178:6,8 178:18,22,24 488:7

**debtor's** 172:18 177:18 486:13

**debtors** 28:18 28:19,23 172:13 175:7

**december** 4:12 178:13 513:15

**decent** 249:20 268:8

**deceptive** 222:25

**deceptively** 217:8

**decide** 125:6 206:5 328:11 397:15

**decided** 150:2 156:8 193:11 252:23 317:24 379:5 392:6

397:3 530:22

**decides** 185:13

**deciding** 47:18

**decipher** 440:2 440:8 441:23

**decision** 314:3

**decisions** 220:24 266:6

**declaration** 21:3,9 175:5 176:8

**declarations** 160:22 161:14 162:5,18 165:15

**declare** 20:25 573:4

**decorator** 442:4

**decorum** 111:15 121:7

**deemed** 178:7 573:6

**deep** 394:22

**deeply** 125:25

**default** 109:3,6

**defaulted** 56:3 109:7

**defeating** 472:22

**defend** 163:25

**defendant** 1:10 2:10,18 3:2,12 3:13 4:7 5:3

8:16 16:18 89:2 91:5 93:6 94:8 112:11 114:22 115:25 117:24 169:15 174:8 211:20 257:23 275:16 281:10 291:5 298:8 314:8 357:14 361:6 395:22 439:12 461:14 513:24

**defendant's** 16:15 88:18 89:24 93:22 169:11 174:5,7 211:17 257:20 275:11 291:3 298:7 314:2 357:12 361:5 395:19 439:3 461:12 486:15

**defense** 186:10 212:19 213:25 214:5 215:17 273:18 289:22 292:23 387:20

**definitely** 192:23 203:12 282:11 284:15 287:16 322:14 332:16 334:9 341:2 356:3 373:18 413:11

421:17 509:17 522:11

**definition** 178:10 449:5

**definitive** 39:24 55:11 62:3 321:3 333:21 371:7,10

**definitively** 299:12 367:11 370:13 373:14 522:9,23

**degree** 273:23 274:17

**degrees** 487:19

**delay** 164:16

**delays** 164:9

**deliver** 237:3 237:13,22 244:3 245:15 245:20 248:14 248:18

**delivered** 218:20 224:6 245:19 246:5 249:6 411:12

**demand** 264:10 321:10

**demanded** 227:18 228:8 325:3 373:16 492:23 528:13 530:23

**demanding** 235:4 248:6 437:18 560:22

**demands** 113:2 246:3,4,4

**demonstrated** 200:6

**denial** 329:6

**denied** 68:14 68:17,19,24

**deny** 154:22

**department** 112:16,18 136:5 142:19 288:16 302:7 375:24 382:3

**depended** 428:5

**depending** 406:14 469:10

**depends** 469:9 469:14,17 475:5

**depicted** 358:3

**deponent** 573:3

**depose** 76:14 206:13

**deposed** 12:25 13:16 68:22 80:4 133:22 135:2 213:12 241:3 390:17

**deposes** 125:6

**deposit** 404:6

**deposited** 518:21

**deposition** 1:12 7:8,14 8:6 12:6 12:9 13:14,21 13:25 15:3,13 15:16,20 16:8 46:23 49:7 68:18 73:17,19 84:22 85:10,19 110:20 111:16 112:2 113:2 114:13,21 115:6 116:18 117:17,25 119:2,5,12,15 119:18 121:13 132:22 145:5 146:17 152:20 153:24 159:14 159:23 160:25 162:7,9,19 163:19 165:17 166:7 167:19 168:6 183:21 297:6 390:16 499:12 538:21 568:14 570:1

**depositions** 84:19,21 167:13,15

**describe** 347:4 362:2 520:19

547:5

**described** 193:8 340:17 346:10 453:14 453:15 495:8 496:15 527:13 549:14

**describes** 508:24

**describing** 131:17 192:5,6 320:24 476:10 496:8,9,11 497:10 544:19

**description** 4:6 5:2 172:10 496:22 497:3,6 526:4

**deserve** 100:5,6 226:13 235:25 235:25 236:2,3 236:4,6

**deserved** 100:7

**deserves** 230:25 235:24

**designation** 182:7

**designed** 414:16

**desk** 320:10 423:8

**despite** 119:9

**destiny** 74:24

**destroyed**
149:9 151:14
153:15 267:10
**destruction**
402:4 512:19
**detail** 260:11
261:20 461:21
**detailed** 447:18
**details** 182:21
258:4 261:6
301:6 461:19
**detective**
378:23,24,25
378:25
**deteriorated**
473:3
**determine**
153:8
**determined**
117:9
**develop** 269:12
400:18 405:20
**developed**
253:5 305:14
305:16
**device** 171:6,25
172:7
**devote** 161:25
**dialogue** 71:4
320:14 323:21
324:19 470:21
477:10 499:8
**dialogues**
413:13

**diatribe** 213:23
**dictate** 187:23
**died** 305:17
426:13
**difference**
124:18 251:13
272:6 328:7
**different** 61:9
65:15,18
183:16,23,24
189:14 258:22
288:19 341:20
377:2 392:24
397:20 403:8
430:7 432:20
444:25 448:20
480:18 502:13
508:18 532:4
552:4
**differently**
167:5
**difficult** 346:14
490:21
**dig** 478:5
498:20
**digging** 179:22
309:3 481:3
**digital** 407:19
570:7 571:3
**digits** 299:7
539:18 542:19
**diminish**
272:15 275:5

**dinner** 483:17
**dion** 101:12
**dion's** 229:6
**dipped** 218:24
219:2
**direct** 29:6 30:5
83:8 118:6
160:22 161:15
241:6 273:4
407:4,10,11
515:12 517:3
517:19,25
536:6
**directed** 112:20
163:4,5,6
270:10 407:7
565:4
**directing** 119:9
120:10 314:15
563:8
**direction**
240:14 311:22
333:21 354:25
371:10 407:4
440:23 563:2
**directionally**
37:2
**directions**
30:16
**directly** 122:8
137:15 149:13
188:19 315:9
482:21

**dirty** 25:18
65:11 83:3,11
215:20 276:12
284:10 297:5
307:5 318:11
382:16 385:23
385:24 534:16
537:11 543:24
**disagree** 125:7
152:11 258:17
258:18 446:12
**disappeared**
436:24 437:11
**disappearing**
413:7
**disappointed**
470:2
**disassembled**
246:19 247:6
336:12,13
522:17
**disaster** 337:8
337:13
**disbarred**
274:2 309:5
**disclosed**
449:10 559:12
559:14,15,18
**disclosure**
421:20
**disconnect**
168:17
**discounted**
253:8

**discouraged**
165:9
**discoverable**
432:2
**discovered**
94:19
**discovery** 43:3
59:14 248:14
248:18 249:15
250:15 457:15
509:16 510:18
534:15 552:13
**discrepancy**
345:18
**discretionary**
552:17
**discuss** 255:22
256:18,25
**discussed** 62:5
167:24
**discussion**
225:17 243:22
**discussions**
15:8,10 319:23
**dishonest** 429:8
**dispersion**
179:14
**dispute** 449:12
**disputed**
249:16
**disrespect**
146:18
**disrespectful**
111:6,7 116:8

121:9,11
130:18 158:2,6
443:14,15
**disrupted**
267:10
**disruption**
382:22
**distinct** 441:16
**distort** 531:22
**distribution**
57:19 58:6
179:14
**distributions**
57:12 58:11
221:20 366:21
368:12
**district** 1:2
143:24 374:25
381:15 387:2
393:4
**districts** 381:15
**disturb** 122:11
**divergence**
121:25
**division** 112:16
112:19,22
**divvy** 445:18
445:22 446:24
449:13 450:6
**dmv** 233:23
466:8
**dns** 426:12,12
**docket** 18:4,19
21:14 22:3

62:17 97:12
136:5 179:6
180:16,17,19
181:7,10 182:9
188:16,17
191:19 192:15
192:18 194:5,7
194:8 195:21
196:24 197:24
200:16 203:17
259:15 261:3
314:6
**dockets** 103:18
**document** 17:3
17:5,17,18
18:5,8,10,11,13
18:14,18,19
19:6 20:6
28:11,17 34:12
35:24 36:3
37:5,14,24
38:6 39:3,8,21
39:22 40:2
43:20 55:17
62:16 88:20,23
89:23 90:6,21
91:13,17,24
92:15 93:22
94:7,12,15,16
96:7 104:4
169:10,19,24
170:4,6,8,11,21
171:2 173:9,10
177:13 184:16

185:3,6,8,16
187:15 188:8
189:18,19
191:15,17,18
192:25 193:8
193:24 214:23
218:7 257:22
258:7 259:8,22
259:23 260:4,7
260:20 261:4
261:13,16
262:10,16
290:20,23
291:2 301:2
314:13 316:25
331:20,21
357:8,11
361:24 395:21
459:8 486:22
487:2 491:8
496:24 497:2
499:4 508:19
512:6 513:2,4
515:15 517:23
**documentary**
534:2
**documentation**
15:4 34:8
41:10 59:6
62:10 153:5
172:22 179:3
179:13 180:11
180:14 181:4
188:10 193:2

201:22 207:6
260:25 319:25
374:2 470:8
477:5 478:20
478:23,24
479:18,22
480:12,21,24
481:12 483:5,8
484:3 489:17
499:15 509:6
509:20 518:17
518:19,21
**documented**
350:3
**documents**
15:15,18,23
16:2 21:14
22:2 34:19,20
35:15 36:4,23
38:4,24 39:22
42:25 43:4,13
44:11 45:16
49:25 56:13
58:21 59:13
61:16 64:7,12
65:22 66:14
67:2,4 90:14
172:25 175:21
175:23 176:4,7
181:6,10 185:6
188:23 193:9
196:19 197:23
198:23 199:7,8
199:10 200:8

203:11 258:3
260:9 262:2,4
262:6 263:8
309:10 323:6
324:22 331:25
459:4 477:18
487:8 491:6
500:20 515:16
541:7 543:10
543:16
**dodge** 246:23
276:19
**doing** 7:14 17:9
27:18,20 31:18
49:14 51:9
64:9 76:9
98:15 99:13
113:13 123:21
131:15 149:7
154:8 160:14
160:24 183:8
245:3,8,9,11
268:22 270:3,3
271:17 297:19
301:25,25
327:21 333:18
334:22 347:8
372:10 379:12
381:25 382:12
385:18 405:23
406:20 416:7
416:21 418:14
419:9 420:7,23
422:18 429:23

432:9 435:21
435:21 466:2
468:3 505:16
507:19 510:4
520:13 535:12
556:23 561:5
563:22
**doj** 124:5
135:23 138:7
138:19 140:13
236:17 271:14
557:20 560:21
**doj's** 135:21
**dokurex**
100:24
**dollar** 102:12
103:15,25
104:5 105:3
106:20 107:18
109:12,13
110:4,5 368:11
472:24
**dollars** 41:4
107:19 209:7
220:12 234:23
253:2 307:10
346:19 356:21
359:18 360:12
365:18,19
367:19 389:15
402:12 427:14
440:7 459:10
459:12 472:7
472:18,19

475:4 479:3
492:24 494:8
510:15,18
**donkey** 535:15
**doors** 286:11
325:10
**double** 189:14
228:24 229:7
**doubt** 360:8
560:15
**doug** 245:5,6
255:18 538:12
538:15 568:23
**douglass** 1:17
7:3 570:2,17
**download**
355:21
**downright**
120:13
**dozen** 101:6
146:22 190:9
529:22
**draft** 39:22
368:17
**drama** 19:25
**dream** 286:13
286:14 356:8
**drive** 364:5
492:5,7,9
493:7
**driver's** 129:17
**drives** 220:24
**driveway** 225:8
353:21 359:4

**driving** 250:7 253:15 384:21

**drop** 321:25 566:24

**dropbox** 59:3 62:11 63:19 179:18 181:13 188:13

**dropboxes** 36:5

**drove** 363:13 375:23 379:23 491:19

**dude** 304:15,15 328:13 389:18 408:20 536:10 537:19

**due** 194:22,24 195:5

**duly** 9:9 93:3 570:5

**dumb** 87:9,12

**dune** 359:10,12

**duper** 551:4

**duplicative** 185:16

**durango** 246:23

**dying** 494:16

**dynamic** 200:4

**dysfunction** 412:12

**e**

**e** 2:1,1 3:1,1 4:1 4:5,13,16,21 5:1,4,14 6:1,2,2 6:2,2,2 9:20,21 85:6 88:18 89:2,24 94:19 96:2 109:15 112:4,8,13,18 112:23 113:6 114:6,17 116:17 119:23 120:2 137:10 182:11 200:13 200:15,17,19 202:19 203:16 205:23 206:14 207:15,21 210:14 211:7 211:19 214:16 215:9 216:5,15 217:13 226:8 229:15 235:20 235:22 245:25 247:4 262:21 265:5 268:12 275:11,19 277:10 278:4 281:14,18,19 288:8 328:23 329:22 337:5 340:25 353:13 374:2 396:24

411:9 481:21 481:24 499:24 500:3 503:25 516:17 528:21 529:12,21 550:14 572:3,3 572:3

**earlier** 251:24 256:10,11 333:3 345:15 408:6 411:3 412:9 441:18 495:9 496:14 529:6 531:19

**early** 39:4 409:24,25 412:21 470:15

**earning** 418:6

**earphones** 494:17

**earth** 436:25

**easily** 480:11 480:24 483:10

**east** 33:19 509:19 510:13

**eats** 312:15

**ebay** 405:17

**economic** 463:5 470:23

**educate** 313:5

**educated** 436:17

**effect** 200:20 291:14 344:10

370:20 464:4

**effective** 59:20 318:22 319:10

**effectively** 119:19 164:11 201:2 399:11

**effectiveness** 214:9,10

**effectuated** 216:19

**effort** 512:21

**efforts** 12:22 95:24 212:4 230:23 234:19

**eight** 129:2 154:12 156:13 248:4 255:4 256:10 297:6 398:24 475:25 538:14 541:24 565:25 566:2,8 566:12,14,24

**either** 16:12 40:19 117:18 117:20 129:14 179:13,15,16 183:11 194:7 196:23 203:24 264:12 267:25 269:7 271:8 287:3 324:16 425:14 446:20

**ejected** 302:11 304:18,19

**ekiel** 67:5,8
100:22
**electronic**
175:10 423:12
**elements**
342:20
**elevated** 378:19
378:20
**elimination**
525:17
**else's** 163:14,17
**embarrassed**
381:17
**emotions**
164:22
**employ** 434:13
434:14
**employed**
570:10,13
571:7,9
**employee** 375:3
431:15 570:12
571:9
**employees**
428:6 431:12
433:8 434:11
434:19 468:3
**employing**
431:11 434:11
**emptied** 516:16
**encouraged**
129:4 165:8
**encourages**
163:21

**ended** 415:13
541:4
**endorse** 285:18
285:18 294:8
**endorsed** 385:6
**ends** 533:17
537:2 540:12
540:25 543:5
**energy** 307:11
**enforce** 280:19
280:19 314:16
328:18
**enforceability**
294:6
**enforceable**
332:12
**enforcement**
272:7 273:7
274:8 294:21
294:22 296:4
316:19 317:4
318:22 319:10
321:9 322:3
323:15 326:21
336:2
**engine** 247:2,8
347:16 403:19
415:11,16,23
489:25 531:19
**engines** 247:4
403:17
**english** 432:5
433:14 434:23
435:3 436:17

**enjoy** 274:25
**enter** 166:2
315:10,16
316:13 317:10
319:14
**entered** 162:15
281:2 291:12
315:18,21
316:18 317:14
318:21,23
319:4,9 321:2
321:14,20
322:4 324:8
326:22 328:3
**entering**
382:12
**entertain** 122:7
**entire** 61:19
104:4 126:19
129:15 150:15
158:16 323:24
340:9,9 366:22
**entirely** 401:23
534:20
**entirety** 209:7
**entities** 29:6
33:14 56:16,24
62:12 172:24
189:20,22
190:2 266:21
288:19 356:24
366:17 535:6,8
537:11

**entitled** 65:14
74:8 82:24
166:13,22
249:22
**entity** 41:2
148:12,17
149:25 173:3
189:2 190:7
356:19 444:24
530:5
**entry** 518:10
533:14 544:13
**envelope** 224:3
**equals** 495:22
**equation**
225:24
**equipment**
425:22 473:5,6
482:23 493:25
**equities** 367:8
**equity** 85:5,7
176:24 177:18
177:22 178:18
178:21,23
442:13
**eric** 1:8 2:10
3:13 7:11 8:19
270:6,16 272:2
272:15,17
279:16 281:3
296:24 301:22
306:14,16
307:18 319:20
319:20 320:13

325:16,16
327:13,24
338:2,3,4
344:6,22
345:17 346:24
348:21 350:17
352:3,4 353:13
355:17 377:19
378:3,5 379:5
384:12 397:2
399:15,20,20
401:17 408:21
432:5,6 436:18
437:13 460:21
463:18 482:14
489:8 504:3
517:11 553:3
554:21,22
572:1 573:1
**eric's** 270:7
**eroded** 56:2
**es** 570:4
**escrow** 223:18
225:19 228:15
228:16,17
247:20
**especially**
408:16 470:21
479:6 499:21
**esquire** 2:3,11
2:19 3:3
**establish**
479:22

**established**
356:7 499:16
**establishing**
518:22
**establishment**
425:9,21
**estate** 56:20
421:14 464:15
465:4,7 506:16
521:16
**et** 43:3 90:19
250:9 254:25
343:12 370:25
375:18 376:12
377:20,22
406:22,22
442:10 526:9
526:14 572:1
573:1
**ethical** 126:18
**evading** 554:10
**evening** 210:10
254:19 256:12
256:21 468:25
469:2 520:6
568:10
**evenings**
256:16
**event** 319:6
331:18 344:24
**events** 116:9
161:24 388:2
**eventually**
308:24

**everybody**
101:7 115:15
130:17 153:10
163:14,16
252:3 300:19
327:12 340:22
387:13 565:10
568:20
**everybody's**
163:7
**everyone's**
376:2
**everything's**
375:22 564:13
**evidence**
129:16 130:4,6
130:9 146:15
**evidenced**
191:11
**evidentiary** 8:5
13:8 14:10
93:24 115:5
162:21
**evolve** 406:9
**exact** 13:4
16:11 56:17
62:15 193:5
199:13 200:25
220:8 245:21
250:10 251:4
252:6 263:17
317:16 324:23
339:20 374:13
379:17 380:7

398:25 408:8
410:2 413:2
521:14
**exactly** 12:3,4
14:24 35:3
36:10 76:12,13
91:16 139:5
159:15 188:14
213:24 252:7
254:14,16
268:21,24
272:21,24
274:9,23
279:12 286:5
293:25 294:2
294:19 295:3
295:14 318:16
318:17 321:22
322:8,21
323:19 347:18
354:11 424:23
434:8 440:5
541:16
**examination**
4:2 10:7
468:23
**examine** 54:21
**examined** 9:11
175:20 176:5
176:14,17,21
**example**
363:16 377:7
402:6,17
407:20 426:9

430:12,13 457:13 458:8 465:15 473:6 488:5 489:22 491:9 494:6 509:15 524:22

**excel** 41:11 95:2 268:7

**except** 47:13 51:4 185:19 221:7 263:21

**exchange** 164:25

**exchanged** 97:3

**exchanges** 94:19 109:15 235:21

**excited** 410:24

**excuse** 50:8,19 158:24 248:17 539:13

**exhausted** 274:16

**exhaustive** 274:13

**exhibit** 4:8,10 4:11,13,16,19 4:21,23 5:4,5,6 5:8,9,11,12,14 5:17,18,20 16:15,18 88:18 89:2,24 93:22 94:8 102:14,16 102:17,19,20

102:21 112:10 112:11 114:15 114:17,22 162:18 169:11 169:15 174:6,7 174:8 177:14 177:15 189:24 191:23 211:17 211:20 217:17 217:19 257:20 257:23 275:11 275:16 291:4,5 297:15 298:7,8 314:2,8 357:12 357:14 361:5,6 395:19,22 439:4,12 461:13,14 469:25 486:16 513:19,24 518:7 519:2,4 519:4,7 537:6 539:17,23 542:19 544:5 544:11 545:18 545:19 546:8,8 546:10,11,12 546:14,19 552:9

**exhibits** 161:18 161:18

**exist** 191:23 268:19,20 449:4 509:7

**existed** 456:19 509:7

**existence** 46:24 47:2

**exists** 96:3 139:15 193:21 198:14 210:7 218:7 305:21 485:19 541:25 554:23 556:19

**expanded** 318:4

**expanding** 333:6

**expect** 159:20 377:11

**expected** 161:25

**expecting** 560:8

**expedited** 116:22

**expenditure** 252:10

**expenditures** 248:25

**expenses** 104:3 108:25 297:17 299:15,16 459:14

**expensive** 248:24 363:6 476:2

**experience** 459:21

**expert** 288:13

**explain** 86:8 122:5 461:7 523:19 530:13

**explained** 57:14 158:25 446:19 473:9 473:11

**explaining** 143:19,20

**explanation** 53:25 54:17 122:7 197:5 524:5

**explanatory** 499:10

**explicit** 180:17 419:25 508:24 509:4 510:24 510:25

**explicitly** 231:14 235:14 269:17 378:15

**exploring** 39:23

**express** 444:20 445:4,25 448:2 448:3,4 450:11 451:15 452:5,6 452:19,20

**expressed** 121:24

**extended** 318:4 449:8
**extending** 166:2
**extent** 199:16 255:11,12 256:6 322:2 426:21
**extort** 235:11
**extorted** 219:16 220:9 221:4,7 227:24 228:19 233:19 234:21
**extortion** 219:11 226:25 227:7,8,9 229:18 236:23
**extract** 198:8
**extremely** 119:6
**eyes** 86:7 124:21 138:15 303:21 336:8 457:4 561:3

**f**

**f** 4:23 9:20,20 93:22 94:8 217:17 549:9
**face** 109:6 265:23 283:24 436:25 519:24

**facebook** 479:9
**facilitate** 323:8 377:21 421:4
**facilitated** 466:2
**facilitating** 397:18
**facility** 425:10
**facing** 475:20
**fact** 21:7 114:6 118:8 130:2 154:21 218:13 247:11 304:3,5 305:19 358:17 393:3,25 413:5 484:13 514:4 528:12 533:8 551:17 554:16
**facts** 42:5 102:13 206:12 535:20 536:3 547:10,13,16 547:16,17,20 549:18
**factual** 540:8
**fail** 503:6
**failed** 507:7
**failure** 309:15
**fair** 85:3 153:22 227:17 227:21 398:5
**faith** 95:24 137:9,11 220:25 221:6

223:6,15 230:23 304:5
**familiar** 170:6 170:8 257:22 260:3,10,21,22 261:6 262:3,4 262:6 488:11
**family** 79:25 133:2 233:14 235:23,24 255:2 422:25 438:18 483:24 492:16
**family's** 427:13 556:6
**famous** 338:16
**far** 37:20 59:10 92:5 118:3 153:14 167:24 173:2 181:19 206:7 224:7 230:19 276:19 343:13 345:10 345:11 351:24 360:6,7 373:19 395:24 415:11 441:15 463:3 473:21 500:4 504:16,16,16
**farrell** 2:12 8:18
**farrellfritz.com** 2:15

**fast** 322:15
**faster** 65:4 74:3 405:6
**father** 427:23 440:24 469:14 501:9,15 505:3
**father's** 426:12 429:6
**fault** 249:11
**favor** 247:22 388:4
**fbi** 124:5 284:18 557:15 557:18
**fe** 89:7
**february** 13:9 14:11,21 89:7 91:10,19 218:17 219:12 219:14,14 220:7 221:13 223:13,23 224:2,12,18,23 228:2 234:17 236:20,25 252:13 289:20 289:20,25 412:10,25
**federal** 116:17 167:9 282:10 283:19 284:20 285:10,16,17 286:4 287:6 288:2,5,6

290:8,11
291:16 292:14
294:3,7,8
300:11 309:8
318:8,9 333:16
333:25 372:15
372:19,25
373:8 387:15
387:17 438:2,2
438:2,23 534:4
**fedex** 224:3
225:13
**fee** 309:15
**feel** 12:21 53:4
53:7 75:5
100:18 122:4
256:24 274:6
416:8 435:24
559:13
**feelings** 46:6
**feels** 432:10
**feet** 480:9
**fell** 172:6 471:3
**fellow** 286:12
**felt** 179:23
300:12 334:11
334:11,18
337:3 342:7
381:16 392:14
393:2,3 394:3
**fib** 233:15
442:4
**fictious** 503:6

**fictitious** 96:22
234:14 356:22
359:8 459:18
462:17 474:10
503:21 505:9
530:7,10
543:10
**fictitiously**
534:14
**fifteen** 253:19
**fifth** 184:13
**figure** 41:12
165:19 256:17
263:12 319:21
370:2 402:10
492:11
**figures** 386:18
**file** 18:5 61:19
93:6 129:4
173:16 188:15
291:10 331:2
355:19
**filed** 5:12 17:19
18:10 19:6
21:2,8 35:8
38:4 55:18
93:23,25
118:18,18
131:8,11
143:10 171:4
263:8 291:9
314:5 361:25
418:3 475:7
485:11 563:16

**files** 59:3 61:24
61:25 63:19
66:21 179:23
303:20
**filing** 5:19
21:11,13 37:13
169:13 170:18
174:12 180:12
262:22 309:15
**filings** 15:24
37:8 40:18
**filled** 233:22,24
466:7
**final** 258:24
399:15 404:10
**finally** 305:23
379:20 500:7
**financed** 471:7
471:19,20
**financial** 4:20
169:12 170:17
435:10
**financially**
570:14 571:10
**financing**
343:20 345:4
414:8
**find** 13:12,13
17:16 34:18
35:23 37:10,22
37:24 38:2,21
39:21 40:17,22
50:12 59:14
62:10 67:4

87:16 138:12
151:23 180:19
180:24,24
182:22 198:13
199:3 210:6
223:9 244:17
246:9 269:23
282:23,25
313:22 377:12
386:13 433:21
437:4 438:23
455:12 483:7
494:25 539:2
**finding** 193:17
**fine** 135:12
152:22 177:12
367:17 368:23
468:16
**finish** 73:18
90:10 160:23
196:8 212:20
254:19 371:9
411:4,5 413:4
413:8 446:5
453:17 454:7
532:5,6 533:23
**finished** 205:17
256:23 308:25
348:2,5 404:21
411:11 490:2
545:13
**fired** 300:18
**firing** 57:8

firm 81:15,16 81:17,17 82:8 82:9,11 401:18 506:6

firms 123:3 141:8

first 9:8 104:12 104:14 120:7 123:5 139:7 148:22 149:3 154:21,25 160:13 169:22 170:5 195:14 221:10 227:23 241:15 269:21 270:5 289:15 292:10 293:22 301:14 305:6 329:25 333:15 370:16 384:18 387:15 429:9 455:15,21 462:5 490:22 498:11 514:5 517:25 525:3 532:24 536:15 554:20 562:11

fit 165:17 205:5 270:11

fits 161:19

five 39:10,12 110:24 113:11 113:15 146:21 155:21 161:5,6

161:13,16 162:4,6 168:19 197:7 248:2 253:14 351:9 392:24 394:24 398:20 451:11 454:12,15 455:3 459:16 467:16 468:2,6 468:8,11,14,17 475:4,9,16 476:9,18,20 483:23 495:13 495:18,22 562:3,4 567:4

fix 249:4 252:8 401:8 402:9 427:18

fixed 249:12

fixings 126:12

flag 267:20

flatbed 529:17 530:4 532:17 533:17 534:25 539:21 542:20 543:2,6 545:14

flatlands 76:7

floor 3:6 473:12,17 476:3

florida 365:20

flowing 399:5 411:18

flyers 379:19 380:8 392:17

focus 151:12

focused 454:6

foggy 374:13

folder 188:12 191:16 192:10

folders 188:11 516:16

folks 43:6 66:24 129:5 181:16 251:8 356:13 445:6 560:20

follow 481:9 561:22 567:24

followed 9:17 274:9,10 285:23,25 288:14 295:2 311:23 332:13

following 33:12 137:2 143:25 511:10 523:25

follows 9:11

food 325:12

foot 99:11,16 276:2 379:24

footnote 177:5 177:8,12,24,25 178:2 182:5 183:12,17 185:20 187:3

forbidding 502:10

force 138:21 315:5

forced 144:25

ford 528:24 529:5,16 530:4 533:17 534:25 537:3 539:19 542:20 543:2

foreclosure 281:10

foregoing 93:6 570:3,4 571:4 573:5

foremost 164:23

forget 332:14 332:15 503:23

forgets 387:13

form 4:8,19 5:18 16:23 18:6 28:17 37:3 169:12 170:18 174:10 354:8

formal 39:8

formed 354:9 354:23 356:11 356:12

former 61:22 96:6 292:24 374:20 375:3 431:12 432:20

432:25 433:7
434:10,18
468:2 506:2
**forms** 233:23
**forth** 178:10
363:25 424:20
426:20 427:5,6
428:10 430:24
497:17
**fortune** 150:19
459:19
**forty** 80:20
220:12 234:22
**forward** 99:14
112:25 121:16
142:24 165:10
168:5 238:6
371:22 407:22
407:22
**forwarded**
298:19
**fought** 302:12
**foul** 125:8,8
**found** 34:7
63:17,18,24
67:13,14
172:25 179:23
180:10 181:11
188:10 191:16
192:10 193:2
193:10 197:20
209:23 218:22
220:6 337:2,6
354:22 375:12

381:13 480:11
480:25 483:10
531:8 552:12
557:11 559:8
**four** 39:10,16
61:8 155:20
197:7 227:15
299:7 336:5
365:18 383:7
463:14 475:4
483:23 492:25
494:9 528:5
539:18 542:19
**fourth** 23:7
184:13 425:24
**frame** 252:21
252:22
**frank** 123:19
230:11,12
271:20
**frankly** 86:22
125:13 163:20
164:7 381:10
455:13 469:25
478:25 514:7
**fraud** 97:5,5,14
98:18 99:24
112:15 126:21
126:22,25
202:8 205:2,12
**fraudulent**
97:11,13 109:9
206:6,8 543:18

**freaking** 338:3
537:15
**free** 75:7
297:21,23,23
297:24 334:22
340:5
**freedom** 330:2
**fresh** 435:20
**friday** 1:13
160:17 509:8
**friend** 61:22
294:13
**friend's** 351:23
**friendly** 223:13
375:4
**fritz** 2:12 8:18
**front** 13:11
15:22 16:3
30:4,10 32:15
34:14 35:25
40:20 55:5,7
55:13 60:4
62:16 72:2
74:13 75:4
76:25 86:4
124:20 125:2
128:18,22,23
129:2 130:3
131:4 134:12
138:15 142:11
152:4,13 173:9
173:11 180:18
182:13 187:22
188:18,20

193:3,22 198:7
199:13 203:16
203:18 206:20
207:5,22
208:15 214:22
224:24 299:13
309:11 316:21
321:10 323:18
331:24,25
334:3 341:24
343:17 345:2,6
353:19,24
369:19,25
372:15 386:7
386:14 486:8
494:22
**frugally** 493:23
**frustrated**
381:5
**frustrating**
472:20
**frustration**
381:2
**fulfill** 97:6
202:10 246:7
255:10 286:13
**fulfilled** 198:22
294:23
**full** 9:16 59:12
166:22 221:19
267:4 269:11
331:23 399:8
462:9 463:10
510:2 554:19

563:12,15
**fully** 247:6
273:20 315:14
554:15
**fulsome** 98:25
**fumbled** 72:10
**fun** 245:7
266:16 391:13
507:18
**fund** 344:14
365:10 460:21
460:21,22,23
**funded** 296:14
296:16,25,25
297:4,8 460:18
460:24 461:4
**funding** 199:11
208:9 267:15
296:20
**funds** 220:19
221:9 225:18
264:11 364:17
460:15,15
**fungible** 366:11
**funny** 208:17
243:13 403:14
520:5
**furman** 387:2
390:23,23
**furniture**
270:18 442:3,6
**further** 34:4,7
39:3 64:4
99:14 116:12

168:13 186:12
188:10 208:25
243:22 256:19
400:18 402:23
497:6 561:21
568:10 570:12
571:8
**furthermore**
148:15
**future** 67:25

**g**

**g** 2:11 5:4
211:17,20
220:10 229:16
233:20 235:24
239:8 243:24
243:25 331:5
336:11,14,14
336:16,17
337:4,5,23
338:8,12,14
375:11,12
376:14,16
377:16 403:21
433:3 438:8
466:5 552:17
**g80** 400:24
**galore** 305:18
**game** 17:14
22:8 25:14,16
25:18 27:25
44:3 45:22
65:12 85:3

186:18 212:6
212:16 229:13
267:25 276:13
297:5 306:10
350:22 379:15
380:16 381:9
385:25 458:17
503:13 504:2,5
504:17 506:19
506:23 523:4,5
**games** 18:20,24
23:12 24:7
83:3,11 106:23
284:10 307:6
380:16,21
382:16 383:21
385:23,24
394:6 534:4,16
537:11 543:25
**gander** 85:13
**garage** 325:10
359:7,25
424:13 441:2,5
441:8 553:23
**garbage** 521:23
533:21,21
**gary** 58:25
193:19,19
**gates** 286:10
304:6
**gather** 469:24
**ge** 549:4
**general** 21:12
21:18 136:8

140:3 142:21
217:5 343:2
465:13 484:3
525:22
**generally** 258:9
383:20 384:24
**generated**
485:16
**generating**
418:21
**gentleman**
473:19
**gentlemen**
278:5
**gesture** 230:4
230:22 231:17
235:9
**getting** 58:22
69:17 155:10
159:14 166:20
195:16 227:13
230:19 276:18
308:2 413:5
422:23 469:19
500:16
**give** 10:19
11:17 12:7
44:24 47:22,25
48:11,18 49:9
52:9 53:3,6
55:11 63:22
66:24 79:12
84:10,16 103:9
103:10,12,15

105:2,9 106:5
106:19 110:4
110:21 113:11
130:6 135:18
139:20 146:20
149:14 156:2,6
165:12,13
179:20 188:5
193:12 196:17
196:18 197:21
210:18 217:2
220:10 222:19
223:14 226:5,6
226:12,14
228:6 229:25
230:3 238:16
243:15 244:12
251:6 264:8
266:19 267:18
269:18 290:25
293:2 303:18
315:6 317:2
324:22 327:14
329:12 343:23
350:12 357:8,9
358:15 385:11
399:17 404:3,6
407:14 409:25
411:21 421:21
442:21 536:10
565:5

**given** 41:7
58:23 113:25
115:13 130:4,8

179:19 192:21
197:4 224:3
254:24 267:22
269:10 299:15
301:21 328:9
347:12 348:6
355:22 376:18
377:25 410:18
480:24 483:4
500:11 573:9

**gives** 103:19
357:20 361:16
421:20 461:5

**giving** 94:18
95:18 107:17
184:12 197:16
197:18 213:5
216:24 268:17
312:19 323:6

**global** 37:6
54:23 71:9

**globally** 499:19

**glynn** 2:4 8:21

**go** 18:12,14,15
22:17 25:23,25
30:19 33:5
42:7,7,11,13
43:7 46:13
50:14 51:8
54:22 61:6,6
63:8 76:6,7,8
77:3,6 88:13
90:3 92:4 96:6
98:5,17,18

99:14 102:16
102:17,19,20
103:17 105:11
105:13 106:8
106:10,13
109:5 111:2,4
111:19 112:25
113:14,17
116:12,14
117:3 144:6,16
156:8,9,22
158:23 167:20
168:5,21 179:5
180:19 183:23
187:8 188:16
190:5,16
191:12 195:3
196:7 197:22
201:25 204:21
206:14 213:6,8
218:25 231:4
231:25 232:18
236:13,16
237:6 239:14
241:10 242:12
242:14 243:11
243:14,21
244:13 246:23
252:19 254:17
254:24 255:22
256:4 257:12
259:5,21,22
264:5 266:10
271:21 273:8

275:3,7,25
280:5,9,9,15,21
284:18 285:16
286:6 289:5,7
290:7 293:20
294:2,7 297:12
298:5 303:19
309:5 316:4,9
317:3 319:25
321:19 322:23
326:18 330:18
330:23 343:13
350:7,16
371:12 373:24
377:12 389:11
391:3,8,14
394:25 402:22
407:22 414:17
415:20 417:5
419:15,21
430:5 432:18
436:4,5 438:24
439:7 443:9
463:19 467:17
467:23 471:5
471:17 474:3
474:11,14
476:12 477:25
478:5,25
482:20 485:7
489:7 491:8
494:19 496:10
497:16 500:14
500:22 504:14

505:23 507:3
507:11,20
510:16 519:2
523:6,17
526:25 527:2
532:4,18
536:22 537:14
538:25 542:4,8
542:11,14,22
544:3,6 545:16
545:18 546:24
547:3 552:19
556:2,4 557:22
558:6,23
560:12,19
561:12 562:10
563:6 564:5
565:20 567:4
567:14 569:2

**goal** 255:13
256:5,7

**god** 561:4

**godawful**
366:23

**goddammit**
23:9 100:20
105:7 110:9
556:25

**goes** 59:10
97:14 121:16
123:13 246:11
265:15 293:14
325:17 344:16
344:20 382:9

384:18 394:19
480:9

**going** 7:6 10:11
10:22 11:5,24
12:4,5,6,8,17
13:6 16:13,14
16:15 22:14,21
22:25 23:11
27:2,5,8 28:5
30:17 41:20,23
44:2 45:3,14
45:21,23,24
46:13 48:13,14
49:11,12 53:3
53:6 55:16
64:16,19 65:9
67:19 70:17,18
71:18,21,23
72:12 73:14,19
75:20 78:21
79:13,15 83:20
85:21 88:13
90:3,5,16 92:3
92:3 93:20
95:16 98:24
99:2 108:12
111:12 112:9
113:3,4 114:12
114:15,16
115:18 117:9
119:19 123:9
124:16 126:2
132:19 138:24
144:12,17,18

146:9,15 147:9
150:12 152:3
152:17,24,25
153:3,11,14
158:23 159:13
163:20 165:10
165:12,13,18
166:3,8,19
167:18,22
168:16 170:4
174:4,16 177:4
190:11 195:9
196:5 197:9
202:7 204:3,3
204:21 209:19
209:25 211:16
212:19,21,23
213:6,7,8,20,21
220:18 222:4
222:18,18
223:14,17,20
225:2 226:6,9
226:11,14,16
228:4,20
230:10 232:12
235:2,5,5
236:14 240:19
241:4,9,14,19
241:22 242:5
252:18 254:9,9
254:16 256:8
256:22 257:19
265:15 271:13
274:15 275:3,9

275:25 282:24
286:20 287:25
291:3 293:15
303:19 306:17
306:20 307:4
308:3,5,5,22
313:2,5,10
322:15 323:21
329:11 331:12
344:17 349:19
357:7,10
361:13,13
375:5 378:6
380:6 382:24
384:17,19
385:11,12
386:22 390:4,8
391:4,5 393:12
393:15,19
394:12 395:18
395:18 396:2
397:14 400:12
402:25 416:10
416:10 419:6
421:11 428:14
429:11,14
430:13 431:19
432:15 434:17
435:13 436:4
447:20 467:22
467:23 468:4
468:19 474:13
476:16 477:16
477:21 479:17

479:25 480:15
480:20,21,25
481:2 500:16
500:22,23
502:4 503:13
507:16 510:11
512:22,25
516:22,23
517:4 518:3
523:4,5,5,6
524:19 525:12
530:18 532:3
532:22,24
533:5,5 541:19
541:24,24
542:22 544:4
552:4 553:4,7
553:10,16
555:24 557:25
558:11 559:2
560:8,10,24
564:3,4,22
565:8,24
**golf** 359:20
**good** 7:2 8:14
8:17,20 10:9
85:12,13 95:23
122:10 137:9
137:11 159:9
203:24 204:2
205:8,11
220:25 221:5
223:6,15
225:14 230:22

230:23 235:6
235:10 247:16
249:7 253:11
266:15 273:2
275:2,6 279:2
284:8 289:4,5
290:19 295:7
300:22 301:21
304:5,9 308:21
312:21 328:17
340:24 343:15
344:3 346:20
351:8 356:10
363:10 386:15
399:2 406:23
410:15 438:3
442:20 466:25
467:8 468:25
469:2 473:10
491:2 506:24
513:11 515:6
550:19 551:23
557:21
**goodbye** 216:3
553:8
**goodness** 95:11
**goodwill** 230:4
231:18
**goon** 386:13
**goons** 63:21
77:20 286:15
306:6
**goose** 85:12

**gorgeous**
218:17,19
408:25
**gory** 379:2
**gosh** 95:3,4,20
325:17 357:4
488:5 514:6
551:21
**gospel** 154:8
**gotten** 120:2
366:5 461:21
**governance**
367:9
**government**
139:15 334:13
**governmental**
556:19
**gp** 188:11
191:16
**grab** 392:10,12
**grabbed**
350:11 351:5
381:2 383:7,12
**grabbing**
381:19
**grand** 201:3
252:5,6 343:22
343:22 344:14
445:9 471:13
471:14 475:25
**grandfather**
427:23 440:25
469:14

**grandfather's**
429:6
**grant** 146:15
515:2 553:25
555:10 556:9
557:3 558:15
**granted** 33:15
554:17 563:10
**grateful** 245:11
**great** 261:19
380:4 404:25
410:13 438:4
443:8 467:7
490:6 504:6
509:9 520:5
**greater** 235:6
550:19
**greatest** 267:17
**green** 160:6
358:24 360:16
457:15,15
549:9
**grew** 438:21
**grid** 74:19,19
**ground** 286:13
286:15 346:25
432:6
**grounds** 273:17
292:20
**groupings**
30:25
**guarantee**
33:13 103:19
107:4,7 201:13

206:19 276:7 277:22

**guaranteed** 199:21

**guaranteeing** 344:19

**guarantees** 277:17

**guarantor** 277:16 281:9

**guess** 80:14 116:10,12 117:11 168:9 217:12 233:12 233:22 251:12 274:18 334:18 338:14,19,20 375:7,12 386:10,13 394:3 466:6 468:25 474:5 501:13 507:6,6 520:20 528:17 540:18 545:10 563:20

**guided** 300:14

**guiding** 138:21

**guiltier** 42:6

**guilty** 42:11

**gun** 130:20 437:18

**guthrie** 38:10 38:13 39:2

**guy** 57:20 72:10 76:10,10 130:20 137:22 206:13 225:14 235:10 247:16 247:16,17 255:24 265:14 297:25 306:4 307:2 335:6,6 335:8,9 359:20 375:15 379:16 380:18 386:7 391:24,25 393:16,17 401:15 402:6 403:4 411:5 429:7 431:5 436:13 454:2 466:15 492:23 493:3 520:11 537:17 538:5 547:22 552:22 560:4

**guy's** 383:3

**guys** 35:2 59:13 80:2 104:20 145:12 207:17 217:14 229:11 268:14 270:15 275:5 276:21 289:21 305:8 306:6 307:25 308:22 312:19 326:8 353:5

371:16 381:8 386:13 389:12 429:8 471:4 485:2 502:7,11 502:20 504:7 505:11 514:4 519:18 534:23 542:7 554:4 557:16 559:25 561:2,11 567:6 568:25

## h

**h** 4:5 5:1 6:2 572:3

**half** 61:13 138:18 297:19 365:18 548:5

**hall** 160:4 165:24

**haman** 101:22

**hammering** 426:11

**hampton** 509:19 510:13

**hampton's** 224:5 335:9

**hamptons** 396:9 416:17 437:3 438:22

**hand** 9:4 29:20 78:11,18 83:9 86:7 123:16 155:11,13,15

364:20 421:21 423:6 426:5 430:22

**handbook** 151:7,10

**handed** 218:16 219:13 552:15 552:16

**handle** 310:11

**handled** 436:21

**hands** 126:22 126:24 433:15

**handshake** 246:8

**handy** 543:20

**hang** 331:21

**hanging** 87:24 110:13

**hangman** 286:19

**happen** 83:21 141:22 142:18 159:3,3,15 167:13,16 204:4 212:3 216:8 231:24 265:17 272:17 305:24 306:21 351:2 380:11 402:21 467:2 553:8,23

**happened** 39:4 39:5 59:22 62:12 80:22

94:22 115:19
118:2 120:17
123:4,4,11
130:12 138:15
141:10 146:23
173:6 183:22
200:10 204:19
209:18 213:25
219:11 220:7
224:17 237:2
252:11 270:9
273:20 289:24
296:5 317:20
318:25 331:10
331:15 332:5
335:23 341:23
342:4 368:20
369:14,16
381:23 387:16
402:23 413:10
457:18 462:8
462:10 463:2,9
530:15 534:8
541:5

**happening**
123:24 124:12
316:6 321:16
349:20 548:5

**happens** 57:18
99:8 227:25
229:9

**happy** 90:11
186:7 195:8
260:13 438:4

463:24 474:21
481:4 484:2
493:9 499:11

**harassing**
379:9

**harassment**
28:2 30:18
61:7

**hard** 37:23
94:18 208:19
213:4 254:25
255:5 300:16
322:15 348:17
420:4 437:16
437:23,23
438:6,22
441:23 498:20
524:20 549:18
565:25 566:12
566:13

**harder** 433:24

**hardware**
482:24

**harsh** 270:4

**hated** 291:22
291:23 295:8

**he'll** 48:10
83:15 104:4,10
104:12,14
147:20 158:20
355:4

**head** 51:5 55:9
143:22 179:16
184:20 197:2

223:20,21
226:9 228:5
230:8,13
234:23 236:24
259:22 263:11
263:14 276:13
295:22 301:5
327:16 365:16
365:17,22
378:21 380:6
461:18 485:12
485:16 540:5,6
554:25

**header** 259:18
259:21,23

**headset** 78:4

**hear** 23:19
25:21 50:21,25
51:2,7 89:11
89:15 268:2,2
271:19 374:18
485:17 489:3
494:13 523:22
523:22 526:15
532:12 552:21
552:23

**heard** 24:12
60:12 71:11,14
89:20 163:3
266:5 311:17
314:19 374:20
378:22 401:19
502:6 524:2

**hearing** 8:24
13:9 14:10
93:24 115:5
116:5 146:11
162:21 173:20
311:15 312:7

**heart** 95:12
526:5

**heartedly**
275:24

**heck** 379:12
440:5 510:19
531:17

**heck's** 380:6
384:19

**heirlooms**
483:24

**held** 225:19
248:7

**hell** 42:7 80:8
434:4 472:21
553:24 554:13

**hello** 380:14,14
380:14

**help** 37:2 58:3
95:13,22 101:5
101:10,11
138:19,20
152:25 202:17
202:20 248:25
290:11 307:19
307:20 323:2
363:17,18
371:18 381:22

383:2 384:12 397:19 398:13 398:14,16 399:4 400:6 406:6 407:15 421:4,9 434:14

**helped** 101:5 214:23 249:4 340:13 377:20 397:9 400:18 437:9 465:20 493:4

**helpful** 165:23 311:19

**helping** 431:13 431:16

**hereto** 518:7 544:11 570:13 571:10 573:7

**herps** 125:14 138:8 179:16 182:12 193:19 193:19

**herps's** 59:2

**hey** 123:3 513:7 567:6

**hi** 393:18 395:2

**hid** 273:18 336:21,22

**hides** 312:14

**hiding** 271:23

**high** 378:19 466:9 510:3

**highest** 385:20

**highly** 151:13 271:3 436:17 466:17 476:18 522:9,10 560:15

**highway** 315:12,17 317:11 358:13 373:12 422:2 425:4 523:2 524:15

**hilarious** 134:15 461:11

**hire** 506:6

**hired** 506:17

**history** 156:18 463:22

**hit** 44:4,7 498:13

**hits** 541:13

**hobby** 346:20 483:16

**hocked** 63:6

**hold** 88:23 211:22 220:11 228:10 229:19 229:21 244:23 432:17 485:25 487:4 494:13 494:15,17,18 514:20 531:16 534:14,21 565:15,15

**holding** 70:14 220:13 221:10 228:5 236:24 248:5 366:25 503:19 528:20

**holdings** 189:25 464:15 465:5,7

**holistically** 486:3

**home** 219:18 219:22,25 220:4 225:16 342:23 349:15 349:22 350:7 352:21 359:24 364:4 377:18 377:19,25 425:12 427:6 428:5,8 441:8 484:9,11 485:22 487:10 487:12,15,16 527:22 528:10 529:9 553:19 555:13 560:9 562:22

**hominem** 87:6 163:4

**honest** 429:7 431:4

**honestly** 249:3 396:11

**honor** 69:4,8 69:10,13,25 117:13,23,25 120:23,24 121:23 122:11 122:25 123:7 125:5 127:23 129:21 130:9 130:21,24 131:18 132:17 132:24 133:20 135:16 136:22 137:5,7 138:16 140:9 143:13 145:14 147:12 147:25 148:22 149:5 153:22 154:9,24 155:9 155:10 156:14 157:16 159:18 160:13 162:12 162:25 163:3 164:2,8 165:2 165:6 166:9,11 166:14,23 168:14,15 351:4 492:11 503:23 558:20

**honor's** 151:16 162:14

**honorable** 112:21 126:18 271:2,4,4,5,5,8 271:25 291:9

304:24 305:2,4
306:13 310:16
314:3,4 564:25
565:2,6

**hook** 298:24

**hoot** 303:18
329:12 350:12
461:5

**hope** 12:23
42:12 217:15
246:8 287:20
302:23,25
366:19,25
482:13

**hoped** 160:23

**hopefully** 41:16
80:14,14
162:10 255:10
477:14,19
484:5 560:25

**hopes** 422:23

**horrendous**
210:22

**horrific** 263:17
334:20,21
335:19 444:7
489:6 515:10
515:20 530:24

**horse** 516:13

**hosinski** 2:4
8:22

**hostage** 220:11
221:11 228:5
229:21 236:24

248:6,7 366:25
503:19 528:20
531:17

**hot** 303:4

**hour** 11:24
113:24 115:13
119:13 297:6
387:13 388:9
429:25 481:5

**hours** 72:11
130:12,14
156:13 166:13
166:14,20,23
167:7,7 254:14
313:8 360:2,3
371:25 398:10
398:11,20
431:17 440:3
444:6 538:4,5
538:11 541:25

**house** 5:7
103:16 218:21
222:20 224:5
224:14 226:10
226:12 229:21
229:22 248:8
335:9 339:11
349:18 351:23
351:25 357:16
357:19,20,21
357:25 358:5,8
359:5 361:11
361:14,15,17
361:20 362:12

362:14,21
363:2 365:19
379:7,8 382:11
383:5 392:22
416:3 426:18
428:19 429:4
429:10,11,15
429:15 433:3
441:2 501:22
525:5,7 537:14
553:6,9,20
554:7 555:25
556:2,5,22,23
558:2,9,11,23
559:2,4

**household**
442:3

**houses** 365:17

**hpr** 33:18 39:9
220:13

**hubscher**
437:17

**huebscher** 1:8
2:10 3:13 7:12
8:19 58:24
63:23 129:19
130:12,16
131:2 132:13
140:17 149:7
149:14 267:24
269:18,24
270:16 272:3,8
272:16 273:2,3
281:3,7 296:24

298:11 300:17
301:21,22
305:3,6 306:14
306:17 323:3
327:13,21,24
328:10,24
337:11 338:3
338:25 340:21
342:5 344:22
346:17 348:16
348:21 350:17
352:4,16
353:13 372:8,9
372:10,12
377:19 378:4,5
379:5 380:2
384:12 392:2
397:3 401:17
408:21 436:18
437:13 508:20
517:11 554:22
554:23 556:20
560:19 561:10
572:1 573:1

**huebscher's**
272:18 306:10

**huge** 471:5

**huh** 29:3 96:16
175:16

**human** 66:17
292:4 306:23
307:8 443:15
443:25 444:7

**humorous** 507:6,8,12
**hundred** 33:11
55:24 60:14
63:15 68:12
103:24 137:10
141:24 178:17
178:20 181:21
182:3 184:6
185:21 186:15
186:16 204:9
222:7 226:8
273:19 292:20
315:4 328:16
346:19 347:11
353:6 367:18
389:23 459:12
461:5 481:21
481:24 500:2
503:25 528:21
529:11 549:10
554:9 564:11
564:17
**hundreds**
90:13,13,14
331:20 405:22
440:7 479:2
**hundredth**
19:10 79:3
459:7 500:17
557:2
**hung** 110:19
329:20

**hurry** 211:13
**hurt** 286:19
290:18 381:3
488:16 502:21
514:22 515:3
532:14 534:24
536:20
**hurts** 537:17
**husband** 133:3
**hydraulic**
495:19 496:21
497:9,12,15,25

**i**

**icfiel** 460:7,9
**idea** 56:19
100:17 145:18
145:21 150:15
301:6 366:2
368:10 402:9
433:12,13
434:22,23
482:2,4 519:18
563:23
**identical**
270:21
**identification**
16:19 89:3
94:9 112:12
114:23 169:16
174:9 211:21
257:24 275:17
291:6 298:9
314:9 357:15

361:7 395:23
439:13 461:15
513:25
**identified**
485:9 518:6
544:10
**identifies**
484:14 542:25
**identify** 18:13
**identifying**
518:17,19
**idiot** 393:5
**ignore** 488:12
506:12,18
543:25
**ignored** 506:11
506:16,17,18
**ignoring** 63:2,3
**ii** 34:9 35:5
**illegal** 48:9
**illegitimate**
19:21
**illustrated**
472:25
**illustrates**
40:24
**illustration**
40:23
**imaginable**
58:15 120:15
140:16 332:19
**imagine** 141:10
231:25 272:13
299:10 490:15

498:12
**imagined**
294:12 470:19
**imbalance** 95:5
**immediate**
554:18 555:10
556:9 557:6
558:15 563:10
**immediately**
11:21 135:17
179:8 180:5
193:16 198:24
206:23 511:11
**implications**
134:8
**important**
119:4
**impossible**
104:20,23
212:5 440:3
**improper** 67:10
155:16 220:14
291:21 308:11
333:6
**improperly**
128:9 221:11
223:19,22
298:16 318:23
319:4 321:15
323:14
**impropriety**
131:15
**imran** 123:19
565:9

**inaccurate**
  37:16
**inadequate**
  122:4
**inadvertently**
  179:19
**inappropriate**
  46:21,22,24
  47:2,6,7,10,12
  51:12 79:20,22
  80:20 83:10
  111:9,10 121:5
  121:15 123:15
  238:11 265:8
  273:21 300:12
  305:19 382:4
**inappropriately**
  58:24 59:2,5
  301:12
**inappropriate...**
  123:17
**inclined** 407:13
**include** 405:3
**included** 113:7
**including** 54:23
  105:8 106:7
  115:2,9 116:3
  150:16 172:24
  266:21 268:5
  269:15 273:23
  277:5 291:13
  315:11 321:10
  378:17 381:15
  505:20 515:22

527:16 556:19
**income** 398:8
  418:6,21
**incoming**
  458:23 460:15
**incompetence**
  352:14 521:3
  527:2
**inconsistencies**
  179:10 193:9
**inconsistency**
  180:4,10 182:8
  189:7
**incorporation**
  355:10
**incorrect** 43:10
**increased**
  344:4
**indemnificati...**
  109:2
**independent**
  64:8,13 65:24
  66:13
**indeterminate**
  186:22
**indicates**
  114:20 519:5
**indirectly**
  315:10
**individual**
  175:6 201:15
  348:10 411:13
**individually**
  533:13

**individuals**
  114:9,19
  123:20 169:13
  170:17
**industry** 307:3
**inexpensive**
  526:8
**influence**
  308:15
**information**
  34:4,14,18
  35:7 37:9,10
  37:12,18 52:23
  63:16,25 64:2
  64:4 66:5,25
  67:11 68:13
  93:8,10 139:21
  169:25 175:21
  176:5,14,17,20
  178:25 179:7
  179:10,23
  180:8,16
  181:14 188:12
  193:12 197:14
  267:6,17 269:7
  318:7 320:22
  327:20 329:3
  355:23 432:3
  433:9,9 438:9
  440:10 470:4
  482:6 499:23
  500:3,5,10
  503:18 536:9
  536:10,11

545:25
**informed**
  119:25 511:12
**informing**
  503:8
**infrastructure**
  464:3
**inherited** 501:8
  501:13 502:2
  503:9 504:24
**initial** 192:3,6
  251:22 412:5
**initially** 345:10
  365:15
**initials** 426:12
**inquire** 89:10
**inquired** 219:5
  325:23
**insist** 166:20
**instagram** 4:10
  396:8 397:9
  398:5,13 400:5
  402:21 406:8
**installed**
  342:11 413:12
  476:24
**instance** 183:24
**instantly**
  272:15
**instructed** 5:22
**instruction**
  332:13
**instructs** 147:7

**insubstantial** 429:2 430:19 430:20

**insulting** 116:8

**insurance** 141:17 150:16 150:21 309:24 356:13,18 363:5,7

**intelligence** 87:7,11

**intend** 273:22

**intended** 8:3

**intending** 114:21

**intent** 211:15

**intentional** 503:24

**intentionally** 67:9 536:19

**intentions** 38:6 198:23 239:8 272:13

**interchangea...** 441:11

**interest** 41:6 55:25 60:14 62:7,9 68:6,7 69:21 71:10 85:5 107:8 172:18,23 176:24 177:18 177:23 178:6 178:18,21,23

183:20 184:22 185:8,15 187:11 188:24 189:2 204:18 413:18

**interested** 547:8 570:14 571:11

**interesting** 376:18 401:6 402:7

**interests** 56:2 65:25 172:14 181:11 185:17

**interior** 411:12

**intern** 457:22 509:24

**interrogates** 155:16

**interrupt** 12:18 165:4 188:4 195:20 196:6 213:14,15,18 443:12

**interrupted** 196:4

**interrupting** 77:4 190:17,17 195:24 196:3 444:10,13,14 454:7

**interruption** 33:17 499:2 505:6 508:5

**introduce** 8:12

**invade** 556:5

**inventory** 266:19 267:4 268:6 402:24

**invested** 251:3 307:9 325:14 422:24 473:23

**investigate** 61:19 124:7 284:18

**investigates** 139:23

**investigating** 266:13

**investigation** 124:3,4 125:12 125:13,14 135:15,17 138:17 142:11 142:17 152:8 211:11 560:21

**investigations** 142:2,8

**investigators** 311:12

**investment** 29:6 190:2 535:7

**involved** 44:21 63:21 86:9 102:2 115:16 123:18 126:7,8 211:5 232:6

284:12 366:22 392:7 405:9 433:25 435:9 458:3 530:21

**irrelevant** 303:23

**irrespective** 251:19

**irs** 5:20 38:4 40:18 124:6 461:24 462:25 463:7,11

**irvington** 178:4

**island** 338:2 371:12 507:11

**issue** 56:21 67:21 120:11 120:12 128:13 128:18,19 129:2 148:7,7 238:22 273:5 288:20 364:8 366:12 438:25 508:15

**issued** 4:11 179:24 508:11 510:20 513:14

**issues** 15:6 16:10 30:3 102:5 125:17 138:9 158:10 158:11 160:15 226:21 363:23 381:6 415:10

415:12 493:8
516:4 532:9,11
532:13 550:7
**it'd** 354:2
372:20 463:14
**it'll** 567:11
**item** 424:2,5
479:19
**items** 5:5 69:21
74:17 76:21
129:12 261:2
373:11 381:14
393:22 421:23
421:25 422:4,8
422:8,9 423:3
423:4,20
429:12,16,17
429:18 430:15
430:16 434:20
439:6,7,9,16,18
439:19,20
440:17 443:3,4
443:6 444:16
457:6,11 469:3
469:22 472:24
474:16 489:12
527:13
**iteration** 200:4

**j**

**j** 7:1 8:1 9:1,20
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1

19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1

114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1

182:1 183:1
184:1 185:1
186:1 187:1
188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1
204:1 205:1
206:1 207:1
208:1 209:1
210:1 211:1
212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1

| | | | |
|---|---|---|---|
| 250:1 251:1 | 318:1 319:1 | 386:1 387:1 | 454:1 455:1 |
| 252:1 253:1 | 320:1 321:1 | 388:1 389:1 | 456:1 457:1 |
| 254:1 255:1 | 322:1 323:1 | 390:1 391:1 | 458:1 459:1 |
| 256:1 257:1 | 324:1 325:1 | 392:1 393:1 | 460:1 461:1 |
| 258:1 259:1 | 326:1 327:1 | 394:1 395:1 | 462:1 463:1 |
| 260:1 261:1 | 328:1 329:1 | 396:1 397:1 | 464:1 465:1 |
| 262:1 263:1 | 330:1 331:1 | 398:1 399:1 | 466:1 467:1 |
| 264:1 265:1 | 332:1 333:1 | 400:1 401:1 | 468:1 469:1 |
| 266:1 267:1 | 334:1 335:1 | 402:1 403:1 | 470:1 471:1 |
| 268:1 269:1 | 336:1 337:1 | 404:1 405:1 | 472:1 473:1 |
| 270:1 271:1 | 338:1 339:1 | 406:1 407:1 | 474:1 475:1 |
| 272:1 273:1 | 340:1 341:1 | 408:1 409:1 | 476:1 477:1 |
| 274:1 275:1 | 342:1 343:1 | 410:1 411:1 | 478:1 479:1 |
| 276:1 277:1 | 344:1 345:1 | 412:1 413:1 | 480:1 481:1 |
| 278:1 279:1 | 346:1 347:1 | 414:1 415:1 | 482:1 483:1 |
| 280:1 281:1 | 348:1 349:1 | 416:1 417:1 | 484:1 485:1 |
| 282:1 283:1 | 350:1 351:1 | 418:1 419:1 | 486:1 487:1 |
| 284:1 285:1 | 352:1 353:1 | 420:1 421:1 | 488:1 489:1 |
| 286:1 287:1 | 354:1 355:1 | 422:1 423:1 | 490:1 491:1 |
| 288:1 289:1 | 356:1 357:1 | 424:1 425:1 | 492:1 493:1 |
| 290:1 291:1 | 358:1 359:1 | 426:1 427:1 | 494:1 495:1 |
| 292:1 293:1 | 360:1 361:1 | 428:1 429:1 | 496:1 497:1 |
| 294:1 295:1 | 362:1 363:1 | 430:1 431:1 | 498:1 499:1 |
| 296:1 297:1 | 364:1 365:1 | 432:1 433:1 | 500:1 501:1 |
| 298:1 299:1 | 366:1 367:1 | 434:1 435:1 | 502:1 503:1 |
| 300:1 301:1 | 368:1 369:1 | 436:1 437:1 | 504:1 505:1 |
| 302:1 303:1 | 370:1 371:1 | 438:1 439:1 | 506:1 507:1 |
| 304:1 305:1 | 372:1 373:1 | 440:1 441:1 | 508:1 509:1 |
| 306:1 307:1 | 374:1 375:1 | 442:1 443:1 | 510:1 511:1 |
| 308:1 309:1 | 376:1 377:1 | 444:1 445:1 | 512:1 513:1 |
| 310:1 311:1 | 378:1 379:1 | 446:1 447:1 | 514:1 515:1 |
| 312:1 313:1 | 380:1 381:1 | 448:1 449:1 | 516:1 517:1 |
| 314:1 315:1 | 382:1 383:1 | 450:1 451:1 | 518:1 519:1 |
| 316:1 317:1 | 384:1 385:1 | 452:1 453:1 | 520:1 521:1 |

522:1 523:1
524:1 525:1
526:1 527:1
528:1 529:1
530:1 531:1
532:1 533:1
534:1 535:1
536:1 537:1
538:1 539:1
540:1 541:1
542:1 543:1
544:1 545:1
546:1 547:1
548:1 549:1
550:1 551:1
552:1 553:1
554:1 555:1
556:1 557:1
558:1 559:1
560:1 561:1
562:1 563:1
564:1 565:1
566:1 567:1
568:1 569:1
**jackson** 267:20
363:15 433:19
434:3 436:12
437:21
**jacqueline**
193:18
**jaglio** 77:23
**jail** 44:17
104:12,14
231:3,4,6,9

507:14
**jared** 2:18 3:2
3:12 4:24 5:15
8:16 10:10
31:15 47:11
60:7 88:19
93:7 94:7,23
94:24 108:22
108:23 117:25
178:3 186:20
200:17,21
202:8 205:10
210:23 212:6
220:23 224:21
226:3,4 228:16
230:16,19
233:24 234:4
236:5 264:3
275:12 276:12
276:17,24
277:2,13,15,16
277:21,25
278:19,20
279:10,15
280:13,13,20
281:12 282:16
282:16,17,20
282:23,24
283:4 292:21
293:6,7 296:24
297:25 305:15
307:14 308:12
312:13 313:22
331:4 335:6,9

336:15,16
337:4 338:10
338:18,21
343:3 346:16
353:6 356:20
375:7 386:3
387:16 400:4,9
403:14 414:15
416:6 417:7,10
417:23 432:23
433:4,5 441:13
441:20 442:2
442:20 444:21
445:18 450:7
455:16 457:14
460:6,20
465:23 466:3
466:20,22
473:8,9 483:18
490:7,13,15
521:7 525:7
530:21 548:24
549:5 551:3
552:10
**jared's** 95:2
277:14 278:17
278:18 279:3,5
335:8 359:8
366:6 403:10
433:3 464:4
**jason** 61:21
**jeep** 520:9
522:4,5,6,12,15
525:3

**jeeps** 522:12
**jeff** 23:15,15
25:2,2,4 26:15
26:15 48:4,4
51:18,18,20,25
64:18,18 79:5
79:6 82:13
92:10,11 108:4
108:4 110:15
110:15 201:18
242:10,10,10
242:13 344:13
361:21,21
375:17 384:16
567:8,8
**jeffery** 93:3
**jeffrey** 1:4,12
2:2 4:23 5:14
7:9,10 9:7,20
29:10 38:2
40:19 91:5
94:6 101:12
112:14 114:18
141:11 155:2
176:23 177:21
182:6 185:9
186:20 229:6
233:16 275:12
297:2 314:14
367:5 458:12
460:17 509:17
545:3,3,5
572:1,2,24
573:1,2,4,12

**jerk** 544:3
**jersey** 410:19
  493:4
**jesse** 387:2,22
**jet** 400:24
**jg** 39:18
**jj** 1:9 5:18 7:13
  29:4 32:25
  33:11,18,20,24
  35:6,11 37:24
  42:15,23 52:18
  52:19 54:12,13
  55:25 56:9
  57:17 58:12,17
  59:18 60:15
  62:8 65:25
  68:7 86:14
  91:6 93:5
  94:25 104:4
  105:6,7 107:8
  107:12 108:24
  118:14,16
  172:14,18
  173:16 174:12
  176:25 177:19
  177:23 178:12
  181:6 182:25
  183:3 184:24
  186:2 187:11
  188:25 189:9
  189:13,17,18
  189:20,22,22
  189:22 190:6,7
  209:13 218:6

221:20,23,25
222:5 223:18
224:2 228:5,12
229:20,21
230:20 234:20
266:20 269:12
275:14 277:18
281:6 305:8
315:10 366:16
367:9,12 450:5
453:2 500:18
535:6,7
**job** 1:18 126:4
  144:3 148:24
  277:20 293:16
  376:2 392:15
  394:2,2 473:10
  501:3 507:20
  551:21 559:20
**joel** 112:21
  113:5 114:8
  122:15 125:3
  258:15 265:18
  265:20 266:18
  269:10 272:2
  283:24,25
  289:4 291:9
  304:24,24
  306:13 310:16
  314:4 515:8
  534:17 564:25
**joint** 186:10
  193:11 212:18
  213:25 214:5

215:17 273:17
289:22 292:23
387:20
**jointly** 161:17
**joke** 359:9
  403:12
**jp** 451:13
  455:14
**judge** 3:14,14
  4:11 5:12
  27:13 30:7
  46:11 47:19
  57:15 70:7,16
  70:22 71:7,11
  71:18 77:3,6
  77:11,16 78:8
  78:8 86:5,5,18
  88:10,13 97:9
  97:9,15,17,24
  98:7,14 107:14
  113:5 114:8,8
  122:15 125:3
  126:10 131:2
  165:3,4 193:24
  195:9 196:17
  200:14 202:6
  203:17 205:9
  205:21,23
  206:2 211:9
  214:20 216:24
  221:17 229:22
  234:24 258:14
  264:17,20
  265:18,20

266:8,15,18
268:16,21
269:10,16
271:4,9,15
272:2,13,16,24
274:2,3 277:19
278:21 283:17
283:23,24,25
289:22 292:7
293:4,9,15
294:24 295:6
295:24 304:6
304:24 308:25
311:20 312:17
315:3 317:12
317:25 321:11
321:13 322:17
324:16 332:20
349:25 350:25
369:22 370:21
371:20,23
372:15 384:10
385:2,7,19,21
386:25 388:8
388:11,11
389:7,7,11
390:22,23,24
391:6 394:6
467:24 477:14
480:22 500:7
505:11,21
513:14 515:8
533:19,22
534:6,17

535:10 540:10 553:21 554:3,3 558:7 560:23 563:7 565:19 565:22 566:3,3 566:16,17,21

**judges** 44:20 163:5 274:4 309:2 389:10

**judging** 65:10

**judgment** 428:20,22

**judiciary** 163:7

**july** 94:23 209:22 322:13 361:25 369:17 408:5

**jumping** 168:11

**jumps** 307:18

**june** 1:13 7:13 40:23 95:2 208:14,19 216:13 250:6 252:14 322:7,9 322:12 325:5 327:4 343:8 369:16,17

**junk** 441:14 442:8 531:22

**junkyard** 400:10

**jureller** 3:4

**jurisdiction** 284:24 296:2 318:10

**jury** 536:21

**justice** 112:17 112:18 126:5 142:19 273:23 273:24

**justified** 226:18

**justify** 498:13 563:24

**justifying** 500:13

**k**

**k** 6:2

**keep** 46:13 140:23 186:16 186:17 212:5 232:13 236:14 256:8 267:14 269:3 275:3,3 286:18 300:15 301:25 308:3,5 308:5 342:23 348:14 362:20 372:6 390:4 399:5 422:11 441:22 462:16 470:13 480:20 500:22,23 521:19 557:10 557:13,13

**keeping** 362:12 425:16

**keeps** 247:3 312:19,19 444:10,13,14 494:15 495:7

**kept** 188:12 423:7

**kevin** 58:24 104:16 138:9 284:9 286:14 355:22 385:3 482:3 505:15 505:16,20

**key** 218:21 220:5 225:9 520:20 544:14 544:16

**keys** 223:21 546:4,24 548:13 550:9 552:15

**kidding** 408:16

**kids** 359:17 387:23

**kiernan** 384:11 384:14

**kill** 310:3 429:9

**kind** 120:10 320:24 396:14 403:18 408:10 408:11,14 418:24 452:11 456:14 463:5

493:18

**kinds** 167:13 455:5

**king** 274:3 308:25

**klestadt** 3:4

**klestadt.com** 3:8

**knees** 95:15,17 95:19 204:5 368:2

**knew** 40:2,8 101:18 138:10 200:11 212:10 264:2 304:23 305:8 336:9 343:3 368:15 433:16,18,23 434:3,8 490:16 539:25

**know** 11:6 12:2 12:11,21 13:5 13:20,24 14:6 14:16,18,24 15:23 16:3,16 17:9,13 18:21 22:2,4 35:4 36:9 37:5 41:21 42:17,21 44:18 56:17,25 58:19 59:8,12 60:9,17,21,24 61:3,8,11,13,15 62:21 64:3

| | | | |
|---|---|---|---|
| 65:8 67:3,16 | 199:22 201:20 | 272:23,23 | 334:19 335:25 |
| 72:6 78:3 | 204:3,18 | 273:15 274:7 | 336:5,19,19,22 |
| 79:19 85:25 | 205:22,25 | 274:12,18 | 337:12 340:22 |
| 86:6,20 87:18 | 206:10 207:3,8 | 276:21 278:20 | 340:22 342:4 |
| 87:19 88:21 | 207:9 209:17 | 279:12 285:24 | 343:25 344:16 |
| 96:20 98:12 | 210:4 215:6,6 | 287:17 288:20 | 344:18 345:14 |
| 100:25 103:17 | 215:8,12,19,21 | 289:6,13,17 | 347:17 348:25 |
| 103:18 105:15 | 217:24,24 | 290:3,4 293:12 | 349:13 351:6 |
| 108:16,21 | 218:8 224:8,9 | 293:13,22 | 352:18 353:11 |
| 110:14 117:11 | 226:15,23 | 294:19,19 | 353:18,18,23 |
| 119:14 124:16 | 232:4,5 233:9 | 295:4,14,22 | 353:25 356:2 |
| 125:5 126:14 | 233:15 234:12 | 296:6,11 299:3 | 358:22,25 |
| 127:3 133:15 | 234:24 235:3 | 300:24 301:2,4 | 360:6,10,15 |
| 136:17 140:19 | 236:10,11 | 301:4,7 302:2 | 363:8 364:18 |
| 141:11,21 | 238:18 245:7 | 303:13 304:23 | 364:21 366:3 |
| 145:7,16,21 | 246:18 249:17 | 305:25 308:17 | 366:13 368:3 |
| 148:15 150:8 | 250:6,10,21 | 309:3,23 | 368:22 369:7,8 |
| 154:13 156:19 | 252:5,7,16,22 | 311:25 312:22 | 370:23 371:6 |
| 159:19,20,21 | 252:25 253:9 | 316:2,20 | 372:3,5,18,20 |
| 159:22 163:15 | 253:10,22 | 317:16,17 | 372:21 373:4 |
| 163:18,24 | 255:16,19 | 318:15,16,17 | 373:23 374:11 |
| 164:9,10,10,13 | 256:8,9,15,21 | 319:5,6 320:17 | 374:13,14 |
| 164:15,15 | 258:4,4,16 | 321:16 322:3 | 375:22 379:2 |
| 166:16,18,21 | 260:24,25,25 | 322:12 323:19 | 381:22 382:5,5 |
| 167:11,12,16 | 261:14,22 | 323:20 324:7 | 382:14,20 |
| 167:17 168:2 | 262:2,8,9,13,24 | 324:10,18,23 | 383:8,22 |
| 170:2,5 171:3 | 263:4,6,10,11 | 326:3,25 | 384:13 386:3 |
| 180:5,7 182:24 | 263:13,19,25 | 327:15,24 | 387:6,8 388:15 |
| 183:8 184:17 | 264:2,19,24 | 328:6,14,14 | 389:13,17,18 |
| 184:19 187:24 | 265:13,15 | 329:16 330:13 | 389:20,24 |
| 189:7 191:9,11 | 269:11,22,24 | 330:14,25 | 390:9 393:11 |
| 197:2,9,12,13 | 269:25 270:16 | 331:22 332:6,8 | 394:4 396:17 |
| 197:14,15 | 270:25 271:12 | 332:9,24 | 397:21 398:6 |
| 198:3,9,10,11 | 271:18,25 | 333:19 334:2 | 398:18,19,21 |

399:4,22 400:7
401:21,22
403:4 404:10
404:11,12,12
406:7,9,11,12
407:18,24
408:7,7,14
412:7,11,19
413:2 414:2,6
415:19 418:12
418:13 419:14
421:12,14,14
421:15 424:22
424:25 426:23
428:15 430:3
431:2,4,6,17
433:18,19,20
433:22,25
434:25 435:2,7
435:16 437:5,5
437:25 438:10
438:11,14,16
440:15 442:9
442:23 445:2
446:21 447:17
449:5 452:16
455:24 456:20
456:21 459:6
459:15,16
460:10 461:17
462:2,4,6,14
464:2 466:16
466:21,21
469:10 470:7

470:12,14,25
470:25 471:22
472:11 474:6
474:13 479:7
479:12 480:10
480:14 481:13
482:5,11
484:25 485:10
485:11,12
487:18 488:12
489:8,10 490:7
492:19 493:18
494:2 495:25
497:4,7 501:14
502:6,24
508:22,23
510:22 513:10
514:4,5 515:4
519:22,24
522:14 524:8
524:20 526:15
526:18,19
528:4,5 533:4
535:11,15
537:4,7,8
538:23 539:20
539:22 540:4,4
540:4,6,8
544:20 546:2
547:9,10,13,15
547:16,20
548:5,15
549:17 552:23
554:5 564:4

**knowing**
202:10 526:4
**knowledge**
35:11,13 93:10
346:17,18
434:19 497:11
508:12 570:9
571:6
**known** 122:13
141:12 272:18
**knows** 21:23
150:20 270:12
270:16 282:13
282:15,16,16
284:12 337:13
339:8 348:4
353:7 355:4
386:3 410:11
424:14 438:9
438:20 455:16
508:21
**kubota** 493:21

**l**

**l** 9:21 396:24
396:24
**la** 156:9,9
**labeled** 91:24
94:2 444:19
**labor** 351:18
351:19
**lack** 37:8 121:6
148:14 378:15

**lady** 292:25
**laid** 297:17
**land** 86:20
156:9 248:13
248:18 250:12
250:14 351:19
376:11 379:13
392:16 403:21
410:6 414:19
441:4,19
457:15 509:16
510:8 520:2
524:22 526:6
**landlord**
249:15 510:18
**lane** 32:13
56:16 178:4
475:20 498:8
**language** 79:17
79:18 111:9
115:10 121:5
121:15 205:6
502:11
**large** 122:18
123:23 225:21
424:13 426:11
**larger** 128:12
128:13,18,25
472:8
**largest** 141:7
**lastly** 518:23
**late** 256:4
289:24 507:13
513:15 522:11

**latest** 267:16
**laugh** 42:10
  507:16
**laughable**
  472:3
**laughed** 97:10
  307:22
**laughlin** 193:18
**laughs** 312:14
**lauren** 571:2,14
**law** 2:20 8:15
  82:8,9,11
  85:25 122:22
  141:7 150:22
  285:19,20
  294:4 365:20
  401:18 515:19
**lawful** 308:11
**lawrence**
  289:11,23
  293:20
**laws** 8:5 561:4
**lawyer** 51:17
  60:5 67:13
  101:12,20
  105:14,15,16
  120:9 147:6
  158:3,6,8
  208:6 211:3,5
  232:10 236:12
  243:5,18
  291:19 292:6
  293:17,17
  294:10 332:2

369:12 370:22
385:5 485:3
537:16
**lawyer's** 313:6
382:9
**lawyers** 80:20
80:21 107:13
123:2 141:25
159:12 228:21
233:4 292:9
309:4,4,24
310:4,7 485:2
535:10
**lay** 286:12
**learfield** 460:8
460:10
**learn** 77:19
265:21 329:4
394:22 482:13
527:8
**learned** 37:13
59:3 101:10
126:17 186:10
211:2 329:3
336:7 403:5
482:14
**learning** 43:7
66:20 127:4
**lease** 229:22
269:12
**leave** 167:17
277:17 362:24
375:21 426:16
426:17

**leaves** 286:10
286:11,11
**leaving** 201:16
202:2 204:17
204:20 207:15
312:6 323:7
493:13 565:12
**led** 181:5
**leeway** 32:8,13
**left** 110:20,22
112:2 113:10
113:24 114:4
119:11,11
286:9,9 304:5
320:9 336:10
338:9,10
341:11 342:16
342:18 351:12
353:21 358:19
358:20 409:5
423:8 442:14
472:6 493:10
493:23 496:24
498:6 541:23
**legal** 60:8
418:10,13,20
419:7,11 472:8
**legitimate**
76:15,16 84:10
84:11 222:11
454:2 548:3,4
**legitimately**
249:16,19
251:17

**lender** 276:6,10
276:11,14
277:4 287:24
343:16
**lending** 276:13
**lent** 297:8
459:13
**leslie** 292:25
**letter** 55:19
138:18,18
143:7 180:18
182:10 271:14
278:6 295:25
388:3 513:20
560:23
**letters** 5:20
**letting** 246:21
**levee** 463:2
**levees** 461:24
462:7,8,15,18
**level** 86:12
139:15 158:10
385:20
**leventhal** 306:3
**levies** 462:7
463:9
**levy** 463:23,23
**liability** 178:11
207:10
**liar** 443:16
**liberty** 525:3
538:21
**license** 44:17
85:25 122:23

129:17 363:9

**lie** 137:4,5
154:12 233:14

**lied** 83:13
87:18 99:12
100:2 124:23
124:25 133:6
134:17 136:9
136:11,12,15
136:18 137:14
140:15 145:23
146:7 154:17
154:18 195:14
231:15 270:13
270:14 293:4
304:11 481:20
499:22

**lies** 125:4 189:8
288:25 382:18
560:18

**lieu** 119:22

**life** 59:4 79:22
79:23 80:7
88:3 95:21
103:17 122:15
122:15 127:22
138:4 156:22
187:25 265:21
277:3 294:11
310:6 352:19
371:15,17
389:15 423:15
425:17 427:16
466:24 472:19

481:2 483:15
483:20 491:23
507:9

**life's** 427:15

**lift** 474:24
475:2,22 476:5
479:7,10 480:3
480:3,7,8
494:23 495:5,6
495:12,13,20
495:22 496:4,6
496:6,7,7,19,20
497:9,12,15
498:7

**lifts** 475:9,15
475:23 476:20
477:2 478:10
478:21 479:19
479:23 495:19
496:21 498:16
499:17

**light** 390:2
561:24

**liked** 405:12

**likely** 173:14
216:11 281:7
522:9,10

**likes** 336:14,16
338:17

**likewise** 116:2

**liking** 312:21

**limit** 330:2

**limited** 18:22
84:20 115:9

125:13 176:20
178:11 179:25
254:2 315:12
315:23 372:7
400:4 423:2,5
455:15,19

**line** 5:23 6:3
59:24,25 70:14
95:9 100:2,3
127:23 276:14
304:13 325:25
327:9 332:9,11
344:4 367:21
369:15 494:12
494:21 572:4,7
572:10,13,16
572:19

**lines** 333:7
532:21,23,25

**link** 179:18

**liquid** 203:22

**liquidity**
199:25 201:11

**lisa** 3:14 509:19

**list** 5:5 16:2
28:23 29:4
31:14,15 74:17
116:6 136:23
137:2,6 162:5
189:19 217:19
249:14 266:21
305:7 345:3
429:19,22,24
434:20 439:4,5

439:8 446:17
448:19 449:2
449:17 450:14
450:17,24
454:21 456:2
456:24 457:11
459:4 469:4,20
469:22 472:5
474:7 476:2,11
476:12,12
478:3,5,14
483:2 485:5,15
486:17 487:6
487:12,12,14
508:23 509:15
510:24 514:5
519:13 521:4
522:25 524:14
525:19 527:6
527:17,21
528:9,23
545:19 546:20
546:25 548:6
548:11,16
549:2 550:17
550:22,25
552:16 560:7

**listed** 32:25
52:19 54:13
62:5 484:18
485:23 522:5
524:6

**listen** 107:14
196:10,11,21

305:20,22
344:20 350:14
351:3 366:21
453:22 504:3,5
529:19,19,22
530:2 544:2
549:13 552:21
552:22
**listened** 70:7
269:6 311:22
**listening** 43:19
153:25 206:2
236:6 366:20
367:2 451:2
477:20 484:6
**listing** 407:16
**lists** 160:21
161:15 162:18
**literally** 124:25
136:21 144:6
160:9 204:5
268:5 323:22
328:9 342:10
435:11
**litigant** 118:4
120:14 164:19
165:3
**litigate** 137:23
138:2
**litigation** 38:12
38:25 43:2
156:22 212:4
226:14 250:5,8
251:15 294:11

354:7 364:15
471:24 506:9
531:25 543:15
**litigator** 402:8
**little** 39:11,11
63:4 65:11
83:11 165:12
181:17 186:17
276:12 279:2
284:10,10
307:5 379:15
382:16 394:9
414:17,18
415:17,23
426:14 461:21
475:3 506:19
532:16 534:16
535:9 537:11
566:23
**littlefield** 67:5
67:8 100:23
**live** 337:25
339:9 397:14
400:22,23
407:20 408:13
**lived** 493:23
**livelihood**
125:21 307:10
**lives** 37:5
182:22 210:4
338:2 437:3
**living** 318:8
423:17 435:17
435:19

**llc** 28:25 29:5
29:10 33:2,18
33:18,19,21,25
35:5,6,12
37:21,25 38:7
38:18,22 39:17
40:4,11 42:19
52:20 54:13,14
56:10,16 58:17
59:18 60:15
68:7 93:5
171:17 172:14
172:19,20
173:4,16
176:25 178:13
187:12,12
190:6,7 218:7
275:14,15
277:6 281:6,6
352:25 353:4
354:4 356:4,4
356:17 358:4,6
362:4,5,7
367:8,11
398:12 444:19
445:15,25
449:6,15
452:22 458:10
458:11 464:15
529:4,20
531:12,13,15
533:20,24
**llc's** 5:19
174:12

**llcs** 39:19 192:7
367:10
**llp** 2:4 3:5
**load** 363:18
**loaded** 377:10
**loan** 33:13
57:19 97:3,7
97:11,13 98:23
99:23 198:19
198:22 199:7,8
199:9,23
201:19 202:9
202:23,24,25
203:2,10
204:23,24
205:7,9,11
206:5,6 208:9
208:24,25
209:7 212:3
216:8 276:7,11
344:19 367:20
461:6
**loans** 56:3
57:12 58:7
185:24 276:18
**local** 344:13
416:17,17
438:17,17
**locally** 337:25
405:7 437:3
**locate** 437:23
437:24
**located** 40:3,10
386:18 387:4

415:25 421:25
527:22 528:9

**location** 1:15
9:18 303:6
349:4 353:10
358:12 422:2
425:4,6,9
427:7 557:7
558:19 559:7
560:11 562:22

**lock** 319:21
341:11 342:6,7
342:7,10

**locks** 322:25
341:4,5,10,12
341:16,17
342:12,13

**logical** 149:4
289:3 291:24
298:2 308:10
308:18 388:9
394:7,10,11
502:12 513:18
536:20 554:24

**logically**
290:14

**logo** 414:19

**long** 16:6 31:14
31:15,15 56:23
58:14 125:10
154:14 167:20
174:15 254:12
276:16 359:10
384:13 415:20

436:24 441:7
455:23 467:13
469:8 492:16
538:19

**longer** 64:16
254:16,24
471:4 566:23

**look** 14:24 20:5
24:8 25:15
36:2,7 49:10
55:4,10 57:13
90:11,11 92:13
92:13 96:8,9
99:9,9 102:13
102:13,20,21
104:3 105:11
105:12,17,21
105:24 124:14
151:6,9 182:9
188:17 193:4
193:15,15,15
197:9 198:12
198:12 201:17
205:2 207:8,20
210:15 211:18
217:12 221:21
239:15 244:9
258:7 259:2
260:14 261:21
261:24 263:10
270:6 289:14
295:21 296:19
296:20 297:13
298:21 299:7

299:10 301:5
313:16,17,18
322:10 325:9
325:13 327:5
331:2 333:11
333:19 355:13
355:14,14,25
355:25 364:22
369:10 373:25
373:25 387:21
388:19 393:5
395:20 400:22
402:24 409:22
414:18 417:20
417:20,21
418:2 436:4
439:20 448:14
448:17,24
449:21 450:2,2
450:15,20
455:17 456:7
458:20,21,21
458:23 459:7
459:10 460:13
460:14 461:12
469:20 472:4,5
476:13,25
477:17,18
478:16 479:21
482:17 483:21
484:13 486:9
486:10 487:17
487:23,25
488:6 491:11

493:16 494:10
497:3,3,5
498:6,14,23
500:20 509:3
511:2 521:5
522:8 524:19
527:11 540:13
543:22 545:10
545:25 546:20
556:16 566:15

**looked** 15:4
34:4 148:23
149:4 174:15
215:9 216:12
216:14 218:17
225:4 366:24
380:5,12 417:2
449:16 455:12
457:20 458:15
474:7 519:20
520:4 522:18

**looking** 37:23
38:11 40:16
42:24 43:4,13
44:12 174:17
263:12 331:23
379:20 429:5
457:21 479:18
486:13 514:9
519:25 524:9
524:18 535:10
539:17 542:18

**looks** 18:3,4,5
19:6 93:15

137:2 259:13
265:14 268:17
299:14,16
346:18 360:19
360:20 461:16
463:21 525:23
546:8
**lose** 44:17
122:22 232:11
232:12 293:16
**losing** 124:19
183:22
**lost** 57:3,11
58:20 59:9,20
166:12 180:2
183:20,25
263:3,3 481:23
530:24
**lot** 29:25 34:24
42:25 65:4
66:19 72:3,6
74:3 102:4,5
121:5 153:5
166:18 181:13
189:14,21,21
204:19 210:14
219:3,5 249:17
250:21,22
253:11,20
258:2 263:23
265:21 268:3
291:20,24
292:4 311:17
322:5 325:14

336:25 337:6
344:24 363:23
365:3 394:7
402:4,13
404:13 405:21
414:13 420:9
421:15 424:8,9
424:25 428:18
442:6 456:23
466:24 470:9
470:10,10,18
472:12 477:19
478:24 480:17
480:25 481:2
483:14,15
493:21 524:23
526:6,7 545:15
558:17 567:22
567:24
**lots** 153:15
162:17 232:11
232:12 247:15
331:10,11
336:15 406:17
483:11
**loud** 22:8 33:10
232:14 280:6
280:22 328:19
494:21,23
**love** 268:14
271:19 287:21
298:23 305:9
306:5 308:2
346:21 390:9

461:25 462:3
488:17 489:3
489:10 500:23
511:17 513:3
531:15 535:9
536:21 552:20
553:20
**loved** 346:24
**lovely** 160:6,7
**loves** 102:7
267:24 277:2
356:10 382:15
**loving** 234:5
**low** 251:10
**luck** 289:4,5
308:21 328:17
438:3
**luis** 331:5
335:3 338:20
338:21
**lying** 83:13
145:15 310:20
507:18 536:9,9

**m**

**m** 6:2 9:21,22
112:21 114:8
265:18,20
269:10 272:2
304:24 310:16
314:4 564:25
**machine** 331:7
338:17

**machines**
338:17
**made** 15:24,25
37:7 62:11
97:4 118:21
144:20 183:13
212:4 214:2
266:5,5,6
290:14 291:15
300:24 309:25
319:24 326:5
343:7 347:24
365:13 366:9
366:10 381:18
381:25 385:2,5
393:5 394:9
402:12,14
403:7 411:14
413:15 457:14
463:11 471:10
483:14 496:11
496:12,13
497:17,23
504:13 510:5
513:17 514:23
520:15 541:8
573:5
**magically**
227:22 338:4,6
339:2
**magnitude**
41:4 200:23
**maiden** 305:13
305:15,17

**maiden's** 506:16

**mail** 4:13,16 5:4,14 94:19 96:2 109:15 112:4,8,13,18 112:23 113:6 114:7,17 119:23 120:2 182:11 200:13 200:15,17,19 202:19 203:16 205:23 211:7 211:19 214:16 215:9 216:5,15 217:13 235:20 262:21 275:11 275:19 277:10 278:4 281:14 281:18,19 288:8 329:22 353:13 372:9 528:21 529:12 529:21

**mailed** 207:15

**mails** 85:6 137:10 206:14 207:21 210:14 226:8 229:15 235:22 245:25 247:4 265:5 268:12 328:23 337:5 340:25 374:2 411:9 481:21,24 499:24 500:3 503:25 516:17 550:14

**main** 475:23 480:4 501:11 501:19

**maintain** 329:10

**major** 123:2 403:8,16

**majority** 38:3 200:25 343:14 406:13 471:25 524:7 551:13

**make** 87:3 88:14 160:10 168:12 202:15 204:4 234:19 241:9,14,19,22 242:5 253:24 290:15 291:24 303:25 306:24 308:18 310:5 311:20 365:14 368:5 385:8,9 394:6 395:8 409:20 423:17 435:17,19 459:17,18,23 481:3 503:14 504:6 507:16 523:6,8 527:7 566:8 567:5,10

567:23 568:15

**makes** 37:14 114:11 149:3 186:6 266:2 269:5,6 289:2 292:4 298:2 308:10,11 382:19 388:9 394:11 490:14 502:12 516:9 536:20 554:24

**making** 46:23 62:6,8 63:14 181:25 296:9 299:20,24 300:2 310:18 406:17 411:5 523:18

**malfeasance** 521:3

**malicious** 67:9 94:17 101:13 103:20 211:14

**maliciously** 101:9,13 109:16 228:19 264:10 536:19

**man** 24:6 25:7 95:14 133:3 145:23 156:16 265:22 298:24 311:18 381:24 386:7,14 437:20 444:6

514:6,19 515:21 537:19 554:19 556:17

**manage** 166:6 269:12

**management** 465:18

**managing** 93:4 174:24 264:15

**maneuver** 79:8 91:18 223:9 229:12 236:23 293:8

**maneuvered** 87:15,17

**manhattan** 143:23

**manipulate** 83:20 440:22

**manipulation** 45:22

**manner** 8:6 121:19 323:8 328:4

**manor** 32:13 56:16 173:4 178:4 185:17 186:21 189:3

**march** 21:6 170:13 174:25 175:11 224:21 224:23 252:13 259:12,13,14 262:19 263:7,7

275:13 279:14 281:3 282:6 294:16 295:16 301:8 309:8 408:7 412:7,10 412:25 461:2

**mark** 75:15 112:9 114:14

**marked** 16:18 88:17 89:2,24 93:21 94:8 112:11 114:16 114:22 169:10 169:15 174:5,5 174:8 211:17 211:20 257:19 257:23 275:10 275:16 291:3,5 298:7,8 313:25 314:8 357:11 357:14 361:5,6 395:19,22 439:3,12 461:14 486:15 513:24

**market** 218:10 253:23 325:12 406:8 471:13 555:4

**market's** 218:9

**marketing** 222:12 407:19 465:15

**marketplace** 479:9

**marking** 16:14

**martin** 2:11

**marty** 8:17 248:4 304:10 319:20 320:13 324:20 326:11 344:6,6 352:5 355:16 356:9 366:19 372:12 379:4 381:23 392:19 410:11 411:6,8 413:13 481:4 537:19 542:2 555:2,6

**masculinity** 24:21 83:18 238:2,3

**massachusetts** 415:15 438:18 438:21 442:7 458:4

**massive** 422:16

**mastando** 388:8,11 389:9

**mat** 218:21 220:6 225:10

**match** 499:3

**matchless** 400:24 409:13

**materially** 246:17 412:19

**materials** 179:15 469:24

**matter** 7:9 14:21 15:7,8 46:25 48:8 84:12 106:25 107:22,23 109:11 124:7 142:20 151:19 155:7,9 158:3 186:22 241:5 249:12 253:21 272:22 274:7 282:21,23 307:15 311:21 345:25 364:21 364:21 365:4 367:23 368:10 460:25 564:24

**mattered** 365:9

**matters** 13:19 123:22 477:24

**maximize** 406:10

**mbunin** 2:15

**mean** 11:9 13:12 36:13 91:19 143:21 160:9 166:19 171:22 172:17 192:20 194:4 206:14 222:11 224:15 227:4 256:19 258:2

292:3 313:13 324:10 335:21 349:12 362:16 363:19 386:10 396:10 397:17 404:14 411:10 414:19 418:18 419:10 422:10 427:6,8,8 435:7 461:16 487:11 501:13 501:18 548:16 566:17

**meaning** 70:9 176:25 259:2 392:15 405:8 431:2 471:7

**means** 8:7 86:6 175:24 177:19 214:13,15,18 214:18 242:19 249:24 284:7 497:8,18

**meant** 306:16 497:2

**mechanical** 421:15

**meddled** 221:11

**medical** 11:16

**meet** 97:20,24 200:12 201:5 201:20 246:14 289:15 376:7

395:2 557:18 557:19,20

**meeting** 264:3

**member** 39:17 40:20,20 56:3 57:11,19 58:7 93:5 174:24 178:8 185:24 206:5 264:15 283:10 354:12 367:8,11,20 442:13 461:6

**members** 186:19 397:4 559:22

**membership** 62:8 65:25 68:6,6 178:5 184:22 188:24 189:2

**memo** 94:23 209:23 334:16

**memorial** 330:6,14 332:17,23 334:14 335:2 335:17 337:18 339:18,19 340:16,16 346:7 349:5 351:17,18

**memory** 238:22 334:16 476:15 481:23 487:25

**men's** 538:25 541:19

**mention** 464:19 464:22

**mentioned** 349:12 411:3 453:19 462:17 471:2 478:17 481:10 484:9 491:17 498:19 501:10,11 520:17 535:2 537:5 540:10

**mercedes** 233:6 239:8 245:16 376:12,14 524:23 526:7

**merit** 290:10

**mess** 289:21 295:11 343:7 386:22 473:14

**message** 122:12 230:14 478:18

**messages** 223:12 350:15

**messed** 457:23 459:25

**messer** 125:15 182:12

**messes** 343:9

**messy** 374:12

**met** 246:10,13 374:24 384:18

**metal** 501:8

**methods** 249:24

**metropolitan** 305:14,16 506:13

**mgbs** 470:15

**mgs** 441:4

**michael** 305:13 305:14,16

**michelle** 100:21 209:24

**middle** 9:21 125:4 312:7 401:24 408:12 408:20 410:7 413:22 521:25

**mile** 249:6 253:18 331:6

**mileage** 251:10

**miles** 253:15 336:23 363:21 363:22

**milestone** 404:25

**mill** 1:16 9:24 9:25 209:24 219:20 220:4 358:9 527:22 528:10 555:14 556:14 559:5 560:6 562:23

**miller** 100:22

**million** 41:4 95:9 209:7 247:25 248:3 356:21 365:18 365:19 367:22 389:15 459:10 461:5 470:20

**millions** 104:2 104:2,2 108:23 108:24,25,25 294:14 307:9

**mind** 14:20 198:17 235:18 284:4 322:7 327:3 333:10 375:6 378:18 423:11 426:2 430:25 431:7 537:15 551:22

**mine** 100:11 141:6 343:18 345:13,24 348:14 349:16 360:8 371:5 374:8 375:9,17 420:19,20 421:6,7 422:11 423:6 424:7,9 424:10,10,14 426:5 441:20 445:15 501:17 551:16 559:11

**minute** 58:3 60:8 88:5 98:8

110:21,24 168:19 238:17 254:3 360:14 394:24 530:25 539:3 546:25 562:3 567:4

**minutes** 20:18 23:13 30:15 43:18 84:8 113:9,11,15 196:22 239:17 257:7 323:22 467:16,24 479:16 481:11 538:13 562:4 567:11,12

**miserable** 310:6

**mishegoss** 505:13

**mishigas** 505:24 506:24

**misnomer** 343:3

**misnomers** 400:17

**misrepresented** 101:21

**missed** 109:15 463:6 531:15

**missing** 335:22 336:9 337:14 340:3

**mistake** 368:24 496:12,12,14 496:17 497:18 497:23 512:15 546:12

**mistakes** 292:5 510:5,6

**misunderstood** 123:8

**mix** 113:5

**mixed** 492:17

**mob** 51:21

**mobile** 495:6 495:12,22 496:5,6,20

**mockery** 328:14 356:25 439:24 514:6

**model** 522:12

**moment** 13:6 66:6,11 146:9 163:2 186:23 237:8 238:25 243:16 244:13 261:8 276:12 371:22 443:9 487:25 494:18 494:18 567:2

**moments** 210:21 239:6 301:15

**monday** 160:3 160:11 161:6 161:16 162:6,9

162:20 163:19 165:14,22 166:5 503:2 567:19

**mone** 291:9

**money** 40:25 41:7 57:21,21 58:3,6,8 95:4 95:10,14,20 97:2,19 98:4 98:10,13 100:6 102:9,24 103:10,11 105:9 107:24 125:16 147:20 150:19 200:5 200:19 202:13 202:14,24 204:6 205:10 205:18,20 209:5,10 218:12 219:3 222:6 223:18 228:4,9,21 229:20 230:8 230:13,20 234:20 235:6 236:25 249:20 250:22,23 251:5 252:3 254:2 272:19 273:12,12 277:2 296:22 297:3,8,9,14,16

298:11,16 307:16 309:24 325:14,18 328:10 343:12 348:6 364:23 365:3,5,7,12,15 366:10,25 367:15,18 368:4 372:8 401:7,14 402:2 402:14 403:7 406:14,17 409:17 411:16 412:2 422:24 432:7 435:11 436:21 458:10 459:17,19,23 460:2,3,6,8 461:10 463:2 471:9 472:6,14 474:11,12 477:15 480:7 480:10,17 483:14,15 489:19 493:2 500:14,17 520:12 530:23 531:4,5 541:16 554:25 555:2 555:12 559:25

**money's** 473:22

**monies** 59:21 208:20,23 220:13 247:21

248:7 458:23
459:12 460:14
460:16
**montauk** 33:17
33:21 39:9
275:15 277:5
281:6 286:24
315:12,17
317:10 349:4
358:13 369:5
373:12 422:2
423:24 425:4
459:9 520:8
522:7,25
524:15 525:20
546:17
**month** 162:15
209:6 248:8
373:5,9 415:19
510:2
**monthly**
252:10 418:3
418:15,17
419:4,24 420:5
420:8,16
421:10
**months** 86:10
128:16 129:3
154:12,13
204:12 212:11
229:10,14
335:10 398:22
398:24 404:15
405:5 415:15

460:2 510:22
**morgan** 451:14
455:14
**morning** 7:2
8:14,17,20
10:9 124:23
319:16,18
320:3,17
322:22 339:3
**moron** 563:16
**morphed**
120:12
**mors** 417:2,5
**mother** 365:20
**motion** 29:20
30:10 31:17,20
32:15 69:24
72:2 74:13
75:4 76:23
78:10,18 83:8
127:25 128:3,5
128:6,7,10,10
130:2 131:8,11
132:20 135:4,6
135:7,13
136:16 138:21
140:23 146:14
146:16 147:15
148:8 151:15
151:18 152:3,5
152:7,9,13
153:2,3 159:5
159:16 259:3
314:4 472:22

543:13
**motions** 150:18
151:22 288:24
**motor** 440:18
498:21 518:6
544:10 559:9
**motor's** 513:16
559:8
**motorcycle**
359:14 401:4,6
401:16 402:5,7
408:3 409:10
437:8
**motors** 4:10
33:17,25 35:5
35:12 37:21,25
38:4,7,21 40:4
40:11 42:19
52:20 54:14
84:25 85:2
102:25 118:15
144:23 148:13
173:19 209:3
226:17 253:6
266:22 267:20
269:15 272:4
294:17 295:18
296:10 299:2
301:10 324:9
324:15 326:23
330:6 335:17
349:3 352:21
352:23,24
353:3,3,9

356:4,4,17,22
358:12 359:16
359:23 360:7,9
360:13,21,24
361:2 362:4
363:15 364:11
373:2 374:17
376:8,21,23
388:17 390:24
390:25 393:17
396:9,19
414:24 415:4
415:22 420:25
422:13,18
425:23 431:12
432:21 433:8
433:10,11
434:10,18
449:7,8,12
458:10,11
459:9 468:2
482:25 488:8
489:14 518:8
529:3 530:5
531:13 543:12
544:12 557:11
**mouth** 76:4
99:11,16 276:3
443:21 453:17
539:14
**move** 12:16
24:11,23,23
25:3 28:14
41:23 45:3

47:23 48:19
67:19 75:16
78:6 83:16
84:4,6 88:10
88:14 95:16
99:2,7,7
107:17 108:19
109:17,19,21
110:9 119:20
130:22 161:4
162:3 166:3,4
190:12 212:21
244:11 259:16
266:9 353:14
517:20 526:21
526:24 535:22
542:18 544:4
552:4

**moved** 56:21
98:16 118:22
206:4,9 372:19

**movement**
422:17

**moving** 45:10
46:2 111:16
162:13 163:18

**muffly** 2:4 8:21

**multiple** 49:23
84:18 102:2
114:2 115:14
130:22 226:20
262:7 267:22
268:12 287:18
310:7 327:2

344:5 369:13
370:15,17
381:11 424:15
506:7 510:21
516:11 550:14
559:12

**mutual** 101:23

**mwauh** 307:13
307:14

**mystery** 403:19

**mystique**
421:18

**n**

**n** 2:1 3:1 4:1
5:6 6:1 9:21,22
357:12,14

**nailed** 404:23

**name** 7:3 9:16
9:22 10:10
15:21 38:9
56:17 109:10
124:6 129:16
141:11 171:16
188:15 198:25
199:2,23 201:4
201:17 204:15
209:2 218:5
233:18,19
234:13 235:13
235:14,14
244:25 245:3,5
247:7 263:8
344:12 348:3

353:4 365:20
374:9 396:9,22
396:24 401:19
405:10 410:10
410:11 421:5
442:5 490:11
507:24 508:3
509:13,17,18
510:2 511:10
514:25 529:17
529:20

**name's** 367:5

**named** 267:20
378:25 393:17
408:20 509:19
520:11

**names** 16:4
119:7 139:20
141:8 551:19

**nantucket**
233:18

**narcotics**
564:17

**nasty** 379:12

**nature** 90:18
149:6

**near** 30:3
322:16 429:15
555:20,24
556:2,4 559:2
560:9,10,12,14
560:19

**necessarily**
140:25

**necessary**
222:2 432:10
573:6

**need** 11:25 12:5
17:8 18:23
27:13 36:15,21
43:17,23,24
44:8 45:19
49:4 58:21
61:10,14 75:3
87:22 100:12
108:5,8 111:13
112:24 147:9
149:18 151:23
153:7 167:25
169:24,25
186:6 187:20
187:20 199:6
208:12 222:3
230:13,15
247:9 255:7,7
255:24 262:8
294:7 329:8,9
329:9 389:21
411:4 415:2
416:12,19,25
421:20 425:21
426:15 427:19
428:10,11
431:20 459:6
464:12 499:12
531:22,23
538:25 559:14
562:6 565:13

568:6
**needed** 201:11
211:12 222:6
234:19 248:24
251:2 290:12
290:13 297:9
308:13 384:23
398:7 407:15
426:6 428:6
460:19 489:24
499:9
**needs** 43:11
96:5 150:15
159:2,15
230:11 242:19
504:10
**negate** 311:16
**negotiated**
223:5
**negotiating**
101:19
**neil** 426:13
**neither** 18:3
106:21 271:9
570:10 571:6
**nerve** 303:9
371:11
**nerves** 516:20
**nervous** 442:15
**never** 65:9
103:11,14,14
104:5 127:13
127:14 136:22
137:6,8,23,24

137:25 138:2
140:6,8,11
156:21 163:11
164:6 165:3
198:18 210:23
217:3 232:22
233:7,8 270:9
273:20 293:5
294:10,11,12
302:22 314:19
316:3 318:25
319:5,9 321:2
321:9,23 323:9
323:14,25
326:7,7 329:13
337:12 345:22
352:5,6,8
360:23 364:13
366:14 369:20
371:14,22
383:11 384:22
384:23 401:16
401:19 403:10
406:19 407:21
429:11 435:9
438:12,15
452:21 461:21
468:14,16
470:19 481:16
481:19 486:4
487:14 490:2,6
490:18,22
491:16 502:9
502:20 503:4

503:17 504:15
511:16 512:10
515:13,24
519:19 525:2
531:3 534:8
547:9 553:7
554:20 555:19
**new** 1:2 2:6,14
3:7 7:18 9:25
13:23 33:15
37:10,12 89:6
91:25,25 94:2
97:12 112:21
122:18 123:10
123:22 124:14
124:24 143:24
150:21 156:14
163:6 178:4
191:18 192:15
199:6,6 200:15
201:23 202:5
203:6,10
205:14,16,17
205:19 221:12
261:2 262:21
274:14,15
279:9 281:2
305:21 314:5
315:13,17
317:11 342:13
356:19 365:19
374:22 385:18
385:20 387:3
399:21 404:22

410:19 425:24
431:8 463:15
475:4 480:6
493:4,20
510:20 514:24
549:3,5,5
570:19
**newer** 347:6
**news** 122:23
**nextgear**
299:15 336:10
343:15,16,20
344:4,5,8,9,13
344:25,25
414:4,5,8
471:5
**nextgear's**
351:11
**nice** 204:10
209:8 218:23
235:5 251:11
251:12 402:6
**nicely** 78:17
387:25
**nicest** 480:3
**nicknamed**
206:7
**nicole** 465:16
**night** 325:11,18
379:8 392:22
509:8 561:13
**nightmare**
324:21 489:25

**nine** 129:3,3 343:21,23

**nineteen** 171:11,11

**noise** 413:5

**nomenclature** 13:20 189:11

**non** 99:5 175:6

**nonresponsive** 446:6,8

**nonsense** 137:24 288:25 300:23 392:20 545:9

**nonstop** 221:12

**noon** 165:14 166:5

**nope** 72:14,14 235:12

**norm** 120:14

**norms** 164:18

**nose** 524:8 525:25

**nostrand** 2:21

**notarized** 93:14

**notary** 7:16 570:18 573:13 573:19

**note** 181:23

**noted** 573:7

**notes** 487:17 488:2 559:19

**nother** 345:25

**nothing's** 206:11 270:17

**notice** 5:11 46:15 291:8 463:9

**noticed** 126:20

**notices** 323:10 330:22

**notifications** 262:20

**notified** 126:22 179:8 193:17 345:17 378:4

**notify** 43:10

**november** 211:22,24 216:13 404:22

**nsari** 123:19

**nth** 273:23 274:16

**nuance** 191:4

**number** 16:10 30:22,25 34:9 39:13,16,20 47:17 56:15 62:12 171:10 181:10 182:5 186:9 219:7 246:22 251:4 252:6,7 299:4 299:13 305:7,7 305:11 332:9 335:13 348:12

350:6 387:11 468:9,12,15 485:13 489:23 496:16 513:20 521:14 522:14 525:23 532:8 532:11 549:15

**numbers** 200:25 345:6 347:17 348:25 484:25 488:6 526:5

**numerous** 85:6 260:16

**nuts** 265:16 404:5 505:14 505:14

**ny** 1:16 2:6,14 2:22 3:7 33:18 275:14 281:6

**nyscef** 259:24 261:12 263:9 263:13 291:10 345:6 361:25

**o**

**o** 5:8 6:2 9:21 9:21,21,22,24 361:5,6 396:24 437:11

**o'clock** 160:17 161:5,6,13,16 162:4,6 255:4 256:10 538:14

541:24 565:25

**oak** 62:23 63:5 63:7 66:24 79:24 94:24 101:7 107:9,9 127:2,3,8 181:16 189:12 211:10 212:17 215:15 220:24 223:8,10 226:3 226:22 228:22 229:5 232:2,9 387:14 460:22 488:20 500:16

**oath** 10:13

**oaths** 7:17

**obeyed** 315:14

**object** 25:17 73:14 74:25 75:2 147:16 162:13 177:4 243:5 419:7 490:15

**objected** 31:16 74:11 147:17 287:9

**objecting** 31:11 31:11 73:16

**objection** 7:21 84:21 563:2

**objections** 8:25 15:24 30:2 84:23 85:11 114:4 116:3

**objects** 162:24 243:7

**obligated** 106:5 164:21 314:25

**obligation** 236:13 247:23 312:11

**obligations** 202:11 246:7 294:24

**observed** 337:25

**obstacle** 230:9 230:10

**obtained** 198:18

**obvious** 148:25 149:6,11 431:10

**obviously** 121:23 153:7 160:10 168:12 232:22 253:9 421:8

**occasional** 426:4

**occasionally** 400:6 405:14 421:4,9 431:14 434:15 465:21

**occasions** 227:15,16 381:11 392:14 520:18 528:14

**occur** 374:4

**occurred** 56:12 56:14 119:22 181:12,22 182:3 295:24 296:4 309:12 312:16 324:25 325:4 329:5 330:16,16,24 332:19 333:9 333:14 334:22 531:4

**occurring** 126:12

**occurs** 208:10

**october** 57:22 57:23

**offer** 66:11 78:20 204:10 513:8 515:5 560:5

**offered** 98:21 146:21 147:2 202:16,19 207:2,9 217:25 512:12,13,14

**offering** 512:18

**office** 272:9,25 298:19 301:12 301:18,24 321:14 363:17 368:3 382:8,10 382:15 395:2 398:19 436:16

**officer** 130:25 376:7 378:10 378:11 380:24 382:6 384:11 384:14 392:9 453:24 570:1,2

**officers** 383:8 392:24

**official** 4:8 16:23 28:17 169:11 170:18 332:11

**officially** 350:24

**officials** 334:13

**offline** 567:2

**offsite** 345:11 428:9

**oftentimes** 398:15 404:17 423:7 427:9

**oh** 79:18 95:3,4 95:19 137:2 177:7 178:3 193:14 233:7 233:11 235:23 244:8 247:5 255:21 264:2 265:20 298:10 317:17 325:17 331:10 337:22 352:4,8 362:14 374:18 375:16 379:4 443:8

461:25 495:5 495:16 546:11

**oil** 403:11,13 414:16

**okay** 8:23 11:13,24 12:10 12:13,17,24 15:2 20:15 21:24 23:10,12 26:25 27:12 28:15,15 29:13 29:17 30:13,14 30:21 33:3,8 34:23 42:11 44:17 46:6 47:3 51:6,15 55:16 57:16 59:11 61:18 64:17 71:20 76:5 77:14,14 78:5 79:8 80:12 82:18 87:16 89:11 90:3,16,19 91:22 93:17,17 93:17,20 95:16 96:24 108:2 110:6,25 111:19,24 116:10 117:8 121:20 122:9 127:15 129:11 131:6,9 132:4 132:15 134:4

134:19 137:12
139:6 141:20
142:9 143:6,11
145:6,16,22,22
154:14 155:6
157:12 158:22
161:9 164:3
165:11 168:9
168:16,19,21
169:2 170:3,9
170:20 171:12
171:16 172:9
176:13 180:13
183:9 186:17
187:4 188:6,21
191:5 196:13
197:11 198:15
211:23,24
214:8 215:19
219:10 222:21
224:10 225:15
227:9 231:7,12
234:10,12
240:17 244:18
245:14,22
248:4 250:14
251:18 252:15
254:3,4,6,15,22
255:6,23,23
256:19 257:10
257:12 259:13
260:2 264:5,22
266:11 269:9
272:22 274:5

276:22 277:3,9
277:24 280:17
280:24 295:12
300:12 307:25
308:4 311:10
313:7 314:24
318:14 319:7
324:5 326:16
328:2 331:9,12
340:4 343:9
344:21 346:3
347:2 349:22
357:10 361:4
361:11,21
368:7 371:15
371:17,21
372:11,13,13
375:25 376:8
388:2,3,5,7
389:19 390:4,6
391:8 392:3
394:23 395:2,7
395:10,11
399:10 415:7
416:13 418:24
430:2 432:17
436:8 438:5
443:15 445:8
455:19 457:13
458:18 463:19
464:10 468:17
468:17,17
477:25 480:19
483:16 487:3

491:2 494:19
495:16 497:24
498:8 506:3
512:3 513:12
515:16 516:14
516:23 517:4
517:11 522:10
533:12 542:14
562:4,7,13
563:5 567:14
568:13,21
**old** 347:5
359:21 365:16
420:19,20
427:21 464:7
464:21 469:15
492:15 508:9
508:14,17
**older** 470:9
508:15
**once** 7:2 43:9
48:18 179:12
223:6 243:4
276:25 277:3,8
304:3 315:24
323:21 325:2
329:13 415:16
**ones** 43:22
192:8 350:5
385:4 487:9
521:20 526:8
**online** 405:18
405:23

**op** 420:8
**open** 286:10
319:21 325:10
341:12 342:19
342:20 508:8
511:2 540:11
540:13
**opened** 422:12
**operate** 299:22
439:24
**operated** 300:3
300:5,14 304:4
323:14 372:5
493:24
**operating**
37:20 38:22
40:4,9,10
178:11,15,16
185:23 267:12
296:12 299:22
299:23 354:17
354:18,20
355:3,6 356:6
416:20,22
417:6,8,13,19
418:3,9,15,17
418:19,22,25
419:4,25 420:6
420:16 421:11
421:19 459:20
**operations**
401:24 463:4
466:15

**opine** 279:4

**opinions** 542:3

**opportunities** 114:2

**opportunity** 54:20

**opposite** 429:3

**optimal** 267:13

**option** 187:21 502:9,20 503:3 503:4

**order** 4:11 5:9 5:12 41:3 141:25 161:8 162:14 166:2 167:2,18 181:17 200:23 220:15 221:12 221:15,16,17 228:7 249:7 257:20 258:10 259:4 263:20 263:24 272:6,7 273:2,8 274:8 279:7 280:25 292:8 293:18 294:22 296:5 301:20 306:13 311:24 314:2,3 314:12,13,15 314:16 315:8,9 315:18,20 316:17,19 317:4,13 318:2

318:3,7,22 319:10 320:12 321:3,21 322:3 323:15 324:2,7 324:11 325:25 326:8,21 327:8 328:2,5,18 329:19 333:23 334:5 336:2,6 339:14 341:19 341:20,21 344:10 351:4 354:3 362:8 364:12 369:10 370:16,19 371:24 384:20 387:12 399:18 457:3 496:5 513:14 516:4 518:11 531:14 531:23,24 532:22 533:15 540:10 542:23 543:12 544:5,7 544:13 545:24 552:5 553:5,21 553:21

**ordered** 142:8 142:10 166:24 272:2 287:5 518:3,5 532:25 533:12 543:3 544:7 553:17 563:10

**ordering** 116:22

**orders** 258:23 260:16,17 262:8 291:12 291:15 311:16 322:5 327:2 332:9,14 345:21 369:13 370:15,17 554:4,4

**ordinary** 372:6

**organization** 355:13

**organized** 323:7 423:13

**original** 189:25 531:9

**oscar** 393:17

**ostrow** 2:3 8:20 8:21 15:9,11 16:7 23:11,15 23:18,21,23 24:3,8 25:2,4,6 25:8,10,13,15 25:17,20,24 26:15,20,24 27:3,6,7,9,17 27:19,21 29:19 29:22 30:8,11 31:3,6,18,21,24 32:2,3,5,8,11 36:25 46:5 48:4,6,8,12,16

48:20,23 49:2 49:4,7,10,15 50:6,10,17,19 51:18,20,22,25 52:3,7,10,14 53:8,12,23 54:4,7,16,18,19 64:18,21,23 65:3,6,14 68:15,18,20 69:3,6,9,12,14 70:4,6 72:13 72:15,18,21,24 73:3,6,8,10,15 73:17,21,24 74:3 75:12,14 77:21,25 79:5 82:13,15,18,20 82:24 83:4,23 84:2,4,6 85:5 88:9 89:9,13 89:17 92:10,13 92:18,21 108:4 108:7,10,14,19 110:15,23 111:18 112:5 112:15 113:10 113:25 115:13 116:11,14,25 117:2,21 118:5 118:8 119:8,13 119:15,25 121:22,23 129:13,15

132:5 134:6,9
141:5,15
147:16 158:15
158:23,25
159:16,17
160:13,20
161:9,13,22
165:12 166:9
167:7,12 168:3
168:7,14,20
173:18,21,24
177:4,8 218:18
239:3,12 240:4
240:21 242:10
242:11,13,17
243:11 249:14
257:5,8,10
361:21 395:6
395:10 415:5
417:22 418:2,5
418:8,18 419:6
432:11 436:3
444:8,11
446:12,18
447:5,8,12
467:12,15
469:25 484:21
486:11 516:12
517:13,20
535:13 542:10
545:10 548:18
548:21,25
555:17 557:23
558:3 561:20

562:25 563:6
563:17 565:15
565:19,24
566:7,11,15,20
567:3,8,10,12
567:17,23
568:2,7,13,19
568:22
**ostrow's** 114:3
**outbound**
297:13
**outcome**
570:14 571:11
**outlive** 286:22
**outside** 71:24
71:24 74:21
118:3 158:9
499:11
**outstanding**
26:6 57:20
58:7
**overheating**
415:12
**overpaid**
466:17
**overruled** 71:7
84:23
**overstepped**
292:12
**oversteps**
292:15
**overview** 5:17
**owe** 102:10,11
102:12 103:25

105:6,10
108:22 247:14
**owed** 41:8 58:8
297:14 343:12
411:25 432:8
461:4
**owes** 40:25
103:25 108:23
247:15
**own** 37:22 64:8
64:13 65:23
66:13 98:23
103:16,16
118:10 119:7
120:9 135:4
158:3,6,8
163:12,15
164:5 178:20
178:22 201:13
210:24 216:4
226:23 255:2
262:20 263:8
265:12 334:7
343:19 345:10
347:9 359:8
364:24 366:6,7
368:9 397:16
404:12 405:15
428:25 439:25
441:19 461:10
489:19 493:2
507:24 508:3
509:13 511:10
511:13 559:24

**owned** 37:25
42:22 178:5
218:4,6 352:23
352:24 353:2
401:15 406:12
414:23 479:23
486:3 533:20
543:11
**owner** 33:21,25
35:12 36:20
38:3 39:18
52:20 54:14
56:2 58:16
59:17 118:15
118:16 181:6
182:25 183:3
233:25 337:23
409:17 466:8
531:11 545:4,6
**owners** 350:8,9
550:14
**ownership**
33:12 38:18
41:6 42:18
56:9 69:20,23
75:18 85:2,5,7
140:17 172:13
172:18 175:18
176:2,8,15,22
177:17 181:11
181:20 183:20
290:19,21
499:16

**owning** 182:3
489:6
**owns** 35:6 58:9
58:10 60:14
107:2,12
176:23 177:22
178:17 226:10
356:4 364:10

**p**

**p** 2:1,1 3:1,1
9:22
**p.m.** 113:21
114:18 160:21
569:4
**page** 4:2,6 5:2
5:23 6:3 17:3
20:5,6,9 28:25
90:11,20 91:23
91:23 106:10
171:2,9 175:5
256:2 396:3
486:18 491:8
493:17 494:11
494:21 495:4
517:24 519:4,5
519:15 520:8
532:4,21,25
542:24,25
546:2 553:4
572:4,7,10,13
572:16,19
**pages** 170:16
439:5

**paid** 95:9 96:18
96:24 99:25
100:3 107:15
138:13 202:21
202:23,25
209:6 233:20
234:7,10
249:12,21
250:21 252:19
253:3,6,22
343:21,21,23
346:25 397:4
399:21 401:8
401:16 402:15
409:17 410:21
427:13 466:9
466:14 475:20
489:19 520:12
544:3 552:11
**pain** 124:9
**paint** 461:8
**painting**
405:10
**pale** 164:18
**pants** 125:2
229:8
**paper** 234:6
322:11 395:25
442:25 466:6
481:3 485:6
490:8,9,14
534:13,13
551:15

**papers** 301:13
387:12
**paperwork**
321:25 325:3
341:22 489:22
490:5 531:3
**paragraph**
105:13,18
109:8 199:6
518:2,4 519:3
519:7 535:2
542:23 544:7
546:15 553:5
553:13
**park** 2:5 28:24
32:10,12,17
77:23,25
358:11
**parked** 225:7,8
**parking** 336:22
**part** 21:11,13
21:13 69:23
103:22 114:10
137:17,18,19
137:20 144:19
144:23 145:11
177:8 181:12
189:24 222:22
222:24 225:21
231:17,19,23
236:23 248:22
270:7 284:15
284:16 304:11
306:8,10

337:22 356:16
362:8 387:19
388:14,17
389:19 399:11
400:3 403:23
405:10 414:9
428:7 439:9
440:6 443:4
473:8 476:3
506:15,20
508:3 520:12
531:24,25
541:3 543:13
543:14 552:5
560:21
**participant**
512:20
**participate**
105:17 276:5
**participated**
80:3 103:21
229:3
**particular**
114:10 134:11
**particularly**
122:4
**parties** 7:18,23
30:24 56:13
62:14 101:23
111:7 115:15
117:10 121:9
154:23 155:3
161:17 162:10
165:16,19,20

167:18 192:24
198:18 199:17
203:12,22
256:24 570:11
570:13 571:7
571:10
**partner** 38:8
61:22 72:7
98:2,10 201:20
229:6 515:24
556:20
**partners**
145:12
**partnership**
41:2 250:23
**parts** 181:8
347:5 376:14
403:24 415:14
439:10 441:3
442:12 443:5
469:16 470:11
470:14 520:19
520:22 526:8
**party** 38:7
204:2 385:5,6
385:10 396:12
396:17,20
409:15 410:4
530:17 531:10
**passed** 501:15
**passing** 327:20
**passwords**
342:14

**past** 34:17
**pastorel** 515:25
**path** 71:19
**patience**
568:24
**patient** 525:12
**patrol** 378:21
379:22
**paul** 61:21
**pause** 240:5,22
**pay** 95:11
102:8 103:8
104:25 126:3
202:24 209:5
218:10,10
222:2 234:20
235:7 249:19
251:7 297:10
300:19,20
307:16 309:15
343:25 344:7
397:3,4 432:6
432:7 440:6
445:6 460:3
463:25 504:9
521:17
**paying** 104:21
222:7 493:2
534:22
**payment**
252:10 344:8
399:15 409:21
455:10 456:19
463:8,12,25

518:22
**payments** 47:5
365:14 404:7
411:14 458:25
463:5,11 467:4
**payoff** 278:6
281:8,11
**payoffs** 81:4,7
**payroll** 300:20
343:17 432:7
459:13 460:3
**pc** 2:12 8:18
90:23
**peek** 553:22
**penalty** 20:24
22:5 23:8
24:16 26:9
28:11 34:12
175:6
**pending** 462:13
517:2 539:5,6
539:8 555:18
**pennies** 479:3
**people** 59:5
63:22 67:5
76:16 117:21
122:14,21
124:7 126:21
126:23,24,25
130:20 131:12
137:25 138:4
144:4 146:18
148:4 151:15
160:2 192:2

210:7 225:24
235:11 265:10
284:8 290:15
302:6 306:4
308:24 330:21
348:17,18
350:15 362:15
364:7 378:14
380:7 383:4
385:15 389:14
392:25 397:2
400:11,16
404:18 405:4
405:12 411:14
411:16 413:7
421:9 431:16
431:18 433:13
433:16,18
434:14,24
435:4,10,15
464:13 465:10
465:10 466:19
471:22 481:23
492:5 493:22
497:7 514:22
545:12 550:20
556:21 561:9
**people's** 403:13
504:10
**percent** 33:11
33:21,24 35:12
36:20 52:20
54:14 55:24
56:9 59:17

60:14 63:15
118:15,16
176:24 177:22
178:5,17,21,23
181:6,20,21
182:3 183:3
184:7,21
185:21 186:15
186:16 204:9

**percentage**
71:10 75:18
85:4 181:20

**percentages**
69:17,19 101:3
185:22 186:23

**perfect** 35:4
43:8 267:7,16
268:8 402:6

**performed**
354:25

**period** 235:17
245:20 248:9
262:23 294:20
295:5,10,19
296:5 318:18
322:19 327:9
335:24 336:3
341:25 342:2
349:13 351:14
371:3,4 373:5
373:10 374:3
376:21 398:25
445:12 452:6
463:15 465:20

**periods** 372:4
372:17,24

**perjury** 20:25
22:6 23:8
24:16 26:10
28:12 34:12
175:6 231:13

**permission**
120:25 222:3
247:10 264:9
269:21 285:11
288:6 321:3
364:6 370:5

**permit** 536:7

**permitted** 8:3
167:9

**permitting**
326:2

**person** 19:21
48:7 76:15
117:22 126:18
130:6 151:13
154:21 157:20
184:9 204:13
204:14,16
225:23 267:19
273:3 296:13
296:16 300:3
303:17 336:14
365:9 367:4
377:15 385:6
396:12,18,21
397:8 399:8
406:12 410:12

410:13,24
411:19 463:15
464:20 465:16
465:19 466:11
494:8 506:5
530:17 531:10

**personal**
103:19 107:4,7
129:4 181:13
199:19,20,20
199:23 218:5
250:22,24
262:21 335:7
358:5 424:7
427:25 430:22
439:10,10
443:5 445:9
450:16,20
451:3,3,5,10,12
452:18,19
453:7 455:2,4
499:16 510:11
529:17

**personally**
178:22 263:7
344:19 348:2
411:11 475:10
478:21 479:23
489:15

**perspective**
356:14

**peter** 198:25

**petition** 5:18
174:11 475:8

**petroski** 61:24

**ph** 33:18 59:2
61:20,21,24,25
62:23 63:5,7
66:24 67:5,8
77:23,23,24,25
79:24 94:24
100:22,23,24
101:7,11,12,22
107:9,9 123:19
125:14,15
127:2,3,8
138:8 141:11
141:13 179:16
181:16 182:12
182:12 188:11
189:12 191:16
193:18,19,19
209:24 211:10
212:17 215:15
220:24 223:8
223:10 226:3
226:22 228:22
229:5,6,7
232:2,9 274:3
292:25 305:13
305:15,17
306:2,3 308:25
313:23,23
344:11 354:24
354:25 355:2
378:21 379:2
379:21,22
380:24,24,25

382:6,22,23 384:11,14 387:14 392:9 392:20 393:17 426:13 455:18 460:8,10,22 465:11,17 488:20 500:16 506:16 515:25 520:11,24 565:9

**phone** 27:13 70:24 127:2 130:24 207:14 207:18 319:19 323:23 324:19 335:13 438:15 487:20

**photo** 225:12

**photograph** 5:6 5:8 357:12,18 357:22 529:6

**photographer** 405:25

**photographs** 405:22,23 516:15

**photography** 397:8 398:16

**photos** 225:11 342:13 374:2

**physically** 79:25 380:25 381:3,19 383:7

383:12

**pick** 167:19 204:8 502:5,18 502:18,23 513:7

**picking** 351:23

**picture** 128:12 128:13,18,25 331:24 358:3 409:5 416:4 461:9 549:6

**pictures** 218:18 218:22 220:3,6 225:5,6 342:18 352:7 361:14 361:15,17,19 375:11 393:21 405:24 406:3 408:25 409:2 414:18 441:18 499:4 501:20 535:14

**pie** 411:22

**piece** 77:17 395:24 411:22 440:6 490:8,13 493:25

**piecemeal** 58:23

**pieces** 347:14 442:7 490:9

**pistons** 497:10

**pivot** 292:11

**pizza** 374:22

**pizzeria** 337:2

**place** 123:5 148:22 149:3 300:21 343:7 355:17,18 384:20 415:8 416:14,15 426:7 439:25 458:24 462:23 462:24 473:20 483:12 514:5 525:3 536:15 554:21

**places** 66:21 123:14 195:6,8 342:12 426:4

**plaintiff** 1:6 2:2 91:4

**plan** 228:20 254:10,19 255:2 256:3,15 256:20 463:17 463:25

**planned** 256:3 378:9

**planning** 56:20

**plans** 463:8,12

**plastic** 473:15

**plate** 363:9,11

**play** 17:14 18:20 22:8 44:3 45:22 83:2 125:8,9

212:16 229:13 235:5 284:9 382:15 458:16 503:24 504:2,7 504:17 506:19 506:23 523:4,5 534:16

**played** 276:12 289:21 297:5 359:17 379:15 380:22 383:21 388:18 441:11 541:14 543:24

**playing** 186:17 212:5 271:17 293:15 307:5 385:22,23 537:10

**plays** 24:6 65:11 83:11 503:12 504:5

**plead** 156:20

**please** 8:11,13 9:3,14,15 11:13 12:16 16:16 17:11 24:4,10 25:10 26:16 27:19 29:23 30:11,11 31:7,21 32:9 33:9 48:4,5,16 48:23 49:2,2 50:6,6,7,17,17 52:14 53:16

55:3 69:3,3
70:4 72:13,15
72:18 77:13,15
79:16 81:2,6
81:19,22 82:3
82:10,13,15
84:13 87:5
88:10 89:18
92:25 95:22
102:16 131:3
146:6 161:8
168:2 173:21
173:23,24
238:7,24
239:13 242:16
242:17 243:11
259:5 278:5
280:16,22,23
326:13 371:9
423:20 424:2
447:8 493:16
494:10,14,20
494:24 500:15
513:4 546:20
552:6 566:7
567:9
**pled** 138:16
**pledge** 107:7
**pledged** 230:16
**pllc** 8:15
**plowing** 437:18
**plus** 122:12
345:4 347:11
351:11 495:12

495:20,20,21
495:21 496:6
496:20 498:12
**pocket** 251:6
272:19 365:6
474:14 560:2
**pockets** 541:16
**point** 21:21
22:4 41:17
92:4 113:8
115:12 119:23
127:20 131:7
131:22 143:16
152:12 153:16
162:22 166:12
166:13,17
167:21 174:18
178:19 186:24
189:10 202:16
215:21 219:2
254:17 260:20
262:12,25
263:2 264:22
264:23 284:25
320:16 327:16
344:23 345:16
349:14 403:10
422:3 442:23
465:22 466:11
472:18 481:10
486:7 492:25
504:20 531:21
536:22 538:2,7

**pointed** 142:17
293:24 498:24
554:20
**points** 153:10
**police** 126:7,8,9
130:24 138:19
149:21 227:22
265:8 272:11
288:16 301:15
301:23 302:5,8
302:12,14
303:10,11
304:17,18,20
304:21 316:8
316:10,11
325:12 335:11
336:19,20,23
337:9,10,11,11
337:15,16,17
338:15 340:21
352:2 370:24
371:20 374:25
375:11,24
377:22 378:4
379:6,25
381:14 383:7
383:16,19,19
384:5 385:10
385:11,18,20
386:17 391:15
392:21 393:6,9
433:21 437:2
438:5 505:9
537:17,17

553:11 557:14
558:24,25
**policy** 150:21
**polished** 86:6,6
**political** 386:18
394:20
**politically**
385:12
**politicians**
384:6 387:4
**politics** 383:24
384:2
**pond** 32:13
56:16 173:4
178:4 185:17
186:21 223:20
223:21 226:10
228:6 230:8,14
234:23 236:24
555:2
**poor** 367:16
**popcorn**
312:15
**porsche** 217:21
224:13 229:17
521:5
**porsche's**
521:24
**portable**
474:24 475:2,9
476:20 479:23
**portion** 168:6
215:13

pose 244:21
position 122:5
  375:16 376:17
  470:23 517:8
  517:12 534:21
possess 516:21
possession 1:5
  7:11 142:14
  350:5 484:19
  486:6 488:4,5
  488:7 516:7
  518:9,11
  519:14 527:24
  544:14,17
  546:22 550:5
possible 13:19
  55:22 88:14
  121:19 201:14
  255:20 293:19
  352:7 353:20
  371:2 374:10
  440:9 498:10
  502:22 512:16
  516:22
possibly 141:10
  268:16 358:15
  526:4
post 199:25
  203:23 298:18
  396:11 402:20
  407:6,7
posted 21:15
  62:16 188:16
  402:18

postings 397:9
posts 396:18
  407:4,10
potential
  126:25 220:20
potentially
  113:12 255:7
  432:2
power 269:11
practical
  146:12
practice 138:22
  151:15 167:16
practicing
  140:24
pre 89:24 93:21
  169:10 174:5
  347:19
preclude 115:3
  116:4
precursor
  105:12,21,24
  105:25 106:3,7
  109:14 208:6,8
predominantly
  452:23
prejudiced
  266:7 268:23
prejudicial
  514:3 541:14
  563:21
preliminary
  89:14

premises 316:9
  316:12,14,18
  317:3 318:21
  318:23 319:9
  319:14 321:14
  321:20 324:7
  369:5 371:5,23
  373:2,12 380:9
  381:13 382:12
  521:11 549:16
  554:11
preparation
  16:7
prepare 15:2
  214:23
prepared 78:6
  103:7,12
  136:23 168:4,5
  172:5 449:22
  469:25 571:3
present 3:11
  331:19 369:4
  540:15,16
presented
  370:17
presenting
  193:23
presently
  527:21 528:9
pressure
  378:16
presumably
  15:6 41:8
  216:16 255:9

  440:16,17
  452:15 545:4
pretend 267:25
  481:18,18
  504:12,13
pretends 268:2
  268:10 366:12
pretty 204:10
  207:6 210:3,11
  289:18 309:25
  340:24 344:18
  363:20,24
  366:23 378:18
  378:18,19
  383:10 394:21
  394:22 425:23
  457:17 473:17
  484:24 485:3,5
  485:8 493:23
  498:24 499:10
  522:22 549:8
  549:18
previously
  93:25 178:5
price 471:8
principle 473:2
prior 40:7,8
  51:17 55:25
  179:11 180:7
  183:21 200:4,6
  200:18 202:15
  291:13 326:3
  400:5 462:11
  487:16 570:4

**privacy** 554:11
556:5,6
**private** 188:12
349:21 425:16
**privilege** 127:6
140:22 305:10
561:7
**probably** 14:19
164:6 179:18
179:20 217:9
217:10 226:10
239:16 246:16
251:3,20
262:12 267:8
303:12 328:25
328:25 329:2,2
329:3 333:10
347:11,12
348:4 351:9,12
354:24 370:2
390:4 398:20
398:23 412:6
412:23 438:10
439:19 500:2
501:14 545:7
**problem**
126:10 138:10
153:18 155:23
156:21 161:2
163:8,11,14,17
177:13 191:10
203:13 206:24
226:2,22 232:2
249:9 255:15

280:8 283:23
304:8 371:20
384:25 385:19
385:21 387:5,9
387:9,22
447:19 474:3
479:13 497:7
499:13
**problem's**
232:8
**problematic**
150:8 284:7
**problems** 102:5
123:6 206:25
387:11
**procedural** 8:4
**procedure**
116:18 285:14
**proceed** 132:20
153:3
**proceeding**
1:15 7:6,25 8:2
121:14 152:15
193:25 293:3
569:5 571:4
**proceedings**
570:3,4,5,8
571:5
**proceeds** 208:9
406:10 518:20
518:23 533:16
543:4
**process** 148:18
222:12 224:16

382:13 406:10
408:9 410:5
412:9 525:17
**processed**
234:2
**processes**
274:13 406:7
**produced** 7:25
41:10 514:19
**producer**
396:22
**produces** 38:20
**producing**
518:15
**product** 397:23
404:20 405:12
405:15
**products**
397:25 398:2
400:14
**profanity** 303:7
**profit** 402:14
471:16
**progress** 404:7
**prohibits** 58:5
**project** 490:21
**promised**
125:12
**promoted**
465:9,14,17
**prompted**
120:22 392:12
**proof** 143:9
228:17 234:6,7

441:17
**proper** 232:17
232:17 234:25
235:4 249:24
258:25 268:23
285:22 416:8
543:17
**properly**
146:17 171:22
211:8 300:5
343:6 378:2,2
**properties**
278:8 315:11
**property** 4:9
16:24 69:23
86:12 116:5
128:20 130:5
131:9,14 135:7
136:23 137:8
138:10 148:9
148:16 171:5
171:24 172:10
247:25 248:5
264:9,19
269:13 272:15
273:6 286:9
303:10,16
304:4,7 306:18
307:9 315:21
316:4 325:22
329:5,9 330:6
333:18 335:22
338:7 343:11
345:20 351:13

351:22 367:16
369:21 377:13
377:24 378:7
379:7,24,25
457:2 465:18
469:4,20,22
473:8,22 475:6
475:14,17
482:12 483:2
486:4,14 490:4
491:15,17,20
498:17,18
502:11 504:14
508:5,8 515:23
518:7 521:9,12
521:16 523:21
527:9,11
528:10 544:11
549:12,16
555:13 556:12
563:14

**proposals**
232:5

**proposed** 38:24
258:14 312:17

**prosecute**
144:4

**proud** 409:2
492:7

**prove** 156:15
225:5 302:6
308:7

**proved** 503:22

**provide** 19:22
52:16 54:17
59:13 201:13
247:20 319:25
482:21 483:2
503:17 507:22
534:2

**provided** 15:5
91:3 197:14,15
477:8,9 478:23
480:12 481:11
485:6 489:17
509:11,20
511:8 540:23

**provides** 33:13

**providing**
500:3

**provision**
186:14

**provisions**
56:22 109:3,4

**public** 136:5
518:13 570:18
573:19

**pudding**
441:17

**pull** 247:7
381:8 427:24
434:4 487:5

**pulled** 293:7
325:21 370:3
441:8

**pulling** 229:12
301:13 336:10

**purchase**
211:25 215:3,5
216:6,9 364:17
365:24 469:21
471:8 477:7
478:9,12
481:11 482:22
483:5 498:18
521:16,17
530:6 531:9

**purchased**
248:22 251:23
431:9 440:18
440:19 444:23
444:25 445:11
457:16 458:9
469:4,8,11,12
469:13 475:24
478:21 492:22
521:9 530:11

**purchaser**
409:14,15

**purchases**
452:24 455:5
456:15,18

**purchasing**
439:15 457:6
457:12

**purport** 188:23

**purported**
113:5 380:19

**purpose** 326:14
330:19 383:5
397:11 462:19

472:16 479:14

**purposes** 56:20

**pursuant**
116:16 172:25
178:9 247:13
277:17 279:6
280:25

**pursue** 100:8
273:22

**pursued** 35:18
36:4

**pursuing**
232:13

**pursuits** 289:6

**purview** 158:9

**push** 164:16

**pushed** 307:13
413:6

**put** 14:5 37:15
46:14 60:10,13
60:18,20 80:7
86:7 94:24
99:11 101:9
125:19 136:4
137:24 142:23
171:19 197:24
207:16 208:18
218:21 220:5
225:9 250:8
253:2 254:23
273:11 276:2
342:5,9,10
347:6 349:16
363:10 365:6

366:16 367:23
374:21 376:10
378:16,16
407:18 409:4
410:16 430:6
444:5 459:4
478:11 486:22
486:24,25
497:18 507:14
513:2 516:23
517:4 527:13
546:6 550:17
552:8 555:2
559:25 560:23
**putting** 99:15
272:19

**q**

**qualified** 570:7
**qualifies**
544:19
**question** 11:5
11:12 15:17
17:12,15 18:11
18:18,24,25
19:3,4,5,7,7,11
19:11,22,24
20:2,10,14
21:12,21 22:3
22:10,12,17,18
22:23 23:3,5
23:20,22 24:2
24:9,9,11,13,17
24:18,19,23

25:10 26:4,5
26:16 27:9,11
28:2,3,6,13
29:23 30:12,19
31:6 32:2,11
33:6 34:9 35:3
37:4 40:14,15
41:13 42:15
45:3,4,6,9,9,16
46:10,14 47:23
47:25 48:18
49:8,13,18
50:15 52:9,11
52:15 53:9,11
53:12,14,16
54:6,10,10,20
55:2 58:12
60:9 64:11,24
65:13,15,16,18
65:19,19 66:7
67:18 69:6,7
69:18 79:11
84:8,9,10,11,13
84:16 87:23
88:4,7 89:12
89:14,16,19
90:10 92:7,9
92:12,14,23,25
95:18 96:7
98:24 104:13
104:15 106:15
107:17 108:11
108:13,15
110:6,9 112:25

125:23 127:17
133:21 134:21
146:10 147:25
148:21 155:17
155:18,20,21
155:25 156:3,6
169:22 170:2,5
171:3,3,10,22
171:23 172:8
173:22,25
174:19 176:10
176:13 180:10
181:3 183:6
187:2,18,19,23
187:24 188:2
190:22 191:2
191:13 194:13
194:16,17
195:4 196:2,9
196:11,14
197:8 202:7
206:11 213:14
213:17,19
215:12 221:24
232:19 233:12
237:16,18,19
237:24 238:6
238:13 239:2
240:5,21
242:20 243:4,9
243:12 244:17
244:22 245:14
248:11 254:18
254:23 258:6

260:5,6,13
261:9 262:13
262:15 274:17
274:20 275:8
281:13 313:9
319:7,11,11
332:18 346:14
347:10 350:25
358:15,16
400:20 409:3
415:3,6 416:11
417:15,16
418:8,10
421:19,22
428:13 432:16
436:6 442:19
442:21 443:2,8
443:10 444:3
445:12 446:4,7
446:11 447:8
447:23 448:2
449:25 450:24
453:8,13,25
454:3,5 455:7
455:8 461:22
462:12 467:25
469:18,19
474:5,15,16,18
474:20,21,23
477:13 479:20
482:9,16 484:2
484:8 485:21
488:24 489:2,9
489:9 491:13

499:18 504:20
506:2 507:4,17
507:21 511:18
512:7 517:2,2
522:21 523:9
523:24 524:2
524:15 525:9
526:17,22
527:4 528:8
532:19,20
535:17,25
536:23 539:4,7
539:9,10
541:18 545:22
546:19 547:14
548:10,14,22
548:22 549:21
551:6,10
552:20 555:8
555:18,22,25
556:3,8 557:24
558:4,12,14
561:17 562:17
562:21 564:8
564:20 568:4,5

**questioned**
80:5 203:19

**questioning**
22:15 41:5
44:14 54:21,23
84:24 85:14
118:13 122:2
122:17 123:23

**questions** 5:22
10:12 19:17,19
22:20 23:17,24
27:23 31:19
32:18 44:23
48:10 52:4,6
52:13 65:7
68:12,23,25
70:10,13,19,20
70:24 71:3,9
72:10 73:12,23
74:5,9,10,16
75:4,8,11,18,21
75:23 76:19,21
76:22 78:9,11
78:17,19 79:9
79:12 83:4,7,8
83:15,25 84:14
85:4,8 87:2,21
113:3 118:7,9
118:11,21,23
118:24 119:3
120:9 133:9,17
133:24 134:7
134:11 145:2
145:14 146:20
146:25 147:3
147:10,14
152:20 157:15
157:15,20,21
163:13 167:8
173:19 191:7,9
210:17 213:4,5
255:8 256:7

274:21 361:22
387:7 389:21
390:8 411:25
417:3,4 419:16
419:22 433:5,6
438:7 468:7,19
468:20 481:6
499:11 500:23
511:23 547:12
549:9 550:18
551:23 561:12
561:14,15,21
561:25 567:22
568:10,14

**quick** 71:23
244:10 413:4
477:13 567:11

**quickly** 206:21
206:25 207:11

**quirky** 39:11

**quite** 327:7
351:22 396:16
398:6 470:2
550:11,11

**quo** 287:25

**r**

**r** 2:1 3:1 5:9 6:2
6:2,2,2 9:21
257:20,23
572:3,3

**rails** 76:6 83:9
123:14 144:18
190:5 195:16

231:25

**raise** 9:4
160:15 195:7

**raised** 123:15
125:17,18
126:24 381:7
421:21

**raising** 126:21

**rajotte** 232:11
232:24 267:23
285:21 288:22
289:10,15
293:18 319:18
320:14 322:23
323:12 324:20
327:25 334:17
345:18 347:23
383:3 411:6
413:14 438:14
482:22 501:7
512:14 516:18

**ramp** 541:12

**ran** 129:6
300:21 352:17
352:18 359:23
365:15 390:18
473:20

**random** 470:11

**randomly**
330:23 397:21
402:2 408:20

**range** 490:4

**rare** 401:6

**rarely** 404:13 404:14,20
**ratchet** 424:18 430:10
**rates** 204:18
**reach** 47:19 264:13 438:14
**reached** 195:13 550:15
**reaching** 132:11
**react** 206:24
**reactor** 304:9
**read** 20:25 21:7 22:7 23:9 26:13 32:18 33:3,5,9 35:24 45:19 55:22 57:15 67:12 90:9 92:2 93:2 93:5 104:4 105:6,7,10,19 105:24 106:3,8 153:23 159:10 171:21 178:2 208:19 238:24 243:12 260:11 262:11 277:21 278:25 279:3 279:12 280:6,8 280:9,13,15,22 281:16,23 285:12 291:17 346:15 384:19

387:12 419:3 419:24 420:5,5 420:10 487:20 488:6,10 494:12,20,23 495:15 496:23 497:4 500:18 500:19 509:5 510:25 514:14 514:18 515:14 518:4,25 519:7 522:20 527:10 527:12 532:23 533:6,11 542:23 543:15 546:15 553:5 553:10,14,16 553:18 573:5
**reading** 17:21 261:7,19 277:20 514:8 515:15,17,19 516:8 532:24
**ready** 104:6,19 104:24 106:18 196:10,11 245:19 247:19 397:23 402:25 406:4 432:6 547:3 557:22 557:22 562:11 567:15
**real** 23:16 59:14 71:23

72:9 215:11 243:18 244:9 295:7,9 421:14 464:14 465:4,7 473:24 477:13 521:16 532:13 551:23
**realistically** 159:22
**reality** 124:12 151:13,24 265:21 441:16
**realize** 66:22 209:9 318:6 491:24 512:24
**realized** 199:5 296:2
**really** 14:15,17 16:10 41:5 101:17 105:16 111:13 121:17 139:25,25 140:4 159:13 165:21 218:23 218:23 253:20 266:10 273:10 304:14,15 312:24,25,25 373:3,24 387:8 389:25 390:2 397:12 411:4 416:5 419:13 433:25 436:20 452:16 453:18

490:21 519:18 520:5,5 551:7 552:3
**realm** 13:10
**reappear** 338:5 339:3
**reappeared** 339:4
**reappears** 227:23 338:7
**reason** 11:16 58:15 115:20 126:6 158:2 197:25 220:22 269:4 277:7 290:19 295:7 325:20 332:12 332:16,22,23 334:9 349:3 356:11 359:7 432:12,15 471:20 515:6 534:18,22 541:3 572:6,9 572:12,15,18 572:21
**reasonable** 45:2
**reasoning** 330:18 331:3 333:2
**reasons** 103:24 273:19 431:10 480:22,23

**rebuilding** 422:21

**recall** 13:25 62:6,7 63:14 172:22 193:23 203:15 207:14 260:19 301:8 309:13,14 310:14,15,18 312:6 321:15 325:7 330:5 331:12 373:8 373:22 484:21 499:14 501:6 501:24 509:11 516:3 520:10

**receipt** 483:6 494:7

**receipts** 469:21 477:4 479:18 479:21 482:23 483:7,11,22 498:20

**receive** 262:20

**received** 112:4 112:8 249:25 250:5,15 259:24 292:8 511:16 518:18

**receiver** 1:8 5:10 7:12 8:19 33:16 85:2 103:21 111:8 115:25 116:2

127:9,14 148:16,21 149:2 150:3 162:13,23 229:13 257:21 258:10,23 260:16 262:7 263:20,21 264:18 265:6 269:11 273:15 273:16 276:5 279:20 281:4 284:21 285:9 285:16 287:2 291:14 292:21 294:5 301:9 304:8 305:3 307:24 318:5 320:9 324:16 328:4 333:4,17 350:10,23 353:15,16,22 357:2,4 359:2 370:7 376:21 376:24 391:18 408:13 462:23 462:24 481:12 482:21 488:8 499:15 502:5 503:10,12 504:23 507:22 509:12 511:9 511:11 512:18 516:5 518:12

518:15,24 519:9 526:23 533:15 540:24 541:6 544:15 545:20 546:17 554:2,18 555:11 556:10 557:4 558:16 563:11

**receiver's** 162:22 501:25 503:7

**receivership** 148:18 260:18 314:15,16 328:5 413:11 457:18 528:19

**recent** 415:20 436:22

**recently** 229:10 315:24 317:13

**recognize** 17:5 17:6,25 90:6 94:11,14 169:20 299:9 461:13,23 504:23,25

**recognized** 503:10 505:4 511:11

**recollection** 64:9,13 65:24 66:13 67:23,24 68:2,5 69:15

**recollections** 66:17

**reconciliation** 459:10

**record** 7:5,7,22 8:13 9:16 13:23 42:12 46:19 47:13 53:20 54:17 84:18 85:22,24 86:2 98:20 110:18 111:3,5 111:20,21,23 111:25 113:7 113:15,18,19 113:21 115:23 116:12,15 117:4,5,7 118:5 119:18 136:24,25 143:10 155:25 165:6 168:22 168:23,25 173:10 180:23 193:21 205:24 210:6 213:6,8 217:15 232:21 232:24 239:6 240:20 241:10 241:15 242:7 243:20 244:5 244:15 248:21 250:17 254:12 254:14 255:22

256:25 257:13
257:14,16
269:17 280:20
312:22 316:15
320:5 333:20
348:4 395:12
395:13,15
410:16 462:4
467:18,19,20
486:12,12
507:25 516:24
517:5 518:4
523:18 527:7
527:14,15,19
538:19 542:8
542:12,13,15
552:8,14
553:13 554:8
562:8,9,11
567:15,16
568:8 569:2
570:9 571:5
**recorded** 8:6
12:9 259:24
323:24 570:6
**recording**
570:8 571:3
**records** 153:13
153:15
**red** 359:11
360:23 379:13
380:19 392:16
409:10 426:14
475:18 479:10

480:8 498:7
501:8,10,19
503:9 505:2
520:2 521:25
522:15
**redacted**
132:10
**redrawn** 203:2
**reduce** 248:25
**reduced** 570:6
**reelected**
293:11
**refer** 226:25
**reference** 40:22
549:17
**referenced**
65:23 69:22
429:21 550:12
**references**
28:18
**referred** 13:15
36:3 54:24
58:2 327:12
401:17 405:13
519:2 536:25
545:19 546:14
**referring** 62:25
63:12 144:8
212:2,8 215:4
216:7,10 401:3
519:7
**refers** 215:18
226:22 227:16
367:12

**refinanced**
346:23
**reflect** 118:6
458:14
**refresh** 487:25
**refusal** 120:8
**refuse** 366:20
**refused** 118:10
118:20,24
132:10 197:24
205:13 316:13
321:8 344:6,7
433:20 474:9
**refuses** 221:21
**refuted** 271:3
**regard** 259:2
**regarding**
31:17 85:6
118:13 183:19
468:2 515:23
**regardless**
150:9 157:25
205:10 250:20
251:14 268:22
314:22 323:3
334:4 355:23
370:21 429:13
**regards** 13:17
13:19
**registered**
490:6
**registrations**
508:16

**regular** 253:15
398:8 400:8
403:9 426:3
465:9
**regularly**
132:12 149:13
362:16 363:20
502:14
**relate** 516:4
**related** 15:22
29:19 30:9,16
32:16 70:19
76:19 78:10
83:8 84:12
107:11 318:18
337:4 361:3
375:10 449:16
455:11,20
456:25 492:9
535:7 570:10
571:7
**relates** 14:20
92:21 144:11
148:8 450:14
**relating** 76:22
84:25 217:7
**relationship**
25:22 94:21
96:2,4 101:16
211:14 253:9
265:25 266:13
266:14,16
271:20 276:16
329:10 335:7

344:3 390:10 391:6 565:7,9

**relative** 40:25 570:12 571:9

**release** 220:18 223:17,20 228:4 230:7

**released** 221:9 228:9

**releasing** 234:22

**relevance** 14:17 107:25 501:4 506:19

**relevant** 16:12 79:9,10,12 86:23,24 87:2 92:6 107:6 185:11 277:14 354:2 432:2 470:22 471:4 500:21 521:20 521:21

**relief** 318:5 333:6

**relying** 388:13

**remain** 291:14

**remainder** 162:8

**remand** 295:2 296:4

**remanded** 309:14 310:15 342:3

**remarkable** 352:15

**remember** 11:11 39:14 55:8,12 66:18 90:7,15 91:15 179:15 182:20 186:2 188:14 192:8 199:2 201:16,24 203:8,9 204:15 208:17 209:18 217:11 225:4 259:12 263:15 263:17 293:25 299:6 310:22 310:24 311:4,7 311:11,14 320:4 321:22 322:8,10,20,21 323:6 329:23 330:10,18,21 334:15 336:3 337:18 339:20 344:12 350:21 370:11,12 373:3,4,6,10,13 373:20 374:4 374:11 377:7 396:13,23 397:6 398:24 401:19 408:4 411:8 430:9 439:15 440:5

442:5 445:20 457:5,12,25 484:12 492:25 509:25 543:21

**remembered** 486:17

**remembering** 562:20

**remind** 97:16 161:7 210:19 212:15 242:18 330:15

**reminded** 283:21,22 503:22

**reminds** 330:10

**remote** 1:15 495:19 496:21 498:2

**remotely** 7:14 7:20 415:9

**removal** 274:10 285:15 291:13 295:6,7,9,24 300:9 309:11 309:12 318:13 322:21 332:25 333:9,11,14

**remove** 349:2 371:4 372:23 372:25

**removed** 274:2 282:4,10,11 309:7 369:4

370:19 372:14 372:24 373:7 373:18 522:25 524:14 525:20

**removing** 311:15

**renewed** 203:5

**renominated** 293:11

**rent** 269:12

**renting** 415:9

**rep** 344:13,13

**repair** 420:7

**repairing** 562:24

**repeat** 43:17,23 49:13 53:16 176:19 180:22 185:7 186:6 232:3 237:8 238:19 239:10 556:8

**repeated** 53:19 241:11 243:19 244:14 268:25

**repeatedly** 118:8 119:8 165:4

**repeka** 100:23

**rephrase** 54:3,5 54:9,10 192:21 425:8 479:25

**replaced** 252:21

**replied** 277:11
**reply** 4:21
  88:18 93:6
**report** 111:12
  236:13 418:17
  420:16 421:8
  421:20 423:18
  449:15
**reported** 1:17
  371:19 378:2
  418:22 425:12
  558:25
**reporter** 7:2,4
  8:23 9:12 10:2
  45:19 50:3,9
  50:13,14 53:15
  53:18,19 111:2
  111:8,19,22
  113:17,20,23
  117:3,6 121:10
  146:4 155:8
  158:4 168:21
  168:24 237:7
  238:8,19,23
  239:10,13,14
  240:22 241:13
  242:15 243:11
  243:15,19
  244:6,12,14,19
  244:25 245:5
  245:12 254:6
  254:11,13
  255:17,21
  257:12,15

308:2 395:11
  395:14 467:17
  467:20 538:3,6
  538:10,12,17
  538:18,20
  541:22 542:4,7
  542:11,14
  557:16,17
  562:7,10
  567:14 568:25
**reports** 125:20
  302:5 336:24
  337:16 338:15
  345:5 377:22
  392:5,6 418:3
  418:15,22
  419:4,25 420:6
  420:8 421:11
  449:14 522:18
**repossession**
  414:10
**represent**
  10:10
**representation**
  91:3
**representing**
  8:18,22
**republic**
  455:15,21
**reputable**
  154:16
**reputation**
  307:3

**request** 116:16
  122:6 246:14
  281:11 329:25
  349:21 484:2
**requested**
  53:20 85:10
  243:20 244:15
  278:6 281:7
  570:21
**requests** 43:3
  211:6
**require** 150:25
  157:17 176:7
**required** 10:19
  145:11 147:9
  152:16 205:12
  209:6 228:8
  333:16 405:21
  485:5 499:5
  515:18 573:13
**requirement**
  200:12 201:21
  206:15
**requirements**
  27:25 97:7
  199:12 202:11
  203:14,21
**resale** 251:24
**research** 37:22
**researching**
  39:7
**reserve** 115:18
  119:20 467:23
  468:4 561:22

564:4,11
  567:18,21
**reserved** 569:3
**reserves** 114:25
  115:6 116:2,6
**resign** 186:14
**resignation**
  56:4 109:3
  178:10
**resigned** 57:7,9
  57:10,10 178:8
  186:25
**resolution**
  246:9 463:25
**resolved**
  410:15
**resources**
  179:25 394:7
**respect** 54:25
  115:7,19 122:2
  135:2 152:12
  157:19,21,22
  194:22,25
  195:3,5 241:8
  304:2 306:25
  306:25 419:15
  518:5 522:4
  530:3 544:9
  545:24
**respectful**
  45:25,25 78:12
  83:24 132:19
  146:20 240:25
  242:19

**respectfully**
121:11,17
122:6 134:24
138:23 139:2,4
140:12 142:22
145:4 148:6
149:20,24
151:2,11,21
153:4,17
541:22
**respond** 281:22
281:24 348:22
511:19,21,22
**responded**
120:3 140:6,9
140:11 281:20
281:21,21
**responding**
395:5
**response** 27:24
157:22 278:17
278:19 279:4,5
447:18 501:25
**responsibility**
306:22 445:10
467:6 533:9
**responsible**
80:24 467:3
**responsive** 99:5
384:5
**rest** 331:22
396:5 473:14
**restated** 178:14

**restoration**
520:13
**restoring**
420:12 562:24
**restrain** 111:13
**restructuring**
96:11
**result** 348:7
551:20 561:24
**results** 368:15
**resume** 162:8
**resuming** 257:4
257:6
**retail** 425:8
**retire** 507:13
**retrieved**
374:20 376:9
377:4
**return** 113:12
113:16 248:7
463:23
**returned** 112:3
135:8 462:9
463:10
**reve** 388:17
**revenue** 405:3
471:6
**rever** 4:10
84:25 85:2
118:15 144:23
148:13 173:19
226:17 253:6
266:22 269:15
272:3 294:17

295:17 296:9
299:2 301:9
324:8,15
326:23 330:6
335:17 349:3
352:20,23
353:3,8,9
358:12 359:16
359:23 360:7,9
360:13,21,24
360:25 363:15
373:2 374:17
376:20,23
396:9,19
420:25 425:22
431:12 432:21
433:8,10,11
434:10,18
440:18 446:23
447:2 449:7
468:2 482:24
489:14 498:21
513:16 518:8
544:12 557:11
559:7,9
**rever's** 338:22
**review** 15:16
15:19 35:16
116:19 309:3
311:13 417:4
450:13 461:18
519:13 570:21
**reviewed** 45:17
366:9 459:3

**reviewing** 18:8
**reward** 164:11
164:11
**rewards** 163:20
**rewriting**
150:17
**ride** 277:22
**ridiculous**
310:19,19
349:20,24
352:16 473:2
**ridiculousness**
308:9 333:4
**right** 9:4,19
11:6,23 22:6,9
22:11 23:8
30:8 32:16
35:25 40:5
43:2 44:14,14
46:10 48:2,17
51:7 52:21
57:4,13 58:22
59:5,9 61:21
62:3 63:3,17
63:22,24 75:12
75:14,14,15
77:8 78:11,22
79:3,5 85:24
86:7 88:9,16
89:13 92:10
93:18 95:6
96:5,18 97:22
100:4 101:4,10
101:13 110:23

111:18 113:22
116:3,6 117:8
117:14 119:20
120:23 124:8
126:4,13
128:14 138:6
145:24,25
150:23 152:10
152:10 158:18
158:23 160:4
161:21 164:24
165:11 167:23
168:10 173:17
175:2 177:10
177:11,19,24
177:24 182:2
183:8,18
185:22 186:5,7
186:9,21,23
189:6,10,20
191:17 197:10
198:11,19
199:7 217:6,9
219:9 220:15
222:4,9 224:14
224:19,23
227:19 228:8
228:10 229:7
229:19,20,22
230:6 234:5
239:12,15
246:25 247:10
249:8 257:5,8
257:18 259:14

266:25 272:20
273:14 276:3
276:17 277:25
278:19,20
281:16,25
284:4 287:4
288:4 290:2
292:3 293:5,11
297:25 299:22
302:21 303:14
305:5,20
306:14 307:7
307:23 309:8
313:7 315:14
317:19,19
325:10,13
327:7 329:25
334:13 335:12
336:10 339:12
341:21 345:11
349:16 350:8
352:2 359:12
367:13 378:8
378:24 380:14
380:15 385:13
391:25 393:13
393:15 394:13
395:6,17
397:25 406:14
409:9 411:18
413:25 414:25
418:5 419:6
430:4 431:11
431:19 432:11

436:3 439:11
439:24 440:20
441:3,25
442:20 447:5
454:9 456:16
457:7 462:4,22
464:15 467:12
468:5 471:4,16
472:2 473:17
476:17 477:2
482:8 484:7,17
484:20 485:17
486:11,19
491:12,13,15
491:21,25
492:3 496:14
496:25 497:6
497:19 500:25
501:14,15,22
507:5 509:10
509:15 511:3
512:22 514:20
515:11 517:15
517:18 519:23
523:17 525:6
528:3 531:6
532:3 535:5
536:16 537:11
542:17 544:22
546:11 547:8
552:2 554:12
561:22 562:25
563:19,24
565:3,6,18,22

566:6,15 567:7
567:17,19
568:7,19
**rightfully**
293:23
**rights** 114:25
115:2,7,19
116:3 216:21
282:17 292:13
292:15 467:23
564:5,12
567:21 568:15
**rikers** 371:12
507:11
**risk** 341:9
356:14,18
363:12 436:2
**risks** 125:20
373:22
**rm** 396:9
**road** 9:24
71:22 358:9
427:18 559:6
560:6
**roadmap**
288:24 526:25
**robert** 289:11
293:20
**robust** 192:9
**rocker** 265:22
**rogue** 101:6
209:20,25
**role** 400:19
465:15,18

**roll** 102:25 103:3 106:9,9
**room** 160:8 165:22 210:8 538:25 541:20
**rotten** 252:21
**round** 333:15
**rounds** 280:3
**route** 351:24
**rover** 248:13 248:18 250:13 250:14 351:19 376:11 379:13 392:16 410:6 414:19 457:15 490:4 509:16 510:9 520:2
**rovers** 403:21 441:4,20 524:22 526:6
**rude** 188:5,6
**ruin** 371:17 427:16 507:9
**ruined** 122:14 122:15 446:3 451:6 483:20 561:13,13
**ruining** 310:13 406:24
**rule** 116:16,17 126:20 142:15 152:23
**ruled** 84:24 388:4

**rules** 8:5 116:17 126:15 126:16 136:2 167:9 285:12
**ruling** 75:15 436:4,5
**run** 240:7,10 425:13 491:21 491:25
**running** 218:19 453:16 463:4
**runs** 387:22
**rush** 137:7

**s**

**s** 2:1 3:1 4:5 5:1 5:11 6:2 9:21 9:22,22 291:4 291:5 396:24 572:3
**saban** 141:11
**sabbath** 254:24
**sad** 414:13
**safe** 342:8 363:21
**safety** 341:8
**sailed** 451:16
**sake** 232:21
**salary** 297:18 347:2
**sale** 153:12 222:15,16 343:24 402:25 404:16 405:15

412:5,23 413:10 421:5 457:19 479:8 509:2 518:16 518:18,24 530:16 531:3,8 531:9 533:16 534:7,11 543:4 546:4,23 548:13
**sales** 406:19 421:2 437:7 457:24 470:7 509:24 518:22
**sam** 25:22 123:20 385:24 396:23 405:24 407:3 433:23
**sanction** 159:8 159:11
**sand** 327:10 332:10,11 369:15
**sari** 313:23
**sat** 130:15 465:24
**saturday** 502:25 503:2
**savannah** 465:11
**saved** 342:7 355:21
**saw** 120:21 125:24,24

137:3 138:8 141:15 155:10 164:6 179:2,7 179:10 180:4 182:7 193:14 205:24 206:23 232:2 259:15 270:11 276:17 278:18 285:19 295:8 316:5 325:21 334:20 334:21 335:18 336:9,11 337:7 337:8,13,21 341:3 346:9 349:6 351:20 351:24 416:4 457:3 458:6 529:6 549:6
**saying** 26:19 100:18 122:24 132:12 186:16 187:10,14 192:13 200:18 216:18 278:4 290:9 292:6 295:25 315:13 317:15 319:9 325:13 348:20 350:16 358:18 368:3 380:8 383:2 388:4 407:21 457:9 461:23 485:18

492:21 502:14
504:22 516:18
526:2

**says** 20:24 29:9
30:23 37:24
58:4 91:4,24
92:2 93:2 94:4
95:3 96:10
97:15,17,25
98:8,14 101:15
103:18 105:11
105:12 109:16
113:4 129:8
154:7 170:15
170:20 171:23
172:9,13
174:17 175:20
177:17,21,25
183:13,15
186:5,7 189:18
189:20 190:2
206:2 208:8
211:25 227:21
228:3 233:16
263:24 268:3
275:14,23
277:23 279:6
279:13 280:11
280:18,24
281:25,25
291:11,12,20
293:6,14
314:13 315:8
317:7 338:4

339:6,6 352:4
352:5 367:14
370:21 393:17
400:23 426:11
439:14 442:11
442:18 488:7
495:11,12,16
495:17,17,18
496:5,16,19,21
498:7,12
502:17 505:7
511:3 544:9
554:6 559:6

**scale** 422:20
**scare** 433:17,22
**scared** 124:11
376:3 383:21
383:23 390:11
390:12,13
434:5

**scary** 344:18
**scattered** 457:2
**scavenger**
376:15

**scenario** 521:2
**scenes** 101:20
265:25 284:11
305:9

**schedule** 4:8
16:24 28:16
29:14 55:5,7
55:10 60:11,13
60:18,20
484:14,14,18

486:8,13
502:25

**scheduled**
115:6

**schedules** 21:2
21:8 55:2,17
118:17 349:16
350:4 445:5
449:10 475:6
484:22,24
485:3,7,24
559:13,20

**scheduling**
160:16 162:14

**scheme** 555:16
**schmuck** 27:15
27:16

**school** 388:2
510:3

**schwart** 511:25
**schwarts** 283:2
517:18

**schwartz** 2:19
2:20 4:3,14,17
8:14,15,15
10:8,10 12:21
14:4 17:13
18:20 19:3
24:14,24 25:25
26:2,3,5,8,19
28:5,9 30:20
31:8 32:21,23
37:11 41:23
42:3,8,14,18

43:12 44:2,22
49:17,21,24
50:4 51:11,24
52:17 53:8,11
53:15,21 54:2
54:5,9,11
55:15 65:21
69:18 71:6,13
71:16 72:3
74:14 75:9,22
75:25 76:2,3
76:11,17,24
77:3,6,10,12,14
77:16,21 78:2
78:25 79:15,20
80:9,23 81:2,6
81:11,13,19,22
82:3,7,10
84:17 85:17,19
85:21 87:5,10
88:8,12,15
89:22 92:24
97:11,16,25
98:8,11,14
99:2,5,17,20
109:18,20,22
110:2,6,11,17
110:25 111:17
111:24 112:13
112:15 113:22
114:24 115:24
116:10,20
117:13,15,16
117:19,23,24

121:3 122:20
123:13,15,18
124:22 126:11
127:3,5,7
147:17,19
154:2,7,18
155:14 156:4
162:25 166:11
166:17 167:11
168:3,18 169:2
169:6,8 174:3
177:11,16
190:11,15,19
190:23 191:2,5
191:14 212:21
212:25 213:9
213:11,16,19
213:23 214:4,8
214:12,16
215:2 222:23
232:6,14 234:8
236:8,9,15,18
237:9,10,12,15
237:17,18
238:5,9,12,15
239:18,21,24
240:3,6,9,12,15
240:17,19,24
241:2,6,9,14,18
241:22 242:2,4
242:7,8,11,14
242:22 243:2
244:21 245:13
248:12 254:11

254:15,21
255:4,14 256:7
256:17 257:7,9
257:11,17
293:14 296:23
297:22 304:16
304:22 326:20
328:22 361:23
364:22 369:2
378:17 380:15
385:22 387:10
390:5 391:11
395:9,16 407:2
415:24 417:18
418:23 419:10
419:17,23
420:3,11
431:25 432:17
432:24 433:7
434:7,9 436:8
437:15 444:15
446:13,16,20
447:2,9,16,22
448:6,9,11,12
448:13,16
458:12 460:22
461:8 467:10
467:16,22
468:7,9,12,15
468:18 484:8
486:15,19,21
486:24 487:4,5
487:21 490:24
491:7,10

505:19 512:2,9
513:21 539:4
539:12 560:20
562:2,18 564:3
564:7,14,19,24
565:4,11,17,21
566:4,7,13,19
566:22 567:2
567:18 568:9
568:18,21
**scope** 71:24
74:22 84:20
85:9,17 144:20
**scott** 392:20
**scrap** 531:20
**scratch** 403:12
404:2 410:20
422:22 427:4
**screaming**
323:11 381:20
**screen** 16:16
114:16 250:9
326:12,15
486:23,25
487:2 494:11
495:4 513:13
517:24 532:21
544:9 546:6,7
553:2
**screwdriver**
424:19 430:11
**screwed** 141:17
483:15

**screws** 426:11
**scroll** 17:2,3
18:15 36:6
90:4 105:11
169:19 259:7
396:2,5 513:13
546:24
**scrolled** 17:7
537:24
**scum** 27:16
61:21 77:17
80:18 81:3
**scumbag** 25:9
25:18 302:16
302:17
**se** 217:21
**sean** 3:3 229:7
302:23,25
303:3 506:17
**season** 345:15
**seat** 303:4
493:3
**sec** 124:5
**second** 4:16
44:4 170:25
172:6 174:6
195:15 210:18
227:25 244:24
293:9 318:13
332:25 333:8
333:11,14
357:9 396:3
494:12,14,14
494:21 495:3

528:16,23
544:6
**secret** 403:6
**secretly** 340:23
**section** 57:13
96:10 174:18
178:15 185:25
186:2 258:7
366:18,18
442:23
**sections** 104:3
277:18
**seddio** 22:16
25:22 44:19
47:3 76:7
77:19 79:24
80:25 81:4,9,9
81:21,24,25
82:2,6 107:15
123:19 147:24
271:21 274:4
282:19 284:11
293:12,14
308:16 383:23
385:23 386:11
388:21,22
390:10 391:4
394:21,25
565:10
**seddio's** 266:14
313:17
**see** 16:17,21,24
20:7,11,12,13
23:12 28:20,22

28:24 29:2,4,6
29:7,9,10,13
30:16 31:2,9
33:4 50:24
51:3,4 55:19
55:20 61:10,14
80:15 88:20,23
89:17,23,25
90:21 91:4,18
92:14,20 94:7
96:12,14,15
98:4 105:18
113:16 115:20
131:4 132:24
132:25 134:15
134:17 145:9
145:18,24
146:3,23 156:5
156:12 169:14
169:23,24
171:8,19
172:11,15
174:6,19 175:7
175:13,15
180:6 183:17
185:19 202:20
205:5 211:18
211:25 212:6
217:18 225:3
230:5 233:11
235:21 243:24
256:4 258:8
259:10,11,17
260:14 268:3

275:19,20
277:12 278:3
278:12,14,16
279:5 280:17
280:24 281:14
281:18 291:11
291:18 292:2
296:21 297:12
297:15 299:4,8
305:10 313:14
313:25 314:7
314:10,11,17
324:10 326:16
334:24 339:18
340:17,25
346:16 347:4
354:4 357:18
357:22 358:10
358:18,19
359:11 361:25
362:24 387:5
387:25 395:20
395:24 396:3
400:12 406:20
408:2 412:8
414:12,20
455:12 457:21
460:16 463:22
487:24 488:9
495:5 498:14
511:3,17
512:23,25
513:4,4 533:3
533:4,8 534:15

543:9 546:21
553:23
**seeing** 260:19
325:9 543:23
**seek** 473:25
545:8
**seeks** 115:3
**seem** 78:15
190:4 212:16
269:3 327:6
526:14
**seemed** 117:21
372:11
**seems** 330:12
337:4 499:5
**seen** 62:17
141:5,5 142:5
142:7 145:5
149:5 158:15
158:20 165:3
173:9 187:15
188:8,9 207:7
207:7 257:25
260:6,9 261:16
262:16 482:6
**segregate**
356:18
**self** 58:3 171:6
171:24 307:19
307:20 371:18
499:10
**sell** 217:25
219:9 222:5
269:12 343:25

372:16 401:11 404:11 421:3 441:21 471:12 492:4 555:3

**seller** 490:10 521:17

**selling** 221:25 276:18 397:20

**send** 132:5,10 136:4 143:7 271:14 328:23 376:7 437:25

**sending** 243:23 392:17

**senior** 382:6 510:3

**sense** 149:4 187:2 266:3,6 269:5,6 289:3 290:14,15 291:25 298:3 308:10,11,18 311:20 385:2,5 385:8,9 388:10 394:7,10,11 490:14 502:12 513:18 536:20 554:24

**sent** 114:7 194:8 200:9,12 200:15,17 205:23 220:3 224:4 225:6,11 225:12 243:25

243:25 278:14 288:8 329:21 330:22 342:13 379:19 409:14 409:16 481:15 481:15 499:24 501:20 522:20 530:16

**separate** 101:25,25 191:21 220:14 230:20 353:3 485:6 499:4 521:8,15

**separated** 514:7

**series** 38:24

**serious** 122:17 123:5,24 124:8 134:8 320:14 330:16,24 435:25 557:8

**seriously** 307:15 329:14 329:15 550:24

**serve** 160:22 161:14

**service** 356:15 403:9,9,16

**serviced** 476:24

**set** 10:5 59:12 178:10 253:4 377:14 398:4 496:24

**settle** 222:18 223:6,8,10 225:2,25 226:4 226:4 228:21 232:4 234:19 246:6

**settled** 38:15 171:6

**settlement** 220:20 223:12 225:21 226:16 228:3 230:6,24 231:19,22,23 245:25

**settling** 225:18

**seven** 166:14 166:20,23 167:7,7 369:19 405:18 475:15 489:12 498:16 541:25

**seventh** 374:25 381:15 393:4

**several** 258:21 258:22 260:9 264:17 431:13 467:24

**shaft** 347:16

**shaking** 70:14

**shame** 357:2,3 357:4 435:16 493:12

**shape** 342:6

**share** 16:15 67:20 88:21,22 114:14,15 116:24 120:20 167:15 191:24 287:18 390:12 390:14 416:18 459:11 462:3 470:3 508:6 512:15 513:2 531:16

**shared** 43:16 43:18 45:17 66:4 67:15 180:15 181:10 181:14 182:11 182:15 183:2 287:18 470:4,6 470:7 501:23 509:6 520:23

**shares** 33:12 56:15,18 57:4 58:20 59:9,20 62:20,23,24 173:3 183:22 183:25 184:2 188:24

**sharing** 246:20 416:9 512:5

**shebang** 130:19 274:5 282:19 308:17

**sheet** 485:6

sheriff 314:15 314:20 318:24 370:24

sheriff's 272:9 272:25 288:15 301:17,23 302:7 321:13 382:2,8,14

sherrif's 382:10

shift 186:16

shifted 150:17

ship 451:15

shipping 458:3 458:7

shirley 374:22

shit 77:17 106:6 460:6 508:22 554:19 563:13,15

shock 337:15 384:25

shocked 400:12 511:24

shocking 481:22

shook 380:5

shop 251:8 340:10 374:22 435:12 473:5,6 473:13,13 501:11,19

short 95:8 192:7 295:19

365:3,5,8 374:3 460:2,3 460:3 467:11

shorted 411:16

shorter 465:20

shortly 94:22 297:16 475:7

should've 520:4

show 16:13 40:19 74:24 88:17 93:21 137:10 169:9 169:18 174:4 211:16 221:16 221:17 230:23 240:7,11 257:19 259:23 264:9 275:9 293:8 296:15 296:18 298:6 318:3,7 357:7 360:17 361:4 395:18 436:9 439:2 456:10 456:11 467:23 501:20 517:9 517:10 533:19 533:22 540:21 560:2

showed 86:4 312:4 375:10 393:21 437:17 441:17 540:7,9

showing 129:15 129:17 290:20 290:23 291:2 481:25

shown 158:20

shows 97:18 408:21 459:8 463:18 477:7 478:20 490:10 527:2

shunned 343:6

shut 76:3 127:13 206:8 264:12 269:19 408:12,16,19 443:21 444:21 445:18 450:7 541:9

siblings 501:16

sic 114:18

side 56:25 57:2 130:7 150:20 255:15 427:17 478:3

side's 152:19

sidecar 400:25

sided 73:20

sidelines 278:24 413:6

sign 38:14 94:20 96:5 101:16 109:17 203:4,6 204:23 206:16,19

211:12 217:8 317:25

signature 18:6 20:16,18,19,21 20:23 90:22 93:12 114:19 170:10,11 174:21,23 175:9 569:3 570:16 571:13

signatures 203:12 298:19

signed 18:6 21:15,19 22:2 22:5 23:6 24:15 26:9 28:11 37:20 38:6,19,21 39:21,25 40:3 40:9,10 91:20 92:16,22 93:11 170:21 198:22 200:7 203:10 210:21 221:17 223:25 230:6 233:25 234:15 235:15 236:21 236:22 239:9 316:23 318:4 356:6 466:8 490:8,11,13 515:21

significant 235:17 378:18

| | | | |
|---|---|---|---|
| 422:17 424:10 | **similarly** 167:2 | 38:1,3 39:1 | 95:1 96:1,8 |
| 471:3 473:19 | **simple** 23:4 | 40:1,19 41:1 | 97:1,18 98:1 |
| **signs** 221:18 | 39:17 84:3 | 41:24 42:1,14 | 98:12,22 99:1 |
| 535:11 | 181:24 189:16 | 43:1,14,21 | 99:17,18 100:1 |
| **silly** 12:14 | 189:17 190:24 | 44:1 45:1,5 | 101:1,17 102:1 |
| 249:10 319:22 | 242:23 425:17 | 46:1,8,17,20 | 102:18,23 |
| **silver** 337:23 | 446:10 449:25 | 47:1,8,10,20,24 | 103:1,2,5 |
| 338:8 377:16 | 450:24 492:10 | 48:1 49:1,17 | 104:1,11,18,22 |
| **simco** 4:24 29:9 | **simply** 42:15 | 50:1,20,23 | 104:24 105:1 |
| 56:8,19 58:16 | 196:15 202:14 | 51:1,11 52:1 | 105:20,23 |
| 59:17 60:14 | **simpson** 1:4,12 | 52:18,25 53:1 | 106:1,2,4,11,11 |
| 62:9 63:14 | 2:2 4:13,17,24 | 54:1,12 55:1 | 106:12,14 |
| 66:2 68:7 | 5:14 7:1,9,10 | 55:16 56:1,6,8 | 107:1 108:1 |
| 74:20 86:14 | 8:1,22 9:1,3,7 | 57:1 58:1 59:1 | 109:1,18,22 |
| 94:6 118:16 | 9:13,15,22 | 60:1,6,10 61:1 | 110:1,11,17,19 |
| 125:11 171:17 | 10:1,3,9 11:1 | 61:15 62:1 | 111:1,25 112:1 |
| 172:20 173:2 | 11:15,23 12:1 | 63:1,11 64:1 | 112:8,14,23 |
| 178:20 179:4,5 | 12:13,17,24 | 65:1 66:1 67:1 | 113:1,10,11,16 |
| 180:16,17,19 | 13:1 14:1 15:1 | 68:1 69:1 70:1 | 113:24 114:1,4 |
| 181:5,7,9 | 16:1,13 17:1 | 71:1,13 72:1,4 | 114:18,20 |
| 182:7,25 | 17:17 18:1 | 73:1 74:1 75:1 | 115:1,4,17 |
| 184:10,21 | 19:1,2,8,15,16 | 75:23 76:1,11 | 116:1,4,9 |
| 185:9 187:12 | 20:1,5 21:1,22 | 76:19,24 77:1 | 117:1 118:1,6 |
| 188:16,17,25 | 22:1,6,13,19 | 78:1,5 79:1,15 | 118:9,10,20,24 |
| 192:17 193:25 | 23:1,4 24:1,15 | 80:1,9,23 81:1 | 119:1,9 120:1 |
| 195:21 297:3 | 24:19 25:1 | 81:11,13,14 | 121:1 122:1,9 |
| 458:13,20 | 26:1 27:1 28:1 | 82:1,4,7 83:1 | 123:1 124:1 |
| 460:17 | 28:5,12,15 | 84:1 85:1,11 | 125:1,16 126:1 |
| **simco's** 55:24 | 29:1,10 30:1 | 86:1 87:1,5 | 126:10 127:1 |
| **similar** 171:6 | 30:21 31:1 | 88:1,8,16,24 | 127:21 128:1,4 |
| 171:25 172:7 | 32:1,21 33:1 | 89:1 90:1,21 | 128:15,17 |
| 187:16 338:10 | 33:20 34:1 | 91:1,5 92:1 | 129:1 130:1,4 |
| 420:22 | 35:1,22 36:1 | 93:1,3,20 94:1 | 131:1,3,6 |
| | 36:12 37:1 | 94:6,15,20 | 132:1,18 133:1 |

| | | | |
|---|---|---|---|
| 134:1,13,20,23 | 181:1 182:1,6 | 238:12 239:1 | 295:1 296:1 |
| 135:1 136:1 | 183:1,13 184:1 | 239:21,22,24 | 297:1,2 298:1 |
| 137:1,13,16 | 185:1,4,9 | 239:25 240:1,3 | 298:4,6 299:1 |
| 138:1 139:1,5 | 186:1,20 187:1 | 240:6,9 241:1 | 300:1 301:1 |
| 139:13 140:1 | 187:6 188:1,3 | 241:3,11 242:1 | 302:1 303:1 |
| 141:1,23 142:1 | 189:1 190:1,11 | 242:2,4 243:1 | 304:1 305:1 |
| 142:3,6,12,16 | 191:1,19 192:1 | 243:3,9 244:1 | 306:1 307:1 |
| 143:1 144:1,13 | 192:16 193:1 | 245:1,14 246:1 | 308:1 309:1 |
| 144:22 145:1 | 194:1,19,21,24 | 247:1 248:1,13 | 310:1 311:1 |
| 146:1,2,5,8 | 195:1,11,18,20 | 249:1 250:1 | 312:1 313:1,11 |
| 147:1 148:1,3 | 195:23 196:1,7 | 251:1 252:1 | 314:1,6,14 |
| 149:1,16,17,23 | 197:1,3 198:1 | 253:1 254:1,4 | 315:1,9 316:1 |
| 150:1,9,24 | 199:1,18 200:1 | 254:17 255:1 | 317:1 318:1 |
| 151:1,8,20 | 201:1 202:1 | 256:1 257:1,18 | 319:1,8 320:1 |
| 152:1,2 153:1 | 203:1 204:1 | 258:1 259:1 | 321:1 322:1 |
| 154:1 155:1,2 | 205:1,22,23 | 260:1,17 261:1 | 323:1 324:1 |
| 155:6 156:1,24 | 206:1,17 207:1 | 262:1 263:1 | 325:1 326:1,11 |
| 157:1,2,5,9,23 | 208:1 209:1 | 264:1 265:1 | 327:1 328:1 |
| 158:1,22 159:1 | 210:1 211:1 | 266:1 267:1 | 329:1,10 330:1 |
| 159:8 160:1 | 212:1 213:1,9 | 268:1,17 269:1 | 331:1 332:1,15 |
| 161:1 162:1 | 214:1,5,13 | 269:25 270:1 | 333:1 334:1 |
| 163:1,3,8,11,21 | 215:1,4 216:1 | 271:1 272:1 | 335:1,16 336:1 |
| 164:1,12,15,20 | 217:1,16 218:1 | 273:1,4 274:1 | 337:1 338:1 |
| 164:21,24 | 219:1 220:1 | 275:1,10,12 | 339:1 340:1 |
| 165:1,8 166:1 | 221:1 222:1 | 276:1 277:1,24 | 341:1 342:1 |
| 166:15 167:1 | 223:1 224:1,11 | 278:1 279:1,5 | 343:1 344:1 |
| 168:1,4 169:1 | 225:1 226:1 | 280:1,7,25 | 345:1 346:1 |
| 169:4,9 170:1 | 227:1,2 228:1 | 281:1 282:1 | 347:1 348:1 |
| 171:1 172:1,17 | 229:1 230:1 | 283:1 284:1 | 349:1 350:1 |
| 173:1,15 174:1 | 231:1,16 232:1 | 285:1 286:1 | 351:1 352:1 |
| 175:1 176:1,23 | 232:10,12 | 287:1 288:1 | 353:1 354:1 |
| 177:1,22 178:1 | 233:1,16 234:1 | 289:1 290:1 | 355:1 356:1 |
| 178:17,19 | 235:1 236:1 | 291:1 292:1 | 357:1,8,23 |
| 179:1 180:1 | 237:1,20 238:1 | 293:1 294:1 | 358:1 359:1 |

| | | | |
|---|---|---|---|
| 360:1 361:1 | 426:1,14 427:1 | 487:1,9 488:1 | 545:3,4,6,13 |
| 362:1 363:1 | 428:1 429:1,17 | 489:1 490:1,23 | 546:1 547:1 |
| 364:1 365:1 | 430:1 431:1 | 491:1 492:1 | 548:1,10 549:1 |
| 366:1 367:1,6 | 432:1,25 433:1 | 493:1,11 494:1 | 549:20 550:1 |
| 368:1 369:1,3 | 434:1 435:1 | 495:1 496:1 | 551:1 552:1 |
| 370:1 371:1 | 436:1,9 437:1 | 497:1 498:1 | 553:1,25 554:1 |
| 372:1,14 373:1 | 438:1 439:1,2 | 499:1 500:1 | 555:1 556:1 |
| 374:1 375:1 | 440:1,11 441:1 | 501:1,6 502:1 | 557:1 558:1 |
| 376:1 377:1 | 442:1,17,24 | 503:1 504:1,16 | 559:1 560:1 |
| 378:1 379:1 | 443:1,19 444:1 | 504:22 505:1 | 561:1,21 562:1 |
| 380:1 381:1 | 445:1,17 446:1 | 505:22 506:1 | 562:16 563:1 |
| 382:1,7 383:1 | 447:1 448:1,6 | 506:10 507:1 | 564:1 565:1,5 |
| 384:1 385:1 | 448:9,11,13,15 | 508:1 509:1 | 566:1 567:1 |
| 386:1 387:1 | 449:1 450:1 | 510:1 511:1,7 | 568:1 569:1 |
| 388:1 389:1 | 451:1 452:1 | 512:1 513:1 | 572:1,2,24 |
| 390:1,15 391:1 | 453:1,21,23 | 514:1 515:1 | 573:1,2,4,12 |
| 392:1 393:1 | 454:1,4 455:1 | 516:1,3 517:1 | **simpson's** 5:6 |
| 394:1,23 395:1 | 455:8 456:1 | 517:22 518:1,9 | 84:21 112:6 |
| 395:4,17 396:1 | 457:1 458:1,12 | 519:1,12 520:1 | 113:25 115:8 |
| 397:1 398:1 | 459:1 460:1,17 | 520:8 521:1 | 115:10 118:13 |
| 399:1 400:1 | 461:1 462:1,12 | 522:1 523:1 | 119:5,21 120:8 |
| 401:1 402:1 | 463:1 464:1 | 524:1 525:1 | 121:4,18 |
| 403:1 404:1 | 465:1 466:1 | 526:1 527:1,20 | 163:12,14,17 |
| 405:1 406:1 | 467:1,10 468:1 | 528:1 529:1 | 310:6 432:15 |
| 407:1 408:1 | 468:4,21 469:1 | 530:1 531:1 | 509:18 518:8 |
| 409:1 410:1 | 469:2,3 470:1 | 532:1,15 533:1 | 544:16 |
| 411:1 412:1 | 471:1 472:1 | 533:2,12 534:1 | **simpsons** |
| 413:1 414:1 | 473:1 474:1,25 | 535:1,16 536:1 | 149:24 198:15 |
| 415:1 416:1 | 475:1 476:1 | 536:6 537:1,21 | **single** 39:17 |
| 417:1 418:1 | 477:1 478:1 | 537:22 538:1,8 | 109:7,9 133:21 |
| 419:1,17,18 | 479:1 480:1 | 539:1,18 540:1 | 156:3 215:13 |
| 420:1,3 421:1 | 481:1,9 482:1 | 541:1,10,17 | 215:13 320:2 |
| 422:1,9 423:1 | 483:1 484:1 | 542:1 543:1,7 | 324:3 327:10 |
| 424:1 425:1 | 485:1 486:1,16 | 544:1,12 545:1 | 367:11 370:3 |

414:20 421:3
**sir** 196:18
245:2,4 313:9
466:4 538:17
**sister** 501:21,21
**sit** 73:10,15
132:21,23
146:16 152:20
159:23 166:7
167:6 195:8
278:24 287:25
428:2
**site** 161:22
324:2 341:7
342:24 346:13
373:18 531:3
**sitting** 67:23
68:2,4 69:9
163:5 379:17
381:24 392:23
428:18 490:3
519:23 521:24
**situation** 73:20
163:23 164:3
340:18 346:12
349:9
**six** 154:12
229:9,14
253:14 335:10
367:18 369:18
404:24 405:4,5
483:23
**sizable** 426:25

**size** 422:20
425:22
**skeptical** 375:2
**skills** 570:9
571:6
**slang** 497:13
**slightest** 154:17
**slip** 225:13
509:22
**slipped** 310:10
512:16
**slips** 509:23
**slow** 247:2
309:20
**slowly** 17:4
18:15 90:4
**small** 430:22
472:24 480:8
**smaller** 424:23
**smart** 86:21
552:22
**smarter** 464:9
464:9
**smartest**
436:13
**smell** 380:13
**smells** 380:15
**snap** 426:9,14
475:18 479:10
494:22 495:5
495:11,12
496:5,19 498:7
501:8,10,19
502:2 503:9

505:2
**sneak** 535:9
**snuck** 318:6
535:6,8
**sold** 135:8
222:10,10
252:2,4 276:20
343:19 347:19
359:13,17
397:23 398:2
400:14,15
401:7,9 404:13
408:3 410:21
412:3,4,21
413:22 421:8
471:14 477:15
518:12,14
534:10 555:6
**sole** 39:18
40:20
**solicit** 328:20
436:12,19
**solid** 253:13
**solmy** 229:6
**solomon** 1:4
2:2 7:10 9:21
**solution** 144:10
**solve** 138:24
139:3 207:2
225:22 381:9
**solved** 381:12
**somebody**
38:20 62:2
155:15 328:17

415:14 432:14
492:12
**someday** 307:4
**someone's**
136:18 236:11
307:4,9 507:9
**someplace**
336:23
**something's**
322:6
**somewhat**
206:22
**son** 351:23
489:24 490:17
**son's** 359:10,12
**soon** 22:22
30:15 87:17
206:23 235:21
307:4
**sorry** 27:6
29:18,25,25
31:14,18 32:20
49:16 51:7
68:9,10,10,10
70:2,6,6 71:11
74:23 75:6
82:17 83:21
88:22 122:11
125:5 126:14
127:2,16 131:5
132:22 139:8
140:25 147:24
154:5 169:7
171:9 173:19

199:5 205:16
206:17 237:6
243:21 244:8
245:2,7 248:17
250:12 254:7
259:3 317:18
317:18,19
319:13 367:20
373:4 413:23
432:25 464:8
494:14,15,17
494:19 495:2
495:17 499:22
530:24 546:7
546:11 562:12
562:13 568:2
**sort** 151:23
208:16 250:25
251:5 259:16
270:4 320:15
321:2 356:15
374:12 375:22
398:7 401:5
404:8 412:22
415:9,11
470:11 472:3
497:13 515:25
526:8
**sorts** 83:18
119:7 464:21
**sought** 399:16
**sounds** 187:9
386:16

**soup** 404:4
**sour** 94:21
95:25 96:3
101:16
**source** 364:19
**sources** 444:25
473:24 474:2
**soured** 211:13
**south** 379:16
380:18
**southampton**
272:11 288:16
315:13,17
317:11 370:24
375:24 383:16
383:19 384:4
385:10,13
386:17 391:15
393:9
**southard** 3:3,4
3:8
**southard's**
287:20 302:23
302:25 303:3
**southern** 1:2
143:24 387:2
**space** 416:24
**span** 18:21
**speak** 15:12
16:6 120:25
154:19 163:2
206:14 335:12
344:11 355:5
432:4 433:14

443:17 444:4
566:25
**speaking** 76:20
117:22 212:20
264:18 269:25
434:23 435:4
**speaks** 436:16
**spec** 404:6
410:23
**special** 380:3
427:24
**specialize**
347:7
**specialized**
403:21
**specific** 20:2
31:17 37:24
43:14,15 44:11
49:24 57:5
68:23 74:13,16
78:10,18 83:14
90:10 174:17
193:4 194:17
260:13 261:8
262:9 366:11
420:2,9 423:6
427:20,20
429:19,22,24
442:19,21
453:4 464:19
464:22 469:18
483:25 484:2
550:14

**specifically**
15:18 40:18
43:20 74:16
232:10 295:16
360:19 442:22
450:12 457:6
474:6
**specifics** 90:15
182:22 197:9
207:21 461:20
**specs** 407:15
**speech** 188:5
328:18 330:3
**speeding** 138:3
**spellings** 10:4
**spencer** 378:21
379:21,22
394:8
**spend** 481:2
493:20
**spending**
479:11
**spent** 16:9
29:25 129:14
158:16 228:21
420:9
**spin** 268:14
**split** 411:19
**spoke** 123:2
131:2 220:21
266:4 276:13
276:25 277:3,7
301:15 303:17
335:10 336:19

336:20 352:15
403:3 411:6
462:25 463:7
**spoken** 139:12
139:14 141:8
201:2
**spook** 435:13
**spooked** 355:4
**spot** 355:25
379:17,23
380:10,21
392:23 440:19
**spread** 561:2
**spreadsheet**
41:11 95:3
208:18 268:7
498:14
**spreadsheets**
497:4
**sprei** 25:22
44:20 47:4
77:19 123:20
271:20 274:5
389:15 391:5
**sprei's** 385:24
**spring** 250:12
250:16
**staff** 34:21
66:19 180:2
249:20 267:9
270:13 336:7
397:4 413:5
463:13

**staffing** 300:19
**stages** 56:11
**stake** 290:21
**stalk** 357:21
**stalking** 357:16
357:19,20
361:8,10
**stamped**
291:11
**stand** 14:6,22
283:7 288:9
293:7 343:11
497:22
**standards**
31:22
**standing** 19:23
**stands** 64:3
**start** 19:15
20:4 22:15
90:9 160:3
227:10,10
306:19 333:2
344:17 345:19
346:4 357:17
362:12 382:11
427:4 435:20
484:5 493:8
521:4 528:12
528:12
**started** 9:14
38:12 39:2
179:22 209:19
250:5,8 301:13
305:23 352:25

440:12 441:3
465:12 489:25
**starting** 150:18
228:11 389:25
**starts** 28:24
367:15 494:22
518:2
**state** 7:18 9:16
13:23 33:15
84:17 89:7
91:25 94:2
97:12 111:25
122:19 123:10
123:22 124:14
124:24,25
126:8,9 140:2
141:19 142:20
150:2,7,21
156:14 163:6
191:18 192:15
200:15 201:23
202:5 205:18
205:19 221:13
250:17 261:3
262:22 274:14
285:18 288:11
305:22 311:16
314:5 333:25
371:19 385:18
385:20 399:22
404:22 510:20
514:25 543:2
543:10 554:12
554:14,15,17

555:7 556:9,24
557:3 558:14
558:17 563:9
563:12 570:19
**stated** 36:13
180:23 183:21
239:5 245:17
**statement** 4:19
35:9 36:22
37:6,15 54:24
56:5 169:12
170:16 175:18
176:3,9,15,23
180:25 248:9
248:21 281:8
281:11 372:21
398:5 449:3
457:14 461:17
461:20 492:13
**statements**
34:19 36:18
46:21 118:14
238:25 239:3
296:20,21
343:4 372:22
448:18,21,22
448:25 449:22
454:18 456:8
458:14,21,22
464:6 479:2
**staten** 338:2
**states** 1:1 93:4
112:16,17,19
112:23 508:11

508:13
**status** 287:25
  511:5
**stay** 87:20
  545:5,7,9
  566:23 567:8,8
**stays** 504:16
**steal** 264:10
  294:14 297:11
  336:21 339:8
**stealing** 42:9
  129:18 236:4,5
  236:11,12
  297:4 308:14
  372:8,9
**steamroll**
  408:22
**stenographic**
  8:7
**step** 181:9
  186:4 243:22
  313:12 379:24
  402:22 560:14
**stepper** 181:25
**steve** 221:14
  473:20
**steven** 90:22,25
**stevens** 3:4
**stick** 389:25
**sticker** 514:15
**stint** 317:21
**stipulation** 8:9
**stole** 58:4 61:17
  61:20 133:7

151:25 152:4
181:16 210:10
215:23,25
217:14 227:17
227:24 236:7
270:19,20
307:21 308:12
336:18 338:11
338:19 339:7
339:10 340:14
374:19 392:18
432:8 433:3
441:20 461:9
472:21 541:6
**stolen** 52:23
  289:2 331:6
  335:22 336:17
  337:14,24
  339:25 340:6
  351:17 377:16
  378:8 380:8,20
  380:20 391:17
  393:8,22
  426:17
**stone** 198:9
**stood** 231:15
  295:9
**stop** 23:18,18
  23:21,23 25:4
  25:6,20,24
  27:17,21 48:12
  48:12,12,16
  50:10 51:22
  64:21,21 72:15

72:18 77:4
81:2,6,19,22
82:3,10 87:6
98:14 108:4,7
108:7 119:8,10
131:12,15
152:18 163:16
213:7 222:15
222:15 226:13
240:3,9,12,12
240:15 254:25
255:5 307:5
443:13,17
444:2,3 453:16
454:6,7 500:8
512:5 538:21
538:22 545:9
566:2,12,13,20
**stopped** 229:10
  514:8 515:15
  515:17,19
  516:8 534:22
**stops** 228:22
**storage** 415:10
  416:16,24
  425:10 427:7
**stored** 359:4
**stories** 462:17
**stormed** 118:25
**story** 339:4
  356:9
**straightforward**
  238:6 453:12

**street** 3:6 68:11
  68:20 70:9
  82:14 157:24
  276:15 316:4,7
  325:8,22
**stretch** 354:3
**stricken** 72:8
**strike** 41:24,25
  46:4 99:3
  119:20 159:5
  190:12 212:22
  213:3 413:24
**strikes** 46:4
  72:23
**striking** 152:23
  185:12
**strip** 43:6
**strong** 46:9
  394:21
**strongest**
  121:19
**structure** 38:18
  39:15 69:2
  86:4,9,21
  144:23 366:13
**structures**
  39:14
**structuring**
  70:12 71:2
  74:6 75:19
  78:22 144:19
**struggled**
  202:16

study 174:13
studying 37:19
  38:16
stuff 129:18
  132:13 204:19
  248:6 263:16
  266:15 274:25
  275:4 277:17
  298:23 305:23
  310:11 312:19
  313:3,19 328:9
  331:10,11
  336:25 337:2,6
  345:11 348:21
  350:16 351:5
  360:4 363:10
  365:22 374:16
  374:19,21
  375:8,20 376:9
  377:12 378:7
  381:7,12 385:2
  393:20 396:14
  397:12 400:5
  409:23 422:25
  428:18,19
  429:6 431:8
  440:14,24,25
  441:8,12,18
  452:11 454:22
  454:24 456:22
  463:5 465:21
  466:12 471:5,7
  472:5,10,13,14
  477:16 480:16

480:22 483:16
488:19 489:4
492:14 493:19
497:8 498:22
502:24 503:20
523:11 547:23
554:22 563:4
stuff's 470:19
stupid 124:4
  297:7 345:21
  345:22 358:15
  389:19 500:23
  558:18
subject 99:22
  185:23,24,24
  220:20 275:14
  291:15 563:2
subjects 78:7
submit 161:17
submitted
  132:3 439:6
  450:17,23
  454:19 456:2
subpoena
  433:16 438:3
  438:24,24
subpoenaed
  438:12
subscribed
  573:14
substance
  270:23 374:7
  423:10 424:21
  430:25 431:2

549:13 568:4,5
substantial
  427:2 428:16
  428:20,21
subtle 123:8
success 408:23
successful
  137:23 141:3
  151:14 229:11
  286:20 346:22
  472:22 506:5
sue 380:23
  383:14
sued 387:14,17
  520:14,16,24
  521:2 550:16
  551:20
suffering 124:9
  124:18
sufficient 144:9
suffolk 272:8,9
  337:2 374:25
  381:16 385:13
  393:4
suggest 182:4
  264:13 349:19
  371:11 434:16
suggested
  252:8,24
  258:14 319:3
  392:19 420:8
  421:10 492:11
suggesting
  318:10 321:18

suite 2:13
sum 96:15,17
  96:24 367:17
  480:13
summary 21:2
  21:8
summer 250:4
  250:11,16
summoned
  382:23
sums 364:22
sunday 264:4
  328:8 339:3
  395:3
super 551:4
support 201:11
  480:21 481:22
  481:24 488:13
  491:6
supporting
  98:19 247:17
suppose 117:17
  262:15
supposed 30:6
  140:7 161:10
  199:17 243:5
  270:10 293:2
  313:4,6 314:21
  325:19 348:9
  409:20 411:21
  413:3 452:25
  496:13 534:10
supposedly
  559:21

**supreme** 279:11 281:2

**sure** 11:13 14:7 14:17 16:9,10 16:11 34:3,6,6 34:8,10 35:17 40:6,6 41:14 63:15 86:13 141:12 147:15 159:13 166:8 167:14 168:21 175:24 189:8 196:21,21,22 207:6 210:5,6 210:7,15 212:12 232:24 234:4 239:14 243:15 244:12 249:11 251:4 253:25 254:20 254:21 257:25 262:25 263:2,5 263:12,24 289:19 308:22 340:23 349:11 356:5 368:2 394:15 395:9 396:7 407:24 413:12 414:10 417:2 422:10 460:21 469:9 469:10 476:16 482:4 484:24 485:4,5,8

498:20,24 502:24 512:24 515:14 522:13 542:10,11 567:23

**surprise** 511:14 511:15

**surprised** 246:11 511:8 512:11

**surrendering** 62:20

**surrounding** 15:7 226:21

**suspected** 210:2

**suspended** 383:9

**suspicious** 341:3

**swallow** 400:24

**swap** 403:19,20

**swapping** 403:17

**swear** 7:19 8:10,25 34:11 34:13,13

**swipe** 298:11

**swiped** 401:23

**switch** 430:2 494:16

**swore** 528:15

**sworn** 7:22 9:9 93:3 570:5

573:14

**synonymous** 190:8 197:17

**system** 122:18 123:23 126:5 137:19 156:21 157:4 191:19 261:12 271:17 306:7 388:18 389:13,17 465:23

**systems** 347:6 423:12

**t**

**t** 4:5 5:1,12 6:2 6:2 9:24 274:9 274:11 295:2 314:2,8 423:4 572:3,3

**table** 463:19

**tag** 512:21

**tail** 411:22 460:5 510:10

**take** 7:5,16 58:5 61:23 78:3 91:22 94:25 96:8,9 110:23 168:18 170:3,9 185:20 204:12 207:10 211:7,18 222:8 240:13,23 254:3 256:2

261:23,23 272:3 283:25 287:14 303:19 309:23,24 312:18 328:8 329:8 333:17 342:22 343:17 349:14 350:16 351:10 352:21 353:9 361:13 361:14,15,17 361:19 363:20 363:22 364:6 373:11,21 375:19 376:22 377:17,18,25 379:14 394:23 395:20 398:15 401:25 403:18 405:24 406:3,4 440:4 459:15 463:22 467:11 484:11 536:4 538:24 539:3 562:2 567:3

**taken** 7:8,9 34:21,22 370:8 370:9 376:14 381:13 411:24 413:8 427:2 428:17 464:3 493:13 560:17 570:3,11 571:8

**takes** 57:18
185:21 405:19
**tale** 359:8
474:11
**talk** 41:18
44:18,19,21
47:5 51:15,16
51:23 60:2
74:15 86:17,19
139:19 165:3
194:14 227:9
232:15,20
235:23 287:20
287:22 290:5
303:5 312:24
313:15 344:21
350:17 382:25
391:11 394:25
416:5,6 432:22
437:20,20
438:4 461:25
487:6 529:23
529:25 540:19
540:22 544:2
557:14
**talked** 38:8
124:22 141:9
284:6 436:23
477:19
**talking** 31:13
69:19,20,21,22
74:20,20 78:21
86:15,16 89:6
92:5 136:20

162:19 175:25
190:3 213:7
216:16 217:10
232:16 238:21
244:23 247:3
270:4 293:21
301:13 313:4
319:20 321:17
334:12 348:5
364:11 374:16
388:16 422:5,5
422:6 428:7
439:23 441:6
443:17 444:2,3
454:6 463:16
472:7,17 477:3
479:11 482:5
496:2 497:25
510:7 517:6
519:19 538:9
539:11 541:10
557:10,13,13
559:3
**talks** 183:15
190:6 231:22
277:15 367:7
511:4
**tangents**
123:14 156:9
**tape** 50:14
98:18 246:19
**targets** 218:25
**tax** 151:24
518:22

**team** 310:12
346:24 504:6
512:21
**technical**
497:11
**technically**
407:13
**technician's**
497:14
**technology**
396:14,18,21
**tell** 9:9 11:13
11:20 15:12
17:5,11,11,15
18:16,17,23
19:4 22:16
47:3,4,4 59:19
60:22 81:8,24
81:25,25 88:3
90:5 92:7
97:23 122:25
130:21,25
141:7,25
144:24 154:23
155:4 157:9
158:20 174:16
194:7 195:12
198:2 207:24
209:14,15
210:5 211:4
215:10 219:4
230:10 232:7
233:9 253:16
254:15 258:3,6

258:16,17
260:12,23
261:5,14
271:24 275:8
285:24 298:20
322:4 329:18
333:20 334:4
334:15 355:11
356:10,11
360:19 362:23
369:24 373:14
374:2 378:15
379:6 387:9
389:6 390:11
393:12 394:25
402:19 407:8
417:23 423:20
424:2,17,18
437:7 438:5
462:7 474:5,15
475:14 481:6
488:18 489:7
500:15 502:4
502:17 512:7
513:9 516:20
517:16 519:13
520:17 521:6
522:2 524:12
525:10 526:11
535:24 537:16
538:19,21
541:23 542:5,6
544:21 552:6
564:9,10

**telling** 42:4
136:18 145:10
213:24 214:7
214:14,17,18
219:24 262:2
283:24 311:14
314:20 341:22
370:14 371:6
382:9,18
472:14 484:4
494:3
**tells** 70:16,22
76:5 102:15
268:12
**temporarily**
415:9
**temporary** 5:9
150:5 257:21
258:10 279:20
281:4
**ten** 107:14
171:4 223:7
253:19 254:3
257:7 351:10
352:7 398:20
441:6
**tend** 189:12
**term** 203:6
276:16 497:13
497:14
**terminating**
207:25
**terminology**
148:14

**terms** 12:5
**terrible** 263:16
413:16
**test** 364:4
**testified** 9:11
14:2,13 469:2
**testify** 14:5
152:18 153:17
**testifying** 9:19
115:4 116:4
570:5
**testimony**
10:20,25 11:18
13:24 41:16,24
99:3 119:21
152:16,24
153:8 159:5
160:22 161:15
190:12,15
212:22,25
247:5 376:18
504:21 522:6
529:16,18
534:9 573:8
**text** 223:12
230:14 350:15
498:13
**thank** 8:23 9:4
9:12 10:2,6
43:5 71:10
80:18 117:2
121:20 143:5,8
144:9,11
160:14 165:10

166:9 168:14
168:15,17
169:2 245:2,6
245:8,9 257:10
257:11 277:19
282:18 297:19
310:12 332:19
349:21,23,25
375:6 403:15
406:24 425:18
451:21 464:4
468:22 493:11
501:24 567:13
568:19,21,23
**thanks** 115:24
180:2 267:8,10
423:2,15
427:15 490:23
**theft** 35:2,18
36:3 58:2 72:7
231:2,10 283:4
329:4 330:15
330:16,24
331:16,18
334:21 337:21
371:18 377:4
564:16
**theory** 230:18
**thi** 315:18
**thief** 443:25
**thievery** 124:20
**thieves** 63:21
286:16

**thing** 9:13
30:16 90:9
131:3 135:21
135:22 156:10
156:13 167:3
167:10 194:18
204:7,10 206:7
217:14 228:13
242:23 273:9
276:6 281:16
290:9 323:5
324:4 327:11
345:22 349:24
354:5 370:3
388:5 408:11
408:13,14,17
414:20 418:14
419:19 443:20
443:22 466:16
466:17 484:5
496:2,3,3
504:15 505:5
512:11,18
547:7 552:18
**thing's** 328:13
439:24
**things** 34:15
35:17 48:14
66:19 70:25
74:21 86:15
88:6 89:6
96:22 123:21
124:22 125:24
134:17 139:23

| | | | |
|---|---|---|---|
| 153:13,15 | 425:15,16 | 118:5 119:4 | 369:19 372:11 |
| 158:14,19 | 426:19 427:21 | 120:15,19 | 384:4 386:5,9 |
| 159:25 162:2 | 430:21 431:8 | 130:7 132:8 | 386:16,17,19 |
| 164:9,16,16 | 436:15 437:7,8 | 133:25 134:3 | 386:25 393:21 |
| 168:13 186:9 | 437:9,19 | 136:14 141:4 | 394:10 396:10 |
| 197:21 206:25 | 441:24 445:10 | 144:22 146:24 | 396:15 398:12 |
| 207:16 216:24 | 448:20 449:9 | 153:8 158:25 | 398:16 402:8 |
| 220:23 222:19 | 452:9,10 | 159:2 161:2,19 | 402:15 408:5,5 |
| 249:3,8,17 | 456:10,14,24 | 163:18 164:8 | 408:6 410:12 |
| 253:11 263:23 | 458:9 459:18 | 164:13,14,25 | 410:15,21 |
| 264:10 266:16 | 462:10 464:2 | 165:7 167:23 | 412:23,24,24 |
| 268:3,4,18,20 | 466:13,25 | 169:5 174:13 | 413:17 416:11 |
| 270:3 272:18 | 467:2,4,4 | 177:6,10 204:9 | 418:18,24 |
| 280:2,21 281:5 | 469:11 471:21 | 204:25 207:14 | 419:2,2,10,11 |
| 288:13 290:6 | 473:7,11,16 | 219:6 224:22 | 419:14 423:5,9 |
| 291:21,24 | 477:22 483:10 | 230:22,23,25 | 424:22 426:2 |
| 292:16 294:25 | 483:22,23 | 231:2,2,4,6,7,8 | 426:21,22,23 |
| 308:18 309:25 | 488:3,4 489:6 | 243:3 249:2 | 430:7,16,18,24 |
| 310:9 311:17 | 491:24 492:10 | 251:12,15,16 | 431:3,5,21,22 |
| 315:3 316:5 | 498:25 499:13 | 252:15,25 | 431:23,25 |
| 317:22 323:8 | 501:5 503:14 | 253:17,23 | 432:19 433:24 |
| 325:9 328:20 | 504:15 507:14 | 256:3,5 259:15 | 435:18,25 |
| 337:14 339:25 | 508:17,23 | 273:10 276:2 | 436:18 437:3 |
| 340:3,25 341:3 | 510:10 513:8 | 284:8 289:12 | 438:9,18,23 |
| 363:24 366:24 | 514:7 515:2 | 289:12,23 | 440:21 445:24 |
| 372:6,10 | 523:7,14 535:9 | 290:12,13 | 449:20 456:4,5 |
| 377:23 382:12 | 550:13 558:18 | 294:19 299:12 | 456:9,11,12 |
| 393:8 394:18 | 559:17 564:11 | 306:12 320:20 | 457:22 472:3 |
| 394:18 396:18 | 564:17 | 324:3 331:20 | 473:9 474:13 |
| 397:20 399:3 | **think** 13:5,22 | 341:20 348:3 | 475:20 476:9 |
| 400:15 401:11 | 14:15 41:13 | 349:7,10,11 | 484:17,20,23 |
| 403:12 404:11 | 53:23 54:4 | 350:20 351:18 | 485:25 488:18 |
| 404:13 405:16 | 67:8 86:21 | 355:12,14 | 489:3 490:25 |
| 421:15 422:17 | 101:17 110:20 | 362:22 369:17 | 493:7 505:18 |

505:24 513:23
516:25 524:17
524:17 530:11
530:20 541:5
543:17 545:23
550:23 551:2,5
551:9 562:17
**thinking** 327:3
357:3
**thinks** 147:8,13
302:18 352:16
492:12
**third** 2:13 38:7
45:15 46:15
95:20 215:16
385:5,6,10
396:12,17,20
405:14 409:14
410:4 425:24
530:16 531:10
**thirty** 80:20
**thorn** 292:25
**thoroughly**
61:19
**thought** 54:18
147:17 159:10
159:12 180:7
223:11 224:22
224:25 231:24
233:7,8 251:11
253:12 286:5
325:9 349:8
356:23 385:11
393:22 458:6

489:5 490:20
491:3 496:15
**thousand** 57:4
220:12 234:22
253:2,14,19
346:19 359:18
360:12 367:19
427:14 459:12
475:4 492:24
494:8 510:15
510:18 554:10
**threads** 338:3
**threat** 381:25
382:19 387:17
**threaten**
537:16
**threatened**
226:7 227:15
373:17 383:13
**threatening**
130:21 229:17
383:3,4
**threats** 111:9
229:16 320:18
347:24 410:14
411:6 413:15
**three** 9:23
20:18 24:6,22
25:12 26:14,23
27:15 28:4,8
30:25 39:10
43:18 44:4,7
46:4 47:9,12
48:7 49:14,18

51:14 72:22
74:7 87:15
133:19,20
155:20 166:13
202:3 216:15
227:15 231:10
254:14 272:22
290:4 305:11
305:17 335:12
336:4 344:14
351:13 358:21
358:23 360:11
360:15 365:18
398:22,23
403:7 404:15
406:16 408:10
459:24 463:14
483:23 492:25
494:9 495:16
495:17,17,18
495:19 496:13
496:16,21
497:18,25
506:11,12
520:18 528:4
539:3 567:10
567:12
**threw** 304:17
386:11
**thrilled** 338:13
400:13,14
**throw** 304:20
521:22

**thrown** 302:11
**tick** 39:15
**ticket** 138:3
**tie** 149:7
**tied** 209:2,3
215:7 271:10
295:23 488:8
**tier** 86:19,20
**ties** 51:21
394:20
**tight** 252:3
**time** 1:14 13:16
14:9,23 16:9
16:11 17:8,14
18:2 19:10
23:2,7 28:10
30:2 34:15
35:8,13,20
39:25 42:22,23
58:14 62:13
79:3 84:9 87:3
87:23 88:2
92:9 107:10
112:7 114:7
119:17 125:10
147:3,5 149:8
156:3 157:7
160:23 161:24
162:17 165:13
174:15 176:18
177:3 178:20
180:12 183:10
184:13 185:10
185:15 186:24

| | | | |
|---|---|---|---|
| 193:5 195:10 | 336:3,6 347:12 | 545:16 557:2 | 491:15,19 |
| 195:14,15 | 347:25 348:17 | 561:22 562:6 | 502:7 506:7 |
| 197:15 199:10 | 349:13 351:14 | **timeframe** | 509:8 510:21 |
| 210:11 211:11 | 359:10,23 | 255:10 406:22 | 516:12 517:16 |
| 217:22 224:5 | 362:13 366:22 | 436:22 | 528:22 529:11 |
| 224:25 226:5 | 369:14,18,22 | **times** 14:16 | 529:22 549:10 |
| 226:21 227:23 | 370:18 371:24 | 24:6,22 25:12 | 554:9 559:12 |
| 227:25 229:4 | 372:4,17,24 | 26:14,23 28:4 | **timing** 401:14 |
| 233:24 234:13 | 374:3 379:9 | 28:8 49:14,18 | 408:8 |
| 234:16,16 | 384:18 391:10 | 49:23 57:14 | **timothy** 380:23 |
| 235:18 237:2 | 396:16 398:25 | 74:15 84:19 | 380:25 |
| 244:4 245:18 | 399:8,11 405:6 | 107:14 130:22 | **tired** 443:12 |
| 245:21 251:2 | 412:18 413:7 | 146:21,22 | **tires** 375:13 |
| 253:22 254:9 | 414:12 415:12 | 155:21,24 | 377:8,15 |
| 255:7,8 257:3 | 417:22 418:2 | 163:9 167:14 | **title** 15:21 |
| 257:5 260:12 | 420:10 422:3 | 190:9 197:6,7 | 17:10 128:19 |
| 260:20 261:24 | 423:14 425:25 | 197:20 200:2 | 220:10 223:25 |
| 262:24 263:2 | 436:24 438:6 | 222:7 223:7 | 225:12 233:15 |
| 281:19 287:4 | 441:7,8 445:12 | 226:8,20,24 | 233:19 234:15 |
| 289:9,16,18 | 452:7 455:23 | 229:3,23 | 235:15 236:19 |
| 290:3 293:25 | 456:23 459:7 | 264:17 267:22 | 236:21,22 |
| 294:20 295:5 | 459:14 462:5 | 268:5 287:18 | 239:9 243:23 |
| 295:10,20,20 | 465:8,8,14,20 | 292:20 295:14 | 243:25 507:23 |
| 295:23,24 | 466:6 468:19 | 302:20 310:5 | 508:9,25,25 |
| 296:3,6 298:18 | 469:8 478:25 | 310:10 312:23 | 509:13 510:20 |
| 307:10 316:3 | 479:4,6,11,14 | 315:4 321:24 | 511:4,4,9 |
| 317:22 318:18 | 481:3 486:7 | 328:16 344:5 | 516:6 519:5,6 |
| 319:15 322:3 | 492:16 500:17 | 353:6 360:2 | 525:4 528:14 |
| 322:17 323:24 | 508:10 510:16 | 362:24 363:18 | 528:20 529:11 |
| 323:25 324:4 | 513:6 515:6 | 363:18 378:23 | 529:15,16 |
| 324:25 325:5,6 | 524:24 526:6,7 | 379:3 389:23 | 531:12 533:24 |
| 326:24 327:9 | 530:20 536:16 | 398:15 406:17 | 540:3,11,13,15 |
| 327:14 330:2 | 538:22 541:23 | 422:12 449:24 | 540:16,18,21 |
| 331:15 335:24 | 541:25 545:11 | 463:14,14 | 540:23 543:9 |

543:19,23,24
544:15 545:21
546:4,18,23
548:12 550:8
551:12
**titled** 16:21
**titles** 16:4
268:9,11,13
320:9 508:11
508:15 510:23
516:13,17,19
516:21 517:6,7
517:13,17
519:9 521:6
522:2 523:10
524:25
**today** 7:13 8:12
10:12,20 11:2
11:5,13,18
12:19 23:2
30:4 31:5
67:15,23 68:3
68:4 69:9
103:7 112:14
114:13 115:8
115:20 116:9
118:2,2 119:6
119:22 120:13
120:18 144:13
148:7,8 160:21
160:24 161:3,5
161:13 162:4,7
163:10,10
164:2 167:20

168:2,5 190:4
192:13 206:11
213:12 216:13
245:10 253:16
253:21 260:11
262:13 266:5
274:15 283:21
283:22,23
286:10 347:12
390:16,17
416:10 421:24
424:20 477:19
503:23 529:6
551:25
**today's** 12:9
15:3,13,16,19
16:8 161:24
**todd** 378:21
379:21 394:8
**together** 36:6
55:11 87:4
94:24 101:9
102:21 127:6
142:23 198:13
200:14 208:18
308:16,22
313:8,18
317:24 407:18
409:4 459:5
469:20 485:7
485:11 512:21
540:14 561:6
**told** 18:19
20:17 30:7

41:8 42:16,20
42:21 45:16
51:17 52:22
58:7 60:17,25
63:6,6 64:5,10
66:3 69:5,10
69:13,25 70:2
74:14 98:2,3,9
98:10 107:13
118:8 125:15
136:21 137:7
139:16 163:12
163:15,15
167:6 172:21
179:9 183:11
184:15,25
189:4 194:4,6
194:8,12,20,23
195:16 196:20
196:21,22,25
202:5,6 205:13
205:16,17,19
205:20 207:12
207:13 208:7
210:25 211:9
214:20 218:3
219:23 220:9
223:22 228:14
228:14 229:23
231:4 232:10
232:11 233:13
238:17 245:17
245:19 249:14
261:18 264:21

265:18 266:18
272:8,16,24,24
276:17,24
277:2 278:18
282:20 283:22
285:13,21
287:24 288:11
288:16 292:7,9
293:3,18 294:3
295:3 298:13
300:6,8 301:14
301:16,18,24
302:3,3,9,22
305:12 309:9
310:4 311:20
312:4 314:19
314:23 315:4
316:11 321:5
322:23 327:17
329:7 335:11
336:13,18
337:23 338:24
339:11 348:9
348:15 350:3
350:13 352:3
353:13 355:8
356:13 362:5
368:21 369:7,8
369:9,14
370:24 371:20
377:19 379:25
382:6 386:21
386:21 387:16
387:25 389:14

391:24,24
392:11,13
393:24 394:8,9
399:16 404:22
423:22,22,25
424:3,3,6
428:16 429:18
430:17 437:8
437:12 442:3
448:2 450:22
454:10 470:3
477:6,6,23
478:12,12,14
478:22 481:19
483:3 499:22
503:14,16
508:20 509:7
511:8 516:11
516:12 517:13
521:7 529:10
529:21 531:18
534:8,12
535:19 536:3
539:20,22,24
543:23 550:13
551:18 557:25
560:3,4
**tolerate** 27:5
30:14 64:16
73:20
**tolerated** 18:24
**tolerating**
31:19

**tomorrow**
502:19,25
**tonight** 256:23
561:25 566:16
**took** 57:12,20
57:21 58:3,10
59:22 102:6
103:20 105:6
138:9 141:16
186:8 251:5
268:13 298:16
336:25 345:5,7
345:14,14
347:5 353:20
363:6 368:12
373:15 374:21
379:6,14 392:5
392:5,21 397:8
402:9 413:7
414:9 430:10
430:11 466:8
471:22 473:20
484:9 485:22
487:9,12
516:16,18
521:21 549:11
550:12
**tool** 422:12
427:20 439:10
469:15 483:18
**toolbox** 424:13
426:18 427:25
428:3 430:10
430:11 501:8

501:11,19
503:9 504:12
505:2
**toolboxes**
424:15 442:10
**tools** 340:6,10
340:11,14
422:6,11,14
423:6 424:7,8
424:8,9,10,11
424:16,23,25
425:2 426:5
427:9,11,19
429:20,24
430:22 442:10
473:19 482:23
501:17
**top** 17:11 51:5
55:8 179:15
184:19 197:2
259:4,15,18
263:11,14
295:22 301:5
327:15 461:18
485:12,16
495:3 497:5
540:5,6 542:25
**topic** 147:14,18
313:2,4,9,11,12
313:19 387:8
389:4 390:7,19
390:21,22
391:3

**topics** 135:2
**torn** 124:14
**torture** 130:13
130:15
**total** 255:10
364:23 475:14
475:15 498:17
**totaled** 367:17
**totality** 367:25
**totally** 54:7
111:10 382:4
441:15,15
473:13
**touch** 383:12
393:14 431:10
528:25
**touched** 134:16
383:11 455:23
486:4 555:20
**tow** 5:8 351:20
351:25,25
352:20,22
362:5,7,9,11,21
363:4 365:24
365:24 367:24
414:22,22,24
528:14,24
529:5 539:24
544:25 545:2
**toward** 250:22
**towards** 79:17
303:7
**towd** 9:24
358:9 560:6

town 378:20
379:19 383:16
383:19,19
384:5 386:17
391:15 392:17
394:9 559:5
toyota 494:4
tr4s 358:22
360:12
track 162:11
367:13 470:13
trade 227:17,19
traded 416:2
trading 415:14
trailer 401:10
405:17 409:15
410:5 493:4
549:7
tranche 186:5
transact 326:22
transactions
296:9
transcribed
11:2
transcriber
571:1
transcript 7:24
45:18 98:5
99:9,10 116:23
116:25 145:5
145:19,24
156:5,12
159:10 269:23
560:3 570:21

571:3,4 573:5
573:8
transcriptionist
570:7
transfer 56:22
62:7,8,11
65:24 171:5,23
185:14 236:22
300:25 518:19
transferable
508:16
transferred
56:15,18 62:23
63:5 172:11,19
172:23 173:2
187:11 236:19
518:15
transferring
68:5
transfers 56:12
62:18,21,25
63:11,13,13
109:10 181:12
185:8,17
191:25
transition
289:18 293:24
402:3
transmitted
192:23
transpired
117:12 223:24
transposed
198:10

trap 320:24
trash 299:15
treat 502:15
treated 167:5
treating 167:4
tremendous
41:3
trial 161:10
trick 549:21
tricks 284:11
tried 97:9
130:17 156:17
222:6 223:7
230:22 276:5
292:11 297:11
310:3 320:12
326:8 329:20
330:2 350:22
371:17 392:18
433:16 434:4,6
436:18 438:14
458:16 460:9
461:8 469:23
499:8 506:6
507:10 520:17
520:19
tries 408:21
triggering
322:6 330:9
333:10
triumph
358:21 360:11
triumphs 441:5

tro 515:22
tros 333:5
truck 5:8
251:11 252:4
253:18 338:11
351:20,25,25
352:20,22
362:5,7,9,11,21
363:5,19
364:10 365:24
365:25 367:24
377:11,18,20
380:19 414:22
414:23,24
528:14,24
529:5,17 530:4
530:9,19,22
532:17 533:17
534:25 535:20
536:4 537:7,8
539:21,25
540:24 542:20
543:2,6 544:25
545:2,14
trucks 347:5
true 21:3 42:10
56:5 93:9
96:20 128:11
129:24 131:11
131:11 134:2,4
139:22 153:11
166:25 368:15
372:3 457:8,9
502:8 513:5

570:8 571:4
573:8

**trust**  171:6,17
171:18,24
172:3,4,8
378:3 416:12
416:18

**trusted**  368:24

**trustee**  112:19
142:11,14
192:22,24
194:9 196:17
196:23 197:17
197:18,20,24
198:4,5

**truth**  9:9,10,10
81:8 147:23
268:15 271:24
282:21,22,24
282:25 286:17
355:5 382:18

**truthful**  10:19
11:17

**try**  12:20 80:11
83:17 88:13
114:2 119:14
168:12 222:14
222:14 228:23
253:24 256:8
273:9 275:5
309:23,24
343:25 370:2
371:11 406:9
407:18 435:19

435:22 437:4
480:15 487:19
487:23,23
507:10 515:2
532:13 537:14
566:2,3,17

**trying**  34:5
41:12 43:6
47:16 80:15
83:19 94:17,24
95:13 131:9
132:12 146:11
161:3 187:5
198:8 223:6
224:10 225:22
225:24 234:18
248:24 267:14
271:15 286:19
288:24 306:7
310:11 328:17
333:5 388:25
389:2 400:6
423:17 434:16
440:22 444:9
466:24 471:12
472:4,10,16
473:25 494:25
495:2 507:5,9
523:19

**tuesday**  162:9
162:20 163:19
165:23 503:3

**turn**  22:22
28:16 30:22

51:8 90:19
170:24 175:4
198:16 217:16
240:23 241:17
241:17,21,25
242:9,21
388:20 389:3,4
487:18,23
533:15 543:3

**turnaround**
405:6

**turned**  375:3
415:13 427:15

**turning**  284:4
518:23

**turnover**
518:11 544:13

**tvr**  360:22,23

**twelve**  154:13

**twenty**  343:22

**twice**  277:4
302:21 325:2

**two**  9:24 33:6,7
39:14,16,20
45:13 46:4,15
47:18 56:11
61:12 68:11,20
70:9 82:14
105:13,18
110:21 126:24
126:25 130:12
130:14 134:16
157:24 160:17
175:14 181:8

181:25 182:5
185:5 186:19
191:22 192:2
195:2,6,8
196:22 202:3
209:6 210:12
218:4 231:5
233:13 234:11
239:17 247:5
248:4,8 272:22
281:10 283:7
290:4 302:20
305:7,11
307:16 320:11
321:24 322:20
331:6 336:4
343:3,5 345:12
350:20 351:13
358:24 359:8
360:15 365:17
365:17,19
371:25 373:5,9
376:19 387:11
392:14 398:22
403:24 404:15
413:9 428:3
440:3 444:20
448:20 452:17
452:21 457:24
459:19,24
462:8 463:9
465:19 476:11
478:4,9,21
490:8 496:7,8

496:9,11,13,14
496:15,16,17
497:18,20,23
498:3,3,4,5,15
498:17 499:17
504:9 509:8,22
521:6 522:2
532:21,23
546:25 561:10
**type** 121:15
164:17 294:5
413:14 508:18
**types** 46:20
86:15 235:22
**typewriting**
570:6
**typical** 359:3
520:25
**typically** 452:5

**u**

**u** 5:14 6:2
275:11,16
396:24
**u.s.** 143:22,22
**uh** 29:3 96:16
175:16
**ultimate** 545:6
**ultimately**
119:11 392:6
530:21
**unable** 119:15
**unannounced**
301:11 402:2

**unbelievable**
561:6,7
**uncalled** 381:4
**uncivil** 116:7
**unclear** 216:25
**uncommon**
360:5 362:17
364:2 399:6
401:11 508:9
**under** 8:4
10:13 20:24
22:5 23:8
24:16 26:9
28:11 34:11
42:23 57:17
103:18 108:25
109:2,2,3
122:19 125:11
136:2 167:9
175:5 188:11
190:2 195:19
218:4,6,6,21
220:5,13,15
225:9 247:7
249:24 263:8
263:19 267:20
273:17 292:13
292:14 317:12
322:17 330:3
353:4 358:4,4
358:5 360:9,18
364:24 366:17
366:18 367:6,9
386:11 431:14

438:23 445:25
463:9 473:15
474:14 484:25
503:15 515:18
518:9 519:24
524:7 525:24
528:19 539:25
**understand**
7:23 10:13,15
10:18,25 11:4
27:3 80:13
86:3 97:18
123:9 131:18
131:19,21,25
141:2 144:14
153:7 159:17
166:10 167:4
187:5,6,7,7
188:21 191:4
238:20 258:20
260:15 269:9
284:5 319:8
331:2 364:7
384:10 428:14
492:18,20
499:5 500:12
502:12 503:5
504:19,21
509:21 511:18
**understanding**
35:19 173:4
436:15
**understands**
505:10

**understood**
11:9 244:4
245:23 247:2
256:20 568:17
**underwrite**
201:9 202:2
**underwriting**
204:13
**undisputed**
250:18
**undoubtedly**
372:3
**unfair** 115:15
162:23
**unfolded** 43:2
**unfortunately**
144:3 159:21
309:17,22
383:20 394:5
401:13 463:13
470:18 486:10
490:7
**ungodly** 563:22
**unintentionally**
193:12
**union** 129:18
**unique** 427:24
**unit** 380:3
**united** 1:1
112:16,17,18
**unload** 340:13
363:17 493:5
**unloading**
345:20

**unlocked** 286:11 304:6 342:16,19

**unpaid** 462:20

**unquestionable** 184:2 212:18

**unrelated** 250:25

**unresponsive** 190:19,20,21 191:6,8 213:2 447:10,12

**unsolicited** 348:19

**unsure** 216:9

**upfront** 411:20

**upholstery** 405:10

**upload** 197:23 198:5

**uploaded** 198:6

**upper** 86:19,20 409:5 410:7

**upset** 100:18 303:14,15 381:10 383:6 392:14 401:22 401:22

**urge** 121:17 474:8

**use** 12:22 83:18 153:18,20,21 246:21 250:24 303:7 347:15

361:20 362:13 362:16 363:4 363:11,19,24 444:20 445:5 450:6 452:24 480:7 510:11

**used** 121:5 189:13 229:13 347:6 353:14 362:13,14,15 362:19,20,23 363:14,16,19 393:16 394:8 404:14 426:3 426:15 446:2 449:8 450:6 451:14,18,19 451:19 452:16 452:23,25 455:16,17 466:19 475:21 493:9

**useful** 87:3

**uses** 8:3 453:4

**using** 421:23 421:25 422:4 427:3 443:6

**usual** 123:13 130:19 220:22 225:23 228:22 276:3 461:11 513:18 543:25 545:11

**usually** 67:7 343:8 398:8,10 398:19 404:2 405:22

**utilize** 416:25

**utter** 121:6

**uttered** 121:16

**v**

**v** 1:7 314:6 372:14 572:1 573:1

**vacated** 384:21

**vacuum** 369:11

**valuable** 84:9 347:19 471:21

**value** 172:10 218:8,23 253:23 415:23 471:3,8,18,25 473:4 474:3 480:14

**van** 230:11,12

**vargas** 388:12 389:7 390:24

**varied** 398:9

**variety** 172:24 452:4

**various** 28:23 189:20 444:25 498:21 528:13

**vast** 343:14

**vehicle** 218:15 222:5,10

225:16 231:17 235:17 236:20 237:3,13,22 238:16 246:4,6 247:6 248:14 248:19,22 249:6,18,23 250:2 251:2,23 252:2,9,16,23 253:3 345:12 348:2,6,11 352:8,9 362:3 364:16 371:4 372:16 374:8 379:20 392:21 402:20 404:4 406:3,13 409:8 409:9 410:18 410:18,22 411:2,13,15,20 412:5 413:19 413:25 414:7 423:7 469:16 469:16 471:14 490:16 492:4,6 492:9 510:11 511:10,14 516:7 518:14 519:6,10 520:23 545:21 549:11 551:3 552:11,12

**vehicle's** 379:23 544:14

**vehicles** 63:4 266:21 267:5 268:9 342:22 342:22,23,24 343:2,13,14,19 343:22 346:12 346:19 347:18 347:19,21 348:11 349:15 350:4,6 351:9 351:11,12,14 353:14 356:15 358:10,11 359:4,25 369:5 373:2 376:20 376:23 391:17 403:20,25 404:25 405:25 420:13,17 421:10,17 422:7 470:9,10 471:12,19 483:9 484:9,10 484:15,19 485:4,9,22 486:4,6,18 487:13 489:13 489:18,19 491:12,14,16 491:20 507:24 508:2,7,10 509:13,22 516:5 518:6,12 519:8,14,23

520:7 521:11 521:13,18,19 521:20 522:24 523:21 524:4,6 524:13,20,23 525:19,24 526:13 527:5 527:16,18,21 527:25 528:2,8 544:10 545:20 546:2,5,14,16 546:21 548:6 548:11 549:15 550:15 552:9

**venable** 141:13

**vendetta** 510:17

**vendor** 363:2

**venmo** 456:19

**verbal** 12:7,8 12:12,15

**verifiable** 261:13

**verification** 91:24

**verifications** 92:8

**verified** 19:5 88:19 92:17,23 93:7 320:8

**verify** 18:7 55:14 154:20 199:19 210:8 230:17 540:14

543:22

**veritext** 7:5

**version** 12:11 187:17 191:21 191:22 192:3,6 192:9,12,14,14 192:17 193:7 389:24

**version's** 389:25

**versions** 191:23 192:2

**versus** 360:8 364:24 471:20

**vicious** 276:20 276:20

**victim** 164:23

**victory** 283:13

**video** 51:4 131:19,23,24 132:6 156:15 161:20 303:12 346:15 439:22 473:6 478:16 482:10,11,13 498:23,24 499:10 520:17 521:10 527:12

**videoconfere...** 2:3,11,19 3:3 3:12,13,15

**videos** 342:14 342:17 406:4

**view** 120:6,16 161:22 162:22 251:13 334:7 405:4 459:18 530:8,10 531:7

**viewed** 120:21

**views** 273:25 515:13

**vin** 522:7,14 526:5 533:17 536:25 537:2 540:2,4,9,25 542:20 543:5

**vindictive** 124:20 489:5 515:3,22 547:24 549:22 549:23

**vindictively** 488:16 502:21 532:14 537:9 537:10,10

**vinny** 344:11

**vintage** 420:12 420:17,18

**violating** 120:14

**violation** 328:5

**virtual** 33:16 498:25 505:5 508:4

**virtually** 7:25

**visa** 452:6,18

**vision** 245:24

**visiting** 330:5
425:14

**vocal** 341:2

**voice** 195:7
382:17

**voiced** 27:12

**void** 209:16
212:2 214:2
216:7

**voluntarily**
321:20

**voluntary**
127:23 128:2

**vomit** 516:10

**vs** 191:19
192:16

**vut** 400:2

**w**

**w** 5:17 9:24
298:7,8

**wagon** 220:10
229:16 233:20
235:25 239:8
243:24 244:2
331:5 336:11
336:14,17
337:24 338:8
338:13,15
375:11,13
376:14,16
377:16 433:4
466:5 552:17

**wagons** 336:15
336:16 337:4,5
403:21 438:8

**wait** 76:20
77:18 78:7,8
80:4 88:12
98:8 115:21
171:9 240:23
241:16,17,20
241:24 242:8
255:21 303:5
304:12 395:7
538:10 546:7,7
564:18 565:24

**waited** 115:12

**waiting** 52:12
84:5,7,8 88:10
115:16

**waits** 242:20

**waive** 101:24

**wake** 282:24

**walk** 226:16
303:10 306:17
307:8

**walked** 387:24
388:6

**walks** 393:16

**walkthrough**
130:23 265:14
270:21 315:25
520:21

**want** 15:11
19:2 22:2,4
25:21 28:15

38:14 42:2
46:19 50:21,25
51:2,6 55:10
57:5 61:16
71:19 74:15,25
75:12 76:18,20
76:22 78:7,17
86:17 88:16
90:4 93:18
95:25 96:9
98:4,12 111:5
113:6 114:14
126:7,8 130:5
132:20,24,25
135:7,11,14,16
135:16 136:4
139:19 142:22
146:3 149:12
149:21 152:21
154:23 160:5
160:15 169:4,9
169:18 170:5
179:20 180:21
182:18,21
187:5 194:14
196:8 198:15
203:21,25
204:22,23
205:6 207:16
224:8 227:9
233:9 235:10
242:22 245:2
246:24 256:20
256:21,25

258:12 259:10
259:11,19
261:5,14 262:2
262:5 265:4
266:10 274:18
280:7 287:16
287:23 290:18
297:22 298:6
298:20 310:5
312:2,24
313:13,19
320:25 348:20
356:14 360:17
361:4 373:21
374:18 375:21
382:25 387:8
389:11,20
391:3,10,14
392:7 393:14
404:19 406:21
410:10 416:5
426:16 428:15
436:9,12,12,25
437:4,10,19
438:10,24
439:2 442:22
452:16 462:2,3
462:6,16
471:23 474:6
478:4 481:7,13
486:11 489:8
492:4 501:16
502:23 503:2
504:4 509:10

510:14 516:9
523:17,22,22
524:5 526:14
526:15,18,25
527:8 530:22
532:12,13
534:15,24
536:5 538:22
541:15 542:5
542:17 547:9
547:15,16,19
547:24,24
549:12,17
550:2,21 552:7
552:14,23,24
552:24 553:14
553:23 554:5
557:20,21
558:2,5,6
562:19 563:6
565:7,8,16
566:2 567:3
568:16

**wanted** 102:6
111:24 132:10
199:16 206:13
217:8 245:8
252:23 348:13
356:19 375:14
375:24 377:17
377:18 521:19

**wants** 24:8
70:23 75:3
96:3 99:7,8

109:16 115:23
129:13,20,23
226:4 293:10
307:2 383:25

**warned** 80:10
80:11,12

**warning** 44:4
45:13 46:16
47:17,22 61:12

**warnings** 46:15

**waste** 17:8
22:25 510:15
545:11

**wasted** 23:13
545:15

**wasting** 17:14
88:5 92:8

**watch** 131:19
131:23,24
132:6 346:15
439:22 463:10
482:10,11
527:12

**watched**
437:11

**watching** 34:23
164:25 293:12
383:8

**water** 1:16 9:23
9:25 219:20
220:4 338:16
338:18 358:9
473:15 527:22
528:10 555:14

556:14 559:5
560:6 562:23

**waterfall**
500:19,19

**waterfalls**
366:21 477:17

**way** 61:13
65:11,15 68:11
68:20,23 70:9
71:23,24 74:18
74:19,21 79:4
82:14 94:17
123:8 133:3
134:15 138:12
145:15 149:2
155:16 157:24
158:2 165:4,9
165:10 187:20
187:20,24
195:10 218:8
223:9 230:7
253:4 259:8
264:16 277:15
285:9 286:3,9
292:24 305:5
306:18 309:18
310:4 315:22
316:17 318:20
332:2 338:9,10
340:8 341:9
342:17 345:23
349:14 351:16
355:15 359:23
360:20,24

361:20 365:16
365:16,22
366:3,4,4,8,15
369:11 374:15
375:10 381:21
383:11 387:7
390:21,21
398:7 408:22
415:22 430:8
436:11 437:19
439:18 440:8
456:10,11
472:8,8,8,9
493:24 496:23
497:5 502:22
504:6 506:6
507:10 513:5
519:16,18
520:5 524:25
530:11 534:3
544:23 552:8

**ways** 57:4,5
78:13 183:23
287:19 403:8
406:16

**we've** 21:24
23:13 34:3
37:23 74:6
94:18 166:12
176:18 229:2
254:13 350:3
427:13 458:15
477:10,19
482:6 513:8

**website** 262:22 398:14 401:10

**websites** 423:12

**wednesday** 119:21 146:11 152:22 159:6 161:11 162:20 543:20

**wednesday's** 116:5

**weeds** 86:11 261:6

**week** 130:3 137:2 200:18 207:4 290:3 292:10 322:20 336:4 351:13 398:9,10,11,20 429:25 430:10 540:19

**weekend** 167:15 330:7 331:11 334:14 335:18 338:7 339:20,22 346:7,9 349:5

**weekly** 463:18

**weeks** 141:16 202:4 206:22 209:25 210:13 283:8 330:13 347:2 405:19 408:10 440:4

**weiner** 104:17 138:9 284:9 355:23 385:4

**weird** 167:13 547:12

**welcome** 245:12 568:25

**went** 84:18 85:6 101:6 196:23,24 200:13 201:22 204:18 208:24 218:13 222:13 246:19 251:7 265:2 270:8 274:12 280:22 285:10 286:4 288:5,23 295:10 298:15 298:18 301:2 312:5 315:21 315:23 318:11 319:16,17,18 320:3,17 321:25 322:22 323:2,14 325:11 328:7 334:17 344:10 349:6 350:8 352:11 365:15 365:22 369:20 371:23,24 374:19,24 380:2,3 390:21

393:4,23 399:20 407:21 409:18 410:4 426:17 500:4 541:12

**west** 3:6

**westchester** 525:8

**wheels** 375:11 375:13 376:12 376:12 377:8 377:14

**where'd** 297:3

**whine** 71:7

**white** 359:14 509:16 510:8

**whitehead** 267:21 363:16 433:19 434:3 436:13 437:21

**wholesome** 453:9 454:15 487:13

**wide** 325:10 341:12 342:19 342:20

**wiener** 58:25 482:3 505:16 505:16,20

**wiener's** 286:14

**wife** 133:2 156:17 349:22 358:6 387:22

564:15

**william** 38:9,13

**willing** 44:25 104:25 106:18 159:2 160:5 201:12 218:9 218:10 247:11

**willingness** 78:16 378:16

**wilson** 378:23 380:24,24,25 382:22,23 392:9

**wilson's** 382:6

**wind** 282:18

**windmill** 475:20 498:8

**windsor** 549:3 549:5

**winter** 13:7 224:22

**winters** 3:4

**wiped** 437:13

**wire** 300:25

**wish** 263:15 486:8 488:5 501:2 520:3

**withdraw** 135:12

**witness** 7:19,22 7:23 8:11 9:2,8 9:20 10:6 14:5 14:22 23:10,16 23:19,22,25

| | | | |
|---|---|---|---|
| 24:5,12 25:3,5 | 81:4,7,12,15,21 | 143:3,8,12,15 | 239:5,16,20,23 |
| 25:7,9,11,14,16 | 81:24 82:5,8 | 143:17 144:8 | 240:2,4,7,10,13 |
| 25:18,21,25 | 82:11,14,16,19 | 144:14,17 | 240:16,18,21 |
| 26:4,7,17,22,25 | 82:22 83:2,6 | 145:3,6,9,13,17 | 240:25 241:5,8 |
| 27:4,8,11,18,20 | 83:24 84:3,5,7 | 145:23 146:3,7 | 241:12,16,20 |
| 27:22 28:8 | 85:16,18,20,23 | 146:13,19 | 241:24 242:3,6 |
| 29:18,24 30:9 | 87:8,12 89:5 | 147:2,5,11,19 | 242:8,16,18,24 |
| 30:13 31:3,10 | 89:11,15,20 | 147:23 148:4 | 243:13,17,21 |
| 31:22,25 32:3 | 92:12,16,19,22 | 148:10,20,25 | 244:8,16,23 |
| 32:6,10,12,22 | 99:4,6,19 | 149:18,21 | 245:6 248:3 |
| 36:24 41:25 | 108:2,5,8,12,16 | 150:4,7,13,25 | 254:7,18,22 |
| 42:4,9,16,20 | 108:20 109:19 | 151:3,6,9,12,19 | 255:6,15,23 |
| 48:6,9,13,17,21 | 109:21,24 | 151:22 152:3,7 | 257:3 282:22 |
| 48:24 49:3,6,8 | 110:3,8,12 | 153:20,25 | 283:7 304:10 |
| 49:11,16,19,23 | 122:10 127:16 | 154:4,11,16 | 304:17 326:14 |
| 50:2,8,12,21,25 | 127:19,22 | 155:8,14 | 326:16,19 |
| 51:6,13,19,21 | 128:2,5,8,12,16 | 156:25 157:3,7 | 361:18 366:19 |
| 51:23 52:2,5,8 | 128:21,25 | 157:11,14,19 | 403:14 415:2,7 |
| 52:12,15 54:16 | 129:12 130:8 | 157:24 158:5,8 | 417:17,20,23 |
| 55:4 64:15,19 | 130:11 131:10 | 158:14,19 | 418:4,7,16 |
| 64:22,25 65:5 | 131:23 132:4,8 | 160:21 161:15 | 419:13,20,24 |
| 65:8,17 68:9 | 132:16,23 | 162:5,18 168:8 | 420:4 431:21 |
| 68:16,19,21 | 133:6,10,13,15 | 173:18,23 | 432:4,22 433:2 |
| 69:4,8,10,13,16 | 133:18,23 | 174:2 177:7,10 | 433:12 434:8 |
| 70:5 71:14,17 | 134:3,6,14,21 | 190:13,16,21 | 435:24 436:7 |
| 72:5,14,16,19 | 135:5,10,14,20 | 190:25 191:3,7 | 436:11 444:5,9 |
| 72:22,25 73:4 | 136:2,9,11,20 | 212:23 213:3 | 444:13 446:23 |
| 73:7,9,12,16,18 | 137:14,17 | 213:10,13,18 | 447:7,14,18,25 |
| 73:22 74:2,4 | 138:24 139:3,6 | 213:21,24 | 448:7,10,12,15 |
| 75:10,17,24 | 139:8,11,14,19 | 214:6,9,14,17 | 467:14 468:6,8 |
| 76:3,12,18,25 | 139:25 140:4,6 | 234:4,9 236:10 | 468:11,14,16 |
| 77:4,8,12,15,17 | 140:8,11,15,21 | 236:16 237:7 | 484:16,23 |
| 78:9 79:2,7,18 | 141:15,21,24 | 237:11 238:4,7 | 485:15,19 |
| 79:21 80:10,24 | 142:5,7,13 | 238:10,13,18 | 487:22 488:12 |

488:16,22
489:2 490:25
491:5,9,11,19
492:19,22
493:12 512:3,7
512:10,24
513:3,17 514:2
514:11,14,17
514:21 515:13
517:14 535:14
535:19,23
536:3,8 538:3
538:9,15,18,24
539:8,11,14
541:21 542:9
545:8,15
548:15,19,23
549:2,22
555:19,23
556:4 557:18
557:25 558:5,8
558:10 562:5
563:12,15,21
564:6,9,15,22
565:2,6,12
567:6,21 568:3
570:4

**witnessed**
130:9,11,13

**witnesses**
100:19 368:2

**wmtr** 358:4
444:19 445:4
449:6,15

452:22,24

**woman** 509:18
510:12

**wonder** 375:13
376:14,16
477:21

**wonderful**
233:11 306:4
381:24

**word** 17:21
18:9 26:13
98:15 157:16
262:11 501:14
501:15 505:24
518:2

**wording**
324:24

**words** 9:23,24
22:7 23:9 29:6
32:18 98:11,11
126:9 147:14
153:18,21,21
199:13 221:22
221:23 226:24
232:14,22,25
246:13 311:20
504:4

**work** 12:19
17:7 19:9
21:24 44:13
45:23 71:5
78:24 79:2,14
81:9,9,10,15,16
81:17,18,18

82:5,9,9,12,16
82:20 162:17
162:22 184:23
185:2 222:19
249:21 251:8,9
297:21,22,24
300:16,18
306:3,5,7
307:15 359:24
359:25 360:3
362:19 363:14
375:5 378:12
381:11 382:10
387:23 393:16
398:7,14 401:8
401:9 403:9,10
403:16 405:12
408:23 414:14
416:7,9 420:4
425:11,12
430:5 433:14
436:19 453:23
459:20 465:4
466:3,20 467:8
468:3 505:19
510:4 522:18
522:19 531:21
534:4

**worked** 193:18
203:3 226:3
229:5 253:23
267:19 303:17
338:20 362:15
363:3 396:25

398:8 399:13
399:14 403:5
432:14,23
433:3 435:11
436:16,23
485:10 490:19
509:25

**workers** 336:12
362:22 374:21
435:4

**working** 42:21
125:22 127:5,7
127:8 249:7
417:7,11,24
418:21 420:6
420:10,14,15
420:18 421:17
432:13 525:11
525:13 536:18
559:21

**works** 19:14,16
44:24 48:11
70:21 127:3
228:24 297:23
389:13,18
394:17 399:11
408:18 416:6
464:11,14
542:2 564:10

**world** 74:7
76:8 109:12
435:18 436:14
439:17 463:20
505:10,11

world's 164:23
worried 363:12
  385:17
worry 43:9
  368:23 390:3
worse 63:22
worst 225:23
  561:11
worth 87:23
  217:22 218:12
  219:3 233:10
  234:11 247:25
  252:16 253:18
  328:10 343:22
  415:17 479:4
  479:14,17
  480:9 483:12
  514:9 534:7
worthy 404:16
would've 38:17
  107:19 285:16
  318:23 324:24
  326:8 329:20
  339:11,13
  366:5,8 409:24
  412:6 455:11
  461:18 471:15
  522:21
wow 453:19
wrangler
  522:12,15
wrap 256:12
write 143:6
  216:5 265:5

writes 278:4
writing 142:23
  207:16 228:18
  292:17 340:24
  511:12
written 8:8
  138:18 173:5
wrong 76:10,10
  85:23,24 86:2
  139:9,11
  180:22 189:12
  199:2 285:23
  288:11 289:13
  292:7,9,10,19
  294:10 304:19
  371:14 391:24
  400:11 401:15
  421:13 434:17
  435:20 441:14
  441:15 461:7
  473:13 519:11
  519:11
wrote 85:7
  176:23 182:10
  232:5 282:3,6
  283:3,16
  295:25 388:3
wyatt 520:11

**x**

x 4:1,5 5:1 6:1
  208:9 371:3
  570:21

**y**

y 5:18 9:21
  174:6,7,8
  189:22 208:9
  371:4
y'all 553:19
yael 354:24,25
  355:2
yeah 13:8
  19:18,18 22:20
  22:20 49:3
  58:9 77:10
  81:5 82:18
  89:5 91:19,20
  91:21 93:16
  96:23 97:11
  98:17 106:16
  127:24 133:15
  135:5,10,14
  140:5 150:4
  160:19 171:11
  176:12 177:7
  192:20 229:9
  231:8 232:15
  234:4 250:10
  259:13 263:24
  265:17 277:23
  278:2,16
  279:21,25
  280:8 281:20
  282:14 284:13
  284:19 287:21
  288:7 291:7

292:2,19 297:2
298:5,10,24
299:14,17,18
302:10 304:8
304:14 306:9,9
310:9,21,22
324:13 335:3,6
335:15,20
337:5 339:14
340:5 345:16
346:8,11,11
352:10 354:10
354:10,11
355:5 359:6,19
360:5 361:11
362:10 363:23
374:18 375:16
376:11,12,19
378:22 385:9
387:15 390:18
395:9 396:4
397:21 399:2
400:2 407:19
409:4,12
413:24 415:5
415:17 419:23
421:11 422:14
427:3 433:2
451:25 462:14
466:13,23
474:17 482:20
484:23 491:10
495:6,11
501:18 506:21

510:23 513:17
514:11 516:25
530:7,14,14
533:19 541:16
563:17,17
564:22 565:2

**year** 58:18
59:16 63:18
122:12 137:3
138:17 182:24
218:12 219:4
219:15 251:25
265:2 270:18
270:22,23
297:18 349:5
363:8 382:20
397:7 398:21
399:23,23,24
399:24 412:14
412:18,19
459:14,19
461:9 470:5
474:8 477:10
481:25 482:18
484:5 499:8,24
501:3 503:18
543:24 551:18
551:24

**years** 27:15
47:10,12 48:7
51:15 74:7
87:15 90:8
101:6 133:19
133:20 134:16

137:20 141:5
171:4 207:5
215:9 216:15
231:10 234:11
253:12 294:13
305:17 307:11
307:13,16
335:12 343:4,5
365:16 368:7
384:22 398:23
422:25 424:14
426:13 441:6
441:25 444:20
451:11,13,15
455:3 459:17
459:24 460:21
464:7,21
470:13,20
472:13 483:23
492:25 494:9
506:21 508:14

**yeheal** 455:18

**yep** 96:6
141:14 252:14
304:13 306:10
310:8 340:14
495:6

**yeshiva** 387:23

**yesterday**
38:16 77:22
129:15 158:17
218:18,22
225:5 457:21
490:9

**yj** 4:24 29:9
55:24 56:8,19
58:16 59:17
60:13 62:9
63:14 65:25
68:7 74:20
86:14 94:6
118:15 125:11
149:10 171:17
172:20 173:2
178:20 179:4,5
180:16,17,19
181:5,7,9
182:7,9,24
184:10,21
185:9 186:21
188:16,17,25
192:17 193:24
195:21 297:2
442:16 458:12
458:20 460:17

**yjs** 187:12

**york** 1:2 2:6,14
3:7 7:18 9:25
13:23 33:15
89:7 91:25,25
94:2 97:12
112:21 122:18
123:10,22
124:14,24
143:25 150:21
156:14 163:6
178:4 191:18
192:15 200:15

201:23 202:5
205:14,16,17
205:19 221:13
261:2 262:21
274:14 279:9
281:2 305:22
314:5 315:13
315:17 317:11
374:23 385:18
385:20 387:3
399:21 404:22
510:20 514:24
549:6 570:19

**young** 509:24

**z**

**z** 5:20 189:22
208:9 461:13
461:14

**zelle** 456:18

**zero** 46:11
247:14 437:12

**zone** 369:18

**zoom** 7:15 89:4
259:19,20