

Eric B. Fisher
Binder & Schwartz LLP                (T) 212.933.4551
675 3rd Avenue, 26th Floor           (F) 212.510.7299
New York, NY 10017                   efisher@binderschwartz.com

July 13, 2026

By ECF

Honorable Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

      Re:  *In re Simpson*, Case No. 26-10359 (LGB)

Dear Judge Beckerman:

This firm represents 608941 NJ Inc. ("Oak") in the above referenced matter.  We write to join the objections made by Jared Chassen to the Court's submission of Mr. Simpson's correspondence to the United States Attorney's Office ("USAO") and/or the New York State Attorney General's Office ("NYAG").

*First*, nothing has prevented Mr. Simpson and/or his various counsel from writing to the USAO or the NYAG in order to report alleged improper conduct (which does not exist).  In fact, it is our understanding that he has repeatedly bombarded both agencies, among others, with correspondence filled with baseless ad hominem attacks, empty conclusory assertions, and, at best, fanciful conspiracy theories, including accusations that principals of Oak have committed no less than two unsolved murders.  It is not surprising that no governmental office or agency has acted on his correspondence.

*Second*, Mr. Simpson's correspondence consists of nothing more than vague and unsupported assertions.  Mr. Simpson has refused over the course of several years to provide discovery during the course of litigation, and certainly has not provided any documents or information that would support the baseless assertions in his letter.  Thus, while Oak understands that the Court was trying to facilitate Mr. Simpson's compliance at his deposition, should the Court submit Mr. Simpson's letters to these governmental agencies, it risks inadvertently putting its imprimatur on these letters.

Accordingly, we respectfully request that the Court decline to forward Mr. Simpson's correspondence, which has been filed on the docket and is a matter of public record, to either the USAO or the NYAG.  Should the Court send Mr. Simpson's correspondence, we respectfully ask that this letter be included as well.



Thank you for your consideration of this matter.

Very truly yours,

Eric B. Fisher