

Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 682-5075
allen@allenschwartzlaw.com

<u>**VIA ECF**</u>                                                                              July 28, 2026

Honorable Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

       **Re: Letter to Court Regarding Jeffrey Simpson's Abusive Emails, *In Re Simpson*, 26-10359 (LGB) (S.D.N.Y.)**

Dear Judge Beckerman:

       I write on behalf of Jared Chassen to object to Jeffrey Simpson's ongoing barrage of abusive emails to Mr. Chassen and his counsel, to the Receiver in defiance of the state court's bar on direct emails to, and harassment of, the Receiver (*see* NYSCEF Doc. No. 1360 at 6, NYSCEF Doc. No. 1508 at 4), to the Honorable Justice Joel M. Cohen of the New York County Supreme Court, Commercial Division in defiance of at least four orders entered by that court sanctioning Mr. Simpson for improper correspondence to the state court (NYSCEF Doc. No. 1847, Sept. 24, 2025 Order, NYSCEF Doc. No. 1851, Sept. 29, 2025 Order, NYSCEF Doc. No. 1998, Oct. 8, 2025 Order, NYSCEF Doc. No. 2157, Dec. 5, 2025 Order), and to this Court despite the Court's direction to Mr. Simpson to stop communicating directly with the Court after the Court approved his counsel's retention application.[1]

       Mr. Simpson is not exempt from the most basic standards governing litigant conduct. He must follow court orders, he must behave with decorum, and he must correspond without verbally abusing others, let alone judges and judicial officers. Mr. Chassen respectfully asks the Court to order Mr. Simpson to cease and desist and to inform Mr. Simpson that further abusive conduct and defiance of the judiciary will not be tolerated.

                           Sincerely,
                           _/s/ Allen Schwartz

---

[1] I annex hereto as Exhibit 1 a compilation of the emails I have received from Mr. Simpson this week; *see also* ECF 88-2 (previous compilation of emails). The hyperlinked citations referencing "NYSCEF" link and refer to specific docket entities in the action captioned *Simpson v. Chassen*, Index No. 158055/2023 in New York County Supreme Court, Commercial Division.

Allen Schwartz, Esq.

cc: counsel of record via ECF.