# EXHIBIT 1

**Subject:** Re: Removal of Property from Rever Motors Premises
**Date:** Tuesday, July 28, 2026 at 7:34:40 PM Eastern Daylight Time
**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**To:** Alec P. Ostrow <aostrow@beckerglynn.com>
**CC:** Martin Bunin <mbunin@farrellfritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Jared Chassen <jaredchassen@gmail.com>, allen@allenschwartzlaw.com <Allen@allenschwartzlaw.com>

And according to New York state law you have abandoned the property. Simply leaving the gate open for over a year is more than sufficient evidence of your actions and I have a variety of pictures for drive-bys. So if we all want to talk about standards, other than protecting your bretheren , he's guilty as charged. The video says it all but of course we're scared to death that God forbid we might insult Joel cohen or someone titled receiver. They are both beyond their imagination for what they did here and the fact that the bankruptcy court can't see through it when it's blatantly obvious, this is a serious problem and it was raised during YJ and it's being raised again now. This is all part of the oak chassen strategy to make me look bad and deteriorate me which they've said clearly to so many people. So it's time for people to get their act together and see reality for what this is and go and inspect on their own or bring a third-party to check it out if you don't believe me. Why is it that Eric and Joel won't let go? They're scared to death of what we're going to find of what they did here. And Eric if you think this is abuse, you have not put one dollar into this property you haven't put 1 ounce of energy to this property you don't deserve to be anywhere near anything that belongs to me or any affiliate of mine for the 100 time. And I challenge you again, which law-enforcement agency are we going to tonight or tomorrow where we can get this adjudicated where the civil courts are scared of theircshadow and I'm not scared of anything because I know the truth and I know what you've done and it's completely obvious. So my tone you deserve 1000 times my tone, you deserve to be sitting in jail for the rest of your life. And for you Joel, as the New York State police told me I have a judge problem so stand down away from my stuff forever. I'm happy to go to head with you in front of some law-enforcement folks because what you did was illegal, highly illegal. Who's ready ??? and avoidance to meet with authorities is inference to guilt and that holds true for you too Joel. After all you're just a guy, who does not have a likely chance of continuing his career after the new elections.

Jeffrey Simpson

Sent from my iPhone

> On Jul 28, 2026, at 5:04PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Eric, your actions are abusive - unruly , illegitimate and illegal
> I will not take any direction from you whatsoever you don't have any authority to be there in the first place for 1000 reasons that you know. I am given certain authority by the court, and I will follow the order and you will comply and if not you could tell the judge why you continue with your absurdity.
>
> I'm still waiting to hear the answer of my questions. And yes you owe that to me because there's nobody else you are fiduciary to, by your own favorite judges direction. Why don't you go and ask Joel cohen yourself I'll copy him here. It's not like he tells the truth or says anything consistent anyway but it is in the record.
>
> Also, Chassen will take instruction from me on behalf of JJ Arch. And if he doesn't he will have resigned himself for the fifth time and that will again exterminate you and your collusive crew forever.
>
> My offer continues to take this to any legitimate law-enforcement agency and let them tell us who did right and who did wrong here , starting with Chassen 's theft of the company, and we will find

our way to you during the conversation, trust me you did plenty criminality and I have proof and witnesses and evidence.   So don't ever talk to me like you have here again.   Don't go near me and I am providing instructions here because it's me doing the labor  , not you , you left that place to be destructed.   So I leave it to Judge Beckerman,   there is only one captain with these types of missions and she will give me the authority to do what I need to do if she chooses to and if she doesn't so be it I will decide what remedies are required but it's not going to  go the way I've seen it here.   This conversation is over, you are  not worth my time or energy not another second or a minute.

Jeffrey Simpson

Sent from my iPhone

On Jul 28, 2026, at 2:25PM, Ostrow, Alec P. <caostrow@beckerglynn.com> wrote:

Here's the receiver's email in response to my email.

<image127143.png>

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct  (212) 303-9577

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, July 28, 2026 2:22 PM
**To:** Ostrow, Alec P. <aostrow@beckerglynn.com>
**Cc:** Martin G. Bunin <mbunin@farrellfritz.com>
**Subject:** RE: Removal of Property from Rever Motors Premises

Alec:
I understand that your client refuses to engage in a planning call.
I have reviewed the list that your client proposes to take on Thursday.
Prior to close of business today, please identify by "Item Number" the items that your client proposes to take on Thursday. Once this "Item Number" is removed, I will consider it cleared off the property. All future visits, scheduled in advance, must identify the "Item Number" to be removed.
Please note that I will not tolerate any abusive conduct by your client either verbally or physically. If he cannot conduct himself in a civil and polite manner, the site visit will cease.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Ostrow, Alec P. <aostrow@beckerglynn.com>

**Sent:** Tuesday, July 28, 2026 1:23 PM
**To:** Martin Bunin <mbunin@farrellfritz.com>; ehuebscher huebscherconsulting.com
<ehuebscher@huebscherconsulting.com>
**Subject:** Removal of Property from Rever Motors Premises

Gentlemen:

I write to provide the responses of Mr. Simpson to the questions I agreed to put to him during yesterday's conference with the court.

He confirms that the initial visit will take place on Thursday from 1:00 p.m. to 5:00 p.m.

He does not agree to participate in a telephonic planning call. His position is that he has already supplied relevant information in the drawings that he sent over the weekend. If there are questions, they can be submitted in writing. Here is what he proposes to do on Thursday:

He is aiming to have the Towing service show up at 2 o'clock to pick up the following items:

1. The skid steer loader. He will probably need an hour prior to that to move things around and use a vehicle of his to drag it to the street
2. The red snap on bump lift that is in the side garage
3. The toolboxes and the table with the vice in the main garage, the orange engine hoist
4. If there are other things that will fit on the truck and the receiver does not push back then that can be done as well

He has informed me that the type of truck he proposes to engage is expensive and the trucker is very busy this time of year so Mr. Simpson makes an appointment if the trucker is waiting, it will cost a lot of money.

He expects that future visits will likely have more flexibility with trailers, etc.

He is also trying to have a separate company pick up the 2011 Range Rover which is by the street during the same window of time.

Once he sees how it goes on Thursday, he will have a better view point of what will be the next trip and when.

As to the signing over the title to the vehicle, he sent you on Sunday a photo of the title, receipt of which you acknowledged at the conference, endorsed with his signature as the seller and the date of 7-26-26. With regard to endorsing it to "1640 Motors LLC," I, for one, do not see a space on the document for such an endorsement other than the space to provide the buyer's signature and to print the buyer's name. It does not seem to me to matter who prints the buyer's name, but that can be worked out.

Alec

<image001.png>

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 303-9577

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

**Subject:** Re: Proposal regarding retrieval of personal items

**Date:** Tuesday, July 28, 2026 at 2:50:00 PM Eastern Daylight Time

**From:** Jeffrey Simpson <jsimpson001@icloud.com>

**To:** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Alec P. Ostrow <aostrow@beckerglynn.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Martin Bunin <MBunin@farrellfritz.com>, Jared Chassen <jaredchassen@gmail.com>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>

No reply!

Chassen will be there under JJ Arch on my direction to assist with the operation, or he has deemed resigned for the fourth / fifth time. And what's that / resignation is conceived again, there is no receiver and there is no grounds for asking for a receiver and everything that he did is going backwards in reverse and clawback is the name of the game with serious ramifications.

And yes Joel cohen -,you're here for a reason because you made a horrific decision that made no logical sense and this time it won't be me firing him, he will fire himself officially for the fifth time. So if he doesn't show up he's done forever more. Go ahead disagree with me on it, I dare you - and no you're not a judge but we're going to clean this up now .

So Jared - Get your work clothes on - I will see you at 1 PM sharp at 1640 Montauk

And Eric Huebscher, you piece of dirt of the Earth - you will not email Alec again - I gave clear instructions as to what it is I will be doing pursuant to the court order. You will not say a word to me , you will not address me I will nod when I'm there and I will be there for the mission that is part of the court order and that is it and the moment you dare to say a word or even look at me the wrong way I get in my car and I leave and the court will decide and maybe they'll finally start to see the light of what you actually are. All the people that will thank me for all the years of the crap that you've done.

Jeffrey Simpson

Sent from my iPhone

> On Jul 28, 2026, at 8:05AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Further to my prior note, Jared Chassen has decided to contact me via Facebook marketplace (not the first time ) with intentions of malicious actions regarding the limited income I have which automobile work. This is not the first time he's done this, he has used fake alias phone numbers too which I traced back to White Plains where he lives
>
> So let's look very clearly at what he says here.
>
> So again, this time I'm making a demand -,I expect him to be there helping me

gathering my personal contents.   He will take direction from  me pursuant it to the Jj arch agreement and he will do the dirty work.   It's a small ask  for what he's done, over the last three years.

I expect all the vehicles that he took from the property to be returned immediately.

So do with it as you wish, I will take it to the police and the authorities because I know I'm right and it's just another sentiment to prove it.

<IMG_0067.png>
<IMG_0068.png>

Jeffrey Simpson

Sent from my iPhone


On Jul 28, 2026, at 7:36AM, Jeffrey Simpson
<jsimpson001@icloud.com> wrote:




1 Video
share.icloud.com


And this is the head of Pond house where  Chassen held it hostage even after New York State Court orders and he put a lis pendant on it during the bankruptcy of JJ arch .   He extorted me for his so-called black Porsche to give the keys back to property he didn't own so what are we going to expose this to the court or if we do is the court going to even care?   Yes Joel cohen  screwed up majorly, intentional, corrupted don't know but definitely makes no logical sense to anybody, any outside person and here we are this house probably belongs to Jared or the wieners.   Where is the money from the sale?    I had a contract for 1.45M and the receiver sold it for 1.280.  Chassen told the New York State Court on the stand that my offer on the house was a fire sale.   He didn't have any authority anyway but even so it's live testimony and it's in a transcript   there is a court order about distribution of funds, I know people here know how to read it.   Where is the money?   Who owns the house?

Are we getting a sworn affidavit that is not owned by the antagonists?

This is how to get to justice not BS motion practice for the next years of my life after these people have used every effort to ruin me but I'm still here and as long as I'm alive I'm going to  keep challenging the stuff

because I know I'm right unquestionably and the court is supposed to give some respect to the person that has been destroyed over this. This is just a tip of the iceberg, there are much larger examples but nobody wants to talk about it because they're scared to death to expose their brethren

Jeffrey Simpson

Sent from my iPhone

> On Jul 28, 2026, at 7:26AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> And this is a video of this morning. The abandoned mess that he created, no one gave him the authority to do such a thing. He's holding hostage funds, refuses to look at any waterfalls which yes could be subject to the debtors estate but why would that be relevant because he's a receiver and therefore he's considered good but he is not a good guy he's not good at anything other than extortion and I guess making people happy in the political scene so that he could keep doing what he does without merit.
>
> I reference to the video Judge Joel cohen when he talks about abandonment and how there's a serious issue under New York State law when receivers abandon. I will share that section of the law and the transcript later on today
>
> So this is information that the Court hopefully realizes what is going on here.
>
> <090OsiZeG9jNXUrtUCJQqdy5Q.jpeg>
> 1 Video
> share.icloud.com
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Jul 28, 2026, at 4:22AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> I reminded to the Court yesterday how Mr.

Huebscher was more than comfortable meeting Mr. Chassen on a Sunday and on several other occasions to hand him property from 1640 Motors. The property he handed to him has all types of ramifications and consequences, if and when it's ever heard .

So under the JJ Arch agreement, technically Chassen still works for me, unless he's resigned (which he has by every action he's taken pretends that that's not true even though it has been admitted to this court and others) .

Why can't he participate in helping me retrieve personal contents? He's more than capable pursuant to his testimony. Him and Eric clearly have a thing going because they have no problem attacking me collusively. There's all types of remedies for the actions that he's taken, they are very serious and as Allen Schwartz says I should be punished! It actually the contrary... He stole my business, he colluded with the receiver (and oak) and did so many horrific acts. This is the moment where he could find the time to participate because they spent countless hours and dollars trying to hurt me in this very motion and the conclusion of the court was that his testimony did nothing but corroborate so there we have it. A payment of retribution in damages pursuant to all the sections of JJ arch for his acts of bad faith , especially in this very Court.

It's OK, I'll do the dirty work, he can hold hands with Mr. Huebscher and watch to make sure he doesn't feel uncomfortable!

It will all be on tape! It will be great for the Court to see the interactions and this is a drop in the bucket to what he ultimately will owe me and my estate for his actions for stealing my businesses and doing all the damage he's done over the last three years.

So Your Honor wants a plan, there we have it. Let the two antagonists join and be participatory to getting this mission done rather

than having the luxury of coming to the court and attacking my character without merit.

I don't know why I didn't think about this earlier. I know it's a great idea, it will provide some humbleness for him to remind him what he signed up for in 2017 or I should say in 2012 when he was my admin assistant. Frankly Schwartz should be attending also and he should actually get dirty under my direction for the actions he's taken to destroy my life because of his political connections (which are now eroded). This will be a party!

I'm looking forward to the response but I'm very serious (except for Mr. Schwartz). He worked for me for more than a dozen years and he has happy moments with Mr. Huebscher (what discovery showed us ) and it will be on the tape ! He always liked to try to be an ambassador although he couldn't close a single thing in his career, this will be a moment of reckoning!

And like Mr. Ostrow said, he's not the one that coordinates logistics, I am

Jeffrey Simpson

Sent from my iPhone

**Subject:** Re: As a follow up from yesterday's conference

**Date:** Monday, July 27, 2026 at 5:49:47 AM Eastern Daylight Time

**From:** Jeffrey Simpson <jsimpson001@icloud.com>

**To:** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, daniel.rudewicz@usdoj.gov <daniel.rudewicz@usdoj.gov>, Alec P. Ostrow <aostrow@beckerglynn.com>, Martin Bunin <mbunin@farrellfritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>

**CC:** Hon. Joel M. Cohen <jmcohen@nycourts.gov>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Sean Southard <ssouthard@klestadt.com>, Jared Chassen <jaredchassen@gmail.com>

**Attachments:** preview.png



**ViewDocument**
PDF Document · 107 KB

And this is the 2024 order that followed the dialogue from the transcript I sent prior. This is what triggered Chassen to release the funds that he extorted (and he only did so after I gave him vehicles) from 225 head of pond. He was also holding the property hostage until this because he can get away with anything in front of Joel Cohen.
Notice how the section is flagged by Joel cohen - he refers to the JJ Arch contract "as amended". There is a reason for this. He was left with no choice given the actions by Chassen.

Come on Joel Cohen - speak up. Stand up for yourself as to why you did what you did to me. Defend to the bankruptcy court your malicious and intentional acts of destruction against me. You've already said it in a group email but come on let's do it again, let's be specific this time. Or I'm more than happy for the USAO to take care of that at the appropriate time but they choose to. And no, you should not be involved in anything going forward and you know that and I'm not making motions of recusal for you to decide on.

No counsel has the courage to do it, I've already lost everything (consistent with what Kevin Weiner threatened me of, and Jared communicated to me on countless occasions that it would happen - I guess he was right that they would spend the money to manipulate the system and it appears that the relationship with the characters that are being investigated make lots of sense for this to happen - the first clarity of logic in three years).

We don't need motions for these things, we need honesty, if your Honor really wants to get to how to move everything forward here.


Jeffrey Simpson

Sent from my iPhone


> On Jul 27, 2026, at 4:51AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Unfortunately Mr. Ostrow is one person and he was not there for the history and he does not have the resources or time to provide this information so I'm going to share for the record the actual facts of what Joel Cohen did or didn't do in NYS Court.

This transcript says it all about Schwartz trying to be deceitful to the NYS court regarding the Aug 1 contract and his demands for enforcement which tells us everything else including Chassen's lack of ability to fulfill his obligations. So as your honor said, you can't have it both ways. He also illustrates deceit about compliance.

This impacts auto vehicles regarding 1640 Motors, it impacts all the JJ Arch directly owned properties, which somehow end up with a receiver for no good reason.

It also impacts what's happening at 89th st right now . So as the court said, "Simpson is fighting for his life" and it references the things that New York State Court did as if some of these things were never even considered. If you read this dialogue, I had a refinance signed and executed regarding 89th St. I had provided a $25,000 deposit. Chassen and Peldman (key Investor) fought about leakage of cash that I arranged for Peldman, given the circumstances. Chassen also told me in writing that he would not accept or consent (the contract does not even require such) unless I promised his wife commission. So given the acrimony, I chose as a managing member not to proceed. I will show you how the court clarified the control rights as a result of this dialogue so there's nothing fictitious here , there's nothing I'm dreaming about here.
   The problem is Joel Cohen says X and then he says Y on purpose, leaving room for these criminals to continue down their war path against me (no matter if it's corporate or personal). So he is a problem, a big problem and always has been a big problem. This court has said clearly that they don't understand the New York State litigation, well join the club of over 25 lawyers that I've shown it to and nobody wants to touch it for that very reason. So who suffers? Me personally and everybody else around it because even after I filed a personal bankruptcy, this Court doesn't want to touch it either! So I will continue to share the facts of what actually happened there, especially as cohen allows them to weaponize AREH to also hurt me. All done knowing that my resources were depleting continuously because they would spend any amount of money they needed as a group to hurt me in court. They said it off the record to many folks and they continue to do it.
   So how does this relate to what we're dealing with the receiver? Well a receiver could've never been appointed in the first place, I had personal obligations on the line and none of this could've ever happened, especially appointing someone who is so conflicted and horrendous in every aspect. I'm not going to talk about caselaw and talk about the rare circumstances where there's a receiver in a partnership circumstance because it is that rare and if it were to exist, they would have an obligation to me first and foremost but that's not what's happening here. They have teamed up with the other antagonists to simply hurt me.

I spent the better part of the weekend drawing maps, illustrations of the 1640 Motors / Montauk property etc all because this horrific human, Eric Huebscher has taken such actions that make no logical sense and continues to support them with his partner in crime Marty Bunin and Allen Schwartz. We simply started Friday afternoon by asking for a site visit within two business days per the court order. Immediately met with controversy, where this man thinks he could control me and do whatever he wants because that's what Joel Cohen allowed him to do. Another participant in destruction of Jeffrey Solomon Simpson for no logical or judicial reason. He is the one who should be here on the witness stand to understand his motivations as to why he ruined my life over the last three years. He did not start this but he has put the knife right through me for no good reason. His prejudice is not even a question I could send a half a dozen more transcripts to illustrate how he has deteriorated my life in every way possible. This Court has said that there's a serious breakdown between him and I and he continues to act on this case (at large). This is not a motion , I'm not a lawyer and I'm going to keep speaking up about what really happened until of course this Court tells me I can't. If I had a team of lawyers which I should have, and none of this could've ever happened, then we would follow a protocol but what choice do I have here? When I hear this Court making reference that New York State did certain things but it's only half the story because that's what Schwartz and the others love to play into.

We have evidence, we have testimony, There is no Jared Chassen partner, and there is no receiver as a result of Jared Chassen by any contract or any agreement other than a judge doing things that make no sense. So because he's a judge he gets to sit there and do his little dance and has the freedom to do damage to me personally and even after this personal bankruptcy filing he continues to do things. He will never recuse himself because then he will share his guilt and he can't control the situation going forward about all the bad things he did. And that is the problem between me and Joel cohen, he knows I'm right about everything he

just doesn't like me and that has been said also on the record. He takes his liberal stance on the world rather than focusing on the contract. He makes it clear he doesn't like entrepreneurs, he makes it clear he doesn't like my agreements, that is not his job and that's not what courts do. So he makes a mess of the situation for three years and I'm stuck here in a personal bankruptcy continuing to run in circles based upon his horrific actions.

So there is no ask here, this is illustrations of reality and since no one has the time I guess to look back at the record I'm going share the record for what it really is, here, publicly , whatever it takes because if personal bankruptcy is not good enough to expose and adjudicate the circumstance, what other remedies exist for someone who has been literally "screwed" (I'm sorry for the term but emphasis is needed to see what it is we're dealing with), the way I have.

I thank the Court for reading, to the extent it does but I do feel it is mission critical for me to stand up and not allow the record to illustrate something about the New York State actions that are simply not true.

Thank you


<158055_2023_JEFFREY_SIMPSON_indiv_v_JEFFREY_SIMPSON_indiv_TRANSCRIPT_OF_PROCE_603.pdf>


Jeffrey Simpson

Sent from my iPhone


> On Jul 24, 2026, at 7:02AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> good morning ,
>
>
> I appreciate the Court's time but I'm very troubled that my word seems to be significantly less valuable than that of a supposed receiver who has done nothing but destruction of this property for over a year now. I'm not going to repeat myself, this Court is competent to assess what is considered credible and what is not (with the exception of giving way to a so-called receiver because he's a receiver regardless if his word has any meaning which is not acceptable or due process, I'm sorry - his conflicts have been ignored, he's being investigated - ignored, he has done criminality, ignored). I don't know how any judicial body can ignore serious concerns. On the other hand I have an impeccable record, other than Judge Joel cohen who ran wild against me for no reason that makes any logical sense to anyone, especially credible lawyers. I have to copy him here again because he is doing his thing once all over again and doesn't know how to ever recuse himself with the damages that he has done to me my investors, lenders, friends family community you name it. And the amount of judicial time that has been spent because of his horrific acts that were unlawful.
>
>
> But let's go to the facts here because I know Your Honor is focused on the facts. It was said yesterday that this Austin Healey 3000 does not exist. Well it certainly does because there's multiple pictures of it in this very communication, by pictures that are from my walk-through. I don't even need the video to prove that it's there and I don't even need the video to prove how hard it is to get it out of there.
>
>
> Here is a reference to another Austin healey 3000, that I built and I had to sell because of this liquidity crisis caused by the lack of judicial conduct for my protections. It is even the same year and the same color! And if one would look up a 1967 Austin Healey 3000 Mark III in British racing green, it is easy to confirm. Mr. Huebscher knows nothing about anything, proven once again.

My previous 1967 Austin healey 3000 mark iii

<IMG_2986.jpeg>
<IMG_4871.jpeg>

Photos that are clear on site.   And there are parts for it in several other locations too including inside various buildings and along the western property wall.

<IMG_6732.jpeg>

The Green triumph Tr6, which has a tag on it which is next to it in this photo, is very clear.   now the owner of this car has reached out to me multiple times, but he cannot pick up his personal contents either.   I pass him off to Mr. Huebscher like I have with five others and it goes nowhere.
   How is this legal, how is this lawful?    He is hoarding assets of others and it's all in the hopes that they sue me or make claims against me.   More conflicts of interest.

And yes judge Joel cohen clearly told him he had a fiduciary duty to me and clearly told him that he had no right to shut down the business and that is

In a transcript which I'm happy to produce.   So let's please not talk about how a credible New York State judge made proper rulings to follow because he didn't.   He did whatever he could to destroy me and now he's doing it again in multiple cases.   I gave my oath to that man to go nowhere near me ever again and gosh I imagined after filing for bankruptcy that would have happened but no, the amount of legal force that comes to the table supersedes reality, practicality or the truth.   All because of a biased, prejudicial, and frankly lacking any common  sense person wears a robe.   Are country doesn't work like that, there are supposed to be checks and balances and there are not.   And all the Investigations regarding the New York State judges more recently illustrate this, finally.   The changes in political power may even eliminate the pay to play system.
   These are realities and I'm here in the bankruptcy court because of what was done to me not because of anything legitimate that they claim.

<IMG_6733.jpeg>
<IMG_6737.jpeg>
<IMG_6738.jpeg>
<IMG_6739.jpeg>

What is also very obviously discernible from these photos is the MGA project which is referenced I believe in the proposed order, including in Mr. Huebscher's own list.

<IMG_6729.jpeg>
<IMG_6728.jpeg>
<IMG_6727.jpeg>

So the condescending and diminishing man sits there yesterday and says oh it's three cars it's nothing and oh it's so easy.   If we include the "MGA project" which I believe is clear, we are now up to five

vehicles not including anything else.   I believe there are more and I could spend a lot of time writing the details but I don't think it's worth my time or anyone else's , my point is made here on credibility once again.   The same person that told the court that nothing there belongs to me.
  The same person that told the court that I didn't provide any list or any details of personal property in over a year .   This person is supposed to be fiduciary to me above anybody else because it's uncontestable that I was the majority owner up the chain.   And yes Joel cohen confirmed this too.   He also confirmed that Jared had no rights to anything in the second hearing but nobody pays attention to what's on the record and that transcript was hidden for a year until I exposed it and then nobody cared.   So once again if people did the work, they would see what's happened here.

And now Next Gear, the car lender  has made a claim against me.   The same one that signed the settlement agreement, with the receiver, and was endorsed by the corrupted New York State Court that was purely fraud.   The agreement explicitly says that there are no other parties of interest.
  So now I am being pursued again by them.   And here is the best part, they abandoned certain vehicles at this property and this inept person is going to try to auction them for me to only suffer more consequences.

And it's happening at 89th St. as we speak.   Side bar cases, I am a named defendant - Schwartz runs loose there with his buddy the receiver.   Again who could spend more money in legal,  that's how this works.   And I will respectfully challenge this court  and the others to allow the insurance company to do what they did.   The allowance is endorsing.   If anyone of you all had lawsuits that you had insurance and they did to you what they did to me I could only imagine what you would do but you're not in my circumstance.

What is wrong with this picture, so much.   I was so grateful that Your Honor zoomed out at a recent hearing to look at the bigger picture.   I'm going to bring us there again.   Here we are where I am treated like a criminal, I am beaten up by someone that actually does criminality on a regular basis.   He did criminality with Chassen and the moment we tried to bring it up at the evidentiary hearing, it was sideswiped yet again.   The Memorial Day events that nobody wants to talk about but we can talk to the police about it!   We can look at the arrest that occurred, per my

request!

And let's conclude by illustrating to this court that they fought tooth and nail about an end date yesterday and are not providing access for the first time until next Thursday at 1 PM.

He sat there and told us that he needed a Vin numbers from me.   Do we remember I had two hours on site in over a year?   There was not supposed to be a time limit, it became a four hour time limit and then we spent two hours fighting where the receiver himself fought with the court about the order and the court found it favorably for me but then the decision is based upon the limited information that I could grab in less than two hours and now here we are with this.   No, this is not due process.   This is a process where lawyers and receivers and corrupted judges (no reference to the Sdny court intended here)  words mean more that someone who's more educated than most and actually more successful than I think all of them (before the Wieners started the campaign of ruining me - which was premeditated and documented and nobody cares).

So my editorial here for whatever it's worth .   This Court is doing the best it can and this case is extremely challenging but it's until we get over the fact that I am highly credible and successful individual and we put aside the nonsense that was fictitiously created over the last three years and look at the situations for what they actually are, we are not giving me a chance for fresh start or process to clear my name for what these horrific folks have done to me.   The letter to the US attorney's office was remarkable.   The question is will they do anything about it and if so, in how long?   There is a trustee program that has the ability to do things here but they seem very quiet.

I rest my case and I follow this courts decisions and rulings and  Mr. Ostrow is not going to speak about these facts because he was not there for the history, he's not interested in controversy (I am not either but I have no choice) and he has no knowledge of logistics or  vehicles for the case in present.   And since I am someone who always speaks the truth, I was dumbfounded and fully insulted to hear the Court start the conversation yesterday with a sort of threat of contempt for me when I'm the guy who's telling the truth and providing the details that no one else wants to deal with.   It is unusual what we're dealing with here and I should not be speaking to the court and I should not be in court period but this is the reality and people may not like my bedside manner but they love my abilities to communicate the technicalities both in legal terms (contract not caselaw) and practical and physical.   That is what made me successful for 25 years and would never have stopped if these people did not attack and we had a credible court actually do something about their criminality instead of endorsing it (Joel cohen).

Thank you and have a nice day.

Jeffrey Simpson

Sent from my iPhone

**Allen Schwartz**

---

| | |
|---|---|
| **Subject:** | Re: Simpson v. Chassen; Index No. 158055/223 |
| **Date:** | Tuesday, July 28, 2026 at 7:45:46 AM Eastern Daylight Time |
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **To:** | SFC-PART3 <sfc-part3@nycourts.gov>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov> |
| **CC:** | ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>, afrancis@jntllp.com <afrancis@jntllp.com>, Jonathan T. Koevary <JKOEVARY@olshanlaw.com>, dag@msf-law.com <dag@msf-law.com>, Martin G. Bunin <MBunin@farrellfritz.com>, Allen Schwartz <allen@allenschwartzlaw.com>, aishlinn.bottini@haynesboone.com <aishlinn.bottini@haynesboone.com>, carey.wallick@haynesboone.com <carey.wallick@haynesboone.com>, Katherine E. Mateo <kmateo@olshanlaw.com>, leslie.thorne@haynesboone.com <leslie.thorne@haynesboone.com>, Lori.Mitchell@haynesboone.com <Lori.Mitchell@haynesboone.com>, ndenning@wiggin.com <ndenning@wiggin.com>, ssouthard@klestadt.com <ssouthard@klestadt.com>, ahaynes@westermanllp.com <ahaynes@westermanllp.com>, brenda.diaz@haynesboone.com <brenda.diaz@haynesboone.com>, charles <charles@cwertmanlaw.com>, gkeller@steptoe.com <gkeller@steptoe.com>, Jesse H. Young <jhy@msf-law.com>, jmiller@westermanllp.com <jmiller@westermanllp.com>, Kevin A. Fritz <kaf@msf-law.com>, kwarner@westermanllp.com <kwarner@westermanllp.com>, lulerio@grifflegal.com <lulerio@grifflegal.com>, Paul Gusak <pg@msf-law.com>, robert@lorenclaw.com <robert@lorenclaw.com>, Stephen B. Meister <sbm@msf-law.com>, sgriffin@grifflegal.com <sgriffin@grifflegal.com>, sgross <sgross@westermanllp.com>, Thomas L. Friedman <tlf@msf-law.com>, Lizette Negroni <negroni@mllg.nyc>, Benjamin Robert Rajotte <rajb@mllg.nyc>, David A. Gold <dag@msf-law.com>, Ali Rawaf <arawaf@nycourts.gov>, Alec P. Ostrow <aostrow@beckerglynn.com>, SFC-PART3 <sfc-part3@nycourts.gov> |
| **Attachments:** | 090OsiZeG9jNXUrtUCJQqdy5Q.png, image002.gif |



1 Video
share.icloud.com

This is the video I sent to the bankruptcy court and yes it is my attention to embarrass Joel cohen here for the destruction he's done. Absurd receiver that he should've never even considered because there was no standing in the first place, destroys my assets and then asked to have his legal bill paid?? they belong in Rikers island. But this court is completely incompetent and virtually useless for anything of substance. It should be ashamed of itself for its existence.

So go do your hearing, the only person of relevance here is me and I object to this existence.

And yes disrespect is attended for what you have tried to do to my life. And I will repeat myself - you are an abomination in the eyes of God. You are not a judge you are not authoritative you

are just a regular guy who belongs in jail for what he has done improperly.

Should the New York State or the federal court start to dig in , the record is crystal  clear of the damage that you've done (intentionally and maliciously) and I guess we'll see how strong your immunity is.


Jeffrey Simpson

Sent from my iPhone


> On Jul 27, 2026, at 10:43AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
>
> As I've stated very clearly, I do not consent to anything in this court in front of Judge Joel Cohen, the end.
>
>   If the bankruptcy court has decided to reman certain things to state, I respect that but not in front of this judge who has done horrific things to me and everything around my portfolios and the actions that are even being contemplated here to impact me directly so I don't even understand how we're even contemplating these conversations in front of this person that calls himself a judge.
>
> So do as you wish, you have no buy in from me, personally/corporately - you name it.   And everything contemplated here it's all based upon my business creations, nobody else's.
>
> So do as you please but it will absolutely be contested and I will revolt until justice is served.
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>
> > On Jul 27, 2026, at 9:35AM, SFC-PART3 <sfc-part3@nycourts.gov> wrote:
> >
> >
> >
> >
> > The receiver may appear via Microsoft Teams.  Absent special circumstances, the Court prefers that counsel who intend to speak in

connection with the matter on for hearing attend in person. All others may appear via Teams if they choose to do so.

In addition to the counsel fees question, the Court also welcomes comment on the pending proposed order to approve (retroactively) the retention of Jones Lang Lasalle as real estate broker (NYSCEF 2404-06).

*Chambers of Hon. Joel M. Cohen*
*New York State Supreme Court, Commercial Division*
*60 Centre Street - Room 655*
*New York, NY 10007*

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Thursday, July 23, 2026 9:43 AM
**To:** SFC-PART3 <sfc-part3@nycourts.gov>
**Cc:** jsimpson001@icloud.com; afrancis@jntllp.com; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; dag@msf-law.com; Martin G. Bunin <mbunin@farrellfritz.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; Aishlinn.Bottini@haynesboone.com; Carey.Wallick@haynesboone.com; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; Leslie.Thorne@haynesboone.com; Lori.Mitchell@haynesboone.com; NDenning@wiggin.com; SSouthard@klestadt.com; ahaynes@westermanllp.com; brenda.diaz@haynesboone.com; charles <charles@cwertmanlaw.com>; oliver@grifflegal.com <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com'; jmiller@westermanllp.com; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com'; kwarner@westermanllp.com; 'lulerio@grifflegal.com'; lulerio@grifflegal.com; Paul Gusak <pg@msf-law.com>; 'robert@lorenclaw.com'; robert@lorenclaw.com; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com'; sgriffin@grifflegal.com; sgross <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; 'arawaf@nycourts.gov'; Ali Rawaf <arawaf@nycourts.gov>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; afrancis@jntllp.com
**Subject:** Simpson v. Chassen; Index No. 158055/223

Good morning, your Honor:
I am writing this morning to request a remote appearance on the Subject case, which is set for a hearing on 28 July, 2026 at 2:30PM. Thank you for your consideration.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

Please be CAREFUL when clicking links or opening attachments from external senders.