

Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 682-5075
allen@allenschwartzlaw.com

**VIA ECF**                                                    July 29, 2026

Honorable Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

> **Re: Letter in Furtherance of Prior Letter to Court Regarding Jeffrey Simpson's Abusive Emails, *In Re Simpson*, 26-10359 (LGB) (S.D.N.Y.)**

Dear Judge Beckerman:

I write on behalf of Jared Chassen in furtherance of the letter I sent to the Court yesterday. ECF No. 133. This morning, Mr. Simpson sent me an email, copying the Court, with the subject line: "In response to the letter by Schwartz." A true and correct copy of this email is annexed hereto as Exhibit 1. Mr. Simpson told me in the email that "as soon as we clarify the laws that he [Schwartz] broke, including insurance fraud and we exterminate him for good, then I will follow every rule with a team of lawyers that I need to pursue Jared Chassen for everything he has pursuant to the agreement that he signed." *Id.* Mr. Simpson appears to be saying here that he will not follow the rules of litigant conduct until he "exterminates" me, whatever he may claim he means by that charged and menacing language. Mr. Simpson's threats and abuse, done right in front of this Court, are extraordinary and must not be treated as acceptable. Mr. Chassen respectfully requests that the Court direct Mr. Simpson to cease and desist.

Sincerely,
/s/ Allen Schwartz
Allen Schwartz, Esq.

cc: counsel of record via ECF.