# EXHIBIT 1

| | |
|---|---|
| **Subject:** | In response to the letter by Schwartz |
| **Date:** | Wednesday, July 29, 2026 at 10:41:53 AM Eastern Daylight Time |
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **To:** | allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Alec P. Ostrow <aostrow@beckerglynn.com>, Jared Chassen <jaredchassen@gmail.com> |
| **Attachments:** | ECF 133-Letter to Court Regarding Jeffrey Simpson's Abusive Emails.pdf, ATT00001.txt |

His client is not entitled or exempt to breaking the law and neither is he. So as soon as we clarify the laws that he broke, including insurance fraud and we exterminate him for good, then I will follow every rule with a team of lawyers that I need to pursue Jared Chassen for everything he has pursuant to the agreement that he signed. And I will be pursuing Allen Schwartz and the rest of them for trying to ruin my life with malicious intentions and corruption.

So once again, my offer stands - let's go meet with the authorities right now and we can get to the bottom of this today.,