**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Alec P. Ostrow
aostrow@beckerglynn.com

*Counsel to Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |

**DEBTOR'S OBJECTION TO RECEIVER'S LETTER MOTION**
**<u>TO AMEND ORDER</u>**

Jeffrey Solomon Simpson, the debtor and debtor in possession herein (the "Debtor"), by his counsel, as and for his objection (the "Objection") to the letter motion (the "Letter Motion") of Eric Huebsher, as Receiver (the "Receiver"), filed on July 30, 2026 [ECF Doc. 135], respectfully sets forth and represents:

1. The Receiver has filed a Letter Motion asking the Court to amend the Order Regarding Chassen Lift Stay Motion, entered July 9, 2026. This order was also amended on July 9, 2026. The Letter Motion provides neither a hearing date nor a response date.

2. The Debtor objects to the procedure used by the Receiver to seek relief. Amendment of an order is governed by Rule 9023 of the Federal Rules of Bankruptcy Procedure, if made within 14 days or the order at issue, or otherwise by Rule 9024 of the Federal Rules of Bankruptcy Procedure. Since the order at issue was entered more than 14 days prior to the Letter

Motion, Rule 9024 applies. Rule 9024 makes applicable Rule 60 of the Federal Rules of Civil Procedure, and that rule requires a motion to amend.

3. Local Bankruptcy Rule 9006-1(c) requires that at least 14 days' notice be provided for motions that are not discovery related or governed by Rule 2002 of the Federal Rule of Bankruptcy Procedure.

4. Local Bankruptcy Rule 9013-1(a) requires that each motion specify the rules and statutory provisions upon which it is predicated and the legal authorities that support the requested relief.

5. The Letter Motion does not comply with these rules. Because it asks the Court to consider the motion and the proposed amended order without providing an appropriate opportunity for the Debtor or any other party in interest to be heard, the procedure employed is not consistent with basic due process.

WHEREFORE, the Debtor respectfully requests that the Court decline to consider the Letter Motion, and direct to Receiver to comply with proper procedures, and that the Court the Debtor grant such other and further relief as is just.

Dated: New York, New York
July 31, 2026

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP

By:_*/s/ Alec P. Ostrow*_____
Alec P. Ostrow
299 Park Avenue
New York, New York 10171
(212) 888-3033
aostrow@beckerglynn.com

*Counsel for Debtor and Debtor in Possession*



4931-5579-0019 v.1