FARRELLFRITZ P.C.
ATTORNEYS

**Martin G. Bunin**
Counsel

Direct Dial: 646.329.1982
Direct Fax: 646.329.1992
mbunin@farrellfritz.com

622 Third Avenue
New York, NY 10017
www.farrellfritz.com

Our File No.
35477-123

August 4, 2026

**VIA ECF**
Honorable Lisa G. Beckerman
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
New York, New York 10004

**Re: In re Jeffrey Solomon Simpson,**
**Chapter 11 case no. 26-10359(LGB)**

Dear Judge Beckerman:

We represent Eric M. Huebscher, in his capacity as court-appointed receiver (the "Receiver") in the state court action (the "State Court Action") entitled *Jeffrey Simpson, et al v Jared Chassen, et al.*, Index No. 158055/2023 (Supreme Court, County of New York: Commercial Division).

I wrote to the Court last Thursday, July 30, 2026, requesting that the Court amend its order entered on July 9, 2026, on Jared Chassen's motion to modify the automatic stay (the "Order") (ECF No. 122) to address the concerns of the State Court about the scope of the Order as applied to the retention of a real estate broker. I attached to my letter as Exhibit C a proposed amended Order to address those concerns.

However, the Court previously amended the Order to insert an ordered paragraph to make the Order immediately effective, waiving the automatic 14-day stay under Bankruptcy Rule 4001(a)(4) (the "Amended Order") (ECF No. 123). I inadvertently submitted proposed clarifications of the Order rather than the Amended Order.

During this morning's Zoom status conference, this Court said it would clarify the Amended Order to address the State Court's concerns.

Please find attached to this letter as **Exhibit A** a proposed second amended order and as **Exhibit B** a blackline thereof with the same proposed clarifications I suggested in the proposed amended order I submitted on July 30.

Respectfully submitted,

*/s/ Martin G. Bunin*
Martin G. Bunin

MGB/llf

To: All counsel of record