UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                    Chapter 11

JEFFREY SOLOMON SIMPSON,                                   Case No. 26-10359-LGB

                        Debtor.
---------------------------------------------------------------x

**ORDER CONFIRMING ONLY
THAT THE AUTOMATIC STAY
IS NOT IN EFFECT WITH RESPECT TO THE 1055 ENTITIES'
PROPERTY AND DENYING THE BALANCE OF REQUESTED RELIEF**

Upon the motion (the "Motion")[1] filed June 25, 2026 [ECF No. 101] filed by Irvine Realty

Group, Inc. (the "Agent"), as agent for 1055 Park Avenue Condominium, for entry of an Order

confirming the automatic stay does not apply to the 1055 Entities, relief from the automatic stay

with respect to the 1055 Entities and their property, or compelling payment by the Debtor of the

post-petition Common Charges as an administrative expense; and a hearing on the Motion having

been held on August 4, 2026 (the "Hearing"); and it appearing that due and sufficient notice of the

Motion and the Hearing thereon having been given to all necessary parties in accordance with the

Federal Rules of Bankruptcy Procedure, as evidenced by the proof of service filed with this Court

[ECF No. 110]; and opposition to the Motion having been filed by the Debtor [ECF No. 128]; and

a reply having been filed by the Agent in support of the Motion [ECF No. 138]; and for all the

reasons set forth on the record at the Hearing, it is hereby

**ORDERED**, the automatic stay does not apply to any state court actions that may be taken

by the Agent to collect outstanding Common Charges from the 1055 Entities and the Agent may

proceed in the state court against the 1055 Entities; and it is further

---

[1] All capitalized terms shall have the same meaning as defined in the Motion without the need to re-define them here.

**ORDERED**, that the Court makes no finding regarding whether the Agent has authority to commence an action, and all rights, claims, and defenses with respect to this issue are expressly reserved by the parties, with any determination to be made by the state court; and it is further

**ORDERED**, that the balance of the Motion is denied without prejudice to the Agent submitting a separate application to seek an administrative expense claim against the Debtor based upon a proper showing under the Bankruptcy Code.

Dated:  New York, New York
       August 10, 2026

*/s/ Lisa G. Beckerman*
**Honorable Lisa G. Beckerman**
**United States Bankruptcy Judge**