SCHWARTZ LAW PLLC

Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 682-5075
allen@allenschwartzlaw.com

**VIA ECF** September 16, 2026

Honorable Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

**Re: Letter Regarding Jeffrey Simpson's Threatening Emails, *Simpson v. Huebscher et. al.*, 26-01013 (LGB) (S.D.N.Y.) (the "Adversary Proceeding"); *In re Simpson*, Case No. 26-10359 (LGB) (S.D.N.Y.).**

Dear Judge Beckerman:

I write on behalf of Defendant Jared Chassen to address Jeffrey Simpson's recent threat to conduct a "citizen's arrest" of Mr. Chassen and his continuing defiance of court orders, and in advance of this Friday's hearing to address Mr. Simpson's contempt of this Court. *See* Adversary Proceeding*,* ECF No. 83, Sept. 10, 2026 Order to Show Cause (the "OSC").

Last month, after a hearing, the Court sanctioned Mr. Simpson for repeatedly violating its Cease-and-Desist Order. *Id.* at ECF Nos. 74, Sanctions Order; *Id.* at ECF No. 57, Cease and Desist Order. Mr. Simpson responded by repeatedly violating the Cease-and-Desist Order. *Id.* at ECF Nos. 75, 78-80. After the Court issued the OSC, Mr. Simpson has continued to defy the Cease-and-Desist Order. *See e.g. id* at ECF Nos. 84, 86 and 87.

While the fact that Mr. Simpson continues to send emails in violation of court orders is by itself incredibly disturbing—showing a blatant and willful contempt for this Court and its orders—the contents of these emails are themselves disturbing. In them, Mr. Simpson vulgarly abuses the recipients, *(see e.g id.* at ECF No. 79-1, 86-1, 87-1), emails federal judges (Furman, J., Vargas J., Mastando, J.) telling them that they are "morons," while telling the Court "go ahead sanction me . . ." (*id.* at ECF No. 80, Sept. 3, 2026 9:17 pm email) and announces that nothing short of incarceration by this Court will compel his compliance. *See* Exhibit 1, September 15, 2026 Email (telling Court "[s]o you'll have to put handcuffs on me before you're gonna see me comply . . .").[1]

[1] Mr. Simpson copied the undersigned on the email at Ex. 1. Also annexed hereto as Exhibit 2 and Exhibit 3 are copies of September 14, 2026 emails from Mr. Simpson on which the undersigned was also copied.

But most disturbing and particularly worrying for Mr. Chassen, in one recent email on which the undersigned was also copied, Mr. Simpson threatens Mr. Chassen with forcible arrest, telling Mr. Chassen that he is prepared to perform a "citizen's arrest" of Mr. Chassen and that he is "prepared for the consequences of me being wrong!" *See* Exhibit 4, Sept. 10, 2026 Email.

Mr. Simpson has long made clear that he is undeterred by court orders or financial sanctions, whether from the state court or now this Court. Mr. Chassen respectfully urges the Court to act decisively in enforcing its orders because without decisive action, Mr. Simpson will not be deterred and will grow further emboldened.

Finally, Mr. Chassen is weighing his options and reserves his right to seek an order of protection against Mr. Simpson from this Court or any other court of competent jurisdiction. Mr. Chassen is concerned that Mr. Simpson may pose a physical danger to Mr. Chassen. A person such as Mr. Simpson who is repeatedly willing to willfully defy court orders and disregard the rule of law is a dangerous one. And Mr. Simpson is now threatening to forcibly arrest Mr. Chassen.

Sincerely,
_/s/ Allen Schwartz
Allen Schwartz, Esq.

cc: counsel of record via ECF.