# EXHIBIT 1

**Allen Schwartz**

---

| | |
|---|---|
| **Subject:** | Fwd: Tomorrow |
| **Date:** | Tuesday, September 15, 2026 at 11:54:58 AM Eastern Daylight Time |
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **To:** | Eric Huebscher <ehuebscher@huebscherconsulting.com>, Martin Bunin <MBunin@farrellfritz.com>, Alec P. Ostrow <aostrow@beckerglynn.com>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, Jared Chassen <jaredchassen@gmail.com>, Kevin Wiener <kwiener@35oak.com>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>, fraud.feedback@usdoj.gov <fraud.feedback@usdoj.gov> |
| **Attachments:** | image659721.png |

Eric, your safety? Yes I think you're a piece of shit but I've never touched anybody with my hands and i definitely not you because what will be the purpose for me???? you flatter yourself and yes I could say whatever I want to you because you've stolen from me a lot of money and you did it in collusion with a thief so yes these are all true and factual and you've lied to the court so yes you are a son of a bitch and I will keep saying it until you're arrested.

In the meanwhile you are absolutely interfering with assets of a debtor in possession which is a bankruptcy crime. This also is the same reason why nothing was able to be retrieved from the property for over a year because you do everything you possibly can to be obstructionist and you even lied last time we were in front of the court to say you're not obstructionist but you absolutely are , you're the biggest obstructionist anybody's ever met in their life! Again, why are you here? Who are you fiduciary to? Where's my money going?

There was no world in you could've ever been near my assets and in the meanwhile you will do what you're told to do and I will never take direction from you, you piece of shit of the Earth. We did fine the last few times without you there ,it's when you do show up you are nothing but a nuisance to society. Even the Suffolk sheriffs office told me they couldn't believe your behavior (Southampton town police too) because you start with just being an asshole. I'm only an asshole after someone steals millions from me and then lies about it!

So I guess we do need the court to be involved here. Again it's hilarious that we talk about sanctions for me to follow up with this dirtbag of the Earth to do what he's supposed to do per a court order that he doesn't ever follow, he didn't follow Judge Cohen court order, neither did Jared , neither did Oak. And you're all collusive together to hurt me! And that's why we are here and the question is : is this judge ready to deal with it after over a year of me suffering in this court????

I'm ready and I was born ready because none of this could've ever happened to me, I can never be exposed to the dirtbags of the Earth like you and none of my agreements or my contracts would ever allow for such a thing. So Your Honor there's no anger management, there's nothing to do here to move forward without going backwards and understanding how we got here and building on the foundation on building blocks and that starts with bringing in Joel Cohen and asking him the hard questions and then we could go right to Jared and all the thieves one by one and we will understand my estate, my assets, my liabilities and what they were before of this and what they are today and why we're here if you actually want to know because it is very relevant and I don't have another half $1 million to invest for you to learn the process of what these people have done to destroy my existence. So what will it be? That's why I tried to start in the very first conference in this bankruptcy is an agenda so we understand the game plan, that was six months ago but the controlling type a personality refused and instead we wasted months dealing with this car crap and the only reason I continue with it is so you could see with your own eyes what these people do but it doesn't actually matter to you so I guess is a waste of my time. Well if it doesn't matter to you it will matter someone, G-d willing it will.

So sure tomorrow is canceled and the auction oughta be canceled too and you oughta be far away from all my property or anything near me ever again and you should season assist and be exterminated from ever being near me and the law should protect me for that.

You're a dirtbag and I will send anything I want to you and you will respond to me you piece of shit and yes the court will be copied on every correspondence it's going forward so they will see your trickery again if they actually care which I'm not convinced they do and that's OK that's why I have followed up with multiple complaints on you and the court because I'm not going to find justice here from what I can tell . In the meanwhile you crooks will stay far away from me and my assets and stand down.

So I expect the judiciary to do their freaking job finally. And yes I would make a phone call but I'm not allowed to and I was told sensitivity, there's no sensitivity to my existence there's no sensitivity to how I've been destroyed but there should be sensitivity that someone might be in Alex I left a voice message . I'm not a criminal I'm an executive and I don't take bullshit from anyone especially when the system is broken and corrupted. So you'll have to put handcuffs on me before you're gonna see me comply with shutting my mouth about thievery in front of our eyes, unless the Court does something about it, which it has the power to do!

I'm on standby I've been asking over and over again for two years now and especially the last week.

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

**From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
**Date:** September 15, 2026 at 10:39:39AM EDT
**To:** Jeffrey Simpson <jsimpson001@icloud.com>
**Subject: FW: Tomorrow**

Jeff -

I'm forwarding an email I received from Eric Huebscher in response to your email of this morning.

Alec

Becker|Glynn
BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 303-9577

---

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.
-----Original Message-----

From: ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
Sent: Tuesday, September 15, 2026 10:35 AM
To: Ostrow, Alec P. <aostrow@beckerglynn.com>
Cc: Martin G. Bunin <mbunin@farrellfritz.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
Subject: FW: Tomorrow

Alec:
Please direct your client to cease and desist from sending me these inappropriate communications. Today is the first day where he identifies his interest in a morning session. This is a two-week delay from the email I sent you on 1 September, 2026, which was not responded. I am tired of reading these sophomoric, inappropriate, vulgarity laced and reprehensible communications on a daily (sometimes more often) basis. Kindly, please counsel your client. Tomorrow is not an authorized day. As I mentioned yesterday, given Mr. Simpson's increased hostility, vitriol and aggression, the personal safety of me and others is now front and center.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street - 20E
New York, NY 10128
Phone - 646.584.3141
Mobile - 917.763.3891
EFAX - 212-202-3503

-----Original Message-----
From: Jeffrey Simpson <jsimpson001@icloud.com>
Sent: Tuesday, September 15, 2026 10:28 AM
To: ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>; Martin Bunin <MBunin@farrellfritz.com>; Alec P. Ostrow <aostrow@beckerglynn.com>
Subject: Tomorrow

It was my understanding that there was availability in the morning and the afternoon for the break in the middle. If that's not correct then it will be morning only but please understand we're absolutely going to I extend the deadline. So if we go back to the original plan of me going there whenever I need to because you were obviously comfortable doing that then we probably can stick within a timeframe to get us done by the end of the month but if you continue to be a nuisance, I don't know how long this will take because you're really busy schedule is always a higher priority (the one where you're out stealing from others).

And no sending an email to Alec is not an answer you will send an email to me and that's how this works or we need a conference to the court because I can't spend $1000 an hour on this bullshit.

Have a nice day , thieves!

Jeffrey Simpson

Sent from my iPhone