# EXHIBIT 2

**Allen Schwartz**

---

**Subject:** Re: Today's Letter from Marty Bunin to Judge Beckerman
**Date:** Monday, September 14, 2026 at 10:15:09 PM Eastern Daylight Time
**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**To:** Martin Bunin <MBunin@farrellfritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Alec P. Ostrow <aostrow@beckerglynn.com>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Jared Chassen <jaredchassen@gmail.com>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>, ustrustee.program@usdoj.gov <ustrustee.program@usdoj.gov>, Michelle Miller <Michellecmiller6@gmail.com>, Jason Paul <jpaulxx@gmail.com>

Eric, the scum of the Earth continues to send emails to Mr. Ostrow against my requests and there is no way to pay for that cost so like usual my response is the same, he should be dead as it relates to this case. Chassen already is and Joel has bloody rotten egg all over his face where he entertained all these request by that corrupt Schwartz and if Chassen didn't make a claim, how was anything he did in state court relevant since the beginning? It never was relevant because he was a thief and I went there because he stole from me and you all judicial morons don't do anything about it. It's time for a common sense check. He is a criminal, I am highly successful and I don't steal from people and I'm honest and I'm not putting up with this crap anymore. So no of course he can't ask for a receiver and of course he can't do anything, he being Chassen because he never had a claim in the first place because he admitted to his thievery and we have all the evidence of what he did for Kevin Wiener that was to hurt me personally. So of course all that that's relevant in this BK because I would never be in bankruptcy in the first place. I put people into bankruptcy (if I have to ) I don't file bankruptcy because I am successful and I am a superstar as a leader. So these fictitious tales are a bad nightmare that just never go away because of a broken stupid system but now it's ugly faces are exposed there and the guy who's highlighted is Joel! The fact that moron awards legal bills to corrupt receiver when the receiver was sought by someone who had no authority to ever ask for anything in the first place and had no grounds for his admissions to pure unlawful acts. And Kevin Wiener keeps sending fraudulent k-1's. Again you mind as well keep attacking Simpson because the only thing that happens is damage to him and the Court just hurts him further so you might as well just keep attacking him cause that's what they keep doing for three years you morons, so wake up! Yes I'm really rude and I'm allowed to be with what I've lost around this group of pathetic idiots who have no idea what the hell they're talking about and you could never have done anything I've done in my 25 years of career and I could've seen this coming from a mile away and I should've put the whole damn company in bankruptcy in April 2023 but I was the good guy. I was the guy that paid off 500,000 of debt for that jackass Chassen. I'm the guy that gave Michelle Miller $2 million the year before but she aided and abetted. So did Jason Paul and I gave that alleged friend/business partner $500,000 in bonuses just a year before. He said no one in his life would treat him so well and he was one of my closest friends. Can you imagine how to see that thief at my nieces bat mitzvah just a few months ago? He galavants around the Jewish community like he did nothing wrong. All these people do because again you judicial people are freaking morons! That's right you're a bunch of morons! Ask the people who lost hundreds of millions, let's bring in Jason and Michelle and let's ask them the hard questions, I will and you will see the results because I've already interrogated both of them and I had witnesses and they already admitted to me what they did but why would you all care? Why would you care about criminality? Instead /,attack the honest guy and continue doing it. Gosh, Joel definitely wants me be dead there's no question. That buffoon considered sending me to Ryker's island because of what this jackass Eric Huebscher has done! He belongs there withthe rest of you all, not the other guy here who is stolen from, who's probably the hardest working person that any of you ever met. This is just freaking stupid enough is enough. When do the police get involved ? when the criminal justice get involved??? I'm done being harassed by a bunch of criminals and an incompetent court that is useless.

Jeffrey Simpson

Sent from my iPhone

> On Sep 14, 2026, at 1:45PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

For the 100th time how is it that you're working property that's mine and all the money invested there is mine and there's no one else relevant? How is it possible?

Cry to the judge? Good, I'm waiting on the judge to tell us about your perjury that you Marty and your client have both committed during your time in front of the court so yes you both have committed bankruptcy crimes and that should be dealt with an adjudicated, not me standing up myself when you try to steal everything for no good reason. You're not even relevant somehow the rats were let in by Schwartz and cohen . Notice how Allan is nowhere to be found? Why would he say a word he didn't make a proof of claim because he never had a proof of claim because he never had a claim in the first place because his client stole the business and that somehow you have colluded with him but here we are still talking to you for ungodly reason I just don't understand it. And I do make a demand of the court to end this now and forever more and if it requires bring everybody in let's do it because I'm telling the truth everyone else is a lying cheating thief here. And all this is built around me and only me and nobody else so go buzz off.

You got your two day notice for Wednesday and it will be happening Wednesday unless the court says something to the contrary. And if Eric has to be there he will shut his mouth and do nothing other than what the court order says I will have police come.

Yes tampering with the assets of a bankruptcy is also a bankruptcy crime and you've done that besides breaching stay.

And I have no problem saying out loud that I have notified the second circuit court of appeals that there's favoritism here as a relates to a relationship between you Marty and the Court whereby they feel they don't need to question your judgment or look under the hood of your criminality that you commit on a regular basis. So cry a river to someone that cares but I am done with you long done with you. I guess we shall see if the second circuit helps I'm not confident they will but you know until somebody adjudicates this crap I'm going to keep raising my hand for justice. So you're a little piece of crap of a client can meet me there Wednesday if you want and shut his mouth and sit in his car and take pictures or photograph whatever the hell he wants Mr. forensic accountant who is just a thief a cheating pig yes that's what he is a Line cheating pig like you Marty.

And unfortunately this court has been accused before of favoring attorneys that there's been a long-standing relationship with over plaintiffs or debtors

Again, I defer to the second circuit and I have no idea how long that will take but meanwhile there's a court order to follow and you will follow it, you filthy scum.

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
> **Date:** September 14, 2026 at 12:02:36PM EDT
> **To:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Subject: Today's Letter from Marty Bunin to Judge Beckerman**

> Jeff –

I attach a copy of the letter that Marty Bunin sent to Judge Beckerman as filed today.

Alec

—

<image993044.png>

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 303-9577

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

<Letter to Judge Beckerman with Exhibit, dated September 14, 2026.pdf>