# EXHIBIT 3

**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Fwd: Today's Letter from Marty Bunin to Judge Beckerman |
| **Date:** | Monday, September 14, 2026 at 1:46:22 PM Eastern Daylight Time |
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **To:** | Martin Bunin <MBunin@farrellfritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Alec P. Ostrow <aostrow@beckerglynn.com>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>, Jared Chassen <jaredchassen@gmail.com>, Hon. Joel M. Cohen <jmcohen@nycourts.gov>, ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>, ustrustee.program@usdoj.gov <ustrustee.program@usdoj.gov> |
| **Attachments:** | image993044.png, ATT00001.htm, Letter to Judge Beckerman with Exhibit, dated September 14, 2026.pdf, ATT00002.htm |

For the 100th time how is it that you're working property that's mine and all the money invested there is mine and there's no one else relevant? How is it possible?

Cry to the judge? Good, I'm waiting on the judge to tell us about your perjury that you Marty and your client have both committed during your time in front of the court so yes you both have committed bankruptcy crimes and that should be dealt with an adjudicated, not me standing up myself when you try to steal everything for no good reason. You're not even relevant somehow the rats were let in by Schwartz and cohen . Notice how Allan is nowhere to be found? Why would he say a word he didn't make a proof of claim because he never had a proof of claim because he never had a claim in the first place because his client stole the business and that somehow you have colluded with him but here we are still talking to you for ungodly reason I just don't understand it. And I do make a demand of the court to end this now and forever more and if it requires bring everybody in let's do it because I'm telling the truth everyone else is a lying cheating thief here. And all this is built around me and only me and nobody else so go buzz off.

You got your two day notice for Wednesday and it will be happening Wednesday unless the court says something to the contrary. And if Eric has to be there he will shut his mouth and do nothing other than what the court order says I will have police come.

Yes tampering with the assets of a bankruptcy is also a bankruptcy crime and you've done that besides breaching stay.

And I have no problem saying out loud that I have notified the second circuit court of appeals that there's favoritism here as a relates to a relationship between you Marty and the Court whereby they feel they don't need to question your judgment or look under the hood of your criminality that you commit on a regular basis. So cry a river to someone that cares but I am done with you long done with you. I guess we shall see if the second circuit helps I'm not confident they will but you know until somebody adjudicates this crap I'm going to keep raising my hand for justice. So you're a little piece of crap of a client can meet me there Wednesday if you want and shut his mouth and sit in his car and take pictures or photograph whatever the hell he wants Mr. forensic accountant who is just a thief a cheating pig yes that's what he is a Line cheating pig like you Marty.

And unfortunately this court has been accused before of favoring attorneys that there's been a

long-standing relationship with over plaintiffs or debtors

Again, I defer to the second circuit and I have no idea how long that will take but meanwhile there's a court order to follow and you will follow it, you filthy scum.

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
> **Date:** September 14, 2026 at 12:02:36PM EDT
> **To:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Subject: Today's Letter from Marty Bunin to Judge Beckerman**
>
> Jeff –
>
> I attach a copy of the letter that Marty Bunin sent to Judge Beckerman as filed today.
>
> Alec
>
> ___