# EXHIBIT 4

# Fwd: Marty Bunin Has Sent Another Letter to Judge Beckerman

**Jeffrey Simpson** <jsimpson001@icloud.com> Thu, Sep 10, 2026 at 7:04 AM
To: Martin Bunin <MBunin@farrellfritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, "Alec P. Ostrow" <aostrow@beckerglynn.com>, NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>, Jared Chassen <jaredchassen@gmail.com>, "Hon. Joel M. Cohen" <jmcohen@nycourts.gov>, allen@allenschwartzlaw.com, ustpregion02.nyecf@usdoj.gov, USTP.Bankruptcy.Fraud@usdoj.gov, fraud.feedback@usdoj.gov, daniel.rudewicz@usdoj.gov, Kevin Wiener <kwiener@35oak.com>, Michelle Miller <Michellecmiller6@gmail.com>, SCJC <cjc@cjc.ny.gov>, "Scott A. Schechter" <sschechter@kbrlaw.com>, Joshua DiLena <jdilena@kbrlaw.com>

Hey Marty, you are absolutely correct about threats! Shall I post a copy of the transcript in New York State Court when judge Cohen, your favorite guy told you explicitly that the only remedy for pursuit of you by me is through the court or through the police so yes that's a threat you moron!!! you really are as ridiculous as you present yourself as I've said countless times . you really belong in a Broadway show with Eric because you guys lie and say the most ridiculous things and I imagine you could have a whole cast of people laughing at you and maybe you'll make a new living that way after I am done proving that you should be disbarred for misrepresentation, theft, abuse, disparagement, I can go on all day. Again why are you here for the hundredth time? Who are your duties to? What does the waterfall say? Yes I invested all the money so I ask the questions here.

There is nobody else relevant and Jared Chassen is nobody other than my coat tails. Shall we ask any single person that worked with us for more than a decade how relevant he was? So no you have no rights to be here and you have no right to sell my stuff and what you did with DMV is remarkable and I'm thrilled to share those letters to the court because hopefully this court finally wakes up to see what the heck you've been doing. And there's no way that your buddy Joel could be proud of your actions. He even criticize your legal bills you see the reason that the bills are so high is cause you use every possibility to make excuses to write letters so that you could take every dollar that's left from JJ Arch for yourself rather than distributing it to the people that matter which should be me you moron. And no Schwartz, Jared's family investment is not relevant because I paid back the $500,000 that he used from the line of credit so good job and trying to antagonize on the stand but you were wrong like usual. Who pays for you Schwartz? Jared doesn't. Does this Court know when Jared was threatening me about a receiver, he wanted to confiscate the head of Pond house behind Oaks back through some quirky ground lease? And guess who is attorney was not? Schwartz!!! of course this is after his breaches of bankruptcy stay with Lis pendants , other improper New York State action, perjury, the obvious theft, the collusion with Kevin.

Just this morning I found somebody trying to sell stuff for rever Motors. I will send a picture of confirmation here. You destroy things, you then blame everybody else and all this does is build up bigger legal bills so that you could charge the system money because the receivers capped how much they could take! I'm sure you're sharing it with him!

So Jared I hope you're proud of yourself what you've created here, all for Kevin Wiener all for destruction. Good job this is definitely the highlight of your career that I've seen because you've never actually done anything where you took a stand and actually got anything done or whatever you did along with Kevin, God bless you. I will get to the bottom of it Jared and I am demanding for your arrest for stealing my company. I am even allowed to do it in New York State law, a citizen arrest - I'm prepared for the consequences of me being wrong! So shall we coordinate this where you're going to turn yourself in? This is an absolute precursor to anything that happens further any Court anywhere, you get arrested for stealing a business where there's destruction of hundreds of millions, the fact that Joel cohen didn't do it I don't know what to tell you. He had a duty and a responsibility to have you prosecuted when you admitted to theft. So you are criminal and Eric is a criminal alongside you and obviously Kevin Wiener is there, no question. The latest games with taxes, wow. IRS fraud - all to paint the fictitious picture. I love how your friends have made proof of claims that that's going to be fun to go through! But you couldn't because you had no courage and your nebesh of a Lawyer can no longer stand up and whine because you didn't make a proof of claim because you have no claim against me it's the contrary you did extreme theft and extreme criminal activity and you need to be prosecuted and you need to be prosecuted now!

So we can talk about LLC's or we can talk about the fact that's all surround me and I had to bring actions to protect the thievery that these people did and instead I should've just gone to the police and maybe they wouldn't be on the take like Cohen. The investors demanded that I do something about it well who the hell would've known how corrupted the system is and how it takes such inaction for thieves.

So I demand action now. I want Chassen arrested now and I'm entitled to press charges against him under the law for stealing my companies. So the federal police can do it or NYPD can do it but somebody can do it. He is the hitman and Kevin Wiener is the funding source behind it. Eric is simply window dressing to cause a distraction but is equally guilty. Do we all forget

about the order show cause that Joel signed that almost allowed expanded relief into the rest of the JJ entities? Yes I stopped that nonsense. After that Kevin winner just took it on his own because the receiver couldn't do it and pretends like I don't exist! There's no reason not to when there's no ramifications and as he said many times , let them chase him in Canada.

And now cohen gets to rule on a case where they want to pursue my wife? You see my wife didn't take a dollar or get any benefit from AREH other than me working nonstop. Chassen , on the other hand, his wife Charrise was made as a broker by me - yes I got her real job. Yes, I allowed for her to take commissions when I bought the units at 1055 park! Most of her career was made by me! She isn't actually smart or capable to produce business so Chassen had to always push her as a broker within AREH, yes, the wieners knew about it. Let's sue her for all the money she's made and all the money she's taken to her criminal husband. You see I'm a good guy here I don't do these things (sue) but I should! Chassen was funded millions by me , he would have nothing if it wasn't for me . He literally said he considered being a stripper and that should've been a sign to me to run far away from him. And I have exposed the narcotics and I have exposed his affairs, no one cares! He brought his drug dealer to the office and literally offered chocolate infused mushrooms to employees in the last days of AREH. There's nothing wrong with that people? I was at his New Year's party where he drugged Michelle miller and her husband. I saw it and I had to leave. Not withstanding the reason it's a 2021 amendment exists in JJ Arch is that he tried to crash me to a telephone poll one night and the next day I said something seriously wrong here and I should've fired his ass once and for all at that point but I'm too good of a person. That's right I am a good person these people here are horrific people.

So let's go, who is going to start with the arrests? Who is going to tell Joel Cohen to stand down and stay far away from me and my family? The personal filing was not an easy thing to do and it was done for actual protection not this bullshit version that has everything on the outskirts and allows these people to go circumvent the system. Their new New York State litigation now is basically the same thing they've done all along so again something's going to change and it's going to change now.

So what's the bankruptcy court going to do here? And yes I will defend myself because nobody else will, so too bad for your order that was restrictive against my own constitutional rights. Dumbfounding and absurd. If the rules are there they're followed by everybody and the things they're doing are 1000 times worse than me voicing the issues which are then ignored or criticized for the process. Form over substance, take it from a guy who has been very successful for over 25 years before this mockery of a thing called Court, which only functions based upon the lawyers and the amount of money funded to the lawyers and nothing else of practical nature. If bankruptcy is the last stop on the train I demand justice and I demand it now and it starts with an immediate rest of Jared Chassen for stealing from me and everything around me. I will happily sign the charges against him and I'm allowed to do that under the law. Which police are going forward to do it?

Joel, you're ready to come clean yet? I've proved you wrong on every instance face-to-face and I'm happy to do it 100 more times all day all night!

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
> **Date:** September 9, 2026 at 3:07:31 PM EDT
> **To:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Subject: Marty Bunin Has Sent Another Letter to Judge Beckerman**
>
> The letter attaches your email of this morning. A copy is attached.
>
> —

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 303-9577

---

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this
communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

---

**3 attachments**



**IMG_1379.png**
457K

Becker|Glynn
BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

**image908315.png**
8K

**Letter to Judge Lisa G. Beckerman regarding Cease & Desist Order with Exhibit, dated September 9, 2026.pdf**
1286K