# **EXHIBIT 1**

Outlook

**[WARNING: UNSCANNABLE EXTRACTION FAILED]Fwd: Judge Beckerman's Notice of Additional Emails and Order to Show Cause for Further Sanctions - In Person Hearing On September 18 at 8:30 a.m.**

**From** Jeffrey Simpson <jsimpson001@icloud.com>
**Date** Thu 9/10/2026 2:15 PM
**To** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>
**Cc** Alec P. Ostrow <aostrow@beckerglynn.com>; NYSBdb_SHL <SHL.orders@nysb.uscourts.gov>

3 attachments (2 MB)

jss notice addl emails ex parte communications main case 9 10 26.pdf; jss notice addl emails ex parte communications exhibit main case 9 10 26.pdf; jss osc re further sanctions main case 9 10 26.pdf;

**CAUTION - EXTERNAL:**

Sure we can have a conversation next Friday, it will be a ridiculous one where somehow you still seem to think that I'm the one that should be suffering anymore because what these people have done to me. Have you not seen what's in front of you? Are you judicial or not? Sanctions???? I demand the people that have done criminality are brought to justice now, as in today. Enough is enough is enough - wake up

You think a little charade so you could waive your wand like you did last time is going to be fruitful? Have you not paid attention to what I've sent to you? You always say you do your homework but clearly you have not or you choose to ignore. Lawyer's judges you all took a note to maintain law that's not what you all do at all especially the courts here.

There is no money for lawyers because of the destruction that occurred in front of your own eyes that blew any budget all over stupidity and you allowed it. Mr Ostrow has no interest in sharing with the Court the things that actually are meaningful. it is Court should wake up and see what's happening in front of its eyes but keep putting your head in the sand.

The receiver continues to do horrific things but you do nothing about it. The state court does horrific things but you do nothing about it. There's some serious role reversal here, why don't you tell me why you haven't done what's necessary to keep Order in law so that I Jeffrey Simpson don't get further damaged? I demand intervention and I demand it now because you judge will not do with necessary to maintain law and order. You allow these people to do what they're doing to me just like Cohen did. This bankruptcy is a complete shit show it is a disaster and a worthless experience that is all because the court finds excuses to not maintain its responsibility to maintain law. And that's why the criminal justice folks won't help. So Last stop on the train that's right - where is there a higher power than you Your Honor because I'm not doing this anymore, I've lost my patience. You are not providing stay protection , you're not providing any protection to me .

So I don't need an order to show cause - I bring it in to the chief justice to do something about this horrific situation where they're such weakness to support thieves because the Court knows them or because their lawyers or because they're receivers. Unacceptable and it will not be tolerated by me. I had to bring the stupid case, I'm not here as a criminal and I need justice now. So, you're ready? What is the forum?

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

**From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
**Date:** September 10, 2026 at 12:56:57 PM EDT
**To:** Jeffrey Simpson <jsimpson001@icloud.com>
**Subject: Judge Beckerman's Notice of Additional Emails and Order to Show Cause for Further Sanctions - In Person Hearing On September 18 at 8:30 a.m.**

Jeff –

Today, Judge Beckerman entered in the main case and all related adversary proceedings:

- Notice of Additional Emails and Ex Parte Communication by the Debtor as of September 9, 2026, with an exhibit of the emails; and
- Order to Show Cause why the Court should not issue further sanctions for the Debtor's failure to comply with the Cease-and-Desist Order.

I attach copies of both of these documents, including the exhibit to the notice.

The order to show cause requires that you and I appear in person in Judge Beckerman's courtroom on Friday, September 18, 2026, at 8:30 a.m.

Alec

—

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Becker|Glynn
BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255

www.beckerglynn.com
Direct (212) 303-9577

---

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

Outlook

**Re: Judge Beckerman's Notice of Additional Emails and Order to Show Cause for Further Sanctions - In Person Hearing On September 18 at 8:30 a.m.**

**From** Jeffrey Simpson <jsimpson001@icloud.com>
**Date** Thu 9/10/2026 3:20 PM
**To** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>
**Cc** Alec P. Ostrow <aostrow@beckerglynn.com>; NYSBdb_SHL <SHL.orders@nysb.uscourts.gov>

**CAUTION - EXTERNAL:**

And for your honors benefit , who believes her job is not to provide any level of protection as it relates to criminal justice, they are not willing to help. Out of respect of your honor I just made two hours of phone calls at the New York level and the US level, your letter hasn't even hit anyone's register, they don't care. And yes there is a published rule that when judges see criminality they have a duty to report it. Frankly, lawyers have a duty to report it but we know that's not true. I'm the honest guy here and instead of being listened to and helping me, I get punished. If this is what bankruptcy means, the hell with it and I guess whatever process we have to do to end it that should happen immediately because this is absurd. No, no case like this has existed that I know of and nobody knows what to do including you I guess. So you want to enforce your rules, go enforce them and go have some people arrested and brought to the court for committing perjury and theft in front of your eyes. And yes Joel Cohen is guiltier than hell but you don't want to deal with it. So if everything's going back to him anyway to destroy me what the heck was the purpose of spending the last six months and a half million dollars wasting my energy here? I told you specifically that's what would happen when you insisted YJ being dismissed, but why would you listen? Why would I know anything? I'm more successful than most people that you have met and you say I am so brilliant, and if I am so then do something about it goddamnit. The difference between me and them is I won't do anything illegal, I continue to speak up to a black hole. When they don't like situations, they just grab everything and hide behind their lawyers and people like you allow it. It is a shameful situation and frankly shameful to see our system so broken and so useless in times of need. I'm not going to plead beg and cry because there's nothing left of my soul and that's thank you to Kevin Wiener with his explicit intentions and somehow he's won here when he doesn't even know me when he's had nothing to do with me, there's nothing about my business Arch. The only thing that Guy knows how to do is commence a lot of litigation and play video games but I guess you all like their lawyers too. That's what Cohen did. Praised the lawyers, who cares about due process or law ? If it sounds good coming from a Lawyer that he likes or maybe you like, no problem the criminals will continue and that's just the system that we have here busted as hell so yes I've been doing this now for three years and my life's been ruined so if there isn't gonna be activity in this court to help I am wasting energy and time and I will have to consult with folks how to get the farthest away from this system as I can because it's nothing but broken.

You don't care what my needs are, you don't care about my expectations you don't really give a hoot other than what's in your little book there and if it doesn't check the box let's just go ahead and cause suffering to this guy. You are not prepared to do with necessary to find justice here that is Crystal clear and it was crystal clear and YJ and it's crystal clear here . You will allow Joel cohen to continue to attack me through my wife and LLC's, you will allow pure criminals to lie in your court and damage me further than before I started with you. Yes that is what the results are right now it's worse than before we did this filing because I didn't have one of their brother run away from me because I filed for chapter 11 and now I have so good job and destroying me and thank you for doing that. And I'm sure everyone else will get to see

this and so be it. Who cares about RH, my anniversary, birthdays, none of it has any positive feeling where you're being attacked every day by a bunch of horrendous folks and you all don't seem to give a shit so keep doing your little system and leave me alone and whatever else happens I guess I'll have to figure it out without you all. I don't know what that means it's certainly not something physical cause that's not what I do but there is no law so I'm not really sure what can be done.

Jeffrey Simpson

Sent from my iPhone

> On Sep 10, 2026, at 2:13 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Sure we can have a conversation next Friday, it will be a ridiculous one where somehow you still seem to think that I'm the one that should be suffering anymore because what these people have done to me. Have you not seen what's in front of you? Are you judicial or not? Sanctions???? I demand the people that have done criminality are brought to justice now, as in today. Enough is enough is enough - wake up
>
> You think a little charade so you could waive your wand like you did last time is going to be fruitful? Have you not paid attention to what I've sent to you? You always say you do your homework but clearly you have not or you choose to ignore. Lawyer's judges you all took a note to maintain law that's not what you all do at all especially the courts here.
>
> There is no money for lawyers because of the destruction that occurred in front of your own eyes that blew any budget all over stupidity and you allowed it. Mr Ostrow has no interest in sharing with the Court the things that actually are meaningful. it is Court should wake up and see what's happening in front of its eyes but keep putting your head in the sand.
>
> The receiver continues to do horrific things but you do nothing about it. The state court does horrific things but you do nothing about it. There's some serious role reversal here, why don't you tell me why you haven't done what's necessary to keep Order in law so that I Jeffrey Simpson don't get further damaged? I demand intervention and I demand it now because you judge will not do with necessary to maintain law and order. You allow these people to do what they're doing to me just like Cohen did. This bankruptcy is a complete shit show it is a disaster and a worthless experience that is all because the court finds excuses to not maintain its responsibility to maintain law. And that's why the criminal justice folks won't help. So Last stop on the train that's right - where is there a higher power than you Your Honor because I'm not doing this anymore, I've lost my patience. You are not providing stay protection , you're not providing any protection to me .
>
> So I don't need an order to show cause - I bring it in to the chief justice to do something about this horrific situation where they're such weakness to support thieves because the Court knows them or because their lawyers or because they're receivers. Unacceptable and it will not be tolerated by me. I had to bring the stupid case, I'm not here as a criminal and I need justice now. So, you're ready? What is the forum?
>
> Jeffrey Simpson
>
> Sent from my iPhone

Begin forwarded message:

**From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
**Date:** September 10, 2026 at 12:56:57 PM EDT
**To:** Jeffrey Simpson <jsimpson001@icloud.com>
**Subject: Judge Beckerman's Notice of Additional Emails and Order to Show Cause for Further Sanctions - In Person Hearing On September 18 at 8:30 a.m.**

Jeff –

Today, Judge Beckerman entered in the main case and all related adversary proceedings:

- Notice of Additional Emails and Ex Parte Communication by the Debtor as of September 9, 2026, with an exhibit of the emails; and
- Order to Show Cause why the Court should not issue further sanctions for the Debtor's failure to comply with the Cease-and-Desist Order.

I attach copies of both of these documents, including the exhibit to the notice.

The order to show cause requires that you and I appear in person in Judge Beckerman's courtroom on Friday, September 18, 2026, at 8:30 a.m.

Alec

—

<image868757.png>

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 303-9577

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

<jss notice addl emails ex parte communications main case 9 10 26.pdf>

<jss notice addl emails ex parte communications exhibit main case 9 10 26.pdf>

<jss osc re further sanctions main case 9 10 26.pdf>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Outlook

**Re: K-1 emails, Jeffrey Solomon Simpson**

**From** Jeffrey Simpson <jsimpson001@icloud.com>
**Date** Fri 9/11/2026 5:44 PM
**To** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>
**Cc** Alec P. Ostrow <aostrow@beckerglynn.com>; Hon. Joel M. Cohen <jmcohen@nycourts.gov>; ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>; USTP.Bankruptcy.Fraud@usdoj.gov <USTP.Bankruptcy.Fraud@usdoj.gov>; ig@nycourts.gov <ig@nycourts.gov>; fraud.feedback@usdoj.gov <fraud.feedback@usdoj.gov>; SCJC <cjc@cjc.ny.gov>; Furman NYSD Chambers <Furman_NYSDChambers@nysd.uscourts.gov>; NYSBml_JPM.chambers <JPM.chambers@nysb.uscourts.gov>; Vargas NYSD Chambers <VargasNYSDChambers@nysd.uscourts.gov>

**CAUTION - EXTERNAL:**

No reply?

Why is that?

Because you're holy because you're a judge. Someone's life's been ruined, hundreds of millions of dollars erased, under all of your watch and you have the nerve and the indecency to ignore the one honest guy in the room? Yes, you were all dead wrong every one of you and you following Judge Joel Cohen, gosh that's just more stupidity because nothing he did made sense to any outside Lawyer or any outside human but gosh, you are judges and therefore you are holy apparently. Bias, prejudice, following the law, none of it matters. If you you are going to call me out on it because I'm happy to go head to head with every one of you about how you screwed up not only my life but hundreds of million dollars of money of over 100 people, all scared because these Canadian threaten to sue them. Why would anybody do an investigation? Why would any judge actually ask questions of the one guy that actually knows what happened here because my memory is solid and I can point to the record especially when you all screwed up. So yes I will call you cowards because that's what humans are when they can't find humbleness and decency when they cause destruction amongst others.

So let the record be stated that the group of judges here caused destruction and do not stand up for it. That's right I have no fear I wonder if you all can say the same because I'm not someone that breaks the law and I always put ethics and integrity first. Too bad the law does not mean anything to you all unless it follows your inclinations and your prejudicial mindset.

I filed a bankruptcy as the last stop on the train and what is that done for me? It just points back to you all white shoe / Ivy League winners who obviously would know anything about anything. Yep your protection doesn't mean a darn thing so yeah I don't know what to do next. A fresh start, not a thing. Being safeguarded from criminals from Canada and here in New York, not a thing. As long as they have lawyers that are liked by you , anything is available to them and nothing is available to me other than destruction.

I won't end by saying I will standby waiting for your call because you're not going to call, none of you want your careers to be in quicksand. Maybe one day you'll have a choice to look at what happened here with a fresh set of eyes and ignore that pathetic and moronic Joel Cohen who is not a judge he's not a decent person, he is the epitome of a criminal wearing a robe. That's right I have no problem saying it , I guess what he'll do nothing about it because he knows I'm right and he is too much of a political hack to come clean. And you all support this regime.

Jeffrey Simpson

Sent from my iPhone

On Sep 3, 2026, at 9:16 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

<IMG_1188.jpeg>

And then there's more of this harassment! You folks really are morons aren't you??? what the hell is the point of filing a personal bankruptcy if they just try to attack my family over and over again with my own company! And of course New York State grabs it with the same crooked judge.

Ask anybody who ever worked for Arch if they even knew Kevin Weiner was? He wasn't around , he was playing video games! Everything they've done to me was premeditated and it is documented and there were witnesses and it was all focused on attacking me personally and they have been successful and you all allow it. Shameful that this is our system and our country. There is no checks and balances between federal and state. Because people are impressed with that moron Joel cohen , gosh they have to protect him from the "tough guy" Simpson. They don't look at all the bad things he did or how he broke the law or how he has been the key factor to ruining me much more so than any plaintiff or defendant or anybody else. And this even proves that he's allowed to continue!

I founded the business AREH , I ran the business, and everything about it was my company with a stupid partner who had no rights, two of them with no rights pursuant to even the interpretation by the moronic Joel cohen. So they don't get what they want in front of Judge Beckerman , they can't get the lift stay, so you know what, you mind as well just go back to New York State to start a new action! They did this in JJ arch also and the same crooked judge gave them relief! Yes, it broke the stay and the law. So I demand everybody come to the table now in the courtroom or in a criminal justice facility to have everyone tell the truth about what has happened here because I'm not someone that can be ruined by a bunch of trickery and criminality. That's right Judge Mastando you too. You too were clueless when they played you. And of course Judge Furman couldn't do anything right in a matter of one hour other than protecting his friends in the club. And you got to think that Judge Vargas would at least look under the curtain as she is a career prosecutor but now she has to protect everyone in the court system! So yes it's me against all of you and I'm not scared because I have the facts and I have the details and I know exactly what happened and I have no fear because I did nothing wrong and you all have done something wrong across the board!

And yes Judge Beckerman, you allowing the folks for the 1055 action to go run loose because you think that it's too late because of some purported foreclosure that never really happened. And guess how many dollars they've contributed to the 1055 park Ave common charge expenses?? Zero! So quick to say no to everything but you don't see what's happened around you.

So you take an ambivalently strong leader like me and you break me through vulnerability because you're scared of the truth - all of you are because it exposed the system that is so freaking messed up and none of you want to do anything about it because you get your salary no matter what! Your friends are going to protect you no matter what!

And the best part I don't know how many times I've been in front of various judges here where I tell you exactly what the record says and people second-guess me and then they read the documents and come back and say they read exactly what I said well that's my whole career and my livelihood is I'm pretty damn good at keeping track of what happens but when no one cares it just doesn't matter so this below is a result of what you stupid Joel cohen did and you should go to jail for it. And for

those judges of you that decide to protect this man you should be ashamed of yourself and if you went to Harvard or whatever who cares! You clearly don't get it! I didn't want that but I could've done it and instead I was uber successful until you all allow these criminals to undermine someone like me. So go ahead sanction me go ahead do whatever you want to do to me but let's get people in the room and let's start talking and let's get everything on the table of all the improprietary , mistakes that are intentional, judge problems, lawyer conflicts, governmental agencies ignoring issues that are illegal. Let's do it right now and I hope it ruins your weekend because my life has been ruined thanks to you all. Shame on each one of you to call yourself judicial, wrong guy... yes I am the wrong guy for this to happen to so you're not going to shut me up because of some stupid order where you think you can take away my constitutional rights. Take it all the way up , let's go, when the facts come out , it's unquestionable who will be correct here. You want to get the Marshalls involved as you mentioned in a hearing? what are they going to do? Take away my abilities to communicate??? there is no lawyer that will do this for the hundredth time and I've been telling you all for almost 2 years now and you just don't listen so yes this is my turn again . do what it is you have to do by your job and I'm going to do mine and I'm going to keep smearing it over and over again until I'm heard.

<IMG_1188.jpeg>

Jeffrey Simpson

Sent from my iPhone

On Sep 3, 2026, at 1:20 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

I am sending this critical issue to the court because my lawyer refuses to. This is not the first. There is no world in which anybody can authorize K1's on behalf of these entities, other than yours truly. But they will ramrod anyway they can so that they could create a narrative that will solve their fraudulent problems. And you all allow it , over and over again for over three years now.

The judge in this court has made it crystal clear how important tax returns are and they were just done improperly and they are purporting to do something that is purely improper, but that's OK they know my lawyer's a coward when it comes to these issues and they know that you will sanction me when I raise them. So like I told you face-to-face they will never stop until they ruin my life and you will not do anything that will actually make a difference. So yeah sure I want to follow the rules, there is no law there is no order, and that is exactly why we're here. The courts continue to give me a hard time for bringing illegal issues to the table but they don't do anything about people who've done actual fraud because they like their lawyers or they like their I don't know what.

And stupid Joel Cohen allowed this nonsense , so this court is cowardlike to find justice. When do we bring that stupid moron into this room and ask him how the heck he could do what he did to me? He took away my civil rights he took away my assets he took away everything around me, but what do you judge and lawyers do ? MOTION

PRACTICE MOTION PRACTICE MOTION PRACTICE. So I should die because these people are criminals. They are criminals crystal clearly.

You should see what Eric Huebscher had the nerve to say Alec Ostrow . More of the same because he's protected in your club of people that are frankly stupid from what I can tell. If justice is ever served, how is it going to feel to have egg on your face?????? the same way that every other governmental agency handles it, just ignore it because if Simpson dies his own death you all will be protected. Like you said judge I'm like an ox. So go ahead give me sanctions, have me arrested - call whoever you want at least at that point somebody else will be looking behind the curtain to see what the hell happened here.

The same thing happened to YJ, the chapter 7 folks were angry and said it was all wrong and then they simply ran away from it because they are cowards too.

There is no law , there are no rules, it is a goddamn free-for-all because I can't spend more money on lawyers then than they can.

Ostrow incurred $600,000 so far and what do I have to show for it? The same people harassing me, the same people attacking me but a judge that keeps things a little bit in check but still hangs her hat on what that moron Joel did because how could he be wrong? Gosh, he's a judge!!! this isn't rooker Feldman - this is criminal fraud, wake up and get out of your shells people and start to see the world for what it is because I on the other hand actually have been very much in the know on how the world works. And there's not a single thing I did in business that was not considered to stay far away from all of you, far away from a busted legal system and that is why I was so successful and did such volume of work and never had litigation because I would never go near you folks for miles away because I know the lack of common sense I know this broken system . I know there are idiots like Joel that pretend to be judicial. And there is no checks and balances. And after 25 years of business, I could never imagine in 1 million years I would be the victim. It's not actually possible if we actually care about documents if we actually care about laws but since you don't I'm destroyed.

I don't need an anger management class I need freaking justice already. I want to see any one of you put up with what I have for three years and see if you're still around to talk about it. Their mission has been clear and you all allow it.

Goddamnit - somebody find some law here.

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

**From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
**Date:** September 3, 2026 at 11:03:02 AM EDT
**To:** Jeffrey Simpson <jsimpson001@icloud.com>
**Subject: K-1 emails**

Jeff –

I attach the 6 K-1 emails I received overnight.

Alec

—

<image979151.png>

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 303-9577

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

<mime-attachment.eml>

<mime-attachment.eml>

<mime-attachment.eml>

<mime-attachment.eml>

<mime-attachment.eml>

<mime-attachment.eml>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Outlook

**Counsel as it relates to the debtor, Jeffrey Solomon Simpson**

**From** Jeffrey Simpson <jsimpson001@icloud.com>
**Date** Fri 9/11/2026 4:44 PM
**To** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>; Alec P. Ostrow <aostrow@beckerglynn.com>; NYSBdb_SHL <SHL.orders@nysb.uscourts.gov>; ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>; daniel.rudewicz@usdoj.gov <daniel.rudewicz@usdoj.gov>

CAUTION - EXTERNAL:

Mr. Ostrow is not willing do what is necessary to move this case forward and get justice for the person that had to file bankruptcy, me , which should not have been required if the Courts did their job for the last three years (including your Court at SDNY). So there you have it.

$600,000 incurred and nothing to show for it and I haven't reviewed the bills yet and I guess we will see how they will be paid but I am not incurring another dollar for someone that won't fight for me and stand up for me and do what's necessary so that I can move on and get a fresh start. Clearly you judge don't listen to me so I don't know what to say. He can make the motion , I can make the motion but I will not sit back and be told I'm breaking court orders because my lawyer won't do what's necessary. I can't say with any confidence that this court is actually going to deal with issues even if someone did bring it, who is a lawyer but there's no world in which anything related to me is going to have further debts with somebody who does not stand up for me when I had to file bankruptcy. More problems in your system that are dysfunctional and it could've been fixed earlier but you ignore the harsh realities and I guess we'll see with me on my own what that will look like. I gave my reasons why the court had to be notified against a court order that is totally impractical and against my constitutional rights.

Next Friday is college visiting weekend at my son's school in Lehigh. I have zero interest in losing half the day being abused by a system that is just freaking wrong about everything and then drive hours in a terrible mood. I will make myself available other times but I don't have eight hours to come to court for a browbeating for standing up for myself ( my work is two hours away, usually three and I can't afford to not work a day for stupidity and that's what this is stupidity). And there you have it, it will be me and only me until the Court actually does something to help.

Welcome to the hell that I'm subjected to and thank you for not helping with anything whatsoever. And I guess another one of your friends for 30 years will also feel the consequences now too. Good job, great job.

I'm happy to speak to the court or anybody from criminal justice at any time, as long as it actually moves the ball forward it starts looking under the hood of what the hell happened here..

Share with all of the parties I don't care, I'm practically dead anyway what's the difference. I stand up for the law and when a judge has the nerve to try to stop me from telling the truth and providing the circumstances of what's happened here to cause a bankruptcy, that is a disgrace to society. And yes we

have a serious problem because if Marty Bunin and Alec Ostrow are "friends" of the Court, that is a straight up conflict that a judge cannot rule unbiased. I have not heard back from the chief judge, which is also very concerning since you're very rules says that if there's a problem you go to the chief judge and when they don't respond again it's a broken system.

So thank you for destroying my Jewish new year, any observance that I've had and I do blame you and the court for the breakdown with Mr. Ostrow .. and however much I want to have respect, it is earned and that is deteriorated from you judge, for your lack of action of horrific experiences in front of you. So again, you want to have Court activity how about why I have to communicate, I want justice and I want it now. And if that means that you can't do your job, pass it off or stand down and be humble rather than criticize the most honest guy you've ever met, I'm the one you called brilliant because I am brilliant except for this stupid system that is full of traps and politics and games.

So I guess starting Monday whatever processes needed -,it will be me and only me, if this case even goes forward because I can't see what isworthwhile when nothing good happens other than a bunch of nonsense and ignoring anything that has substance or reality.

So yes I'm sending this on Friday afternoon and I hope it ruins your holiday and weekend like it's ruined mine. Shame on you folks for calling yourself a judiciary because judiciary doesn't rule on one-sided issues purely for all the reasons I mentioned 100 times already.

Jeffrey Simpson

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Outlook

## Fwd: Tomorrow

**From** Jeffrey Simpson <jsimpson001@icloud.com>

**Date** Tue 9/15/2026 11:55 AM

**To** Eric Huebscher <ehuebscher@huebscherconsulting.com>; Martin Bunin <MBunin@farrellfritz.com>; Alec P. Ostrow <aostrow@beckerglynn.com>; NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>; Hon. Joel M. Cohen <jmcohen@nycourts.gov>; Jared Chassen <jaredchassen@gmail.com>; Kevin Wiener <kwiener@35oak.com>; allen@allenschwartzlaw.com <allen@allenschwartzlaw.com>; ustpregion02.nyecf@usdoj.gov <ustpregion02.nyecf@usdoj.gov>; fraud.feedback@usdoj.gov <fraud.feedback@usdoj.gov>

**CAUTION - EXTERNAL:**

Eric, your safety? Yes I think you're a piece of shit but I've never touched anybody with my hands and i definitely not you because what will be the purpose for me???? you flatter yourself and yes I could say whatever I want to you because you've stolen from me a lot of money and you did it in collusion with a thief so yes these are all true and factual and you've lied to the court so yes you are a son of a bitch and I will keep saying it until you're arrested.

In the meanwhile you are absolutely interfering with assets of a debtor in possession which is a bankruptcy crime. This also is the same reason why nothing was able to be retrieved from the property for over a year because you do everything you possibly can to be obstructionist and you even lied last time we were in front of the court to say you're not obstructionist but you absolutely are , you're the biggest obstructionist anybody's ever met in their life! Again, why are you here? Who are you fiduciary to? Where's my money going?

There was no world in you could've ever been near my assets and in the meanwhile you will do what you're told to do and I will never take direction from you, you piece of shit of the Earth. We did fine the last few times without you there ,it's when you do show up you are nothing but a nuisance to society. Even the Suffolk sheriffs office told me they couldn't believe your behavior (Southampton town police too) because you start with just being an asshole. I'm only an asshole after someone steals millions from me and then lies about it!

So I guess we do need the court to be involved here. Again it's hilarious that we talk about sanctions for me to follow up with this dirtbag of the Earth to do what he's supposed to do per a court order that he doesn't ever follow, he didn't follow Judge Cohen court order, neither did Jared , neither did Oak. And you're all collusive together to hurt me! And that's why we are here and the question is : is this judge ready to deal with it after over a year of me suffering in this court????

I'm ready and I was born ready because none of this could've ever happened to me, I can never be exposed to the dirtbags of the Earth like you and none of my agreements or my contracts would ever allow for such a thing. So Your Honor there's no anger management, there's nothing to do here to move forward without going backwards and understanding how we got here and building on the foundation on building blocks and that starts with bringing in Joel Cohen and asking him the hard questions and then we could go right to Jared and all the thieves one by one and we will understand

my estate, my assets, my liabilities and what they were before of this and what they are today and why we're here if you actually want to know because it is very relevant and I don't have another half $1 million to invest for you to learn the process of what these people have done to destroy my existence. So what will it be? That's why I tried to start in the very first conference in this bankruptcy is an agenda so we understand the game plan, that was six months ago but the controlling type a personality refused and instead we wasted months dealing with this car crap and the only reason I continue with it is so you could see with your own eyes what these people do but it doesn't actually matter to you so I guess is a waste of my time. Well if it doesn't matter to you it will matter someone, G-d willing it will.

So sure tomorrow is canceled and the auction oughta be canceled too and you oughta be far away from all my property or anything near me ever again and you should season assist and be exterminated from ever being near me and the law should protect me for that.

You're a dirtbag and I will send anything I want to you and you will respond to me you piece of shit and yes the court will be copied on every correspondence it's going forward so they will see your trickery again if they actually care which I'm not convinced they do and that's OK that's why I have followed up with multiple complaints on you and the court because I'm not going to find justice here from what I can tell . In the meanwhile you crooks will stay far away from me and my assets and stand down.

So I expect the judiciary to do their freaking job finally. And yes I would make a phone call but I'm not allowed to and I was told sensitivity, there's no sensitivity to my existence there's no sensitivity to how I've been destroyed but there should be sensitivity that someone might be in Alex I left a voice message . I'm not a criminal I'm an executive and I don't take bullshit from anyone especially when the system is broken and corrupted. So you'll have to put handcuffs on me before you're gonna see me comply with shutting my mouth about thievery in front of our eyes, unless the Court does something about it, which it has the power to do!

I'm on standby I've been asking over and over again for two years now and especially the last week.

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

**From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
**Date:** September 15, 2026 at 10:39:39 AM EDT
**To:** Jeffrey Simpson <jsimpson001@icloud.com>
**Subject: FW: Tomorrow**

Jeff -

I'm forwarding an email I received from Eric Huebscher in response to your email of this morning.

Alec

Becker|Glynn
BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 303-9577

---

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

-----Original Message-----
From: ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
Sent: Tuesday, September 15, 2026 10:35 AM
To: Ostrow, Alec P. <aostrow@beckerglynn.com>
Cc: Martin G. Bunin <mbunin@farrellfritz.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
Subject: FW: Tomorrow

Alec:
Please direct your client to cease and desist from sending me these inappropriate communications. Today is the first day where he identifies his interest in a morning session. This is a two-week delay from the email I sent you on 1 September, 2026, which was not responded. I am tired of reading these sophomoric, inappropriate, vulgarity laced and reprehensible communications on a daily (sometimes more often) basis. Kindly, please counsel your client. Tomorrow is not an authorized day. As I mentioned yesterday, given Mr. Simpson's increased hostility, vitriol and aggression, the personal safety of me and others is now front and center.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street - 20E
New York, NY 10128
Phone - 646.584.3141
Mobile - 917.763.3891
EFAX - 212-202-3503

-----Original Message-----
From: Jeffrey Simpson <jsimpson001@icloud.com>
Sent: Tuesday, September 15, 2026 10:28 AM
To: ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>; Martin Bunin <MBunin@farrellfritz.com>; Alec P. Ostrow <aostrow@beckerglynn.com>
Subject: Tomorrow

It was my understanding that there was availability in the morning and the afternoon for the break in the middle. If that's not correct then it will be morning only but please

understand we're absolutely going to I extend the deadline. So if we go back to the original plan of me going there whenever I need to because you were obviously comfortable doing that then we probably can stick within a timeframe to get us done by the end of the month but if you continue to be a nuisance, I don't know how long this will take because you're really busy schedule is always a higher priority (the one where you're out stealing from others).

And no sending an email to Alec is not an answer you will send an email to me and that's how this works or we need a conference to the court because I can't spend $1000 an hour on this bullshit.

Have a nice day , thieves!

Jeffrey Simpson

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Outlook

**Re: Judge Beckerman's Notice of Additional Emails and Order to Show Cause for Further Sanctions - In Person Hearing On September 18 at 8:30 a.m.**

**From** Jeffrey Simpson <jsimpson001@icloud.com>
**Date** Wed 9/16/2026 5:27 AM
**To** NYSBml_Beckerman's_Chambers <beckerman.chambers@nysb.uscourts.gov>
**Cc** Alec P. Ostrow <aostrow@beckerglynn.com>

**CAUTION - EXTERNAL:**

I see that Friday has not moved off the calendar.
I raised my hand about a variety of issues including that my lawyer won't stand up for the issues that need to be brought to the court so I need to send them myself. I also mentioned that Friday was not great for me but I noticed that nobody cares about that either because if they did I would've seen a response. So criminals get to ask for more time to attack me and my character and we should give that to them each time because that's what we're supposed to do but when I object to coming in to see the court when I'm doing nothing wrong other than defending myself because no one else will do it and I've been boxed in a corner, I'm not even given the respect of a response when I say that that time doesn't work for me. It is what it is I've already had to shift my schedule regardless if it conflicts with my family life. Every other person here needs to change the calendar for things that are most of the time not all that relevant but sure be accommodating to everybody else but me. Again, the honest guy here who has been destroyed beyond recognition and the evidence supports what I was prior to all this litigation and what is it done to me since restricted me from doing since and I should be attacked by this Court for standing up for myself when I have no other remedy and my lawyer has no courage to do it himself and that's why I said last Friday there's nothing more to do with him because there's no money to pay him and he refuses to stand up and bring the issues to the court. I even read in the law that I have a fiduciary duty to bring criminality to the court when it occurs in a bankruptcy as a debtor in possession. So I guess Friday stands, screw me and any obligations I have - clearly not relevant because somebody needs to drop a gavel to make them feel good that I have to stand up myself and I'm allowed to do that under the constitution and I don't agree with your interpretation and I've checked and I'm not a lawyer but I'm actually pretty smart so good luck in enforcing such an order and I will appeal it if that's what is required. And again I have already asked for a judiciary review of the prejudice that occurs here. I was not kidding and I followed the rules and I started with chief Judge Lane. He like everybody else doesn't need to respond to me. So the next step is to go to the second circuit court of appeals which I have done and I confirmed yesterday that they received my inquiry. They will process it, in due course without a timeframe. So again I ask the Court , what is the intention here? To dedicate another two hours where I illustrate all the issues, all over again and I get told that there's a process that I'm not following it and then I respond and say well I have no choice because my lawyer won't do it! This is what we should spend our time on? I should change my family schedule to accommodate this idea. I've wasted hours for weeks now responding to the crap by the horrific receiver and he is nothing but a time suck and a distraction but of course his lawyer sends something to you so you better do something about it right, you have to protect your own, why would anything change?

So again I am writing to understand the agenda for Friday because I don't believe that the agenda is proper or has any real merit under the law and if I'm required to come in, I expect it to be time that is spent well and efficient and we deal with a whole list of issues that I've raised.

It appears that typically this Court already has a written opinion before anybody actually says anything so I'm not really sure why the time is wasted to even go back-and-forth but that's fine except for this situation where's my freedom is on the line , where it's my reputation on the line and I have to suffer on a daily basis because there is

no way for anybody to protect me or help me. This court is proven to be a coward like the others. I'm happy to have the exact same conversation for two hours on Friday morning, only to frustrate me further from the damages that I've suffered and you should care that it will impact my family time because I would care if it impacted your family time or anything else that you had going on and the last I checked the way our system works it is a two-way street unless of course we're talking about a criminal proceeding and if that's what we're doing there's a bunch of criminals that should be adjudicated before I should even be considered for doing anything wrong by raising my hand and vocalizing the inaction that breaches this very bankruptcy.

So yes I am worthy of a reply and that is the respect that I deserve and no I'm not allowed to call for scheduling so I expect a response this morning as to what is the plan for Friday and what is the agenda. I can produce an agenda and it will be clear and articulate and if one allows me to I will run the show and we'll have a game plan by the time we're done because that's what I do and I've done that for over 20 years, I run things. But when no one's listening and no one gives a damn about people breaking the law and there just seems to be this common theme of attacking me, whatever I know is out the window because it's not relevant.

So is Friday happening or not? If it is I'd like to have a specific agenda in advance. If the Court needs the moment to attack me, just send the opinion now and I'll send it to the
Appeals court, I have no idea what they'll do with it but I'm comfortable taking that risk.

I have alerted that Ostrow refuses to take direction from me so I am left with no choice other than reporting the issues to the court. Sure, the court has not allowed him out, he has not made motion to withdraw but I cannot afford his services for all the reason stated and if he's not going to bring the hardest issues to the table it is money being spent that is wasteful and that is my view and I am pretty good at this where I've spent over $20 million in Lawyer bills over my career without any issues and I'm happy for the court to interview them and ask those lawyers. There was very little litigated because I did a good job managing the documents and the procedures and following contracts because that's what I do unlike the other people here. When there's no law or no order it's a free-for-all to attack me but that's because Oak just provided their revised complaint which will allow us to get to the bottom of what happens since the beginning here. They even acknowledge that Chassen never had any rights since 2021 which would immediately tell us that his request for a receiver had no grounds so I guess they've thrown him onto the bus which I was waiting for them to do that to him and I guess the time has come.

I have not copied parties here because I don't know who's supposed to be copied or not copied but you all are very comfortable sharing it with whoever you need to so please do this is not meant to be an ex parte communication.

Jeffrey Simpson

Sent from my iPhone

> On Sep 10, 2026, at 3:19 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> And for your honors benefit , who believes her job is not to provide any level of protection as it relates to criminal justice, they are not willing to help. Out of respect of your honor I just made two hours of phone calls at the New York level and the US level, your letter hasn't even hit anyone's register, they don't care. And yes there is a published rule that when judges see criminality they have a duty to report it. Frankly, lawyers have a duty to report it but we know that's not true. I'm the honest guy here and instead of being listened to and helping me, I get punished. If this is what bankruptcy means, the hell with it and I guess whatever process we have to do to end it that should happen immediately because this is absurd. No, no case like this has existed that I know of and

nobody knows what to do including you I guess. So you want to enforce your rules, go enforce them and go have some people arrested and brought to the court for committing perjury and theft in front of your eyes. And yes Joel Cohen is guiltier than hell but you don't want to deal with it. So if everything's going back to him anyway to destroy me what the heck was the purpose of spending the last six months and a half million dollars wasting my energy here? I told you specifically that's what would happen when you insisted YJ being dismissed, but why would you listen? Why would I know anything? I'm more successful than most people that you have met and you say I am so brilliant, and if I am so then do something about it goddamnit. The difference between me and them is I won't do anything illegal, I continue to speak up to a black hole. When they don't like situations, they just grab everything and hide behind their lawyers and people like you allow it. It is a shameful situation and frankly shameful to see our system so broken and so useless in times of need. I'm not going to plead beg and cry because there's nothing left of my soul and that's thank you to Kevin Wiener with his explicit intentions and somehow he's won here when he doesn't even know me when he's had nothing to do with me, there's nothing about my business Arch. The only thing that Guy knows how to do is commence a lot of litigation and play video games but I guess you all like their lawyers too. That's what Cohen did. Praised the lawyers, who cares about due process or law ? If it sounds good coming from a Lawyer that he likes or maybe you like, no problem the criminals will continue and that's just the system that we have here busted as hell so yes I've been doing this now for three years and my life's been ruined so if there isn't gonna be activity in this court to help I am wasting energy and time and I will have to consult with folks how to get the farthest away from this system as I can because it's nothing but broken.

You don't care what my needs are, you don't care about my expectations you don't really give a hoot other than what's in your little book there and if it doesn't check the box let's just go ahead and cause suffering to this guy. You are not prepared to do with necessary to find justice here that is Crystal clear and it was crystal clear and YJ and it's crystal clear here . You will allow Joel cohen to continue to attack me through my wife and LLC's, you will allow pure criminals to lie in your court and damage me further than before I started with you. Yes that is what the results are right now it's worse than before we did this filing because I didn't have one of their brother run away from me because I filed for chapter 11 and now I have so good job and destroying me and thank you for doing that. And I'm sure everyone else will get to see this and so be it. Who cares about RH, my anniversary, birthdays, none of it has any positive feeling where you're being attacked every day by a bunch of horrendous folks and you all don't seem to give a shit so keep doing your little system and leave me alone and whatever else happens I guess I'll have to figure it out without you all. I don't know what that means it's certainly not something physical cause that's not what I do but there is no law so I'm not really sure what can be done.

Jeffrey Simpson

Sent from my iPhone

> On Sep 10, 2026, at 2:13 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Sure we can have a conversation next Friday, it will be a ridiculous one where somehow you still seem to think that I'm the one that should be suffering anymore because what these people have done to me. Have you not seen what's in front of you? Are you judicial or not? Sanctions???? I demand the people that have done criminality are brought to justice now, as in today. Enough is enough is enough - wake up
>
> You think a little charade so you could waive your wand like you did last time is going to be fruitful? Have you not paid attention to what I've sent to you? You always say you do your homework but clearly you have not or you choose to ignore. Lawyer's judges

you all took a note to maintain law that's not what you all do at all especially the courts here.

There is no money for lawyers because of the destruction that occurred in front of your own eyes that blew any budget all over stupidity and you allowed it. Mr Ostrow has no interest in sharing with the Court the things that actually are meaningful. it is Court should wake up and see what's happening in front of its eyes but keep putting your head in the sand.

The receiver continues to do horrific things but you do nothing about it. The state court does horrific things but you do nothing about it. There's some serious role reversal here, why don't you tell me why you haven't done what's necessary to keep Order in law so that I Jeffrey Simpson don't get further damaged? I demand intervention and I demand it now because you judge will not do with necessary to maintain law and order. You allow these people to do what they're doing to me just like Cohen did. This bankruptcy is a complete shit show it is a disaster and a worthless experience that is all because the court finds excuses to not maintain its responsibility to maintain law. And that's why the criminal justice folks won't help. So Last stop on the train that's right - where is there a higher power than you Your Honor because I'm not doing this anymore, I've lost my patience. You are not providing stay protection , you're not providing any protection to me .

So I don't need an order to show cause - I bring it in to the chief justice to do something about this horrific situation where they're such weakness to support thieves because the Court knows them or because their lawyers or because they're receivers. Unacceptable and it will not be tolerated by me. I had to bring the stupid case, I'm not here as a criminal and I need justice now. So, you're ready? What is the forum?

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

**From:** "Ostrow, Alec P." <aostrow@beckerglynn.com>
**Date:** September 10, 2026 at 12:56:57 PM EDT
**To:** Jeffrey Simpson <jsimpson001@icloud.com>
**Subject: Judge Beckerman's Notice of Additional Emails and Order to Show Cause for Further Sanctions - In Person Hearing On September 18 at 8:30 a.m.**

Jeff –

Today, Judge Beckerman entered in the main case and all related adversary proceedings:

- Notice of Additional Emails and Ex Parte Communication by the Debtor as of September 9, 2026, with an exhibit of the emails; and
- Order to Show Cause why the Court should not issue further sanctions for the Debtor’s failure to comply with the Cease-and-Desist Order.

I attach copies of both of these documents, including the exhibit to the notice.

The order to show cause requires that you and I appear in person in Judge Beckerman's courtroom on Friday, September 18, 2026, at 8:30 a.m.

Alec

—

<image868757.png>

**Alec Ostrow**
aostrow@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 303-9577

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

<jss notice addl emails ex parte communications main case 9 10 26.pdf>

<jss notice addl emails ex parte communications exhibit main case 9 10 26.pdf>

<jss osc re further sanctions main case 9 10 26.pdf>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.