| | |
|---|---|
| **Hearing Date:** | **October 29, 2026** |
| **Hearing Time:** | **10:00 AM** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:

Jeffrey Solomon Simpson,

Debtor.
-----------------------------------------------------X

Chapter 11
Case No.: 26-10359-lgb

**NOTICE OF MOTION FOR AN ORDER TERMINATING THE AUTOMATIC STAY UNDER BANKRUPTCY CODE §362(d)(1)**

**PLEASE TAKE NOTICE** that Watermill Capital Holdings, LLC ("Movant") seeks relief from the automatic stay as to the property located at 1640 Montauk Highway, Water Mill, NY 11976 (the "Property"), and will move before the Honorable Lisa G Beckerman, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York located at the Federal Courthouse, One Bowling Green, New York, NY 10004-1408 on

**AT** (the "Hearing Date") or as soon thereafter as counsel may be heard for an Order:

1. Pursuant to Bankruptcy Rule 4001, 11 U.S.C.§§105(a) and 362(d)(1) granting Movant, its successors and/or assigns, relief from the automatic stay due to the Debtor's failure to provide Movant with adequate protection for its security; and
2. Granting Movant such other and further relief as is just and proper under the circumstances of this case.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested shall be in writing, shall state with particularity the grounds for the objection, shall be filed with the Clerk of the Bankruptcy Court and served upon the undersigned counsel for the Movant seven (7) days prior to the Hearing Date.

1. **Audio and Videoconferencing Solutions**. The Hearing shall occur virtually using both audio and videoconferencing solutions as set forth herein. The Court shall utilize Zoom for Government (for audio and video purposes). The Court shall provide the Zoom link to the list of persons registered as Case Participants pursuant to the instructions set forth in Section 2 below and a Zoom dial-in number to Public Attendees who provide notice of their attendance to the Court pursuant to the instructions set forth in Section 3 below.

2. **Hearing Attendance by Case Participants**. All Case Participants must register for the Hearing through the eCourt Appearance Tool by no later than 4:00 p.m. (ET) one business day before the Hearing. Failure to register by the specified deadline will result in the Case Participant not being admitted to the Hearing. The Court will email the Zoom link to registered Case Participants after 4:00 p.m. (ET) one business day before the Hearing. Parties are strictly forbidden from circulating or sharing the Zoom link.

3. **Hearing Attendance by Public Attendees**. All Public Attendees who wish to dial-in to a Hearing where testimony is not expected must register for the Hearing through the eCourt 1 Appearance Tool by no later than 4:00 p.m. (ET) one business day before the Hearing. Failure to register by the specified deadline will result in the Public Attendee not being admitted to the Hearing. The Court will email the Zoom dial-in information to registered Public Attendees prior to the Hearing. Registered Public Attendees are strictly forbidden from circulating or sharing the Zoom dial-in information. Because Public Attendees cannot dial in to a Hearing where testimony is expected, Public Attendees may attend such a Hearing in person in the courtroom.

Dated: Syosset, New York
September 30, 2026

**Margolin, Weinreb & Nierer, LLP**

By: /s/ Andrew Goldberg

Andrew Goldberg, Esq.
Attorneys for Movant
575 Underhill Boulevard, Suite 224
Syosset, New York 11791
(516) 921-3838 ext. 326
andrew@nyfclaw.com

To:

Debtor:
Jeffrey Solomon Simpson
1055 Park Avenue
Unit #4
New York, NY 10028

Non-Filing Co-Debtor:
1640 Montauk LLC
1640 Montauk Highway
Water Mill, NY 11976
Non-Filing Co-Debtor:
Jared Chassen
1640 Montauk Highway
Water Mill, NY 11976

Counsel for Debtor:
Alec P. Ostrow, Esq.
Becker, Glynn, Muffly, Chassin & Hosinski LLP
299 Park Avenue
16th Floor
New York, NY 10171

US Trustee:
Daniel Rudewicz, Esq.
DOJ-Ust
1 Bowling Green
New York, NY 10004

FARRELL FRITZ, P.C.
Martin G. Bunin, Esq.
622 Third Avenue, Suite 3700
New York, NY 10017

Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Attn: Sean C. Southard
Brendan M. Scott

SCHWARTZ LAW PLLC
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038

MCCALLA RAYMER LEIBERT PIERCE, LLP
Ernest Yazzetti, Jr.
420 Lexington Avenue, Suite 840
New York, NY 10170

David A. Gold
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, New York 10017

Jonathan T. Koevary, Esq.
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, New York 10019

Melissa Levine, Esq. (ML 1634)
The Gold Law Firm, PC
1666 Newbridge Road, 2nd Floor
N. Bellmore, NY 11710

Shauna DeLuca, Esq.
Hasbani & Light, P.C.
450 Seventh Avenue Suite 1901
New York, New York 10123

OFFIT KURMAN, P.A.
Julie A. Levine
590 Madison Avenue, 6th Floor
New York, New York 10022

Michael Menapace
Wiggin and Dana LLP
20 Church Street, 16th Floor
Hartford, CT 06103

Michael L. Kenny Jr.
Wiggin and Dana LLP
437 Madison Ave, 35th Floor
New York, NY 10022

Aviva Francis, Esq.
JACOBOWITZ NEWMAN TVERSKY LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
125 Park Avenue, 12th Floor
New York, NY 10017
Attn: Kevin J. Nash, Esq. and Bryant P. Churbuck, Esq.

Jeffrey K. Cymbler, Esq.
District Tax Attorney
15 MetroTech Center
Brooklyn, NY 11201

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

Jeffrey Solomon Simpson,

Debtor.
----------------------------------------------------------X

Chapter 11
Case No.: 26-10359-lgb

**AFFIRMATION IN SUPPORT OF MOTION FOR AN ORDER TERMINATING THE AUTOMATIC STAY UNDER BANKRUPTCY CODE §362(d)(1)**

Andrew Goldberg, Esq., the undersigned, an attorney duly admitted to practice before this Court, affirms under penalty of perjury as follows:

1. I am an attorney with Margolin, Weinreb & Nierer, LLP, attorneys for Watermill Capital Holdings, LLC (hereinafter the "Movant"), and as such am fully familiar with the facts and circumstances of this case.

2. I make this Affirmation in Support of the Movant's motion for an Order (i) terminating the automatic stay with respect to the property located at 1640 Montauk Highway, Water Mill, NY 11976 (the "Property"); and (ii) granting Movant such other relief as the Court deems just. A copy of the order the proposed order is attached as **Exhibit A**.

## Background

3. Movant is the holder of a Note and Mortgage given by 1640 Montauk LLC (the "Non-Filing Co-Debtor") dated May 27, 2022, in the original principal amount of $1,500,000.00 (the "Note and Mortgage"). A copy of the Note and Mortgage are attached hereto as **Exhibit B**.

4. The Note and Mortgage were executed by Jeffrey Simpson (the "Debtor") as "Managing Member". See **Exhibit B**.

5. A Guaranty was executed on May 27, 2022 with respect to the Note and the Mortgage by Debtor Jeffrey Simpson "individually" and Jared Chassen (the "Non-Filing Co-Debtor) "individually". A copy of the Guaranty is attached hereto as **Exhibit B**.

6. All obligations of the Debtor an Non-Filing Co-Debtors under and with respect to the Note and the Mortgage are secured by the Property.

7. Movant is an entity entitled to enforce the Note.

8. All rights and remedies under the Mortgage have been assigned to Movant pursuant to that certain Assignment of Mortgage, a copy of which is attached hereto as **Exhibit B**.

9. Pursuant to the terms of the Note and Mortgage, the loan matured June 1, 2025. See **Exhibit B**.

10. As the loan became delinquent, Movant commenced a foreclosure action on or about September 20, 2024 in the Supreme Court of the State of New York, County of Suffolk under Index number 623575/2024.

## Cause Exists to Terminate the Stay under Bankruptcy Code §362(d)(1)

11. Bankruptcy Code §362(d)(1) provides, in pertinent part, that the Court shall grant relief from the stay imposed by Section 362(a) "for cause, including lack of adequate protection of an interest in property…".

12. As set forth above, cause exists to vacate the automatic stay as the Debtor has failed to make monthly mortgage payments to the Movant. In *In re Taylor*, 151 B.R. 646, 648 (E.D.N.Y 1993), the Eastern District of New York held that "[s] debtor's failure to make regular mortgage payments as they become due constitutes sufficient 'cause' to lift the automatic stay." The court in *In re Taylor* further held that once a mortgagee makes a prima facie showing of "cause"

permitting lifting of the automatic stay based on the Chapter 13 debtor's failure to make mortgage payments, "it was incumbent upon [the debtor] to establish that the [mortgage's] interest in the property was adequately protected," and if the debtor fails to do so, the mortgage is entitled to relief from the automatic stay. *In re Taylor*, 151 B.R. at 648.

13. According to the Motion for Relief District Worksheet, the underlying Note matured on June 1, 2025 and the Debtor is due for the total debt in the amount of $2,402,877.43. A copy of the District Worksheet is attached hereto as **Exhibit C.**

14. Debtor also has not filed a Chapter 11 Plan, thereby failing to provide how Movant's lien will be treated in the present case.

15. As a result, Debtor cannot provide Movant with any adequate protection and it is also not necessary for the Property to be maintained by the estate.

**WHEREFORE**, it is respectfully requested that this Court enter an Order terminating or modifying the automatic stay and granting the following:

1. Relief from the stay pursuant to Bankruptcy Code §362(d)(1) for the Debtor's failure to provide Movant with adequate protection in the Property and the Property is not needed for an effective reorganization; and

2. For such other relief as the Court deems proper.

Dated: Syosset, New York
September 30, 2026

**Margolin, Weinreb & Nierer, LLP**

By: */s/ Andrew Goldberg*
Andrew Goldberg, Esq.
Attorneys for Movant
575 Underhill Boulevard, Suite 224
Syosset, New York 11791
(516) 921-3838 ext. 326
andrew@nyfclaw.com