# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Jeffrey Solomon Simpson,

Chapter 11
Case No.: 26-10359-lgb

Debtor.
-------------------------------------------------------X

**ORDER GRANTING RELIEF**
**FROM THE AUTOMATIC STAY**

On October 29, 2026, the Motion (the "Motion") of Watermill Capital Holdings, LLC ("Movant"), dated September 30, 2026 came before the Court, for relief from the automatic stay with respect to the collateral known as 1640 Montauk Highway, Water Mill, NY 11976 (the "Collateral"). Proper notice of the hearing has been provided. This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. Section 362(d)(1) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral.