UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

Jeffrey Solomon Simpson,

Chapter 11
Case No.: 26-10359-lgb

Debtor.
---------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
)
COUNTY OF NASSAU ) ss:

Lori Borkowski, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

On September 30, 2026, deponent served a true and exact copy of the

- NOTICE OF MOTION FOR AN ORDER TERMINATING THE AUTOMATIC STAY UNDER BANKRUPTCY CODE §362(d)(1); and

- AFFIRMATION IN SUPPORT OF MOTION FOR AN ORDER TERMINATING THE AUTOMATIC STAY UNDER BANKRUPTCY CODE §362(d)(1) (with exhibits)

by First Class Mail delivery to the addresses listed below, by depositing a true copy of same enclosed in a properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York, said addresses designated for that purpose:

Debtor:
Jeffrey Solomon Simpson
1055 Park Avenue
Unit #4
New York, NY 10028

Non-Filing Co-Debtor:
1640 Montauk LLC
1640 Montauk Highway
Water Mill, NY 11976

Non-Filing Co-Debtor:
Jared Chassen
1640 Montauk Highway
Water Mill, NY 11976

Counsel for Debtor:
Alec P. Ostrow, Esq.
Becker, Glynn, Muffly, Chassin & Hosinski LLP
299 Park Avenue
16th Floor
New York, NY 10171

US Trustee:
Daniel Rudewicz, Esq.
DOJ-Ust
1 Bowling Green
New York, NY 10004

FARRELL FRITZ, P.C.
Martin G. Bunin, Esq.
622 Third Avenue, Suite 3700
New York, NY 10017

Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Attn: Sean C. Southard
Brendan M. Scott

SCHWARTZ LAW PLLC
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038

MCCALLA RAYMER LEIBERT PIERCE, LLP
Ernest Yazzetti, Jr.
420 Lexington Avenue, Suite 840
New York, NY 10170

David A. Gold
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, New York 10017

Jonathan T. Koevary, Esq.
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, New York 10019

Melissa Levine, Esq. (ML 1634)
The Gold Law Firm, PC
1666 Newbridge Road, 2nd Floor
N. Bellmore, NY 11710

Shauna DeLuca, Esq.
Hasbani & Light, P.C.
450 Seventh Avenue Suite 1901
New York, New York 10123

OFFIT KURMAN, P.A.
Julie A. Levine
590 Madison Avenue, 6th Floor
New York, New York 10022

Michael Menapace
Wiggin and Dana LLP
20 Church Street, 16th Floor
Hartford, CT 06103

Michael L. Kenny Jr.
Wiggin and Dana LLP
437 Madison Ave, 35th Floor
New York, NY 10022

Aviva Francis, Esq.
JACOBOWITZ NEWMAN TVERSKY LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
125 Park Avenue, 12th Floor
New York, NY 10017
Attn: Kevin J. Nash, Esq. and Bryant P. Churbuck, Esq.

Jeffrey K. Cymbler, Esq.
District Tax Attorney
15 MetroTech Center
Brooklyn, NY 11201

Lori Borkowski

Sworn to before me this
30 day of September, 2026

Notary Public

ANDREW DAVID GOLDBERG
NOTARY PUBLIC STATE OF NEW YORK
NASSAU COUNTY
LIC.#02GO6236952
COMM. EXP. 3/14/21