**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Alec P. Ostrow
aostrow@beckerglynn.com

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| JEFFREY SOLOMON SIMPSON, | Case No. 26-10359 (LGB) |
| Debtor. | |

**NOTICE OF FILING OF CERTIFICATE OF DEBTOR'S COMPLETION OF ANGER MANAGEMENT COURSE PURSUANT TO ORDER IMPOSING SANCTIONS**

**PLEASE TAKE NOTICE** that attached hereto as Exhibit A is a certificate of the Debtor's completion of an anger management course, as required pursuant to this Court's order sanctioning the Debtor, entered on August 24, 2026, main case ECF document no. 152.

Dated: New York, New York
September 30, 2026

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255

By: */s/ Alec P. Ostrow*
Alec P. Ostrow
aostrow@beckerglynn.com

*Counsel for Debtor and Debtor in Possession*