# CERTIFICATE OF COMPLETION

This certifies that the person named below has completed a

## Anger Management Course (12 Hours)

Jeffrey S Simpson

Date of Course Completion: 10/01/2026
Certificate Number: CRS-93BR-UKUG

Courseable
www.courseable.com

Kyle Griffin
Courseable Authorized Representative
(833) 820-8098 | support@courseable.com

**To Verify Authenticity**
courseable.com/verify/CRS-93BR-UKUG