**Hearing Date: November 12, 2026, at 10:00 a.m.**
**Objection Deadline: November 5, 2026**

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Alec P. Ostrow
aostrow@beckerglynn.com

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| JEFFREY SOLOMON SIMPSON, | Case No. 26-10359 (LGB) |
| Debtor. | |

**NOTICE OF HEARING ON DEBTOR'S SECOND MOTION TO EXTEND THE PERIODS DURING WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO FILE A PLAN AND TO OBTAIN ACCEPTANCE THEREOF**

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on **November 12, 2026, at 10:00 a.m.**, or as soon thereafter as counsel can be heard, via Zoom for government, to consider the second motion, dated and filed October 16, 2026, of Jeffrey Solomon Simpson, as Debtor and Debtor in possession (the "Debtor") to extend the periods during which the Debtor has the exclusive right to file a plan and to obtain acceptance thereof (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing, stating in detail the reasons therefore, and filed electronically with Clerk of the Court,

and served on Becker, Glynn, Muffly, Chassin & Hosinski LLP, 299 Park Avenue, New York, New York 10171, Attn: Alec P. Ostrow aostrow@beckerglynn.com, so that such objections are actually received not later than **November 5, 2026.** Objections that are not timely served and filed may not be considered by the Court.

Dated: New York, New York
October 16, 2026


**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255

By: _/s/ Alec P. Ostrow_____________
Alec P. Ostrow
aostrow@beckerglynn.com

*Counsel for Jeffrey Solomon Simpson, as Debtor and Debtor in Possession*