Becker|Glynn

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP

299 Park Avenue
New York, New York 10171

Telephone (212) 888-3033
Facsimile (212) 888-0255
www.beckerglynn.com

ATTORNEYS AND COUNSELORS AT LAW

Alec P. Ostrow, Partner
aostrow@beckerglynn.com

October 21, 2026

VIA ECF

Honorable Lisa G. Beckerman
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
New York, New York 10004

Re: Jeffrey Solomon Simpson, Debtor, Case No. 26-10359 (LGB)
Bankruptcy Case and All Pending Adversary Proceedings
Discharge of Counsel by the Debtor

Dear Judge Beckerman:

I write to inform the Court and counsel that, based on the attached email from the above-referenced debtor, as well as other separate communications from him, I believe I have been discharged as his counsel.

As a result, I believe that I am required by Rule 1.16(a)(4) of the New York Rules of Professional Conduct to withdraw from the engagement. Pursuant to Local Bankruptcy Rule 2090-1(e), I will promptly move for leave to withdraw. Even if I have technically not been discharged, the attached email and other public statements from the debtor make clear that there is now an irreparable breakdown in the attorney-client relationship.

In light of pending matters and deadlines, and the requirement in Rule 1.16(e) to "take steps, to the extent reasonably practicable, to avoid foreseeable prejudice to the rights of the client," my motion for leave to withdraw will include a request for a stay of pending matters and deadlines. In the alternative, my motion will seek preliminary relief to permit the debtor provisionally to act as his own counsel.

Respectfully yours,

*/s/ Alec P. Ostrow*

Alec P. Ostrow

cc: Counsel for all parties via ECF and the Debtor via email