**Ostrow, Alec P.**

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Wednesday, October 21, 2026 12:55 PM |
| **To:** | NYSBml_Beckerman's_Chambers; Ostrow, Alec P.; Kevin Wiener; Jonathan T. Koevary; USTP.Bankruptcy.Fraud@usdoj.gov; ustpregion02.nyecf@usdoj.gov; Hon. Joel M. Cohen |
| **Subject:** | Re: Adv proceeding, Jeffrey Solomon Simpson , Kevin Weiner deposition today |

I understand Your Honor is in a procedure today, and I hope for the best and a quick recovery. I understand that it's possible that no one's going to respond, even without procedures nobody responded to me yesterday including my lawyer.

So again this is about me and my situation and my case and this motion is based upon the frivolous and vindictive actions by Kevin Weiner and his family and other folks. Yesterday he illustrated some of those issues from what I understand from very limited dialogue with Mr. Ostrow because he doesn't feel he has to answer to me, I wonder why - ,you all made it that way .

So there will be no deposition for tomorrow. I was very clear in the morning yesterday, what was going to happen and i was completely bypassed and ignored and it was full of excuses from what I've heard in a limited context. I intentionally did not attend yesterday because I was told that I should not buy this very Court so the consequences are not on me, they're on you all for having the smartest guy in the room not there because if I was there I would've educated you all of exactly what the agreement say exactly what they don't say and how none of this is possible and how we do need to have the interrogation and we do need to have all of the proof of what the hell this man has done to me with vindictive actions. And the Court ends up discussing these issues yesterday afternoon without me when I couldn't be clear I need to be in attendance if this would be happening. Mr. Ostrow notified me maybe 15 minutes before and I unfortunately have to work in my hands these days so I didn't get the email till after 5 o'clock and it was already over! Of course he didn't present to the judge the real issues about what the agreement really says because it's blatantly obvious, it's blatantly obvious as to what they actually do to hurt me so I will need to be able to explain to the court what is happening here on my own and it appears that there will be no more Mr. Ostrow in this case Because he refuses to do what necessary and was required to protect me and everything around me which is what this case is about. It's not about the game that Kevin Weiner wants to play and that the Court just plays into it, it's about dealing with what really what happened and how to move forward and what is owed to who if anything at all because at the end of the day I'm owed millions. I don't owe anybody anything of substance because I have insurance , I have indemnification, I have all types of protections and documents that can't be enforced because these people have done everything possible to strip me of counsel so that the reality can never be presented but it will be presented or this Court will be asked to recuse itself on the grounds of allowing this to happen in front of their own eyes and prejudice me because I'm not a lawyer and any ability to pay for lawyers has been stricken from me and those various issues have been brought here and could have been remedied but they were not, nothing's ever remedied here because they'll spend more in lawyers than I can, only because of their actions.

Just to be clear there were some patently false issues that were raised yesterday. But why will the attorney who was supposed to represent me actually present the real issues or really understand the situation.

For example

1. The state court decided that the joint defense agreement does not have privilege so that's a bunch of BS that the line of questioning is stricken. No chance / no how will this not be presented and exposed for what they've done to hurt me.

2. Koevary gave a bullshit response on how he has grounds, that response was something about fraud. Well I'll point you to the AREH agreement and it is crystal clear under the sections regarding cause that if fraud would be considered

for me Jeffrey Simpson, it would be required to be done so only and only after a non-appealable verdict. Their false allegations don't qualify for that, in the slightest and by the way their actions with the receiver is their only path to try to find a way even though I did nothing wrong there but it was easier for them to try to go down that road because they can't find anything under Arch.

2. The argument about indemnification- dead wrong- read the agreement. It says very clearly that the party that starts the action must pay "in advance" the legal defense and only after adjudication could they pursue for reimbursement of the legal bills. Yes that's exactly what it says. This provision extends to any affiliate or anything related to me so bullshit what's happening here.

3. They have a court order that says to follow the ARE H. agreement. The judge even said in the court order that they must be fiduciary to all members including me, this isnt fiduciary!

4. When they received temporary control of the company, there was a role reversal , or flip-flop provision as we call it. Nowhere did it give them the authority to be the managing member and the Investor member! So it clearly says under section 7 that any type of expenditure above $50,000, if it's not pre-agreed in the annual budget, cannot be proceeded forward without the endorsement of the other member. There is no way that $1.4 million is part of any approved budget anywhere to pursue me and my family through AREH.

So that is the brass tax, you all want to hear it or not but that is the reality and that is what the document say and the law is tied to the documents not some stupidity that's some stupid lawyers have to say All to be actors and fake to try to avoid the inevitable of what Kevin Weiner actually did to me and continues to do to me and it stops now.

So no there's no deposition, they don't get a chance to attack me again where we just proved everything I've said for three years even though my lawyer couldn't even ask the right questions even though he didn't have the courage to do what was necessary as I demanded I commanded yesterday and I have every right to do so.,

So the ship stops until the judge has opportunity to chime in and when she does I will speak and I will be heard and action will be taken that is lawful and judicial or she is out by means of request of recusal or emergency action in the second circuit Court of Appeals where I've already made an application on the grounds of prejudicial actions against me.

So there you have it, tomorrow is not happening. When Kevin answers the questions and we have some sort of judicial authority here that follows the law and follows the agreement I am more than happy to provide a deposition that is controlled and not harassment.

Oh and yes under the law there are two sections that clearly protect me

1. Fraudulent joinder - these folks sued me in federal court. They fictitiously and blatantly said they had nothing to do with the state court action that I had to pursue in order to protect the company because of privity with Jared. Of course I didn't know they were working collusively together and the fact that they admitted it, it is a fraudulent joinder and it means that the state court action could've never happened because they started an action in federal court. That's right that's what really happened not some other fictitious bullshit version there's some Lawyer dances in front of a judge who loves them rather than likes reality and justice.

2. There is federal protection for when people maliciously and intentionally join together as two or more parties to hurt someone and they have done that and they have exercise their abilities to do that for three years now and that is punishable by 10 years in prison if you look up the statute.

So bullshit that they don't have to answer questions on behalf of Oak and bullshit that they don't have to answer questions around the joint defense agreement when even Judge Cohen said that case law says that it does not have

attorney-client privilege for all the obvious reasons here and when people do criminality none of that matters anyway and criminality has occurred so it's time to report it already.

So like yesterday I'm on standby from somebody from the court or the prosecutors office to deal with the issues at hand which have really occurred here for three years and I'm not doing another minute of this bullshit game when we are at showtime and it is ripe for action based upon them pursuing my family members and Related entities in front of a corrupt judge because they can't get what they want elsewhere.

Jeffrey Simpson

Sent from my iPhone

> On Oct 20, 2026, at 8:01 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> It was made clear yesterday in the court that I'm not to ask questions and it was suggested that I don't attend so I will follow that guidance.
>
> I do not believe Mr. Ostrow is prepared and I have not had communication with him (post the Conference) after multiple attempts. He knows my questions and my concerns and I'll leave it at that.
>
> I'm going to say it publicly here as I said it yesterday to all parties, the first two questions are as follows:
>
> 1. How much money has Kevin Weiner spent to damage me and my family Via legal channels and others? If fits right in the square box of my complaint as it relates to the vindictive actions that they take which now have extended as a way to circumvent this court and to attack my family and my wife.
> 2. How is Mr. Koevary authorized to sue anything or anyone related to me (and affiliates) by contract and or by court order?
>
> If these questions are not asked, problem number one, see below
>
> If these questions are not answered problem number two, it will be the courts decision of what to do next.
>
> If Mr. Ostrow is not willing to ask the questions relating to the vindictive actions that these people have taken on my family for three years, without merit or authority, he is hereby terminated (subject to the court who said yesterday that I have every opportunity to terminate if I need to).
>
> If Mr. Ostrow does ask the questions, and they are disputed, I expect to be involved in the process of discussion as to how and why they're disputed and I will only stand down with the court giving a ruling but I will be part of that conversation should it occur or be necessary.
>
> Unfortunately I had to file this bankruptcy against my wishes, I've had the litigate for three years against my wishes because of theft. This is the high point of the litigation right now right here this morning. This vindictive group led by Kevin Weiner has been hiding for three years so yes Mr. Koevary my agenda is very clear and it is consistent with what has been filed in the complaint. You did this by circumventing the bankruptcy court and suing my wife and entities around the court that we are in front of . We are going to examine the intentional and malicious conduct / actions by the people you represent to hurt me and the motive behind it and who has participated to make this happen to ruin everything around me.
>
> So that is where I stand and, this is my case and I've had to do this against my own wishes and my lawyer compromised by this very specific motion and this court has allowed that to happen even though it endorsed the representation. So I will stand strong but I will give the parties a chance to do that as they wish but the results impact

me heavily and I will be on standby if I need to step in. That is not optional, the way cohen just goes willy nilly and makes negative comments and actions outside of my presence because he's scared of me and he's scared of the truth. I have notified all parties here including criminal justice folks, including the second circuit Court of appeals so no we are not going to play this game again.

>

> And given the way this Court has treated me recently, I'm not going to attend what happens with the receiver motion either. No, I do not feel Mr. Ostrow is handling it properly But I'm not left with choices other than what the court decides at this point on that motion today but it's all connected, it's all tied to what Kevin Weiner did. So I'm going to reserve my rights on that as well since my representation is compromised by the very doing of related parties.

>

> So that's where we are is my position as it is the most valuable and most relevant as it relates to this case because it is the only protection that I have on a limited basis from what has happened to me and my family as a result of their actions collusively and collaboratively. So, since the criminal justice folks won't do anything about it (at least not today), it will be my duty to enforce any actions with exception of the court making rulings.

>

> If the court wants to speak to me I'm available by phone or email. Mr. ostrow knows where to find me

>

> PS - this would not be necessary if the YJ case was not converted on the same day that the attorney for YJ wrote to this court that morning Deciding to walk away without even notifying me in advance and this Court gave me no time to resolve it and it allowed immediate conversion with the participation of Jared Chassen who has not made a claim because he doesn't have a claim because he isn't relevant and he's just a pawn for Kevin Weiner.

>

> Jeffrey Simpson

>

> Sent from my iPhone