**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Lindsay A. Bush
140 East 45th Street, 26th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
Email: efisher@binderschwartz.com
Email: lbush@binderschwartz.com

*Counsel for 608941 NJ Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| JEFFREY SOLOMON SIMPSON, | |
| | Case No. 26-10359 (LGB) |
| Debtor. | |

-----------------------------------------------------------x

**DECLARATION OF ERIC B. FISHER IN SUPPORT OF 608941 NJ INC.'S MOTION FOR AN ORDER (I) CONVERTING THIS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, OR (II) IN THE ALTERNATIVE, DISMISSING THIS CHAPTER 11 CASE, OR (III) IN THE FURTHER ALTERNATIVE, DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

Eric B. Fisher, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm Binder & Schwartz LLP, counsel for 608941 NJ Inc. ("Oak"), a creditor of Jeffrey Solomon Simpson (the "Debtor") in the above-captioned Chapter 11 case.

2. I submit this declaration in support of Oak's Motion for an Order (I) Converting this Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, or (II) in the Alternative, Dismissing this Chapter 11 Case, or (III) in the Further Alternative, Directing the Appointment of a Chapter 11 Trustee (the "Motion"), filed contemporaneously herewith, and to place before the Court the documents referenced below.

3. Documents referred to in the Motion that are filed on the dockets of this Court, the United States District Court for the Southern District of New York, and the Supreme Court of the State of New York (NYSCEF) are not attached hereto. Documents on NYSCEF are accessible by hyperlink in the Motion.

4. Attached hereto as Exhibit A is a true and correct copy of an email sent by the Debtor, Jeffrey Solomon Simpson, on October 18, 2026, at 8:09 PM, to this Court's chambers, Justice Joel M. Cohen, the Office of the United States Trustee, the United States Department of Justice, the Manhattan District Attorney's Office, and numerous counsel.

5. Attached hereto as Exhibit B is a true and correct copy of the transcript of the October 19, 2026 discovery conference before this Court in *Simpson v. Arch Real Estate Holdings LLC*, Adv. Pro. No. 26-01097 (LGB).

6. Attached hereto as Exhibit C is a true and correct copy of excerpts of the transcript of the September 18, 2026 contempt hearing before this Court in the above-captioned case.

7. Attached hereto as Exhibit D is a true and correct copy of excerpts of the transcript of the June 10, 2026 evidentiary hearing before this Court in Adv. Pro. No. 26-01013 (LGB).

8. Attached hereto as Exhibit E is a true and correct copy of excerpts of the transcript of the June 5, 2026 deposition of Jeffrey Solomon Simpson.

9. Attached hereto as Exhibit F is a true and correct copy of the Bargain and Sale Deed dated January 27, 2026, from 1055 Park Ave 1 LLC to Park 2 Ave 1055 LLC, recorded on February 11, 2026, in the Office of the City Register of the City of New York, New York County, under CRFN 2026000043009.

10. Attached hereto as Exhibit G is a true and correct copy of the Bargain and Sale Deed dated January 27, 2026, from 1055 Park Ave PH LLC to Park 2 Ave 1055 LLC, recorded on

March 3, 2026, in the Office of the City Register of the City of New York, New York County, under CRFN 2026000061621.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2026
New York, New York

/s/ Eric B. Fisher
Eric B. Fisher