# Exhibit A

**Koevary, Jonathan T.**

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Sunday, October 18, 2026 8:00 PM |
| **To:** | John Beauregard; ustpregion02.nyecf@usdoj.gov; USTP.Bankruptcy.Fraud@usdoj.gov; fraud.feedback@usdoj.gov; Alvin Bragg; NYSBml_Beckerman's_Chambers; Hon. Joel M. Cohen |
| **Cc:** | SFC-PART3; Martin Bunin; #-FirmPSDocketing@steptoe.com; aishlinn.bottini@haynesboone.com; carey.wallick@haynesboone.com; Mateo, Katherine E.; leslie.thorne@haynesboone.com; Lori.Mitchell@haynesboone.com; ndenning@wiggin.com; ssouthard@klestadt.com; admin@spi-pc.com; ahaynes@westermanllp.com; allenschwartzlaw@gmail.com; brenda.diaz@haynesboone.com; charles; coliver@grifflegal.com; Docket Clerk; gkeller@steptoe.com; Jesse H. Young; jmiller@westermanllp.com; Kevin A. Fritz; kwarner@westermanllp.com; lulerio@grifflegal.com; Paul Gusak; robert@lorenclaw.com; Stephen B. Meister; sgriffin@grifflegal.com; sgross; Thomas L. Friedman; Lizette Negroni; Benjamin Robert Rajotte; Koevary, Jonathan T.; David A. Gold; Allen Schwartz; arawaf@nycourts.gov; afrancis@jntllp.com; NYSBml_Beckerman's_Chambers; Alec P. Ostrow |
| **Subject:** | A call to order and the only reason the below is relevant is because Joel cohen just committed a crime, a clear one - |

Why doesn't the New York State judiciary tell me how in the hell that Judge cohen could write an order saying after deliberation there was no objection to this request????? you must be kidding right? I'm the only one that actually matters as it relates to this be cause I came to the absurd New York State Court for help but no I should've done something else I don't know what that is maybe it's going to the feds or the police or maybe then I should've just taken it into my own hands the way these guys did - literally stole like mobsters. So when I object you better damn listen and you don't listen and that's the problem because like you said in the first days, you said you hated me and you hated my agreement and that is unlawful Joel. The bankruptcy court said there's a serious concern about the relationship between me and you and somehow you are still here? How?????????? you don't respect the bankruptcy court you never did, you've stepped on it before multiple times. I guess that corruption has you locked in

So Joel cohen , I demand an answer from you immediately. I had to file a personal bankruptcy because of you and of course I object to anything that you do - I object to your existence as it relates to me and my business and my family and an objection so your order is dog shit like usual. And I hope you're insulted I hope everybody here is insulted because no one's life has been ruined like mine has been because of your actions you illegitimate piece of dirt. But you have no problem saying around your courtroom that you feel it's OK to ignore me yeah of course it's OK to ignore me because you ruined everything around me and it was illegal and no one does anything about it because you're a political and illegitimate hack.

And yes judge Beckerman - everything we have going on in the bankruptcy has to deal with what this piece of shit of a human did to my livelihood so you can keep ignoring it and you could keep playing the game saying it's not your problem but it is your problem if you're the last stop on the train. He keeps taking action that actually hurts me and maybe that doesn't work in your motion practice or your procedures, well then stealing from me it's not actually legal. The fact we are actually talking about a New York State case that was brought in front of the same corrupt judge, in your court is absurd because you said it in your own transcript - you literally said it is clearly a way to circumvent the process so you could do something about it rather than allow this motion practice bullshit. So of course these jackasses will go back and ask for reconsideration and whatever else they could possibly do because they are criminals.

The first question at the deposition on Tuesday is going to be; How much money did the Wieners spend to have Jeffrey Simpson's head? Of course they will object, of course they object to everything. If you were them and they spent $10-

$15 million to avoid the criminality coming out that they've done for three years you really think they're going to answer questions in a deposition? Do you think they're going to tell the truth on the witness stand? Chassen lied, and then it was put back on me to do the work when there's a whole bench to do it or prosecutors. Do you think my lawyer has time to do it in the proper format well guess what I don't care anymore.

So the question is as I've said judge Beckerman are you ready to face reality of what this case is? Or are you going to play like Joel cohen did. So far you haven't shown any courage to stand up for what New York State did to me. You've gotten close but then you pull back and it is very concerning to me. And I hope to God you read the last two transcripts that the attorney that doesn't actually work for anybody here named Jonathan Koevary has been throwing around. Who does he work for? What is AREH anymore? It was a business that I founded, they ruined it with support of a corrupt court. Nothing in the documents or court orders allow them to Weaponiz it against me but you all judges have a duty and responsibility to look at this and understand it and deal with it but instead you throw it back at me? When there's one coward Lawyer after another when there's no money available to represent myself because what these humans have done to me??? is your head in the clouds like Joel's? So I demand a conference with Joel cohen there and it will be how we got here. And no there is no process when an innocent guy like me who was uber successful gets ruined because of a broken and busted system because of a bunch of lawless cowards . That's right, you want to arrest me because I've called you out? I speak reality and I understand exactly what's going on here and so do the judges but of course we have to protect the bench which ultimately protects a bunch of thieves. And that does not work and that is not what our country was built upon and it's not what our constitution says. So yes I demand justice and I demand it now. And Joel cohen -. Stay the hell away from me and my family and my businesses. And God willing the prosecutors will finally see what a hack you are. You topped it all when you committed perjury yourself, it actually beats when you had pure theft in front of your eyes and you didn't report it! Why not? I want you on a witness stand in front of a real court or interrogated by prosecutors. And how dare you continue to take cases surrounding me, after all that you've done. So please nobody here give me some bullshit story about how there's no way to solve this because there's a way to solve everything including when the judiciary is breached and it is breached seriously. I'm a good guy here I'm the only one who tells the truth and I'm the only one that has nothing to hide. I can't say that about anybody else who has their own agenda , yes including the bankruptcy court because it has the power to stop this nonsense and it doesn't use it because it's scared of its own shadow. It is shameful and absurd that this could go on in the United States. Why don't you judges tell my investors how you allowed this to happen? Should the FBI tell them? Should the DOJ? Who's going to do it besides me?

So I stand strong against you morons, who cannot see reality or justice. And of course they'll do anything to get back in front of their buddy Joe!!! Why???????? we know the answer and the bankruptcy court even said it had a serious concerns but those do those words mean? A lawyer that the bankruptcy Court likes can go and run and do all these motions that are frivolous and are vindictive and are not even proper because it's for oak not for AREH, but it allows it? Why? Maybe we need to be in the criminal court? Not for me for all the bastards that stole hundreds of millions of other peoples monies because of their lack of ability to fulfill obligations? And the Court had the nerve to say I should act like a grown-up? Have you seen Kevin Weiner? He is a teenager at Best, he plays video games this is all a game to him with daddy's money. Maybe his emails won't be good enough because they werent good enough three years ago but they're so goddamn obvious. So no we can't be here, it's not possible - what's possible is to put them in jail for what they've done and if you all can't do it let the prosecutors finally do something. Let them ask over 100 investors.... we all know the answer but we have to worry about motion practice because that's the rules but the rules don't apply when the law is broken and when the judge is corrupt and vindictive. So it's time for brass tax . Tomorrow - where and when and I will be there- me against all of you if it's 10 15, 20
or hundreds I don't care and I'm not scared. You will not be able to break me because I am honest to the end and you all have some serious integrity to consider and I am watching and I'm keeping track of everybody's moves so hopefully one day there's a judicial person that actually gives a damn and I've yet to see that person.

So I'm willing and ready when the rest of you are. You will not stand a chance to my questioning because I will bring up all the facts and every time somebody said something where they ate their own shit or they fibbed because I know when and how. So who is the one who is going to facilitate this? The bankruptcy court doesn't have the courage. Joel cohen is not even a real judge he's just a goon, that is so obviously corrupted. What is the forum????

Let's go people you'll see the fearless leader here that you've never met before. And some of my favorite people here can tell you that I am a fearless leader including that scumbag Chassen who I treated like gold.

I am on standby for justice.

Jeffrey Simpson

Sent from my iPhone

On Oct 8, 2026, at 1:07 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Like usual I object anything this guy does and I object to him being there in the first place and I object to him getting one dollar for anything. And when he went to the bk court for lift stay , I clearly asked the bankruptcy court if there was any funds going to anybody here and I was told no. I said I didn't trust the receiver and I said he would try to take money and I was told no - only transfer taxes and legal and that's it so here we are again them extorting my estate, my property, my everything thank you to Joel cohen - a man who's not a man of the court but pretends to be because he just hurts people because he likes it , he enjoys it and clearly him and the other goons are all protected by the seddio regime and whatever other political levers they have because as I've said 1000 times none of this could've ever happened and you Joel cohen screwed up royally. And yes it's more your fault than anybody's because you're supposed to be someone of the court but you just make up your own rules and do whatever you want to do I guess that's how you get off. So please go ahead award them more money that belongs to me through the channels of my structuring and just add it to the list of more toxic things that you've done that are not legal. There is no one to call so all I'm going to do is voice it here because no one gives a damn because of what you've done.

And no, my attorney is a coward. He doesn't have the courage to call you out for your bullshit and what you've done to me and my family and the fact you keep taking cases related to me is horrific beyond. It just means there's no law it just means there's no order there's just Joel cohen waving his wand.

So no I do not accept your jurisdiction on anything or anywhere near me or any of my family but if I don't voice what needs to be done here at least there will be a record for later when we reconcile all the damage you've done to me and my family. Someday, somebody will care to what you did here and all the folks that are there alongside you.

Shame on you shame on you. And yes you should lose your robe and yes you should be fired and you should be jailed for what you do to me and others.

Jeffrey Simpson

Sent from my iPhone

On Oct 8, 2026, at 11:59 AM, Beauregard, John <JBeauregard@farrellfritz.com> wrote:

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find Receiver's Letter Application for Interim Commissions for East 89th Street Deed In Lieu Transaction with Exhibits along with exhibits and a Proposed Order that was recently filed on NYSCEF. The Proposed Order is being provided additionally as a Word document for the Court's convenience.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Friday, August 21, 2026 11:20 AM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; 'arawaf@nycourts.gov' <arawaf@nycourts.gov>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'afrancis@jntllp.com' <afrancis@jntllp.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Morning,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find Receiver's Fifth Letter Application for Reimbursement of Expenses, dated August 21, 2026 along with exhibits and a Proposed Order that was recently filed on NYSCEF. The Proposed Order is being provided additionally as a Word document for the Court's convenience.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Thursday, July 30, 2026 4:52 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; 'arawaf@nycourts.gov' <arawaf@nycourts.gov>; 'Jeffrey Simpson' <jsimpson001@icloud.com>;

'afrancis@jntllp.com' <afrancis@jntllp.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Evening,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers requesting a Hearing for Receiver's Application, dated July 30, 2026, along with an Exhibit that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Tuesday, July 21, 2026 5:07 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; 'arawaf@nycourts.gov'

<arawaf@nycourts.gov>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; afrancis@jntllp.com
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Evening,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find Receiver's Application for Order Approving Retention of Real Estate Broker, dated July 21, 2026, along with Exhibits that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John <JBeauregard@FarrellFritz.com>
**Sent:** Tuesday, July 7, 2026 4:59 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen

Schwartz' <allen@allenschwartzlaw.com>; 'arawaf@nycourts.gov' <arawaf@nycourts.gov>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; afrancis@jntllp.com
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers regarding 146 E 89th Street Proposed Settlement, dated July 7, 2026 along with an exhibits that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Thursday, February 26, 2026 3:40 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette

Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; 'arawaf@nycourts.gov' <arawaf@nycourts.gov>; 'Jeffrey Simpson' <jsimpson001@icloud.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers regarding the Adversarial Proceedings, dated February 26, 2026 along with an exhibits that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Wednesday, February 25, 2026 4:09 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette

Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; 'arawaf@nycourts.gov' <arawaf@nycourts.gov>; 'Jeffrey Simpson' <jsimpson001@icloud.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find Receiver's Third Letter Application for Reimbursement of Expenses, dated February 25, 2026 along with an exhibit and a Proposed Order that was recently filed on NYSCEF. The Proposed Order is being provided additionally as a Word document for the Court's convenience.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Thursday, January 22, 2026 12:03 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>;

'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; 'arawaf@nycourts.gov' <arawaf@nycourts.gov>; 'Jeffrey Simpson' <jsimpson001@icloud.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers along with exhibits that was recently filed on NYSCEF. Exhibit #1 is a Proposed Supplemental Order that is being provided additionally as a Word document for the Court's convenience.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John <JBeauregard@FarrellFritz.com>
**Sent:** Tuesday, January 20, 2026 4:24 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com'

<robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; 'arawaf@nycourts.gov' <arawaf@nycourts.gov>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

Good Evening,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers that was recently filed on NYSCEF. Exhibits to the letter have not been included with this submission due to their size. They can be found on NYSCEF as DE#'s 2267, 2268, and 2269.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Thursday, January 8, 2026 6:53 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com'

<jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; 'arawaf@nycourts.gov' <arawaf@nycourts.gov>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Evening,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers with Exhibits along with a Proposed Order that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Tuesday, November 25, 2025 5:18 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com'

<jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>; arawaf@nycourts.gov
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Evening,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find Receiver's Second Letter Application for Reimbursement of Expenses with Exhibits, dated November 25, 2025 that was recently filed on NYSCEF.

For the Court’s convenience, I am attaching a copy of the Proposed Order.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Thursday, November 20, 2025 4:36 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>;

'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Morning,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Receiver's Emergency Letter Application for the Payment of Electric Power Expenses, dated November 20, 2025 with Exhibit that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Tuesday, November 18, 2025 1:37 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>;

'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Morning,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John <JBeauregard@FarrellFritz.com>
**Sent:** Monday, November 17, 2025 11:24 AM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>;

'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Morning,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers that was recently filed on NYSCEF.

Respectfully Submitted,

---

**From:** Beauregard, John
**Sent:** Thursday, November 13, 2025 11:42 AM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers with an Exhibit with that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John <JBeauregard@FarrellFritz.com>
**Sent:** Monday, November 3, 2025 5:11 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Evening,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers with Exhibits with that was recently filed on NYSCEF. Exhibit #1 is a Proposed Order.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John <JBeauregard@FarrellFritz.com>
**Sent:** Thursday, October 23, 2025 6:37 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Evening,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers with Exhibit with that was recently filed on NYSCEF. This letter is responding to NYSCEF Doc. No. 2046.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Monday, October 13, 2025 5:01 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find Receiver's Letter Application regarding Receiver Fees with Exhibits, dated October 13, 2025 that was recently filed on NYSCEF. Also attached please find a Proposed Order regarding same.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Friday, October 10, 2025 4:54 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Proposed Order Authorizing Receiver to Enter into Settlement Agreement with NextGear Capital, Inc. with Exhibit that was recently filed on NYSCEF.

Respectfully Submitted,

---

**From:** Beauregard, John <JBeauregard@FarrellFritz.com>
**Sent:** Thursday, October 9, 2025 4:15 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers with that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any

action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Tuesday, October 7, 2025 7:57 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Evening,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

**From:** Beauregard, John
**Sent:** Friday, October 3, 2025 12:48 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

**From:** Beauregard, John
**Sent:** Wednesday, October 1, 2025 5:15 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter to Chambers that was recently filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

**From:** Beauregard, John
**Sent:** Tuesday, September 30, 2025 12:12 AM

**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Morning,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Reply Affirmation in Further Support filed on NYSCEF.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John <JBeauregard@FarrellFritz.com>
**Sent:** Thursday, September 25, 2025 4:07 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-

FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter addressed to Chambers regarding Terms of Proposed Sale of 225 Head of Pond Road, dated September 25, 2025 which was filed on NYSCEF today.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Thursday, September 18, 2025 3:48 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com'

<Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com' <Carey.Wallick@haynesboone.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find a Letter addressed to Chambers with Exhibits, dated September 18, 2025 which was filed on NYSCEF today.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Monday, September 15, 2025 5:14 PM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com'

<Carey.Wallick@haynesboone.com>; FFNYSTATE MAO <FFNYSMAO@FarrellFritz.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; CourtNotifications@farrellfritz.com; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find the Receiver's Third Interim Status Report, dated September 15, 2025 with Exhibits which was filed on NYSCEF today.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John
**Sent:** Friday, September 5, 2025 11:19 AM
**To:** 'SFC-PART3' <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; '#-FirmPSDocketing@steptoe.com' <#-FirmPSDocketing@steptoe.com>; 'Aishlinn.Bottini@haynesboone.com' <Aishlinn.Bottini@haynesboone.com>; 'Carey.Wallick@haynesboone.com'

<Carey.Wallick@haynesboone.com>; FFNYSTATE MAO <FFNYSMAO@FarrellFritz.com>; 'Mateo, Katherine E.' <KMateo@olshanlaw.com>; 'Leslie.Thorne@haynesboone.com' <Leslie.Thorne@haynesboone.com>; 'Lori.Mitchell@haynesboone.com' <Lori.Mitchell@haynesboone.com>; 'NDenning@wiggin.com' <NDenning@wiggin.com>; 'SSouthard@klestadt.com' <SSouthard@klestadt.com>; 'admin@spi-pc.com' <admin@spi-pc.com>; 'ahaynes@westermanllp.com' <ahaynes@westermanllp.com>; 'allenschwartzlaw@gmail.com' <allenschwartzlaw@gmail.com>; 'brenda.diaz@haynesboone.com' <brenda.diaz@haynesboone.com>; 'charles' <charles@cwertmanlaw.com>; 'coliver@grifflegal.com' <coliver@grifflegal.com>; CourtNotifications@farrellfritz.com; 'Docket Clerk' <D@olshanlaw.com>; 'gkeller@steptoe.com' <gkeller@steptoe.com>; 'Jesse H. Young' <jhy@msf-law.com>; 'jmiller@westermanllp.com' <jmiller@westermanllp.com>; 'Kevin A. Fritz' <kaf@msf-law.com>; 'kwarner@westermanllp.com' <kwarner@westermanllp.com>; 'lulerio@grifflegal.com' <lulerio@grifflegal.com>; 'Paul Gusak' <pg@msf-law.com>; 'robert@lorenclaw.com' <robert@lorenclaw.com>; 'Stephen B. Meister' <sbm@msf-law.com>; 'sgriffin@grifflegal.com' <sgriffin@grifflegal.com>; 'sgross' <sgross@westermanllp.com>; 'Thomas L. Friedman' <tlf@msf-law.com>; 'Jeffrey Simpson' <jsimpson001@icloud.com>; 'Lizette Negroni' <negroni@mllg.nyc>; 'Benjamin Robert Rajotte' <rajb@mllg.nyc>; 'Koevary, Jonathan T.' <JKoevary@olshanlaw.com>; 'David A. Gold' <dag@msf-law.com>; 'Allen Schwartz' <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassesn (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Morning,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find the Receiver's Proposed Order granting the Notice of Motion (Mot. Seq. 30) which was filed on NYSCEF today.

Respectfully Submitted,

---

**From:** Beauregard, John
**Sent:** Monday, August 11, 2025 2:05 PM
**To:** SFC-PART3 <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; #-FirmPSDocketing@steptoe.com; Aishlinn.Bottini@haynesboone.com; Carey.Wallick@haynesboone.com; FFNYSTATE MAO <FFNYSMAO@FarrellFritz.com>; Mateo, Katherine E. <KMateo@olshanlaw.com>; Leslie.Thorne@haynesboone.com; Lori.Mitchell@haynesboone.com; NDenning@wiggin.com; SSouthard@klestadt.com; admin@spi-pc.com; ahaynes@westermanllp.com; allenschwartzlaw@gmail.com; brenda.diaz@haynesboone.com; charles <charles@cwertmanlaw.com>; coliver@grifflegal.com; CourtNotifications@farrellfritz.com; Docket Clerk <D@olshanlaw.com>; gkeller@steptoe.com; Jesse H. Young <jhy@msf-law.com>; jmiller@westermanllp.com; Kevin A. Fritz <kaf@msf-law.com>; kwarner@westermanllp.com; lulerio@grifflegal.com; Paul Gusak <pg@msf-law.com>; robert@lorenclaw.com; Stephen B. Meister <sbm@msf-law.com>; sgriffin@grifflegal.com; sgross <sgross@westermanllp.com>; Thomas L. Friedman <tlf@msf-law.com>; Jeffrey Simpson <jsimpson001@icloud.com>; Lizette Negroni <negroni@mllg.nyc>; Benjamin Robert Rajotte <rajb@mllg.nyc>; Koevary, Jonathan T.

<JKoevary@olshanlaw.com>; David A. Gold <dag@msf-law.com>; Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** RE: Simpson v. Chassesn (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Afternoon,

My firm represent Receiver Eric Huebscher in the above referenced matter.

Attached please find the Receiver's Letter Application regarding Receiver Fees, dated August 11, 2025 with Exhibits which was filed on NYSCEF today.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

---

**From:** Beauregard, John <JBeauregard@FarrellFritz.com>
**Sent:** Monday, August 4, 2025 4:03 PM
**To:** SFC-PART3 <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; #-FirmPSDocketing@steptoe.com; Aishlinn.Bottini@haynesboone.com; Carey.Wallick@haynesboone.com; FFNYSTATE MAO <FFNYSMAO@FarrellFritz.com>; Mateo, Katherine E. <KMateo@olshanlaw.com>; Leslie.Thorne@haynesboone.com; Lori.Mitchell@haynesboone.com; NDenning@wiggin.com; SSouthard@klestadt.com; admin@spi-pc.com; ahaynes@westermanllp.com; allenschwartzlaw@gmail.com; brenda.diaz@haynesboone.com; charles <charles@cwertmanlaw.com>; coliver@grifflegal.com; CourtNotifications@farrellfritz.com; Docket Clerk <D@olshanlaw.com>; gkeller@steptoe.com; Jesse H. Young <jhy@msf-law.com>; jmiller@westermanllp.com; Kevin A. Fritz <kaf@msf-law.com>; kwarner@westermanllp.com; lulerio@grifflegal.com; Paul Gusak <pg@msf-law.com>; robert@lorenclaw.com; Stephen B. Meister <sbm@msf-law.com>; sgriffin@grifflegal.com; sgross <sgross@westermanllp.com>; Thomas L. Friedman <tlf@msf-law.com>; Jeffrey Simpson <jsimpson001@icloud.com>; Lizette Negroni <negroni@mllg.nyc>; Benjamin Robert Rajotte <rajb@mllg.nyc>; Koevary, Jonathan T. <JKoevary@olshanlaw.com>; David A. Gold <dag@msf-law.com>; Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** Simpson v. Chassesn (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Morning,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find the Receiver's Application regarding a Proposed Order, dated August 1, 2025 which was filed on NYSCEF today.

Respectfully Submitted,

---

**From:** Beauregard, John <JBeauregard@FarrellFritz.com>
**Sent:** Wednesday, July 30, 2025 10:43 AM
**To:** SFC-PART3 <sfc-part3@nycourts.gov>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; #-FirmPSDocketing@steptoe.com; Aishlinn.Bottini@haynesboone.com; Carey.Wallick@haynesboone.com; FFNYSTATE MAO <FFNYSMAO@FarrellFritz.com>; Mateo, Katherine E. <KMateo@olshanlaw.com>; Leslie.Thorne@haynesboone.com; Lori.Mitchell@haynesboone.com; NDenning@wiggin.com; SSouthard@klestadt.com; admin@spi-pc.com; ahaynes@westermanllp.com; allenschwartzlaw@gmail.com; brenda.diaz@haynesboone.com; charles <charles@cwertmanlaw.com>; coliver@grifflegal.com; CourtNotifications@farrellfritz.com; Docket Clerk <D@olshanlaw.com>; gkeller@steptoe.com; Jesse H. Young <jhy@msf-law.com>; jmiller@westermanllp.com; Kevin A. Fritz <kaf@msf-law.com>; kwarner@westermanllp.com; lulerio@grifflegal.com; Paul Gusak <pg@msf-law.com>; robert@lorenclaw.com; Stephen B. Meister <sbm@msf-law.com>; sgriffin@grifflegal.com; sgross <sgross@westermanllp.com>; Thomas L. Friedman <tlf@msf-law.com>; Jeffrey Simpson <jsimpson001@icloud.com>; Lizette Negroni <negroni@mllg.nyc>; Benjamin Robert Rajotte <rajb@mllg.nyc>; Koevary, Jonathan T. <JKoevary@olshanlaw.com>; David A. Gold <dag@msf-law.com>; Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** Simpson v. Chassesn (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]

Good Morning,

My firm represents Temporary Receive Eric Huebscher in the above referenced matter.

Attached please find the Temporary Receiver's Second Interim Status Report (Supplement), dated July 30, 2025 which was filed on NYSCEF today. For the Court's reference we are also attaching the Temporary Receiver's Second Interim Status Report, dated July 18, 2025 which was filed on NYSCEF of July 18, 2025.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any

action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

<Receiver's Letter Application for Interim Commissions for East 89th Street Deed In Lieu Transaction with Exhibits, dated October 8, 2026.pdf>
<Proposed Order Approving Receiver's Application for Interim Commissions in Accordance with the Stip of Settlement for the East 89th Street Property.docx>
<Proposed Order Approving Receiver's Application for Interim Commissions in Accordance with the Stip of Settlement for the East 89th Street Property.docx>
<Receiver's Letter Application for Interim Commissions for East 89th Street Deed In Lieu Transaction with Exhibits, dated October 8, 2026.pdf>