# Exhibit G

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2026021100803001005E4447

## RECORDING AND ENDORSEMENT COVER PAGE



**Document ID: 2026021100803001** Document Date: 01-27-2026 Preparation Date: 02-24-2026
Document Type: DEED
Document Page Count: 3

**PRESENTER:**
APPELLATE LAND SERVICES
6851 JERICHO TPK, SUITE 110
CR-89974
SYOSSET, NY 11791
516-801-6366
RECORDINGS@APPELLATELAND.COM

**RETURN TO:**
VALLELY MITOLA RYAN
6851 JERICHO TPK
SUITE 165
SYOSSET, NY 11791

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1515 | 1906 | Entire Lot | PH | 1055 PARK AVENUE |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN_______ *or* DocumentID________ *or* ________ Year_____ Reel____ Page_____ *or* File Number__________

### PARTIES

**GRANTOR/SELLER:**
1055 PARK AVE PH LLC
1688 MERIDIAN AVENUE
MIAMI BEACH, FL 33139

**GRANTEE/BUYER:**
PARK 2 AVE 1055 LLC
1688 MERIDIAN AVE
MIAMI BEACH, FL 33139

### FEES AND TAXES

**Mortgage :**

| | | |
|---|---|---|
| Mortgage Amount: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 |
| Exemption: | | |
| TAXES: County (Basic): | $ | 0.00 |
| City (Additional): | $ | 0.00 |
| Spec (Additional): | $ | 0.00 |
| TASF: | $ | 0.00 |
| MTA: | $ | 0.00 |
| NYCTA: | $ | 0.00 |
| Additional MRT: | $ | 0.00 |
| TOTAL: | $ | 0.00 |
| Recording Fee: | $ | 52.00 |
| Affidavit Fee: | $ | 0.00 |

| | | |
|---|---|---|
| Filing Fee: | $ | 125.00 |
| NYC Real Property Transfer Tax: | $ | 0.00 |
| NYS Real Estate Transfer Tax: | $ | 0.00 |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed 03-03-2026 16:05
City Register File No.(CRFN):
**2026000061621**

*City Register Official Signature*

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

---

**THIS INDENTURE,** made the 21th day of January, in the year 2026

**BETWEEN**

**1055 Park Ave PH LLC,**
with an address of 1688 Meridian Avenue, Miami Beach, Florida 33139, party of the first part,

and

**Park 2 Ave 1055 LLC,**
with an address of 1688 Meridian Avenue, Miami Beach, Florida 33139, party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of 10.00 dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the SEE ATTACHED SCHEDULE "A"

Premises: 1055 Park Avenue, Unit PH, New York, New York 10028 (New York County; Block 1515 Lot 1906)

Being and intended to be the same premises conveyed to the party of the first part by deed dated September 1, 2021 and recorded September 17, 2021 in CRFN: 2021000368613 in the Office of the City Register of the City of New York, New York County.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

**1055 Park Ave PH LLC**

______________________________

**New York 555 LLC, sole member**
**By: Joseph Deruscio, as Authorized Signatory**

## SCHEDULE A
## LEGAL DESCRIPTION

Unit PH:

THE CONDOMINIUM UNIT (hereinafter referred to as the "Unit") in the building (hereinafter referred to as the "Building") known as The 1055 Park Avenue Condominium and by the street number 1055 Park Avenue, County of New York, State of New York, said Unit being designated and described as Unit No. PH in a Declaration dated 1/19/2021 made by IGOC I Park LLC, pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act") establishing a Plan for condominium ownership of the Building and the Land (hereinafter referred to as the "Land") upon which the Building is situate (which Land is more particularly described in Exhibit A annexed hereto and by this reference made a part hereof), which Declaration was recorded in the Office of the City Register of the City of New York, County of New York, on 4/12/2011 as CRFN 2011000131730 as re-recorded 4/18/2011 as CRFN 2011000138656 (which Declaration and Amendments (if applicable) thereto are hereinafter collectively referred to as the "Declaration"). This Unit is also designated as Tax Lot 1906 in Block 1515 of the County of New York on the Tax Map of the Real Property Assessment Department and on the Floor Plans of the Building, certified by H. Thomas O'Hara Architect PLLC, on 3/2/2011 and filed with the Real Property Assessment Department on 3/21/2011 as Condominium Plan No. 2120 and also filed in the Office of the City Register of the City of New York, County of New York, on 4/18/2011 as Condominium Map No. CRFN 2011000138657.

TOGETHER with an undivided 14.4178% interest in the Common Elements (as such term is defined in the Declaration).

The Land on which the Building and Unit is located is situated in the County of New York and State of New York and is more fully described in the Declaration.

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York
County of Nassau ss:

On the 27th day of January in the year 2026, before me, the undersigned, personally appeared Joseph Deruscio

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

[illegible]

Qualified in Na au C
Commission Expires ... vemb ... 2u

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York
County of ss:

On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared

, the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York
County of ss:

On the day of in the year 202_, before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Maria Piscitelli Exp. 11/7/2026
State of New York
No. 01PI6443662
Nassau County

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of
County of ss:

*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the day of in the year , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

# Bargain and Sale Deed With Covenants

**Title No.**

**1055 Park Ave PH LLC**

**TO**

**Park 2 Ave 1055 LLC**

Premises:

1055 Park Avenue, Unit PH, New York, New York 10028
(New York County; Block 1515 Lot 1906)

**RETURN BY MAIL TO:**

Vallely Mitola Ryan PLLC
6851 Jericho Turnpike – Suite 165
Syosset, New York 11791

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2026021100803001005S8AC6

**SUPPORTING DOCUMENT COVER PAGE** 

**Document ID: 2026021100803001** Document Date: 01-27-2026 Preparation Date: 02-24-2026
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2025112100232

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

# Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

(1) Property receiving service: BOROUGH: MANHATTAN BLOCK: 1515 LOT: 1906

(2) Property Address: 1055 PARK AVENUE Unit PH, NEW YORK, NY 10028

(3) Owner's Name: PARK 2 AVE 1055 LLC

Additional Name:

## Affirmation:

☑ Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: ______________________ 1/27/2026 Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS REV. 8/08

2025112100232101

FOR CITY USE ONLY

C1. County Code

C2. Date Deed Recorded ___ / ___ / ___ (Month / Day / Year)

C3. Book ___ C4. Page ___

OR

C5. CRFN ___

# REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK

STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC

## PROPERTY INFORMATION

1. Property Location: 1055 (STREET NUMBER) PARK AVENUE PH (STREET NAME) MANHATTAN (BOROUGH) 10028 (ZIP CODE)

2. Buyer Name: PARK 2 AVE 1055 LLC (LAST NAME / COMPANY) ___ (FIRST NAME)
   ___ (LAST NAME / COMPANY) ___ (FIRST NAME)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) ___ (LAST NAME / COMPANY) ___ (FIRST NAME)
   ___ (STREET NUMBER AND STREET NAME) ___ (CITY OR TOWN) ___ (STATE) ___ (ZIP CODE)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC

4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: ___ (FRONT FEET) X ___ (DEPTH) OR ___ (ACRES)

Check the boxes below as they apply:

6. Ownership Type is Condominium ☐

7. New Construction on Vacant Land ☐

8. Seller Name: 1055 PARK AVE PH LLC (LAST NAME / COMPANY) ___ (FIRST NAME)
   ___ (LAST NAME / COMPANY) ___ (FIRST NAME)

9. Check the box below which most accurately describes the use of the property at the time of sale:

- A ☑ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Commercial
- F ☐ Apartment
- G ☐ Entertainment / Amusement
- H ☐ Community Service
- I ☐ Industrial
- J ☐ Public Service

## SALE INFORMATION

10. Sale Contract Date: 1 / 27 / 2026 (Month / Day / Year)

11. Date of Sale / Transfer: 1 / 27 / 2026 (Month / Day / Year)

12. Full Sale Price $ 10

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale ___

14. Check one or more of these conditions as applicable to transfer:

- A ☐ Sale Between Relatives or Former Relatives
- B ☑ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below )
- F ☐ Sale of Fractional or Less than Fee Interest ( Specify Below )
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☐ Other Unusual Factors Affecting Sale Price ( Specify Below )
- J ☐ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: R1

16. Total Assessed Value (of all parcels in transfer): 747,416

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )

MANHATTAN 1515 1906

CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

| | |
|---|---|
| BUYER SIGNATURE | DATE: 1/27/2026 |
| STREET NUMBER: 1688 | STREET NAME (AFTER SALE): MERIDIAN AVE |
| CITY OR TOWN: MIAMI BEACH | STATE: FL |
| ZIP CODE: 33139 | |

**BUYER'S ATTORNEY**

| | |
|---|---|
| LAST NAME: Vallely | FIRST NAME: Erick |
| AREA CODE | TELEPHONE NUMBER |

**SELLER**

| | |
|---|---|
| SELLER SIGNATURE | DATE: 1/27/2026 |

2025112100232201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York }
County of Nassau } SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

1055 PARK AVENUE, PH
Street Address Unit/Apt.

MANHATTAN New York, 1515 1906 (the "Premises");
Borough Block Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| | |
|---|---|
| 1055 PARK AVE PH LLC | PARK 2 AVE 1055 LLC |
| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
| Signature of Grantor | Signature of Grantee |
| Sworn to before me this 27th day of January 2026 | Sworn to before me this 27th day of January 2026 |

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

Maria Piscitelli
State of New York
NO. 01PI6443662
Nassau County
Exp. 11/7/2026

2025112100232101