BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI, LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033
Alec P. Ostrow
aostrow@beckerglynn.com

*Attorneys for Jeffrey Solomon Simpson,*
*as Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ERIC HUEBSCHER, as Receiver of Certain Assets of JJ Arch, and JARED CHASSEN,<br><br>Defendants. | Adversary No. 26-01013 (LGB) |
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JAREN CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, And OFFIT KURMAN P.A.<br><br>Defendants. | Adversary No. 26-01015 (LGB) |

| | |
|---|---|
| ERIC HUEBSCHER, as Receiver,<br>Plaintiff,<br>- against -<br>JEFFREY SOLOMON SIMPSON,<br>Defendant. | Adversary No. 26-01045 (LGB) |
| 608941 NJ INC.,<br>Plaintiff,<br>- against -<br>JEFFREY SOLOMON SIMPSON,<br>Defendant. | Adversary No. 26-01046 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br>Plaintiff,<br>- against -<br>GREAT AMERICAN INSURANCE COMPANY, ARCH REAL ESTATE HOLDINGS, LLC, JARED CHASSEN, WIGGIN AND DANA, LLP, GRIFFIN LLP, OFFIT KURMAN PA, and JOHN DOES 1-10,<br>Defendants. | Adversary No. 26-01079 (LGB) |

| | |
|---|---|
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br>Plaintiff,<br>- against -<br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br>Defendants. | Adversary No. 26-01097 (LGB) |

**DECLARATION OF ALEC P. OSTROW IN SUPPORT OF MOTION OF BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP TO WITHDRAW AS COUNSEL AND ON PRELIMINARY RELIEF PENDING THE HEARING AND DETERMINATION OF THEMOTION TO WITHDRAW**

Alec P. Ostrow, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(a), as follows:

1. I am a member of the bar of this Court and a member of the firm of Becker, Glynn, Muffly, Chassin & Hosinski LLP ("Becker Glynn"). I make this declaration in support of the motion of Becker Glynn to withdraw as counsel for Jeffrey Solomon Simpson (the "Debtor"), in the bankruptcy case and all related adversary proceedings, and for preliminary relief pending the hearing and determination of the motion to withdraw (the "Motion"). I am fully familiar with the facts set forth herein.

2. I have reviewed the Motion and I believe the facts set forth therein are true and accurate to the best of my knowledge, information, and belief, based on my participation as the sole counsel on behalf of Becker Glynn who has appeared in the bankruptcy case and the related adversary proceedings, and has had the relevant communications with the Debtor.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2026

_/s/ Alec P. Ostrow___
Alec P. Ostrow