**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ERIC HUEBSCHER, as Receiver of Certain Assets of JJ Arch, and JARED CHASSEN,<br><br>Defendants. | Adversary No. 26-01013 (LGB) |
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JAREN CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, And OFFIT KURMAN P.A.<br><br>Defendants. | Adversary No. 26-01015 (LGB) |
| ERIC HUEBSCHER, as Receiver,<br><br>Plaintiff,<br><br>- against -<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Defendant. | Adversary No. 26-01045 (LGB) |

| | |
|---|---|
| 608941 NJ INC.,<br>Plaintiff,<br>- against -<br>JEFFREY SOLOMON SIMPSON,<br>Defendant. | Adversary No. 26-01046 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br>Plaintiff,<br>- against -<br>GREAT AMERICAN INSURANCE COMPANY, ARCH REAL ESTATE HOLDINGS, LLC, JARED CHASSEN, WIGGIN AND DANA, LLP, GRIFFIN LLP, OFFIT KURMAN PA, and JOHN DOES 1-10,<br>Defendants. | Adversary No. 26-01079 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br>Plaintiff,<br>- against -<br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br>Defendants. | Adversary No. 26-01097 (LGB) |

**ORDER TO SHOW CAUSE SCHEDULING HEARINGS ON THE MOTION OF BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP TO WITHDRAW AS COUNSEL AND ON PRELIMINARY RELIEF PENDING THE HEARING AND DETERMINATION OF THE MOTION TO WITHDRAW**

Upon the motion of Becker, Glynn, Muffly, Chassin & Hosinski LLP (the "Motion") to withdraw as counsel for Jeffrey Solomon Simpson, as Debtor and Debtor in Possession in the main case and all related adversary proceedings, dated October 22, 2026, and upon the declaration of Alec P. Ostrow, dated October 22, 2026, in support of this Order, and for good cause, it is

ORDERED that the Debtor, the parties in the above-captioned adversary proceedings, and the parties in interest in the above-captioned bankruptcy case SHOW CAUSE before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on the _____ day of October, 2026, at ___:____ __.m., or as soon thereafter as counsel can be heard, in Courtroom 623, United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, or via Zoom for Government, WHY an order should not be entered granting preliminary relief pending the hearing and determination of the Motion, such as extending pending deadlines and hearing dates and permitting the Debtor to act as his own counsel; and it is further

ORDERED that the Debtor, the parties in the above-captioned adversary proceedings, and the parties in interest in the above-captioned bankruptcy case SHOW CAUSE before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on the _____ day of November, 2026, at ___:____ __.m., or as soon thereafter as counsel can be heard, in Courtroom 623, United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, or via Zoom for Government, WHY an order should not be entered the Motion to withdraw; and it is further

ORDERED that responses, if any, to the Motion to withdraw shall be served on Becker, Glynn, Muffly, Chassin & Hosinski LLP, Attention: Alec P. Ostrow, 299 Park Avenue, New York, New York 10171, aostrow@beckerglynn.com, and filed with the Court not later than ___ business days prior to the second hearing scheduled by this Order; and it is further

ORDERED that good and sufficient service of this Order, the Motion, the Supporting Declaration, and the Complaint, shall be made if served by email upon the Debtor, counsel for the United States Trustee, all counsel that have filed notices of appearance in the main bankruptcy case, and all counsel for parties that have appeared in the above-captioned adversary proceedings not later than October __, 2026.

Dated: New York, New York
October __, 2026

____________________________________
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE