October 23rd, 2026

Letter regarding Jeffrey Solomon Simpson case 26-10359 (LGB),
Adv. Pro 26-01097 (LGB)

Jeffrey Simpson, personally, Pro Se
1055 Park Avenue, unit 4
New York, NY 10028

Delivered via email to all parties via ECF via Pro Se e file

United States Bankruptcy Court Judge Honorable Beckerman
Southern District of New York
One Bowling Green
New York, NY, 10004

Re: **Discharge of counsel, evidentiary hearing scheduled for Oct. 29th, 2026**

Dear Honorable Justice Beckerman of the Federal Southern District Bankruptcy Court:

I understand that my communications by e mail are not the usual form of communication to the Court but given the circumstances I am left with no choice (at times). I write this letter formally and file as Pro Se noting that the Court has not relieved Mr. Ostrow of his representation at this time. The sense of urgency is related to the matter scheduled for Oct. 29th, 2026. I strongly believe that this may be the only opportunity to seek clarity as to why the opposition has used every effort to hurt me (my estate) and my family. By example, they immediately react this week with Motion papers trying to get the Chap 11 case converted or dismissed.

The Court may not like my tone or style but I have been deeply hurt that is fully irreparable, any time soon. They continue to make it impossible for me to have suitable and ample counsel for this complex matter and make it impossible for me to focus on making a living to get out of bankruptcy / file a plan. This is their goal.

With that said, I was crystal clear in my e mails, which have been produced on the docket (by others) as to why we need ample investigation before the planned evidentiary hearing. Mr. Ostrow did not seek what was necessary from Kevin Wiener, I voiced it on multiple occasions and I was ignored. I advised that the attorney relationship was deteriorating on multiple occasions and I gave notice in advance of the Wiener deposition of the agenda of the debtor. My wishes were not respected by any party including Mr. Ostrow and this Court. I was not even given a chance to present those issues. I have attempted to do so in writing to this Court, no reply as of yet (understanding that Your Honor had a procedure and wish her the best for a speedy recovery).

I understand that Mr. Ostrow is counsel until the Court agrees to his Motion for Withdrawal. I have shared concerns and comments with him about his filings. I do not know if he will agree per my suggestion so that I will be in a position to NOT object to it but this will take time.

Mr. Ostrow has sought relief for time, under all possible scenarios, and I do agree that is correct.

In the interim, I respectfully ask this Court for an immediate status conference so that next steps regarding this adversary proceeding may be addressed. It not only affects the parties here, but there are outside witnesses too and the evidentiary hearing is scheduled for only 6 days from now.

I will make myself available at the Court's convenience and hope that the Court can schedule 30 minutes for today.

Thank you,

Respectfully submitted,

/s/ Jeffrey Simpson

I do have access to Pacer by computer but do not have not it on my phone and since I work with my hands I am not able to check in as often as e mail or telephone. To the extent that that the Court schedules a conference, I kindly request notification by phone or e mail, given the time sensitive matter.