# Notice Recipients

District/Off: 0208−1 User: admin Date Created: 10/23/2026
Case: 26−10359−lgb Form ID: pdf001 Total: 40

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| intp | Eric M. Huebscher, Receiver |
| intp | Jared Chassen |
| cr | 608941 NJ INC. |
| intp | Arch Real Estate Holdings LLC |
| unk | Wolters Kluwer |
| intp | Wiggin and Dana LLP |
| cr | PARK 2 AVE 1055, LLC |
| unk | Clerks Office of the U.S. Bankruptcy Court SDNY |
| unk | White Cap LP f/k/a HD Supply Construction Supply |
| aty | Becker, Glynn, Muffly, Chassin & Hosinski, LLP |

TOTAL: 10

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Alan H. Weinreb | alan@nyfclaw.com |
| aty | Alec P. Ostrow | aostrow@beckerglynn.com |
| aty | Allen Schwartz | allen@allenschwartzlaw.com |
| aty | Andrew Goldberg | Andrew@nyfclaw.com |
| aty | Aviva Francis | afrancis@jntllp.com |
| aty | Brendan M. Scott | bscott@klestadt.com |
| aty | Bryant Churbuck | bchurbuck@gwfglaw.com |
| aty | Daniel Rudewicz | daniel.rudewicz@usdoj.gov |
| aty | David A Gold | dag@mss−pllc.com |
| aty | Eric Fisher | efisher@binderschwartz.com |
| aty | Ernest A. Yazzetti, Jr. | ernest.yazzetti@mccalla.com |
| aty | Jeffrey K. Cymbler | Jeffrey.Cymbler@tax.ny.gov |
| aty | Jonathan T. Koevary | jkoevary@olshanlaw.com |
| aty | Julie Amanda Levine | julie.levine@offitkurman.com |
| aty | Martin G Bunin | mbunin@farrellfritz.com |
| aty | Melissa Beth Levine | mlevine@alblawfirm.com |
| aty | Michael Menapace | mmenapace@wiggin.com |
| aty | Michael L Kenny, Jr. | mkenny@wiggin.com |
| aty | Sean C. Southard | ssouthard@klestadt.com |
| aty | Shauna M Deluca | sdeluca@hasbanilight.com |

TOTAL: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Jeffrey Solomon Simpson 1055 Park Avenue Unit #4 New York, NY 10028 |
| cr | Watermill Capital Holdings, LLC c/o MARGOLIN, WEINREB & NIERER, LLP 575 Underhill Boulevard, Suite 224 Syosset, NY 11791 |
| cr | JPMorgan Chase Bank, National Association McCalla Raymer Leibert Pierce, LLP 420 Lexington Avenue, Suite 840 New York, NY 10170 |
| cr | Adam Leitman Bailey, PC c/o The Gold Law Firm, PC The Gold Law Firm, PC, 1666 Newbridge Rd., 2nd Floor North Bellmore, NY 11710 UNITED STATES |
| cr | New York 555 LLC c/o Hasbani & Light, P.C. 450 Seventh Ave, Suite 1901 Suite 1901 New York, NY 10123 UNITED STATES |
| cr | Offit Kurman, P.A. 590 Madison Avenue 6th Floor New York, NY 10022 |
| cr | 146 89 STREET FUNDING LLC 1140 Broadway, Suite 304 New York, NY 10001 |
| cr | Irvine Realty Group, Inc. c/o Goldberg Weprin Finkel Goldstein LLP 125 Park Avenue, 12th Floor Attn: Kevin J. Nash New York, NY 10017 |
| cr | New York State Department of Taxation and Finance. 15 MetroTech Center Brooklyn, NY 11201 UNITED STATES |

TOTAL: 9