**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |

**DECLARATION OF JEFFREY SOLOMON SIMPSON**
**IN SUPPORT OF REQUEST TO COURT FOR**
**INVESTIGATIVE REFERRAL**

Jeffrey Solomon Simpson, declares the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am the debtor and debtor in possession in this case. I make this declaration in support of my request to the Court for an investigative referral, pursuant to 18 U.S.C. § 3057(a), based on reasonable grounds for believing that a violation of chapter 9 of title 18 of the United States Code has been committed or that an investigation should be had in connection therewith. I am fully familiar with the facts set forth herein.

2. On June 25, 2026, Mr. Jared Chassen gave testimony in open court in an evidentiary hearing in adversary proceeding number 26-01013 (LGB). He was cross-examined by his counsel, Allen Schwartz. As recorded in the transcript of the June 25, 2026 hearing, beginning on page 19, line 9, the testimony went as follows:

> Q. Okay. Did – did the receiver allow you to take anything from the premises at Rever Motors?
>
> A. Yes.
>
> Q. And he – did he – did he allow you to take a vehicle?
>
> A. Yes.

Q. What vehicle did he allow you to take?

A. My 1993 230GE Mercedes.

Q. And was tit – and who – and whose name was title to that vehicle?

A. Title was in my name. Or my family's name. It was one – it was a family vehicle. I don't really remember at this point.

Q. But it wasn't in – in the name of anyone unaffiliated with your – unrelated to your family, correct?

A. That's correct.

Q. Did the receiver let you take any other vehicle?

A. No.

3. I respectfully submit that the above testimony is false and that Mr. Chassen knew it to be false.

4. The testimony is false for two reasons. First, the vehicle at issue, a 1993 230GE Mercedes (VIN# VAG46121717909976), was not a family vehicle of the Chassen family. In fact, I purchased that vehicle (personally) in 2021. Below is a copy of the title (dated 9.13.21) in my name. My personal NYS license plate number, for this vehicle was KHY-3658. This photo also includes the Porsche 911 title that was part of Exhibit A of the August 1, 2023 agreement, as I sent both titles to Chassen simultaneously, more to be explained below. Proof of mailing is included too. Coincidentally, these photos also show another vehicle that was in my name, a Dodge Durango, that somehow Chassen changed my personal home address to his in Irvington, NY. I have been to that home of his maybe twice, I have never lived there and I did not authorize my address to be changed. The NYS DMV cannot explain how he managed to change my address, I have filed a police report on this with the NYPD as identity theft, case number

2025-0198829 and it is was with the 19th Precinct and then referred to the Financial Crimes unit and I am unclear what the status is. The DMV has been involved as there was a transaction on that vehicle (last summer) and there is no way that Chassen could have titled the vehicle or sold it but he somehow did. I have elevated it from the DMV fraud unit to their legal department, Ms. Rebecca Wood. She has not provided clarity to the situation but so far talks about administrative errors! I can share a full file on this matter, should the Court wish, but it is still open, active, and without result (like every other matter where criminality has occurred). I will be providing a copy of this correspondence to Ms. Wood after submission.



SIMPSON,JEFFREY,S
266 WATER MILL TD RD
WATER MILL NY 11976

010822

CERTIFICATE OF TITLE
NEW YORK STATE
dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| VAG46121717909976<br>VAG46121717909976 | 1993 | MERZ | N/A | SUBN | 924394U |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GR | 5313 | GAS | 4 | USED | VEHICLE | 9/13/21 |

Name and Address of Owner(s)

SIMPSON,JEFFREY,S
266 WATER MILL TD RD
WATER MILL NY 11976

ODOMETER READING: EXEMPT
EXEMPT
VEHICLE OVER 10 YEARS OLD

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder * NO LIENS RECORDED *
Lienholder * NO LIENS RECORDED *
Lienholder * NO LIENS RECORDED *
Lienholder * NO LIENS RECORDED *

VOID IF ALTERED
DEPARTMENT OF MOTOR VEHICLES
MV-999 (1/13)

JJ ARCH LLC
15 W 27TH ST FL6
NEW YORK NY 10001

000339

CERTIFICATE OF TITLE
NEW YORK STATE
dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WP0EA0919DS160175<br>WP0EA0919DS160175 | 1983 | PORSC | 911 | CONV | 861135J |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 2615 | GAS | 6 | USED | VEHICLE | 5/09/22 |

Name and Address of Owner(s)

JJ ARCH LLC
15 W 27TH ST FL6
NEW YORK NY 10001

ODOMETER READING: EXEMPT
EXEMPT
VEHICLE OVER 10 YEARS OLD

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder * NO LIENS RECORDED *
Lienholder * NO LIENS RECORDED *
Lienholder * NO LIENS RECORDED *
Lienholder * NO LIENS RECORDED *

VOID IF ALTERED
DEPARTMENT OF MOTOR VEHICLES
MV-999 (3/21)






4916-9648-2265 v.1






4916-9648-2265 v.1

Below is a photo of the 1993 Mercedes G Wagon taken in the driveway at my house, 266 Water Mill Towd Rd, Water Mill, with my son, Max in the back. This was taken prior to the disputes, likely in 2021 or 2022.



Below is a photo of the vehicle with my license plate attached to it, parked at Rever Motors, prior to all disputes, in late 2022 or early 2023.




In fact, Mr. Chassen even facilitated the filling out of the NYS DMV forms for me and processed it with them. The documents are here below.

**Jeffrey Simpson**

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Thursday, July 29, 2021 12:42 PM
**To:** Jeffrey Simpson
**Subject:** Fwd: NYS DMV Reservation Confirmation

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** July 26, 2021 at 8:00:02 PM EDT
> **To:** Jared Chassen <jaredchassen@gmail.com>
> **Subject: Fwd: NYS DMV Reservation Confirmation**
>
> For G wagen
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** nysdmv.reservations@qmatic.cloud
>> **Date:** July 26, 2021 at 7:08:53 PM EDT
>> **To:** jsimpson001@icloud.com
>> **Subject: NYS DMV Reservation Confirmation**
>>
>> Dear Jeff Simpson,
>>
>> This is a confirmation of a scheduled reservation, details appear below.
>>
>> **Office Name:** *Manhattan - Midtown Manhattan (Near Penn Station)
>> **Office Address:** 366 West 31st Street, New York, NY 10001
>> **Service:** Register/Get Plates for My Vehicle
>> **Date:** 07/29/2021
>> **Time:** 01:45 PM
>> **Reservation Confirmation Number:** 83240741345
>>
>> We will only honor reservations for the transaction selected, no other transactions will be allowed.

1

COMPLETE BOTH SIDES

MV-82 (2/21)



4916-9648-2265 v.1

PAYMENT INSTRUCTIONS

NEW YORK STATE OF OPPORTUNITY | Department of Motor Vehicles

# VEHICLE REGISTRATION/TITLE APPLICATION

| Office Use Only | | | | Class |
|---|---|---|---|---|
| Batch File No. | | | | |
| ☐ Orig | ☐ Activity | ☐ Renewal | ☐ Lease Buyout | Three of Name |
| ☐ Dup | ☐ Activity W/RR | ☐ Renew W/RR | | |
| ☐ Sales Tax with Title | | ☐ Sales Tax Only without Title | | |

## INSTRUCTIONS:

A. Is this vehicle being registered only for personal use? ☑ Yes ☐ No

If **YES** - Complete sections **1-4** of this form.

**Note**: If this vehicle is a **pick-up** truck with an unladen weight that is a maximum of 6,000 pounds, is never used for commercial purposes and does not have advertising on any part of the truck, you are eligible for passenger plates or commercial plates. **Select one:** ☐ **Passenger Plates** ☐ **Commercial Plates**

If **NO** - Complete sections 1-5 of this form.

B. Complete the Certification in Section 6.

C. Refer to form MV-82.1 Registering/Titling a Vehicle in New York State for information to complete this form.

### SECTION 1

**I WANT TO:** ☑ REGISTER A VEHICLE ☐ CHANGE A REGISTRATION ☐ RENEW A REGISTRATION ☐ REPLACE LOST OR DAMAGED ITEMS ☐ GET A TITLE ONLY ☐ TRANSFER PLATES — Current Plate Number:

**NAME OF PRIMARY REGISTRANT** *(Last, First, Middle or Business Name)*: Simpson, Jeffrey, Solomon — Name Change Yes ☐ No ☑

**FORMER NAME** *(If name was changed you must present proof)*:

NYS driver license ID number of PRIMARY REGISTRANT: 8 7 6 7 6 0 5 4 6

DATE OF BIRTH: Month 01 Day 11 Year 1 9 8 0

GENDER: Male ☑ Female ☐

TELEPHONE or MOBILE PHONE NUMBER: Area Code (646 )753-2872

NAME OF CO-REGISTRANT *(Last, First, Middle)*: — Name Change Yes ☐ No ☐

EMAIL: jsimpson001@icloud.com

NYS driver license ID number of CO-REGISTRANT: — DATE OF BIRTH: Month Day Year — GENDER: Male ☐ Female ☐

ADDRESS CHANGE? ☐ YES ☑ NO

THE ADDRESS WHERE PRIMARY REGISTRANT GETS MAIL *(Include Street Number and Name, Rural Delivery or box number. This address will be on the document.)*: 266 Water Mill Towd Road — Apt. No.: — City or Town: Water Mill — State: NY — Zip Code: 11976 — County of Residence:

THE ADDRESS WHERE PRIMARY REGISTRANT RESIDES IF DIFFERENT FROM THE MAILING ADDRESS *(DO NOT GIVE A P.O. BOX)*: — Apt. No.: — City or Town: — State: — Zip Code:

### SECTION 2

VEHICLE IDENTIFICATION NUMBER: V A G 4 6 1 2 1 7 1 7 9 0 9 9 7 6

VEHICLE DESCRIPTION: Year 1993 — Make Mercedes

*Body Type (mark one)*: ☐ 2-Door ☐ Convertible ☐ Trailer ☐ 4-Door ☑ Suburban/SUV ☐ Motorcycle ☐ Pick-up ☐ Limo ☐ Tow ☐ Van ☐ Other

Color: Green — Unladen Weight: 5,313

*Type of Power (Fuel)*: ☑ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None

Cylinders: 4 — *For trailers & commercial vehicles* Maximum Gross Weight: — Adult Seating Capacity (Including Driver): 5 — Odometer Reading in Miles: 21000

*Office Use Only* Mileage Brand: ☐A ☐E ☐N — *For commercial vehicles* Axles: Distance:

Was this vehicle altered to increase the capacity beyond that provided by the manufacturer by method of extended chassis, lengthened wheel base, or a lengthened seating area? . . . Yes ☐ No ☐

If **YES**, do you have the required Federal Alterer's Safety Certification (normally found on the door jamb) in accordance with VTL §401? Yes ☐ No ☐

If **YES**, and the vehicle was altered on or after 1/1/2021, is this altered vehicle equipped with safety belts at all occupant seating positions? . . . Yes ☐ No ☐ N/A, vehicle altered prior to 1/1/2021 ☐

**IMPORTANT**: If your vehicle was altered/stretched to increase the passenger capacity, you must present to the DMV office a photograph or copy of all labels or plates (normally put on the driver's side door). If the vehicle was altered or stretched and now has an adult seating capacity of 9 or more (including the driver), you must show the original NYS DOT Inspection Receipt OR a NYS DOT Exemption Letter.

### SECTION 3

**If the OWNER of the vehicle is DIFFERENT from the REGISTRANT, the OWNER must complete this section.**

PRIMARY OWNER NYS License Number: — NAME OF PRIMARY OWNER *(Last, First, Middle)*: — PRIMARY OWNER DATE OF BIRTH: Month Day Year — PRIMARY OWNER GENDER: ☐ Male ☐ Female

THE ADDRESS WHERE PRIMARY OWNER GETS MAIL *(Include the Street Number and Name, Rural Delivery or box number)*: — Apt. No.: — City or Town: — State: — Zip Code: — County:

NAME OF CO-OWNER:

REGISTRATION AUTHORIZATION ☐ My signature authorizes the person(s) named in Section 1 to register this vehicle in his/her name. I have provided the current ownership document.

X

*(Signature of ALL owner(s) and proof of ID required when first applying for a NYS title. See form ID-82 - Proofs of Identity for Registration and Title.)* *(Date)*

### OFFICE USE ONLY

New Plate — New Class — Ins. Co. Code — Special Conditions

Sales Tax — Status — Value ($) — Rate — Out of State — Jurisdiction — Audit

Prior Owner — Issuance State — Title — Lien — Lien Number — Lien Release

Proof Submitted — Stop/Response/Scoff Law

Reg/Title — State — Approved By — Date

AT BV CF CO EO EX FL
IO NE NF NR NU OP OV
PA PI PK RC RE SC SO
SP SR SS SV TE TL TO
TP TR TX XR X6 WO

MV-82 (2/21) **COMPLETE BOTH SIDES** **PAGE 1 OF 3**

**PAYMENT INSTRUCTIONS**

You can pay for your transaction by check, money order or credit card.

1. Select your payment method. **(DO NOT SEND CASH)**
2. Complete the section for your payment method.
3. If you pay by check or money order, make the check or money order payable to "Commissioner of Motor Vehicles"
4. Return page 3 with your application. Make sure to include your check or money order if applicable.

**NOTE**: If you mail your application to the Title Bureau, you **must** pay with a check or money order. Credit cards are **not** accepted.

**NAME OF PRIMARY REGISTRANT:** Jeffrey Solomon Simpson

☐ Check ☐ Money Order **Amount Enclosed (DO NOT SEND CASH)** $ ______

**Credit Card Authorization** - Provide all of the information below.

Credit Card Type ☐ Visa ☐ MasterCard ☑ American Express ☐ Discover

Name *(as it appears on credit card)*
Jeffrey S Simpson

| Credit Card Number | Expiration Date | Security Code *(3 or 4 digit code on back or front of your card)* |
|---|---|---|
| 372727460953019 | 10/25 | 6299 |

Authorized Signature **X**

MV-82 (2/21)

PAGE 3 OF 3



4916-9648-2265 v.1

5. I signed over the title (to both the 1993 Mercedes, personally, and the 1983 Porchse, via JJ Arch) to Mr. Chassen with the hope of settling disputes with him in February 2024, illustrated in #4 above. I only did this because Mr. Chassen would only release funds that he improperly held in a separate and unauthorized bank account for JJ Arch's affiliate, 225 HPR LLC, if I would give him the vehicles and the titles. He also was holding the house hostage from access to me as managing member of JJ Arch, against court orders. This was problematic even when NYS Judge Joel Cohen, reminded him that he was required to adhere to the JJ Arch Agreement, pursuant to docket# 604, page 5 of 7, dated 2.8.24, in the NYS case 158055-2023, Exhibit A.

To convey the funds described above, he needed to get 35 Oak's Frank van Biesen (former CFO) to approve the transfer back to JJ Arch. This is illustrated by text message here below, on February 14th, 2024. It was highly concerning to me that he needed Oak to do anything related to JJ Arch because at this point the parties continued to tell the NYS Court that they were completely independent. I was aware of the Joint Defense Agreement, but I had yet to see a copy of the collusive agreement as they refused to release it.


3:05
LTE
4190
Ok shortly
Jared
Feb 14, 2024 at 3:49 PM
Did you send the wire of 40,000 yael does not see in the acct
Yes, I had to wait to get transfer approval from frank.
About 30 minutes ago the way you wanted it, 225 to jj then jj to un
Why do you need his approval of JJ
Yj
That's not correct
Call driving
Feb 14, 2024 at 7:22 PM
Keep going with howard, in concept, they are open to it but fui the deed in lieu is moving forward quickly
DIL has to be consented by one of us
I hope at this point you realize by you giving consent its a problem
Let me know how your call goes
Also can you please check with your
iMessage

The flow of funds was per the agreements, per Chassen's own narrative, dated 2.14.24 (just 1 week after the NYS Court Order I mention above), via text message with me and Chassen:

- The improper /unknown account funds back to 225 HPR LLC.
- 225 HPR LLC to JJ Arch LLC
- JJ Arch LLC to YJ Simco LLC.

7. It is true that I allowed Mr. Chassen to use this car from time to time, but it was in my name exclusively up until the Feb, 2024 per the above.

8. As part of the dialogue with me, Mr. Chassen was supposed to receive the vehicle back from me in somewhat of a restored condition. This was all part of either of the August 1, 2023 agreement (it is described in Exhibit A of that Agreement) or a separate settlement. Neither of which were fully honored, as disclosed and illustrated to this Court prior. Without resolution, I did not plan to release the vehicle to him as I did not think it was proper.

Below is an e mail from Mr. Chassen regarding his demands for the G Wagon, 6.14.24 (copy and pasted to avoid the lengthy back and forth).

**From:** jaredchassen@gmail.com
**Date:** June 14, 2024 at 12:35:26 PM EDT
**To:** Jeffrey Simpson <jsimpson001@icloud.com>
**Cc:** Sean Southard <ssouthard@klestadt.com>, allen@allenschwartzlaw.com, "Jonathan S. Pasternak" <jsp@dhclegal.com>, Brendan Scott <BScott@klestadt.com>
**Subject: Re: FOR SETTLEMENT PURPOSES**

Jeff, I have entertained many settlements at my cost at this point, and will continue to do so in the spirit of resolution. Before I spend any time and money even considering the intricacies of what you have below, we need to take care of two items that are



4916-9648-2265 v.1

related/unrelated. Please confirm that you are in agreement with the two following points and that both can and will occur now so that I can consider your settlement proposal.

1) For 225, the bank is now 60+ days overdue and after my discussions with them, it seems without payment they will be reporting to all 3 credit bureaus the delinquency as of Monday (affecting your credit and Charisse's). We need to pay $6,633 today ($2,211 * 3). We have $7,048.64 in JJ NY 550 LLC. I think we should use that to make payment. Please confirm that you are in agreement to make this payment from JJ 550 and agree I may do so.

2) Our fight shouldnt extend to our family, I have made that clear. I want the G Wagon back next week, for my family, it is their car (they supported Arch enough, you should respect that....). Unpainted, new engine and exhaust, fully working. I will deal with interior once you release it.

Jared Chassen

9. Mr. Huebscher did release this vehicle, as was testified to on the record. Significantly, however, Mr. Huebscher also released to Mr. Chassen a second G wagon. This release of the second vehicle by the receiver to Mr. Chassen is the second reason the testimony quoted above is false.

10. At a deposition held on June 2, 2026, Mr. Chassen acknowledges in questioning by Mr. Ostrow that there was a second G wagon.

> Q. Okay. Other than the one car that you mentioned earlier where you showed him [the Receiver] a title, did you take any other cars off the premises [of Rever Motors] from while the receiver was there?
>
> A. I don't recall. Think about that for a minute. Let's come back to that. I – I don't remember.
>
> Oh, I do remember. My car was stripped down. Jeff, out of spite, from what he told me in person, removed the motor, the grill, the seats, the wheels and put it into another shell of a car, so I took the shell of the car on the trailer that I also personally owned that I showed Mr. Huebscher the title.

Q. So wait, there was a second title that you showed to Mr. Huebscher?

A. Mm-hmm.

Q. And what was the make and model of the two cars that you showed Mr. Huebscher titles for?

A. No. I showed Mr. Huebscher title for my G-Wagon and the – the Belmar [ph] whatever trailer.

Q. Okay. Two wagons, did you say?

A. Two wagons.

Q. What kinds of wagons?

A. G. G. The letter G. G-Wagon.

Q. G-Wagons?

A. Yes.

Q. Okay. Two different G-Wagons?

A. Yes.

Q. And one of these G-Wagons Mr. Simpson took apart?

A. Totally stripped.

Q. Okay. So if he totally stripped the wagon, what did you take back. and how did you take it back?

A. I took the shell of the car that was mine with – I – I had to tow it 'cause it was not drivable. And then I took a second G-Wagon with all the parts from my car. It was a parked car, and I took that car with all the parts on it.

Q. Okay. So I'm trying to understand your testimony. How many cars were involved that you removed? Was it two or three?

A. Two. Two.



4916-9648-2265 v.1

Q. Okay. So the car – the one that was stripped, the parts were somewhere else?

A. Yes. He had used them.

Q. Did you get those parts?

A. They're on the other car.

Q. They were on the other car?

A. Yes.

Q. And that's a car that you owned?

A. No. Just the parts.

Q. So you took a car that you didn't own but had the parts that you owned?

A. I was a Rever car. It wasn't a customer's car. It was a car that we owned.

Q. But you were allowed to remove it?

A. I took one. He took 16.

Q. I'm sorry. I didn't hear you're the end of your answer.

A. I – I said I took one with my parts on it. He took 16.

Q. Who's the "he" in that sentence?

A. Mr. Simpson.

- From Transcript of Deposition of Jared Chassen, June 2, 2026, at 122-25.

11. The deposition testimony of Mr. Chassen about two G-Wagons contradicts his testimony in open court about one G-Wagon. I respectfully submit that that the Mr. Chassen's

deposition testimony demonstrates that his hearing testimony was false and that he knew his hearing testimony was false.

12. It is clear that the two G wagons can be independently verified through an investigation, which I have already commenced on my own and shared the information with the Southampton Police, NYS Court, and DMV. In addition, when I located the vehicles in upstate NY, the police were called, more details below.

13. The 2nd G-Wagon, was a green, 4 door, 1979, 280 GE that I acquired on behalf of Rever Motors with financing by Next Gear capital. The VIN # 4603331704835, below is a copy of proof of intent for financing with Next Gear Capital with this vehicle. I do not recall if it was ultimately financed or not (if it was, they would hold the title as collateral). Sometimes the vehicles were financed but then paid off and possibly put back on the line of credit. It was part of their process.

NEXTGEAR CAPITAL

11799 North College Ave., Carmel, IN 46032

Friday, September 27, 2024

RE: NextGear Capital, Inc. ("NextGear Capital" or "us")

Dealer: Rever Motors

VIN: 46033317048351

Enclosed is title to the vehicle identified above by VIN (the "Vehicle"). This title is being returned to you because you have informed us that you do not intend to floor plan this Veh
with NextGear Capital.

If you believe you are receiving this letter and title in error, or if you have any questions, ple
call us at 888-969-3721.

NextGear Capital

ENCLOSURE: Title

The below is a photo of the 2md G wagon vehicle located at Rever Motors on July 1, 2025. It is the 3rd vehicle from the left, facing the road (Windmill Lane).






4916-9648-2265 v.1

This other G wagon is that vehicle that Mr. Chassen admitted during his June 5, 2026 deposition that he had taken in the portion of the deposition testimony quoted above. This is factually inconsistent with his testimony on the witness stand in the bankruptcy court, quoted above, in which he states that he only took one vehicle from Rever motors.

16. The existence of more than one vehicle is also demonstrated by discovery provided by the Receiver in the state court action. In that discovery, there is dialogue about Mr. Chassen retrieving both vehicles. In Exhibit B, Chassen and Huebscher communicate by e mail regarding the vehicles. This discovery is part of the NYS action 158055-2023 and it was provided by Eric Huebscher (through counsel, Martin Bunin). In sequence starting with 000351, starting on page 120 and continuing through page 169. In the first sequence. Exhibit C, page, 146 illustrates discussion of the 2nd G wagon. There are even photographs provided by Chassen with my NYS license plate illustrated on the vehicle (as noted above), see page 121. It bears noting that Mr. Huebscher did not investigate the status the ownership of these various vehicles. I attach hereto photos of both of these vehicles that are located at the business of a friend of Mr. Chassen in New Windsor New York, 20th Century Auto, owned Mr. Nicholas Torpey.

I took the photos and made a police report with the New Windsor Police so that it could be documented in Dec of 2025. That police report number is 21227-25, by Officer Santana of the New Windsor, NY Police. Mr. Chassen confirmed the relationship with Mr. Torpey in this Court via deposition and / or live testimony. It is a public record that Mr. Torpey served a sentence in prison for automobile theft, including like in kind vehicles such as a Porsche 911. I have many photos that can be shared of 2 out of the 3 Exhibit A Aug 1st Contract vehicles located there. I took those photos myself. I actually found the vehicles there randomly by merely driving by this facility on the way to a local appointment in this vicinity. There is also evidence

of Mr. Torpey trying to sell parts and pieces of the vehicles and that is part of a Southampton, NY Police investigation, that I can share, if the Court desires.

In addition to the Aug 1st, 2023 vehicles, there is a 3rd G wagon that has not been properly investigated, and it relates to the Receiver events of Memorial Day weekend in 2025 (we attempted to seek testimony on this in during the personal contents evidentiary hearing and it was shut down). This was when a silver , 1991 G wagon was stolen from the property by Jhonal (Luis) Camacho. Mr. Camacho was an employee of Rever Motors but previously of Arch Builders, an affiliate of AREH. He also had a prior relationship with Mr. Chassen, having done work in Mr. Chassen's Hamptons (70 Winding Way, Water Mill) home for him and staying in his basement as a temp residence. Mr. Chassen told the Court that he had no personal relationship with Mr. Camacho, but he did know him during his time what he worked for Rever Motors and Arch Companies. This was stated in the NYS Court action testimony. Mr. Chassen also told the New York State Court on the witness stand that his last communication with Mr. Camacho was right around the time that this vehicle was stolen.

13. Mr. Camacho was arrested for various theft incidents around the time of the receivership commencement, by the signing of a Southampton police complaint by me. He admitted to me and illustrated with photos that he did take certain items from the Rever Motors premises, including the silver G wagon. All of these photos are available and were shared with the Southampton police, detective division. When Camacho returned the silver G wagon, it had in the back of the vehicle, the same coffee machine that was the subject of his testimony in open court on June 25, 2026, as set forth on page 20 of the transcript, in which Mr. Chassen testifies to retrieving the coffee machine with the permission of the Receiver. The Southampton police

witnessed the vehicle being returned by Mr. Camacho with contents in the back including the coffee machine, in my presence (that Memorial weekend).

I did not own this 1991 G wagon, neither did Rever Motors. It was owned by a third party client who also sought help from the Southampton Police when Mr. Huebscher refused to cooperate. Since I was not the owner (directly or indirectly), I could not press charges on the theft of this vehicle and since it was returned, I do not believe that the owner pressed charges. I can produce the owner's information to the Court and he can be questioned about the events, should the Court inquire.

14. Mr. Camacho was ultimately released as a first-time offender, but the police refused to investigate his motivation to these petty thefts. Mr. Camacho told me that he did these things for me. I asked him, why he would do such a thing, and if he were to do such a thing, why would he not bring them to my home, for which I would have sent him away. Mr. Camacho told me that he had this vehicle was stored close to Rever Motors under a tarp. He also disclosed this to the police and there are photos to prove it. This vehicle did not belong to Rever Motors, but instead belonged to a customer, who had to come from Staten Island to meet with the police to try to get the vehicle back. Under pressure, Mr. Huebscher told that individual that the car would be returned and it was. I helped the owner get his vehicle back after that.

15. Significantly, this vehicle matched the specification of a G wagon that Mr. Chassen had been demanding. It made perfect sense, he threatened me, he sought the receivership, and once I was out of the equation, I believe that he thought he could take what he wanted.

17. I believe that if Mr. Camacho is questioned by investigative authorities, the truth will come out about the theft of the silver G wagon. Similarly, if the Staten Island customer of Rever Motors is questioned by investigative authorities, he will provide corroborating evidence regarding the return of his vehicle.

18. I respectfully submit that the above demonstrates that there are reasonable grounds for believing that a violation of chapter 9 of title 18 of the United States Code has been committed or that an investigation should be had in connection therewith. In addition, Mr. Chassen has illustrated multiple participations in automobile and identification theft (of me). The authorities seem to be reluctant to do anything without the Civil Court involvement, from what I have been informed. This tracks at the NYS Police, Southampton Town Police, NYPD, and NYS DMV.

I can share with the Court more evidence supporting Chassen's actions, evidence, threatening text messages and his theft of another personal vehicle of mine, a 1965 Land Rover, in August of 2023, in the onset of the disputes arising.

19. Finally, it is important to add that Mr. Camacho is the same individual that is referenced by AREH and Oak regard my alleged misappropriation via AREH. He was an employee of AREH subsidiary Arch Builders. Chassen suggested to move him to Rever Motors, as Camacho had auto painting experience and was agreeable to make the move (he like the Hamptons after living in Chassen's basement for a short period of time). I have informed the NYS Court that I informed my former HR Director from AREH, Karolina Bortko, that Mr. Camacho must be moved to the Rever payroll immediately. She suggested that reimbursement should occur for a the remainder of 2023 because she did not want Mr. Camacho to suffer the restart of witholdings, if it was not absolutely necessary. She was being thoughtful about a multiple year employee and

I did not dispute that initially. Once the disputes developed, she had left the company, he was put on the Rever Motors payroll immediately. This is indisputable and documented and explained on countless occasions. It is only mentioned here to illustrate the entire situation is connected as it was my empire of businesses, where I treated people with respect, thoughtfulness, and put their interests ahead of mine, as long as it was compliant with agreements and the law.

20. I declare under penalty of perjury that the foregoing is true and correct.

21. Although Mr. Ostrow is counsel of record, he refuses to make this submission as he suggests that it has no time deadline. I wholeheartedly disagree. The Court expedited the transcripts for my review, I shared the information contained in here with Mr. Ostrow on multiple occasions and reviewed the transcripts immediately after receipt and I feel it is my duty and responsibility, as debtor in possession to alert the Court of these Bankruptcy crimes. I also believe it is the duty of Mr. Ostrow and for Your Honor to share with the appropriate authorities for investigation.

Executed on October 26, 2026

______________________________
Jeffrey Solomon Simpson



4916-9648-2265 v.1