From: jsimpson001@icloud.com

Subject: Fwd: Jared and Huebscher theft

Date: October 26, 2026 at 5:41:22 AM

To: jsimpson001@icloud.com

---

:

Begin forwarded message:

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Date:** December 8, 2025 at 5:30:15 AM EST
**To:** Kevin Wiener <kwiener@35oak.com>, Jared Chassen <jaredchassen@gmail.com>
**Cc:** "David A. Gold" <dag@msf-law.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>, Michael Wiener <MWiener@35oak.com>, jaredchassen@gmail.com, Allen Schwartz <allen@allenschwartzlaw.com>, "Jonathan T. Koevary" <JKOEVARY@olshanlaw.com>, "Hon. Joel M. Cohen" <jmcohen@nycourts.gov>, Leslie Thorne <Leslie.Thorne@haynesboone.com>, Alvin Bragg <bragga@dany.nyc.gov>, Kofi Sansculotte <sansculottek@dany.nyc.gov>, Martin Bunin <MBunin@farrellfritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Gary Herbst <gfh@lhmlawfirm.com>
**Subject: Re: Discovery Schedule**

Maybe Eric Huebscher and Jared Chassen can explain here how these vehicles got to New Windsor, New York:

It was only a month ago that Jared took the illustrious 1983 Porsche, and it was being advertised in pieces on Facebook marketplace in New Windsor, New York - the same car he made a big deal about in Court

that was so unique, after he extorted me to give this to him that was not in his name but it was under JJ Arch. He has transferred this vehicle to 70 Winding Way, LLC , which has had lots of interaction with JJ Arch over the years, a great candidate to add to the litigation. Let's see how they react when his second home that he could never afford is at risk but when an illegal activity happens, clawbacks are in the cards (especially admits a bankruptcy). For those that remember what happened, Allen Schwartz (Seddio goon) got up and whined and complained like a child, and it was comical. The court actually took him seriously which is hilarious. Again why would this criminal Chassen be entitled to any distribution after he stole a $1 billion business in the middle of the night behind my back? It was a head scratcher for sure and I didn't say anything because my lawyers said we don't want to insult the judge! So I facilitated giving him this car, so that he would release $40,000 that he stole through some sort of fictitious escrow account so that I could pay the bills for the properties that I was managing member of. And the best part was in order to get the money out, He had to get 35Oak to approve it. Why would they have to approve a property that they have no interest in, one in Southampton! They repeated over and over again this has nothing to do with them but then why would the attorney Leslie Thorne send me a threatening letter (identical to the one that Schwartz sent - this look like August 6, 2023 all over again and not on the docket) before I was selling a house that I had every right to sell and the distributions belong to go to me based upon a court order on February 6, 2024. But some ungodly ridiculous humans here think that I should be held in contempt of court for doing what I'm allowed to do by the laws of the United States of America, in private business. I wasn't as vocal then, gosh I should've been my life would be a lot better now. Why should a single dollar go to me for anything, right ? because everybody here wants to make sure I am destroyed to oblivion - that my family can't eat and that I'm either dead or incarcerated because the only way the criminals here can get off for the hundreds of millions of dollars of fraud that they have done. And the court and the lawyers who all supported this crime, they need also to get out of this and the only way to do that is by burning Jeff Simpson. As you all know I will not allow that to happen. Somebody will have to kill me first.

At the same time, last month he was he was marketing a Land Rover truck that was owned by 1640 motors that he did get assigned to him by title and out of the goodness of my heart I built him a inexpensivecar so that he had a vehicle when he his life was overextended in 2023. The 30 something-

year-old man didn't need a Hamptons house for $4 million, a house in Westchester for $3 million, two brand new $100,000 cars. And three children consecutively and constant procedures to his wife so that she can be made to be a doll and he can keep pretending that he could keep up with the jones. I'm the idiot here for allowing this to happen. I got his wife a job, I allowed for her to get commissions in the hundreds of thousands of dollars (all disclosed and some of which were for my own transactions personally), look at her now? She's just attempted to be partners with a former investor of Arch which of course is against the rules, and the moment I raised my hand about it they're no longer partners! She has no real estate business without my doings. I gave him millions but the day that 35Oak proclaimed they were going to do the dirty, how could he keep up with this lifestyle that he created. He said on the record, he would be at risk of losing a $600,000 salary? Seriously? Interest rates went up, our business was struggling and this was his first priority? Again, this judge can't see through this? It's on the docket just like every other piece of evidence for two years.

This is the individual (and son) who was housing these two vehicles:



New Windsor auto-body shop owner charged with 12 felonies
recordonline.com

Since the constant theft is typically made out to be a figment of my imagination - In conjunction with the police and multiple jurisdiction I've had to do quite a bit of detective work on my own. Usually, somebody says it's circumstantial or by the time that I could prove the theft Chassen already makes it disappear. Well I've gotten smarter, I took a drive to new Windsor yesterday and look what I found!

This 1979 Mercedes G wagon was purchased by me on behalf of 1640 Motors as a business transaction from an individual in Albany. Nothing would allow Huebscher to provide this to Chassen when I spent at least $10,000 for this vehicle and it was part of a member loan of my own capital, via YJ Simco (now under bankruptcy thanks to this group). This is straight up theft. Chassen doesn't get distributions, it's prohibited for so many reasons, he's gone for so many reasons but somehow this absurd ridiculous Court continues to keep him alive (contractually ) because it's needed so that Judge Joel Cohen could protect himself for his horrific acts and protect his tenure with his nomination is six months with Seddio. And I'm sorry I'm going say it 100 more times - let someone arrest me for it unless it can be proven to the contrary. Immunity only goes so far, and there are exceptions.

I've talked with 5 police jurisdictions that are in shock that this court did not have Chassen arrested for all the things he's done over the last two years when some of them were actually admitted!

The green G wagon is here on a trailer that I bought! It is on the side of the road obvious as can be at Mr. torpey's place (see article above for a known criminal of car theft including a Porsche 911, who is aiding and abetting Chassen
). This car is even discussed in discovery that we had to force out of the criminal Eric Huebscher. The so-called receiver that could've never been appointed in the first place for so many reasons. The so-called receiver that lied on the witness stand. The guy that Kevin Weiner used to do more damage to me to destroy another business of mine and caused destruction to customers of a business that I built over two years! Of course this court will allow it! It always works as the opposites game - anything that goes against agreements or goes against me Jeff Simpson, the court says why not? Why, why why why?
The Court has to protect its own back because the destruction they did is unconscionable and it knows it has immunity so it too can create these diversions these distractions to ruin my name and a perfect reputation with its nonsense and it's stupid fines for me speaking up for its huge mistakes , negligence and unlawful activity.



And then there's this green g wagon was mine personally since 2021. Chassen insisted he wanted it and I agree to it under duress under the August 1 contract. Now him and Schwartz say that contract with YJ is not in effect, if it's not how is this car given to him? Again what he tried to call a fraudulent member loan was the farthest thing from fraudulent and this very Court acknowledged the attempt of fraud on the bank that Chassen pursued. The same bank, connect one , that sold the loans for just about all of the

direct JJ Arch properties , as a result of Jared's fraud. Courts are there to interpret contracts that have ambiguity, there's no ambiguity in section 4.2 D. He lost all shares of JJ Arch for taking distributions improperly. This is unquestionable and I don't need to fire him for cause, I don't need him to regurgitate his various lies about resignation (yes he committed perjury to the bankruptcy court, yes Allen Schwartz committed perjury to multiple courts) those of you to remember that horrific day in court, this ridiculous lawyer somehow justified the lies so that I should take on bank fraud for my insubordinate partner. This very judge said it makes no logical sense, so at that time I laid out $1 million of my hard earned funds to pay off a loan the Chassen owed half unquestionably. I did it as a courtesy not for this person to stab me in the back. What does this absurd Court do? They reward him every time he does something wrong. Why is that? Nobody can justify when the police don't get it.

IMG_1759.jpeg

Don't worry Jarrod before you pull in maneuvers with your criminal friend Torpey, I reported what I observed with my eyes and my camera to multiple police organizations last night including the new Windsor police. So please go ahead move the cars fast and quick and pretend but this time you're not getting away with it. I can only imagine what's inside this building of additional theft. God willing the police will get a search warrant and start looking under the hood for more theft that you've done. We already have it on paper but that doesn't seem to be good enough for this judge.

This is a photo of the 79G wagon parked at Rever motors in July 2025.




This is a picture of the G wagon he extorted me for that was originally my name and he demanded I turned it over to him in conjunction with the August 1 contract which would immediately acknowledge that 1640 Motors a.k.a. Rever Motors is 100% owned by me via YJ Simco!   So for those who question how the stay should be relevant, this is just a itty-bitty piece.




This vehicle Eric Huebscher says was never on the property! I have a photo of it on a tow truck at 9 AM on Labor Day! The police have not found the Tow Truck yet but gosh the color the arrangement of the truck looks just like Mr. Torpey's!

IMG_5300.png

This grey G wagon was stolen by Jhonald Camacho (former employee of several Arch entities and Rever), and it magically reappeared when the police was called on Memorial Day by me . When it reappeared, it had the illustrious coffee machine and water cooler in the back from the office at Rever motors.

Discovery shows that Chassen asks for the water machine and the coffee machine just a few months later, simultaneous to this group trying to have me put in prison for contempt of court!!! Seriously? Are we all children here?

IMG_5014.jpeg

I can go on for days and I could show text messages with Chassen threatens me about G Wagons.

After the receiver allegedly, took control of rever motors, not only did Camacho steal the silver G wagon, he stole parts off of this car inside the building and the other employees verified it! Of course he did it for Chassen! He lived in Chassen's basement for renovation to his house (just a few years ago). Camacho told the police that he has not spoken to the Chassen in years. Yet, on the live testimony Chassen told the court that he spoke to Camacho just six months before which lines up perfectly when these thefts occurred!

Camacho refuses to speak the truth because he got off easy for a first time offender!

image.pngIt's a tip of the iceberg of theft that has occurred here. But this irrational Court thinks that they're going to put sanctions on the honest guy here who lost everything because of its absurd and unconstitutional moves? It does not care about a bankruptcy stay. It is prejudicial, biased and guilty for allowing these unlawful crimes to happen under its which answer to attempt to destroy me for raising it!

Once again, do we now have a Court pursuing the arrest of Jared Chassen, Eric Huebscher and the wieners? It's okay, the various police organizations are past the issue of civil because they see through

what's happened here. It wasn't easy but we are there now and this judge is going to have a lot of explaining to do no matter what.

Will this court be recusing itself of all further actions on the grounds of extreme prejudice , bias and negligence to the nth degree. Is it ready to apologize to my family to what it has done?

Or shall we wait for the police to finish their investigations because I have at least four different organizations investigating and none of them can make sense of why these things could occur. The so called "civil" excuse is over when penal crimes are happening in front of our eyes. And no Eric Huebscher does not get off for his participation. I don't need to waste my time illustrating to this court how these photos are evidence that lineup perfectly with discovery that we had to extract from these thieves but somehow they just keep going because the court does not believe in the law, especially when his own career is on the line.

I would say on normal terms "checkmate" but because we have a judge who has immunity and does the opposite of law.

Jeffrey Simpson

Sent from my iPhone

> On Dec 5, 2025, at 3:23 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> So the court did exactly what I expected it to do, illustrate its harsh bias for the only honest guy in the room. It couldn't handle the truth, it hates me bringing back the merits to the table because it can't handle the truth so it confirmed what I've said since day one. Let the federal court decide
>
> Go ahead with your sanctions there will be a lawsuit that will bring this court to the federal court by Monday for its horrific acts of extreme prejudice, bias, discrimination, negligence of reporting criminal

acts and much more to be followed.

Take up your sanctions there. as I said many moons ago I will not present myself in front of a corrupt / . judge court ever again.

I hope the DAs office which is here see what's happening because I told them about this over a year ago. I would love to see what they're going to do as a result of Jared's criminal investigations that are ongoing, with or without them.

Jeffrey Simpson

Sent from my iPhone

> On Dec 5, 2025, at 7:03 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> This immediately after Jared stole the company (as retaliation to me firing him for cause which I had the right to do and I did not need the court to bless) and on the heels of them commencing litigation in the federal court to intimidate me and leverage me as Jared told me. I have those text messages too . How is this not convincing of their vindictive plan? This court couldn't see this two years ago hopefully today it can wake up and see what happened because it's so obvious.
>
> Is the court ready to come clean with their actions ? Ready to walk back bad orders?
>
> Ready to apologize to my family and to me for what you've done maliciously and vindictively?
>
> Not a soul can understand how you acted the way you did based upon the proof that is unlimited without discovery without witnesses. And that is the standard to bias all day long. I don't need a motion for a biased person to rule on themselves on their bias.

If it's not clarified today I will have papers prepared and submitted to the federal court before Monday morning to rectify the situation and compel.

<IMG_4365.jpeg>

Jeffrey Simpson

Sent from my iPhone

> On Dec 4, 2025, at 11:53 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> Putting the judge back on because he needs to take responsibility for your actions. He granted you things that were ungodly and awful so he needs to see what it is he created here. He is as guilty as you , I do whatever I think is right and I don't answer to you about anything, you are a Lawless pig. Let the criminal justice folks investigate you let them depose you when you have handcuffs on you for theft that you've done. You always avoid anything of substance because you can't answer the questions. Go back to video games.
>
> Let's bring one Investor that you did something good for , for my company. My relationships of 20 years, my livelihood all taken by scum and corrupt courts and lawyers in cahoots. So Judge Cohen if you're not going to do your job let me know right away. I will be in every level of police or government enforcement until something is done about these people immediately. Something you had a responsibility to do a long time ago. It is your duty to be a judge to enforce. Copying the DAs office hopefully they start to see the light. If they don't it's OK because they'll be getting calls from other police organizations that do you see the light.
>
> Jeffrey Simpson

Sent from my iPhone

On Dec 4, 2025, at 11:41 AM, Kevin Wiener <kwiener@35oak.com> wrote:

Hi Jeff,

Removing the judge because unlike you I don't make a habit of committing contempt of court.

Honestly only skimmed your emails because it looked like the same boring rants you always send me.

Really only interested in a yes or no on you doing a deposition. For all your chest thumping its a little odd you're terrified of directly answering that question.

As to all your questions you're welcome to ask them at my deposition. That's how depositions work. They're a mechanism for the parties to ask each other relevant questions and get non-privileged answers. And if you think I'm refusing to answer a proper question you can get the judge to force me to answer.

It's a much more constructive process than sending lunatic emails directly to a judge you might want to try it.

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>

Date: 2025-12-04 10:21a.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: "David A. Gold" <dag@msf-law.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>, Michael Wiener <MWiener@35OAK.com>, jaredchassen@gmail.com, Allen Schwartz <allen@allenschwartzlaw.com>, "Jonathan T. Koevary" <JKOEVARY@olshanlaw.com>, Gary Herbst <gfh@lhmlawfirm.com>, "Hon. Joel M. Cohen" <jmcohen@nycourts.gov>
Subject: Re: Discovery Schedule

EXTERNAL

So Kevin, no response?

The big man the big managing member who is a coward who actually is a criminal that hides behind a computer and a camera and he has no ability to ever speak up in front of anyone of competent jurisdiction or anyone that's real because he never did anything his life. He defines the word loser in all caps. He took the little bit of daddy's money left to try to chastise me for his brothers absurd mistakes investing in cannabis businesses and plant protein businesses. His own father said to me to my face you're nothing but a pussy you're nowhere near as tough as me, in front of witnesses so how dare you bring this crap to court and try to embarrass me as you threatened me in writing that you were going to do. And the fact that this judge did nothing about it, he is in the same camp you are and I am pursuing him because he had a duty and an obligation unlike you who is just a loser.

So I ask again Kevin Weiner. What happened with Alton Kevin? Are you really JJ Arch there?

Where is the rest of the joint defense agreement? Where is Jared pledging his Jj arch shares to you?

I ask again Schwartz - do you deny that you did not lie to this court?

I asked again Thorne - do you deny that you did not lie to the court?

Not even going anywhere near Olshan, the biggest fakers of them all and probably the most corrupt of them all. If he was as true as he says he was to a REH he would not be scared to have a dialogue about the corporate governance but he's scared to death to do it because he'll lose his license when I show him his rear end like I did to Schwartz like I did in this very courtroom. The judge put his hands over his eyes when Schwartz was stuttering an embarrassment over the 654 action was a breach of the JJ BK stay. How is that still here in the midst of YJ BK when it is a named defendant. Judge Beckerman says the stay is in full force and effect. Why would Gary Herbst help out on this? He can't put money in the pocket of him or the trustee. Why would Judge Cohen raise his hand? Oh, he's too big for this he needs the federal court to hold his hand to tell him how to do his job but then he's very comfortable saying there can't be 2 courts at the same time on any matter but they are! Like usual he eats his words on a daily and hourly basis. This is the person who hurts himself as a justice of the court. I'm not sure which is worse or the people here that call themselves lawyers.

Who here really thinks Jared is in charge of JJ Arch? Who will say it with a straight face? Who will say he had any rights to do anything after 2021? The judge said in the second hearing that he acknowledged that but somehow we're still talking about it two years later how is that?

The same judge says he can't understand how this collusion would be an issue? Seriously someone spent 20 years at Davis Polk doesn't understand how the corporate lines have

been breached? Doesn't understand every single loan documents were breached for improper change of control? Doesn't understand this is premeditated on July 19 before any litigation. Doesn't understand that the fraudulent half baked joint defense agreement that was set up in advance of all this litigation proves everything I've said? Of course he does that's why he held it back for over a year and then he held it hostage for a month even after six months before he said out loud the case law said it could not be held back. It didn't work for his agenda because he knows he screwed up royally and by releasing it it exposes him and yes sir your honor you are exposed for fraud for horrific acts that are either extremely prejudicial biased or because you're paid with Seddio to keep your job. Give me another reason? You don't have one and you don't have the right to sit on a bench and damage a leader like me by breaking all the laws. You are shameful and you are a disgrace to the judicial system but so is Seddio and everything surrounding it.

Prove me wrong, I beg you. You can't go one-to-one with me because yes I know much more about my business and the law than you do as it relates to this type of circumstance this is what I did over 20 years without litigation to stay far away from corrupt people like you.

I ask again what is the Seddio affiliation here?

I ask again - is this judge going to do his job? Is he going to report the crime that happened in this courtroom? Who does he think he is where money is stolen from me and my investors and he just decides I'm a holy judge I'm just going to say it's not relevant?

Action by Chassen, perjury ? by these lawyers? Theft by Chassen , oak, receiver ? Yes or no will suffice. And no response is the answer no which will result in ramifications where I will pursue you through the law.

And if the court thinks that Kevin's right and the Chassen is right, let it get out of its own way with its absurd motion practice and start thinking practical real fast. Because I will pursue you, your honor, for the damages that you've done and the police told me I should pursue you because what you did was illegal. So are you going to step up now and do what you're supposed to do? Report the crimes and have these folks arrested? Or are we going to waste our time talking about me changing a lock to property that I own and there was no receivership that was relevant because it could've never happened because Chassen had no right to ask for it. And you knew that. And my Fed removal was money good so no you had no authority and any authority , you have when you broke the law. You break the law every day in this courtroom on this case I'm sure you do it elsewhere too. You may have immunity but it doesn't mean I cant pursue you for what you've done. Good luck in your reelection.

Jeffrey Simpson

Sent from my iPhone

> On Dec 4, 2025, at 5:19 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> Now you're ready to speak? Two years later. Avoiding the truth for two years. How many motions in the bankruptcy court did you make and then withdraw because you had to tell the truth? Do you want to read the transcripts together because they say it all? Everything you said in your affidavit to steal my company was full of lies. I can rip it to shreds, you ready?
>
> Give Gary Herbst the information he asked for. What are you waiting for? You brought him into identity theft by inserting him into the dropbox with my personal

information. You did the same with Eric Huebscher. Why would Court care? He has to protect his butt so he has to ruin me now cause it's too late he's in too deep.

One deposition (mine) in 20 litigations in two years, a full attack on me with that bitch Leslie Thorne who had the nerve to lie and cheat like Schwartz. Where is she now Kevin ? You've been behind all this litigation the entire time. You wiped everything out and then you stole Alton as a last maneuver, like you told everyone on my team "let them chase me in Canada" your words. Anyone who has seen what you've done says that you have a problem with ethics and say that you are very bad person including the CEO of IMcannabis. You threatened Yechiel since he would not sign something to say I did fraud because I didn't. I'm sure you threatened the rest of my team including Jared. Do you know how many times Jared told me he's stuck? The problem is Jared without me in his life does erratic things because he has a stability issue and I kept him in check for most of his adult life because his own parents can't do it. He literally asked me if he should marry Charisse. His father is a sex addict , his mother has all types of other problems and his sister used to thank me, the only one that had any understanding of reality . Oh and then there's Jeremey the thief, who I begged to stay away from your family but then you threatened him . Then there's his best friend Michael who I begged to stay away from you but then you threatened him too. So Jared committed criminality as a grown man with children that I would've discouraged him from while he was next to me and he would've listened. The moment you commandeered him, you ruined him forever. Everything you did is premeditated I don't need a court to know the documents speak for themselves and the people have spoken for themselves the problem is you've spent millions to avoid those people coming to the court to tell the truth. So now you have the nerve to say let's get to the real stuff in court? Now that you've burned all of my assets my brand my business my reputation, nowhere in this world would this be allowed. But your judge and your favorite judge ignores everything that has merit. I dare him to give me sanctions for saying these things because they're all true and all on the record.

You've been behind the JJ Arch stuff since the beginning, you merged Arch and JJ Arch improperly
You've committed identity theft, you've committed fraud Kevin. Fraudulent conveyances, improper transfers, etc. etc. etc. you think when Leslie Thorne threatened my lawyer about the 225 sale that was proper has you not involved? Why was JP Morgan asking you to release money on 88 Schwenks ? When Jared confiscated funds from 225 why did he have to ask Frank to release the money ? Why would she put that in the docket? Eric Huebscher, you picked him. Allen Schwartz works for you. Jared wanted to settle with me but he simply couldn't, he couldn't even tell his own lawyer. His threat about receivership made no sense but it was real because it was all cooked and booked in advance with the judge on the take.

Of course you're trying to say you're going to stand up in front of Judge Cohen because he's on the take. You're indestructible there because the man has no merit and you could go and put this on the docket because I've told him to his face and I will continue to tell him to his face until he is brought to justice alongside you and Jared, Schwartz and others.

And yes, I should have a team of lawyers but I can't because you robbed me of them because you attacked the insurance company and did not honor the indemnification and the court order from three different angles, yes that's insurance fraud too. Just like Oren Schuster told me, you were trying to rob his D/O insurance too. why is the insurance company not responding to DFS? They don't know what to say . No one has ever seen anything this horrific but Judge cohen who ignores it because of obvious reasons . Ben should have the courage to tell Cohen to stand down but he doesn't, so instead he has to make up excuses and him and I have had dialogue about that but that's pretty harsh but that's your goal like usual to break down any relationship I have with any attorney just like you did during the bankruptcy. You see

if you can't defeat the enemy you try to cripple them from behind the scenes, right this is the video game player will do. It's the only thing you're smart at. You don't know anything about real estate you don't know anything about the real world, all you have to do is sit at your computer and type. So let's bring all of the people to the table I don't need a court let's set up a room and let's question every one of them we don't need lawyers and we will show you how you fucked my company and how you fucked up my life with doing improper actions across the board. And your judge shopping technique worked until now.

So again if I'm wrong in corporate control, we don't need a court let's gather the folks today to go through it, collegiately and thoughtfully and there's no question that I'm right. Let's ask every lender about the documents of the closings, let's ask them about the rights to transfer? Let's bring in Tristan Michelle and Yechiel. Oh that's a question that even Michael Wiener realized it would be a problem a long time ago which we have in writing. Oh then there's the email from you where you say tell Jeff if he doesn't do X we will embarrass him and ruin him. And then there's the federal case where you told Jared to tell me it was there to intimidate me like you're trying to do now . Do you think the police see these things and don't realize the vendetta and the mission that you had since the beginning. You don't think that people believe that the judge who's due in June 26 for nomination overlooked these things because of Allen's relationship with Seddio? People aren't stupid Kevin. You've managed to buy your way through this for two years and it will not happen any longer.

So again the authorities cannot possibly understand how the actions that you and Jared took were not considered by the judge as it was his duty and it was so blatantly obvious illegal. I don't need a deposition from you I already have the proof. You already know everything about my company you stole every document you stole my personal documents you stole my personal identity you stole it all your piece of shit. So save your games for somebody else and I'll let authorities handle it.

I'm mentally instable? You've managed to concoct one of the biggest crime schemes in the history of court, all illegal and you are now part of the Frank Seddio regime that is not the only one being called to the table.

So I'm not responding because I give a hoot about you, I will use every chance I can to share what you did wrong and how we got here.

So there's no question here about exposing the circumstance I'm going to copy the honorable Joel Cohen. His rules don't matter anyway he makes them up as he goes and he breaks the CPLR rules on a daily basis. Let him see the animal he created in you and all the hard questions he won't ask and why we are here in the first place.

Add anyone you want to dialogue. I will be sending it to the police, DA, FBI, etc. Do you think they all don't know what's going on?

Jeffrey Simpson

Sent from my iPhone

> On Dec 3, 2025, at 11:10 PM, Kevin Wiener <kwiener@35oak.com> wrote:
>
> It's odd you accuse me of hiding things. If you have questions, your lawyer can ask them at the deposition you are refusing to schedule.
>
> Let's make it very simple. Are we going to have depositions in this case without a court order?

My answer is yes, I will sit a deposition on behalf of Oak. See how that is a straight and direct answer?

Will you sit a deposition yes or no?

If the answer is yes we can get the lawyers to hammer out dates very quickly.

The "smartest person I've ever met" shouldn't have difficulty answering that question.

Also it's kind of sad that you let your lawyer go into court and basically say the judge should ignore the things you say because you're mentally unstable. I would not let my laywer say those kinds of things about me to a judge.

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2025-12-03 10:55 p.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: "David A. Gold" <dag@msf-law.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>, Michael Wiener <MWiener@35OAK.com>, jaredchassen@gmail.com, Allen Schwartz <allen@allenschwartzlaw.com>, "Jonathan T. Koevary" <JKOEVARY@olshanlaw.com>, Gary Herbst <gfh@lhmlawfirm.com>
Subject: Re: Discovery Schedule

EXTERNAL

It's rhetorical and I'm actually the smartest person you've ever met - your brother actually confirmed that in front of others - you moron. I couldn't and would not pay off the system like you did, that's why we're here - no other reason.

When are you going to share information with Gary Herbst regarding Alton? Why are you hiding it? Talking about a thief, that is what you are.

Your motive, your plan, it's all papered - the police are dumbfounded how this could've happened. They are dumbfounded how Chassen stole the bank accounts. They don't think I'm stupid at all, they are really concerned how this all happened and how a judge didn't report it. So buckle up there Wiener, you have a ride ahead of you that you can't even imagine.

Best of luck to you and have a great night.

Jeffrey Simpson

Sent from my iPhone

> On Dec 3, 2025, at 10:49 PM, Kevin Wiener <kwiener@35oak.com> wrote:
>
> Jeff you really shouldn't ask me if I think you're stupid because one of these days you might get my answer.
>
> Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2025-12-03 10:47 p.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: "David A. Gold" <dag@msf-law.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>, Michael Wiener <MWiener@35OAK.com>, jaredchassen@gmail.com, Allen Schwartz <allen@allenschwartzlaw.com>, "Jonathan T. Koevary" <JKOEVARY@olshanlaw.com>
Subject: Re: Discovery Schedule

EXTERNAL

So jackass, now your story is I stole money from your family?   That's a new twist.
If I stole from investors why is it not one of them is raising their hands against me?

Don't you remember your jackass brothers line about I could go the easy way or the hard way when I wouldn't do fraud that you asked me to do?   Your memory is really twisted and it's all on the record .  You really think you're going to get away with this but you won't.   You have a history of playing this game since 2004, oh sorry it's not you it's your mother or your father or both.  Disgusting pigs your whole family.   So I'm going to share your note with the courts and the judges so they could see what they empowered and what they've created in a human who can't even have a conversation with any other

person , who no one of the right mind would support to run a business or to do anything for that matter. That's why he sits in his underwear and plays video games as a day job because he could never have a real job because he is impossible and he's on the spectrum , he doesn't know how to do anything.

And for your ridiculous attorney - the challenge continues any day anytime I will walk through every single transaction and every single level of corporate structure and have your ass for what you did wrong and your jackass attorneys and you can sit there and try to prove me wrong and you will not because you can't and that's why you hide and hide and hide and if you think for one minute you're going try to interrogate me, you're out of your mind.

This is way above and beyond harassment and vindictive behavior with Schwartz and everybody else admitting that your goal is to hurt me and it's illegal you asshole.

The police are finally listening and you will be investigated and Chassen, yep guys, he's fucked royally - what did he really get out of supporting you per your blueprint of July 19, 2023? Is that a figment of my imagination too? Because you wrote it it's Crystal clear and then Michelle Miller had another version in her Gmail and then you even tried to push it to the court and Emily Cooper told you it was too much. All while trying to sue me in the federal court at the same time while you were running Chassen. You think I'm stupid ? do you really think that you're going to get away with this but you won't.

Jeffrey Simpson

Sent from my iPhone

On Dec 2, 2025, at 2:48 PM, Kevin Wiener <kwiener@35oak.com> wrote:

Jeff i didn't ask for a monologue just a one answer yes or no on you sitting a deposition. When I go to court for discovery sanctions I'd like to avoid your lawyer saying "well technically my client's several paragraphs of abusive and quite colorful invective didn't contain a direct refusal."

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2025-12-02 1:54 p.m. (GMT-05:00)
To: "David A. Gold" <dag@msf-law.com>
Cc: Benjamin Robert Rajotte <rajb@mllg.nyc>, Kevin Wiener <kwiener@35oak.com>, Michael Wiener <MWiener@35OAK.com>, jaredchassen@gmail.com, Allen Schwartz <allen@allenschwartzlaw.com>, "Jonathan T. Koevary" <jkoevary@olshanlaw.com>
Subject: Re: Discovery Schedule

EXTERNAL

No they are not.  See my note.

Jeffrey Simpson

Sent from my iPhone

On Dec 2, 2025, at 1:49 PM, David A. Gold <dag@msf-law.com> wrote:

Mr. Rajotte:

To the extent my clients wish to communicate with your client directly they are free to do so.

<image001.png>

**David A. Gold**

Counsel

125 Park Avenue | 7th Floor | New York, NY | 10017

Direct (646) 539-3745 | Firm (212) 655-3500 | Fax (646) 539-3745 | dag@msf-law.com

New York | New Jersey | Connecticut | California | Website

GO GREEN - please do not print this e-mail unless it is absolutely necessary.

IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.

NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.

---

**From:** Benjamin Robert Rajotte <rajb@mllg.nyc>

**Sent:** Tuesday, December 2, 2025 1:36 PM

**To:** Kevin Wiener <kwiener@35oak.com>; jsimpson001@icloud.com

**Cc:** David A. Gold <dag@msf-law.com>; Michael Wiener <MWiener@35OAK.com>;

jaredchassen@gmail.com; Allen Schwartz <allen@allenschwartzlaw.com>; Koevary, Jonathan T. <JKoevary@olshanlaw.com>

**Subject:** RE: Discovery Schedule

CAUTION: This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Dear All:

I am advising my client not to respond and kindly requesting that Attorney Gold ask his client to refrain from direct party-to-party contact.

Benjamin Robert Rajotte, Esq.

(212) 463-6669

rajb@mllg.nyc

**From:** Kevin Wiener <kwiener@35oak.com>

**Sent:** Tuesday, December 2, 2025 1:35 PM

**To:** jsimpson001@icloud.com

**Cc:** David A. Gold <dag@msf-law.com>; Michael Wiener <MWiener@35OAK.com>; jaredchassen@gmail.com; Allen Schwartz <allen@allenschwartzlaw.com>; Koevary, Jonathan T. <JKoevary@olshanlaw.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>

**Subject:** Discovery Schedule

Jeff we're all waiting on your availability to set these depositions down. I've blocked off the whole week of Dec 12-18 to come down to NY and do them even though you refuse to provide a single piece of documentary discovery. I can also do mid Jan if necessary. So far your lawyer is the only one who refuses to provide your availability to be deposed.

I don't understand how you complain constantly about no discovery and now when we're trying to schedule depositions which is what you've said you've always wanted, you're refusing dates? I consider you many things but a coward wasn't one of them.

So are you going to be deposed yes or no? And don't give me BS about how you already have been. We both know that was just about the JJ Arch properties. You need to answer for all the millions you stole

and destroyed from my family and from all the other investors, which is what this case has always fundamentally been about.

So are you going to sit a deposition the way you are legally obligated to? Or is this going to be yet another example in a litany of examples of you deciding the rules don't apply to you?

Kevin

PS: You lost your motion in bankruptcy court. I'm sure you'll rationalize that with yet another defamatory fantasy about judicial bribery because your ego makes you incapable of accepting that you're wrong.

Sent from my Galaxy