**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Wednesday, May 21, 2025 4:16 PM
**To:** Bunin, Martin; Eric Huebscher; allen@allenschwartzlaw.com; Jared Chassen; Benjamin Robert Rajotte
**Subject:** Call to order of the law

**********************
* Warning: External Email *
**********************

Mr. Rajotte will be sending a letter to the court shortly.

Given the actions I've seen I respectfully demand a call or meeting this evening with all parties here to discuss the criminality thats occurred here. My cease and desist letter was ignored. The urgency of the damage requires action now and if you choose to ignore me I will be on the phone with every actionable criminal justice agency demanding immediate action which be in pursuit of crimes such as theft, perjury, impeding and trespassing on property, defamation and the like. The pursuits will be appropriate for individuals are who continue to commit crimes. I cannot control what they will do but I will not stop this evening until this is investigated. So the choices are to hear me out on the phone and actually look at documents properly for what they actually say so you could hopefully gain some religion or ignore me and I follow the above or get on the phone and ignore me and I follow the above so those are the choices. I have my rights as a citizen and I do not need to be abused any further here with a bunch of criminals. So this is your last chance to course correct. If not, you know the reaction and it will not be with anything illegal on my side I will follow the law but I will follow it the nth degree until justice is served right now. You have until 5 o'clock to get back to me with the time for a call or I start making my phone calls and I start down the path that's not going backwards including also calling the bond.

All rights reserved

Jeffrey Simpson

Sent from my iPhone



RECEIVER-000001

**From:** SFC-PART3 <sfc-part3@nycourts.gov>
**Sent:** Monday, April 14, 2025 3:13 PM
**To:** prose@nysd.uscourts.gov; Bunin, Martin; Eric Huebscher; robert lorenclaw.com; Benjamin Robert Rajotte; J Chassen; allen@allenschwartzlaw.com; Leslie.Thorne@haynesboone.com; Koevary, Jonathan T.
**Cc:** Jeffrey Simpson
**Subject:** FW: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

[**Warning**: External Email]

Forwarding an ex parte communication.

---

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Monday, April 14, 2025 2:37 PM
**To:** Hon. Joel M. Cohen <jmcohen@nycourts.gov>; Eric Szkarlat <eszkarlat@nycourts.gov>; SFC-Part20-Clerk <SFC-Part20-Clerk@nycourts.gov>; cjc@cjc.ny.gov
**Subject:** Fwd: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

It looks like the honorable Joel Cohen wasn't copied on the last response. It's important to see the fruits of your labor whereby your biased view has caused serious destruction for me (and $100 million of investors) without any merit or cause or relevance but somehow you're sitting on the bench making these rulings without any merit. Send it to all parties if you like, again as you you'll see below I've brought this up not only to the CJC now but it's also brought it to the FBI, to find justice, not this version that is extremely biased and prejudiced against me with no merit.

Yes, the administrative judges are copied here too and I hope they finally pay attention to the actions of what you've taken and the damage that you've caused for a $1 billion company that I built. It was not for your court to step in and cause this destruction for a crook and a criminal who is stealing from me but you have the nerve to somehow just prejudice me because you don't like me. That's not how it works as an elected official and certainly not as a judge. I hear you are doing it to others where you have this issue with people that are pro business and you think you get to from your seat destroy people's lives based upon your opinion of what you think documents should've said or what you think people are entitled to rather than what they've earned or are contractually owed. The NYS system is a mockery on society and you sir you do not listen to anything with merit or facts.

I've taken this to the authorities to the highest level because you've destructed a man who didn't deserve anything like this and the documents don't allow for it and you have the audacity to continue to defend yourself when you know you've made mistakes whereby I've shown you the issues that you've done and you refuse to adhere to them or listen because of an ego or something greater than that, that hopefully we learn in some sort of investigation, God willing.

Justice must be served in our country, it was not founded on the principles of this type of behavior from the bench of a major city like New York. It is beyond unconstitutional besides unethical and improper.

Have a nice day

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Date:** April 14, 2025 at 2:17:04 PM EDT
**To:** prose@nysd.uscourts.gov
**Cc:** Martin Bunin <MBunin@farrellfritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, "robert lorenclaw.com" <robert@lorenclaw.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>, Jared Chassen <jaredchassen@gmail.com>, allen@allenschwartzlaw.com, Leslie Thorne <Leslie.Thorne@haynesboone.com>, "jkoevary_olshanlaw.com" <jkoevary@olshanlaw.com>
**Subject: Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY**

Dear SDNY (prose intake for Judge Swain)
I'm sorry to send e mail this way, I don't have access to ECF filing. These folks don't stop their harassment. Per my note over the weekend , we need Court intervention. I literally left my family in the middle of Passover because of the anxiety of this malfeasance that continues. And yet again I find another incident where this individual Eric Huebscher seems to think he's above the law and he could just trespass and cause issues at my properties. He was not installed with good merit or with any authority on the person that made the action because that individual, Jared Chassen, committed perjury to the federal and state court in order to achieve his goals. I am pleading with the court to help me stop this nonsense now. No one should live this way with people attacking everything they've ever built and State Court that is either clueless or intentionally looking the other way to the bad acts that are occurring for almost 2 years now .
I did a visit with the FBI (white collar crime unit) this morning to give them further briefing of the destruction that's happening surrounding this case, I cannot say if they will or will not further investigate the illegal and improper actions that are recurring from the other parties here. I have been pleading to the southern district since December 2024 that the matters are urgent and the attacks are against my civil rights and my constitutional rights. I plead with the court to stop this madness and allow for a chance to explore and investigate exactly what has happened here properly with due process, with witnesses, with evidence with an unbiased court. The damages to me and others escalate by the day while these folks continue to break the law without any enforcement whatsoever. Given that this situation is in Southampton I am now waiting for the Southampton police to arrive to hopefully take a report on this for the record.

I am still investigating the mail fraud issue from last week and I have not heard back from the post office yet.

Thank you for your help.





Jeffrey Simpson

Sent from my iPhone

> On Apr 13, 2025, at 11:02 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Thank you, yes the pro se intake unit office was copied on the email for filing. I will confirm with them in the morning they received.
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Apr 13, 2025, at 10:13 PM, NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov> wrote:
>>
>> To submit a document for filing or any response emails, you must follow the Clerk's Office's guidelines and procedures, which are available on the Court's website under the section PRO SE (SELF REPRESENTATION), which can be found here: https://nysd.uscourts.gov/prose.
>>
>> **We would like to remind you of the Chief Judge's individual rules:**
>>
>> ***Special notice to pro se parties***: Pro se parties are directed to submit all filings and communications addressed to Judge Swain, ***whether related to a case pending before the Court, or to a matter the party wishes to direct to Judge Swain in her capacity as Chief Judge***, through the Court's Pro Se Intake Unit. Information about the Court's Pro Se Intake Unit and how to submit filings to that Unit is available on the Court's website, at https://www.nysd.uscourts.gov/prose. Submissions emailed, mailed, or faxed directly to Judge Swain's chambers by pro se parties may be disregarded.
>>
>> **Any further correspondence/emails between parties sent to this email address will remain unanswered and will go directly to junk mail.**
>>
>> Sincerely,
>> Chambers of the Honorable Chief Judge Laura Taylor Swain

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Saturday, April 12, 2025 3:35 PM
**To:** Martin Bunin <MBunin@farrellfritz.com>; Eric Huebscher <ehuebscher@huebscherconsulting.com>
**Cc:** robert lorenclaw.com <robert@lorenclaw.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; Hon. Joel M. Cohen <jmcohen@nycourts.gov>; emergency@nycourts.gov; Jared Chassen <jaredchassen@gmail.com>; allen@allenschwartzlaw.com; jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>; Leslie Thorne <leslie.thorne@haynesboone.com>; NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>; Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

CAUTION - EXTERNAL:

Eric Huebscher,

I just got an alarming phone call from the broker (compass) for 225 head of pond, an RE asset of JJ Arch LLC, which I am the sole managing member (and member) of. It appears that you are circumventing the brokers contractual agreement and fraudulently hiring other parties without authority or jurisdiction.

You are clearly aware that the case has been removed to the federal court and there has not been any active motion practice yet.

I remind you how you invaded the property at 1640 Montauk improperly and the police removed you for trespassing. You have also tried to invade the bank accounts this past week.

Chassen's motion for a receiver had no standing or contractual merit as he officially told the NYS court on 2/25/25, under sworn testimony, that he resigned effectively August 4, 2023 by working for my former partners, oak . In addition, although the court told chassen in February 2024 (by Order) that he had no ability to stop sales of any transactions, he has breached and tried anyways. He also committed perjury to the bankruptcy court saying that he hasn't worked for anybody else. His lawyer committed perjury by telling the New York State court that he hasn't worked for anyone else.

This house was publicly and commercially marketed for almost 8 months and resulted in $1.5 million after $1.45 million as the original bid. We had a contract ready to be signed. The below illustrates a broker that you engaged to sell less than what was achieved after an 8 month process. Compass, the broker, sent a comps report (sent to court) to determine this value and price. Chassen also told NYS Court, under testimony that the house is worth $1.7 million, and he felt he had good reason to object to a "fire" sale which he had no contractual authority to do. In addition he admitted that he put an improper lis

pendis on the property during the midst of a bankruptcy action (the same one in which you were the chapter 5 trustee and were engaged to be an advocate for). The NYS Court transcript illustrates this. According to Judge Joel Cohen's February order he had no ability to object to a sale anyway. Even though his member interests have been vacated for almost 2 years, I have used best efforts to obtain consent from the court regardless.

The court warned Chassen that if he were to stop a sale (at 1.5) or solicit a price of equal or less value he would be subject to the damages of the difference. He continued anyway and took on this risk which he had no authority to do anyways, contractually.

I objected to the receiver, I've objected to you (for conflict ) and the process at large because none of this should happen given what the contractual documents say. And that is why we are in a different forum now, the federal law has been triggered and that will get adjudicated when the court renders a decision.

During the request for receiver the question came up of who would pay for it. There was no answer granted so it appears that one who has the role of receiver, if it was proper and official, would be motivated to sell assets to pay themselves rather than for the greater good of the partnership which had a dissolution action effective September 2024.

It has come to my attention that you or Chassen have also committed US Postal Service fraud as it relates to 1640 montauk. It's my understanding that you threatened the broker for 550 metropolitan asset too.

It is unusual for partnerships to seek a receiver in the first place and in this circumstance , dissolution already commenced so what would a receiver do? It Is my understanding even if a receiver were granted under appropriate channels that they still have a duty to those who are the beneficiaries, that is not what's happening here.

Given that these actions are happening on the weekend, I am sending these notes to the court simultaneously via email versus through electronic systems to make sure the Court (s) see in real time what's happening here.

Once again, I urge you to stand down until such point in time where the federal court has a chance to properly hear the action and render a decision. If you choose not to, I will have to make further inquiries to law-enforcement agencies.

Thank you.

Jeffrey Simpson

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<image001.png>

Jeffrey Simpson

Sent from my iPhone

> On Apr 9, 2025, at 10:02 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> In light of your outreach to the broker for 550 metropolitan and two citizens bank you are clearly not taking direction and don't understand that the person that sought a receiver is a criminal and stole from me and broke the penal law besides breached every possible agreement. As I told you we will be notified the federal court today that you've decided to take matters into your own hands even though I've removed this entire case to the federal court to solve for the problems of the attacks that I'm seeing from folks like you who think you could simply steal from me. You cannot do it and is it illegal. You are put on notice and I will notify the federal court today of emergency needs with your actions.
>
> Have a nice day
>
>
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Apr 8, 2025, at 5:09 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> Again, Farrell Fritz looked at the case for me so a conflict. Eric, extorted me during JJ Arch bankruptcy, conflict
>>
>> I removed these cases to the federal court for a reason to protect my constitutional rights. Chassen had no authority to do anything including make a motion for a receiver because he resigned from the company almost 2 years ago. And he admitted it on the witness stand and he lied to the fed and BK court and lied to the state court. So I do not authorize you in anyway because there are no other members other than me. All has been said to the federal court so you will stand down and do nothing until the federal court speaks to the contrary. I have been attacked by my civil rights in countless ways and if you're going to participate in it that's fine you're just going to be pursued accordingly because you're out of line just like the day you showed up and I told the police to get you out of my property.
>>
>> I have a religious observance a Passover coming up around the

corner and I do not need this improper harassment and it's not lawful. If I am unable to observe my holiday because of your actions, it just gets added to the case. So tell me what is you're going to do, stand down and wait for the federal court or keep doing what you're doing and I will skip my observance for the holiday and I will fight for what's right in an emergency action where more theft is attempted from me.
>>
>> I expect a response or I will do what I have to do immediately in the federal court.
>>
>> Jeffrey Simpson
>>
>> Sent from my iPhone

Please be CAREFUL when clicking links or opening attachments from external senders.




For Sale
Hampton
Properties
631-288-6100
EXCLUSIVE

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Thursday, May 15, 2025 8:02 AM
**To:** Leslie Thorne; Jonathan T. Koevary; Michael Wiener; Kevin Wiener; Jared Chassen; Benjamin Robert Rajotte; robert lorenclaw.com; allen@allenschwartzlaw.com; Jeremy M. King; David Goldwasser; Karl J. Fisher; Edward C. Carleton; Pascarella, Darren A.; Bunin, Martin; Eric Huebscher; Joshua DiLena; Scott A. Schechter; Aishlinn Bottini
**Subject:** Fwd: Chassen v. Simpson, 1:25-cv-02373 (JHR)(HJR)
**Attachments:** Simpson Removal Notice acknowledged by SDNY 05.15.25.pdf; ECF Removal Acknowledgement 05.15.25, effective 05.09.25.pdf

[**Warning**: External Email]

Good morning

I'm making sure all parties are aware of the recent filing of removal and its acceptance effective May 9, 2025 which was posted on the ECF effectively May 15, 2025. I noticed when I sent below I inadvertently didn't share with all parties.

Ben will be making his appearance in SDNY in short order. Until such time, I am to be copied on all matters involving counsel as a prose litigant.

Let me be clear, it is not my opinion, we are in federal jurisdiction now, nonnegotiable not for discussion. Of course we may be back in NYS at some point but we're not right now. The New York State system has been updated to reflect as such.

Thank you and have a nice day!

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** May 15, 2025 at 6:47:50 AM EDT
> **To:** Allen Schwartz <allen@allenschwartzlaw.com>
> **Cc:** Benjamin Robert Rajotte <rajb@mllg.nyc>, "robert lorenclaw.com" <robert@lorenclaw.com>
> **Subject: Re: Chassen v. Simpson, 1:25-cv-02373 (JHR)(HJR)**
>
> Please be advised that the NYS Action is Removed. I point you to the sections in the attached document that are annotated as new causes of action. You are guided accordingly with your actions.
>
>> On May 14, 2025, at 6:38 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>>
>> Please see the attached letter that was filed on ECF in the above-action in response to Judge Ricardo's order of May 13, 2025 directing that Plaintiffs

respond by May 14, 2025 to Mr. Simpson's letter to Judge Ricardo requesting a preliminary injunction enjoining all NY state court proceedings.

Thank you,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

<Letter in Opposition to Request for Preliminary Injunction.pdf>

[**Warning**: External Email]

[**Warning**: External Email]

Query Reports Utilities Help Log Out

ECF,PRO-SE

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:25-cv-04004-UA**

Simpson v. Chassen et al
Assigned to: Judge Unassigned
Cause: 28:1331 Fed. Question

Date Filed: 05/09/2025
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jeffrey Simpson**
*as managing member of JJC Arch LLC and drivately as managing member of Arch Real Estate Holdings LLC and JJC Arch LLC*

represented by **Jeffrey Simpson**
1055 Park Avenue
New York, NY 10028
PRO SE

V.

**Defendant**

**Jared Chassen**

**Defendant**

**First Republic Bank**

**Defendant**

**608941 NJ INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2025 | 1 | NOTICE OF REMOVAL. Document filed by Jeffrey Simpson. (sac) (Additional attachment(s) added on 5/14/2025: # 1 Exhibit Letter addressed to Judge Cohen, # 2 Exhibit 24-cv-8649 Order, # 3 Exhibit Email to: Darren A. Pscarella, # 4 Exhibit Email to: Darren A. Pascarella) (sac). (Entered: 05/14/2025) |
| 05/09/2025 | | Case Designated ECF. (sac) (Entered: 05/14/2025) |
| 05/14/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self-represented party who has not consented to electronic service, the filing party must serve the document on such self-represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information. (sac) (Entered: 05/14/2025) |
| 05/14/2025 | 2 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24-MISC-127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self-represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self-represented party |

| | | |
|---|---|---|
| | | that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 3/18/2024) (sac) (Entered: 05/14/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/15/2025 06:25:43 | | | |
| **PACER Login:** | jsimpson001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-04004-UA |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Jeffrey Simpson, personally, Pro Se

1055 Park Avenue
New York, NY 10028

Delivered via email to all parties and Pro Se Intake: (ProSe@nysd.uscourts.gov)

Southern District of New York

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

**NOTICE OF REMOVAL**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Jeffrey Simpson as Defendant, hereby removes (**2nd Removal based upon new grounds, annotated below)** the following case (the "Removed Case") from the Supreme Court of the State of New York, New York County (the "State Court"), to the United States District Court for the Southern District of New York:

> Jeffrey Simpson, as managing member of JJ Arch LLC and derivatively as managing member of Arch Real Estate Holdings LLC and JJ Arch LLC v. Jared Chassen, First Republic Bank, 608941 NJ Inc. Et Al.
>
> SDNY 1:25-CV-02372 (LTS), **Appeal 2nd Circuit (25-1087)**
>
> NYS Index No. 158055-2023, Active (Main Case)
>
> Caption does illustrate Simpson as Defendant but given the breadth of the case, it is structured that multiple parties are plaintiffs and defendants via claims and cross claims.

---

Related Case (subject to consolidation under separate cover):

Jared Chassen, and 55 Manor LLC, individually, and derivatively on behalf of JJ Arch Nostrand LLC, JJ Haverhill LLC, JJ Tuscaloosa LLC, JJ Pebble Creek LLC, JJ Centre Pointe LLC, JJ Colombia LLC, JJ Midtown Oaks LLC, JJ Myrtle Point LLC, JJ 88 Arch LLC, JJ Cambridge LLC, JJ NCSC LLC, JJ Camelot LLC, and 5401 California Investors LLC V. Jeffrey Simpson and YJ Simco LLC.

1:25-CV-023273 (LTS), Active

NYS Index No. 654928 / 2024, assigned Judge Joel Cohen

The Parties:

1. JJ Arch ("JJ") is a real estate holding and operating company formed under the New York limited liability company law in November of 2017 and Amended in May of 2021. JJ serves as the managing member of Arch Real Estate Holdings LLC (subject to temporary NYS Order, it is currently the Investor Member) and is the Managing Member of Class B member of Arch Property Holdings I ("ARPH I")*.

2. Arch Real Estate Holdings LLC ("AREH"), a real estate operating company, was formed under the New York limited liability company law in December of 2017. It acts as the operator of various affiliate companies for the purposes of managing investments in various real estate investment affiliated entities whereby it is the Non Member Manager.

3. JJ Arch Nostrand LLC, JJ Haverhill LLC, JJ Tuscaloosa LLC, JJ Pebble Creek LLC, JJ Centre Pointe LLC, JJ Colombia LLC, JJ Midtown Oaks LLC, JJ Myrtle Point LLC, JJ 88 Arch LLC, JJ Cambridge LLC, JJ NCSC LLC, JJ Camelot LLC, and 5401 California Investors LLC - Investment Entities that are participating members in ARPH 1 whereby Simpson and Chassen both owned interests in but transferred their shares to YJ and 55, respectively in 2022. Simpson is the sole managing member

of each of these, whereby they are affiliates of JJ Arch in connection with membership interests in AREH controlled investment entities.

*ARPH 1 was established for JJ, Oak, and Key Personnel of AREH to invest in various real estate property. The various entities are consolidated in the exhibit of the Agreement whereby Oak and JJ are members of each.

4.. Jeffrey Simpson (" Simpson") a New York State Resident is JJ's Managing Member and owns 100% of the interests in JJ, in addition to a participating investor in ARPH 1.

5. YJ Simco LLC ("YJ") is a New York LLC and owns and operates real estate owned by Simpson's family. Simpson is the managing member. This entity owns various shares of JJ's affiliated investment entities since 2022.

6. Jared Chassen ("Chassen"), a New York State resident is JJ Arch's former non-controlling member and a participating investor in ARPH I. His resignation was deemed effective on the event of the execution of the Joint Defense Agreement, whereby he no longer worked on behalf of JJ Arch, as of August 4th , 2023. (To be further discussed herein)

7. 55 Manor LLC ("55") is a New York LLC and owns and operates real estate owned by Chassen's family. Chassen is the managing member. This entity owns various shares of JJ's affiliated investment entities.

8.. 608941 NJ, Inc. (a.k.a 35 Oak Holdings) is a corporation organized and existing under the laws of the State of New Jersey with a principal place of business in Toronto, Canada. Its principals are Kevin Wiener, William Weiner, and Michael Wiener. It is the minority non-controlling member (during the 5 year exclusivity

period) of AREH and appointed temporary managing member of AREH under NYS temporary order as of November 2023) and participating Class A member of ARPH I, and investor and guarantor in affiliate investment entities.

9. Great American insurance Company

**Defendant respectfully states as follows:**

1. The Removed NYS Case (158055-2023) was initiated in SDNY 1:23-cv-07089 and for the reasons illustrated below Simpson had to initiate a NYS Case to effectively respond to the actions taken by parties Chassen and Oak. It was Removed to SDNY on March 19th, 2025 1:25-cv-02372 and Remanded to State Court on May 2nd, 2025 on a technical matter of late payment (1 day). 1:25-CV-02373 and 1:25-CV-02375 are still subject to Federal Court, related cases and subject to consolidation. In addition, there is an active Bankruptcy Appeal at SDNY 1:24-cv-08649, which addresses the same issues as 1:25-cv-02372.

<u>GROUNDS FOR REMOVAL</u>

2. This action is removable pursuant to 28 U.S.C. §§ 1441(a) and 1331.

3. Under 28 U.S.C. § 1441(a), "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This complex corp matter started in SDNY and therefore has grounds to remove it back there, notwithstanding the various other issues contained herein, where there issues of extreme bad faith circumvention of due process, perjury, and fraud.

4. Under 28 U.S.C. § 1441(a), "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." As discussed

below, the Removed Case asserts claims arising under the Constitution and laws of the United States.

5. This Court is the district court of the United States for the district and division embracing the place where the Removed Case is pending.

6. Under 28 U.S.C. § 1441(c), an entire civil action may be removed to federal

court if it includes any claims arising under the Constitution or laws of the United States.

7. This case, therefore, necessarily arises under the Constitution and laws of the United States.

**The removal**

***2nd Removal Causes of Action, MAY 9TH, 2025 UPDATE FROM PRIOR SUBMISSION herein :***

1. ***In an effort to find Judicial efficiency, Mr. Simpson checked in with the clerk's office at both SDNY and SDNY BK to learn that the JJ Arch LLC Bankruptcy case was not "Dismissed" by a definitive Order. On October 11th, 2024, a Notice of Opinion was issued with dismissal. It references and caveats the "Remand Appeal" which is pending in front of Judge Vargas. Since the Appeal was not disposed, the "Main" case was not Remanded to NYS Court. Therefore the Removal and Remand process is circular and possibly moot for this case.***
2. ***In conjunction with NYS Court's Motion for Receiver, the technical Remand (subject to Appeal) caused Mr. Simpson to be attacked (again) in extreme measures that are harassment and include significant theft by a proposed***

***Receiver that asked for relief from this Court and did not receive such while the process is being officiated. As a result, it has turned into a difficult charade of interactions of actions that are unlawful by the proposed Receiver. This includes entering property without authority or approval, changing locks, stealing trust funds from a corp. bank account and the like. As the attacks have built up, Mr. Simpson is now facing action against him in NYS Court on Monday, 5/12/25 with an objective to Criminally punish and incarcerate him. What is most notable is that the NYS Receiver Motion by Mr. Chassen started as an expansive relief request for JJ Arch but once the Motion practice started, it was allegedly narrowed for 4 properties (all subject to the Bankruptcy Appeal). Mr. Simpson alerted the NYS Court of this and the overlap into other Actions and allegedly such relief was narrow in focus. Effectively by May 7th, 2025, Receiver Order to Show Cause, the proposed Receiver and Counsel sought NYS Court to execute (and it did) where the expanded relief would overlap into the related case herein 1:25-CV-02373, without concern or acknowledgement that it is overstepping another case that is in the Federal Court, and related to the Bankruptcy Action for JJ Arch itself.***

3. ***The Court is reminded that Mr. Chassen continues to commit perjury and collusive behavior with 35 Oak, all to avoid Discovery and the truth of the circumstance herein. It is now self evident that a technical Remand is being used to seek ultimate relief (without prior NYS Order or briefing) in order to oust Mr. Simpson forever more where the proposed Receiver can be utilized to***

***overstep Mr. Simpson's AREH / JJ Arch Investment Entity consents which have not be sought and have resulted in fraudulent conveyance of property. The urgent demand for incarceration and avoidance of the truth is for the opposition to put a final nail in Simpson's coffin to save themselves from fraud.***

4. ***As a result of these actions, Simpson is once again left without counsel to defend himself and it even suggests "Criminal Incarceration" when no criminal justice or due process has occurred surrounding the parties that continue to attack Mr. Simpson.***

<u>Jurisdiction and Venue</u>

This dispute started in 2023, whereby the Oak and JJ parties could not agree on how to resolve the required capital contributions necessary for addressing the sharp incline in rising interest rates. JJ as Managing Member was insistent upon following the contractual agreements and use best efforts to find the best possible outcome of a tough situation. The Oak party acknowledged that the 5 year exclusive relationship expired and they wanted to rid themselves of any carried forward liability. Under 7.6.4 of the AREH Agreement, Oak had obligations to fulfill any loan guarantees that they took on. They noticed JJ that they were unable to fulfill those capital obligations and since 3rd party investors also chose not to fund (they had the right, not the obligation where Oak did). Dissolution was contemplated but Oak started to breach their contractual agreement by becoming actively involved in the business dealings without consent of the managing member (JJ, Jeffrey Simpson). They solicited the staff of AREH, spoke with lawyers, lenders, vendors and started down their own path. They hated that they could not control the outcome of their destiny and they took matters into their own hands, and that had to be done through Chassen since Oak had no privity to the relationships required to effectuate the control that they desired. By August 2023, things heated up

to the extreme where Oak made demands for Simpson to be ousted and Chassen to jump in. Simpson said no, Oak proceeded anyways without authority.

Initially, Oak sued Simpson in SDNY. This was shortly after Simpson felt he had no choice other than to terminate Chassen (for Cause) for the swift and quick bad acts that started to form including larceny, solicitation, circumvention, etc. Simpson found himself wiped out of the company by Chassen's doings which can be found in the original NYS case 158055-2023 pleadings. Shortly after these incidents, NYS Court provided minimal relief however still not honoring executed contracts. Upon Preliminary Injunction against Chassen (without bond or appeal) for his actions, Oak became a Movant in the NYS case. Oak and Chassen plead that they were not related until just last month where Chassen admits to his relationship with Oak in sworn testimony. They have a Joint Defense Agreement that is specifically prohibited in the contractual agreements of AREH and JJ that was executed in August of 2023. The JDA has been requested for more than 18 months, formally and none. The well known NYS "GFI Appeal" case dictates that JDA's are not to be withheld in litigation, even though Judge Joel Cohen agreed that is was applicable. They spent millions to avoid disclosing this to any Court or Simpson.

As identified in Chassen's recent testimony, he has been working for Oak since August of 2023, prior to any litigation. Oak kept the SDNY case open for many months after they gained a foothold in the NYS Court action against Simpson (after committing prohibited acts of collusion, circumvention, perjury, etc to get the control of the business that they sought). Therefore, the grounds for Removal are proper under sections 1332 and 1442.

Notwithstanding the above, NYS has taken on Federal jurisdiction on a number of occasions in this very case. In October of 2023, Oak sued Simpson in a separate NYS action to seek a Declaratory Judgement against him as managing member of AREH, pursuing a much needed Chapter 11 filing.

At the time counsel told Simpson, there was no other choice but he did not file. Simpson removed this case to SDNY, and it was in front of Judge Carter. He heard the testimony and encouraged the parties to find resolution but that was not possible since NYS Court decided to grant Oak their request for Order to stop Simpson from declaring the bankruptcy of AREH. Oak immediately withdraws the case from Carter's Court because he was clear that filing a bankruptcy is a constitutional right.

Simpson had no choice other than to file JJ Arch LLC into bankruptcy on March 7th , 2023. There was a misnomer that Chassen had the right to opine upon major decisions. The original NYS Summons and Compliant illustrated that Chassen lost all contractual authority in May of 2021 on the signing of the JJ Arch Amendment. Judge Joel Cohen mentioned in the first hearing in August of 2023 that he acknowledged that Chassen had virtually no rights to consent within JJ Arch since the 4th anniversary of the signing of the agreement (2017 to 2021). Although it was improperly portrayed to the Bankruptcy Court as if this contract does not apply. In the NYS Evidentiary hearing last month, JJ's and AREH's Corporate Counsel confirmed that Chassen had no rights as of 2021. NYS Judge says he does not care. There is specific case law, MAK Tech. Holdings Inc. Anyvision Interactive Tech LTD 2024 NY Slip Op 03376 decided on June 20th, 2024, NYS Court of Appeals. This decision clearly shows that NYS cannot alter contracts and that this issue of differentiating between a contract amendment and an amended and restated agreement have a clear difference. The language mirrors that of what is in JJ's Amendment. Therefore Chassen's consent right concluded in November of 2021, However, NYS granted him certain non contractual abilities. The current SDNY Bankruptcy Appeal, in front of Judge Vargas considers this very issue of corporate governance.

During the JJ bankruptcy Motions were made by Chassen and Oak and discovery was granted, they withdrew the motions to avoid discovery. Specifically ,Chassen made a Motion to the Bankrutpcy

Court that he could not work and support his family because if he did, he will be deemed resigned from JJ. When Chassen gave his testimony on 2/25/25, it was clear that his resignation was effective since August of 2023 because he worked for Oak in contravention of the JJ Agreement. NYS Court says that they do not care. This is not a question of appeal, this is a question of the rights of a State to attempt to tell a business how to operate by changing their agreement as Judge Joel Cohen has. The well known "Lochner" case deals with these issues and has many permutations since but its roots are still on a good ground. NYS Court has breached Simpson's 14th Amendment rights to own property and to prosper as a business person. The NYS Court has intervened, when it is not permissible under the constitution.

Further on jurisdiction, the Investment Entities case was filed during the midst of the JJ Bankruptcy. This case identified the parties that were on JJ's SOFA schedules. State Court gave an immediate TRO and then the Bankruptcy Court gave that merit because they likely will assume that the other areas of government are doing their diligence but this has not been the case.

In the JJ Bankruptcy dismissal, the outstanding appeal under Judge Vargas is still open and it deals with these very issues surrounding corporate control. This new information obviously changes the circumstances but maybe equally important is that Simpson has raised the question to SDNY and NYS Court since Dec of 2024, is there a "stay" pending appeal? It appears that this very unique appeal has tentacles that go past the bankruptcy dismissal and under Fed Banc. 8007 and 8009, it appears that until this appeal is disposed, the lower court should not be litigating this very matter but it is to the extreme levels.

**Due Process and the Rights to Counsel**

Simpson has been attacked constantly by the NYS Court, Chassen, and Oak since the JJ dismissal. None of the issues noted herein have been considered by the NYS Court. The Opinion of Judge

Mastando on Oct 11th, 2024 has a carveout for the very appeal that is pending. Prior to the chapter filing, Simpson had an Evidentiary hearing that was scheduled to deal with Chassen's malfeasance (but was full of tactical delays) but after the JJ dismissal, Simpson's motions were considered moot without legal authority by the Court. The NYS judge has prejudiced Simpson including no regard of the pending appeal or other Federal Actions. Even upon notice of this removal, NYS Court continues to intervene.

Simpson has complained to the CJC, Administrative Judges of NYS, no help was provided in connection with concerns of prejudice and bias. Granted Judge's bias is not grounds for Removal, the results of it are.

Chassen (without merit) has attacked Simpson on Criminal Allegations. Simpson has been wiped out economically as a result of this litigation and cannot fund more legal bills. The NYS Court demanded Simpson come to the hearing without a requested Continuance or counsel, late last year.

Simpson has legal defense insurance coverage through GAIC but those awarded policy proceeds were shut down on him where Oak (non party to the insurance) sued them and Chassen (who admitted in testimony payment of legal fees by oak) again to limit Simpson's right to counsel via the policy. The attorneys disband on lack of funding for Simpson due to GAIC's conduct. Simpson attempted to bring GAIC to the NYS Court to compel them to reconvene funding. GAIC confirmed to the Court that they will provide $250,000 for legal funding for Simpson, Judge Joel Cohen told them that they are not required to do so. It is unconscionable. The Insurance case is removed to the Federal Court for this reason. The NYS law on insurance covers these issues but they are ignored. Simpson has indemnification coverage under the various agreements, NYS Court refuses to support enforcement even though there is language in both DE and NYS governing documents

that require this protection for him. Again, the bias is sort of unreal and unearthing. GAIC is harming Simpson's rights to defend himself by playing this game and avoiding its contractual and lawful obligations.

**Stay pending Bankruptcy**

YJ, where Simpson houses family assets certain JJ and AREH assets filed a bankruptcy, that should "stay" the NYS proceedings as YJ is a named defendant. As a result Oak and Chassen remove YJ as a defendant YJ has other financial creditors outside of this case but certainly as a result of this case but NYS Court has ruled that the "stay" doesn't apply when it houses certain assets of the estate (the JJ Investment Entities).

There is also an argument that the insurance proceeds have reach to Simpson via YJ as well, so that is also grounds for this removal.

The third Removed and related NYS action with regards to the JJ investment entities have separate litigation in NYS Court that was filed by Chassen during the JJ bankruptcy and there was "Stay". Also related, in 2022 Simpson transferred his various JJ Investment entity shares to YJ, as permitted by the documents. Chassen did the same with his, for family planning purposes . Of course the YJ chapter filing "stays" this action but NYS Court doesn't recognize this either.

The NYS Court has attempted to appoint a Receiver in control of direct JJ investment entities where only Simpson and Chassen (purported to be) are partners and guarantors. In the various remedies within the JJ Agreement, Chassen's acts support his removal as a member. Chassen's testimony acknowledged his resignation, and other acts that are in contravention with the executed Agreement. Simpson challenged NYS Court on Chassen's "standing" for Motion practice, given that he is no longer a member since August of 2023.

Chassen also initiated a Lis Pendis proceeding over JJ investment assets on October 10th, 2024, prior to the bankruptcy dismissal, this too was a breach of the "stay".

Simpson has been attacked via his Civil rights for over 6 months now, the parties made it impossible for him to work, causing him extreme stress, defamation of character and wiping out his assets by these extreme litigation tactics that work in the State Court apparently. Justice must be served and an end to these acts must stop.

**The History:**

1. The inception of ARCH and JJ Arch
2. In 2017, Simpson decided to leave his prior role as CEO of Greystone Development on good terms, whereby he signed an exhaustive transition agreement that provided, amongst other things, compensation to AREH for support services for 6 months (Oak and Chassen told this Court in Affidavits that I was "kicked out"). It also provided authority for him to bring Chassen, Miller, and Last to AREH without any breach of my prior employment agreement. Frank Van Biesen (Oak CFO reviewed and commented on the transition agreement before I executed with Greystone and Oak has an indemnity in AREH for any risk, non which occurred).
3. November 2017, Arch and JJ Arch are executed. 5 year exclusivity in place with Oak, similarly 4 year structure with Chassen and me. David Heymann of Meltzer Lipper was the attorney. Arch (AREH) was explicitly the Non Member Manager (with a list of exhibits on how property will be acquired, most notably C org structure and D form property agreement).

   Note: Since inception, Meltzer Lippe was the dedicated "in house counsel" virtually involved in all "upper tier" transactions for consistency.

4. Since inception, **First Republic Bank (now JPM) was the sole bank for AREH**, JJ, and affiliates. FRB was a long term relationship of mine. Both Chassen and I kept our personal banking there too and gave access to our controller, Yechiel Lehrfield to draw funds when required to lend to the business with maximum flexibility, built on long term trust.

5. 2018, Jason Paul (a long term relationship of Simpson) is introduced in the mix (with Oak's consent) to head up property management and what is ultimately called Arch Property Management (aka Ore Living). His agreement is contractual and not employment based but it had similar protections to the others, also facilitated by David Heymann of Meltzer Lippe.

6. Oak asks AREH to take control of 2501 Biscayne Blvd in Florida, the site which was across the street of 2500 Biscayne Blvd, where Simpson developed a 156 unit, 22 story apartment building.

   *Note: as a startup, we needed help with resources – Paul brought in his brother in law, Computero, the IT company for AREH and JJ from 2018 until 2023. Chassen and Paul used this relationship to oust me in Aug 2023 by wiping me out of all systems inappropriately. Computero admitted to this Court that they did so on Chassen's direction in Aug 2023 as well. As a result of my internal investigation, Paul also admitted in Aug / Sept 2023 to participating in the ousting of me. His excuse was that he nervous that I was going to pursue his termination, given the various complaints that were made whereby he was intoxicated in the office many afternoons.*

7. 2020, Arch Property Holdings 1 LLC is executed as I committed to providing the ability to invest and share profits to key individuals. This restructure included amending all of the property level ownership agreements, (Arch_MM LLC and corresponding JJ_LLC per property) to move all cash flow from AREH to ARPH 1, all documents on the docket. This Agreement further cements JJ (with no removal rights and I am the only ultimate authorized signer and MM of those entities). It says that ***all distributions and cash flow require the Class B Member to facilitate.*** It also says that the Class B Member is the only party (JJ)

that can facilitate D&O insurance. It is a DE entity, governed by DE law (not NY). This agreement and structure was presented (there are legal Opinions) for every lender for every transaction. It was not public as it is not appropriate to share key Personnel compensation. Every property transaction required authority from Class A (Oak) and Class B (JJ as MM) to proceed on acquisition and disposition. All restructures and dispositions by Oak, via This Court's Nov 2024 Order intentionally skips my consent right. That Order did not provide any relief in the context of those entities. That is why Chassen is seeking a Receiver! Oak even solicited these consents "non pro tunc" in settlement discussions. You can say settlement discussions are inadmissible but that rule does not apply when malicious and unlawful events are sought.

*Note: The Nov 2023 NYS Court Order does not circumvent these DE property entities and surpass my corp (not persona) consent right required to transact so that makes all RE transactions conducted moot and / or fraudulent conveyances, hence my earlier note about "unclean hands"*

8. In 2020, Oak sells their Lighting business (Viscor) to Leviton for an undisclosed amount. This was concerning to me and my team as their $10 to $15M of EBITDA, which was utilized for AREH property loan guarantee covenants, could have just eroded.

   *Note: It is unquestionable that I only solicited a partner, Oak, for 2 purposes – loan guarantees and seed equity, with a cap on time (5 yr exclusivity). My intentions were clear in the 2017 term sheet and AREH agreement. They did not have experience and they were not involved in the day to day. They received virtually 50% of all profits for this obligation*.

9. May 2021, JJ Arch was amended (not "restated") to strip Chassen of any consent rights of any kind, on purpose because Simpson was concerned about his actions and judgement but I was considerate about his compensation and offered him an increase from 46% interests to 49%. David Heymann of Meltzer Lippe was the attorney, where both parties,

ARPH 1 was established for JJ, Oak, and Key Personnel of AREH to invest in various real estate property. The various entities are consolidated in the exhibit of the Agreement whereby Oak and JJ are members of each.

10. The docket does not reflect that AREH was an unofficial "helping hand" for Oak in their US real estate holdings, outside of AREH, where they did not have one employee. Substantial resources were utilized over the years and especially during Covid, there were not charge backs or reimbursements sought.

11. As exclusivity was expiring, the Members (Oak and JJ Arch) met several times (over many months) on the possibilities about continuing forward, it was decided not to proceed, mutually. This was in 2022, right after AREH hit $1Bn of property (the 2017 term sheet for AREH projected $300 M). It was also after the AREH sale of 2,000 apartments in the southeast, which resulted in a $60M profit in less than 3 years. Simpson shared 75% of the JJ apportioned earnings with Chassen, Miller , Last, Paul and others staff members.

    *Note: Since Chassen and I had a sizeable capital gain, our accountant suggested that we should acquire assets where we were the majority to enact tax benefits (or deferral). Hence, the JJ Investment properties. David Heymann advised that no new agreement was needed and JJ provided for it in the existing Amended Agreement. I had concerns, given that I was providing personal guarantees and I only wanted to proceed as the sole MM (and final decision maker). Heymann showed me how the JJ agreement protected for this. As an example, JJ is not built for Chassen to ever fire or remove me as the only Member that can commence a Capital Call is me, contractually. I was worth much more than Chassen, more assets, experience, etc.*

**12.** Melrose (Haverhill in WPB Florida) was acquired in 2022, I did not want Oak to participate as it would survive post exclusivity. Chassen pushed me, aggressively, to include Oak. **<u>This property was just sold for net "0" to investors and Oak circumvented the ROFO (in addition to the required property consent) that exists in 7.9 of AREH, where I could</u>**

**have saved that asset. Notably, the lender pre-approved me to be the sole guarantor. This lender sent a note in 2023 suggesting that the Court Order and activity by Chassen and Oak was a full "call" on the loan and a Recourse event for unauthorized change in control. Several other lenders also sent these notices, they are correct.**

13. **Year End 2022, Simpson worked with the team to develop a potential cash flow projection (requirement) given accelerated interest rate growth. Given Oak was on the loan guarantees, he felt obliged to look far ahead of potential risks and to alert them of such. The forecast was approx.. $20M of cash needs for 2023.**
14. Early 2023, Oak told Chassen and Simpson that it had cash issues on multiple occasions. After capital call projections came out, they alerted their concerns if they could not make potential funding obligations via Van Biesen. The other AREH property investors (over $100M) would not provide capital call funding in the midst of unprecedented interest rate hikes, they had no obligation to do so and they were "crammed down" diluted as a result. Oak had the obligation under 7.6.4 of the AREH agreement in return for sharing half of the profits.
15. AREH team starts exploring new capital sources (Oak suggested to do so). A Dissolution broker was engaged (**Dissolution is not reversible per AREH since both parties consented**). In Chassen's desperation, he commenced heavy duty dialogue with Nir Meir (former HFZ executive that is currently incarcerated for fraud), against my judgement and suggestions, as an example.
16. Simultaneously, during the first half of 2023, the team and I worked diligently with David Scharf of Morrison Cohen to explore with every lender to see if I could mitigate the Oak potential gaurantor situation by putting myself as the guarantor to eliminate Oak's anxiety in capital needs and loan guarantee exposure. We also started to invite Oak into the dialogue.

This caused serious frustration and issues for all parties (their lack of knowledge and experience was self evident and no one has time to teach in the midst of a crisis that was building quickly) and then the Wiener list of defaults started to arise because Michael felt that he could just jump in and speak with or undermine anyone or anything and it was a disaster.

**Note: Chassen and Michael Wiener became close friends, but it was larger than a business relationship when they started traveling to South American countries and probably doing things that I could only imagine.**

17. May 2023, after countless efforts to find capital, the first asset goes back to the lender, Brown in Philadelphia. I was successful (with Miller) to negotiate with the lender a structure that would save the equity in the property potentially and only $1M investment was required (it was a $100M asset) and Oak said “no”. Even though it was their obligation, it got very contentious.
18. First Republic Bank goes bust overnight in May of 2023 causing serious issues for AREH to operate given the quantity of bank accounts and the portal that was used to move funds around. Shortly thereafter all of Simpson’s long term relationships leave the Bank except for Christy Santoro (she knew Simpson since 2017).
19. During the first half of 2023, I as the leader of AREH, saw budgetary issues and had to react with tough cost cutting measures that were not something I was proud of but I had no choice. One of the many budgetary issues was that Chassen was receiving $600,000 annually (he purports this in his bond pleading in Oct of 2023). I had to evaluate exactly what each person was doing and how their cost could be justified. Additionally, I was the only one that was financially sound enough to make it through the storm as I built my personal balance sheet over many years and I was very conservative. Chassen went from

living in a tiny apartment to huge 2.5M house in Westchester in no time, he buys two $100k vehicles, and buys another big house in the Hamptons with his family. The pressure on him to sustain was huge, I was able to make decisions that were not about my pocketbook because I had liquidity and net worth outside of AREH on purpose.

20. Kevin Wiener (Michael's brother) joins the dialogue by June of 2023. It is unclear of his agenda but it was not positive, friendly or inspiring. Chassen informed me that Michael Wiener got a mandate from his family to stand down because so much of their capital was eroded and Kevin will step in (Michael invested the proceeds of Viscor above in other businesses that failed). Kevin starts to write messages that were not constructive including false promises to start "papering" the file but nothing had merit, it was all optical illusions and it really frustrated me.
21. July 2023 – evidence shows (without discovery required) that Oak and Chassen were in pursuit of their collusive plan, notwithstanding Chassen stealing from me personally (over $600,000 initially, $500,000 for his benefit of the Line of Credit that he could not pay off) and from JJ. This dovetails into the August 1st, 2023 Contract that Schwartz tried to tell this Court is in full force and effect but it was predicated a new JJ Line of Credit loan closing from Connect One bank, explicitly, and Chassen could not qualify and tried to commit bank fraud and tried to push me to participate and I refused (which hurt me the $1M I distributed at a tough time). This was discussed on the record over a year ago.
22. July 7, 2023 – secret meeting with Infinity (Chassen's cousin that was a partner in two AREH properties), Oak, Chassen, and Miller (former junior partner / employee with explicit obligations to JJ and its principals in her various agreements) where she later admits that she handed out confidential information and Simpson was explicitly avoided on purpose.

23. Given the potential litigation threat, JJ hires (on my suggestion, not Chassen) a non conflicted corporate counsel (Len Breslow of Breslow and Walker) to review the documents and they told me to rest assured that I had nothing to worry about as I was the only one in control and provided the solutions I noted above. He also advised me that there were only 3 options:
    a. Find a new money partner
    b. Dissolution
    c. Bankruptcy

24. Oak vaguely mentioned they hired consultants and insists on "collaboration" but it was already clear that they didn't know how to do this in a controlled manner based on feedback from lenders, partners, vendors, and employees.
25. July 19th, 2023 memo (the blueprint of what has occurred, in concept) was sent in e mail from Oak to Simpson and Chassen per the above. I demanded that Chassen notify them that he could not proceed with their solicitation (prohibited in the agreement), he refused. This was not the first act of insubordination and I notified him of this in writing. Of course this kind of thing is part of "Cause" in the JJ and AREH agreement on both parties. Section 7 prohibits Oak from doing anything contrary to the Managing Member and they did exactly that.
26. Over the next two weeks, countless threats and improprieties, Chassen lies to me and positions himself to officially work with Oak on the hostile takeover. During this time, Chassen solicited me to commit bank fraud for a $1M line of credit that he was going to benefit from. I refused and this is illustrated in the Court documents.

27. Chassen starts to be the Oak mouthpiece, he tells me that I can go the easy way or the hard way. Oak had decided that they wanted to reshuffle capital stacks (including other investors) and I refused to do anything of the sort as Managing Member without prior consent of the investors.
28. August 1st, 2023 – I signed the "Contract" with Chassen for the JJ property transfers predicated by the CNOB loan that never closes because of Chassen inability to comply with the requirements of liquidity. I later find out that Chassen lied to me and told several people that he needs to quickly execute this contract "before he sours the relationship"
29. August 4th, 2023- Chassen signs a joint defense agreement ("JDA") with Oak and Infinity. He also asked FRB to remove me off all my banking accounts, they did immediately (including my personal accounts), I was not made aware until I spent hours in a bank branch on Monday, August 7th, 2023.
30. Chassen sent a text message to Miller saying "I am going adverse to Jeff today", she provided this to me She also told me that he asked her to communicatee to me that he was out sick but he actually was not.
31. August 5th, 2023 – I sent a notice of termination (defined as Resignation) to Chassen for "Cause." I followed by advising FRB (sole business bank) and Computero, our IT consultant, neither responded to me. I had every right to do this in the Contract, no Court intervention was required.
32. August 6th, 2023 – I attempted to contact my key staff members and all ignored me, except for Tristan Last, who is the only one that kept her integrity.
    a. Chassen sends an improper notice of termination to Simpson. There is no world in which I fire someone and then they can attempt to fire their own boss afterwards.

b. Oak sends a removal letter of JJ *within 1 hour"), in addition, suggesting Cause events (which if they wanted to do that, there was a contractual process with Notice and Cure). And how can they purport to remove JJ if they wanted to keep Chassen around to check boxes for lenders.

33. August 7th, I sent a legal notice to the parties demanding that they course correct from their illegal and improper behavior, which included theft, collusion, etc, they refused to comply.

a. I was locked out of my office (Chassen asked Paul to do this), electronic systems and bank accounts (including my personal ones).

b. Chassen and Oak directed the office staff to work from home to avoid me as I was a threat. That week they also communicated with each other about how to "build a case against him", they solicited my staff to write fictitious letters about me in trade for indemnification and Chassen made improper money transfers, a few examples.

c. I went to FRB that day and they didn't have any record of me whatsoever as if I didn't have a single bank account. They eventually froze the accounts on my demand to stop whatever was happening temporarily. The banking access with JPM is still an issue over a year later. The bank did bad acts and they should be penalized for it.

34. August 10th, 2023, Oak filed a complaint in SDNY against me personally to support the August 6th improper removal above. It seems that it was never pursued but was left active until March of 2024, without any Motions, Notices of Hearings that I am aware of while this very State Court action was running concurrently .

They funded Chassen's litigation (not permitted in the agreements) and joined the NYS Action as a Movant when he lost (Nov 2023) but didn't withdraw or dismiss the SDNY case. Discovery surrounding this relationship has been avoided for the entire time but the Courts

allowing their motion practice and withdrawals when necessary to avoid it. They were also suing me in two Court venues at the same time for the same issues besides losing their right to pursue me when they dismissed an action against me but then only started a new one on the same grounds.

I also met with Chassen (prior to litigation) hoping a resolution could be found. He told me he gave everything Arch related to Oak and they were giving him a $200,000 salary and paying his legal. He sent a text message later that day that illustrated the work that him and Oak were doing together and more hostile threats that soon they would "start acting like animals" against me

35. August 14th, 2023, I filed an Ex Parte Emergency Action TRO request in NYS Court (given jurisdictional requirements within the documents, Counsel suggested that this was the right path), against Chassen and FRB solely to simply get AREH and JJ control back as a first step. The case gets assigned to Judge Joel Cohen in the Commercial division. After a week of harsh controversy, I ultimately get a favorable TRO but Cohen also allows Chassen to be reinstated to maintain status quo until the PI hearing.

    a. Even though Judge Cohen said on the first hearing that Chassen did "***extra illegal"*** activities and *he read the JJ Operating Agreement Amendment 1 (from Nov 2021) that Chassen had virtually no rights since 2021*, he was giving him consideration after what he did. This was concerning in the early stages of the litigation. It was not considered later by the Courts that Cohen confirmed that Chassen had virtually no rights. That would have precluded him from further actions as he was fired properly and officially and for good reason due to criminal activity.

b. There was a negotiation of what this initial Order should be *and Judge Cohen suggested rewriting the operating agreement*. I pushed back and said *that it would require an immediate bankruptcy because the individual investment property loan documents don't allow for unconsented and instant change of control***.** The proposed order that they provided looked like a mirror image of the July 19th, 2023 memo. Cohen ultimately denied these requests and signs a TRO on August 22nd, 2023, mostly in my favor. Fried Frank (representing Chassen), lied to the Court that they were not working for Oak and that Chassen had management authority that he did not have contractually (evidence shows that they knew to the contrary). Fried Frank was also pursuing a foreclosure against AREH's Brown property in Philadelphia at the same time for a lender. They were also hired by me at AREH, not that long prior, which means there was a representation conflict of interest that was required attention. No one cared of this attorney conflict.

c. Cohen acknowledged that Chassen stole from me but diminished the amount as if it was insignificant. The amount is above the $75,000 federal jurisdictional requirement.

d. The IT vendor admits that he stole my intellectual property and sends a legal letter via an attorney and points to Chassen.

e. FRB / JPM is not helpful, they provide limited bank access and Cohen is apologetic for their involvement

36. August 23rd, 2023, I return back to work, try to get things back on track. Oak pretends that they didn't have anything to do with Chassen's maneuvers and they demand that I quickly sign a PSA to sell their 2501 Biscyane property. I conducted a proper corporate investigation of Paul and Miller (with witnesses and legal counsel guidance) to see what

happened and I learned more bad acts, further articulated in my 2nd notice of termination of Chassen on August 30th, 2023:

a. Chassen and Oak colluded heavily, they solicited staff to "build a case against me" and solicited staff letters to destroy my character. They also worked collusively together on all of the actions that Chassen conducted. Several junior partners / employees admitted that they assisted in the efforts improperly, such as Michelle Miller and Jason Paul.

b. Learning these facts had me question Oak about their involvement and they refused to share. I was also entitled to documentation of all that happened during this time by the Court Order. They still refuse to share certain key documents like their full "joint defense agreement" and the indemnitees that they executed with Chassen and others.

c. Chassen spends this time in the office (Court granted) simply to advance his case by further solicitations and using his access to information to feed it to Oak or simply upload it to NYSCEF for his case.

37. August 30th, 2023, I sent Chassen a JJ Arch Defaulted Member Loan which was also a Default Loan under the JJ Agreement since he was out of balance in the Capital accounts by $1,200,000 and if he were to take distributions during this time (he always needed my permission anyways) he was going to lose his Membership interests that were pledged to me and subject to immediate foreclosure, per the agreement. This occurred, he refuses to acknowledge. Cohen doesn't seem to give this the contractual merit it deserves.

38. September 29th, 2023, successful Preliminary Injunction against Chassen. After he pleads for a bond (he makes contrary statements to the latest "new" Complaint) and admits that he committed the acts that he did for justifiable reasons, he does not receive relief as it is

prohibited under 7.5 (B) of JJ Arch. He does not appeal this decision either. During the preceding weeks Chassen complained to the Court that I could not fire him again, even though my Cause letter was proper, he sought contempt of Court of me.

a. My attorney at the time, Adam Leitman Bailey, was threatened by JPM that if he represented me further, it was an ethical violation of conflicts. He dismisses me by sending a huge bill and then sues me for it and gets a AAA award against me, which I object.

39. JPM continues to be difficult on banking access so much that it made clearing payroll almost impossible, even though the funds were available. Cohen thanked the bank for their patience and felt bad for them rather than enforcing them to follow the operating agreement or questioning why they did the acts of August 4th, 2023 above.

40. October and November 2023 – Oak joins the litigation as the Movant (the SDNY case is still in existence but no activity). They aggressively chastise me every way they can to convince the Judge that they did in fact help Chassen and that it was all proper and I was a bad actor and manager. The theme of mismanagement becomes the highlight but it does not consider that funds are required to manage. They reissued their notice of removal of JJ for Cause and Judge Cohen allows them to proceed. He shows his favorable bias toward them by suggesting that I could defend myself for these Cause allegations but that never happened as they kept sending in TRO's and Cohen made up his mind without any support other than papers and Affidavits (contain perjury about me).

41. During this period, Chassen is still working in affiliation with AREH even though that is not possible given that he was only affiliated with me at JJ.

42. Before Oak gets temporary control of AREH, by Cohen on November 2nd 2023, they filed a separate action in NYS Court asking for a Declaratory Judgement to preclude a chapter filing of AREH into bankruptcy . Restructuring Counsel appeared in NYS Court (on my request) to say that this is not a State issue, it is a Constitutional issue, Judge Cohen shuts him down.
43. Restructuring counsel removes this individual case to SDNY. Judge Carter was assigned to the case (emergency relief) and he was asked for a TRO. He granted it following up with an immediate conference call on October 27th, 2023. Once he heard arguments for 1 hour about why I should be stripped of a Constitutional right, he suggested that the parties meet and confer and try to come to a global resolution. He asked all parties if they will verbally accept this process for 1 week and all said yes. He concluded that if the parties did not reach settlement, he will likely release the TRO because he didn't see how it was lawful to hold back any chapter filings and of course he cannot comment on if those filings will or will not have merit but that is not the point in question, all contained in the transcript of the conference.
44. Simultaneous to the above, Oak was still pursuing TRO relief in the main NYS case from Judge Cohen. Judge Cohen granted them a TRO which precluded me from filing AREH in a footnote. They also forcefully tried to install a Receiver. Cohen didn't accept it but those attempts were a trigger in the loan documents in addition to their initial Change of Control, full recourse events. Several lenders even sent letters of default stating this. Cohen did not acknowledge.
45. Oak then withdraws the SDNY Declaratory Relief on bankruptcy Motion and does not fulfill the obligations that they made to Judge Carter, since they had a better outcome with Judge Cohen ruling on a federal / constitutional matter improperly and without jurisdictional authority. .

46. Several hearings occur in November where Oak convinced Judge Cohen to oust me and give them control of the company. Not only did he do that, he provides Chassen with an additional right of consent for JJ that only I had as managing member. He said it shouldn't be a proxy but it was. This was the key factor for Oak to start fulfilling its mission in transferring properties to lenders in trade for guarantee relief, circumventing me and over $100M of other investors.

47. By December they shut down the AREH office, turned off my e mail, took away my health insurance too.

48. As part of the "change in control" I was owed significant payments for my service to the company in my daily dedicated work, they refused to pay even though Judge Cohen's Order said that they had to fulfill the obligations of the agreement and were fiduciary responsible to all, including me. I also sought contractual indemnification to Oak for legal expenses, they refused even though there is an "advance" clause.

49. I made a claim to the insurance carrier in November and starting receiving legal assistance in December. I had already spent $300,000 in legal that was not reimbursable by the policy as it was "pre claim / pre tender" expense.

50. The conflict in State Court continues, Judge Cohen is seemingly unwilling to listen to any evidence or arguments that he jumped the gun on his rapid fire TRO's. He was not understanding that until the change in control, I was working 16 hours a day trying to keep AREH alive without any investor or lender funding. I simply wiped my family's liquidity in hopes that I would save the company.

51. Now that I had defense funding (through insurance), I hoped to get legal counsel to defend this so that I could move on and try and make a living to support my family. The controversy had most law firms scratching their head saying "how could this happen"? I had at least 10

different lawyers and others call Oak to try to find a way to settle this and they refused. Even investors called and offered to visit them in Toronto with me, and we were told “no”.

52. Multiple lawyers convinced me that Cohen’s rulings made no sense and they were going to show him why property conveyances were happening concurrently and inappropriately via Oak with Chassen’s consent proxy, disregarding my consent rights. Judge Cohen did not recognize the concern, he focused on “motion practice” and told us to appeal.

53. By February, 2024, we requested an appeal to NYS AD1, asking for CPLR 5519 and 5518. They denied 5519, but said that the group of Judges would review the control and conveyance issues. I asked Oak to hold back moving property while the appeal was pending and they refused. They fraudulently conveyed (without my consent, even though I notified them and the lenders of this) almost $200M of property already. Chassen also puts me on notice that JJ liabilities outweigh its assets, referring to claims by Oak.

54. March 7th, 2024, JJ files bankruptcy (no reply from AD1 prior) in hopes that the Court will see that control is contractual and most importantly, the properties needs relief. Oak claims that JJ doesn’t own anything, that is refuted by me because it is factually incorrect.

55. The bankruptcy papers show it all but Oak and Chassen refused discovery 4 times (in that forum). They make motions and then withdraw them since discovery was granted. Judge Mastando was not willing to look at what Judge Cohen did as it relates to control and although the NYS main case and all other cases were moved and stayed, he ordered remand citing that he must rely on Judge Cohen’s Orders as a precursor. We sought an appeal on June 24th, 2024 (08649 JAV).

56. My ability to perform JJ’s bankruptcy was extremely weak. I was still struggling with bank account issues via JPM, I lost my income and staff (including data required for reporting since Oak has control of the systems), and then Oak uses its control of AREH to sue GAIC

for providing insurance coverage to JJ allegedly improperly. GAIC stopped funding multiple lawyers on my behalf and for JJ (even though they committed to and signed their retention applications) and proceeded with an Interpleader action in NYS Court by May of 2024, per #2 Active Litigation above. I detrimentally relied on their funding to have an expensive and complicated Chapter filing that they officially endorsed in writing. The JJ Archs law firms immediately disband from me and say it is "attorney client relationship deterioration", upon notice of payment concerns. Also, Chassen made a demand for insurance coverage in April of 2024 (6 months later) and the carrier has their concerns there too but it was convenient for that to happen simultaneously with AREH (via Oak) suing the carrier.

57. I lost several months trying to find replacement counsel and I was also stretched for liquidity. When I did ultimately retain counsel, Davidoff Hutcher and Citron, they did an amazing job of illustrating the issues but too much time had passed and I clearly lost credibility with the Judge. By October, 2024 the bankruptcy is dismissed with a 50 page opinion that suggests potentially bad faith filing but it leaves an opening for relief as the control issue is still in Appeals with the Magistrate SDNY Court..

58. Chassen seeks relief from This Court, amidst corp Chapter filing proceeding and it grants relief on assets that are scheduled per the JJ Arch. How can this happen?

59. DHC walks away from me upon the dismissal, in concern of lack of future funding. Now I am left with no lawyer and no funding for a lawyer. Everything I own is in distress because I haven't earned an income in almost 2 years. I begged GAIC to assist and they said "possibly".

60. On Feb 19, 2025, I learned that Chassen filed Lis Pendens on 2 of the 4 JJ Arch properties, in NYS Court, on Oct. 10th, 2024. The Chapter filing was dismissed on Oct. 11, 2024.

61. Chassen and Oak try to attack me in NYS Court immediately (Oct and Nov 2024), they ask for Criminal contempt against me for a bad faith filing, they seek having me incarcerated.

62. I did not have Counsel and the new harassing pleadings against me are beyond overwhelming. My health has deteriorated. I asked the Court for continuance for sourcing Counsel, I was told "no" except for criminal allegations (which were brought up in the proceedings and Your Honor did not stop them). This was surprising to me and others. Now I was a Pro Se litigant, I am not a lawyer but familiar with my business and the documents. There are constant actions being made and I have no way to defend to stop this chaos.

63. I ended up going to NY State Court 3 times from October until December, each time I pleaded with Judge Cohen to please read and refer to the documents and prior hearings. I totally understand that Judge Cohen has a full case load. Unfortunately, there have been times when decisions or statements in the past were misstated in more recent hearings. Examples that can be found in the court transcripts of October 23rd and 30th. He made many misstatements as follows (in transcripts):

    a. "You filed a bankruptcy, you don't get a trial"
    b. "I never provided Simpson with any relief," but he did and I reminded him and he then acknowledged.
    c. I was able to correct the record on a handful of items where I pointed to Judge Cohen what he said in prior transcripts but then made contrary rulings. The transcripts do record me correcting him. ~~And~~ If you go by his initial review of the documents and how he read them, none of this could have happened contractually. He is not willing to acknowledge that he made serious mistakes and will not reconsider.

d. Most notably I shared that his "change in control" caused horrific damage to the business and property and to me personally as it was not permissible in the contracts.

e. November 7th, 2024, I submitted an ex parte emergency relief request. It took 3 weeks to get a hearing after pleading extensively for one. Although all that I sought was justified, he said no on all fronts. I reminded him again that his change in control didn't take into consideration the corporate documents that all parties agreed to and therefore did not deal with contractual property consents (citing a $20M sale that just occurred) and he said he didn't care.

64. I have made countless attempts to connect to NYS Supreme Court administrative judges for help with the Bias of Judge Cohen but received no assistance. In my first attempt, Judge Kaplan took my inquiry and sent it to the whole case which only caused more bias and prejudice against me. I have made Civil Rights claims to DOJ. I also made a complaint with NYS Legal Judicial Council.

65. As a take away from the last hearing, Judge Cohen would not demand GAIC to fund legal for me, even though they wrote a letter to Court, stating they wanted to but then changed their view and will not do so without a Court Order. I had an ex parte Motion on the agenda for the day and he did not allow time to provide an oral argument on the issue.

66. The only positive was that Judge Cohen realized that an evidentiary finally necessary but also acknowledges that it will take months and I need counsel. Given that he refused to review the property transfers as a result of his Orders and that they are still conveying property in real time, that is a serious concern that needs immediate relief by a Court. It also appears that the trial is positioned to focus narrowly on Oak and Chassen claims of

Cause on me rather than investigating the overall issues initially raised by me in the initial Complaint. Seems like too many different ideas

67. Any lawyers sufficiently staffed for this case require funding upfront of retainers of 250k to 750k to appear in this case with the history and the mess that was created by Judge Cohen meddling with contracts and changing them.

**68.** The insurance carrier writes a letter to the Court suggesting that they will fund a $250,000 allocation to me to cover myself for the hearing. Judge Cohen essentially tells them they don't have to and they pulled back! THIS TOO IN UNCONSCIABLE. They have a contractual obligation and NYS insurance law obligations.

69. As of December 5th, 2024, much dialogue occurs between counsel and the dispute regarding the active JJ Magistrate court appeal which is on the verge lapsing and there is no counsel willing to continue, who had an obligation to do so and no new bankruptcy attorney will jump in quick enough to meet deadlines. The fireworks happen daily and have severe consequences on my well-being and Civil Rights per the 14th Amendment.

70. I wrote countless letters in December to the Courts begging for relief. Judge Cohen agrees to allow for limited discovery and live testimony. I immediately thanked the Court and illustrated what I proposed to defend myself. Judge Cohen stamped the letter with no objection and said that the parties could object "timely"

71. Robert Lorenc decided to help me in December 2024, on a limited basis. He is immediately challenged by Schwartz on the scope of the upcoming hearing, which was initially scheduled for January 14th, 2025 as Chassen demands his Motion 17 is an emergency and it is the furthest thing from the truth.

72. Lorenc and I spend significant time preparing. I push on Lorenc to write to the Court to make sure that they are aware that Oak and Chassen are trying to change the narrative of

the hearing and trying to avoid telling the truth and providing discovery once again. This is where the break down occurs. It's not because I cannot keep lawyers, it is because this horrific situation has no merit, enforcement or practicality in any sense.

73. Just last monthweek Lorenc and I have an ex parte communication with Judge Cohen, he shares how important this hearing is and that I can lose control of JJ Arch. He does not get into the case details but does not allow Mr. Lorenc out and says he was not give a stay and that since he is presented with an "Emergency" he must take that seriously. We have evidenced that the emergency is that these folks are collusively attacking me, my family, my civil rights etc, nothing to do with the JJ Arch properties.
74. Several Chassen settlement proposals are discussed attached with blackmail and threats.
75. Last month I was attacked in a deposition for 8 hours by various lawyers via intimidation techniques.
76. The Insurance carrier is watching from the sidelines and refuses to help other than to mediate if the opportunity presents itself.
77. Last month, I learned that chassen put LP's on two of the JJ properties without noticing me whatsoever and trying to hold up sales contrary to a court order.
78. Again, Chassen's lawyers were pushing to work with Lorenc on a settlement that I will no longer agree to, given the further damage that has been caused to me and future damage that will likely result from it but notably it included circumventing Oak which was curious to say the least.
79. No material discovery has been issued or provided, again.
80. The last month have been plagued with terrible litigation and Cohen being extremely biased and the result trying to incarcerate me and take whatever is left from me.

I respectfully request that the court consideration and assistance as I will be removing the various cases to the SDNY to approach and ensure that due process is properly upheld by allowing the "constitutional court" to review these ongoing concerns without bias

/s/ Jeffrey Simpson

**Related Cases**

---------------------------------------------------------------------------------------------------------

Derivative Active Cases below:

1. L&W Supply Corporation v. Arch Builders New York LLC & Je rey Simpson NYS Case 650671/2024, Judge assigned Lyle Frank

   Status: This is a case where Oak was to defend for AREH and A iliates (per the Nov 2nd 2023 NYS Court Order) and chose not to. I was named personally, even though I did not sign this obligation in a personal capacity. I engaged O it Kurman for Counsel and they walked away when the insurance proceeds halted. If I did not bring on emergency counsel last week, I would have faced a personal judgement on 12.23.23 of $500,000 improperly. Now there is approximately 30 days to revisit the situation.

2. White Cap L.P. v. Arch Builders LLC et al (including Je rey Simpson personally). January 24th, 2024

   NYS Case No: 150701/2024

   Status: Unknown

3. 435 Central Condo Development Holdings LLC et al v Midtown Oaks JV Holdings LLC et all (including Je rey Simpson personally), May 3rd, 2024.

   NYS Case No: 652392/2024

   Status: AREH Defendant (not controlled by me currently and they intentionally and improperly carved me out of their defense initiatives) appears to be seeking reassignment to Judge Cohen and possibly consolidating into main case above (158055/2023).

4. 146 89 Street Funding LLC v. 146 E 89 Borrower 1 LLC et all (including Je rey Simpson personally), January 11, 2024

NYS Case No: 850010/2024, assigned Judge Francis A. Kahn III Status:

NYS foreclosure of Real Property in Process Inactive cases below:

1. 608941NJ Inc. v Je rey Simpson, August 10th, 2023

   SDNY Case No: 1:23-cv-07089

   Status: Unverified but seems inactive since February 2024.

   Note: There has been perception created that I initiated litigation but this action did. Oak watched Chassen's case in NYS unfold (initiated by me in defense to regain control of my company). After he failed (they funded it too), they became a Movant in NYS action while keeping this case alive simultaneously to presumably keep their options open.

2. 608941 NJ Inc. v Je rey Simpson et al Declaratory Judgement precluding bankruptcy, October 11, 2023

   NYS Index No. 654963/2023

   SDNY Case No. 1:23-cv-8966

   Status: After this seperate NYS case removal to SDNY on October 11, 2023, TRO was issued, followed by conference on October 27th, 2023 with ex Parte Judge Andrew Carter. Plainti withdrew the case immediately after it was not going favorable and SDNY was encouraging settlement.

**From:** Jeffrey Simpson <jeff@rmhamptons.com>
**Sent:** Friday, May 16, 2025 12:10 PM
**To:** Bunin, Martin; Eric Huebscher; Benjamin Robert Rajotte; allen@allenschwartzlaw.com; Jared Chassen
**Subject:** Fwd: IMPORTANT - Garage Keepers Liability Insurance - Inspection
**Attachments:** 1640 Motors - Inspection May 2025.pdf

You don't often get email from jeff@rmhamptons.com. Learn why this is important
[**Warning**: External Email]

The information on insurance was submitted days ago.

You all have been successful in trying to sideline me for Property that's fully mine and no one has any authority other than me putting aside a court order that was based upon false pretenses. In the meanwhile this property is being burned down which appears to be with neglect and malicious activity. Ben is not available at the moment and I am being bombarded with calls across-the-board and I can't answer anybody given the court order, which I'm trying to respect every which way I can. There's nothing worse than the execution of what you've tried to accomplish here, the worst I've ever seen and I've done a lot of transitions in my career. So make a decision how you're going to handle this. There is no world in which any judge will suggest that somebody comes in and takes over the property and ignores everything of relevance so it all goes down the tubes in a few days.

The receiver hasn't invested one dollar in this property. Nothing about his installation is proper and the conflicts are overwhelming.

Chassen is a crook, you don't care about that but you should care if you read the documents.
So now it's being burned down and I am being forced just to watch and that's not going to work.
I will not break the court order but I'm going to make a stink in Court immediately. Shame on you for who you are and what you do. There are countless articles about receivers and their corrupt nature. No surprise what's happening here.

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Simpson <jeff@rmhamptons.com>
> **Date:** May 16, 2025 at 11:59:47 AM EDT
> **To:** nlee@hamptonsriskmgmt.com
> **Cc:** Yael <yael@rmhamptons.com>, Accounting <accounting@rmhamptons.com>, compliance@hamptonsriskmgmt.com, ma@hamptonsriskmgmt.com, Benjamin Robert Rajotte <rajb@mllg.nyc>
> **Subject: Re: IMPORTANT - Garage Keepers Liability Insurance - Inspection**
>
> Eric Huebscher

We sent him your information I don't know what to do.

Sent from my iPhone

On May 16, 2025, at 11:52 AM, nlee@hamptonsriskmgmt.com wrote:

Good morning all,

We realize that you have advised that a Receiver has been installed to handle business matters. Would you be able to share contact information? As we have another matter regarding a recent inspection that needs to be addressed as well.

The inspection for the Garagekeepers Liability was completed and there are recommendations that must be addressed and complied with.

Please see the attached.

Please share our contact information with Eric Huebscher – or whomever has been assigned to handle matters – so that we may get back to the carrier and avoid a disruption in coverage. We have not yet heard from anyone on the Commercial Property policy that as you know cancelled on 4/4/2025.

Please advise.

Thank you!

*Nicole Kristen Lee*

Nicole Kristen Lee
Broker

**Hamptons Risk Management**
Office - (631)-537-6767
Fax - (631)-204-6818
Corporate Office - (888)-443-4378
www.hamptonsriskmgmt.com
2228 Montauk Hwy / PO Box 1199 Bridgehampton, NY 11932

597 Vanderbuilt Ave Suite 2 – Brooklyn, NY 11238
Office 718.581.9907

Please note, insurance coverage cannot be considered bound, amended or cancelled until written confirmation is received from our office. If you do not receive confirmation from our office within 48 hours, please contact us.

Information regarding the Fair Credit Reporting Act:
Consumer reports, including credit and insurance loss history reports, may be ordered in conjunction with this application. We may also obtain and use a credit-based insurance score developed from information contained in these reports. We may use a third party in connection with the development of your insurance score. These reports give us information that helps determine your eligibility for insurance, predict the likelihood of future claims, and determine the price you are charged. Typical information from these reports that may be used includes: prior insurance losses, number of revolving accounts, late payments and collections. Your credit and driving history information is provided by Choice Point, a consumer reporting agency. If you have questions at any time, please contact the office at number listed above.

This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person.

**Live worry-free with Hamptons Risk Management!**

| | | |
|---|---|---|
| NEIS PREMIUM AUDIT · LOSS CONTROL SERVICES | **CARRIER:** AMWINS ACCESS–NJ HACKETTSTOWN | **CASE ID:** 149866 |
| | **INSURED:** 1640 Motors LLC. | **DATE:** 04/18/25 |
| | **ADDRESS:** 1640 Montauk Hwy Water Mill, New York 11976 | **FIELD REP:** Dorothy Fischer |
| | **REQUESTOR:** | **POLICY #:** 2810009515-1 |

# Recommendations

## Recommended

| **2025-04-01** | **Oily Waste Disposal** |
|---|---|

A metal, self closing waste can should be provided for the disposal of oily waste, rags, etc., subject to spontaneous ignition.

## Recommended

| **2025-04-02** | **Exterior Housekeeping** |
|---|---|

Exterior housekeeping should be improved by removing all debris and trash. The material noted on the premises can only contribute to injury or personal loss.



| | | |
|---|---|---|
| NEIS PREMIUM AUDIT - LOSS CONTROL SERVICES | **CARRIER:** AMWINS ACCESS–NJ HACKETTSTOWN | **CASE ID:** 149866 |
| | **INSURED:** 1640 Motors LLC. | **DATE:** 04/18/25 |
| | **ADDRESS:** 1640 Montauk Hwy Water Mill, New York 11976 | **FIELD REP:** Dorothy Fischer |
| | **REQUESTOR:** | **POLICY #:** 2810009515-1 |

## Recommended

| **2025-04-03** | **Gas Cans** |
|---|---|

Gas cans with gas should be not stored inside of the building.



Please have the insured sign and date:

Insured Signature: ______________________________________________

**From:** jaredchassen@gmail.com
**Sent:** Monday, June 23, 2025 7:54 PM
**To:** Bunin, Martin
**Cc:** Allen Schwartz
**Subject:** Re: Call this week [F-F.FID1934821]

[**Warning**: External Email]

It could, 12 works better if possible.

Jared Chassen

On Jun 23, 2025, at 7:45 PM, Bunin, Martin <MBunin@farrellfritz.com> wrote:

Does 11:30 am tomorrow work?

Marty

**Martin G. Bunin,** Counsel
<image001.jpg>
622 3rd Ave, New York, NY 10017
Direct: (646) 329-1982
Cell: (917) 887-0056
mbunin@farrellfritz.com | www.farrellfritz.com
Albany | Hauppauge | New York City | Uniondale | Water Mill

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Monday, June 23, 2025 7:20 PM
**To:** Bunin, Martin <MBunin@FarrellFritz.com>; J Chassen <jaredchassen@gmail.com>
**Subject:** Call this week

[**Warning**: External Email]

Marty,

Is it possible we can have a call with Eric and Jared this week for an update about the properties other than Rever Motors?

Best,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Thursday, May 22, 2025 7:36 AM
**To:** Bunin, Martin; Eric Huebscher; allen@allenschwartzlaw.com; Jared Chassen; Benjamin Robert Rajotte; Sean Southard
**Subject:** Re: Call to order of the law
**Attachments:** 158055_2023_JEFFREY_SIMPSON_indiv_v_JEFFREY_SIMPSON_indiv_EXHIBIT_S__206.pdf; FILE_5823.pdf

[**Warning**: External Email]

[**Warning**: External Email]

[**Warning**: External Email]

Good morning
I'm sure you've seen a letter that Ben filed by now.
Just in case you haven't looked at the file which it appears you never did. Obviously you didn't check conflict of interest because you have serious ones with the maiden family, Bialsky, and hiring Sean Southard's firm (his firm was almost engaged by Arch to help with one of our distressed properties which also has very serious concerns of conflict of interest).

The attached August 1 contract, Allen Schwartz demands on the record that's enforceable. The same one where I have an email from Chassen to counsel that's in conflict, saying to them we need to get this contract done immediately before I sour the relationship with Simpson. Well let's see, I did my part, I paid off $500,000 of a loan for Chassen and the new loan could not be taken because he attempted to commit bank fraud and could not meet the liquidity covenants. Yes that's on the record in a transcript. The member loan that wiped Jared out is on a transcript. His own accomplice Michelle Miller agreed with the logic, David Heymann agrees who is the lawyer. And then there's Chassen lying to the bankruptcy court which is fully contradictory to what he told the state court and either way we have explicit proof of him admitting out loud that he stole my company and both Schwartz and Chassen have committed perjury. I love the early transcript or Schwartz told Judge Cohen that of course Jared doesn't work for Oak. Then he started to eat his words and Cohen reminded him about the serious allegations that were being made and then Schwartz confirmed again that Chassen does not work for Oak it did not work for Oak. Obviously that's not what he told the court in February of this year and obviously the joint defense agreement says something different.
Farrell Fritz lied to the state court actually in pursuit of state court action during the time of federal jurisdiction when it tried to go to Federal court aggressively and did not get what it wanted. Even the sheriffs office told me, why is this Eric person so aggressive he's so pushy?
Did Farrell Fritz actually look at the fact I started dissolution properly? Did you look at the ownership structure or any corporate documents before you agreed to proceed? There is no document that says Jared Chassen has any ownership in 1640 motors. It simply doesn't exist. Did you investigate the file before you attempted to take on assignment that has no merit? Did you look at the February 6, 2024 order which cohen confirms I have every right to sell the properties? You see unlike Jared and Oak and the folks you're helping, I have documents that have merit of what they're doing wrong.
You want to make claims that the auto shop is messy? Of course it is I'm not an administrator. I spent thousands of hours there to keep a business alive without pay. I've said this 1000 times, that's why I had Chassen. He was originally

hired for $75,000 a year to be my admin assistant. And then later he became an overpriced admin that had a big mouth and eventually showed that he had guts not to advance a business but to cause collusion. This is after I almost terminated him in 2021 for terrible behavior and he begged to restructure and we came to a conclusion he would never have any control over anything, hence the fully executed amendment. Judge Cohen even acknowledged in the transcript early on that Chassen has no rights since 2021. Oh and when he failed again in 2023 and I fired him, I hired someone named Raimy Klestadt to help me and he was aggressively nasty to her and she quit. Look at her name carefully and you will find that she is the daughter of Tracey Klestadt of the firm where Sean Southard is a partner. This may not be a conflict of interest but it certainly doesn't smell right
So now you the receiver is playing into this dirty game. Nothing in any receiver order ever gives you the right to do what you're doing when I am the full beneficiary of this property and frankly it's part of a bankruptcy, times two. We've already sent the letter to the bankruptcy trustee, chapter 7, for YJ Simco. They have a copy of the letter attached here which shows that Jared confirmed my ownership.
I've shared Ben's letter with countless news sources , with the FBI , with the state police, the DA, and we will see who's next. I stand up to my word on integrity and honesty and I do not stop until justice is served.

As Jared says to me in fake alias phone number text messages that I could trace back to him "good morning, I'm sure you're not having a great day".

God willing the court will finally take the situation seriously and Ben is prepared to take it to whichever court is needed because the line has been crossed a long time ago and now it's obvious.

All rights reserved

Have a great day.

Jeffrey Simpson

Sent from my iPhone

> On May 21, 2025, at 4:15 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Mr. Rajotte will be sending a letter to the court shortly.
>
> Given the actions I've seen I respectfully demand a call or meeting this evening with all parties here to discuss the criminality thats occurred here. My cease and desist letter was ignored. The urgency of the damage requires action now and if you choose to ignore me I will be on the phone with every actionable criminal justice agency demanding immediate action which be in pursuit of crimes such as theft, perjury, impeding and trespassing on property, defamation and the like. The pursuits will be appropriate for individuals are who continue to commit crimes. I cannot control what they will do but I will not stop this evening until this is investigated. So the choices are to hear me out on the phone and actually look at documents properly for what they actually say so you could hopefully gain some religion or ignore me and I follow the above or get on the phone and ignore me and I follow the above so those are the choices. I have my rights as a citizen and I do not need to be abused any further here with a bunch of criminals. So this is your last chance to course correct. If not, you know the reaction and it will not be with anything illegal on my side I will follow the law but I will follow it the nth degree until justice is served right now. You have until 5 o'clock to get back to me with the time for a call or I start making my phone calls and I start down the path that's not going backwards including also calling the bond.
>
> All rights reserved

Jeffrey Simpson

Sent from my iPhone

# AGREEMENT

**THIS AGREEMENT** (this "Agreement"), dated as of August 01, 2023, is made by and between JEFFREY SIMPSON, an individual ("Simpson"), YJ SIMCO LLC, a New York limited liability company ("YJ Simco"), and JARED CHASSEN, an individual ("Chassen", together with Simpson, the "Parties", and each, a "Party").

**Recitals**

A. The Parties collectively own, either directly or indirectly, either individually or with its affiliates, membership interests in each of 1640 Montauk LLC, a New York limited liability company ("1640 Montauk"), 1640 Motors LLC, a New York limited liability company ("1640 Opco"), 225 HPR LLC, a New York limited liability company ("225 HPR") and 550 Metropolitan Ave LLC, a New York limited liability company ("550 Metro", collectively with 1640 Montauk, 1640 Opco and 225 HPR, the "Companies").

B. The Parties desire to set forth their agreement that following the transactions contemplated hereunder, and regardless of the terms of any organizational documents for the Companies, Simpson shall directly or indirectly own 100% of the membership interests owned by the Parties of 1640 Montauk and 1640 Opco (the "Simpson Companies") and each of Simpson and Chassen, shall, directly or indirectly, either individually or through an affiliate, own 50% of the Parties membership interests in each of the Companies other than the Simpson Companies (the "Shared Ownership Companies").

**NOW, THEREFORE**, in consideration of these premises, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is agreed that the statements set forth in the recitals above are true and correct and are incorporated herein and made a part hereof, and that the Parties agree as follows:

1. **Restructuring and Acknowledgment of Ownership.** On the date hereof (the "Closing Date"), the Parties (and their respective relatives and affiliates, including but not limited to Deborah Chassen and Arielle Chassen (the "Chassen Affiliates")) shall transfer to YJ Simco, all of the membership interests in the Simpson Companies that are beneficially owned by Chassen or the Chassen Affiliates as of the date hereof other than 1640 Montauk. The Parties shall cause JJ Arch LL, a New York limited liability company to transfer 100% of its membership interest in 1640 Montauk to YJ Simco. The Parties also acknowledge that notwithstanding anything to the contrary in the organizational documents or books and records of the Shared Companies, effective as of the Closing Date, each of the Shared Ownership Companies shall be owned 50% by Simpson through YJ Simco and 50% by Chassen and or the Chassen Affiliates. The Parties furthermore acknowledge that effective as of the Closing Date, 225 HPR will be managed collectively by both Simpson and Chassen, regardless of the organizational documents of 225 HPR.

2. **Consideration for Restructurings and Acknowledgement**. In consideration for the transactions and acknowledgements contemplated by Section 1, Simpson shall pay (or cause to be paid) to Chassen, the sum of approximately $675,938.35, as set forth on Exhibit B, attached hereto (the "Purchase Price") which shall be paid as set forth below. The final Purchase Price

shall be determined by the Parties six (6) months following the date hereof (the "True-Up Date"). At the True-Up Date, the parties agree to amend Exhibit B with the most recent calculation of the Purchase Price. The Purchase Price shall be paid as follows:

(a) An initial payment of $500,000 shall be made to Chassen simultaneously with the closing by Simpson of that certain loan from Connect One Bank in the principal amount of $995,000 (the "Loan").

(b) The balance of the Purchase Price shall be paid to Chassen from the distributions paid to Simpson by 1640 Montauk, 225 HPR and 1640 Opco, which payments shall be made to Chassen at Simpson's discretion, provided that the balance of the Purchase Price shall be paid to Chassen at the sooner of (i) a capital event for the above listed Companies or (ii) the date that is twenty four (24) months following the Closing Date.

3. **<u>Chassen's Obligations regarding the Loan</u>**. In connection with the Borrower obtaining the Loan, Chassen agrees to guarantee 50% of the Borrower's obligation under the Loan and to execute any other documents as shall be reasonably requested by the Lender. Simpson agrees to use his best efforts to seek to have Chassen released as a guarantor from any such guarantee following any refinancing of the Loan. Simpson shall be responsible for making timely payments under the Loan.

4. **<u>Transfer of Automobiles</u>**. As of the date hereof, the Parties collectively, directly and indirectly, own certain automobiles and other vehicles. As of the Closing, Chassen agrees to transfer titles in all vehicles under his (or a Chassen Affiliate's) name to Simpson. Simpson hereby also agrees that, as of the Closing, he will transfer title for the vehicles listed on Exhibit A to Chassen or Chassen's designee.

5. **<u>Pre-Closing Amounts</u>**. The Parties agree that they shall each be responsible for or credited for (and shall indemnify such other Party as necessary) fifty (50%) percent of the net gains or losses occurring from the events described on Exhibit C, attached hereto that occurred prior to the Closing Date. At the True-Up Date, the Parties shall determine any such amounts and pay to such other Party, as applicable, so the total net gain or loss is equal between both Parties.

6. **<u>Indemnification</u>**. Simpson agrees to indemnify Chassen and hold him harmless against any and all manner of suits, claims, liabilities, demands, damages, expenses, attorneys' fees, and collection costs resulting from or arising out of the Loan or any other indebtedness of a Company for which Chassen has provided a guaranty ("Indemnified Loss") and shall pay to Chassen on demand the amount of such Indemnified Loss. This provision shall survive termination of this Agreement.

7. **<u>Parties' Representations and Warranties</u>**. Each Party hereby represents and warrants to the other Party as follows:

(a) Such Party has all requisite power and authority to execute and deliver this Agreement and to perform its obligations hereunder.

(b) This Agreement constitutes the valid and binding obligation of such Party, enforceable against such Party in accordance with its terms, subject as to enforcement to bankruptcy, insolvency and other similar laws affecting the rights of creditors and to general principles of equity.

(c) All beneficial ownership interests in the Companies owned by such Party (or its affiliate) are free and clear of any restrictions on transfer or restrictions under any U.S. federal and state and foreign securities laws, taxes, security interests, options, warrants, purchase rights, contracts, commitments, equities, claims, and demands. Such Party has not pledged, assigned, hypothecated or transferred any portion of its direct or indirect interest in any of the Companies.

(d) The execution, delivery and performance by such Party of this Agreement and any and all other documents executed by such Party in connection herewith do not, and the consummation of the transactions contemplated hereby and thereby will not, (i) conflict with any of the provisions of the organizational documents of any of the Companies or such Party; (ii) conflict with, result in a breach of or default (with or without notice or lapse of time, or both) under or give rise to a right of termination under, any contract, material permit, license or instrument to which any of the Companies or such Party is a party; or (iii) contravene any foreign, federal, state or local law, ordinance, writ, statute, treaty, rule or regulation, or any order, award, decision, ruling, decree, or other restriction applicable to such Party in any material respect.

(e) No consent, approval or authorization of, or declaration or filing with, or notice to, any governmental entity is required to be made by such Party in connection with the execution and delivery of this Agreement and any and all other documents executed by such Party in connection herewith or the consummation by such Party of any of the transactions contemplated hereby or thereby.

(f) There is no claim or action pending or, to such Party's knowledge, threatened, against such Party relating to, or seeking to prohibit or otherwise challenge the consummation of this Agreement or the transaction contemplated hereby or to obtain substantial damages with respect thereto.

(g) Such Party is not a person with whom a citizen of the United States is prohibited to engage in transactions by any trade embargo, economic sanction or other prohibition of United States law or regulation or executive order of the President of the United States or is named on the Office of Foreign Assets Control (OFAC) list or any similar list administered by a governmental authority to enforce economic and trade sanctions based on United States foreign policy and national security goals.

(h) Each Party has a direct or indirect benefit from the terms of this Agreement and therefore in consideration thereof agrees to the personal obligations set forth herein on such Party.

8. **General Provisions**.

(a) Governing Law. This Agreement shall be governed by and construed in accordance with the domestic laws of the State of New York without giving effect to any choice or conflict of law provision or rule (whether of the State of New York or any other jurisdiction) that would cause the application of the laws of any jurisdiction other than the State of New York.

(b) Entire Agreement. This is the entire agreement between the Parties with respect to the subject matter hereof. There are no promises, conditions, covenants or terms, which are not contained herein. This Agreement shall be binding upon and inure to the benefit of the parties and their respective successors, heirs and permitted assigns.

(c) Further Actions. Each of the parties hereto shall hereafter execute and deliver such further instruments and do such further acts and things as may be required or useful to carry out the intent and purpose of this Agreement and as are not inconsistent with the terms hereof.

(d) Counterparts. This Agreement may be executed simultaneously in two or more counterparts (including by facsimile or portable document format (pdf)), each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

*[Signature page follows]*

**IN WITNESS WHEREOF**, each of the parties hereby executes this Agreement as of the date first set forth above.

____________________________
Jeffrey Simpson

YJ SIMCO LLC

By____________________________
Jeffrey Simpson
Member

____________________________
Jared Chassen

AGREED AND ACCEPTED BY:
(SOLELY WITH RESPECT TO SECTION 1)

____________________________
Deborah Chassen

A. Jacobs
____________________________
Arielle Chassen

## Exhibit A

### Automobiles

1983 Black Porsche 911 SC – Completed.
1993 Mercedes Benz 230 GE – Completed. Chassen to pay for seats directly and for paint, of which $3,500 has already been paid.
2003 Land Rover Discovery

Exhibit B

Purchase Price Calculation

**Exhibit B**

| | | | |
|---|---|---|---|
| Buyout Of Jared from Rever | | $ | 1,186,329.48 |
| Plus: | Loan to Jeff | $ | 50,000.00 |
| Less: | Owed to Jeff | $ | (497,500.00) |
| Balance 88 | | $ | (53,229.64) |
| Balance 225 | | $ | 22,813.50 |
| Balance 550 | | $ | (32,475.00) |
| | | **$** | **675,938.35** |

| | Money flows as follows | Jeff | Jared | Outstanding Buyout Due JC |
|---|---|---|---|---|
| 1) | Closing of CNOB line, money is split 50/50 | $ 500,000 | $ 500,000 | $ 175,938.35 |
| 2) | Distribution of Schwenks Money | 127,854.64 | 127,854.64 | $ 175,938.35 |
| 3) | Outstaning due to JC, from next cash inflow/capital event | | | $ 175,938.35 |

Exhibit C

Pre-Closing Events – Payments

1. Nicola Zanghi
2. Jon Rodriguez

M|L
MAIDEN LANE

May 21, 2025

The Honorable Joel M. Cohen, J.S.C.
Supreme Court of the State of New York
New York County, Commercial Division
60 Centre Street
New York, New York 10007

**Re: Simpson et al. v. Chassen et al., Index #158055/2023: Emergency Request for an Evidentiary Hearing on Plaintiffs' Motion for Leave to Sue the Temporary Receiver for Breach of Fiduciary Duties and *Ultra Vires* Dissipation of Assets**

Dear Your Honor:

Since assuming control over the "JJ Arch Controlled Entities and/or Properties," one week ago, the Temporary Receiver, Huebscher & Co., has dissipated assets, trampled over the rights of creditors, exposed Plaintiffs to third-party liability, provided absolutely no reporting or accounting, and made a mockery of the Court's express mandate, pursuant to its Receivership Order (doc. #1360), that the receivership "maximize the value" of the subject entities, properties, and their assets. Rather than preventing waste, protecting creditors, and avoiding the "danger that the property will be removed from the state, or lost, materially injured or destroyed" (CPLR § 6401(a)), the Temporary Receiver is doing just the opposite by shuttering a profitable business, voiding its contracts, liquidating its assets, and placing my client in harm's way. Furthermore, this extends to assets owned by YJ Simco LLC, which has filed for bankruptcy.[1] The Temporary Receiver's actions threaten direct, immediate, and permanent harm to its creditors.

With respect to Rêver Motors ("Rêver"), it has become nearly impossible to keep up with Receiver Huebscher & Co.'s duplicative requests for information, all of which has been provided to the best of our abilities, and notwithstanding that Plaintiffs are prohibited from contacting former staff and lack further access to any of the business' books and records beyond all that which has already been provided. Notwithstanding the collegiality of counsel for all sides, undersigned counsel has expended dozens of hours in attending to the Temporary Receiver's frequently repetitive and unduly burdensome demands. In one example, well over an hour of attorney time was spent explaining, by email, where to find and how to use a set of keys left at the building for safekeeping, including twice sending a video of Simpson dropping them off.

We respectfully request: (1) that the Court hold an emergency evidentiary hearing, in which Receiver Huebscher is called to testify and attest to compliance with the Court's Receivership Order over the past week; and (2) upon the Court's finding of cause from evidence

[1] In re: YJ Simco, LLC, Case #1:24-bk-10437 (LGB).

adduced at the hearing, that the Temporary Receiver be removed (CPLR § 6405), and Plaintiffs be granted leave to file suit for restitution and damages on account of the Temporary Receiver's breach of fiduciary duties, ultra vires conduct, and gross mismanagement and/or malfeasance. This request is made ex parte, although counsel for Receiver Huebscher & Co., and for Mr. Chassen, respectively, were notified Monday. The harm nevertheless is proceeding rapidly.

Rêver's abrupt closure has infected all material aspects of its goodwill in the community as a bespoke and market-niche automobile restoration shop, rendering it impossible for the business to complete the contracted-for restoration of over fifty vintage automobiles – including half a dozen near-complete vehicles that were due for delivery only weeks from now. As we understand, the Receiver is directing those customers to tow away their vehicles unfinished, in at least one case demanding that the customer pick up the vehicle in its current state of completely unassembled parts. Substantial work was paid for in most cases, exposing Simpson to avoidable liability. Virtually all customers relied on Simpson's individual involvement and craftsmanship in entrusting him to fully restore one-of-a-kind vintage vehicles, some built from scratch.

Several vehicles were repossessed by a creditor, NextGear Capital, during the night as collateral on a revolving line of credit that is personally guaranteed by Simpson. Approximately $3,000 was immediately due to be paid on the loan, and Simpson had a positive track record with the lender. No inventory has been provided nor photographs of the space. We are in the dark. Workers were left unpaid from approximately $25,000 assumed into receivership from a Citizens Bank account on or about April 24, 2025. Most appear to have walked off. The Department of Labor is investigating. Simpson is receiving exasperated calls and messages from customers, to whom he is unable to respond. My client is exposed to multiple third-party claims for breach of contract. He was defamed in New York City, his reputation was tarnished at his synagogue, and now the same pernicious harm is spreading to a business that was simply a passion project.[2]

Rêver has nothing to do with Arch Real Estate Holdings, LLC (the "Arch Companies"), nor with 608941 NJ, Inc., but it has been taken hostage, plundered, and destroyed out of gamesmanship and apparent retaliation. Simpson has lost virtually everything. At the heart of this case, he is an outspoken fiduciary who is now cast as the sole whistleblower to the greater dissipation of the multimillion-dollar real estate portfolio once managed by the Arch Companies. The destruction of Rêver, liquidation of its assets to the detriment of its creditors and customers, and devaluation of all four properties under receivership generally, is a metaphor. It provides a window into the harm that Oak is causing to creditors and investors in the Arch Companies.

If there is any threat to rule of law, it comes not from how my client expressed himself in the Courtroom. To be perfectly clear, addressing Your Honor in such a manner is anathema to undersigned counsel. I wish only to add that Simpson is a first-time litigant. He was left without counsel abrutptly more than once, self-represented for a long time, and he is outnumbered and under attack with multiple litigation fronts and half-truths spoken in the very same Courtroom.

---

[2] The word "rêver" is French. Its English translation means "to dream." A branding specialist suggested the name in honor of Simpson's father, from whom he learned to restore vintage cars beginning when he was 13 years old. His father passed away only nine years later. Since then, this business has been a dream of his. It was unique and special. Jeffrey Solomon Simpson's name became synonymous with the property itself, and it defined Rêver's inimitable reputation for quality and attention to detail. Harm to the business harms Simpson personally.

As Simpson stated in his verified complaint to the adversary proceeding in relation to the underlying JJ Arch LLC bankruptcy action,[3] the actual and imminent threat to rule of law comes from the unfolding attempts by 35 Oak Holdings Ltd. ("Oak"), a foreign company acting through its American subsidiary, 608941 NJ, Inc., to conceal an ongoing transnational fraud – namely, Oak's deliberate efforts to avoid hundreds of millions of dollars in liability on loan guarantees which it assumed through the Arch Companies. The receivership is, we believe, predicated on a larger conspiracy that is designed to evade federal jurisdiction, conceal evidence, intimidate witnesses, and to misuse legal process through abusive motion practice and forum-shopping.

These words are not chosen lightly. This case is extraordinary, not the least of which has been occasioned by Simpson's adversaries acting under the protective cover and false pretext of a "Joint Defense Agreement." They have fought tooth and nail to withhold it, despite its relation to the motives behind this litigation, and specifically with respect to Mr. Chassen's direction and control over litigation strategy concerning the receivership, among other things. It should be noted that, since intervening in this case, Oak has never answered Simpson's counterclaims. Plaintiffs respectfully request that the Court hear their arguments against producing the Joint Defense Agreement for Your Honor's in camera examination at the evidentiary hearing.

Counsel for Receiver Huebscher & Co. and Mr. Chassen, respectively, were notified on Monday that Plaintiffs intended to seek a temporary restraining order and emergency hearing on a preliminary injunction. It has become apparent over the past two days, however, that so much damage has been done to the business that it is likely irreversible. We request an emergency evidentiary hearing because it is necessary to assess the magnitude of damage that has been done to the status quo, to prevent the further and continuing risk of permanent harm, and to hold the Temporary Receiver accountable for the faithful execution of this Court's Orders.

Respectfully submitted,

Benjamin Robert Rajotte, Esq.

cc: All Counsel of Record via NYSCEF

[3] JJ Arch LLC v. 608941 NJ Inc. et al., Case #1:24-ap-04025 (JPM), doc. #1, Verified Complaint, at ¶1.

**From:** Kevin Wiener <kwiener@35oak.com>
**Sent:** Thursday, May 15, 2025 10:25 AM
**To:** Jeffrey Simpson; Leslie Thorne; Jonathan T. Koevary; Michael Wiener; Jared Chassen; Benjamin Robert Rajotte; robert lorenclaw.com; allen@allenschwartzlaw.com; Jeremy M. King; David Goldwasser; Karl J. Fisher; Edward C. Carleton; Pascarella, Darren A.; Bunin, Martin; Eric Huebscher; Joshua DiLena; Scott A. Schechter; Aishlinn Bottini
**Subject:** RE: Chassen v. Simpson, 1:25-cv-02373 (JHR)(HJR)

Some people who received this message don't often get email from kwiener@35oak.com. Learn why this is important
[**Warning**: External Email]

Jeff, when you have a lawyer you're only allowed to file things through your lawyer. The court was quite clear about that. You really ought to try listening to judges when they tell you things.

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2025-05-15 8:04 a.m. (GMT-05:00)
To: Leslie Thorne <leslie.thorne@haynesboone.com>, "Jonathan T. Koevary" <jkoevary@olshanlaw.com>, Michael Wiener <MWiener@35OAK.com>, Kevin Wiener <kwiener@35oak.com>, Jared Chassen <jaredchassen@gmail.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>, "robert lorenclaw.com" <robert@lorenclaw.com>, allen@allenschwartzlaw.com, "Jeremy M. King" <JKing@olshanlaw.com>, David Goldwasser <dgoldwasser@fiacp.com>, "Karl J. Fisher" <kfisher@skarzynski.com>, "Edward C. Carleton" <ecarleton@skarzynski.com>, "Darren A. Pascarella" <dpascarella@farrellfritz.com>, Martin Bunin <MBunin@farrellfritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, Joshua DiLena <jdilena@kbrlaw.com>, "Scott A. Schechter" <sschechter@kbrlaw.com>, Aishlinn Bottini <aishlinn.bottini@haynesboone.com>
Subject: Fwd: Chassen v. Simpson, 1:25-cv-02373 (JHR)(HJR)

**EXTERNAL**

Good morning

I'm making sure all parties are aware of the recent filing of removal and its acceptance effective May 9, 2025 which was posted on the ECF effectively May 15, 2025. I noticed when I sent below I inadvertently didn't share with all parties.

Ben will be making his appearance in SDNY in short order. Until such time, I am to be copied on all matters involving counsel as a prose litigant.

Let me be clear, it is not my opinion, we are in federal jurisdiction now, nonnegotiable not for discussion. Of course we may be back in NYS at some point but we're not right now. The New York State system has been updated to reflect as such.

Thank you and have a nice day!

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Date:** May 15, 2025 at 6:47:50 AM EDT
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Benjamin Robert Rajotte <rajb@mllg.nyc>, "robert lorenclaw.com" <robert@lorenclaw.com>
**Subject: Re: Chassen v. Simpson, 1:25-cv-02373 (JHR)(HJR)**

Please be advised that the NYS Action is Removed. I point you to the sections in the attached document that are annotated as new causes of action. You are guided accordingly with your actions.

On May 14, 2025, at 6:38 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:

Please see the attached letter that was filed on ECF in the above-action in response to Judge Ricardo's order of May 13, 2025 directing that Plaintiffs respond by May 14, 2025 to Mr. Simpson's letter to Judge Ricardo requesting a preliminary injunction enjoining all NY state court proceedings.

Thank you,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

<Letter in Opposition to Request for Preliminary Injunction.pdf>

**From:** Jeffrey Simpson <jeff@rmhamptons.com>
**Sent:** Saturday, May 17, 2025 2:28 PM
**To:** Bunin, Martin; Eric Huebscher; Benjamin Robert Rajotte; allen@allenschwartzlaw.com; Jared Chassen
**Subject:** Re: IMPORTANT - Garage Keepers Liability Insurance - Inspection

You don't often get email from jeff@rmhamptons.com. Learn why this is important
[**Warning**: External Email]

Since you don't know what your role is, if there is even a receiver role which is a whole another question (which makes no sense because Chassen had no authority to ask for such a receiver in the first place because he has been resigned for so many different reasons and questionable why he is not in prison for his theft) duties and responsibilities are clear here and you are not abiding by any of them, the only one that looks familiar to me is the last one:

2:22

A receiver appointed by a c
duty to manage and preser
parties involved until a final
This means they must act in
the parties and the court, d
diligence, and care in their a

Here's a more detailed brea

**Fiduciary Duty:**

A receiver is a fiduciary, meani

Sent from my iPhone

On May 16, 2025, at 12:09 PM, Jeffrey Simpson <jeff@rmhamptons.com> wrote:

The information on insurance was submitted days ago.

You all have been successful in trying to sideline me for Property that's fully mine and no one has any authority other than me putting aside a court order that was based upon false pretenses. In the meanwhile this property is being burned down which appears to be with neglect and malicious activity. Ben is not available at the moment and I am being bombarded with calls across-the-board and I can't answer anybody given the court order, which I'm trying to respect every which way I can. There's nothing worse than the execution of what you've tried to accomplish here, the worst I've ever seen and I've done a lot of transitions in my career. So make a decision how you're going to handle this. There is no world in which any judge will suggest that somebody comes in and takes over the property and ignores everything of relevance so it all goes down the tubes in a few days.

The receiver hasn't invested one dollar in this property. Nothing about his installation is proper and the conflicts are overwhelming.

Chassen is a crook, you don't care about that but you should care if you read the documents. So now it's being burned down and I am being forced just to watch and that's not going to work.
I will not break the court order but I'm going to make a stink in Court immediately. Shame on you for who you are and what you do. There are countless articles about receivers and their corrupt nature. No surprise what's happening here.

Sent from my iPhone

Begin forwarded message:

**From:** Jeffrey Simpson <jeff@rmhamptons.com>
**Date:** May 16, 2025 at 11:59:47 AM EDT
**To:** nlee@hamptonsriskmgmt.com
**Cc:** Yael <yael@rmhamptons.com>, Accounting <accounting@rmhamptons.com>, compliance@hamptonsriskmgmt.com, ma@hamptonsriskmgmt.com, Benjamin Robert Rajotte <rajb@mllg.nyc>
**Subject: Re: IMPORTANT - Garage Keepers Liability Insurance - Inspection**

Eric Huebscher

We sent him your information I don't know what to do.
Sent from my iPhone

On May 16, 2025, at 11:52 AM, nlee@hamptonsriskmgmt.com wrote:

Good morning all,

We realize that you have advised that a Receiver has been installed to handle business matters. Would you be able to share contact information? As we have another matter regarding a recent inspection that needs to be addressed as well.

The inspection for the Garagekeepers Liability was completed and there are recommendations that must be addressed and complied with.

Please see the attached.

Please share our contact information with Eric Huebscher – or whomever has been assigned to handle matters – so that we may get back to the carrier and avoid a disruption in coverage. We have not yet heard from anyone on the Commercial Property policy that as you know cancelled on 4/4/2025.

Please advise.

Thank you!

*Nicole Kristen Lee*

Nicole Kristen Lee
Broker

**Hamptons Risk Management**
Office - (631)-537-6767
Fax - (631)-204-6818
Corporate Office - (888)-443-4378
www.hamptonsriskmgmt.com
2228 Montauk Hwy / PO Box 1199 Bridgehampton, NY 11932

597 Vanderbuilt Ave Suite 2 – Brooklyn, NY 11238
Office 718.581.9907

Please note, insurance coverage cannot be considered bound, amended or cancelled until written confirmation is received from our office. If you do not receive confirmation from our office within 48 hours, please contact us.

Information regarding the Fair Credit Reporting Act:
Consumer reports, including credit and insurance loss history reports, may be ordered in conjunction with this application. We may also obtain and use a credit-based insurance score developed from information contained in these reports. We may use a third party in connection with the development of your insurance score. These reports give us information that helps determine your eligibility for insurance, predict the likelihood of future claims, and determine the price you are charged. Typical information from these reports that may be used includes: prior insurance losses, number of revolving accounts, late payments and collections. Your credit and driving history information is provided by Choice Point, a consumer reporting agency. If you have questions at any time, please contact the office at number listed above.

This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person.

**Live worry-free with Hamptons Risk Management!**

<1640 Motors - Inspection May 2025.pdf>

2:22 70

A receiver appointed by a court has a fiduciary duty to manage and preserve the property of the parties involved until a final resolution is reached. This means they must act in the best interests of the parties and the court, demonstrating loyalty, diligence, and care in their actions.

## Here's a more detailed breakdown:

### Fiduciary Duty:

A receiver is a fiduciary, meaning they are legally obligated to act in the best interests of the parties involved, including creditors, owners, and the court.

### Duty to Preserve:

The primary responsibility of a receiver is to protect and preserve the assets entrusted to them, whether it's real estate, a business, or other assets.

### Loyalty and Diligence:

Receivers must act solely in the best interests of the parties, avoiding any conflict of interest and diligently performing their duties.

### Care and Skill:

Receivers are expected to exercise the necessary care and skill in managing the assets, taking into account the specific circumstances of the receivership.

### Accounting and Transparency:

Receivers are required to keep accurate records of all transactions and provide regular reports to the court and the parties involved, ensuring transparency.

### Breach of Fiduciary Duty:

A breach of fiduciary duty by a receiver can lead to serious consequences, including removal from office

receiver fiduciary duty

**From:** jaredchassen@gmail.com
**Sent:** Monday, July 7, 2025 8:24 AM
**To:** ehuebscher huebscherconsulting.com
**Cc:** Allen Schwartz; Bunin, Martin; Pascarella, Darren A.
**Subject:** Re: Jareds Truck

[**Warning**: External Email]

Trust me I know. If it wont take any more of your time, I would appreciate a picture. I am pretty confident that motor is probably mine since mine was last seen in the basement.

I can be at the shop this coming Monday 7/14 to get the car and hopefully engine since I am away until then, is that ok?

Jared Chassen

On Jul 7, 2025, at 7:38 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Jared:
We have completed a comprehensive inventory of Rever Motors. With few exceptions and those that are financed vehicles, I would characterize the site as a junk yard. I am not aware of multiple engines. Many customers have asked about their "engines". I have seen one in the basement. The basement is essentially a heap of parts piled up in the middle of the room.
Please see the attached phot.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

---

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 7:32 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** Re: Jareds Truck

Good morning, can you please send me a few photos just so I understand it's condition and how/where to
get it towed. It should have 2 motors as well that are not connected?

Jared Chassen

On Jul 7, 2025, at 7:23 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Jared
Your vehicle is on site. Please make plans to have it picked up. I will be there on Wednesday coordinating other vehicle removals.
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

---

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Tuesday, May 20, 2025 4:06 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <Allen@allenschwartzlaw.com>
**Subject:** Jareds Truck

Please see attached, VIN and pics of my vehicle. Additionally I have 2 engines there.

<image001.png>
<image002.png>
<image003.jpg>

Jared Chassen

<Jared Chassen - 09776.pdf>

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Saturday, April 12, 2025 3:35 PM
**To:** Bunin, Martin; Eric Huebscher
**Cc:** robert lorenclaw.com; Benjamin Robert Rajotte; Hon. Joel M. Cohen; emergency@nycourts.gov; Jared Chassen; allen@allenschwartzlaw.com; Jonathan T. Koevary; Leslie Thorne; SwainNYSDCorresp@nysd.uscourts.gov; ProSe@nysd.uscourts.gov
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

[You don't often get email from jsimpson001@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

*********************
* Warning: External Email *
*********************

Eric Huebscher,

I just got an alarming phone call from the broker (compass) for 225 head of pond, an RE asset of JJ Arch LLC, which I am the sole managing member (and member) of. It appears that you are circumventing the brokers contractual agreement and fraudulently hiring other parties without authority or jurisdiction.

You are clearly aware that the case has been removed to the federal court and there has not been any active motion practice yet.

I remind you how you invaded the property at 1640 Montauk improperly and the police removed you for trespassing. You have also tried to invade the bank accounts this past week.

Chassen's motion for a receiver had no standing or contractual merit as he officially told the NYS court on 2/25/25, under sworn testimony, that he resigned effectively August 4, 2023 by working for my former partners, oak . In addition, although the court told chassen in February 2024 (by Order) that he had no ability to stop sales of any transactions, he has breached and tried anyways. He also committed perjury to the bankruptcy court saying that he hasn't worked for anybody else. His lawyer committed perjury by telling the New York State court that he hasn't worked for anyone else.

This house was publicly and commercially marketed for almost 8 months and resulted in $1.5 million after $1.45 million as the original bid. We had a contract ready to be signed. The below illustrates a broker that you engaged to sell less than what was achieved after an 8 month process. Compass, the broker, sent a comps report (sent to court) to determine this value and price. Chassen also told NYS Court, under testimony that the house is worth $1.7 million, and he felt he had good reason to object to a "fire" sale which he had no contractual authority to do. In addition he admitted that he put an improper lis pendis on the property during the midst of a bankruptcy action (the same one in which you were the chapter 5 trustee and were engaged to be an advocate for). The NYS Court transcript illustrates this. According to Judge Joel Cohen's February order he had no ability to object to a sale anyway. Even though his member interests have been vacated for almost 2 years, I have used best efforts to obtain consent from the court regardless.

The court warned Chassen that if he were to stop a sale (at 1.5) or solicit a price of equal or less value he would be subject to the damages of the difference. He continued anyway and took on this risk which he had no authority to do

anyways, contractually.

I objected to the receiver, I've objected to you (for conflict ) and the process at large because none of this should happen given what the contractual documents say. And that is why we are in a different forum now, the federal law has been triggered and that will get adjudicated when the court renders a decision.

During the request for receiver the question came up of who would pay for it. There was no answer granted so it appears that one who has the role of receiver, if it was proper and official, would be motivated to sell assets to pay themselves rather than for the greater good of the partnership which had a dissolution action effective September 2024.

It has come to my attention that you or Chassen have also committed US Postal Service fraud as it relates to 1640 montauk. It's my understanding that you threatened the broker for 550 metropolitan asset too.

It is unusual for partnerships to seek a receiver in the first place and in this circumstance , dissolution already commenced so what would a receiver do? It Is my understanding even if a receiver were granted under appropriate channels that they still have a duty to those who are the beneficiaries, that is not what's happening here.

Given that these actions are happening on the weekend, I am sending these notes to the court simultaneously via email versus through electronic systems to make sure the Court (s) see in real time what's happening here.

Once again, I urge you to stand down until such point in time where the federal court has a chance to properly hear the action and render a decision. If you choose not to, I will have to make further inquiries to law-enforcement agencies.

Thank you.

Jeffrey Simpson

12:35

compass.eastendli.

COMPA

- Living Room
- Dining Room

- Fo
- Ele
- Ce

## Exterior Features

- Frame Construction
- Private Well Water
- Private Septic
- Deck

- Tr
- St
- Po
- St

Jeffrey Simpson

Sent from my iPhone

> On Apr 9, 2025, at 10:02 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> In light of your outreach to the broker for 550 metropolitan and two citizens bank you are clearly not taking direction and don't understand that the person that sought a receiver is a criminal and stole from me and broke the penal law besides breached every possible agreement. As I told you we will be notified the federal court today that you've decided to take matters into your own hands even though I've removed this entire case to the federal court to solve for the problems of the attacks that I'm seeing from folks like you who think you could simply steal from me. You cannot do it and is it illegal. You are put on notice and I will notify the federal court today of emergency needs with your actions.
>
> Have a nice day
>
>
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Apr 8, 2025, at 5:09 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> Again, Farrell Fritz looked at the case for me so a conflict. Eric, extorted me during JJ Arch bankruptcy, conflict
>>
>> I removed these cases to the federal court for a reason to protect my constitutional rights. Chassen had no authority to do anything including make a motion for a receiver because he resigned from the company almost 2 years ago. And he admitted it on the witness stand and he lied to the fed and BK court and lied to the state court. So I do not authorize you in anyway because there are no other members other than me. All has been said to the federal court so you will stand down and do nothing until the federal court speaks to the contrary. I have been attacked by my civil rights in countless ways and if you're going to participate in it that's fine you're just going to be pursued accordingly because you're out of line just like the day you showed up and I told the police to get you out of my property.
>>
>> I have a religious observance a Passover coming up around the corner and I do not need this improper harassment and it's not lawful. If I am unable to observe my holiday because of your actions, it just gets added to the case. So tell me what is you're going to do, stand down and wait for the federal court or keep doing what you're doing and I will skip my observance for the holiday and I will fight for what's right in an emergency action where more theft is attempted from me.
>>
>> I expect a response or I will do what I have to do immediately in the federal court.
>>
>> Jeffrey Simpson
>>
>> Sent from my iPhone

12:35 LTE 86

compass.eastendli.com

COMPASS

- Living Room
- Dining Room
- Forced Air
- Electric Fuel
- Central A/C

## Exterior Features

- Frame Construction
- Private Well Water
- Private Septic
- Deck
- Survey
- Trees
- Stream View
- Pond View
- Stream Waterfront
- Pond Waterfront

## Listing Information

- Exclusive Agency Listing
- Listed: 4/11/2025

## Showing Information

- Michael Stachnik 516-410-4184 or Marty Stachnik 631-800-6654

## Listing Agent



**Michael Stachnik, Licensed Real Estate Broker**
Hampton Properties
Office: 631-288-6100
Cell: 516-410-4184
michael@hamptonproperties.com

Listing data is deemed reliable but is NOT guaranteed accurate.

Printer Friendly

**From:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Sent:** Sunday, April 13, 2025 10:13 PM
**To:** Jeffrey Simpson; Bunin, Martin; Eric Huebscher
**Cc:** robert lorenclaw.com; Benjamin Robert Rajotte; Jared Chassen; allen@allenschwartzlaw.com; jkoevary_olshanlaw.com; Leslie Thorne
**Subject:** RE: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

You don't often get email from swainnysdcorresp@nysd.uscourts.gov. Learn why this is important
[**Warning**: External Email]

To submit a document for filing or any response emails, you must follow the Clerk's Office's guidelines and procedures, which are available on the Court's website under the section PRO SE (SELF REPRESENTATION), which can be found here: https://nysd.uscourts.gov/prose.

**We would like to remind you of the Chief Judge's individual rules:**

***Special notice to pro se parties***: Pro se parties are directed to submit all filings and communications addressed to Judge Swain, ***whether related to a case pending before the Court, or to a matter the party wishes to direct to Judge Swain in her capacity as Chief Judge***, through the Court's Pro Se Intake Unit. Information about the Court's Pro Se Intake Unit and how to submit filings to that Unit is available on the Court's website, at https://www.nysd.uscourts.gov/prose. Submissions emailed, mailed, or faxed directly to Judge Swain's chambers by pro se parties may be disregarded.

**Any further correspondence/emails between parties sent to this email address will remain unanswered and will go directly to junk mail.**

Sincerely,
Chambers of the Honorable Chief Judge Laura Taylor Swain

---

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Saturday, April 12, 2025 3:35 PM
**To:** Martin Bunin <MBunin@farrellfritz.com>; Eric Huebscher <ehuebscher@huebscherconsulting.com>
**Cc:** robert lorenclaw.com <robert@lorenclaw.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; Hon. Joel M. Cohen <jmcohen@nycourts.gov>; emergency@nycourts.gov; Jared Chassen <jaredchassen@gmail.com>; allen@allenschwartzlaw.com; jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>; Leslie Thorne <leslie.thorne@haynesboone.com>; NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>; Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

CAUTION - EXTERNAL:

Eric Huebscher,

I just got an alarming phone call from the broker (compass) for 225 head of pond, an RE asset of JJ Arch LLC, which I am

the sole managing member (and member) of. It appears that you are circumventing the brokers contractual agreement and fraudulently hiring other parties without authority or jurisdiction.

You are clearly aware that the case has been removed to the federal court and there has not been any active motion practice yet.

I remind you how you invaded the property at 1640 Montauk improperly and the police removed you for trespassing. You have also tried to invade the bank accounts this past week.

Chassen's motion for a receiver had no standing or contractual merit as he officially told the NYS court on 2/25/25, under sworn testimony, that he resigned effectively August 4, 2023 by working for my former partners, oak . In addition, although the court told chassen in February 2024 (by Order) that he had no ability to stop sales of any transactions, he has breached and tried anyways. He also committed perjury to the bankruptcy court saying that he hasn't worked for anybody else. His lawyer committed perjury by telling the New York State court that he hasn't worked for anyone else.

This house was publicly and commercially marketed for almost 8 months and resulted in $1.5 million after $1.45 million as the original bid. We had a contract ready to be signed. The below illustrates a broker that you engaged to sell less than what was achieved after an 8 month process. Compass, the broker, sent a comps report (sent to court) to determine this value and price. Chassen also told NYS Court, under testimony that the house is worth $1.7 million, and he felt he had good reason to object to a "fire" sale which he had no contractual authority to do. In addition he admitted that he put an improper lis pendis on the property during the midst of a bankruptcy action (the same one in which you were the chapter 5 trustee and were engaged to be an advocate for). The NYS Court transcript illustrates this. According to Judge Joel Cohen's February order he had no ability to object to a sale anyway. Even though his member interests have been vacated for almost 2 years, I have used best efforts to obtain consent from the court regardless.

The court warned Chassen that if he were to stop a sale (at 1.5) or solicit a price of equal or less value he would be subject to the damages of the difference. He continued anyway and took on this risk which he had no authority to do anyways, contractually.

I objected to the receiver, I've objected to you (for conflict ) and the process at large because none of this should happen given what the contractual documents say. And that is why we are in a different forum now, the federal law has been triggered and that will get adjudicated when the court renders a decision.

During the request for receiver the question came up of who would pay for it. There was no answer granted so it appears that one who has the role of receiver, if it was proper and official, would be motivated to sell assets to pay themselves rather than for the greater good of the partnership which had a dissolution action effective September 2024.

It has come to my attention that you or Chassen have also committed US Postal Service fraud as it relates to 1640 montauk. It's my understanding that you threatened the broker for 550 metropolitan asset too.

It is unusual for partnerships to seek a receiver in the first place and in this circumstance , dissolution already commenced so what would a receiver do? It Is my understanding even if a receiver were granted under appropriate channels that they still have a duty to those who are the beneficiaries, that is not what's happening here.

Given that these actions are happening on the weekend, I am sending these notes to the court simultaneously via email versus through electronic systems to make sure the Court (s) see in real time what's happening here.

Once again, I urge you to stand down until such point in time where the federal court has a chance to properly hear the action and render a decision. If you choose not to, I will have to make further inquiries to law-enforcement agencies.

Thank you.

Jeffrey Simpson

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

12:35

compass.eastendli.

COMPA

- Living Room
- Dining Room

- Fo
- Ele
- Ce

## Exterior Features

- Frame Construction
- Private Well Water
- Private Septic
- Deck

- Tr
- St
- Po
- St

Jeffrey Simpson

Sent from my iPhone

> On Apr 9, 2025, at 10:02 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> In light of your outreach to the broker for 550 metropolitan and two citizens bank you are clearly not taking direction and don't understand that the person that sought a receiver is a criminal and stole from me and broke the penal law besides breached every possible agreement. As I told you we will be notified the federal court today that you've decided to take matters into your own hands even though I've removed this entire case to the federal court to solve for the problems of the attacks that I'm seeing from folks like you who think you could simply steal from me. You cannot do it and is it illegal. You are put on notice and I will notify the federal court today of emergency needs with your actions.
>
> Have a nice day
>
>
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Apr 8, 2025, at 5:09 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> Again, Farrell Fritz looked at the case for me so a conflict. Eric, extorted me during JJ Arch bankruptcy, conflict
>>
>> I removed these cases to the federal court for a reason to protect my constitutional rights. Chassen had no authority to do anything including make a motion for a receiver because he resigned from the company almost 2 years ago. And he admitted it on the witness stand and he lied to the fed and BK court and lied to the state court. So I do not authorize you in anyway because there are no other members other than me. All has been said to the federal court so you will stand down and do nothing until the federal court speaks to the contrary. I have been attacked by my civil rights in countless ways and if you're going to participate in it that's fine you're just going to be pursued accordingly because you're out of line just like the day you showed up and I told the police to get you out of my property.
>>
>> I have a religious observance a Passover coming up around the corner and I do not need this improper harassment and it's not lawful. If I am unable to observe my holiday because of your actions, it just gets added to the case. So tell me what is you're going to do, stand down and wait for the federal court or keep doing what you're doing and I will skip my observance for the holiday and I will fight for what's right in an emergency action where more theft is attempted from me.
>>
>> I expect a response or I will do what I have to do immediately in the federal court.
>>
>> Jeffrey Simpson
>>
>> Sent from my iPhone

12:35 LTE 86

compass.eastendli.com

COMPASS

- Living Room
- Dining Room
- Forced Air
- Electric Fuel
- Central A/C

## Exterior Features

- Frame Construction
- Private Well Water
- Private Septic
- Deck
- Survey
- Trees
- Stream View
- Pond View
- Stream Waterfront
- Pond Waterfront

## Listing Information

- Exclusive Agency Listing
- Listed: 4/11/2025

## Showing Information

- Michael Stachnik 516-410-4184 or Marty Stachnik 631-800-6654

## Listing Agent



**Michael Stachnik, Licensed Real Estate Broker**
Hampton Properties
Office: 631-288-6100
Cell: 516-410-4184
michael@hamptonproperties.com

Listing data is deemed reliable but is NOT guaranteed accurate.

Printer Friendly

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Sunday, April 13, 2025 11:03 PM
**To:** NYSD Swain Corresp
**Cc:** Bunin, Martin; Eric Huebscher; robert lorenclaw.com; Benjamin Robert Rajotte; Jared Chassen; allen@allenschwartzlaw.com; jkoevary_olshanlaw.com; Leslie Thorne
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

You don't often get email from jsimpson001@icloud.com. Learn why this is important
[**Warning**: External Email]

Thank you, yes the pro se intake unit office was copied on the email for filing.
I will confirm with them in the morning they received.

Jeffrey Simpson

Sent from my iPhone

> On Apr 13, 2025, at 10:13 PM, NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov> wrote:
>
> To submit a document for filing or any response emails, you must follow the Clerk's Office's guidelines and procedures, which are available on the Court's website under the section PRO SE (SELF REPRESENTATION), which can be found here: https://nysd.uscourts.gov/prose.
>
> **We would like to remind you of the Chief Judge's individual rules:**
>
> ***Special notice to pro se parties***: Pro se parties are directed to submit all filings and communications addressed to Judge Swain, ***whether related to a case pending before the Court, or to a matter the party wishes to direct to Judge Swain in her capacity as Chief Judge***, through the Court's Pro Se Intake Unit. Information about the Court's Pro Se Intake Unit and how to submit filings to that Unit is available on the Court's website, at https://www.nysd.uscourts.gov/prose. Submissions emailed, mailed, or faxed directly to Judge Swain's chambers by pro se parties may be disregarded.
>
> **Any further correspondence/emails between parties sent to this email address will remain unanswered and will go directly to junk mail.**
>
> Sincerely,
> Chambers of the Honorable Chief Judge Laura Taylor Swain

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Saturday, April 12, 2025 3:35 PM
**To:** Martin Bunin <MBunin@farrellfritz.com>; Eric Huebscher <ehuebscher@huebscherconsulting.com>
**Cc:** robert lorenclaw.com <robert@lorenclaw.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; Hon. Joel M. Cohen <jmcohen@nycourts.gov>; emergency@nycourts.gov; Jared Chassen <jaredchassen@gmail.com>; allen@allenschwartzlaw.com; jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>; Leslie Thorne <leslie.thorne@haynesboone.com>; NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>; Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

CAUTION - EXTERNAL:

Eric Huebscher,

I just got an alarming phone call from the broker (compass) for 225 head of pond, an RE asset of JJ Arch LLC, which I am the sole managing member (and member) of. It appears that you are circumventing the brokers contractual agreement and fraudulently hiring other parties without authority or jurisdiction.

You are clearly aware that the case has been removed to the federal court and there has not been any active motion practice yet.

I remind you how you invaded the property at 1640 Montauk improperly and the police removed you for trespassing. You have also tried to invade the bank accounts this past week.

Chassen's motion for a receiver had no standing or contractual merit as he officially told the NYS court on 2/25/25, under sworn testimony, that he resigned effectively August 4, 2023 by working for my former partners, oak . In addition, although the court told chassen in February 2024 (by Order) that he had no ability to stop sales of any transactions, he has breached and tried anyways. He also committed perjury to the bankruptcy court saying that he hasn't worked for anybody else. His lawyer committed perjury by telling the New York State court that he hasn't worked for anyone else.

This house was publicly and commercially marketed for almost 8 months and resulted in $1.5 million after $1.45 million as the original bid. We had a contract ready to be signed. The below illustrates a broker that you engaged to sell less than what was achieved after an 8 month process. Compass, the broker, sent a comps report (sent to court) to determine this value and price. Chassen also told NYS Court, under testimony that the house is worth $1.7 million, and he felt he had good reason to object to a "fire" sale which he had no contractual authority to do. In addition he admitted that he put an improper lis pendis on the property during the midst of a bankruptcy action (the same one in which you were the chapter 5 trustee and were engaged to be an advocate for). The NYS Court transcript illustrates this. According to Judge Joel Cohen's February order he had no ability to object to a sale anyway. Even though his member interests have been vacated for almost 2 years, I have used best efforts to obtain consent from the court regardless.

The court warned Chassen that if he were to stop a sale (at 1.5) or solicit a price of equal or less value he would be subject to the damages of the difference. He continued anyway and took on this risk which he had no authority to do anyways, contractually.

I objected to the receiver, I've objected to you (for conflict ) and the process at large because none of this should happen given what the contractual documents say. And that is why we are in a different forum now, the federal law has been triggered and that will get adjudicated when the court renders a decision.

During the request for receiver the question came up of who would pay for it. There was no answer granted so it appears that one who has the role of receiver, if it was proper and official, would be motivated to sell assets to pay themselves rather than for the greater good of the partnership which had a dissolution action effective September 2024.

It has come to my attention that you or Chassen have also committed US Postal Service fraud as it relates to 1640 montauk. It's my understanding that you threatened the broker for 550 metropolitan asset too.

It is unusual for partnerships to seek a receiver in the first place and in this circumstance , dissolution already commenced so what would a receiver do? It Is my understanding even if a receiver were granted under appropriate channels that they still have a duty to those who are the beneficiaries, that is not what's happening here.

Given that these actions are happening on the weekend, I am sending these notes to the court simultaneously via email versus through electronic systems to make sure the Court (s) see in real time what's happening here.

Once again, I urge you to stand down until such point in time where the federal court has a chance to properly hear the action and render a decision. If you choose not to, I will have to make further inquiries to law-enforcement agencies.

Thank you.

Jeffrey Simpson

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<image001.png>

Jeffrey Simpson

Sent from my iPhone

> On Apr 9, 2025, at 10:02 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> In light of your outreach to the broker for 550 metropolitan and two citizens bank you are clearly not taking direction and don't understand that the person that sought a receiver is a criminal and stole from me and broke the penal law besides breached every possible agreement. As I told you we will be notified the federal court today that you've decided to take matters into your own hands even though I've removed this entire case to the federal court to solve for the problems of the attacks that I'm seeing from folks like you who think you could simply steal from me. You cannot do it and is it illegal. You are put on notice and I will notify the federal court today of emergency needs with your actions.
>
> Have a nice day
>
>
>
> Jeffrey Simpson

>
> Sent from my iPhone
>
>> On Apr 8, 2025, at 5:09 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> Again, Farrell Fritz looked at the case for me so a conflict. Eric, extorted me during JJ Arch bankruptcy, conflict
>>
>> I removed these cases to the federal court for a reason to protect my constitutional rights. Chassen had no authority to do anything including make a motion for a receiver because he resigned from the company almost 2 years ago. And he admitted it on the witness stand and he lied to the fed and BK court and lied to the state court. So I do not authorize you in anyway because there are no other members other than me. All has been said to the federal court so you will stand down and do nothing until the federal court speaks to the contrary. I have been attacked by my civil rights in countless ways and if you're going to participate in it that's fine you're just going to be pursued accordingly because you're out of line just like the day you showed up and I told the police to get you out of my property.
>>
>> I have a religious observance a Passover coming up around the corner and I do not need this improper harassment and it's not lawful. If I am unable to observe my holiday because of your actions, it just gets added to the case. So tell me what is you're going to do, stand down and wait for the federal court or keep doing what you're doing and I will skip my observance for the holiday and I will fight for what's right in an emergency action where more theft is attempted from me.
>>
>> I expect a response or I will do what I have to do immediately in the federal court.
>>
>> Jeffrey Simpson
>>
>> Sent from my iPhone

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Monday, April 14, 2025 2:17 PM
**To:** ProSe@nysd.uscourts.gov
**Cc:** Bunin, Martin; Eric Huebscher; robert lorenclaw.com; Benjamin Robert Rajotte; Jared Chassen; allen@allenschwartzlaw.com; Leslie Thorne; jkoevary_olshanlaw.com
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

[**Warning**: External Email]

Dear SDNY (prose intake for Judge Swain)
I'm sorry to send e mail this way, I don't have access to ECF filing. These folks don't stop their harassment. Per my note over the weekend , we need Court intervention. I literally left my family in the middle of Passover because of the anxiety of this malfeasance that continues. And yet again I find another incident where this individual Eric Huebscher seems to think he's above the law and he could just trespass and cause issues at my properties. He was not installed with good merit or with any authority on the person that made the action because that individual, Jared Chassen, committed perjury to the federal and state court in order to achieve his goals. I am pleading with the court to help me stop this nonsense now. No one should live this way with people attacking everything they've ever built and State Court that is either clueless or intentionally looking the other way to the bad acts that are occurring for almost 2 years now .
I did a visit with the FBI (white collar crime unit) this morning to give them further briefing of the destruction that's happening surrounding this case, I cannot say if they will or will not further investigate the illegal and improper actions that are recurring from the other parties here. I have been pleading to the southern district since December 2024 that the matters are urgent and the attacks are against my civil rights and my constitutional rights. I plead with the court to stop this madness and allow for a chance to explore and investigate exactly what has happened here properly with due process, with witnesses, with evidence with an unbiased court. The damages to me and others escalate by the day while these folks continue to break the law without any enforcement whatsoever. Given that this situation is in Southampton I am now waiting for the Southampton police to arrive to hopefully take a report on this for the record.

I am still investigating the mail fraud issue from last week and I have not heard back from the post office yet.

Thank you for your help.





Jeffrey Simpson

Sent from my iPhone

On Apr 13, 2025, at 11:02 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Thank you, yes the pro se intake unit office was copied on the email for filing.
I will confirm with them in the morning they received.

Jeffrey Simpson

Sent from my iPhone

On Apr 13, 2025, at 10:13 PM, NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov> wrote:

To submit a document for filing or any response emails, you must follow the Clerk's Office's guidelines and procedures, which are available on the Court's website under the section PRO SE (SELF REPRESENTATION), which can be found here: https://nysd.uscourts.gov/prose.

**We would like to remind you of the Chief Judge's individual rules:**

***Special notice to pro se parties***: Pro se parties are directed to submit all filings and communications addressed to Judge Swain, ***whether related to a case pending before the Court, or to a matter the party wishes to direct to Judge Swain in her capacity as Chief Judge***, through the Court's Pro Se Intake Unit. Information about the Court's Pro Se Intake Unit and how to submit filings to that Unit is available on the Court's website, at https://www.nysd.uscourts.gov/prose. Submissions emailed, mailed, or faxed directly to Judge Swain's chambers by pro se parties may be disregarded.

**Any further correspondence/emails between parties sent to this email address will remain unanswered and will go directly to junk mail.**

Sincerely,
Chambers of the Honorable Chief Judge Laura Taylor Swain

---

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Saturday, April 12, 2025 3:35 PM
**To:** Martin Bunin <MBunin@farrellfritz.com>; Eric Huebscher <ehuebscher@huebscherconsulting.com>
**Cc:** robert lorenclaw.com <robert@lorenclaw.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; Hon. Joel M. Cohen <jmcohen@nycourts.gov>;

emergency@nycourts.gov; Jared Chassen <jaredchassen@gmail.com>; allen@allenschwartzlaw.com; jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>; Leslie Thorne <leslie.thorne@haynesboone.com>; NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>; Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

CAUTION - EXTERNAL:

Eric Huebscher,

I just got an alarming phone call from the broker (compass) for 225 head of pond, an RE asset of JJ Arch LLC, which I am the sole managing member (and member) of. It appears that you are circumventing the brokers contractual agreement and fraudulently hiring other parties without authority or jurisdiction.

You are clearly aware that the case has been removed to the federal court and there has not been any active motion practice yet.

I remind you how you invaded the property at 1640 Montauk improperly and the police removed you for trespassing. You have also tried to invade the bank accounts this past week.

Chassen's motion for a receiver had no standing or contractual merit as he officially told the NYS court on 2/25/25, under sworn testimony, that he resigned effectively August 4, 2023 by working for my former partners, oak . In addition, although the court told chassen in February 2024 (by Order) that he had no ability to stop sales of any transactions, he has breached and tried anyways. He also committed perjury to the bankruptcy court saying that he hasn't worked for anybody else. His lawyer committed perjury by telling the New York State court that he hasn't worked for anyone else.

This house was publicly and commercially marketed for almost 8 months and resulted in $1.5 million after $1.45 million as the original bid. We had a contract ready to be signed. The below illustrates a broker that you engaged to sell less than what was achieved after an 8 month process. Compass, the broker, sent a comps report (sent to court) to determine this value and price. Chassen also told NYS Court, under testimony that the house is worth $1.7 million, and he felt he had good reason to object to a "fire" sale which he had no contractual authority to do. In addition he admitted that he put an improper lis pendis on the property during the midst of a bankruptcy action (the same one in which you were the chapter 5 trustee and were engaged to be an advocate for). The NYS Court transcript illustrates this. According to Judge Joel Cohen's February order he had no ability to object to a sale anyway. Even though his member interests have been vacated for almost 2 years, I have used best efforts to obtain consent from the court regardless.

The court warned Chassen that if he were to stop a sale (at 1.5) or solicit a price of equal or less value he would be subject to the damages of the difference. He continued anyway and took on this risk which he had no authority to do anyways, contractually.

I objected to the receiver, I've objected to you (for conflict ) and the process at large

because none of this should happen given what the contractual documents say. And that is why we are in a different forum now, the federal law has been triggered and that will get adjudicated when the court renders a decision.

During the request for receiver the question came up of who would pay for it. There was no answer granted so it appears that one who has the role of receiver, if it was proper and official, would be motivated to sell assets to pay themselves rather than for the greater good of the partnership which had a dissolution action effective September 2024.

It has come to my attention that you or Chassen have also committed US Postal Service fraud as it relates to 1640 montauk. It's my understanding that you threatened the broker for 550 metropolitan asset too.

It is unusual for partnerships to seek a receiver in the first place and in this circumstance , dissolution already commenced so what would a receiver do? It Is my understanding even if a receiver were granted under appropriate channels that they still have a duty to those who are the beneficiaries, that is not what's happening here.

Given that these actions are happening on the weekend, I am sending these notes to the court simultaneously via email versus through electronic systems to make sure the Court (s) see in real time what's happening here.

Once again, I urge you to stand down until such point in time where the federal court has a chance to properly hear the action and render a decision. If you choose not to, I will have to make further inquiries to law-enforcement agencies.

Thank you.

Jeffrey Simpson

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<image001.png>

Jeffrey Simpson

Sent from my iPhone

> On Apr 9, 2025, at 10:02 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> In light of your outreach to the broker for 550 metropolitan and two citizens bank you are clearly not taking direction and don't understand that the person that sought a receiver is a criminal and stole from me and broke the penal law besides breached every possible agreement. As I told you we will be notified the federal court today that you've decided to take matters into your own hands even though I've removed this entire case to the federal court to solve for the problems of the attacks that I'm seeing from folks like you who think you could simply steal from me. You cannot do it and is it illegal. You are put on notice and I will notify the federal court today of emergency needs with your actions.

>
> Have a nice day
>
>
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Apr 8, 2025, at 5:09 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> Again, Farrell Fritz looked at the case for me so a conflict. Eric, extorted me during JJ Arch bankruptcy, conflict
>>
>> I removed these cases to the federal court for a reason to protect my constitutional rights. Chassen had no authority to do anything including make a motion for a receiver because he resigned from the company almost 2 years ago. And he admitted it on the witness stand and he lied to the fed and BK court and lied to the state court. So I do not authorize you in anyway because there are no other members other than me. All has been said to the federal court so you will stand down and do nothing until the federal court speaks to the contrary. I have been attacked by my civil rights in countless ways and if you're going to participate in it that's fine you're just going to be pursued accordingly because you're out of line just like the day you showed up and I told the police to get you out of my property.
>>
>> I have a religious observance a Passover coming up around the corner and I do not need this improper harassment and it's not lawful. If I am unable to observe my holiday because of your actions, it just gets added to the case. So tell me what is you're going to do, stand down and wait for the federal court or keep doing what you're doing and I will skip my observance for the holiday and I will fight for what's right in an emergency action where more theft is attempted from me.
>>
>> I expect a response or I will do what I have to do immediately in the federal court.
>>
>> Jeffrey Simpson
>>
>> Sent from my iPhone




For Sale
Hampton
Properties
631-288-6100
EXCLUSIVE

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Monday, April 14, 2025 3:27 PM
**To:** prose@nysd.uscourts.gov
**Cc:** Bunin, Martin; Eric Huebscher; robert lorenclaw.com; Benjamin Robert Rajotte; Jared Chassen; allen@allenschwartzlaw.com; Leslie Thorne; jkoevary_olshanlaw.com; Hon. Joel M. Cohen
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

[**Warning**: External Email]

Further proof of a man who is self-serving and believes he gets to step into my company and my business because somehow a judge gave him some authority that was not proper, was not authorized by the managing member , who's at risk. There is a reason this action was removed to the federal court because of theft and the breach of federal law

.

And somehow a motion was made by someone who is a crook and had no standing especially after he admitted to his guilt. That is of course Mr. Jared Chassen.

I would love for somebody from our government local or federal to tell me how someone who admits the theft and guilt in court , a judge who said he did extra illegal activity has the right to step in and do damage based upon what ?

This is a mockery of our system and how you doing someone here is corrupt or simply blinded. This must stop now.

2:24 5G 32

to hal.zwick@compass.com, me, joe.f...

Mr. Zwick and Mr. Piccininni:

As noted in my email to you both of 22 March, 2025 (and several unanswered phone call messages), I am the court appointed Receiver over several properties and businesses. This Receivership includes the property located at 225 Head of Pond in Water Mill. Please see the attached court order, court approved bond and remand notice. The remand notice specifically states that the Receivership remains in effect subject to any contrary orders made in the federal action. There is no contrary direction in Federal court. I respectfully ask that you take steps to remove your signage from the Subject property and take no other action or steps to market the sale or rental of this property.

I am also attaching the pending motion and joinder in Federal court.

Thank you.
Eric Huebscher

Jeffrey Simpson

Sent from my iPhone

On Apr 14, 2025, at 2:17 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Dear SDNY (prose intake for Judge Swain)
I'm sorry to send e mail this way, I don't have access to ECF filing. These folks don't stop their harassment. Per my note over the weekend , we need Court intervention. I literally left my family in the middle of Passover because of the anxiety of this malfeasance that continues. And yet again I find another incident where this individual Eric Huebscher seems to think he's above the law and he could just trespass and cause issues at my properties. He was not installed with good merit or with any authority on the person that made the action because that individual, Jared Chassen, committed perjury to the federal and state court in order to achieve his goals. I am pleading with the court to help me stop this nonsense now. No one should live this way with people attacking everything they've ever built and State Court that is either clueless or intentionally looking the other way to the bad acts that are occurring for almost 2 years now .
I did a visit with the FBI (white collar crime unit) this morning to give them further briefing of the destruction that's happening surrounding this case, I cannot say if they will or will not further investigate the illegal and improper actions that are recurring from the other parties here. I have been pleading to the southern district since December 2024 that the matters are urgent and the attacks are against my civil rights and my constitutional rights. I plead with the court to stop this madness and allow for a chance to explore and investigate exactly what has happened here properly with due process, with witnesses, with evidence with an unbiased court. The damages to me and others escalate by the day while these folks continue to break the law without any enforcement whatsoever. Given that this situation is in Southampton I am now waiting for the Southampton police to arrive to hopefully take a report on this for the record.

I am still investigating the mail fraud issue from last week and I have not heard back from the post office yet.

Thank you for your help.




For Sale
Hampton
Properties

Jeffrey Simpson

Sent from my iPhone

On Apr 13, 2025, at 11:02 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Thank you, yes the pro se intake unit office was copied on the email for filing. I will confirm with them in the morning they received.

Jeffrey Simpson

Sent from my iPhone

On Apr 13, 2025, at 10:13 PM, NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov> wrote:

To submit a document for filing or any response emails, you must follow the Clerk's Office's guidelines and procedures, which are available on the Court's website under the section PRO SE (SELF REPRESENTATION), which can be found here: https://nysd.uscourts.gov/prose.

**We would like to remind you of the Chief Judge's individual rules:**

***Special notice to pro se parties***: Pro se parties are directed to submit all filings and communications addressed to Judge Swain, ***whether related to a case pending before the Court, or to a matter the party wishes to direct to Judge Swain in her capacity as Chief Judge***, through the Court's Pro Se Intake Unit. Information about the Court's Pro Se Intake Unit and how to submit filings to that Unit is available on the Court's website, at https://www.nysd.uscourts.gov/prose. Submissions emailed, mailed, or faxed directly to Judge Swain's chambers by pro se parties may be disregarded.

**Any further correspondence/emails between parties sent to this email address will remain unanswered and will go directly to junk mail.**

Sincerely,
Chambers of the Honorable Chief Judge Laura Taylor Swain

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Saturday, April 12, 2025 3:35 PM
**To:** Martin Bunin <MBunin@farrellfritz.com>; Eric Huebscher <ehuebscher@huebscherconsulting.com>
**Cc:** robert lorenclaw.com <robert@lorenclaw.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; Hon. Joel M. Cohen <jmcohen@nycourts.gov>; emergency@nycourts.gov; Jared Chassen <jaredchassen@gmail.com>; allen@allenschwartzlaw.com; jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>; Leslie Thorne <leslie.thorne@haynesboone.com>; NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>; Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

CAUTION - EXTERNAL:

Eric Huebscher,

I just got an alarming phone call from the broker (compass) for 225 head of pond, an RE asset of JJ Arch LLC, which I am the sole managing member (and member) of. It appears that you are circumventing the brokers contractual agreement and fraudulently hiring other parties without authority or jurisdiction.

You are clearly aware that the case has been removed to the federal court and there has not been any active motion practice yet.

I remind you how you invaded the property at 1640 Montauk improperly and the police removed you for trespassing. You have also tried to invade the bank accounts this past week.

Chassen's motion for a receiver had no standing or contractual merit as he officially told the NYS court on 2/25/25, under sworn testimony, that he resigned effectively August 4, 2023 by working for my former partners, oak . In addition, although the court told chassen in February 2024 (by Order) that he had no ability to stop sales of any transactions, he has breached and tried anyways. He also committed perjury to the bankruptcy court saying that he hasn't worked for anybody else. His lawyer committed perjury by telling the New York State court that he hasn't worked for anyone else.

This house was publicly and commercially marketed for almost 8 months and resulted in $1.5 million after $1.45 million as the original bid. We had a contract ready to be signed. The below illustrates a broker that you engaged to sell less than what was achieved after an 8 month process. Compass, the broker, sent a comps report (sent to court) to determine this value and price. Chassen also told NYS Court, under testimony that the house is worth $1.7 million, and he felt he had good reason to object to a "fire" sale which he had no contractual authority to do. In addition he admitted that he put an improper lis

pendis on the property during the midst of a bankruptcy action (the same one in which you were the chapter 5 trustee and were engaged to be an advocate for). The NYS Court transcript illustrates this. According to Judge Joel Cohen's February order he had no ability to object to a sale anyway. Even though his member interests have been vacated for almost 2 years, I have used best efforts to obtain consent from the court regardless.

The court warned Chassen that if he were to stop a sale (at 1.5) or solicit a price of equal or less value he would be subject to the damages of the difference. He continued anyway and took on this risk which he had no authority to do anyways, contractually.

I objected to the receiver, I've objected to you (for conflict ) and the process at large because none of this should happen given what the contractual documents say. And that is why we are in a different forum now, the federal law has been triggered and that will get adjudicated when the court renders a decision.

During the request for receiver the question came up of who would pay for it. There was no answer granted so it appears that one who has the role of receiver, if it was proper and official, would be motivated to sell assets to pay themselves rather than for the greater good of the partnership which had a dissolution action effective September 2024.

It has come to my attention that you or Chassen have also committed US Postal Service fraud as it relates to 1640 montauk. It's my understanding that you threatened the broker for 550 metropolitan asset too.

It is unusual for partnerships to seek a receiver in the first place and in this circumstance , dissolution already commenced so what would a receiver do? It Is my understanding even if a receiver were granted under appropriate channels that they still have a duty to those who are the beneficiaries, that is not what's happening here.

Given that these actions are happening on the weekend, I am sending these notes to the court simultaneously via email versus through electronic systems to make sure the Court (s) see in real time what's happening here.

Once again, I urge you to stand down until such point in time where the federal court has a chance to properly hear the action and render a decision. If you choose not to, I will have to make further inquiries to law-enforcement agencies.

Thank you.

Jeffrey Simpson

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<image001.png>

Jeffrey Simpson

Sent from my iPhone

> On Apr 9, 2025, at 10:02 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> In light of your outreach to the broker for 550 metropolitan and two citizens bank you are clearly not taking direction and don't understand that the person that sought a receiver is a criminal and stole from me and broke the penal law besides breached every possible agreement. As I told you we will be notified the federal court today that you've decided to take matters into your own hands even though I've removed this entire case to the federal court to solve for the problems of the attacks that I'm seeing from folks like you who think you could simply steal from me. You cannot do it and is it illegal. You are put on notice and I will notify the federal court today of emergency needs with your actions.
>
> Have a nice day
>
>
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Apr 8, 2025, at 5:09 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> Again, Farrell Fritz looked at the case for me so a conflict. Eric, extorted me during JJ Arch bankruptcy, conflict
>>
>> I removed these cases to the federal court for a reason to protect my constitutional rights. Chassen had no authority to do anything including make a motion for a receiver because he resigned from the company almost 2 years ago. And he admitted it on the witness stand and he lied to the fed and BK court and lied to the state court. So I do not authorize you in anyway because there are no other members other than me. All has been said to the federal court so you will stand down and do nothing until the federal court speaks to the contrary. I have been attacked by my civil rights in countless ways and if you're going to participate in it that's fine you're just going to be pursued accordingly because you're out of line just like the day you showed up and I told the police to get you out of my property.
>>
>> I have a religious observance a Passover coming up around the

corner and I do not need this improper harassment and it's not lawful. If I am unable to observe my holiday because of your actions, it just gets added to the case. So tell me what is you're going to do, stand down and wait for the federal court or keep doing what you're doing and I will skip my observance for the holiday and I will fight for what's right in an emergency action where more theft is attempted from me.
>>
>> I expect a response or I will do what I have to do immediately in the federal court.
>>
>> Jeffrey Simpson
>>
>> Sent from my iPhone

2:24 5G 32

to hal.zwick@compass.com, me, joe.f...

Mr. Zwick and Mr. Piccininni:

As noted in my email to you both of 22 March, 2025 (and several unanswered phone call messages), I am the court appointed Receiver over several properties and businesses. This Receivership includes the property located at 225 Head of Pond in Water Mill. Please see the attached court order, court approved bond and remand notice. The remand notice specifically states that the Receivership remains in effect subject to any contrary orders made in the federal action. There is no contrary direction in Federal court. I respectfully ask that you take steps to remove your signage from the Subject property and take no other action or steps to market the sale or rental of this property.

I am also attaching the pending motion and joinder in Federal court.

Thank you.
Eric Huebscher

...

Notice of Removal - Receivership in... PDF

158055_2023_JEFFREY_SIMPSON_... PDF

158055_2023_JEFFREY_SIMPSO... PDF




For Sale
Hampton
Properties
631-288-6100
EXCLUSIVE

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Tuesday, April 22, 2025 5:52 PM
**To:** prose@nysd.uscourts.gov
**Cc:** Bunin, Martin; Eric Huebscher; robert lorenclaw.com; Benjamin Robert Rajotte; Jared Chassen; allen@allenschwartzlaw.com; Leslie Thorne; jkoevary_olshanlaw.com; Hon. Joel M. Cohen
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

[**Warning**: External Email]

So still after all the back-and-forth this Eric Huebscher guy still thinks he could go to my properties and attack. He is tampering with mail, locks etc.. it has come to my attention that he arrived at a property of mine this morning trying to cause issues and the police somehow arrived and told him to leave.

I literally left my property this morning to go to visit the SDNY to check the jurisdictional issues that are happening here for me to find out that this man has the nerve to trespass after he's been told to stand down.

I just called him on the phone and warned him one more time he is not to step foot on one of my properties without consent which he is not granted any. His answer on the phone was don't call me again. This man belongs nowhere near JJ Arch or Jeffrey Simpson. I will ask the police to press charges at this point for harassment.

When does the harassment end? Thank you New York State for causing a disaster around everything tied to my name without merit, without due process, without legitimacy. What a shame that the system is so broken.

Jeffrey Simpson

Sent from my iPhone

> On Apr 14, 2025, at 3:26 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Further proof of a man who is self-serving and believes he gets to step into my company and my business because somehow a judge gave him some authority that was not proper, was not authorized by the managing member , who's at risk. There is a reason this action was removed to the federal court because of theft and the breach of federal law
> .
> And somehow a motion was made by someone who is a crook and had no standing especially after he admitted to his guilt. That is of course Mr. Jared Chassen.

I would love for somebody from our government local or federal to tell me how someone who admits the theft and guilt in court , a judge who said he did extra illegal activity has the right to step in and do damage based upon what ?

This is a mockery of our system and how you doing someone here is corrupt or simply blinded. This must stop now.

<Screenshot 2025-04-14 at 2.24.57 PM.jpeg>

Jeffrey Simpson

Sent from my iPhone

> On Apr 14, 2025, at 2:17 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Dear SDNY (prose intake for Judge Swain)
> I'm sorry to send e mail this way, I don't have access to ECF filing. These folks don't stop their harassment. Per my note over the weekend , we need Court intervention. I literally left my family in the middle of Passover because of the anxiety of this malfeasance that continues. And yet again I find another incident where this individual Eric Huebscher seems to think he's above the law and he could just trespass and cause issues at my properties. He was not installed with good merit or with any authority on the person that made the action because that individual, Jared Chassen, committed perjury to the federal and state court in order to achieve his goals. I am pleading with the court to help me stop this nonsense now. No one should live this way with people attacking everything they've ever built and State Court that is either clueless or intentionally looking the other way to the bad acts that are occurring for almost 2 years now .
> I did a visit with the FBI (white collar crime unit) this morning to give them further briefing of the destruction that's happening surrounding this case, I cannot say if they will or will not further investigate the illegal and improper actions that are recurring from the other parties here. I have been pleading to the southern district since December 2024 that the matters are urgent and the attacks are against my civil rights and my constitutional rights. I plead with the court to stop this madness and allow for a chance to explore and investigate exactly what has happened here properly with due process, with witnesses, with evidence with an unbiased court. The damages to me and others escalate by the day while these folks continue to break the law without any enforcement whatsoever. Given that this situation is in Southampton I am now waiting for the Southampton police to arrive to hopefully take a report on this for the record.
>
> I am still investigating the mail fraud issue from last week and I have not heard back from the post office yet.

Thank you for your help.

<IMG_4079.jpeg>
<IMG_4078.jpeg>

Jeffrey Simpson

Sent from my iPhone

> On Apr 13, 2025, at 11:02 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Thank you, yes the pro se intake unit office was copied on the email for filing.
> I will confirm with them in the morning they received.
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Apr 13, 2025, at 10:13 PM, NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov> wrote:
>>
>> To submit a document for filing or any response emails, you must follow the Clerk's Office's guidelines and procedures, which are available on the Court's website under the section PRO SE (SELF REPRESENTATION), which can be found here: https://nysd.uscourts.gov/prose.
>>
>> **We would like to remind you of the Chief Judge's individual rules:**
>>
>> ***Special notice to pro se parties***: Pro se parties are directed to submit all filings and communications addressed to Judge Swain, ***whether related to a case pending before the Court, or to a matter the party wishes to direct to Judge Swain in her capacity as Chief Judge***, through the Court's Pro Se Intake Unit. Information about the Court's Pro Se Intake Unit and how to submit filings to that Unit is available on the Court's website, at https://www.nysd.uscourts.gov/prose. Submission

s emailed, mailed, or faxed directly to Judge Swain's chambers by pro se parties may be disregarded.

**Any further correspondence/emails between parties sent to this email address will remain unanswered and will go directly to junk mail.**

Sincerely,
Chambers of the Honorable Chief Judge Laura Taylor Swain

---

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Saturday, April 12, 2025 3:35 PM
**To:** Martin Bunin <MBunin@farrellfritz.com>; Eric Huebscher <ehuebscher@huebscherconsulting.com>
**Cc:** robert lorenclaw.com <robert@lorenclaw.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; Hon. Joel M. Cohen <jmcohen@nycourts.gov>; emergency@nycourts.gov; Jared Chassen <jaredchassen@gmail.com>; allen@allenschwartzlaw.com; jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>; Leslie Thorne <leslie.thorne@haynesboone.com>; NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>; Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
**Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

CAUTION - EXTERNAL:

Eric Huebscher,

I just got an alarming phone call from the broker (compass) for 225 head of pond, an RE asset of JJ Arch LLC, which I am the sole managing member (and member) of. It appears that you are circumventing the brokers contractual agreement and fraudulently hiring other parties without authority or jurisdiction.

You are clearly aware that the case has been removed to the federal court and there has not been any active motion practice yet.

I remind you how you invaded the property at 1640 Montauk improperly and the police removed you for trespassing. You have also tried to invade the bank accounts this past week.

Chassen's motion for a receiver had no standing or contractual merit as he officially told the NYS court on 2/25/25, under sworn testimony, that he resigned effectively August 4, 2023 by working for my former partners, oak . In addition, although the court told chassen in February 2024 (by Order) that he had no ability to stop sales of any transactions, he has breached and tried anyways. He also committed perjury to the bankruptcy court saying that he hasn't worked for anybody else. His lawyer committed perjury by telling the New York State court that he hasn't worked for anyone else.

This house was publicly and commercially marketed for almost 8 months and resulted in $1.5 million after $1.45 million as the original bid. We had a contract ready to be signed. The below illustrates a broker that you engaged to sell less than what was achieved after an 8 month process. Compass, the broker, sent a comps report (sent to court) to determine this value and price. Chassen also told NYS Court, under testimony that the house is worth $1.7 million, and he felt he had good reason to object to a "fire" sale which he had no contractual authority to do. In addition he admitted that he put an improper lis pendis on the property during the midst of a bankruptcy action (the same one in which you were the chapter 5 trustee and were engaged to be an advocate for). The NYS Court transcript illustrates this. According to Judge Joel Cohen's February order he had no ability to object to a sale anyway. Even though his member interests have been vacated for almost 2 years, I have used best efforts to obtain consent from the court regardless.

The court warned Chassen that if he were to stop a sale (at 1.5) or solicit a price of equal or less value he would be subject to the damages of the difference. He continued anyway and took on this risk which he had no authority to do anyways, contractually.

I objected to the receiver, I've objected to you (for conflict ) and the process at large because none of this should happen given what the contractual documents say. And that is why we are in a different forum now, the federal law has been triggered and that will get adjudicated when the court renders a decision.

During the request for receiver the question came up of who would pay for it. There was no answer granted so it appears that one who has the role of receiver, if it was proper and official, would be motivated to sell assets to pay themselves rather than for the greater

good of the partnership which had a dissolution action effective September 2024.

It has come to my attention that you or Chassen have also committed US Postal Service fraud as it relates to 1640 montauk. It's my understanding that you threatened the broker for 550 metropolitan asset too.

It is unusual for partnerships to seek a receiver in the first place and in this circumstance , dissolution already commenced so what would a receiver do? It Is my understanding even if a receiver were granted under appropriate channels that they still have a duty to those who are the beneficiaries, that is not what's happening here.

Given that these actions are happening on the weekend, I am sending these notes to the court simultaneously via email versus through electronic systems to make sure the Court (s) see in real time what's happening here.

Once again, I urge you to stand down until such point in time where the federal court has a chance to properly hear the action and render a decision. If you choose not to, I will have to make further inquiries to law-enforcement agencies.

Thank you.

Jeffrey Simpson

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<image001.png>

Jeffrey Simpson

Sent from my iPhone

> On Apr 9, 2025, at 10:02 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> In light of your outreach to the broker for 550 metropolitan and two citizens bank you are clearly not taking direction and don't understand that the person that sought a receiver is a criminal and stole from me and broke the penal law besides breached every possible agreement. As I told you we will be notified

the federal court today that you've decided to take matters into your own hands even though I've removed this entire case to the federal court to solve for the problems of the attacks that I'm seeing from folks like you who think you could simply steal from me. You cannot do it and is it illegal. You are put on notice and I will notify the federal court today of emergency needs with your actions.

>

> Have a nice day

>

>

>

> Jeffrey Simpson

>

> Sent from my iPhone

>

>> On Apr 8, 2025, at 5:09 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

>>

>> Again, Farrell Fritz looked at the case for me so a conflict. Eric, extorted me during JJ Arch bankruptcy, conflict

>>

>> I removed these cases to the federal court for a reason to protect my constitutional rights. Chassen had no authority to do anything including make a motion for a receiver because he resigned from the company almost 2 years ago. And he admitted it on the witness stand and he lied to the fed and BK court and lied to the state court. So I do not authorize you in anyway because there are no other members other than me. All has been said to the federal court so you will stand down and do nothing until the federal court speaks to the contrary. I have been attacked by my civil rights in countless ways and if you're going to participate in it that's fine you're just going to be pursued accordingly because you're out of line just like the day you showed up and I told the police to get you out of my property.

>>

>> I have a religious observance a Passover coming up around the corner and I do not need this improper harassment and it's not lawful. If I am unable to observe my holiday because of your actions, it just gets added to the case. So tell me what is you're going to do, stand down and wait for the federal court or keep doing what you're doing and I will skip my observance for the holiday and I will fight for what's right in an emergency action where more theft is attempted from me.

>>

>> I expect a response or I will do what I have to do immediately in the federal court.
>>
>> Jeffrey Simpson
>>
>> Sent from my iPhone

**From:** jaredchassen@gmail.com
**Sent:** Saturday, March 22, 2025 3:26 PM
**To:** ehuebscher huebscherconsulting.com
**Cc:** Allen Schwartz; Pascarella, Darren A.; Bunin, Martin
**Subject:** Re: Zoom Meeting

Some people who received this message don't often get email from jaredchassen@gmail.com. Learn why this is important
[**Warning**: External Email]

It works for me, thank you Mr. Huebscher.

Jared Chassen

On Mar 22, 2025, at 3:22 PM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

<image001.gif>
Allen/Mr. Chassen:
I would like to re-schedule our zoom to Wednesday from Monday. I have taken a number of steps over the past 36 hours with regard to all the properties. I will need to be on site for both Watermill properties on Monday and possibly Tuesday. I have taken the liberty of moving our zoom to 1PM on Wednesday. If that day/time does not work, please let me know.
Thank you.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Saturday, March 22, 2025 3:22 PM
**To:** Allen Schwartz; Jared Chassen
**Cc:** Pascarella, Darren A.; Bunin, Martin
**Subject:** Zoom Meeting

[**Warning**: External Email]

Allen/Mr. Chassen:
I would like to re-schedule our zoom to Wednesday from Monday. I have taken a number of steps over the past 36 hours with regard to all the properties. I will need to be on site for both Watermill properties on Monday and possibly Tuesday. I have taken the liberty of moving our zoom to 1PM on Wednesday. If that day/time does not work, please let me know.
Thank you.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Bunin, Martin
**Sent:** Monday, June 23, 2025 7:45 PM
**To:** Allen Schwartz; J Chassen
**Subject:** RE: Call this week [F-F.FID1934821]

Does 11:30 am tomorrow work?

Marty

**Martin G. Bunin,** Counsel
FARRELLFRITZ
622 3rd Ave, New York, NY 10017
Direct: (646) 329-1982
Cell: (917) 887-0056
mbunin@farrellfritz.com | www.farrellfritz.com
Albany | Hauppauge | New York City | Uniondale | Water Mill

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Monday, June 23, 2025 7:20 PM
**To:** Bunin, Martin <MBunin@FarrellFritz.com>; J Chassen <jaredchassen@gmail.com>
**Subject:** Call this week

[**Warning**: External Email]

Marty,

Is it possible we can have a call with Eric and Jared this week for an update about the properties other than Rever Motors?

Best,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

**From:** Bunin, Martin
**Sent:** Monday, June 23, 2025 9:35 PM
**To:** jaredchassen@gmail.com; ehuebscher huebscherconsulting.com; Allen Schwartz
**Subject:** RE: Call this week [F-F.FID1934821]

12noon tomorrow it is. I will send out an invite in the morning.

Marty

**Martin G. Bunin,** Counsel

FARRELLFRITZ

622 3rd Ave, New York, NY 10017
Direct: (646) 329-1982
Cell: (917) 887-0056
mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** jaredchassen@gmail.com
**Sent:** Monday, June 23, 2025 7:54 PM
**To:** Bunin, Martin
**Cc:** Allen Schwartz
**Subject:** Re: Call this week [F-F.FID1934821]

[**Warning**: External Email]

It could, 12 works better if possible.

Jared Chassen

> On Jun 23, 2025, at 7:45 PM, Bunin, Martin <MBunin@farrellfritz.com> wrote:
>
> Does 11:30 am tomorrow work?
>
> Marty
>
> **Martin G. Bunin,** Counsel
>
> 622 3rd Ave, New York, NY 10017
> Direct: (646) 329-1982
> Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Monday, June 23, 2025 7:20 PM
**To:** Bunin, Martin <MBunin@FarrellFritz.com>; J Chassen <jaredchassen@gmail.com>
**Subject:** Call this week

[**Warning**: External Email]

Marty,

Is it possible we can have a call with Eric and Jared this week for an update about the properties other than Rever Motors?

Best,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

**From:** Bunin, Martin
**Sent:** Sunday, May 18, 2025 11:56 AM
**To:** Benjamin Robert Rajotte
**Cc:** Pascarella, Darren A.; allen@allenschwartzlaw.com; Jared Chassen; ehuebscher huebscherconsulting.com
**Subject:** RE: IMPORTANT - Garage Keepers Liability Insurance - Inspection [F-F.FID1934821]

Ben,

Your client's continuing abusive and threatening emails to the Receiver are in flagrant violation of the Receiver order. Please instruct your client to stop his communications with the Receiver immediately. These emails, and any additional ones, will be part of the evidence of your client's contemptuous behavior presented at the June 13 contempt hearing, or the subject of a separate contempt motion.

**Martin G. Bunin,** Counsel

FARRELLFRITZ

622 3rd Ave, New York, NY 10017
Direct: (646) 329-1982
Cell: (917) 887-0056
mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Sunday, May 18, 2025 10:00 AM
**To:** Pascarella, Darren A. <dpascarella@FarrellFritz.com>; Bunin, Martin <MBunin@FarrellFritz.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; allen@allenschwartzlaw.com; Jared Chassen <jaredchassen@gmail.com>
**Subject:** RE: IMPORTANT - Garage Keepers Liability Insurance - Inspection

[**Warning**: External Email]

Mr. Rajotte:
This is another example of your client's continued beratement and abuse. I demand that you immediately instruct your client to cease all communications with the Receiver.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Jeffrey Simpson <jeff@rmhamptons.com>
**Sent:** Saturday, May 17, 2025 6:11 PM
**To:** Martin Bunin <MBunin@farrellfritz.com>; ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; allen@allenschwartzlaw.com; Jared Chassen <jaredchassen@gmail.com>
**Subject:** Re: IMPORTANT - Garage Keepers Liability Insurance - Inspection

It appears that you've disabled my ability to get onto Next Gear. Let me remind you that I am the only guarantor on that line of credit. It is not tied to the business balance sheet (which I own anyway solely). You are to send me the credentials immediately or we will pursue accordingly.

One day you and all the others will finally get it, everything around Arch and JJ Arch was built around Jeffrey Simpson (per the words of David Heymann, the lawyer that drafted all the documents.). My ideas, my money, my businesses. You have no right to jump in the way you have, again we will deal with this with the courts with your fiduciary improprieties that is beyond imaginable for someone who claims to be some sort of receiver or person of the Court. You are worse than the lying attorneys that are here (Schwartz, Thorne and Koevary). Of the hundreds of people I've hired in my career you wouldn't have been considered for the lowest level position, in any context. You cannot even figure out how to use a key to open a door! It is dumbfounding that you've gotten through life the way you have.

If you do not adjust Next Gear portal back in my direction, I will have a dialogue with them on Monday and you will not stop me because it's in my name and you will not control my destiny like the people paying for you or supporting you are trying to do which is completely against my constitutional rights. This is private business and everything surrounds my name / my authority. When you wake up and look at the documents you'll understand why you could never have been brought there in the first place because there was no merit for Chassen considering an ask for something so crazy. He is a machination and nothing else as it relates to my business, effective August 3, 2023. And him seeking you is a derivative of that but most importantly focused on Oak which is full of maneuvers and fraud and they're doing it two other companies in two other countries. It looks like you are now deep in it.

Sent from my iPhone

> On May 17, 2025, at 3:01 PM, Jeffrey Simpson <jeff@rmhamptons.com> wrote:
>
> Hey Eric, you violated the Order by burning my property down. Oh and by the way the second order doesn't jurisdictional authority, we were in Federal jurisdiction, and unfortunately you all don't respect the law. You all just fake it and lie your way through it all but I see the truth and I see justice. Let me also remind you we have a bankruptcy (non-disposed on appeal ) here so how are you doing what you're doing other than being on the take ?
>
> You think you can go and destroy my property and have people attack me and threaten me because of your actions and improprieties. Don't make another threat to me or my attorney. We will be seeing the court as soon as possible and God willing they will enforce your illegal activity.

I am the only member of JJ Arch (by any contract or by any legitimate document), so who else do you work for other than me if you are there any purpose that has any reason? Be that the case you will not do any more damage to my property because it's all documented for the entire week of what you've done. No Court grant's someone the ability to do what you did.

So no sir you don't contact me and you have nothing to do with me and my Properties and businesses. Go and try to mooch off of someone else. You have a history of doing this, there's a long list of people that have talked about your actions and it's really concerning how you are still considered to be on a list of receivers. I hope in the court someone will explain to me what it is that you are doing with conflict of interest times two in just this very circumstance. You are not a man of law, you are just a thief.

You are absolutely put on notice that you are to stand down until the court decides because we are going now with Emergency action . This will halt and hopefully end this chapter of more illegal activity in the Chassen, Oak and now Huebscher world.

All right reserve and none waived. Your attorney can't save you from your crooked activities.

Sent from my iPhone

> On May 17, 2025, at 2:28 PM, Jeffrey Simpson <jeff@rmhamptons.com> wrote:
>
> Since you don't know what your role is, if there is even a receiver role which is a whole another question (which makes no sense because Chassen had no authority to ask for such a receiver in the first place because he has been resigned for so many different reasons and questionable why he is not in prison for his theft) duties and responsibilities are clear here and you are not abiding by any of them, the only one that looks familiar to me is the last one:
>
> <image.png>
>
> Sent from my iPhone
>
>> On May 16, 2025, at 12:09 PM, Jeffrey Simpson <jeff@rmhamptons.com> wrote:
>>
>> The information on insurance was submitted days ago.
>>
>> You all have been successful in trying to sideline me for Property that's fully mine and no one has any authority other than me putting aside a court order that was based upon false pretenses. In the meanwhile this property is being burned down which appears to be with neglect and malicious activity. Ben is not available at the moment and I am being bombarded with calls across-the-board and I can't answer anybody given the court order, which I'm trying to respect every which way I can. There's

nothing worse than the execution of what you've tried to accomplish here, the worst I've ever seen and I've done a lot of transitions in my career. So make a decision how you're going to handle this. There is no world in which any judge will suggest that somebody comes in and takes over the property and ignores everything of relevance so it all goes down the tubes in a few days.

The receiver hasn't invested one dollar in this property. Nothing about his installation is proper and the conflicts are overwhelming.

Chassen is a crook, you don't care about that but you should care if you read the documents.
So now it's being burned down and I am being forced just to watch and that's not going to work.
I will not break the court order but I'm going to make a stink in Court immediately. Shame on you for who you are and what you do. There are countless articles about receivers and their corrupt nature. No surprise what's happening here.

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Simpson <jeff@rmhamptons.com>
> **Date:** May 16, 2025 at 11:59:47 AM EDT
> **To:** nlee@hamptonsriskmgmt.com
> **Cc:** Yael <yael@rmhamptons.com>, Accounting <accounting@rmhamptons.com>, compliance@hamptonsriskmgmt.com, ma@hamptonsriskmgmt.com, Benjamin Robert Rajotte <rajb@mllg.nyc>
> **Subject: Re: IMPORTANT - Garage Keepers Liability Insurance - Inspection**
>
> Eric Huebscher
>
> We sent him your information I don't know what to do.
> Sent from my iPhone
>
>> On May 16, 2025, at 11:52 AM, nlee@hamptonsriskmgmt.com wrote:

Good morning all,

We realize that you have advised that a Receiver has been installed to handle business matters. Would you be able to share contact information? As we have another matter regarding a recent inspection that needs to be addressed as well.

The inspection for the Garagekeepers Liability was completed and there are recommendations that must be addressed and complied with.

Please see the attached.

Please share our contact information with Eric Huebscher – or whomever has been assigned to handle matters – so that we may get back to the carrier and avoid a disruption in coverage. We have not yet heard from anyone on the Commercial Property policy that as you know cancelled on 4/4/2025.

Please advise.

Thank you!

*Nicole Kristen Lee*

Nicole Kristen Lee
Broker

**Hamptons Risk Management**
Office - (631)-537-6767
Fax - (631)-204-6818
Corporate Office - (888)-443-4378
www.hamptonsriskmgmt.com
2228 Montauk Hwy / PO Box 1199
Bridgehampton, NY 11932

597 Vanderbuilt Ave Suite 2 –
Brooklyn, NY 11238
Office 718.581.9907

Please note, insurance coverage cannot be considered bound, amended or cancelled until written confirmation is received from our office. If you do not receive confirmation from our office within 48 hours, please contact us.

Information regarding the Fair Credit Reporting Act:

Consumer reports, including credit and insurance loss history reports, may be ordered in conjunction with this application. We may also obtain and use a credit-based insurance score developed from information contained in these reports. We may use a third party in connection with the development of your insurance score. These reports give us information that helps determine your eligibility for insurance, predict the likelihood of future claims, and determine the price you are charged. Typical information from these reports that may be used includes: prior insurance losses, number of revolving accounts, late payments and collections. Your credit and driving history information is provided by Choice Point, a consumer reporting agency. If you have questions at any time, please contact the office at number listed above.

This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person.

**Live worry-free with Hamptons Risk Management!**

<1640 Motors - Inspection May 2025.pdf>

<image.png>

**Subject:** Simpson v Chassen
**Location:** 866-866-2244, code 2839571

**Start:** Tue 6/24/2025 12:00 PM
**End:** Tue 6/24/2025 12:30 PM
**Show Time As:** Tentative

**Recurrence:** (none)

**Meeting Status:** Not yet responded

**Organizer:** Bunin, Martin
**Required Attendees**Allen Schwartz; ehuebscher huebscherconsulting.com; jaredchassen@gmail.com

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 11:46 PM
**To:** Bunin, Martin
**Cc:** ehuebscher huebscherconsulting.com; Jared Chassen; Pascarella, Darren A.
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

I am generally available tomorrow in the afternoon.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:

> I am generally available.
>
> Marty
>
> **Martin G. Bunin,** Counsel
>
> FARRELLFRITZ
>
> 622 3rd Ave, New York, NY 10017
>
> Direct: (646) 329-1982
>
> Cell: (917) 887-0056
>
> mbunin@farrellfritz.com | www.farrellfritz.com
>
> Albany | Hauppauge | New York City | Uniondale | Water Mill

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528
>
> ---
>
> One tap mobile
> +19294362866,,86246992209#,,,,*499528# US (New York)
> +16469313860,,86246992209#,,,,*499528# US
>
> Join instructions
> https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Sunday, August 24, 2025 10:49 AM
**To:** jaredchassen@gmail.com
**Cc:** Allen Schwartz; Bunin, Martin; jaredchassen@gmail.com
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

Will do

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Aug 24, 2025, at 10:17 AM, jaredchassen@gmail.com wrote:
>
> please let me know when you will be at the shop today
>
> Jared Chassen
>
>> On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:
>>
>> Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.
>>
>> Jared Chassen
>>
>>> On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>>>
>>> I am generally available tomorrow in the afternoon.
>>>
>>> Allen Schwartz, Esq.
>>> Schwartz Law PLLC
>>> 150 Broadway, Suite 701
>>> New York, NY 10038
>>> Tel: 347-460-5379
>>> Cell: 773-808-8972
>>> Email: Allen@allenschwartzlaw.com
>>>
>>> On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:

I am generally available.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaU

axMb9XGTZFYct.1

Meeting ID: 862 4699 2209
Passcode: 499528

---

One tap mobile
+19294362866,,86246992209#,,,,*499528# US (New York)
+16469313860,,86246992209#,,,,*499528# US

Join instructions
https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Sunday, August 24, 2025 11:05 AM
**To:** jaredchassen@gmail.com
**Cc:** Allen Schwartz; Bunin, Martin; jaredchassen@gmail.com
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

ETA 11:41
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Aug 24, 2025, at 10:17 AM, jaredchassen@gmail.com wrote:
>
> please let me know when you will be at the shop today
>
> Jared Chassen
>
>> On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:
>>
>> Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.
>>
>> Jared Chassen
>>
>>> On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>>>
>>> I am generally available tomorrow in the afternoon.
>>>
>>> Allen Schwartz, Esq.
>>> Schwartz Law PLLC
>>> 150 Broadway, Suite 701
>>> New York, NY 10038
>>> Tel: 347-460-5379
>>> Cell: 773-808-8972
>>> Email: Allen@allenschwartzlaw.com
>>>
>>> On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:
>>>
>>>> I am generally available.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1

Meeting ID: 862 4699 2209
Passcode: 499528

---

One tap mobile
+19294362866,,86246992209#,,,,*499528# US (New York)
+16469313860,,86246992209#,,,,*499528# US

Join instructions
https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Sunday, August 24, 2025 11:50 AM
**To:** jaredchassen@gmail.com
**Cc:** Allen Schwartz; Bunin, Martin; jaredchassen@gmail.com
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

11:56
Traffic
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Aug 24, 2025, at 10:17 AM, jaredchassen@gmail.com wrote:
>
> please let me know when you will be at the shop today
>
> Jared Chassen
>
>> On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:
>>
>> Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.
>>
>> Jared Chassen
>>
>>> On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>>>
>>> I am generally available tomorrow in the afternoon.
>>>
>>> Allen Schwartz, Esq.
>>> Schwartz Law PLLC
>>> 150 Broadway, Suite 701
>>> New York, NY 10038
>>> Tel: 347-460-5379
>>> Cell: 773-808-8972
>>> Email: Allen@allenschwartzlaw.com
>>>
>>> On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:

I am generally available.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaU

axMb9XGTZFYct.1

Meeting ID: 862 4699 2209
Passcode: 499528

---

One tap mobile
+19294362866,,86246992209#,,,,*499528# US (New York)
+16469313860,,86246992209#,,,,*499528# US

Join instructions
https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com
**Cc:** Bunin, Martin; Jared Chassen; Pascarella, Darren A.
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528
>
> ---
>
> One tap mobile
> +19294362866,,86246992209#,,,,*499528# US (New York)
> +16469313860,,86246992209#,,,,*499528# US
>
> Join instructions
> https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 1:28 PM
**To:** Allen Schwartz
**Cc:** Bunin, Martin; Jared Chassen; Pascarella, Darren A.
**Subject:** RE: Rever Motors Historical Inventory Review

Yes

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528

---

One tap mobile
+19294362866,,86246992209#,,,,*499528# US (New York)
+16469313860,,86246992209#,,,,*499528# US

Join instructions
https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz
**Cc:** Bunin, Martin; Jared Chassen; Pascarella, Darren A.
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528

---

One tap mobile
+19294362866,,86246992209#,,,,*499528# US (New York)
+16469313860,,86246992209#,,,,*499528# US

Join instructions
https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** jaredchassen@gmail.com
**Sent:** Thursday, August 14, 2025 9:43 AM
**To:** Allen Schwartz
**Cc:** Bunin, Martin; ehuebscher huebscherconsulting.com
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.

Jared Chassen

On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:

I am generally available tomorrow in the afternoon.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:

> I am generally available.
>
> Marty
>
> **Martin G. Bunin,** Counsel
>
> <image001.jpg>
>
> 622 3rd Ave, New York, NY 10017
>
> Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528
>
> ---
>
> One tap mobile
> +19294362866,,86246992209#,,,,*499528# US (New York)
> +16469313860,,86246992209#,,,,*499528# US
>
> Join instructions
> https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** jaredchassen@gmail.com
**Sent:** Sunday, August 24, 2025 10:17 AM
**To:** jaredchassen@gmail.com
**Cc:** Allen Schwartz; Bunin, Martin; ehuebscher huebscherconsulting.com
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

please let me know when you will be at the shop today

Jared Chassen

On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:

Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.

Jared Chassen

On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:

I am generally available tomorrow in the afternoon.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:

I am generally available.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>

**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528
>
> ---
>
> One tap mobile
> +19294362866,,86246992209#,,,,*499528# US (New York)
> +16469313860,,86246992209#,,,,*499528# US
>
> Join instructions
> https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**Subject:** Canceled: Rever Motors Historical Inventory Review
**Location:** https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1

**Start:** Tue 8/12/2025 4:00 PM
**End:** Tue 8/12/2025 5:00 PM
**Show Time As:** Free

**Recurrence:** (none)

**Organizer:** ehuebscher huebscherconsulting.com

**Importance:** High

Eric Huebscher is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1

Meeting ID: 862 4699 2209
Passcode: 499528

---

One tap mobile
+19294362866,,86246992209#,,,,*499528# US (New York)
+16469313860,,86246992209#,,,,*499528# US

Join instructions
https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** jaredchassen@gmail.com
**Sent:** Sunday, August 24, 2025 10:17 AM
**To:** jaredchassen@gmail.com
**Cc:** Allen Schwartz; Bunin, Martin; ehuebscher huebscherconsulting.com
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

please let me know when you will be at the shop today

Jared Chassen

> On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:
>
> Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.
>
> Jared Chassen
>
>> On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>>
>> I am generally available tomorrow in the afternoon.
>>
>> Allen Schwartz, Esq.
>> Schwartz Law PLLC
>> 150 Broadway, Suite 701
>> New York, NY 10038
>> Tel: 347-460-5379
>> Cell: 773-808-8972
>> Email: Allen@allenschwartzlaw.com
>>
>> On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:
>>
>>> I am generally available.
>>>
>>> Marty
>>>
>>> **Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let’s push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>

**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528
>
> ---
>
> One tap mobile
> +19294362866,,86246992209#,,,,*499528# US (New York)
> +16469313860,,86246992209#,,,,*499528# US
>
> Join instructions
> https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Sunday, August 24, 2025 10:49 AM
**To:** jaredchassen@gmail.com
**Cc:** Allen Schwartz; Bunin, Martin; jaredchassen@gmail.com
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

Will do

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Aug 24, 2025, at 10:17 AM, jaredchassen@gmail.com wrote:
>
> please let me know when you will be at the shop today
>
> Jared Chassen
>
>> On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:
>>
>> Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.
>>
>> Jared Chassen
>>
>>> On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>>>
>>> I am generally available tomorrow in the afternoon.
>>>
>>> Allen Schwartz, Esq.
>>> Schwartz Law PLLC
>>> 150 Broadway, Suite 701
>>> New York, NY 10038
>>> Tel: 347-460-5379
>>> Cell: 773-808-8972
>>> Email: Allen@allenschwartzlaw.com
>>>
>>> On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:

I am generally available.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaU

axMb9XGTZFYct.1

Meeting ID: 862 4699 2209
Passcode: 499528

---

One tap mobile
+19294362866,,86246992209#,,,,*499528# US (New York)
+16469313860,,86246992209#,,,,*499528# US

Join instructions
https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Sunday, August 24, 2025 11:05 AM
**To:** jaredchassen@gmail.com
**Cc:** Allen Schwartz; Bunin, Martin; jaredchassen@gmail.com
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

ETA 11:41
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Aug 24, 2025, at 10:17 AM, jaredchassen@gmail.com wrote:

please let me know when you will be at the shop today

Jared Chassen

On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:

Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.

Jared Chassen

On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:

I am generally available tomorrow in the afternoon.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:

> I am generally available.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let’s push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1

Meeting ID: 862 4699 2209
Passcode: 499528

---

One tap mobile
+19294362866,,86246992209#,,,,*499528# US (New York)
+16469313860,,86246992209#,,,,*499528# US

Join instructions
https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Sunday, August 24, 2025 11:50 AM
**To:** jaredchassen@gmail.com
**Cc:** Allen Schwartz; Bunin, Martin; jaredchassen@gmail.com
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

11:56
Traffic
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Aug 24, 2025, at 10:17 AM, jaredchassen@gmail.com wrote:
>
> please let me know when you will be at the shop today
>
> Jared Chassen
>
>> On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:
>>
>> Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.
>>
>> Jared Chassen
>>
>>> On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>>>
>>> I am generally available tomorrow in the afternoon.
>>>
>>> Allen Schwartz, Esq.
>>> Schwartz Law PLLC
>>> 150 Broadway, Suite 701
>>> New York, NY 10038
>>> Tel: 347-460-5379
>>> Cell: 773-808-8972
>>> Email: Allen@allenschwartzlaw.com
>>>
>>> On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:

I am generally available.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com
<ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen
<jaredchassen@gmail.com>; Pascarella, Darren A.
<dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaU

axMb9XGTZFYct.1

Meeting ID: 862 4699 2209
Passcode: 499528

---

One tap mobile
+19294362866,,86246992209#,,,,*499528# US (New York)
+16469313860,,86246992209#,,,,*499528# US

Join instructions
https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**From:** Bunin, Martin
**Sent:** Tuesday, August 12, 2025 2:42 PM
**To:** ehuebscher huebscherconsulting.com; Allen Schwartz
**Cc:** Jared Chassen; Pascarella, Darren A.
**Subject:** RE: Rever Motors Historical Inventory Review [F-F.FID1934821]

I am generally available.

Marty

**Martin G. Bunin,** Counsel

FARRELLFRITZ

622 3rd Ave, New York, NY 10017
Direct: (646) 329-1982
Cell: (917) 887-0056
mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher huebscherconsulting.com
<ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528
>
> ---
>
> One tap mobile
> +19294362866,,86246992209#,,,,*499528# US (New York)
> +16469313860,,86246992209#,,,,*499528# US
>
> Join instructions
> https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso