**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, August 18, 2025 11:20 AM |
| **To:** | Michael Stachnik |
| **Subject:** | 1640 Montauk Highway |
| **Attachments:** | Settlement Statement - 052722.pdf |

Michael
Attached, please find the original settlement statement. I am also obtaining new payoffs for both 1640 and 225.
Thank you
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, August 11, 2025 9:31 AM |
| **To:** | Ruiz, Ray; Flynn, Dan J; Michael Stachnik |
| **Subject:** | 1640 Montauk Highway |
| **Attachments:** | Order - Approving - 081125.pdf |

Michael/Dan/Ray:
Pease see attached. Please proceed with any and all marketing efforts.
Thank you.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Sunday, August 10, 2025 2:31 PM |
| **To:** | Dan J Flynn; Ray; Michael Stachnik |
| **Subject:** | 1640 Montauk Highway |

Cleaned up this weekend
Judge should sign order this week





Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Monday, August 4, 2025 8:35 PM
**To:** Ray; Dan J Flynn; Michael Stachnik
**Subject:** 1640 Montauk Highway

Went on the docket today
Waiting for Judges approval
Will stay on top of this
Thank you for your effort

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Wednesday, July 30, 2025 10:52 AM |
| **To:** | Flynn, Dan J; Hampton Properties; Michael Stachnik |
| **Cc:** | Ruiz, Ray |
| **Subject:** | RE: Fiduciary Online - Contact Us |

Michael
Please assist

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Wednesday, July 30, 2025 10:44 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>; Hampton Properties <broker@hamptonproperties.com>; Michael Stachnik <michael@hamptonproperties.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>
**Subject:** RE: Fiduciary Online - Contact Us

Can't understand the state's problem first time around and now. Wonder if it's all my company's security measures (Firewall, etc.) It's been about my email address which is on all the applications. The president of JLL's right hand man is working out the signature issue. Should all get done today.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Wednesday, July 30, 2025 10:37 AM
**To:** Hampton Properties <broker@hamptonproperties.com>; Michael Stachnik <michael@hamptonproperties.com>
**Cc:** Flynn, Dan J <DanJ.Flynn@jll.com>; Ruiz, Ray <Ray.ruiz@am.jll.com>
**Subject:** FW: Fiduciary Online - Contact Us

**Caution: Message from external sender**

Michael

Please help Dan. We really need to get this listing up on the court dockets ASAP.

Dan
Have your sorted out the signature issue?

Please send me a signature version with both signatures

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Wednesday, July 30, 2025 10:13 AM
**To:** Part36@nycourts.gov
**Cc:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Fiduciary Online - Contact Us

**Dear Sir or Madam,**
**I have not received my amended Part 36 certification. My colleague received his yesterday.**
**Then, I saw this (below). Please explain what I should do. I'm holding up an important real estate matter.**
**Dan Flynn (danflynn46)**
**Error**

- There was a problem confirming your email address. The confirmation link may have expired. The error was: Token decrypt failed

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect

**ehuebscher huebscherconsulting.com**

---

**From:** ehuebscher huebscherconsulting.com
**Sent:** Wednesday, July 30, 2025 10:37 AM
**To:** Hampton Properties; Michael Stachnik
**Cc:** Flynn, Dan J; Ray
**Subject:** FW: Fiduciary Online - Contact Us

Michael
Please help Dan. We really need to get this listing up on the court dockets ASAP.

Dan
Have your sorted out the signature issue?

Please send me a signature version with both signatures

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Wednesday, July 30, 2025 10:13 AM
**To:** Part36@nycourts.gov
**Cc:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Fiduciary Online - Contact Us

**Dear Sir or Madam,**
**I have not received my amended Part 36 certification. My colleague received his yesterday.**
**Then, I saw this (below). Please explain what I should do. I'm holding up an important real estate matter.**
**Dan Flynn (danflynn46)**
**Error**

- There was a problem confirming your email address. The confirmation link may have expired. The error was: Token decrypt failed

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, July 28, 2025 12:00 PM |
| **To:** | Flynn, Dan J; Michael Stachnik |
| **Cc:** | Darren A. Pascarella; Martin G. Bunin; Ray |
| **Subject:** | Part 36 |

Dan/Michael:
Please apply/re-apply (both of you) for Part 36. Please see note below from the clerk's office

**"Thank you for writing. If the broker is going to be appointed for a matter in New York County, he/she will need to have New York County listed on their application. "**

This should only take 24 hours. I would like to get the listing agreement up on the court's docket tomorrow.

Sorry, we should have caught this before.

Thank you.
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Thursday, July 24, 2025 4:57 PM |
| **To:** | Flynn, Dan J; Michael Stachnik |
| **Cc:** | Darren A. Pascarella; Springs, Kylie; Martin G. Bunin; Ruiz, Ray |
| **Subject:** | RE: Hampton Properties/Jones Lang LaSalle Listing Agreement |

The issue regarding exclusive is up to you. But the person signing the agreement has to be the person who is Part 36 approved, which is you. Please advise.

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Thursday, July 24, 2025 4:52 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>; Michael Stachnik <michael@hamptonproperties.com>
**Cc:** Darren A. Pascarella <dpascarella@farrellfritz.com>; Springs, Kylie <KSprings@FarrellFritz.com>; Martin G. Bunin <mbunin@farrellfritz.com>; Ruiz, Ray <Ray.Ruiz@jll.com>
**Subject:** RE: Hampton Properties/Jones Lang LaSalle Listing Agreement

Eric,
The document seems fine. Because it is coming from a residential brokerage, the format is little different from the JLL format.
You'll note that I've highlighted the paragraph in red that defines an "Exclusive Agency." Our agreement is an "Exclusive right to Sell," which is correctly defined.
By naming the two agencies, it is not clear which one we are agreeing to. Our typical JLL document would be titled, "Exclusive Right to Sell." Can we remove the "Exclusive Agency" paragraph or clearly define our "exclusive right to sell."

The other point is that the person signing the document at JLL is an appointed officer. I would not be signing the document, but JLL agrees that Dan Flynn is the JLL representative on behalf of JLL.
Once we are clear on the two points I've mentioned, we'll turn around a signed agreement in a day.
Regards,
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Thursday, July 24, 2025 2:39 PM
**To:** Flynn, Dan J <DanJ.Flynn@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Cc:** Darren A. Pascarella <dpascarella@farrellfritz.com>; Springs, Kylie <KSprings@FarrellFritz.com>; Martin G. Bunin <mbunin@farrellfritz.com>; Ruiz, Ray <Ray.ruiz@am.jll.com>
**Subject:** FW: Hampton Properties/Jones Lang LaSalle Listing Agreement

**Caution: Message from external sender**

Michael/Dan:
Please see attached, marked up from legal counsel input
Please let me know if you have any comments
Please execute on one document and send back same to me
Thank you
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

JLL SEE A BRIGHTER WAY
One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Thursday, July 24, 2025 2:39 PM |
| **To:** | Flynn, Dan J; Michael Stachnik |
| **Cc:** | Darren A. Pascarella; Springs, Kylie; Martin G. Bunin; Ray |
| **Subject:** | FW: Hampton Properties/Jones Lang LaSalle Listing Agreement |
| **Attachments:** | Comission Agreement - 1640 Montauk Highway.doc |

Michael/Dan:
Please see attached, marked up from legal counsel input
Please let me know if you have any comments
Please execute on one document and send back same to me
Thank you
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Thursday, July 24, 2025 1:18 PM |
| **To:** | Flynn, Dan J; Michael Stachnik |
| **Cc:** | Ruiz, Ray; Marty Bunin; Darren A. Pascarella |
| **Subject:** | RE: 1640 Montauk Highway/1640 Motor LLC/160 Montauk LLC/Rever Motors |

Dan/Michael:
Counsel has reviewed the listing agreement. We need to make an edit to what is being sold i.e. 1640 Montauk Highway with improvements. Also, Dan will need to sign as he was the person who obtained the Part 36 approval. Three signatures i.e. Dan, Michael and myself. Hope to have this back to shortly.
Thank you.
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Thursday, July 24, 2025 1:02 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>; Marty Bunin <mgbunin@gmail.com>; Darren A. Pascarella <dpascarella@farrellfritz.com>
**Subject:** Re: 1640 Montauk Highway/1640 Motor LLC/160 Montauk LLC/Rever Motors

Thank you, Eric. Stopped out there the other day to assess the sign situation. We have two good locations planned. One above the main glass doors and the sign would cover the word REVER. The other sign will go on the large existing sign that's closer to the Lot where cars are stored.
When we get the greenlight, we can probably sign up within two days.
Dan
Sent from my iPhone

> On Jul 24, 2025, at 7:45 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

**Caution: Message from external sender**

> <image001.gif>
> Dan/Ray:
> Good morning.



RECEIVER-000365

Counsel to the Receiver's email system was compromised, which has resulted in a delay in filing the listing agreement and the JLL Part 36 approval. This issue appears to have been resolved. I will continue to update you as we progress.
Thank you.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Wednesday, July 16, 2025 5:32 PM
**To:** Michael Stachnik
**Subject:** RE: Taxes and Zoning on 1640 Montauk Highway?

Thank you

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Michael Stachnik <Michael@hamptonproperties.com>
**Sent:** Wednesday, July 16, 2025 9:19 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** RE: Taxes and Zoning on 1640 Montauk Highway?

Attached is the Exclusive Agreement which I have signed.

Michael M Stachnik
Licensed Real Estate Broker
Hampton Properties
90 Main Street
Westhampton Beach, NY 11978
Michael@hamptonproperties.com
631.288.6100
631.288.6125 fax
516.410.4184 mobile

*All information is from sources deemed reliable but is subject to errors, omissions, changes in price, prior sale or withdrawal without notice. All rights to content, photographs and graphics reserved to broker. Equal Housing Opportunity Broker.*

This e mail is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files. If you do not wish to receive commercial emails from me in the future and would like to "Opt-Out" please reply to this email with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, July 15, 2025 2:00 PM
**To:** Dan J Flynn <DanJ.Flynn@jll.com>
**Cc:** Ray Ruiz <Ray.Ruiz@jll.com>; Michael Stachnik <Michael@hamptonproperties.com>
**Subject:** Re: Taxes and Zoning on 1640 Montauk Highway?

I do not
Please huddle with. Michael and approve the listing agreement
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Jul 15, 2025, at 1:32 PM, Flynn, Dan J <DanJ.Flynn@jll.com> wrote:

Eric,
Do you have the current taxes and zoning on the property? We have almost completed a draft of a 4-page brochure and wanted to confirm the two questions. We realize it is pre-existing non-conforming auto use, but believe the residential zoning was mentioned.
Regards,
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Tuesday, July 15, 2025 3:01 PM |
| **To:** | Michael Stachnik; 'Flynn, Dan J (DanJ.Flynn@am.jll.com)' |
| **Cc:** | Ray |
| **Subject:** | RE: 1640 Montauk Highway |

Please remember that we are marketing both the property and business.

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Michael Stachnik <michael@hamptonproperties.com>
**Sent:** Tuesday, July 15, 2025 2:17 PM
**To:** 'Flynn, Dan J (DanJ.Flynn@am.jll.com)' <DanJ.Flynn@am.jll.com>
**Cc:** Ray <ray.ruiz@am.jll.com>; ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** FW: 1640 Montauk Highway

HI DAN, good pm. Here Are The Current Real Estate Taxes: as well As The Property Information: *** Current Property Class, and as well as The Zoning Code

Thank-you, Michael

Michael M Stachnik
Licensed Real Estate Broker
Hampton Properties
90 Main Street
Westhampton Beach, NY 11978
Michael@hamptonproperties.com
631.288.6100
631.288.6125 fax
516.410.4184 mobile

*All information is from sources deemed reliable but is subject to errors, omissions, changes in price, prior sale or withdrawal without notice. All rights to content, photographs and graphics reserved to broker. Equal Housing Opportunity Broker.*

This e mail is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files. If you do not wish to receive commercial emails from me in the future and would like to "Opt-Out" please reply to this email with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.

**From:** Hampton Properties <broker@hamptonproperties.com>
**Sent:** Tuesday, July 15, 2025 2:09 PM
**To:** Michael Stachnik <michael@hamptonproperties.com>
**Subject:** 1640 Montauk Highway

Hampton Properties
90 Main Street
Westhampton Beach, NY 11978
631.288.6100
631-288.6125 fax

*All information is from sources deemed reliable but is subject to errors, omissions, changes in price, prior sale or withdrawal without notice. All rights to content, photographs and graphics reserved to broker. Equal Housing Opportunity Broker.*

This e mail is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files. If you do not wish to receive commercial emails from me in the future and would like to "Opt-Out" please reply to this email with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Tuesday, July 15, 2025 2:49 PM |
| **To:** | Michael Stachnik; 'Flynn, Dan J (DanJ.Flynn@am.jll.com)' |
| **Cc:** | Ray |
| **Subject:** | RE: 1640 Montauk Highway |

Can you please review my comments to the listing agreement, sent this morning, and return with wet signature if agreed? Also, need JLL bio and Part 36 approval. Would like to advance this ASAP

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Michael Stachnik <michael@hamptonproperties.com>
**Sent:** Tuesday, July 15, 2025 2:17 PM
**To:** 'Flynn, Dan J (DanJ.Flynn@am.jll.com)' <DanJ.Flynn@am.jll.com>
**Cc:** Ray <ray.ruiz@am.jll.com>; ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** FW: 1640 Montauk Highway

HI DAN, good pm. Here Are The Current Real Estate Taxes: as well As The Property Information: *** Current Property Class, and as well as The Zoning Code

Thank-you, Michael

Michael M Stachnik
Licensed Real Estate Broker
Hampton Properties
90 Main Street
Westhampton Beach, NY 11978
Michael@hamptonproperties.com
631.288.6100
631.288.6125 fax
516.410.4184 mobile

*All information is from sources deemed reliable but is subject to errors, omissions, changes in price, prior sale or withdrawal without notice. All rights to content, photographs and graphics reserved to broker. Equal Housing Opportunity Broker.*

This e mail is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files. If you do not wish to receive commercial emails from me in the future and would like to "Opt-Out" please reply to this email with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.

**From:** Hampton Properties <broker@hamptonproperties.com>
**Sent:** Tuesday, July 15, 2025 2:09 PM
**To:** Michael Stachnik <michael@hamptonproperties.com>
**Subject:** 1640 Montauk Highway

Hampton Properties
90 Main Street
Westhampton Beach, NY 11978
631.288.6100
631-288.6125 fax

*All information is from sources deemed reliable but is subject to errors, omissions, changes in price, prior sale or withdrawal without notice. All rights to content, photographs and graphics reserved to broker. Equal Housing Opportunity Broker.*

This e mail is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files. If you do not wish to receive commercial emails from me in the future and would like to "Opt-Out" please reply to this email with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Tuesday, July 15, 2025 8:55 AM |
| **To:** | Michael Stachnik; 'Flynn, Dan J'; Ray |
| **Cc:** | Martin G. Bunin; Darren A. Pascarella |
| **Subject:** | 1640 Montauk Highway and Rever Motors - Listing Agreement |
| **Attachments:** | JLL and HP - 1640 Montauk Highway and Rever Motors - EH comments - 071525.doc |

Michael/'Dan/Ray:
Please see attached mark up. Please note that I am asking you to market both the property and business located at 1640 Montauk Highway, Water Mill, NY. Please let me know today if you have any comments. I would like to advance this document for signature today or tomorrow.
Thank you.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Monday, July 14, 2025 10:28 AM
**To:** Michael Stachnik
**Cc:** Dan J Flynn; Ray; Martin G. Bunin; Darren A. Pascarella
**Subject:** 1640 Montauk Highway - Rever Motors

Michael
Please send me today
1. Listing agreement
2. JLL bio
3. Part 36 approval
Thank you
Eric
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

Begin forwarded message:

> **From:** PART36 <PART36@nycourts.gov>
> **Date:** July 14, 2025 at 10:25:22 AM EDT
> **To:** "Flynn, Dan J" <DanJ.Flynn@jll.com>
> **Cc:** Eric Huebscher <erichuebscher@icloud.com>, "Ruiz, Ray" <Ray.Ruiz@jll.com>
> **Subject: RE: Fiduciary Online - Contact Us**
>
> Good morning,
>
> Thank you for writing. Your application was approved on 7/10/25.



RECEIVER-000374

Summary | Applications | Appointments | Compensations | Admin Actions | Appellate Certification

FID: **107647** Eligibility: **07/10/2025 - 09/08/2027** Re-registration: **05/11/2027**

**Contact Information** View History Edit

| | |
|---|---|
| Address: | **Jones Lange LaSalle (JLL)**<br>**225 Broadhollow Rd**<br>**Melville, NY 11747-4822** |
| Phone: | **5167029664** |
| Email: | **danj.flynn@jll.com** |

**Business Information**

| | |
|---|---|
| Address: | **Jones Lange La**<br>**225 Broadhollo**<br>**Melville, NY 11** |
| Phone: | **5167029664** |
| Email: | **danj.flynn@jll.c** |

**Compensation Information** *(on file with OCA by calendar year)*

Prior Year Compensation: **$0.00** Current Year Compensation: **$0.00**

**Qualifications**

| | |
|---|---|
| Counties Available for Appointment: | **Suffolk** |
| Categories of Appointment: | **Real Estate Broker** |
| Academic Degrees Awarded: | **MA/MS** |
| Professions or Occupations: | **Real Estate Broker** |

If you require any additional information please let us know.

Thank you,

Catherine Lynch
Appointments Processing Unit
New York State Unified Court System
25 Beaver Street
New York, NY
Tel: (212) 428-2818
Fax: (212) 428-2561
Email: part36@nycourts.gov

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Friday, July 11, 2025 3:57 PM
**To:** PART36 <PART36@nycourts.gov>
**Cc:** Eric Huebscher <erichuebscher@icloud.com>; Ruiz, Ray <Ray.Ruiz@jll.com>
**Subject:** Fiduciary Online - Contact Us

danj.flynn@jll.com appears similar to someone who previously sent you email, but may not be that person. Learn why this could be a risk

Waiting to be accepted as a Fiduciary. Can you tell me if I am in process?
Danflynn46.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

Please be CAREFUL when clicking links or opening attachments from external senders.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, July 7, 2025 8:19 PM |
| **To:** | Michael Stachnik; Fran Barnes |
| **Subject:** | 1640 Montauk Highway and Rever Motors |

Good evening
Please let me know tomorrow if you are able to be the listing agent. I really need to advance this ASAP.
Thank you

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Friday, July 4, 2025 8:46 AM |
| **To:** | Michael Stachnik; Fran Barnes |
| **Subject:** | 1640 Montauk Highway - Rever Motors |

Good morning
Happy 4th
I fully appreciate that this is a busy time of year for you. However, I must advance the listing this coming week. I want to be fully on the market by 15 July Please let me know Thank you Eric Huebscher Eric Huebscher Sent from my IPhone Please excuse all spelling mistakes

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Saturday, June 28, 2025 3:30 PM |
| **To:** | Michael Stachnik |
| **Subject:** | Decision and Order |
| **Attachments:** | Judge Furman decision - 062725.pdf |

Michael:
Please see attached for your records.
Thank you very much for all your help.
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Saturday, May 17, 2025 4:14 PM |
| **To:** | Michael Stachnik |
| **Cc:** | Properties Hampton |
| **Subject:** | Re: 1640 Montauk Highway |

I am on site Monday and Tuesday

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On May 17, 2025, at 4:09 PM, Michael Stachnik <Michael@hamptonproperties.com> wrote:
>
> HI ERIC, good pm. Yes. We are. Waiting for a day/time for pictures. Advertising to begin. Thank-u, Michael
>
> Michael M Stachnik
> Licensed Real Estate Broker
> Hampton Properties
> 90 Main Street
> Westhampton Beach, NY 11978
> Michael@hamptonproperties.com
> 631.288.6100
> 631.288.6125 fax
> 516.410.4184 mobile
>
>
> All information is from sources deemed reliable but is subject to errors, omissions, changes in price, prior sale or withdrawal without notice. All rights to content, photographs and graphics reserved to broker. Equal Housing Opportunity Broker.
>
> This e mail is for the named addressees only and may contain confidential information. If you are not the intended recipient, please inform me and delete it from your files. If you do not wish to receive commercial emails from me in the future and would like to "Opt-Out" please reply to this email with subject "remove me from your list." All information is from sources deemed reliable but is subject to errors, omissions, change of price, prior sale or withdrawal without notice. No representation is made as to accuracy of any description. All measurements and square footage are approximate and all information should be confirmed by customer. All rights to content, photographs and graphics reserved to Broker. Broker is not authorized to bind parties. Real estate contracts are only established by duly executed agreement between the parties.
>
>
> -----Original Message-----
> From: ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
> Sent: Saturday, May 17, 2025 9:00 AM
> To: Michael Stachnik <Michael@hamptonproperties.com>
> Subject: 1640 Montauk Highway
>
> Michael
> I have taken possession and control
> May we advance this to market ASAP?
> Please let me know

> Thank you
> Eric
>
> Eric Huebscher
> Sent from my IPhone
> Please excuse all spelling mistakes

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Saturday, May 17, 2025 9:00 AM |
| **To:** | Michael Stachnik |
| **Subject:** | 1640 Montauk Highway |

Michael
I have taken possession and control
May we advance this to market ASAP?
Please let me know
Thank you
Eric

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Wednesday, May 7, 2025 7:46 AM |
| **To:** | Michael Stachnik |
| **Subject:** | Court Order |
| **Attachments:** | Broker FF H&Co - Orders - 050725.pdf |

Michael:
The Judge entered the order for you and Hampton Properties. Please see attached. Please prepare a listing agreement for 1640. There is a major hearing next Monday. Will be able to advance all after that.
Thank you.
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Sunday, April 27, 2025 6:03 PM
**To:** Michael Stachnik
**Subject:** Rever Motors; 1640 Montauk Highway, Water Mill, NY

Michael:
Good evening.
I am moving forward with the Subject listing and sale. Please let know if you are interested. If so, kindly pleas send me a listing agreement. In the coming days I will be taking custody and control of the premises etc.
If you are not interested, kindly please confirm same.
Thank you.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Saturday, March 22, 2025 11:28 AM |
| **To:** | Michael Stachnik |
| **Subject:** | Fwd: 225 Head of the Pond Road and 1640 Montauk Highway/Rever Motors; Court Appointed Receiver |
| **Attachments:** | image001.gif; 158055_2023 _JEFFREY_SIMPSON_indiv_v_JEFFREY_SIMPSON_indiv_BOND_UNDERTAKING_1401.pdf; 158055_2023 _JEFFREY_SIMPSON_indiv_v_JEFFREY_SIMPSON_indiv_DECISION__ORDER_ON_1360.pdf |

FYI
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

Begin forwarded message:

> **From:** "ehuebscher huebscherconsulting.com" <ehuebscher@huebscherconsulting.com>
> **Date:** March 22, 2025 at 11:06:00 AM EDT
> **To:** hal.zwick@compass.com, joe.piccininni@compass.com
> **Cc:** joe.fuer@compass.com
> **Subject: 225 Head of the Pond Road and 1640 Montauk Highway/Rever Motors; Court Appointed Receiver**
>
> Mr. Piccininni
> Mr. Zwick
> I am the court appointed Receiver for the 2 Subject properties. Please see attached court order and related bond and oath. I would like to speak with you both today regarding these properties as well as obtain all keys and records.
> Please let me know when you might be available.
> I can be reached on my mobile number i.e. 917.763.3891
> Thank you
> Eric Huebscher
>
> Eric Huebscher, MBA, CPA, CFE, CPCO
> President
> Huebscher & Co.
> 301 East 87th Street – 20E
> New York, NY 10128
> Phone – 646.584.3141
> Mobile – 917.763.3891
> EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Monday, August 25, 2025 11:34 AM
**To:** Dan J Flynn
**Cc:** Ray Ruiz; Michael Stachnik
**Subject:** Re: Showing of 1640 Montauk Highway

We will be filing a motion to sell all this week
Cars
Scrap
Etc

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Aug 25, 2025, at 11:32 AM, Flynn, Dan J <DanJ.Flynn@jll.com> wrote:

Eric,
I've booked a tentative showing of the property this Friday at 11:00. The customer and I will confirm on Thursday, due to the beginning of the Labor Day weekend. The customer owns several body shops and is generally familiar with the property. BTW, what is the status of the cars that look to be in better shape and are parked in front of the property?
If we are confirmed on Thursday, I'll let you know, so that you can disarm the alarm. Please keep us apprised of the impending auction.
Regards,
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information

contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Friday, August 22, 2025 2:16 PM
**To:** Dan J Flynn
**Cc:** Ray Ruiz; Michael Stachnik
**Subject:** Re: 1640 Montauk Highway

All money is green
This is not a question for the court
This is a town question
A deal is a deal

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Aug 22, 2025, at 2:14 PM, Flynn, Dan J <DanJ.Flynn@jll.com> wrote:

<image002.gif>
Eric,
What is your or the court's opinion on permitting a Cannabis store at 1640 Montauk Highway – If the Town of Southampton approves.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Monday, August 11, 2025 9:31 AM
**To:** Ruiz, Ray <Ray.Ruiz@jll.com>; Flynn, Dan J <DanJ.Flynn@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** 1640 Montauk Highway

**Caution: Message from external sender**

Michael/Dan/Ray:
Pease see attached. Please proceed with any and all marketing efforts.
Thank you.

Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, August 4, 2025 2:01 PM |
| **To:** | Dan J Flynn |
| **Cc:** | Ray Ruiz |
| **Subject:** | Re: Mark Lapidus |

Papers going into court today
Judge should sign this week
Once done we go live
Cleaning up property this week
Action house meeting me tomorrow
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Aug 4, 2025, at 1:49 PM, Flynn, Dan J <DanJ.Flynn@jll.com> wrote:

Eric,
Had a good chat with Mark. As you know, he's been following this for a couple years and knows the owners and the brokers who represented the owners a year or so ago. Told him we would be doing a process and that he's welcomed to participate when the time is right. Told him we'd keep him informed. Says he lives 300 yards from the site, and I think he wants it to store exotic cars. This is one of the uses we've predicted would get some play.
Are you able to predict the approval time-frame and when we might put up the signs?
Regards,
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com
Ehub

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior

permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Friday, August 1, 2025 2:50 PM |
| **To:** | Dan J Flynn; Ray; Michael Stachnik |
| **Subject:** | Fwd: Accepted: Call with Eric Heubscher |

Kingly please give him a call
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

Begin forwarded message:

> **From:** Mark Lapidus <mark.lapidus@gmail.com>
> **Date:** August 1, 2025 at 2:39:00 PM EDT
> **To:** "ehuebscher huebscherconsulting.com" <ehuebscher@huebscherconsulting.com>
> **Subject: Re: Accepted: Call with Eric Heubscher**
>
> Eric,
>
> What's going on?
>
> Mark Lapidus
> Cell (516)-647-5057
>
>> On Apr 16, 2025, at 1:16 PM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:
>>
>> Mark:
>>
>> I will get back to you shortly.
>>
>> Thank you.
>>
>> Eric Huebscher
>>
>> PS
>>
>> Please note correct spelling of my last name
>>
>> Eric Huebscher, MBA, CPA, CFE, CPCO
>>
>> President
>>
>> Huebscher & Co.
>>
>> 301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

-----Original Message-----

From: Mark Lapidus <mark.lapidus@gmail.com>

Sent: Wednesday, April 16, 2025 1:15 PM

To: ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>

Subject: Re: Accepted: Call with Eric Heubscher

Hello sir,

I will be out tomorrow, anything for us to discuss?

Mark Lapidus

Cell (516)-647-5057

> On Mar 27, 2025, at 11:33 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:
>
> <mime-attachment.ics>

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Thursday, July 31, 2025 4:35 PM |
| **To:** | Dan J Flynn |
| **Cc:** | Ray Ruiz; Michael Stachnik; David Leviton; Rosa Buckley |
| **Subject:** | Re: Exclusive Right to Sell |

Michael
Please sign
Please
Please
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Jul 31, 2025, at 4:33 PM, Flynn, Dan J <DanJ.Flynn@jll.com> wrote:

Eric,
I'm sliding into home...Attached please find the document signed by me.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

**From:** Guisti, Dianna <Dianna.Guisti@jll.com>
**Sent:** Thursday, July 31, 2025 3:10 PM
**To:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>
**Subject:** RE: Exclusive Right to Sell

Hi Dan – See attached.
I added today's date as well and kept it in word document. Let me know if you need a PDF version.

**Dianna Guisti**
T +1 631 962 7381

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Thursday, July 31, 2025 3:04 PM
**To:** Guisti, Dianna <Dianna.Guisti@jll.com>

**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>
**Subject:** Exclusive Right to Sell

Dianna,
Please fix my signature line. Remove the underline and line up the "Date" with the others.

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

<1640 Montauk Highway Sale Listing with Receiver - Final.doc>

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Thursday, July 31, 2025 3:32 PM
**To:** Flynn, Dan J; Ruiz, Ray
**Cc:** Michael Stachnik
**Subject:** RE: Document approved

Please slide into home plate unscathed

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

-----Original Message-----
From: Flynn, Dan J <DanJ.Flynn@jll.com>
Sent: Thursday, July 31, 2025 3:31 PM
To: ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>; Ruiz, Ray <Ray.Ruiz@jll.com>
Cc: Michael Stachnik <michael@hamptonproperties.com>
Subject: RE: Document approved

I've been referring to an inter-office agreement that will allow me to sign the "Exclusive right to Sell agreement." It essentially has nothing that you will even see, but it allows me to sign the Exclusive.
We are on third base heading for home. The inter-office agreement is out for signature and I expect it today. It has been approved for signature. Welcome to the world of bankruptcies, receiverships and corporate real estate.
Regards,
Dan

Daniel J. Flynn
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

-----Original Message-----
From: ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
Sent: Thursday, July 31, 2025 2:42 PM
To: Flynn, Dan J <DanJ.Flynn@jll.com>; Ruiz, Ray <Ray.ruiz@am.jll.com>
Cc: Michael Stachnik <michael@hamptonproperties.com>
Subject: RE: Document approved

Caution: Message from external sender

Dan/Ray
There is one agreement. i.e. Hampton Properties. One for you and one for Michael to sign. Not sure what you are referring to.

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street - 20E
New York, NY 10128
Phone - 646.584.3141
Mobile - 917.763.3891
EFAX - 212-202-3503

-----Original Message-----
From: Flynn, Dan J <DanJ.Flynn@jll.com>
Sent: Thursday, July 31, 2025 2:37 PM
To: ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
Subject: Document approved

It's been approved. I'm waiting for a signature and I will counter sign it. Then, I can sign the exclusive and send that to you. You'll have it today.
Dan
Sent from my iPhone

[JLL Logo]
One of the 2025 World's Most Ethical Companies(r)<https://www.us.jll.com/en/about-jll/company-information/ethics-everywhere>
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here<http://www.jll.com/privacy-statement>
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Thursday, July 31, 2025 2:42 PM |
| **To:** | Flynn, Dan J; Ray |
| **Cc:** | Michael Stachnik |
| **Subject:** | RE: Document approved |

Dan/Ray
There is one agreement. i.e. Hampton Properties. One for you and one for Michael to sign. Not sure what you are referring to.

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

-----Original Message-----
From: Flynn, Dan J <DanJ.Flynn@jll.com>
Sent: Thursday, July 31, 2025 2:37 PM
To: ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
Subject: Document approved

It's been approved. I'm waiting for a signature and I will counter sign it. Then, I can sign the exclusive and send that to you. You'll have it today.
Dan
Sent from my iPhone

[JLL Logo]
One of the 2025 World's Most Ethical Companies®<https://www.us.jll.com/en/about-jll/company-information/ethics-everywhere>
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here<http://www.jll.com/privacy-statement>
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Thursday, July 31, 2025 12:34 PM |
| **To:** | Flynn, Dan J |
| **Cc:** | Ruiz, Ray; Michael Stachnik |
| **Subject:** | RE: 1640 Montauk Highway |

I am counting on you being able to sign today
If the president still is holding this up, he or she needs to sign today and get their own Part 36

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Thursday, July 31, 2025 12:23 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** Re: 1640 Montauk Highway

Eric,
Feel pretty good about it getting signed today.
Dan
Sent from my iPhone

> On Jul 31, 2025, at 12:06 PM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

**Caution: Message from external sender**

> <image001.gif>
> Dan/Ray
> Just got another call about the property. I really need to get this lined up and signed off today. I do not want to miss another day.
> Please advise.
> Time is of the essence.
> Eric Huebscher
>
> Eric Huebscher, MBA, CPA, CFE, CPCO
> President
> Huebscher & Co.
> 301 East 87th Street – 20E
> New York, NY 10128

Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Thursday, July 31, 2025 12:07 PM |
| **To:** | 'Flynn, Dan J'; Ray |
| **Cc:** | Michael Stachnik |
| **Subject:** | 1640 Montauk Highway |
| **Importance:** | High |

Dan/Ray
Just got another call about the property. I really need to get this lined up and signed off today. I do not want to miss another day.
Please advise.
Time is of the essence.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Wednesday, July 30, 2025 5:41 PM |
| **To:** | Dan J Flynn |
| **Cc:** | Michael Stachnik; Ray Ruiz |
| **Subject:** | Re: Signed documents |

Thx
Wrong email
Please fix
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Jul 30, 2025, at 5:25 PM, Flynn, Dan J <DanJ.Flynn@jll.com> wrote:

Eric,
It's 5:15PM and I've reached out to our Manhattan office again for an update on the signature issue. I'm confident that we'll be signed up tomorrow.
If Ray and I had our own firm, we'd have been signed up last week. But, the reason we work at JLL is for the unbelievable resources we have. Once we are underway with 1640 Montauk Highway, you will see why Michael Stachnik has confidence in us. Our campaigns don't leave a stone unturned. I predict that there will be a bidding competition. We just sold the luxury car dealership in Westhampton and we have a list of car dealerships, car repair companies and rich guys who collect cars.
We'll get this done and you'll see why Ray and I are quite well known on the east end.
Have a good evening.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior

permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Wednesday, July 30, 2025 2:22 PM |
| **To:** | Flynn, Dan J |
| **Cc:** | Ruiz, Ray; Michael Stachnik |
| **Subject:** | RE: NYS Fiduciary - Amendment Application for Appointment Made Eligible |

Then if not the President can sign and but he or she needs to get a Part 36 approval. I really want this concluded today. Thank you

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <danj.flynn@jll.com>
**Sent:** Wednesday, July 30, 2025 2:16 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** RE: NYS Fiduciary - Amendment Application for Appointment Made Eligible

If the president's office signs off on my being the signatory, you'll have it.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Wednesday, July 30, 2025 1:21 PM
**To:** Flynn, Dan J <danj.flynn@jll.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** RE: NYS Fiduciary - Amendment Application for Appointment Made Eligible

**Caution: Message from external sender**

Lets get the listing agreement signed today. Please

Eric Huebscher, MBA, CPA, CFE, CPCO
President

Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

---

**From:** Flynn, Dan J <danj.flynn@jll.com>
**Sent:** Wednesday, July 30, 2025 12:52 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** FW: NYS Fiduciary - Amendment Application for Appointment Made Eligible

Eureka!
Here is the approval for Part 36. I'll push my company for the signatory approval.

Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

---

**From:** No Reply <noreply@nycourts.gov>
**Sent:** Tuesday, July 29, 2025 12:28 PM
**To:** Flynn, Dan J <danj.flynn@jll.com>
**Subject:** NYS Fiduciary - Amendment Application for Appointment Made Eligible

You don't often get email from noreply@nycourts.gov. Learn why this is important

**Caution: Message from external sender**




**New York State Part 36: Amendment Application for Appointment Approved**

Name: **Daniel James Flynn**
Fiduciary ID: **107647**

Your request to amend your Application for Appointment Pursuant to Part 36 of the Rules of the Chief Judge has been reviewed and APPROVED.

You will be eligible for appointment from 07/29/2025 to 07/10/2027.

You will be eligible to re-register from 05/11/2027 to 09/08/2027.

You may view your current application and manage your fiduciary records by clicking the link below to sign into **Fiduciary Online** using your **Fiduciary Online account**.

Fiduciary Online

Sign In

In order to sign in, you must first establish a **Fiduciary Online account**. If you have already established an account, enter your username and password. If you have forgotten your password, a link to instructions on resetting your password is provided. If you have not established an account, follow the instructions to create an account.

---

Part 36 - Fiduciary Online

| Websites | My Account | Resources |
|---|---|---|
| NY UCS Home | Sign In | FAQ |
| GFS Home | Create Account | Contact Us |
| Fiduciary Online | | |

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Wednesday, July 30, 2025 1:21 PM
**To:** Flynn, Dan J
**Cc:** Ruiz, Ray; Michael Stachnik
**Subject:** RE: NYS Fiduciary - Amendment Application for Appointment Made Eligible

Lets get the listing agreement signed today. Please

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <danj.flynn@jll.com>
**Sent:** Wednesday, July 30, 2025 12:52 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** FW: NYS Fiduciary - Amendment Application for Appointment Made Eligible

Eureka!
Here is the approval for Part 36. I'll push my company for the signatory approval.

Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

**From:** No Reply <noreply@nycourts.gov>
**Sent:** Tuesday, July 29, 2025 12:28 PM
**To:** Flynn, Dan J <danj.flynn@jll.com>
**Subject:** NYS Fiduciary - Amendment Application for Appointment Made Eligible

You don't often get email from noreply@nycourts.gov. Learn why this is important

**Caution: Message from external sender**

New York State Unified Court System

Part 36 - Fiduciary Online

## New York State Part 36: Amendment Application for Appointment Approved

Name: **Daniel James Flynn**
Fiduciary ID: **107647**

Your request to amend your Application for Appointment Pursuant to Part 36 of the Rules of the Chief Judge has been reviewed and APPROVED.

You will be eligible for appointment from 07/29/2025 to 07/10/2027.

You will be eligible to re-register from 05/11/2027 to 09/08/2027.

You may view your current application and manage your fiduciary records by clicking the link below to sign into **Fiduciary Online** using your **Fiduciary Online account**.

Sign In

In order to sign in, you must first establish a **Fiduciary Online account**. If you have already established an account, enter your username and password. If you have forgotten your password, a link to instructions on resetting your password is provided. If you have not established an account, follow the instructions to create an account.

Part 36 - Fiduciary Online

| Websites | My Account | Resources |
|---|---|---|
| NY UCS Home | Sign In | FAQ |
| GFS Home | Create Account | Contact Us |
| Fiduciary Online | | |

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Tuesday, July 29, 2025 5:28 PM |
| **To:** | Dan J Flynn |
| **Cc:** | Michael Stachnik; Ray Ruiz |
| **Subject:** | Re: Update |

Michael got it done in one day
Please follow up
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Jul 29, 2025, at 4:58 PM, Flynn, Dan J <DanJ.Flynn@jll.com> wrote:

<image002.gif>
Eric,
Haven't heard from NY State on the Part 36 amendment. Our NY office is working on the signatory line. Would expect both to be solve tomorrow.

Regards,
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, July 29, 2025 4:30 PM
**To:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Cc:** Michael Stachnik <michael@hamptonproperties.com>; Ruiz, Ray <Ray.ruiz@am.jll.com>
**Subject:** Update

**Caution: Message from external sender**

Dan:
Any news? Agreement? Part 36? Please let me know.
Thank you.
Eric

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Tuesday, July 29, 2025 4:30 PM |
| **To:** | Flynn, Dan J |
| **Cc:** | Michael Stachnik; Ray |
| **Subject:** | Update |

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Friday, July 25, 2025 1:11 PM |
| **To:** | Flynn, Dan J |
| **Cc:** | Ruiz, Ray; Michael Stachnik; Springs, Kylie; Martin G. Bunin; Darren A. Pascarella |
| **Subject:** | RE: Comments and signatory |
| **Importance:** | High |

Dan
I await your reply. The agreement must be signed by the person who is Part 36 approved i.e. you. I leave it up to you and Michael to work out any other matters. The main issue for us is that you are selling 1640 Montauk Highway with its' improvements. The for-sale sign can only go up after we obtain court approval. As soon as you get me a signed agreement we will file. The court has turned these matters around quite quickly in the past.
Thank you.
Have a nice weekend.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Friday, July 25, 2025 1:07 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** Comments and signatory

Eric,
Our legal department is working on a solution to the signatory situation, which will be satisfactory for everyone. They also redlined the attached document, which I don't think Michael's firm or you will have any problem with. I think it's more preference than anything.
Give us until Monday and we'll be ready to sign. The "For Sale" signs will go up during the week.
Enjoy the weekend.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Thursday, July 24, 2025 7:45 AM |
| **To:** | Flynn, Dan J; Ruiz, Ray |
| **Cc:** | Michael Stachnik; Marty Bunin; Darren A. Pascarella |
| **Subject:** | 1640 Montauk Highway/1640 Motor LLC/160 Montauk LLC/Rever Motors |

Dan/Ray:
Good morning.
Counsel to the Receiver's email system was compromised, which has resulted in a delay in filing the listing agreement and the JLL Part 36 approval. This issue appears to have been resolved. I will continue to update you as we progress.
Thank you.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

**<1640 Montauk Highway, Watermill - Brochure - 072125comp.pdf>**

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Thursday, July 17, 2025 7:04 AM |
| **To:** | Flynn, Dan J |
| **Cc:** | Ruiz, Ray; Michael Stachnik |
| **Subject:** | RE: Part 36 |

Yes, thank you.

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Wednesday, July 16, 2025 11:12 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>
**Subject:** Part 36

Eric,
Is this what you need?
Dan

**Daniel J. Flynn**

Vice President

JLL

225 Broadhollow Road

Suite 300

Melville, New York 11747

T +1 631 962-7387

M +1 516 702-9664

Danj.flynn@am.jll.com

jll.com

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Wednesday, July 16, 2025 5:34 PM
**To:** Flynn, Dan J
**Cc:** Ruiz, Ray; Michael Stachnik
**Subject:** RE: Signed agreement

Gentlemen:
Good evening.
Please email me, to this email, the Part 36 approval.
Thank you
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Tuesday, July 15, 2025 4:42 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** Signed agreement

Gentlemen,
Attached please find the doc. Let me know if there are any questions.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Tuesday, July 15, 2025 4:54 PM |
| **To:** | Flynn, Dan J |
| **Cc:** | Ruiz, Ray; Michael Stachnik |
| **Subject:** | RE: Signed agreement |

Michael
Kindly, please send me your wet signature, the JLL bio and the Part 36 approval.
Thank you
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Tuesday, July 15, 2025 4:42 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** Signed agreement

Gentlemen,
Attached please find the doc. Let me know if there are any questions.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

JLL SEE A BRIGHTER WAY

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Tuesday, July 15, 2025 3:40 PM |
| **To:** | Flynn, Dan J |
| **Cc:** | Ruiz, Ray; Michael Stachnik |
| **Subject:** | RE: Fiduciary |

Good afternoon:
I am looking for a bio – one page – on JLL to accompany the listing agreement and Part 36 approval.
Kindly, please review, sign and return all.,\
Thank you

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Tuesday, July 15, 2025 3:38 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** Fiduciary

Eric,

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

Eric,

Attached please find the Bio and Approval below. I believe I saw your change on the Exclusive Right to Sell, that we are selling the **real estate** and the **business**. Michael Stachnick's firm uses a somewhat different document than JLL's, but I believe it covers primarily what we cover – ours has more legalese. I eliminated the definition of "Exclusive Agency" as it didn't seem relevant, as document is an **Exclusive Right to Sell**.

I will assume everything is in order and will have it signed by an authorized officer in our company.

Regards,

Dan

Summary | Applications | Appointments | Compensations | Admin Actions | Appellate Certification | Notice

FID: **107647** Eligibility: **07/10/2025 - 09/08/2027** Re-registration: **05/11/2027** SS

**Contact Information** View History Edit

Address: **Jones Lange LaSalle (JLL)**
**225 Broadhollow Rd**
**Melville, NY 11747-4822**
Phone: **5167029664**
Email: **danj.flynn@jll.com**

**Business Information**

Address: **Jones Lange LaSalle (J**
**225 Broadhollow Rd**
**Melville, NY 11747-48**
Phone: **5167029664**
Email: **danj.flynn@jll.com**

**Compensation Information** *(on file with OCA by calendar year)*

Prior Year Compensation: **$0.00** Current Year Compensation: **$0.00**

**Qualifications**

| | |
|---|---|
| Counties Available for Appointment: | **Suffolk** |
| Categories of Appointment: | **Real Estate Broker** |
| Academic Degrees Awarded: | **MA/MS** |
| Professions or Occupations: | **Real Estate Broker** |

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

Please be CAREFUL when clicking links or opening attachments from external senders.

Daniel J. Flynn

Vice President
Jones Lang LaSalle
(w) 631-962-7387
(m) 516-702-9664
324 S Service Road, Suite 204
Melville, New York 11747
Danj.flynn@am.jll.com

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Tuesday, July 15, 2025 2:00 PM |
| **To:** | Dan J Flynn |
| **Cc:** | Ray Ruiz; Michael Stachnik |
| **Subject:** | Re: Taxes and Zoning on 1640 Montauk Highway? |

I do not
Please huddle with. Michael and approve the listing agreement
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Jul 15, 2025, at 1:32 PM, Flynn, Dan J <DanJ.Flynn@jll.com> wrote:
>
> Eric,
> Do you have the current taxes and zoning on the property? We have almost completed a draft of a 4-page brochure and wanted to confirm the two questions. We realize it is pre-existing non-conforming auto use, but believe the residential zoning was mentioned.
> Regards,
> Dan
>
> **Daniel J. Flynn**
> Vice President
> JLL
> 225 Broadhollow Road
> Suite 300
> Melville, New York 11747
> T +1 631 962-7387
> M +1 516 702-9664
> Danj.flynn@am.jll.com
> jll.com
>
> JLL SEE A BRIGHTER WAY
>
> One of the 2025 World's Most Ethical Companies®
> Jones Lang LaSalle
>
> For more information about how JLL processes your personal data, please click here
> This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, July 14, 2025 1:06 PM |
| **To:** | Flynn, Dan J |
| **Subject:** | RE: Fiduciary Online - Contact Us |

Can you please ping Michael, want to get you on file ASAP.
Part 36
JLL bio
Listing agreement

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Monday, July 14, 2025 12:50 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Re: Fiduciary Online - Contact Us

Thanks. Will not use iCloud, which is a pain in the neck. Glad my appointment was cleared up.
Dan
Sent from my iPhone

On Jul 14, 2025, at 12:41 PM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

You don't often get email from ehuebscher@huebscherconsulting.com. Learn why this is important

**Caution: Message from external sender**

Dan
You got it on July 10
They sent it to you
Please use my other email
Not iCloud
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Jul 14, 2025, at 12:39 PM, Flynn, Dan J <DanJ.Flynn@jll.com> wrote:



RECEIVER-000421

I checked my email at 10:25 and my spam folder and it showed nothing from Part36 or any other NY agency. I assume you could have only sent it to the email address above. Do you want to try my gmail address – dflynn8@gmail.com – or text at 516 702-9664. I'm hoping that in the meantime, the receiver will accept the email below as approval.
Thank you,
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

**From:** PART36 <PART36@nycourts.gov>
**Sent:** Monday, July 14, 2025 10:40 AM
**To:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Cc:** Eric Huebscher <erichuebscher@icloud.com>; Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** RE: Fiduciary Online - Contact Us

**Caution: Message from external sender**

Good morning,

An email was sent to you at 10:25 this morning notifying you of the approved application. Did you not receive this email? Please check your spam folder as well.

Thank you,

Catherine Lynch
Appointments Processing Unit
New York State Unified Court System
25 Beaver Street
New York, NY
Tel: (212) 428-2818
Fax: (212) 428-2561
Email: part36@nycourts.gov
<image001.jpg>

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Monday, July 14, 2025 10:35 AM
**To:** PART36 <PART36@nycourts.gov>

**Cc:** Eric Huebscher <erichuebscher@icloud.com>; Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** Fiduciary Online - Contact Us

danj.flynn@jll.com appears similar to someone who previously sent you email, but may not be that person. Learn why this could be a risk

Help! I've applied for fiduciary duty. I'm concerned about the delay. Daniel Flynn (danflynn46). Please call or text me.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

<image002.jpg>

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

Please be CAREFUL when clicking links or opening attachments from external senders.

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, July 14, 2025 12:41 PM |
| **To:** | Dan J Flynn |
| **Subject:** | Re: Fiduciary Online - Contact Us |

Dan
You got it on July 10
They sent it to you
Please use my other email
Not iCloud
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Jul 14, 2025, at 12:39 PM, Flynn, Dan J <DanJ.Flynn@jll.com> wrote:

I checked my email at 10:25 and my spam folder and it showed nothing from Part36 or any other NY agency. I assume you could have only sent it to the email address above. Do you want to try my gmail address – dflynn8@gmail.com – or text at 516 702-9664. I'm hoping that in the meantime, the receiver will accept the email below as approval.
Thank you,
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

**From:** PART36 <PART36@nycourts.gov>
**Sent:** Monday, July 14, 2025 10:40 AM
**To:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Cc:** Eric Huebscher <erichuebscher@icloud.com>; Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** RE: Fiduciary Online - Contact Us

**Caution: Message from external sender**

Good morning,

An email was sent to you at 10:25 this morning notifying you of the approved application. Did you not receive this email? Please check your spam folder as well.

Thank you,

Catherine Lynch
Appointments Processing Unit
New York State Unified Court System
25 Beaver Street
New York, NY
Tel: (212) 428-2818
Fax: (212) 428-2561
Email: part36@nycourts.gov
<image001.jpg>

**From:** Flynn, Dan J <DanJ.Flynn@jll.com>
**Sent:** Monday, July 14, 2025 10:35 AM
**To:** PART36 <PART36@nycourts.gov>
**Cc:** Eric Huebscher <erichuebscher@icloud.com>; Ruiz, Ray <Ray.Ruiz@jll.com>; Michael Stachnik <michael@hamptonproperties.com>
**Subject:** Fiduciary Online - Contact Us

danj.flynn@jll.com appears similar to someone who previously sent you email, but may not be that person. Learn why this could be a risk

Help! I've applied for fiduciary duty. I'm concerned about the delay. Daniel Flynn (danflynn46). Please call or text me.
Dan

**Daniel J. Flynn**
Vice President
JLL
225 Broadhollow Road
Suite 300
Melville, New York 11747
T +1 631 962-7387
M +1 516 702-9664
Danj.flynn@am.jll.com
jll.com

<image002.jpg>

One of the 2025 World's Most Ethical Companies®
Jones Lang LaSalle

For more information about how JLL processes your personal data, please click here
This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

Please be CAREFUL when clicking links or opening attachments from external senders.

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Saturday, July 12, 2025 7:17 PM
**To:** Jared Chassen
**Subject:** 225 HPR

Jared
Do you have the Air BNB listing
Town permit
Was it 3 or 4 bedrooms
Buyer inquiring
Thx
Eric

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Sunday, July 13, 2025 9:18 AM
**To:** J Chassen
**Subject:** Re: TOS 2 YEAR RENTAL PERMIT (CERTIFIED) 225

Jared
Thank you
This should be fine
Eric

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Jul 13, 2025, at 9:11 AM, J Chassen <jaredchassen@gmail.com> wrote:

Please see attached. I also can refer my Airbnb manager who was very successful here and knows the house well.

---------- Forwarded message ---------
From: **Ricardo Larios** <rlarios@southamptontownny.gov>
Date: Wed, Mar 29, 2023 at 11:48 AM
Subject: TOS 2 YEAR RENTAL PERMIT (CERTIFIED) 225
To: JaredChassen@gmail.com <JaredChassen@gmail.com>

Attached is the Town of Southampton two year rental permit for your home. Please acknowledge receipt of this email; thank you and enjoy the rest of your day.

**Respectfully,**

**Ricardo Larios**

**Town Investigator/Spanish speaking**

**Southampton Town Attorney's Office**

**Investigation and Enforcement Unit**

**27 Ponquogue Avenue**

**Hampton Bays, NY 11946**

**rlarios@southamptontownny.gov**

Direct-631-702-1707

Cell-631-872-4001

FAX-631-283-2694

--
Jared Chassen

<permit.pdf>

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Sunday, August 24, 2025 10:49 AM
**To:** jaredchassen@gmail.com
**Cc:** Allen Schwartz; Martin Bunin; jaredchassen@gmail.com
**Subject:** Re: Rever Motors Historical Inventory Review [F-F.FID1934821]

Will do

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Aug 24, 2025, at 10:17 AM, jaredchassen@gmail.com wrote:
>
> please let me know when you will be at the shop today
>
> Jared Chassen
>
>> On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:
>>
>> Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.
>>
>> Jared Chassen
>>
>>> On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>>>
>>> I am generally available tomorrow in the afternoon.
>>>
>>> Allen Schwartz, Esq.
>>> Schwartz Law PLLC
>>> 150 Broadway, Suite 701
>>> New York, NY 10038
>>> Tel: 347-460-5379
>>> Cell: 773-808-8972
>>> Email: Allen@allenschwartzlaw.com

On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:

I am generally available.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher
huebscherconsulting.com
<ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528
>
> ---
>
> One tap mobile
> +19294362866,,86246992209#,,,,*499528# US (New York)
> +16469313860,,86246992209#,,,,*499528# US
>
> Join instructions
> https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Sunday, August 24, 2025 11:05 AM |
| **To:** | jaredchassen@gmail.com |
| **Cc:** | Allen Schwartz; Martin Bunin; jaredchassen@gmail.com |
| **Subject:** | Re: Rever Motors Historical Inventory Review [F-F.FID1934821] |

ETA 11:41
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Aug 24, 2025, at 10:17 AM, jaredchassen@gmail.com wrote:

please let me know when you will be at the shop today

Jared Chassen

On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:

Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.

Jared Chassen

On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:

I am generally available tomorrow in the afternoon.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin <MBunin@farrellfritz.com> wrote:

I am generally available.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com
<ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen
<jaredchassen@gmail.com>; Pascarella, Darren A.
<dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher
huebscherconsulting.com
<ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528
>
> ---
>
> One tap mobile
> +19294362866,,86246992209#,,,,*499528# US (New York)
> +16469313860,,86246992209#,,,,*499528# US
>
> Join instructions
> https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Sunday, August 24, 2025 11:50 AM |
| **To:** | jaredchassen@gmail.com |
| **Cc:** | Allen Schwartz; Martin Bunin; jaredchassen@gmail.com |
| **Subject:** | Re: Rever Motors Historical Inventory Review [F-F.FID1934821] |

11:56
Traffic
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Aug 24, 2025, at 10:17 AM, jaredchassen@gmail.com wrote:
>
> please let me know when you will be at the shop today
>
> Jared Chassen
>
>> On Aug 14, 2025, at 9:43 AM, jaredchassen@gmail.com wrote:
>>
>> Thank you for the call yesterday. Please let me know about the parts car we discussed and trailer.
>>
>> Jared Chassen
>>
>>> On Aug 12, 2025, at 11:46 PM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>>>
>>> I am generally available tomorrow in the afternoon.
>>>
>>> Allen Schwartz, Esq.
>>> Schwartz Law PLLC
>>> 150 Broadway, Suite 701
>>> New York, NY 10038
>>> Tel: 347-460-5379
>>> Cell: 773-808-8972
>>> Email: Allen@allenschwartzlaw.com

On Tue, Aug 12, 2025 at 2:41 PM Bunin, Martin
<MBunin@farrellfritz.com> wrote:

I am generally available.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017

Direct: (646) 329-1982

Cell: (917) 887-0056

mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

---

**From:** ehuebscher huebscherconsulting.com
<ehuebscher@huebscherconsulting.com>
**Sent:** Tuesday, August 12, 2025 2:40 PM
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**Cc:** Bunin, Martin <MBunin@FarrellFritz.com>; Jared Chassen
<jaredchassen@gmail.com>; Pascarella, Darren A.
<dpascarella@FarrellFritz.com>
**Subject:** RE: Rever Motors Historical Inventory Review

Let's push this to tomorrow or Thursday. What is your availability?

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Tuesday, August 12, 2025 1:20 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Bunin, Martin <mbunin@farrellfritz.com>; Jared Chassen <jaredchassen@gmail.com>; Pascarella, Darren A. <dpascarella@farrellfritz.com>
**Subject:** Re: Rever Motors Historical Inventory Review

I have a conflict at 4pm but I am available at 3pm. I spoke to Marty and he is available at 3pm. I'm waiting on Jared to confirm but would that work for you?

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Fri, Aug 8, 2025 at 7:13 PM ehuebscher
huebscherconsulting.com
<ehuebscher@huebscherconsulting.com> wrote:

> Eric Huebscher is inviting you to a scheduled Zoom meeting.
> Join Zoom Meeting
> https://us06web.zoom.us/j/86246992209?pwd=hgamuDnlbz4mcViaUaxMb9XGTZFYct.1
>
> Meeting ID: 862 4699 2209
> Passcode: 499528
>
> ---
>
> One tap mobile
> +19294362866,,86246992209#,,,,*499528# US (New York)
> +16469313860,,86246992209#,,,,*499528# US
>
> Join instructions
> https://us06web.zoom.us/meetings/86246992209/invitations?signature=r2HpyZiN9c8EGm9RFqXFgVGks8A7t7L2ry8AzAvhPso

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Saturday, March 22, 2025 3:22 PM |
| **To:** | Allen Schwartz; Jared Chassen |
| **Cc:** | Darren A. Pascarella; Martin G. Bunin |
| **Subject:** | Zoom Meeting |

Allen/Mr. Chassen:
I would like to re-schedule our zoom to Wednesday from Monday. I have taken a number of steps over the past 36 hours with regard to all the properties. I will need to be on site for both Watermill properties on Monday and possibly Tuesday. I have taken the liberty of moving our zoom to 1PM on Wednesday. If that day/time does not work, please let me know.
Thank you.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Thursday, March 27, 2025 7:09 AM |
| **To:** | Ben Barel; J Chassen |
| **Cc:** | Laura Belpedio; 550 Metropolitan; zack lyon |
| **Subject:** | RE: 550 Metro Board |
| **Attachments:** | 158055_2023 _JEFFREY_SIMPSON_indiv_v_JEFFREY_SIMPSON_indiv_DECISION__ORDER_ON_1360.pdf; 158055_2023 _JEFFREY_SIMPSON_indiv_v_JEFFREY_SIMPSON_indiv_BOND_UNDERTAKING_1401.pdf |

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Ben Barel <Bbarel@monarchrealtygroup.com>
**Sent:** Wednesday, March 26, 2025 7:14 PM
**To:** J Chassen <jaredchassen@gmail.com>
**Cc:** Laura Belpedio <laurabelpedio@gmail.com>; ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>; 550 Metropolitan <550Metropolitan@monarchrealtygroup.com>; zack lyon <zlyon05ster@gmail.com>
**Subject:** Re: 550 Metro Board

Hi Jared,

Can you clarify what you meant by "receiver"? Is this the new buyer, or will he be your point of contact?

Also, when is the closing planned?

Thanks

Ben Barel
Property Manager
MONARCH
REALTY GROUP
244 Water Street, C1, Brooklyn NY 11201



RECEIVER-000443

Office: (212) 901-2682

---

**From:** Zach Lyon <zlyon05ster@gmail.com>
**Sent:** Wednesday, March 26, 2025 3:29 PM
**To:** J Chassen <jaredchassen@gmail.com>
**Cc:** Laura Belpedio <laurabelpedio@gmail.com>; ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>; Ben Barel <Bbarel@monarchrealtygroup.com>; 550 Metropolitan <550Metropolitan@monarchrealtygroup.com>
**Subject:** Re: 550 Metro Board

Thanks Jared. Hope all is well!

Zach

Zachary J. Lyon
614-674-9740

On Wed, Mar 26, 2025 at 2:06 PM J Chassen <jaredchassen@gmail.com> wrote:

> 550 Board, please meet Mr. Huebscher who is the receiver for the commercial unit at 550 Metropolitan avenue.
>
> Thank you,
>
> Jared Chassen

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Tuesday, April 8, 2025 9:01 AM |
| **To:** | J Chassen |
| **Subject:** | RE: Rever |

Jared:
Thank you for your information. I am keenly aware of what is gong on. We have worked with your counsel in remanding the case back to State court. A joinder will be filed very shortly. Any banking transactions can and will be traced and pursued.
Happy to chat if you wish.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** J Chassen <jaredchassen@gmail.com>
**Sent:** Tuesday, April 8, 2025 8:56 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Rever

Goodmorning, as an update to the information that I have been providing you. I wanted to make you aware of significant activity in the Rever Motors account of outgoing wires that we cannot see where to due to my limited access, a very active facebook account for Rever flaunting sales and conversations in the community that Jeff is selling cars and flaunting (to these in the know) that no one will take over "his shop"

--
Jared Chassen



RECEIVER-000445

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Wednesday, April 9, 2025 8:14 AM
**To:** J Chassen
**Subject:** Citizens/Chase

Jared:
Good morning.
Is it your understanding that Simpson is running Rever/1640 out of Citizen's bank i.e. no other banks?
What is your understanding of banking activity out of Chase?
Thank you.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Wednesday, April 9, 2025 8:45 AM
**To:** J Chassen
**Cc:** Allen Schwartz
**Subject:** RE: Citizens/Chase

Jared:
Please let me know if you have a few minutes to speak this morning.
Thank you.
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** J Chassen <jaredchassen@gmail.com>
**Sent:** Wednesday, April 9, 2025 8:28 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <Allen@allenschwartzlaw.com>
**Subject:** Re: Citizens/Chase

That is my understanding but I wouldnt know if he was. I have attached recent statements from associated JJ accounts on my portal. As you can see he funnels money from 1640 Citizens account into YJ SIMCO which he has left on my access portal for viewing. If you sign in, you will have the same access.

On Wed, Apr 9, 2025 at 8:14 AM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Jared:

Good morning.

Is it your understanding that Simpson is running Rever/1640 out of Citizen's bank i.e. no other banks? What is your understanding of banking activity out of Chase?

Thank you.

Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

--
Jared Chassen

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Monday, April 21, 2025 8:40 AM
**To:** J Chassen
**Subject:** Re: JJ

Yes
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Apr 21, 2025, at 8:36 AM, J Chassen <jaredchassen@gmail.com> wrote:
>
>
> Do you have time to connect this morning?
>
> --
> Jared Chassen
>

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Monday, April 21, 2025 3:10 PM
**To:** J Chassen
**Subject:** RE: Selling...

Thank you

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** J Chassen <jaredchassen@gmail.com>
**Sent:** Monday, April 21, 2025 3:06 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Selling...

Just found this page, he has been selling cars here also.

https://bringatrailer.com/member/revermotors/

Selling parts here

https://www.ebay.com/sch/i.html?_dkr=1&iconV2Request=true&_blrs=recall_filtering&_ssn=rmhamptons&store_name=revermotors&_oac=1

He used to sell alot of facebook marketplace but he has since blocked me.

--
Jared Chassen

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Sunday, May 18, 2025 10:00 AM |
| **To:** | Darren A. Pascarella; Martin Bunin; Benjamin Robert Rajotte; allen@allenschwartzlaw.com; Jared Chassen |
| **Subject:** | RE: IMPORTANT - Garage Keepers Liability Insurance - Inspection |

Mr. Rajotte:
This is another example of your client's continued beratement and abuse. I demand that you immediately instruct your client to cease all communications with the Receiver.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Jeffrey Simpson <jeff@rmhamptons.com>
**Sent:** Saturday, May 17, 2025 6:11 PM
**To:** Martin Bunin <MBunin@farrellfritz.com>; ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; allen@allenschwartzlaw.com; Jared Chassen <jaredchassen@gmail.com>
**Subject:** Re: IMPORTANT - Garage Keepers Liability Insurance - Inspection

It appears that you've disabled my ability to get onto Next Gear. Let me remind you that I am the only guarantor on that line of credit. It is not tied to the business balance sheet (which I own anyway solely). You are to send me the credentials immediately or we will pursue accordingly.

One day you and all the others will finally get it, everything around Arch and JJ Arch was built around Jeffrey Simpson (per the words of David Heymann, the lawyer that drafted all the documents.). My ideas, my money, my businesses. You have no right to jump in the way you have, again we will deal with this with the courts with your fiduciary improprieties that is beyond imaginable for someone who claims to be some sort of receiver or person of the Court. You are worse than the lying attorneys that are here (Schwartz, Thorne and Koevary). Of the hundreds of people I've hired in my career you wouldn't have been considered for the lowest level position, in any context. You cannot even figure out how to use a key to open a door! It is dumbfounding that you've gotten through life the way you have.

If you do not adjust Next Gear portal back in my direction, I will have a dialogue with them on Monday and you will not stop me because it's in my name and you will not control my destiny like the people paying for you or supporting you are trying to do which is completely against my constitutional rights. This is private business and everything surrounds my name / my authority. When you wake up and look at the documents you'll understand why you could never have been brought there in the first place because there was no merit for Chassen considering an ask for something so crazy. He is a machination and nothing else as it relates to my business, effective August 3, 2023. And him seeking

you is a derivative of that but most importantly focused on Oak which is full of maneuvers and fraud and they're doing it two other companies in two other countries. It looks like you are now deep in it.

Sent from my iPhone

On May 17, 2025, at 3:01 PM, Jeffrey Simpson <jeff@rmhamptons.com> wrote:

Hey Eric, you violated the Order by burning my property down. Oh and by the way the second order doesn't jurisdictional authority, we were in Federal jurisdiction, and unfortunately you all don't respect the law. You all just fake it and lie your way through it all but I see the truth and I see justice. Let me also remind you we have a bankruptcy (non-disposed on appeal ) here so how are you doing what you're doing other than being on the take ?

You think you can go and destroy my property and have people attack me and threaten me because of your actions and improprieties. Don't make another threat to me or my attorney. We will be seeing the court as soon as possible and God willing they will enforce your illegal activity.

I am the only member of JJ Arch (by any contract or by any legitimate document), so who else do you work for other than me if you are there any purpose that has any reason? Be that the case you will not do any more damage to my property because it's all documented for the entire week of what you've done. No Court grant's someone the ability to do what you did.

So no sir you don't contact me and you have nothing to do with me and my Properties and businesses. Go and try to mooch off of someone else. You have a history of doing this, there's a long list of people that have talked about your actions and it's really concerning how you are still considered to be on a list of receivers. I hope in the court someone will explain to me what it is that you are doing with conflict of interest times two in just this very circumstance. You are not a man of law, you are just a thief.

You are absolutely put on notice that you are to stand down until the court decides because we are going now with Emergency action . This will halt and hopefully end this chapter of more illegal activity in the Chassen, Oak and now Huebscher world.

All right reserve and none waived. Your attorney can't save you from your crooked activities.

Sent from my iPhone

On May 17, 2025, at 2:28 PM, Jeffrey Simpson <jeff@rmhamptons.com> wrote:

Since you don't know what your role is, if there is even a receiver role which is a whole another question (which makes no sense because Chassen had no authority to ask for such a receiver in the first place because he has been resigned for so many different reasons and questionable why he is not in prison for his theft) duties and responsibilities are clear here and you are not abiding by any of them, the only one that looks familiar to me is the last one:

<image.png>

Sent from my iPhone

On May 16, 2025, at 12:09 PM, Jeffrey Simpson <jeff@rmhamptons.com> wrote:

The information on insurance was submitted days ago.

You all have been successful in trying to sideline me for Property that's fully mine and no one has any authority other than me putting aside a court order that was based upon false pretenses. In the meanwhile this property is being burned down which appears to be with neglect and malicious activity. Ben is not available at the moment and I am being bombarded with calls across-the-board and I can't answer anybody given the court order, which I'm trying to respect every which way I can. There's nothing worse than the execution of what you've tried to accomplish here, the worst I've ever seen and I've done a lot of transitions in my career. So make a decision how you're going to handle this. There is no world in which any judge will suggest that somebody comes in and takes over the property and ignores everything of relevance so it all goes down the tubes in a few days.

The receiver hasn't invested one dollar in this property. Nothing about his installation is proper and the conflicts are overwhelming.

Chassen is a crook, you don't care about that but you should care if you read the documents.
So now it's being burned down and I am being forced just to watch and that's not going to work.
I will not break the court order but I'm going to make a stink in Court immediately. Shame on you for who you are and what you do. There are countless articles about receivers and their corrupt nature. No surprise what's happening here.

Sent from my iPhone

Begin forwarded message:

**From:** Jeffrey Simpson <jeff@rmhamptons.com>
**Date:** May 16, 2025 at 11:59:47 AM EDT
**To:** nlee@hamptonsriskmgmt.com
**Cc:** Yael <yael@rmhamptons.com>, Accounting <accounting@rmhamptons.com>, compliance@hamptonsriskmgmt.com, ma@hamptonsriskmgmt.com, Benjamin Robert Rajotte <rajb@mllg.nyc>
**Subject: Re: IMPORTANT - Garage Keepers Liability Insurance - Inspection**

Eric Huebscher

We sent him your information I don't know what to do.

Sent from my iPhone

On May 16, 2025, at 11:52 AM, nlee@hamptonsriskmgmt.com wrote:

Good morning all,

We realize that you have advised that a Receiver has been installed to handle business matters. Would you be able to share contact information? As we have another matter regarding a recent inspection that needs to be addressed as well.

The inspection for the Garagekeepers Liability was completed and there are recommendations that must be addressed and complied with.

Please see the attached.

Please share our contact information with Eric Huebscher – or whomever has been assigned to handle matters – so that we may get back to the carrier and avoid a disruption in

coverage. We have not yet heard from anyone on the Commercial Property policy that as you know cancelled on 4/4/2025.

Please advise.

Thank you!

*Nicole Kristen Lee*

Nicole Kristen Lee
Broker

**Hamptons Risk Management**
Office - (631)-537-6767
Fax - (631)-204-6818
Corporate Office - (888)-443-4378
www.hamptonsriskmgmt.com
2228 Montauk Hwy / PO Box 1199
Bridgehampton, NY 11932

597 Vanderbuilt Ave Suite 2 –
Brooklyn, NY 11238
Office 718.581.9907

Please note, insurance coverage cannot be considered bound, amended or cancelled until written confirmation is received from our office. If you do not receive confirmation from our office within 48 hours, please contact us.

Information regarding the Fair Credit Reporting Act: Consumer reports, including credit and insurance loss history reports, may be ordered in conjunction with this application. We may also obtain and use a credit-based insurance score developed from information contained in these reports. We may use a third party in connection with the development of your insurance score. These reports give us information that helps determine your eligibility for insurance, predict the likelihood of future claims, and determine the price you are charged. Typical information from these reports that may be used includes: prior insurance losses, number of revolving accounts, late payments and collections. Your credit and driving history information is provided by Choice Point, a consumer reporting agency. If you have questions at any time, please contact the office at number listed above.

This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person.

**Live worry-free with Hamptons Risk Management!**

<1640 Motors - Inspection May 2025.pdf>

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Wednesday, June 4, 2025 8:03 AM |
| **To:** | jaredchassen@gmail.com |
| **Cc:** | Allen Schwartz |
| **Subject:** | RE: Follow up |

I have known about this other LLC for quite some time. This needs to be addressed, as I have multiple customers that are missing vehicles etc. This is a very serious matter.

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Wednesday, June 4, 2025 8:00 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** Re: Follow up

he is really lost it. Anyway, that tow truck was purchased by our 1640 motors LLC which means he transferred it to a new LLC that I've never heard of illegally.

he may have just given us his playbook, that entity I've never heard of. I bet you he was transferring all the cars in and selling them off so they didn't get pulled into the case.

Jared Chassen

On Jun 4, 2025, at 7:44 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Wednesday, June 4, 2025 6:44 AM

**To:** Martin Bunin <MBunin@farrellfritz.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>; Darren A. Pascarella <dpascarella@farrellfritz.com>
**Subject:** Follow up

Clearly you're too much of a coward to answer my email so instead you have to run to the court, you see them responding so quickly don't you? First court is going to need to attend to Mr. Rajotte's motion if they choose to. If somehow they act favorable to you, we know that clearly payoffs are happening because nothing you've done has any merit or practicality. You guys are thieves your committing illegal activity and you're there for all the wrong reasons.

Everything I asked for prior, I ask for again

I just followed up with your bonding company

And I need the keys to my tow truck and the title to it. 1640 commercial LLC is not part of any potential order or any litigation so the fact you took the keys and the title that's theft too and I will report that to the police this morning. If you tell me you do not have it, I will be calling the New York City police and I will be asking for a warrant to search your apartment because you live down the street from me and you're holding things hostage that you have no grounds to do.

Once again - shame on you shame on you.

https://iapps.courts.state.ny.us/fbem/DocumentDisplayServlet?documentId=8RWVqxFO_PLUS_UEtUZHbLxuT8Q==&system=prod

Jeffrey Simpson

Sent from my iPhone
<158055_2023_JEFFREY_SIMPSON_indiv_v_JEFFREY_SIMPSON_indiv_EXHIBIT_S__1551.pdf>

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Wednesday, June 4, 2025 9:36 AM
**To:** Allen Schwartz; J Chassen
**Cc:** Martin G. Bunin; Darren A. Pascarella
**Subject:** RE: Public Inquiry

This has been on my radar for some time. I suspect we may have multiple conversion issues with Mr. Simpson; moving assets out of 1640 Motor to 1640 Commercial; all of which we paid by assets of the former..

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** Allen Schwartz <allen@allenschwartzlaw.com>
**Sent:** Wednesday, June 4, 2025 9:22 AM
**To:** J Chassen <jaredchassen@gmail.com>; ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Public Inquiry

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

Public Inquiry

https://apps.dos.ny.gov/publicInquiry/EntityDisplay

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, June 9, 2025 2:49 PM |
| **To:** | Allen Schwartz; Jared Chassen; Jonathan T. Koevary |
| **Subject:** | Fwd: [External] Rever Motors Series 109 [F-F.FID1934821] |

This is very concerning on many levels
The vitriol is getting worse by the day
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

Begin forwarded message:

> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** June 9, 2025 at 2:43:14 PM EDT
> **To:** Martin Bunin <MBunin@farrellfritz.com>
> **Cc:** Rudy Sahay <rsahay@aquarianlp.com>, coreyworcester@quinnemanuel.com, "ehuebscher huebscherconsulting.com" <ehuebscher@huebscherconsulting.com>, "Darren A. Pascarella" <dpascarella@farrellfritz.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>
> **Subject: Re: [External] Rever Motors Series 109 [F-F.FID1934821]**
>
> This is funny. Why is Eric there in the first place? What grounds authorized anybody to even ask for him or any receiver? Jared? Oak? I am 100% owner of this (via the various entities) and even if he was given the opportunity, as I told the Court, the business would be destroyed in days. Eric was malicious before he even showed up, when jurisdiction was clearly an issue. He is a thief and unethical man like you are.
>
> He has done nothing but destruction in life and in his career. He's a horrible human, verified by many others.
>
> Not only did he leave doors unlocked, he doesn't even know how to use a key. How could he possibly finish anything I started? He is a blood sucking pig in some corrupt way to land any sort of receivership authority.
>
> This is my private business (one of many) that was performing and it had no need or authority to have this criminal activity occur.
>
> He even helped Jared steal a car, not a first time for Jared.
>
> There is no world that you could justify what happened here.
>
> How much money or effort has he spent on my property? ZERO! Go back to your corner be and illegitimate with someone else, until the authorities understand what's your game is and how illegal it is.



RECEIVER-000459

Jeffrey Simpson

Sent from my iPhone

On Jun 9, 2025, at 2:26 PM, Bunin, Martin <MBunin@farrellfritz.com> wrote:

Rudy,

Eric is not holding your vehicle hostage. The conduct of Simpson, and now Simpson and Rajotte, in defying the Court's order appointing Eric and the enforcement order, is preventing you from getting your vehicle. There's no stalemate. If Simpson ceases to continue to act in contempt of the Court's orders, Eric would be permitted to do his job at 1640 Montauk Highway and Rever Motors.

Eric was on the 1640 Montauk Highway property with a personal security guard. He was at the property and able to begin his work for a very short time in mid-May after the enforcement order was entered and before Simpson and Rajotte decided between themselves that the Court's orders were of no effect and Eric had no authority. Due to the repeated hostile and threatening e-mails, and verbal assaults of Simpson, Eric will not return to the property until the contempt motion is heard and ruled on. Eric has so informed the Court. The local police are not willing to read and interpret the receiver orders because they consider this a civil, not a criminal matter (at least so far).

You say in your e-mail that "I also want to understand what items are missing and when they went missing as I understand we were 2-3 weeks from being done until this process with the receiver began." What you mean is that you believe the work on your vehicle was 2-3 weeks from being done until Simpson decided to willfully refuse to obey the Court's receiver orders.

Marty

**Martin G. Bunin,** Counsel
<image001.jpg>
622 3rd Ave, New York, NY 10017
Direct: (646) 329-1982
Cell: (917) 887-0056
mbunin@farrellfritz.com | www.farrellfritz.com
Albany | Hauppauge | New York City | Uniondale | Water Mill

**From:** Rudy Sahay <rsahay@aquarianlp.com>
**Sent:** Monday, June 9, 2025 12:36 PM
**To:** Benjamin Robert Rajotte <rajb@mllg.nyc>; Bunin, Martin <MBunin@FarrellFritz.com>; Allen Schwartz <allen@allenschwartzlaw.com>; Allen

Schwartz <allenschwartzlaw@gmail.com>
**Cc:** coreyworcester@quinnemanuel.com; ehuebscher@huebscherconsulting.com; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: [External] Rever Motors Series 109 [F-F.FID1934821]

[**Warning**: External Email]

As a follow up to the note below, who is responsible for the vehicle and the risk associated with protecting the items on site along with confirming that they are not removed or stolen in the interim period?

I also want to understand on what basis you're effectively holding the vehicle hostage. If Eric is uncomfortable coming to the site, can he send someone else in his place with security or a police escort? If Jeff can't come on the site, I am sure he can share where the various items are with all parties so that I can pick them up without interfering in your matters.

The stalemate is not my issue and withholding items I paid for (that I am willing to pick up at my own cost) does not sit well with me. I also want to understand what items are missing and when they went missing as I understand we were 2-3 weeks from being done until this process with the receiver began.

**Rudy Sahay**
Managing Partner

**Aquarian Holdings**
O: (212) 720-1025
M: (917) 900-7076

**From:** Benjamin Robert Rajotte <rajb@mllg.nyc>
**Sent:** Monday, June 9, 2025 8:27 AM
**To:** Bunin, Martin <MBunin@FarrellFritz.com>; Allen Schwartz <allen@allenschwartzlaw.com>; Allen Schwartz <allenschwartzlaw@gmail.com>
**Cc:** Jeffrey Simpson <jsimpson001@icloud.com>; Rudy Sahay <rsahay@aquarianlp.com>; coreyworcester@quinnemanuel.com; ehuebscher@huebscherconsulting.com; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: [External] Rever Motors Series 109 [F-F.FID1934821]

**[EXTERNAL]**

Dear Allen and Marty:

This email is in response to Mr. Sahay's inquiry. The response by Mr. Bunin states:

> The receiver does not consent to your entry onto 1640 Montauk Highway and Rêver Motors alone or with Simpson to retrieve your

vehicle or have Simpson "assist with the identification and removal of the appropriate parts associated with the vehicle."

Are we now to understand that your position is that Mr. Sahay has no right or remedy to recover his own property, when Mr. Huebscher remains responsible for leaving it in pieces and unrestored?

**1) The Receiver Will Be Compelled to Disclose Payment of All Legal Fees**

First, Mr. Huebscher has provided title to Mr. Sahay's vehicle. When the Receiver took over, the Land Rover was about 80% complete, with the final stages consisting of dry fitting unassembled parts, painting, wiring/rewiring, and assembly/reassembly of all parts. Had the receivership not occurred, the vehicle would have been fully assembled and ready for pickup. Mr. Huebscher took titles and keys. Workers disbanded. All profits from operation during the summer months in the Hamptons have been lost. Simpson is exposed to tens or even hundreds of thousands of dollars in claims by aggrieved customers, and vehicles were taken in the dead of night by a creditor, NextGear, also on Mr. Huebscher's watch, on account of your client seizing Rêver's bank account. My client is the personal guarantor on that loan, and NextGear's counsel refuses to cooperate, even to provide an inventory of the vehicles taken, their whereabouts and proof of their safety, or the financing agreement. Please be reminded that Mr. Huebscher has not restored access to any of Rêver's computerized accounts.

Rêver had several skilled workers, most of whom are Spanish-speaking and understandably stressed by the situation and afraid to act. They were somehow led to believe that Simpson was in jail. Despite taking control of the approximately $25,000 held in the company's Citizens Bank account, your client never paid them the wages that they were owed out of that account. As a result, the Department of Labor has begun investigating my client. None of the funds have been accounted for. We have a witness ready to testify that Mr. Huebscher, at the same time, paid one of Rêver's consultants for an unstated purpose.

To date, no disclosure or accounting has been provided of Mr. Huebscher's expenditure of legal fees dating to Farrell Fritz's appearance in this action as counsel, as required under CPLR § 8004 and Judiciary Law § 35-a. Nor has Huebscher & Co. provided any inventory of missing parts, tools, and vehicles removed on his watch. We assert and restate our demands for transparency.

**2) We Will Respond Vigorously to All Personal Attacks**

Second, counsel for Mr. Chassen has put forth another motion for civil and criminal contempt against my client and myself as his counsel. His legal fees remain unaccounted for, as well. Counsel for Arch Real Estate Holdings LLC ("AREH"), whose legal fees are also unaccounted for, recently warned by email of its intent to bring a FRCP Rule 11 motion against Simpson and

myself, as it did against Simpson and his former counsel in this matter on removal before briefing was even completed on any motion for remand. Finally, the email below states: "The receiver will not enter the 1640 Montauk Highway property or the Rever Motors business premises out of concern for his personal safety until the contempt motion is heard and decided." This contention is patently false, without foundation, and it is libelous, lacking in civility, and frivolous. My firm reserves all rights to recover legal fees and damages on behalf of both my client and myself on account of such malicious character assassination and wasteful motion practice.

**3) Whether Mr. Chassen's Interests Are Being Protected Is Subject to Judicial Inquiry**

Third, we were all on an email chain this past Friday, in which I proposed mediating these issues regarding Rêver. Mr. Schwartz instantly objected to Simpson's request to attempt to settle the severable dispute between himself and Mr. Chassen concerning Rêver. As with the message to Mr. Sahay by Mr. Bunin on behalf of Receiver Huebscher, Mr. Schwartz has also referred to both my client and myself as criminals. Yet he has failed to confirm that Mr. Chassen has even been made aware of the Simpson's offer under Rules 1.4(a)(1)(i) (client's informed consent) and 1.4(a)(1)(iii) (communicating offers of settlement) of the Professional Conduct Rules.

Mr. Chassen's consent is in question. The true motives and actors behind the receivership and the actions of your clients are in question. Mr. Schwartz's objection to my inquiry, after only thirty-five minutes, and his refusal over the past three days to confirm that my client's offer was conveyed to Mr. Chassen, are a serious concern, as is your clients' alignment through counsel with respect to these points.

**4) The Conspiracy Is Breaking Open**

Fourth, 35 Oak Holdings Ltd. ("Oak"), acting on its own and through an artificial alliance with AREH, and through Mr. Chassen, is orchestrating a cross-border conspiracy with the central mission of evading its loan guarantees on real estate investments made through the Arch Companies, from which it profited handsomely over an approximately five-year run before the interest-rate crisis began in late 2022. Oak's objectives are to:

1. Suppress, silence, and discredit Simpson, scapegoating him for Oak's unlawful dissipation of assets, starting by dividing and conquering his inner circle and depriving them of access to justice;

2. Subordinate investors who contributed to real estate investments across the country, subject in certain cases to Regulation D, 17 C.F.R. §§ 230.501 et seq., of the Securities Act of 1933, 5 U.S.C. §§ 77a et seq.;

3. Defraud lenders to the Arch Companies' once more-than $1 billion in assets under management, which Simpson grew from nothing and curated to returns that beat market expectations for four consecutive years, including thousands affordable housing units secured by mortgages backed by U.S. taxpayers;

4. Consolidate its holdings following multiple failed ventures in Canada, including one that is subject to two receiverships and ongoing oversight under Canadian bankruptcy law; and

5. Circumvent federal jurisdiction, frustrate administration of the Bankruptcy Code, retaliate against Simpson, obstruct lawful discovery, and to mislead the Courts through a lack of candor.

A receivership was the central goal of Oak's agenda from the start for shielding itself from the Bankruptcy Court and U.S. Trustee concerning its mounting liability, lack of reporting, and fraudulent conveyances of millions of dollars of interests in real property. Indeed, Oak fired the first shot in 608941 NJ Inc. v. Simpson, Case #1:23-cv-07089 (MMG) (S.D.N.Y. filed Aug. 10, 2023). The instant action, Simpson et al. v. Chassen et al., Index #158055/2023 (N.Y. Sup. Ct., N.Y. County, Com. Div. filed Aug. 15, 2023), came five days later. Oak was not captioned out of respect for the federal action cited above. Two months later, however, Oak abandoned that case without serving process, simultaneously intervening in this action. Its first filing, dated October 17, 2023, demanded a receivership over the entirety of JJ Arch LLC.

The disintegrating pact holding up this conspiracy includes at least one joint defense agreement between Oak and Mr. Chassen, and there is obvious reason to believe that Oak subsequently entered into a new agreement or amendment that formally pulled in AREH in or about November 2023. Its intervention into this litigation was designed to derail any inquiry over the merits and to crush Simpson. This has failed.

The drawn-out continuation of this scheme cannot be sustained. New fractures are emerging among its players, as there are too many divergent actors with existentially competing interests to maintain a coverup. Yet all seem to remain locked into a pattern of frivolous motion practice, witness intimidation, and misrepresentations and inconsistencies in pleadings and testimony before the Commercial Division and the Bankruptcy Court.

Misstatements about corporate control and governance of the Arch Companies are key examples because they relate to the Bankruptcy Court's jurisdiction in In re: JJ Arch LLC, Case #1:24-bk-10381 (JPM) (S.D.N.Y. filed Mar. 7, 2024), dismissed, appeal docketed, 1:24-cv-08649 (JAV) (S.D.N.Y. filed Nov. 14, 2024). They bear on Mr. Chassen's lack of standing even to seek any receivership in Oak's place. These and other examples will be

detailed chronologically in Appellant JJ Arch's brief, which is due on June 26, 2025.

This case inescapably harbors an element of possible criminality, in addition to civil liability exceeding multiple $100s of millions in restitution of ill-gotten gains, compensatory and exemplary damages, attorneys' fees, and statutory remedies. In the face of record evidence supporting punishable wrongdoing – including numerous internal emails that Simpson docketed in this action, and a persistent lack of candor to the Courts – we have serious doubts about whether Mr. Chassen's interests are being protected.

**5) The Receiver Will Not Be Enriched at Messrs. Simpson's and Chassen's Personal Expense**

Fifth, Messrs. Simpson and Chassen have discussed settling their differences in relation to Rêver on several occasions. Many of these discussions also involved 225 Head of Pond Road in Southampton in the course of the same negotiation. Were they to resolve their differences with respect to 1640 Montauk LLC, which holds the land on which Rêver sits, and 1640 Motors LLC, under which it operates, your client would have no standing and no opportunity to receive a commission for his destruction of Rêver and ultimate sale of its land, which is worth millions. The same can be said for 225 Head of Pond Road.

**Accordingly, we demand the following:**

1. That Mr. Sahay not be interfered with in retrieving his property with my client's assistance;

2. Accounting of all legal fees and expenditures paid on behalf of Mr. Huebscher, and on behalf of Mr. Chassen, particularly with respect to all contempt and receivership motions; and

3. Compliance with the demands for restoration as stated in our email from Friday, May 23, 2025, at 7:00 pm, in which we requested (the following is a non-exhaustive list) –
    1. Immediate return of the keys to and all interests for safekeeping for all four properties;
    2. All correspondence with customers or anyone else on behalf of Rêver or any other property;
    3. Return of all cash withdrawn from its Citizens Bank account;
    4. Any transactions or agreements entered into concerning any of the properties or entities;
    5. All titles, keys, and other documentation taken from onsite;
    6. Access credentials to all computer systems, programs, and websites; and
    7. An accounting for and prompt return of all assets removed from the properties.

We await your response.

**MAIDEN LANE LAW GROUP**
Benjamin Robert Rajotte, Esq.
One Maiden Lane, Suite 900
New York, New York 10038
(212) 463-6669
rajb@mllg.nyc

**From:** Bunin, Martin <MBunin@FarrellFritz.com>
**Sent:** Monday, June 9, 2025 6:33 AM
**To:** Rudy Sahay <rsahay@aquarianlp.com>
**Cc:** Benjamin Robert Rajotte <rajb@mllg.nyc>; coreyworcester@quinnemanuel.com; ehuebscher@huebscherconsulting.com; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: [External] Rever Motors Series 109 [F-F.FID1934821]

Rudy,

We are waiting for the court to schedule a hearing on the contempt motion, which was filed as an emergency motion on May 30. The delay has been caused by Simpson, who frivolously removed the case from Supreme Court, NY County, to federal district court. The federal court ordered the case returned to state court, but the NY County clerk has not yet processed the remand order to allow the state court judge to again move forward with the contempt motion and other aspects of the case.

Based on what Eric has told me, there is no telling where on the premises your parts may be located. As far as going on to the property with a third party and Eric, Eric, as I mentioned in my last email, will not return to the property out of concern for his own safety until the contempt motion is heard and ruled on.

Marty

**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, New York, NY 10017
Direct: (646) 329-1982
Cell: (917) 887-0056
mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

**From:** Rudy Sahay <rsahay@aquarianlp.com>
**Sent:** Sunday, June 8, 2025 11:38 PM
**To:** Bunin, Martin <MBunin@FarrellFritz.com>
**Cc:** Benjamin Robert Rajotte <rajb@mllg.nyc>; coreyworcester@quinnemanuel.com; ehuebscher@huebscherconsulting.com; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: [External] Rever Motors Series 109 [F-F.FID1934821]

You don't often get email from rsahay@aquarianlp.com. Learn why this is important
[**Warning**: External Email]

Thanks for the note. When do you expect to have resolution on these matters so that I can move forward with the completion of my build?

Alternatively, is there a path below where I can be told where the items are located and then arrange for a 3rd party to come onsite with Eric Huebscher and pick up the items so long as Jeff Simpson is not on site?

**Rudy Sahay**
Managing Partner

**Aquarian Holdings**
O: (212) 720-1025
M: (917) 900-7076

**From:** Bunin, Martin <MBunin@FarrellFritz.com>
**Sent:** Sunday, June 8, 2025 8:11 PM
**To:** Rudy Sahay <rsahay@aquarianlp.com>
**Cc:** Benjamin Robert Rajotte <rajb@mllg.nyc>; coreyworcester@quinnemanuel.com; ehuebscher@huebscherconsulting.com; Pascarella, Darren A. <dpascarella@FarrellFritz.com>
**Subject:** RE: [External] Rever Motors Series 109 [F-F.FID1934821]

**[EXTERNAL]**

Rudy:

Simpson has been openly and continuously defying the Supreme Court, New York County's order appointing Eric as receiver, entered on March 11, and a second enforcement order entered on May 13. At the hearing on the receiver's motion to enforce the appointment order, held on May 12, the judge told Simpson that he expected him to promptly cooperate with the receiver. The May 13, 2025 enforcement order, among other things, prohibits Simpson from (1) entering 1640 Montauk Highway, (2) transacting any business of Rever Motors, (3) doing "any act . . .to interfere with the Receiver's taking custody, control, possession or managing of the assets or documents subject to the Receivership", and (4) harassing or interfering with the Receiver in any way. A copy of the enforcement order is attached – see page 4. As you may know, the receiver was able to enter 1640 Montauk Highway briefly after the enforcement order was issued, but Simpson then re-entered the Rever Motors premises in continued defiance of the Court's orders. Simpson and his lawyer have taken the outrageous position that the Court's orders are not enforceable despite the judge telling them on May 12 that they are and his lawyer's agreement on the record that they are. Further, the Court warned Simpson that continued non-compliance could result in the Court's issuance of a bench warrant to arrest and incarcerate him.

As a result of Simpson's willful refusal to obey the Court's orders, there is a motion pending to hold Simpson and his lawyer in civil and criminal contempt.

The receiver will not enter the 1640 Montauk Highway property or the Rever Motors business premises out of concern for his personal safety until the contempt motion is heard and decided.

The receiver does not consent to your entry onto 1640 Montauk Highway and Rever Motors alone or with Simpson to retrieve your vehicle or have Simpson "assist with the identification and removal of the appropriate parts associated with the vehicle." These actions would violate the Court's orders and help Simpson continue to violate and disregard them.

Marty

**Martin G. Bunin,** Counsel
<image001.jpg>
622 3rd Ave, New York, NY 10017
Direct: (646) 329-1982
Cell: (917) 887-0056
mbunin@farrellfritz.com | www.farrellfritz.com
Albany | Hauppauge | New York City | Uniondale | Water Mill

**From:** Rudy Sahay <rsahay@aquarianlp.com>
**Sent:** Sunday, June 8, 2025 5:26 PM
**To:** Bunin, Martin <MBunin@FarrellFritz.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>
**Cc:** Corey Worcester - Quinn Emanuel (coreyworcester@quinnemanuel.com) <coreyworcester@quinnemanuel.com>; ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Rever Motors Series 109

You don't often get email from rsahay@aquarianlp.com. Learn why this is important
[**Warning**: External Email]

Marty - I was given your contact information from Eric Huebscher regarding a vehicle that I was having completed by Rever Motors and was supposed to be delivered 7 days ago.

I would like to remove the vehicle in its current state from the property along with the parts associated with the vehicle that are needed to complete it. Eric has provided me with the title to the vehicle and I would like to extract myself from the back and forth between the parties involved.

If Eric Huebscher and Jeff Simpson are okay with me doing so, I would like to do that and not have to involve myself in a situation I was put into without my knowledge.

Benjamin – I am adding you in to confirm that Jeff Simpson has no objection to this and will assist with the identification and removal of the appropriate parts associated with the vehicle

I've copied Corey Worcester from Quinn Emmanuel who works with me to make sure that this is handled appropriately.

Thanks,
Rudy

**Rudy Sahay**
Managing Partner

**Aquarian Holdings**
40 Tenth Avenue
6th Floor
New York, NY 10014

O: (212) 720-1025
M: (917) 900-7076

*This e-mail, and any attachment to it, contains confidential, proprietary and non-public information. If you are not the intended recipient of this e-mail, please delete it immediately. Unless specifically indicated, the information in this email is not intended as nor is it an offer, or solicitation of any offer to buy or sell any security, investment or other product.*

*This e-mail, and any attachment to it, contains confidential, proprietary and non-public information. If you are not the intended recipient of this e-mail, please delete it immediately. Unless specifically indicated, the information in this email is not intended as nor is it an offer, or solicitation of any offer to buy or sell any security, investment or other product.*

*This e-mail, and any attachment to it, contains confidential, proprietary and non-public information. If you are not the intended recipient of this e-mail, please delete it immediately. Unless specifically indicated, the information in this email is not intended as nor is it an offer, or solicitation of any offer to buy or sell any security, investment or other product.*

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, July 7, 2025 7:23 AM |
| **To:** | jaredchassen@gmail.com |
| **Cc:** | Allen Schwartz |
| **Subject:** | RE: Jareds Truck |

Jared
Your vehicle is on site. Please make plans to have it picked up. I will be there on Wednesday coordinating other vehicle removals.
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Tuesday, May 20, 2025 4:06 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <Allen@allenschwartzlaw.com>
**Subject:** Jareds Truck

Please see attached, VIN and pics of my vehicle. Additionally I have 2 engines there.

4:04 18m

Water Mill

May 24, 2022 10:27 AM





4:04 18m

February 25, 2023
2:55 PM





RECEIVER-000472



Jared Chassen

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, July 7, 2025 7:39 AM |
| **To:** | 'jaredchassen@gmail.com' |
| **Cc:** | Allen Schwartz; Martin G. Bunin; Darren A. Pascarella |
| **Subject:** | RE: Jareds Truck |
| **Attachments:** | Jared Chassen - 09776.pdf |

Jared:
We have completed a comprehensive inventory of Rever Motors. With few exceptions and those that are financed vehicles, I would characterize the site as a junk yard. I am not aware of multiple engines. Many customers have asked about their "engines". I have seen one in the basement. The basement is essentially a heap of parts piled up in the middle of the room. Please see the attached phot.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 7:32 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** Re: Jareds Truck

Good morning, can you please send me a few photos just so I understand it's condition and how/where to
get it towed. It should have 2 motors as well that are not connected?

Jared Chassen

> On Jul 7, 2025, at 7:23 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:
>
> Jared
> Your vehicle is on site. Please make plans to have it picked up. I will be there on Wednesday coordinating other vehicle removals.
> Eric
>
> Eric Huebscher, MBA, CPA, CFE, CPCO
> President
> Huebscher & Co.

301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Tuesday, May 20, 2025 4:06 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <Allen@allenschwartzlaw.com>
**Subject:** Jareds Truck

Please see attached, VIN and pics of my vehicle. Additionally I have 2 engines there.

<image001.png>
<image002.png>
<image003.jpg>

Jared Chassen

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Monday, July 7, 2025 8:31 AM
**To:** jaredchassen@gmail.com
**Cc:** Allen Schwartz; Martin G. Bunin; Darren A. Pascarella
**Subject:** Re: Jareds Truck

Please see attached



Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

On Jul 7, 2025, at 8:24 AM, jaredchassen@gmail.com wrote:

Trust me I know. If it wont take any more of your time, I would appreciate a picture. I am pretty confident that motor is probably mine since mine was last seen in the basement.

I can be at the shop this coming Monday 7/14 to get the car and hopefully engine since I am away until then, is that ok?



RECEIVER-000477

Jared Chassen

On Jul 7, 2025, at 7:38 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Jared:
We have completed a comprehensive inventory of Rever Motors. With few exceptions and those that are financed vehicles, I would characterize the site as a junk yard. I am not aware of multiple engines. Many customers have asked about their "engines". I have seen one in the basement. The basement is essentially a heap of parts piled up in the middle of the room. Please see the attached phot.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 7:32 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** Re: Jareds Truck

Good morning, can you please send me a few photos just so I understand it's condition and how/where to
get it towed. It should have 2 motors as well that are not connected?

Jared Chassen

On Jul 7, 2025, at 7:23 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Jared

Your vehicle is on site. Please make plans to have it picked up.
I will be there on Wednesday coordinating other vehicle removals.
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Tuesday, May 20, 2025 4:06 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <Allen@allenschwartzlaw.com>
**Subject:** Jareds Truck

Please see attached, VIN and pics of my vehicle. Additionally I have 2 engines there.

<image001.png>
<image002.png>
<image003.jpg>

Jared Chassen
<Jared Chassen - 09776.pdf>

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Monday, July 7, 2025 8:40 AM
**To:** jaredchassen@gmail.com
**Subject:** RE: Jareds Truck

Let me see what my schedule looks like. I am trying to have coordinate a number of issues for this site. Next week, for sure, but not sure of the day today.

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 8:37 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Re: Jareds Truck

yeah, I actually see the grill and some other parts down there. Is next Monday OK to meet you?

Jared Chassen

> On Jul 7, 2025, at 8:30 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:
>
> Please see attached
>
> <image0.jpeg>
> <image1.jpeg>
> <image2.jpeg>
> <image3.jpeg>
>
> Eric Huebscher
> Sent from my IPhone
> Please excuse all spelling mistakes
>
>> On Jul 7, 2025, at 8:24 AM, jaredchassen@gmail.com wrote:
>>
>> Trust me I know. If it wont take any more of your time, I would appreciate a picture. I am pretty confident that motor is probably mine since mine was last seen in the basement.

I can be at the shop this coming Monday 7/14 to get the car and hopefully engine since I am away until then, is that ok?

Jared Chassen

On Jul 7, 2025, at 7:38 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Jared:
We have completed a comprehensive inventory of Rever Motors. With few exceptions and those that are financed vehicles, I would characterize the site as a junk yard. I am not aware of multiple engines. Many customers have asked about their "engines". I have seen one in the basement. The basement is essentially a heap of parts piled up in the middle of the room. Please see the attached phot.
Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 7:32 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** Re: Jareds Truck

Good morning, can you please send me a few photos just so I understand it's condition and how/where to
get it towed. It should have 2 motors as well that are not connected?

Jared Chassen

On Jul 7, 2025, at 7:23 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Jared
Your vehicle is on site. Please make plans to have it picked up. I will be there on Wednesday coordinating other vehicle removals.
Eric

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Tuesday, May 20, 2025 4:06 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <Allen@allenschwartzlaw.com>
**Subject:** Jareds Truck

Please see attached, VIN and pics of my vehicle.
Additionally I have 2 engines there.

<image001.png>
<image002.png>
<image003.jpg>

Jared Chassen

<Jared Chassen - 09776.pdf>

**ehuebscher huebscherconsulting.com**

| | |
|---|---|
| **From:** | ehuebscher huebscherconsulting.com |
| **Sent:** | Monday, July 7, 2025 11:37 AM |
| **To:** | J Chassen |
| **Subject:** | RE: Jareds Truck |

Let's coordinate all as all needs to be moved. There are no business records.

Eric Huebscher, MBA, CPA, CFE, CPCO
President
Huebscher & Co.
301 East 87th Street – 20E
New York, NY 10128
Phone – 646.584.3141
Mobile – 917.763.3891
EFAX – 212-202-3503

**From:** J Chassen <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 11:34 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Re: Jareds Truck

Thank you, if I can help at all, please let me know.

If not controversial, would love to take my personal coffee machine and water machine, and the furniture which I personally paid for, not the business (Just the couch and the chairs and jukebox bar), not the desks.

On Mon, Jul 7, 2025 at 8:40 AM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Let me see what my schedule looks like. I am trying to have coordinate a number of issues for this site. Next week, for sure, but not sure of the day today.

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 8:37 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Re: Jareds Truck

yeah, I actually see the grill and some other parts down there. Is next Monday OK to meet you?

Jared Chassen

> On Jul 7, 2025, at 8:30 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:
>
> Please see attached
>
> <image0.jpeg>
>
> <image1.jpeg>
>
> <image2.jpeg>
>
> <image3.jpeg>
>
> Eric Huebscher
>
> Sent from my IPhone
>
> Please excuse all spelling mistakes
>
>> On Jul 7, 2025, at 8:24 AM, jaredchassen@gmail.com wrote:
>>
>> Trust me I know. If it wont take any more of your time, I would appreciate a picture. I am pretty confident that motor is probably mine since mine was last seen in the basement.

I can be at the shop this coming Monday 7/14 to get the car and hopefully engine since I am away until then, is that ok?

Jared Chassen

On Jul 7, 2025, at 7:38 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Jared:

We have completed a comprehensive inventory of Rever Motors. With few exceptions and those that are financed vehicles, I would characterize the site as a junk yard. I am not aware of multiple engines. Many customers have asked about their "engines". I have seen one in the basement. The basement is essentially a heap of parts piled up in the middle of the room. Please see the attached phot.

Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 7:32 AM
**To:** ehuebscher huebscherconsulting.com
<ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** Re: Jareds Truck

Good morning, can you please send me a few photos just so I understand it's condition and how/where to

get it towed. It should have 2 motors as well that are not connected?

Jared Chassen

> On Jul 7, 2025, at 7:23 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:
>
> Jared
>
> Your vehicle is on site. Please make plans to have it picked up. I will be there on Wednesday coordinating other vehicle removals.
>
> Eric
>
> Eric Huebscher, MBA, CPA, CFE, CPCO
>
> President
>
> Huebscher & Co.
>
> 301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** jaredchassen@gmail.com
<jaredchassen@gmail.com>
**Sent:** Tuesday, May 20, 2025 4:06 PM
**To:** ehuebscher huebscherconsulting.com
<ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <Allen@allenschwartzlaw.com>
**Subject:** Jareds Truck

Please see attached, VIN and pics of my vehicle.
Additionally I have 2 engines there.

<image001.png>

<image002.png>

<image003.jpg>

Jared Chassen

<Jared Chassen - 09776.pdf>

--
Jared Chassen

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Friday, July 11, 2025 12:58 PM
**To:** jaredchassen@gmail.com
**Cc:** J Chassen
**Subject:** Re: Jareds Truck

Wednesday
Does that work

Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Jul 11, 2025, at 12:56 PM, jaredchassen@gmail.com wrote:
>
> Hey Eric, I hope your week went well. Can you let me know what day next week we should meet on site?
>
> Jared Chassen
>
>> On Jul 7, 2025, at 4:38 PM, J Chassen <jaredchassen@gmail.com> wrote:
>>
>> Ok, next week I can spend a few hours with you to make it all happen. Ill bring a pick up truck.
>>
>> On Mon, Jul 7, 2025 at 11:37 AM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:
>>
>> Let's coordinate all as all needs to be moved. There are no business records.
>>
>> Eric Huebscher, MBA, CPA, CFE, CPCO
>>
>> President
>>
>> Huebscher & Co.
>>
>> 301 East 87th Street – 20E
>>
>> New York, NY 10128
>>
>> Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** J Chassen <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 11:34 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Re: Jareds Truck

Thank you, if I can help at all, please let me know.

If not controversial, would love to take my personal coffee machine and water machine, and the furniture which I personally paid for, not the business (Just the couch and the chairs and jukebox bar), not the desks.

On Mon, Jul 7, 2025 at 8:40 AM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

> Let me see what my schedule looks like. I am trying to have coordinate a number of issues for this site. Next week, for sure, but not sure of the day today.
>
> Eric Huebscher, MBA, CPA, CFE, CPCO
>
> President
>
> Huebscher & Co.
>
> 301 East 87th Street – 20E
>
> New York, NY 10128
>
> Phone – 646.584.3141
>
> Mobile – 917.763.3891
>
> EFAX – 212-202-3503
>
> ---
>
> **From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
> **Sent:** Monday, July 7, 2025 8:37 AM

**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Re: Jareds Truck

yeah, I actually see the grill and some other parts down there. Is next Monday OK to meet you?

Jared Chassen

On Jul 7, 2025, at 8:30 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Please see attached

<image0.jpeg>

<image1.jpeg>

<image2.jpeg>

<image3.jpeg>

Eric Huebscher

Sent from my IPhone

Please excuse all spelling mistakes

On Jul 7, 2025, at 8:24 AM, jaredchassen@gmail.com wrote:

Trust me I know. If it wont take any more of your time, I would appreciate a picture. I am pretty confident that motor is probably mine since mine was last seen in the basement.

I can be at the shop this coming Monday 7/14 to get the car and hopefully engine since I am away until then, is that ok?

Jared Chassen

On Jul 7, 2025, at 7:38 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Jared:

We have completed a comprehensive inventory of Rever Motors. With few exceptions and those that are financed vehicles, I would characterize the site as a junk yard. I am not aware of multiple engines. Many customers have asked about their "engines". I have seen one in the basement. The basement is essentially a heap of parts piled up in the middle of the room. Please see the attached phot.

Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 7:32 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** Re: Jareds Truck

Good morning, can you please send me a few photos just so I understand it's condition and how/where to

get it towed. It should have 2 motors as well that are not connected?

Jared Chassen

> On Jul 7, 2025, at 7:23 AM, ehuebscher huebscherconsulting.com <ehuebscher@hu

ebscherconsulting
.com> wrote:

Jared

Your vehicle is on site. Please make plans to have it picked up. I will be there on Wednesday coordinating other vehicle removals.

Eric

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** jaredchassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Tuesday, May 20, 2025 4:06 PM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>

**Cc:** Allen Schwartz
<Allen@allenschwartzlaw.com>
**Subject:** Jareds Truck

Please see attached, VIN and pics of my vehicle. Additionally I have 2 engines there.

<image001.png>

<image002.png>

<image003.jpg>

Jared Chassen

<Jared Chassen - 09776.pdf>

--

Jared Chassen

--
Jared Chassen

**ehuebscher huebscherconsulting.com**

**From:** ehuebscher huebscherconsulting.com
**Sent:** Friday, July 11, 2025 1:17 PM
**To:** jaredchassen@gmail.com
**Subject:** Re: Jareds Truck

Please bring title with you
Eric Huebscher
Sent from my IPhone
Please excuse all spelling mistakes

> On Jul 11, 2025, at 12:59 PM, jaredchassen@gmail.com wrote:
>
> Yes!
>
> Jared Chassen
>
>> On Jul 11, 2025, at 5:57 PM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:
>>
>> Wednesday
>> Does that work
>>
>> Eric Huebscher
>> Sent from my IPhone
>> Please excuse all spelling mistakes
>>
>>> On Jul 11, 2025, at 12:56 PM, jaredchassen@gmail.com wrote:
>>>
>>> Hey Eric, I hope your week went well. Can you let me know what day next week we should meet on site?
>>>
>>> Jared Chassen
>>>
>>>> On Jul 7, 2025, at 4:38 PM, J Chassen <jaredchassen@gmail.com> wrote:
>>>>
>>>> Ok, next week I can spend a few hours with you to make it all happen. Ill bring a pick up truck.

On Mon, Jul 7, 2025 at 11:37 AM ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Let's coordinate all as all needs to be moved. There are no business records.

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** J Chassen <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 11:34 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Subject:** Re: Jareds Truck

Thank you, if I can help at all, please let me know.

If not controversial, would love to take my personal coffee machine and water machine, and the furniture which I personally paid for, not the business (Just the couch and the chairs and jukebox bar), not the desks.

On Mon, Jul 7, 2025 at 8:40 AM ehuebscher huebscherconsulting.com

<ehuebscher@huebscherconsulting.com>
wrote:

Let me see what my schedule looks like. I am trying to have coordinate a number of issues for this site. Next week, for sure, but not sure of the day today.

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** jaredchassen@gmail.com
<jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 8:37 AM
**To:** ehuebscher huebscherconsulting.com
<ehuebscher@huebscherconsulting.com>
**Subject:** Re: Jareds Truck

yeah, I actually see the grill and some other parts down there. Is next Monday OK to meet you?

Jared Chassen

On Jul 7, 2025, at 8:30 AM,
ehuebscher

huebscherconsulting.com
<ehuebscher@huebscherconsulting.com> wrote:

Please see attached

<image0.jpeg>

<image1.jpeg>

<image2.jpeg>

<image3.jpeg>

Eric Huebscher

Sent from my IPhone

Please excuse all spelling mistakes

> On Jul 7, 2025, at 8:24 AM, jaredchassen@gmail.com wrote:
>
> Trust me I know. If it wont take any more of your time, I would appreciate a picture. I am pretty confident that motor is probably mine since mine was last seen in the basement.
>
> I can be at the shop this coming Monday 7/14 to get

the car and hopefully engine since I am away until then, is that ok?

Jared Chassen

On Jul 7, 2025, at 7:38 AM, ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com> wrote:

Jared:

We have com plete d a com preh ensi ve inve ntor y of Reve r Mot ors. With few exce ptio ns and thos e that are finan ced vehi cles, I woul d char acte rize the site as a junk yard. I am not awar e of mult iple engi

nes. Many customers have asked about their “engines”. I have seen one in the basement. The basement is essentially a heap of parts piled up in the middle of the room. Please see the atta

ched photo.

Eric Huebscher

Eric Huebscher, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New York, NY 10128

Phone – 646.584.3141

Mobile – 917.763.3891

EFAX – 212-202-3503

---

**From:** jared

chassen@gmail.com <jaredchassen@gmail.com>
**Sent:** Monday, July 7, 2025 7:32 AM
**To:** ehuebscher huebscherconsulting.com <ehuebscher@huebscherconsulting.com>
**Cc:** Allen Schwartz <allen@allenschwartzlaw.com>
**Subject:** Re: Jareds Truck

Goo
d
mor
ning,
can
you
plea
se
send
me a
few
phot
os
just
so I
unde
rsta
nd
it's
cond
ition
and
how/
wher
e to

get it
towe
d. It
shou
ld
have
2
mot
ors
as
well
that
are
not
conn
ecte
d?

Jare
d
Cha
ssen

O
n
J
u
l
7
,
2
0
2
5
,
a
t
7
:
2
3

A
M
,
e
h
u
e
b
s
c
h
e
r
h
u
e
b
s
c
h

erconsulting.com<ehuebscher@huebscherconsulting.

com> wrote:

Jared Your vehicle is onsite. Please mak

eplanstohaveitpickedup.IwillbethereonWednesdayco

ordinating other vehicle removals. Eric

EricHuebscher

, MBA, CPA, CFE, CPCO

President

Huebscher & Co.

301 East 87th Street – 20E

New

York, NY 10128 Phone – 646.584.3141 Mobile – 917.763.3891 EFAX – 212-202-35

03

From: jaredchassen@gmail.com<jaredchassen@gmail.

com> **Sent:** Tuesday, May 20, 2025 4:06 PM **To:** ehuebscher huebsc

herconsulting.com<ehuebscher@huebscherconsulting.com

> **Cc:** Allen Schwartz <Allen@allenschwartzlaw.com> **Subject**

: JaredsTruck

Pleaseseeattached,VINandpicsofmyvehic

le. Additionally I have 2 engines there.

<image001.png>

<image002.png>

<image003.jpg>

Jared Chassen

<Jared Cha

ssen
-
0977
6.pd
f>

--

Jared Chassen

--
Jared Chassen