UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| In re: | Case No. 26-10359-lgb |
| Jeffrey Solomon Simpson, | Chapter 11 |
| Debtor. | |

------------------------------------------------------------ x

**SCHEDULING ORDER WITH RESPECT TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MOTION TO EXTEND EXCLUSIVE PERIODS AND LIMITATIONS ON SCHEDULING HEARINGS ON MOTIONS FILED ON OR AFTER OCTOBER 26, 2026**

**WHEREAS**, on February 19, 2026, Jeffrey Solomon Simpson, a debtor and debtor-in-possession ("Simpson" or the "Debtor"), filed a Chapter 11 voluntary petition (ECF No. 1) (the "Main Case" or "Chapter 11 Case"); and

**WHEREAS**, on May 8, 2026, the Court entered an order authorizing the Debtor to retain Becker, Glynn, Muffly, Chassin & Hosinski ("BGMCH") as counsel to the Debtor and Debtor in Possession [ECF No 61]; and

**WHEREAS**, on September 30, 2026, Watermill Capital Holdings, LLC ("Watermill") filed a motion for relief from the automatic stay (the "Watermill Stay Motion") [ECF No. 171] and a hearing on the Watermill Stay Motion was set for October 29, 2026 (the "Watermill Stay Motion Hearing"); and

**WHEREAS**, on October 16, 2026, the Debtor filed a second motion to extend the periods during which the Debtor has the exclusive right to file a plan and to obtain acceptance thereof (the "Second Exclusivity Motion") [ECF No. 176] and a hearing was set for November 12, 2026 (the "Second Exclusivity Motion Hearing") [ECF No 177]; and

**WHEREAS**, on October 21, 2026, Debtor's counsel filed a letter stating that he believed he was effectively discharged as the Debtor's counsel and sought to move for leave to withdraw as the Debtor's Counsel in the Main Case and all adversary proceedings pending as well as include a request for a stay of pending matters and deadlines based on the email sent by the Debtor to the Court that same day along with other separate communications from the Debtor [ECF No 179]; and

**WHEREAS**, on October 22, 2026, Debtor filed an objection to the Watermill Stay Motion [ECF No. 185]; and

**WHEREAS**, on October 22, 2026, Debtor's counsel, BGMCH filed a motion to withdraw as counsel to the Debtor and Debtor in Possession (the "Motion to Withdraw") [ECF No. 183] and a *Declaration of Alec P. Ostrow Pursuant to Local Bankruptcy Rule 9077-1 in Support of Proposed Order to Show Cause Setting Hearings on Motion of Becker, Glynn, Muffly, Chassin & Hosinski LLP to withdraw as counsel and on Preliminary Relief Pending the Hearing and Determination of theMotion [Sic] to Withdraw* [ECF 184]; and

**WHEREAS**, on October 23, 2026, the Court entered an order to show cause before the Honorable Lisa G. Beckerman on October 26, 2026 (the "Show Cause Hearing"), as to why an order should not be entered granting preliminary relief pending the hearing and determination of the Motion to Withdraw, such as extending pending deadlines and hearing dates and permitting the Debtor to act as his own counsel [ECF No. 187]; and

**WHEREAS**, on October 26, 2026, the Court conducted the Show Cause Hearing, with the Debtor, the Debtor's counsel and counsel for other parties in attendance, and

**WHEREAS**, the Motion to Withdraw will not be heard until November 13, 2026 [*see* ECF No. 189]; it is hereby

**ORDERED**, that for the reasons stated on the record which are hereby incorporated by reference, the Watermill Stay Motion Hearing will be adjourned to **December 1, 2026, via Zoom for Government at 10:00 am Eastern time**; and it is further

**ORDERED**, that the Second Exclusivity Motion Hearing will be adjourned to **December 1, 2026, via Zoom for Government at 10:00 am Eastern time** and the deadline for parties in interest to file an objection to the Second Exclusivity Motion shall be November 24, 2026, at 5:00 pm Eastern time; and it is further

**ORDERED**, that any motions filed in the Main Case from and after October 26, 2026 will not be scheduled for hearing before the Court prior to December 1, 2026; and it is further

ORDERED, that this Court shall retain jurisdiction over this Order to, among other things, interpret and enforce the terms and provisions hereof and determine any controversies, suits, and disputes, if any, that may arise in connection with the relief granted herein.

Dated: October 28, 2026
New York, New York

***/s/ Lisa G. Beckerman***
**HONORABLE LISA G. BECKERMAN**
**UNITED STATES BANKRUPTCY JUDGE**