# Notice Recipients

District/Off: 0208−1　User: admin　Date Created: 10/28/2026
Case: 26−10359−lgb　Form ID: pdf001　Total: 266

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| intp | Eric M. Huebscher, Receiver |
| intp | Jared Chassen |
| cr | 608941 NJ INC. |
| intp | Arch Real Estate Holdings LLC |
| unk | Wolters Kluwer |
| intp | Wiggin and Dana LLP |
| cr | PARK 2 AVE 1055, LLC |
| unk | Clerks Office of the U.S. Bankruptcy Court SDNY |
| unk | White Cap LP f/k/a HD Supply Construction Supply |
| aty | Becker, Glynn, Muffly, Chassin & Hosinski, LLP |
| 8672200 | 2 |
| 8682997 | 608941 NJ Inc. |

TOTAL: 12

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Alan H. Weinreb | alan@nyfclaw.com |
| aty | Alec P. Ostrow | aostrow@beckerglynn.com |
| aty | Allen Schwartz | allen@allenschwartzlaw.com |
| aty | Andrew Goldberg | Andrew@nyfclaw.com |
| aty | Aviva Francis | afrancis@jntllp.com |
| aty | Brendan M. Scott | bscott@klestadt.com |
| aty | Bryant Churbuck | bchurbuck@gwfglaw.com |
| aty | Daniel Rudewicz | daniel.rudewicz@usdoj.gov |
| aty | David A Gold | dag@mss−pllc.com |
| aty | Eric Fisher | efisher@binderschwartz.com |
| aty | Ernest A. Yazzetti, Jr. | ernest.yazzetti@mccalla.com |
| aty | Jeffrey K. Cymbler | Jeffrey.Cymbler@tax.ny.gov |
| aty | Jonathan T. Koevary | jkoevary@olshanlaw.com |
| aty | Julie Amanda Levine | julie.levine@offitkurman.com |
| aty | Martin G Bunin | mbunin@farrellfritz.com |
| aty | Melissa Beth Levine | mlevine@alblawfirm.com |
| aty | Michael Menapace | mmenapace@wiggin.com |
| aty | Michael L Kenny, Jr. | mkenny@wiggin.com |
| aty | Sean C. Southard | ssouthard@klestadt.com |
| aty | Shauna M Deluca | sdeluca@hasbanilight.com |

TOTAL: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Jeffrey Solomon Simpson　1055 Park Avenue　Unit #4　New York, NY 10028 |
| cr | Watermill Capital Holdings, LLC　c/o MARGOLIN, WEINREB & NIERER, LLP　575 Underhill Boulevard, Suite 224　Syosset, NY 11791 |
| cr | JPMorgan Chase Bank, National Association　McCalla Raymer Leibert Pierce, LLP　420 Lexington Avenue, Suite 840　New York, NY 10170 |
| cr | Adam Leitman Bailey, PC　c/o The Gold Law Firm, PC　The Gold Law Firm, PC,　1666 Newbridge Rd., 2nd Floor　North Bellmore, NY 11710 UNITED STATES |
| cr | New York 555 LLC　c/o Hasbani & Light, P.C.　450 Seventh Ave, Suite 1901　Suite 1901　New York, NY 10123 UNITED STATES |
| cr | Offit Kurman, P.A.　590 Madison Avenue　6th Floor　New York, NY 10022 |
| cr | 146 89 STREET FUNDING LLC　1140 Broadway, Suite 304　New York, NY 10001 |
| cr | Irvine Realty Group, Inc.　c/o Goldberg Weprin Finkel Goldstein LLP　125 Park Avenue, 12th Floor　Attn: Kevin J. Nash　New York, NY 10017 |
| cr | New York State Department of Taxation and Finance.　15 MetroTech Center　Brooklyn, NY 11201 UNITED STATES |
| 9440012 | 1351 Dekalb Condo Development Holdings LLC　c/o Jacobs P.C.　717 Fifth Avenue, 17th Floor　New York, New York 10022 |
| 8689699 | 146 89 STREET FUNDING LLC　1140 Broadway, Suite 304　New York, New York 10001 |
| 8672010 | 146 E 89 Borrower 1 LLC　C/O JJ Arch LLC　C/O YJ Simco LLC　Attn: Jeffrey Simpson　1055 Park Ave, Unit 4　New York, NY 10028 |
| 8672011 | 146 E 89 Borrower 2 LLC　C/O Kay Properties LLC　Attn: Jonathan Peldman　95 Jessup Lane　Westhampton Beach, NY 11978 |
| 8672012 | 146 E 89 Borrower 3 LLC　C/O 40 Neutral Properties LLC　Attn: Adam Peldman　2054 Ralph Avenue　Brooklyn, NY 11234 |
| 8672013 | 1640 Montauk LLC　C/O JJ Arch LLC　C/O YJ Simco LLC　Attn: Jeffrey Simpson　1055 Park Ave, Unit 4　New York, NY 10028 |
| 8672014 | 1640 Motors LLC d/b/a Rever Motors　C/O JJ Arch LLC　C/O YJ Simco LLC　Attn: Jeffrey Simpson　1055 Park Ave, Unit 4　New York, NY 10028 |

8672017 225 HPR LLC C/O JJ Arch LLC C/O YJ Simco LLC Attn: Jeffrey Simpson 1055 Park Ave, Unit 4 New York, NY 10003
9439991 435 Central Condo Development Holdings LLC c/o Jacobs P.C. 717 Fifth Avenue, 17th Floor New York, New York 10022
8672015 55 Manor Pond Lane LLC Attn: Jared Chassen 55 Manor Pond Lane Irvington, NY 10533
8672020 608941 NJ Inc. C/O 35 Oak Holdings LTD Attn: Michael Weiner, Kevin Weiner, Will 35 Oak Street Toronto, ON M9N 1A1 Canada
8672018 608941 NJ Inc. C/O 35 Oak Holdings LTD Haynes and Boone, LLP Attn: Leslie Thorne 30 Rockefeller Plaza, 26th Floor New York, NY 10112
8672019 608941 NJ Inc. C/O 35 Oak Holdings LTD Meister Seelig Attn: David A. Gold 125 Park Ave., 7th Floor New York, NY 10017
8672016 70 Winding Way LLC Attn: Jared Chassen 70 Winding Way Water Mill, NY 11976
8672021 A.Y. Strauss Attn: Aaron Strauss 535 Fifth Avenue, 4th Floor New York, NY 10017
8672022 Adam Leitman Bailey, P.C. Attn: Adam Leitman Bailey One Battery Park Plaza, 18th Floor New York, NY 10004
8688302 Adam Leitman Bailey, PC The Gold Law Firm, PC, 1666 Newbridge Rd., 2nd Floor United States North Bellmore, NY 11710
8683183 Adam Leitman Bailey, PC c/o The Gold Law Firm, PC 1666 Newbridge Road, 2nd floor N. Bellmore, NY 11710
9439355 Alexander M. Dudelson 26 Court Street − Suite 2306 Brooklyn, NY 11242
8672023 Alphonse Soued 163 Dwight Place Englewood, NJ 07631
8683964 American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355−0701
8684011 American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355−0701
8672024 Andrea Waserman 514 Cranbrooke Ave Toronto, ON M5M 1N8 Canada
8672025 Andrew Hirsch 289 Old Somerset Rd Watchung, NJ 07069
8672026 Anne O. Fridman 993 Park Avenue, Apt 105 New York, NY 10028
8672027 Anthony Tufariello Jr 1200 Royal Palm Way Boca Raton, FL 33432
8672028 Arbor Commercial Funding 1, LLC C/O Arbor Realty Trust Attn: Geoff Platt 333 Earle Ovington Boulevard, Suite 900 Uniondale, NY 11553
8672029 Arch Real Estate Holdings LLC c/o Olshan From Wolosky LLP Attn: Jonathan Koevary, Esq. 1325 Avenue of the Americas New York, NY 10019
8672030 Arielle Chassen−Jacobs & Daniel Jacobs 184 Boulder Ridge Road Scarsdale, NY 10583
8672031 Aron Weber 184 Ardmore Avenue Staten Island, NY 10314
8672032 Avant 435 Capital Lender LLC c/o Capitol Services, Attn: Adam Lysterborghs 108 Lakeland Avenue Dover, DE 19901
8672033 Avant Capital c/o Kriss & Feuerstein LLP Attn: Mike Boneville 360 Lexington Avenue, #1200 New York, NY 10017
8672038 BH3 Management Attn: Greg Freedman 56 West 22nd Street, 10th Floor New York, NY 10010
8672037 BH3 Management c/o Reed Smith LLP Attn: Andrew L. Buck 599 Lexington Avenue, 22nd Floor New York, NY 10022
8672039 BI 44 LLC C/O Steven J. Kassin 43 West 24th Street, Floor 10 New York, NY 10010
8672034 Barry Schechter 7814 Tennyson Ct Boca Raton, FL 33433
8672035 Baruch Halpern 9601 Collins Avenue, PH 303 Bal Harbour, FL 33154
8672036 Benjamin Rajotte Esq 1 Maiden Lane, Suite 900 New York, NY 10038
8672040 Bryce Markus 941 Park Ave, Apt 7C New York, NY 10028
9439994 Bushwick 1010 Holdings, LLC c/o Jacobs P.C. 717 Fifth Avenue, 17th Floor New York, New York 10022
8672041 CHA CHA RE LLC C/O Charisse Chassen 167 Paine Avenue New Rochelle, NY 10804
8672046 CIM Group c/o Dechert LLP Attn: Jessica Bula 1095 6th Avenue New York, NY 10003
9440016 Carpe Diem Stock Trading LLC c/o Jacobs P.C. 717 Fifth Avenue, 17th Floor New York, New York 10022
8672043 Chaim Theil 245 East 93rd Street, Unit 5A New York, NY 10128
8672044 Charles Wertman Law Offices of Charles Wertman PC 11 Sunrise Plz. Valley Stream, NY 11580
8672045 Christy Clare Santoro JP Morgan Securities LLC 270 Park Ave New York, NY 10022
8672047 Citizens Private Bank C/O Garrett Sokoloff & Bill Dessoffy 1301 Ave of the Americas New York, NY 10019
8672048 Connect One Bank 551 Madison Avenue, #202 New York, NY 10022
8672042 Craig Mitnick 2715 Arlington Ave. Bronx, NY 10463
8672049 Dana King 800 Greenhaven Dr. Greensboro, NC 27406
8672051 Daniel Marvin Koch 200 East 87th Street, Apt 11M New York, NY 10128
8672052 Daniel S. Bernstein 1070 Park Avenue New York, NY 10128
8672050 Daniel and Lisa Friedman 99 E Hudson Ave Englewood, NJ 07631
8672053 David Berg 4215 Alton Road Miami Beach, FL 33140
8672056 David E. Jacobs & Mary Beth Jacobs 10768 Konneyaut Trail Ext Conneaut Lake, PA 16316
8672054 David Elbaz 612 Palm Drive Hallandale Beach, FL 33009
8672055 David Goldwasser FIA Capital Advisors 3284 N 29th Ct Hollywood, FL 33021
8672057 Deborah Chassen 167 Paine Ave New Rochelle, NY 10804
8672059 Department of the Treasury Internal Revenue Service Kansas City, MO 64999−0014
8672058 Desrea Holdings C/O Desmond Rea 1865 Burr Street Fairfield, CT 06824
8672060 Doug Propp c/o Phillips Nizer LLP Attn: Michael Frischman 485 Lexington Avenue New York, NY 10017
8672061 Drake Real Estate Partners Attn: David Cotterman 1251 Avenue of the Americas, Floor 34 New York, NY 10020
8672062 Elie Tahari C/O Jeremy Tahari 211 Elizabeth Street, 5S New York, NY 10012

8672063 Eric Huebscher  Huebscher & Co. Consulting  301 East 87th Street, 20E  New York, NY 10128

8672064 Eric Sadkin  1981 Marcus Avenue  Suite E117  Lake Success, NY 11042

8672065 Evan Hochstein  20 Abbey Road, Flat 59  London, NW8 9BJ, UK

9438630 Federal National Mortgage Association  1901 Sixth Avenue North  Suite 2400  Birmingham, AL 35203

8672067 First Republic Bank JP Morgan  C/O Julia Strickland  Steptoe  633 West Fifth Street, Suite 1900  Los Angeles, CA 90071

8672066 First Republic Bank JP Morgan c/o Sherman Atlas  Attn: Tyler J. Kandel  210 Park Avenue  Florham Park, NJ 07932

8672068 Gary Herbst  Lamonica Herbst & Maniscalco  3305 Jerusalem Avenue  Wantagh, NY 11973

8672069 Geoffrey and Gideon Platt  1150 5th Avenue, Apt 2E  New York, NY 10028

8672070 Gerard Sammarco  2633 SW 47th Terr  Cape Coral, FL 33914

8672071 Glenn Harris  10 Jagger Lane  West Hampton, NY 11977

8672072 Great American Insurance Company  c/o Kaufman Borgeest & Ryan LLP  Attn: Joshua Dilena, Esq. and Scott Sche  200 Summit Lake Drive  Valhalla, NY 10595

8672075 Gregg Berman  30 East 72nd Street 2A  New York, NY 10021

8672073 Gregg Stuart  45 Afterglow Way  Verona, NJ 07044

8672074 Gregory Messer  26 Court St, #2400  Brooklyn, NY 11242

8672076 Harvey Arfa  955 Park Avenue, Apt 3NW  New York, NY 10028

8672077 Helen Friedman  15355 Strathearn Drive  Delray Beach, FL 33446

8672078 Hilary Gibson  16 Crystal Lake Drive  Weston, CT 06883

9432013 Hilary W. Gibson  16 Crystal Lake Drive  Weston, CT 06883−2944

8672080 Howard Grossman  34 Hampton Road  Clifton, NJ 07012

8672081 Howard Weitschner c/o Meister Seelig  Attn: Jeff Schreiber  125 Park Avenue, 7th Floor  New York, NY 10017

8672083 IRE 1700 Alton Loan LLC  c/o Holland & Knight  Attn: Ilana Strickland  31 West 52nd Street, 12th Floor  New York, NY 10019

8672079 Igor Vaysberg & Mark Levin  Hirshmark Capital  1140 Broadway, Suit 304  New York, NY 10001

8678052 Internal Revenue Service  P.O. Box 7346  Philadelphia, PA 19101−7346

8672082 Intuit Inc. (Quickbooks)  2700 Coast Avenue  Mountain View, CA 94043

8672084 Irvine Realty Group  c/o Paul Irvine  122 East 55th St. Apt 3  New York, NY 10022

9428160 Irvine Realty Group, Inc.  c/o Goldberg Weprin Finkel Goldstein LLP  Attn: Kevin J. Nash  125 Park Avenue, 12th Floor  New York, NY 10017

8672085 Irving Weiss  C/O Marcus Wiess  148 Doughty Blvd, Suite 312  Inwood, NY 11096

8672101 JJ NY 550 LLC  c/o JJ Arch LLC  c/o YJ Simco LLC  Attn: Jeffrey Simpson  1055 Park Ave, Unit 4  New York, NY 10028

9431761 JPMorgan Chase Bank, N.A.  s/b/m/t Chase Bank USA, N.A.  c/o National Bankruptcy Services, LLC  P.O. Box 9013  Addison, Texas 75001

9411552 JPMorgan Chase Bank, National Association  Attn: Correspondence Mail  Mail Code LA4−5555  700 Kansas Lane  Monroe, LA 71203

9411836 JPMorgan Chase Bank, National Association  Attn: Correspondence Mail  Mail Code LA4−5555  700 Kansas Lane  Monroe, LA 71203

8679559 JPMorgan Chase Bank, National Association  c/o McCalla Raymer Leibert Pierce, LLP  420 Lexington Avenue, Suite 840  New York, NY 10170

8681179 JPMorgan Chase Bank, National Association  c/o McCalla Raymer Leibert Pierce, LLP  420 Lexington Avenue, Suite 840  New York, NY 10170

8682210 JPMorgan Chase Bank, National Association  c/o McCalla Raymer Leibert Pierce, LLP  420 Lexington Avenue, Suite 840  New York, NY 10170

8672086 Jacob Weichholz  29 Woodmere Blvd  Woodmere, NY 11598

8672087 James B Gerstein  155 East 76th Street  New York, NY 10021

9439356 James B. Gerstein  420 Route 17 South  Mahwah, NJ 07430

8672088 Jared Chassen  55 Manor Pond Lane  Irvington, NY 10533

8675337 Jared Chassen  c/o Klestadt Winters Jureller Southard &  200 West 41st Street, 17th Floor  New York, NY 10036  Attn: Sean Southard and Brendan Scott

8672090 Jared Chassen  c/o Klestadt, Winters, Jureller, Southar  Attn: Sean Southard  200 West 41st Street, 17th Floor  New York, NY 10036

8672089 Jared Chassen  c/o Schwartz Law PLLC  Attn: Allen Schwartz, Esq.  150 Broadway, Suite 701  New York, NY 10038

8672091 Jaret Turkell  3182 St Annes Dr  Boca Raton, FL 33496

8672092 Jason A. Nagi, Esq.  Offit Kurman PA  590 Madison Avenue, 6th Floor  New York, NY 10022

8672093 Jason Paul and Laury Paul  1049 Park Avenue  New York, NY 10028

8672095 Jaxon Whitehead  21 Further Lane  Riverhead, NY 11901

8672094 Jay Biggins  38520 N. 86th St  Pahokee, FL 33476

8672097 Jeff Schildhorn  605 Diane Pl  Valley Stream, NY 11581

8672098 Jeffery Dayon & Saul Mishaan  Mishaan Dayon & Lieblich  1370 Broadway  New York, NY 10018

8672096 Jeffrey and Logan Langberg  439 Butter Lane  Bridgehampton, NY 11963

9432984 Jessica Ferguson  The Law Firm of Elias C. Schwartz, PLLC  343 Great Neck Road  Great Neck, NY 11021

8672099 Jessica Goldberg  49 Edgewood Avenue  Clifton, NJ 07012

8672100 Jimmy Steindecker  56 Cooper Sq  New York, NY 10003

8672102 Joel Jerozolim  1580 E 21st St  Brooklyn, NY 11211

8672104 John Rutherford  3585 Riverside Ave, Unit 1  Jacksonville, FL32205

8672103 John and Julie Cuomo  493 Kings Highway  Valley Cottage, NY 10989

8672105 Jonathan Altmark  547 Halevy Dr  Cedarhurst, NY 11516

8672106 Jordan Paul Rosenbaum  8217 SW 72nd Ave, Apt 522  Miami, FL 33143

8672107 Joseph Natanz  C/O Stephen Baharastani  62 Baker Hill Rd.  Great Neck, NY 11023

8672108 Josh Olshin 4401 North Hills Drive Hollywood, FL 33021
8672109 Judith and Oliver DuPont 161 East 91st St., Apt 2F New York, NY 10128
8672110 Judith and Pinkas Landau 2030 Dhu Varren Rd Ann Arbor, MI 48105
8672111 Julia Rowan 737 Briar Hill Avenue Toronto, M6B IL 6, Canada
8672112 Karolina Bortko 3519 Centerview Ave. Wantagh, NY 11793
8672113 Kathleen M. DeCruze 26 Mill Stream Road Stamford, CT 06903
8672114 Kaufman, Borgeest & Ryan LLP Attn: Scott Schechter 200 Summer Lake Drive 1st Floor Valhalla, NY 10595
8672115 Kenneth Arfa 5215 Yarwell Dr Houston, TX 77096
8672116 Kent Services 150 West 28th Street, 1103 New York, NY 10001
8672117 Kyle Green 6326 W. 84th St Los Angeles, CA 90045
8672118 Lapidus Grantor Charitable Lead Annuity Trust C/O Mark Lapidus 502 Park Avenue, Apartment 3b New York, NY 10022
8672119 Lear & Pannepacker, LLP 791 Alexander Rd. Princeton, NJ 08540
8672120 Lloyd Pine 19 Scott Circle Purchase, NY 10577
8672123 Madison Realty Capital Attn: Brian Shatz 520 Madison Avenue, Suite 3501 New York, NY 10022
8672122 Madison Realty Capital c/o Kriss & Feuerstein LLP Attn: Jerry Feuerstein LLP 360 Lexington Avenue, #1200 New York, NY 10017
8672124 Mala Glanz 614 Colonade Road West Hempstead, NY 11552
8672125 Mannes Friedman 15355 Strathearn Drive Delray Beach, FL 33446
8672126 Marc Haves 35 Sutton Place, Apt 4B New York, NY 10022
8672127 Marc Rosenbaum 56 Walnut Court Englewood, NJ 07631
9439554 Marco Scaba 2224 Quentin Road Brooklyn, NY 11229
8672129 Mark Lapidus 502 Park Avenue, Apartment 3b New York, NY 10022
8672130 Mark Srulowitz 180 East End Ave, Apt 6H New York, NY 10125
8672131 Martin Baharestani 148 Madison Ave, 11th Floor New York, NY 10016
8672132 Martin Bunin Farrel Fritz 622 3rd Ave, 37th Floor New York, NY 10017
8672133 Marty Reasoner C/O Stone Beach Capital C/O Winston & Strawn LLP 200 Park Avenue New York, NY 10166
8672121 Maxim Capital 600 Madison Ave, 17th Fl New York, NY 10022
8672134 Meir Babaev AB Captsone B3 Managemnt 8220 Chevy Chase St. Jamaica, NY 11432
8672136 Michael A. Goldenhersh and Batsheva H. Goldenhersh 415 Bellevue Rd. New Haven, CT 06511
8672135 Michael Bijaoui 115 E 9th St, Apt 16B New York, NY 10003
8672137 Michael Kaplan 9 West 31st St, Apt 8C New York, NY 10001
8672138 Michael Kleinberg 65 Ramona Ct New Rochelle, NY 10804
8672139 Michael Queller 3179 Saint Annes Drive Boca Raton, FL 33496
8672140 Michael Seligman 144 Beach Ave Larchmont, NY 10538
8672141 Michelle Miller 38 Berry Street, Apt 7A Brooklyn, NY 11249
8672142 Mitchell White Capital Attn: Mitchell White 1103 Cedar Bay Rd Jacksonville, FL 32218
8672143 Mordecai Dicker 37 Oxford Blvd Great Neck, NY 11023
8672145 Morris and Fran Gad 8 Horizon Way Great Neck, NY 11024
8672144 Morris and Karoline Massel 955 Park Ave, 3NW New York, NY 10028
9433067 NYS Department of Taxation & Finance 15 MetroTech Center Brooklyn, NY 11201
8672153 NYS Dept. of Taxation and Finance Bankruptcy Secti PO BOX 5300 Albany, NY 12205−0300
8672146 Nadja Graff 229 Hollywood Crossing Lawrence, NY 11559
8672147 Nazare Asset Management LP Attn: Mark Lapidus 88 University Place,10th Floor New York, NY 10003
8672150 New York 555 LLC C/O Crosby Capital 1688 Meridian Avenue, 6th Floor Miami Beach, FL 33139
8672151 New York 555 LLC C/O Hasbani & Light , P.C. 450 7th Avenue, Suite 1901 New York, NY 10123
8683368 New York 555 LLC c/o Hasbani & Light, P.C. 450 Seventh Avenue, Suite 1901 New York, NY 10123
8672148 Next Gear Capital 11799 N. College Ave Ste 150 Carmel, Indiana 46032
8672149 Next Gear Capital C/O Anthony Bush Eckert Seamens Princeton, NJ
9432443 NextGear Capital, Inc. 11799 North College Avenue Carmel, IN 46032
8688196 Offit Kurman, P.A. 590 Madison Avenue 6th Floor New York, New York 10022
8672154 Oren Hizkiya 1119 NE 8th Street Hallandale Beach, FL 33009
8672155 Paul Cowan 5708 Willow Lane Dallas, TX 75230
8672156 Precise Capital Management c/o Sukenik, Segal & Graff, P.C. Attn: Daniel Gryfe 404 5th Avenue, #5 New York, NY 10018
8672157 Rabbi Jeffrey Beer 22 Harvard Ct White Plains, NY 10605
8672158 Rafi and Yeheskiel Frankel 11302 Westland Circle Boynton Beach, FL 33437
8672159 Raquel Jove 5570 Royal Lake Circle Boynton Beach, FL 33437
8672160 Rebecca Tocarecz 5 Hedge Row New City, NY 10956
8672161 Riverhead Building Supply 250 David Court Calverton, NY 11933
8672162 Robert Golden 135 East 79th Street New York, NY 10021
8672163 Robert Lorenc Esq 1313 3rd Ave, 2nd Floor New York, NY 10021
8672164 Roger Leifer 36 Church Lane Westport, CT 06880
9436668 S & E Azriliant, P.C. 501 5th Ave FL 15 New York, NY 10017
8672167 S&E Azriliant Attn: Evan Azriliant 501 5th Ave, 15th Floor New York, NY 10017
8672168 SZG Investments LLC Attn: Seth Grossman 1001 Telecom Dr E Boca Raton, FL 33431
8672165 Samantha Busiello 24 Shadyrest Drive Sag Harbor, NY 11963
8672166 Sarah Gray 112 West 18th Street, Unit 185B New York, NY 10011
8672169 Shamir Hirsch 2 Ives Lane Plainview, NY 11803
8672170 Shirley Friedman 345 E 81st St, Apt 2K New York, NY 10028
8672171 Shulamith Teitz 6 Ein Gedi St. POB 10496, Jerusalem 91104 Israel

| | |
|---|---|
| 8672172 | Sima & Jack Reid 3734 Manor Drive Lakewood, CA 90712 |
| 9439076 | Sima Reid 3734 Manor Drive Lakewood, CA 90712 |
| 8672173 | Slope Realty / Lido Realty Ilan Goldstein 342 7th Avenue Brooklyn, NY 112115 |
| 8672174 | Srulowitz Family LLC C/O Sander Srulowitz 575 N Forest Dr Teaneck, NJ 07666 |
| 8672175 | State Farm Insurance Companies c/o Insurance Support Center East P.O. Box 588002 North Metro, GA 30029 |
| 8672176 | Steven Kassin 110 Roosevelt Ave Deal, NJ 07723 |
| 8672177 | Steven Schoenfeld 272 Lansing Pl Muttontown, NY 11791 |
| 8672178 | Stuart Chassen 34−43 213st St Bayside, NY 11361 |
| 8672179 | Stuart Leitch 92 Horatio St, 4g New York, NY 10014 |
| 8672180 | Susan Hirsch 280 Old Somerset Rd Watchung, NJ 07069 |
| 8672182 | TDRT 11 Greene St. LLC Perot 11 Greene Investor, LLC C/O Asaf Bar Natan 66 Overlook Terrace, #3E New York, NY 10040 |
| 8672128 | Tamara and Marco Properties LLC Attn: Marco Scaba 2224 Quentin Rd Brooklyn, NY 11229 |
| 8672181 | Taylor White 12709 Aqua Surf Lane Jacksonville, FL 32225 |
| 8672183 | Theodore George Stratigos 30 West St, Apt 12B New York, NY 10004 |
| 8672184 | Thomas Haughton 47 Bridge St, Apt THC Brooklyn, NY 11201 |
| 8672185 | Thomas Majewski 16 Shannamere Rd. Darien, CT 06820 |
| 8672152 | Tiffany Chu and Nicholas Gao 301 State Street Brooklyn, NY 11201 |
| 8672186 | Tilden Park Domestic Lending SBC I LLC Attn: Michael P. Holland Corporation Tru 1209 Orange St Wilmington, DE 19801 |
| 8672187 | Timothy Wilson C/O Southampton Town Police 110 Old Riverhead Road Hampton Bays, NY 11946 |
| 8672188 | Todd Stuart 1404 White St Key West, FL 33040 |
| 8672189 | Tristan Last 60 East 87th Street New York, NY 10028 |
| 8672190 | Walker Dunlop c/o King & Spalding Attn: David Hart 1185 Avenue of the Americas, 34th Floor New York, NY 10036 |
| 8672191 | Watermill Capital Holdings LLC 135 Mill Creek Close, Water Mill, NY 11976 |
| 8671968 | Watermill Capital Holdings, LLC c/o Margolin, Weinreb & Nierer, LLP 575 Underhill Boulevard, Suite 224 Syosset, New York 11791 |
| 8671969 | Watermill Capital Holdings, LLC c/o Margolin, Weinreb & Nierer, LLP 575 Underhill Boulevard, Suite 224 Syosset, New York 11791 |
| 9437595 | Watermill Capital Holdings, LLC c/o Margolin, Weinreb & Nierer, LLP 575 Underhill Boulevard, Suite 224 Syosset, New York 11791 |
| 9432985 | White Cap L.P. f/k/a HD Supply Construction Supply The Law Firm of Elias C. Schwartz, PLLC 343 Great Neck Road United States Great Neck, NY 11021 |
| 8672195 | Wiggin and Dana Attn: Scott Griffin 437 Madison Ave, 35th Floor New York, NY 10022 |
| 8672194 | William Thiessen JP Morgan Securitites 270 Park Avenue New York, NY 10017 |
| 8672192 | William and Michele Spielfogel Next Generation TC FBO Spielfogel IRA Ac 130 East 77th Street, Floor 13 New York, NY 10075 |
| 8672193 | William, Kevin, and Michael Wiener 35 Oak Street North York, ON M9N 3Z5 Toronto, Canada |
| 8672196 | Wyatt Carder 241 Central Park W #13B New York, NY 10024 |
| 8672197 | Yechiel Lehrfield 62 Oakville Street Staten Island, NY 10314 |
| 8672198 | Yedidiah LLC Attn: Saul Sutton 160 Greentree DR, Ste 101 Dover, Kent, DE 19904 |
| 8672199 | Zeichner Ellman & Krause LLP Attn: Steven S. Rand 1211 Avenue of the Americas New York, NY 10036 |

TOTAL: 233