Re: In re Jeffrey Solomon Simpson, Debtor
Chapter 11 | Case No. 26-10359 (LGB)
Adversary Proceedings: 26-01013, 26-01015, 26-01045, 26-01046, 26-01097
United States Bankruptcy Court, Southern District of New York

Please accept this email as formal notice of my objection, as a creditor, to the Motion to Withdraw as Counsel for Debtor and Debtor in Possession filed on October 22, 2026, by Becker, Glynn, Muffly, Chassin & Hosinski LLP (Alec P. Ostrow).

As a creditor to the estate, I believe it is in my best interest for Mr. Simpson to retain effective legal counsel.

Respectfully submitted,

Gregg Stuart
45 Afterglow Way
Verona, NJ 07044
973-489-2115
houdina@gmail.com