**Objection Deadline: Nov 6, 2026**

**Sima Reid**
**3734 Manor Drive**
**Lakewood, CA 90712**

**Regarding Motion to Withdraw Counsel for Jeffrey Solomon Simpson, as a creditor.**

**In Re, Motion prepared and filed Oct 22, 2026 by:**

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Alec P. Ostrow
aostrow@beckerglynn.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB)<br>Adv Proceedings: 26-01013, 26-01015, 26-<br>26-01045, 26-01046, 26-01097 |

**CREDITOR'S OBJECTION TO MOTION OF BECKER, GLYNN, MUFFLY, CHASSIN, &HOSINSKI, LLP TO WITHDRAW AS COUNSEL TO DEBTOR AND DEBTOR IN POSESSION**

As a creditor and interested party, I, Sima Reid am writing the court in opposition to the withdrawal of Alec P. Ostrow of Becker, Glynn, Muffly, Chassin & Hosinski LLP as the attorney representing Jeffrey Solomon Simpson in this Chapter 11 Bankruptcy. I have loaned Jeffrey funds for legal fees and other expenses. I do believe there will be an opportunity for me to recover any of the dollars I have claimed as a creditor if Jeffrey does not have counsel and is

pro se. Since Jeffrey is not an attorney, it is my belief that the processes, procedures and requirements of the court will not be met. I am not an attorney either, but as a business person for decades I have seen the very specific processes required for fair representation in a court of law. I ask the court to dismiss the request for Alec P. Ostrow to withdraw as Jeffrey's attorney in this Chapter 11 Bankruptcy.

Dated: Lakewood, CA 90712
November 6, 2026

Sima Reid, Creditor

By: *Sima Reid*_____

Sima Reid
3734 Manor Drive
Lakewood, CA 990712
sima@reidgrp.com