**Ostrow, Alec P.**

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Tuesday, October 20, 2026 8:01 AM |
| **To:** | NYSBml_Beckerman's_Chambers; Ostrow, Alec P.; Kevin Wiener; Jonathan T. Koevary |
| **Subject:** | Adv proceeding, Jeffrey Solomon Simpson , Kevin Weiner deposition today |

It was made clear yesterday in the court that I'm not to ask questions and it was suggested that I don't attend so I will follow that guidance.

I do not believe Mr. Ostrow is prepared and I have not had communication with him (post the Conference) after multiple attempts. He knows my questions and my concerns and I'll leave it at that.

I'm going to say it publicly here as I said it yesterday to all parties, the first two questions are as follows:

1. How much money has Kevin Weiner spent to damage me and my family Via legal channels and others? If fits right in the square box of my complaint as it relates to the vindictive actions that they take which now have extended as a way to circumvent this court and to attack my family and my wife.
2. How is Mr. Koevary authorized to sue anything or anyone related to me (and affiliates) by contract and or by court order?

If these questions are not asked, problem number one, see below

If these questions are not answered problem number two, it will be the courts decision of what to do next.

If Mr. Ostrow is not willing to ask the questions relating to the vindictive actions that these people have taken on my family for three years, without merit or authority, he is hereby terminated (subject to the court who said yesterday that I have every opportunity to terminate if I need to).

If Mr. Ostrow does ask the questions, and they are disputed, I expect to be involved in the process of discussion as to how and why they're disputed and I will only stand down with the court giving a ruling but I will be part of that conversation should it occur or be necessary.

Unfortunately I had to file this bankruptcy against my wishes, I've had the litigate for three years against my wishes because of theft. This is the high point of the litigation right now right here this morning. This vindictive group led by Kevin Weiner has been hiding for three years so yes Mr. Koevary my agenda is very clear and it is consistent with what has been filed in the complaint. You did this by circumventing the bankruptcy court and suing my wife and entities around the court that we are in front of . We are going to examine the intentional and malicious conduct / actions by the people you represent to hurt me and the motive behind it and who has participated to make this happen to ruin everything around me.

So that is where I stand and, this is my case and I've had to do this against my own wishes and my lawyer compromised by this very specific motion and this court has allowed that to happen even though it endorsed the representation. So I will stand strong but I will give the parties a chance to do that as they wish but the results impact me heavily and I will be on standby if I need to step in. That is not optional, the way cohen just goes willy nilly and makes negative comments and actions outside of my presence because he's scared of me and he's scared of the truth. I have notified all parties here including criminal justice folks, including the second circuit Court of appeals so no we are not going to play this game again.

And given the way this Court has treated me recently, I'm not going to attend what happens with the receiver motion either. No, I do not feel Mr. Ostrow is handling it properly But I'm not left with choices other than what the court decides at this point on that motion today but it's all connected, it's all tied to what Kevin Weiner did. So I'm going to reserve my rights on that as well since my representation is compromised by the very doing of related parties.

So that's where we are is my position as it is the most valuable and most relevant as it relates to this case because it is the only protection that I have on a limited basis from what has happened to me and my family as a result of their actions collusively and collaboratively. So, since the criminal justice folks won't do anything about it (at least not today), it will be my duty to enforce any actions with exception of the court making rulings.

If the court wants to speak to me I'm available by phone or email. Mr. ostrow knows where to find me

PS - this would not be necessary if the YJ case was not converted on the same day that the attorney for YJ wrote to this court that morning Deciding to walk away without even notifying me in advance and this Court gave me no time to resolve it and it allowed immediate conversion with the participation of Jared Chassen who has not made a claim because he doesn't have a claim because he isn't relevant and he's just a pawn for Kevin Weiner.

Jeffrey Simpson

Sent from my iPhone