**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| JEFFREY SOLOMON SIMPSON, | Case No. 26-10359 (LGB) |
| Debtor. | |

**ORDER FURTHER EXTENDING TIME TO FILE NOTICES OF REMOVAL OF CIVIL ACTIONS**

Jeffrey Solomon Simpson, the above-captioned debtor and debtor in possession (the "Debtor") having applied by third motion (the "Motion"), dated November 12, 2026, ECF Doc. ___, for the entry of an order, pursuant to 11 U.S.C. § 105(a), 28 U.S.C. § 1452, Rules 9006 and 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rule 9006-2, to extend the time for the Debtor to file notices of removal of civil actions for 90 days to February 25, 2027, without prejudice to further extensions; and a Notice of Hearing of the Motion (the "Notice of Hearing"), ECF Doc. ___, having been filed on November 12, 2026; and adequate notice of the Motion having been given in accordance with the certificate of service filed on November __, 2026, ECF Doc. __; and a hearing having been held on December 1, 2026; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that, pursuant to 11 U.S.C. § 105(a), 28 U.S.C. § 1452, Bankruptcy Rules 9006 and 9027, Local Bankruptcy Rule 9006-2, the time for the Debtor to file notices of removal of civil actions is hereby extended for 90 days to February 25, 2027, without prejudice to further extensions and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matter arising from or related to the implementation of this Order.

Dated: New York, New York
December __, 2026

______________________________________
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE



4938-5381-1168 v.1