**Part 4:**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

| | Case | Nature of this case | Court or agency | Status |
|---|---|---|---|---|
| 1. | Case Title: Simpson v. Chassen et al<br>Case Number: 158055-2023 | Debtor's business was stolen<br>In defense of 1:23-cv-07089<br>in SDNY | NYS Supreme Court Part 3<br>60 Centre Street<br>New York, NY 10017 | Pending |
| 2. | Case Title: Chassen v. Simpson et al<br>Case Number: 654928-2024 | Chassen improperly sought stay on<br>Debtor Assets subject to 1:24-bk-10381<br>JJ Arch LLC (JPM) SDNY bankruptcy | NYS Supreme Court Part 3<br>60 Centre Street<br>New York, NY 10017 | Pending |
| 3. | Case Title: Great American Insurance Company vs. Arch Real Estate Holdings, LLC et al<br>Case Number: 653208-2024 | D&O insurance of Debtor was halted because of competing claims, filed Interpleader | NYS Supreme Court Part 3<br>60 Centre Street<br>New York, NY 10017 | Pending |
| 4. | Case Title: Nicholas Gao et al v. Jeffrey Simpson<br>Case Number: 100897/2025 | | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | Pending |
| 5. | Case Title: White Cap L.P. v. Arch Builders LLC et al<br>Case Number: 150701/2024 | | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | Disposed |
| 6. | Case Title: Marc Weinstein v. Jeffrey Simpson et al.<br>Case Number: 152281/2025 | | New York County Supreme Court<br>60 Centre Street<br>New Yok, NY 10017 | Pre-RJI |
| 7. | Case Title: Jeffrey Simpson et al v. Jared Chassen et al<br>Case Number: 158119/2023 | | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | Disposed |
| 8. | Case Title: Carlos Prieto v. Kathleen Igloria et al<br>Case Number: 160430/2021 | | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | Disposed |

| | | | |
|---|---|---|---|
| 9. | Case Title: American Express National Bank v. Jeffrey Simpson<br>Case Number: 164866/2025 | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | Pre-RJI |
| 10. | Case Title: L&W Supply Corporation v. Arch Builders New York LLC d/b/a Arch Builders LLC et al<br>Case Number: 650671/2024 | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | Disposed |
| 11. | Case Title: 435 Central Condo Development Holdings LLC et al v. Midtown Oaks JV Holdings LLC et al<br>Case Number: 652392/2024 | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | Active |
| 12. | Case Title: 608941 NJ INC. v. Jeffrey Simpson et al<br>Case Number: 654963/2023 | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | |
| 13. | Case Title: Adam Leitman Bailey, P.C. v. Jeffrey Simpson<br>Case Number: 659611/2024 | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | Disposed |
| 14. | Case Title: 146 89 Street Funding LLC v. 146 E 89 Borrower 1 LLC et al<br>Case Number: 850010/2024 | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | Disposed |
| 15. | Case Title: JPMorgan Chase Bank, National Association v. 1055 Park Ave 4 LLC et al<br>Case Number: 850253/2025 | New York County Supreme Court<br>60 Centre Street<br>New York, NY 10017 | Active |
| 16. | Case Title: JPMorgan Chase Bank, N.A v. Jeffrey S. Simpson<br>Case Number: CV-100303-25/NY | New York County Civil Court<br>111 Centre Street<br>New York, NY 10013 | |
| 17. | Case Title: Erick May v. 11 Greene Street LLC et al<br>Case Number: LT-306711-22/NY | New York County Civil Court<br>111 Centre Street<br>New York, NY 10013 | |

| | | |
|---|---|---|
| 18. Case Title: Watermill Capital Holdings, LLC v. JJ NY 550 LLC et al<br>Case Number: 525730/2024 | Kings County Supreme Court<br>360 Adams Street<br>Brooklyn, NY 11201 | |
| 19. American Express National Bank v. Jeffrey Simpson et al<br>Case Number: 622963/2025 | Suffolk County Supreme Court<br>1 Court Street<br>Riverhead, NY 11901 | Active |
| 20. Case Title: Watermill Capital Holdings LLC v. 1640 Montauk LLC et al<br>Case Number: 623575/2024 | Suffolk County Supreme Court<br>1 Court Street<br>Riverhead, NY 11901 | Active |
| 21. Case Title: Simpson v. Wilson et al<br>Case Number: 2:2026cv00125 | New York Eastern District Court<br>225 Cadman Plaza E<br>Brooklyn, NY 11201 | |
| 22. Case Title: Simpson et al v First Republic Bank<br>Case Number: 1:2024cv02478 | New York Southern District Court<br>500 Pearl Street<br>New York, NY 10007 | |
| 23. Case Title: JJ Arch LLC et al v. Jared Chassen et al<br>Case Number: 1:2024cv04847 | New York Southern District Court<br>500 pearl Street<br>New York, NY 10017 | |
| 24. Case Title: Great American Insurance Company v. JJ Arch LLC et al<br>Case Number: 1:2024cv07139 | New York Southern District Court<br>500 Pearl Street<br>New York, NY 10017 | |
| 25. Case Title: New York 555 LLC v. 1055 Park Ave 1 LLC et al<br>Case Number: 1:2025cv01687 | New York Southern District Court<br>500 Pearl Street<br>New York, NY 10017 | |
| 26. Case Title: New York 555 LLC v. 1055 park Ave PH LLC et al<br>Case Number: 1:2025cv01823 | New York Southern District Court<br>500 Pearl Street<br>New York, NY 10017 | |
| 27. Case Title: Simpson et al v. Chassen et al<br>Case Number: 1:2025cv02372 | New York Southern District Court<br>500 Pearl Street<br>New York, NY 10017 | |
| 28. Case Title: Chassen et al v. Simpson et al<br>Case Number: 1:2025cv | | |