**Hearing Date: December 1, 2026, at 10:00 a.m.**
**Objection Deadline: November 24, 2026**

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Alec P. Ostrow
aostrow@beckerglynn.com

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |

**NOTICE OF HEARING ON DEBTOR'S THIRD MOTION TO EXTEND TIME TO FILE NOTICE OF REMOVAL OF CIVIL ACTIONS**

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on **December 1, 2026, at 10:00 a.m.**, or as soon thereafter as counsel can be heard, via Zoom for government, to consider the third motion, dated and filed November 12, 2026, of Jeffrey Solomon Simpson, as Debtor and Debtor in possession (the "Debtor") to extend the time to file notice of removal of civil actions (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing, stating in detail the reasons therefore, and filed electronically with Clerk of the Court, and served on Becker, Glynn, Muffly, Chassin & Hosinski LLP, 299 Park Avenue, New York, New York 10171, Attn: Alec P. Ostrow aostrow@beckerglynn.com, so that such objections are

actually received not later than **November 24, 2026.** Objections that are not timely served and filed may not be considered by the Court.

Dated: New York, New York
November 12, 2026


**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255

By: */s/ Alec P. Ostrow*
Alec P. Ostrow
aostrow@beckerglynn.com

*Counsel for Jeffrey Solomon Simpson, as Debtor and Debtor in Possession*