**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>Plaintiff,<br><br>- against -<br><br>ERIC HUEBSCHER, as Receiver of Certain Assets of JJ Arch, and JARED CHASSEN,<br><br>Defendants. | Adversary No. 26-01013 (LGB) |
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>ARCH REAL ESTATE HOLDINGS, LLC, JEFFREY SIMPSON, JAREN CHASSEN, WIGGIN AND DANA LLP, GRIFFIN LLP, And OFFIT KURMAN P.A.<br><br>Defendants. | Adversary No. 26-01015 (LGB) |
| ERIC HUEBSCHER, as Receiver,<br><br>Plaintiff,<br><br>- against -<br><br>JEFFREY SOLOMON SIMPSON,<br><br>Defendant. | Adversary No. 26-01045 (LGB) |

| | |
|---|---|
| 608941 NJ INC.,<br>Plaintiff,<br>- against -<br>JEFFREY SOLOMON SIMPSON,<br>Defendant. | Adversary No. 26-01046 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br>Plaintiff,<br>- against -<br>GREAT AMERICAN INSURANCE COMPANY, ARCH REAL ESTATE HOLDINGS, LLC, JARED CHASSEN, WIGGIN AND DANA, LLP, GRIFFIN LLP, OFFIT KURMAN PA, and JOHN DOES 1-10,<br>Defendants. | Adversary No. 26-01079 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br>Plaintiff,<br>- against -<br>ARCH REAL ESTATE HOLDINGS LLC, ARCH ASSET MANAGEMENT LLC, and ARCH PROPERTY MANAGEMENT LLC,<br>Defendants. | Adversary No. 26-01097 (LGB) |

**ORDER GRANTING THE MOTION OF BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP FOR LEAVE TO WITHDRAW AS COUNSEL**

Upon the motion, dated October 22, 2026 (the "Motion") [Main Case ECF No. 183] of Becker, Glynn, Muffly, Chassin & Hosinski LLP ("Becker Glynn") to withdraw as counsel for Jeffrey Solomon Simpson (the "Debtor"), as Debtor and Debtor in Possession in the main case and all related adversary proceedings; and a Declaration of Alec P. Ostrow Pursuant to Local Bankruptcy Rule 9077-1 [Main Case ECF No. 184]; and a Notice of Hearing (the "Notice of Hearing") [Main Case ECF No. 189], dated October 26, 2026 on the Motion having been filed; and due and timely service of the Motion and the Notice of Hearing have been made as set forth in the Certificates of Service of Alec P. Ostrow, filed on October 26, 2026 [Main Case ECF Nos. 188 and 190]; and objections to the Motion having been timely filed by the Debtor [Main Case ECF No. 198], Gregg Stuart [Main Case ECF No. 197], and Sima Reid [Main Case ECF No. 199] on November 6, 2026; and a reply in further support of the Motion having been filed by Becker Glynn on November 10, 2026 [Main Case ECF No. 200]; and the Court having held a hearing on the Motion on November 13, 2026, and after due deliberation, having announced its decision on the record of the hearing, and for good cause, it is

FOUND AND DETERMINED that Becker Glynn has established grounds to withdraw as counsel in that (1) Becker Glynn has been discharged as counsel by the Debtor, and (2) there is an irreconcilable conflict and an irreparable breakdown in the attorney-client relationship between Becker Glynn and the Debtor, for the reasons set forth on the record of the hearing; accordingly, it is hereby

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that Becker Glynn is hereby authorized to withdraw as counsel for Jeffrey Solomon Simpson, as Debtor and Debtor in Possession in the main bankruptcy case and all related adversary proceedings, effective upon the entry of this Order; and it is further

ORDERED that such withdrawal is without prejudice to Becker Glynn's right to seek the allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court for the period during which Becker Glynn served as counsel to the Debtor and Debtor in Possession; and it is further

ORDERED that this Court shall retain jurisdiction for the purposes of the interpretation and enforcement of this Order.

Dated: New York, New York
November 13, 2026

*__/s/ Lisa G. Beckerman__*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE